Humberto Guizar   (SBN 125769) herito@aol.com
Kent M. Henderson (SBN 139530) hendolaw@gmail.com
Angel Carrazco, Jr. (SBN 230845) angel@carrazcolaw.com
GUIZAR, HENDERSON & CARRAZCO, LLP
18301 Irvine Boulevard
Tustin, CA 92780
Phone:  (714) 541-8600
Fax:     (714) 541-8601
Attorneys for Plaintiff Francisco Hurtado

LeeAnn Whitmore (SBN 214870) LeeAnn.Whitmore@doj.ca.gov
Deputy Attorney General
California Department of Justice
1300 I Street, Suite 1210
Sacramento, CA 95814
Phone:  (916) 210-7515
Fax:     (916) 322-8288
Attorneys for Defendants

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HURTADO, an individual;<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: 2:19-CV-02343-TLN-AC<br><br>ORDER ALLOWING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT BASED ON STIPULATION<br><br>The Honorable Troy L. Nunley |

**TO THE CLERK OF THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:** Please take notice that pursuant to the Stipulation of the Parties, by and through their counsel of record, and Good Cause appearing therefor, the Court hereby Orders as follows:

## ORDER

Based on the Stipulation of the parties, The Plaintiff is permitted to file a Second Amended Complaint in this matter

IT IS SO ORDERED.

DATED: December 12, 2019

_____
Troy L. Nunley
United States District Judge