1  Humberto M. Guizar (SBN 185769)
   Kent M. Henderson (SBN 139530)
2  Angel Carrazco Jr. (SBN 230845)
   GUIZAR, HENDERSON & CARRAZCO, L.L.P.
3  18301 Irvine Blvd.
   Tustin, CA 92780
4  Tel: (714) 541-8600
   Fax: (714) 541-8601
5  E-mail: hendolaw@gmail.com
   Attorneys for Plaintiff Francisco Hurtado
6
7  ROB BONTA, State Bar No. 202668
   Attorney General of California
8  PETER A. MESHOT, State Bar No. 117061
   Supervising Deputy Attorney General
9  LEEANN E. WHITMORE, State Bar No. 214870
   Deputy Attorney General
10   1300 I Street, Suite 125
     P.O. Box 944255
11   Sacramento, CA 94244-2550
     Telephone: (916) 210-7515
12   Fax: (916) 322-8288
     E-mail: LeeAnn.Whitmore@doj.ca.gov
13 *Attorneys for Defendants State of California, by and through the California Highway Patrol and Edgardo Yepez*
14

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCISCO HURTADO, AN INDIVIDUAL,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ AKA EDGARDO LOPEZ; AND DOES 1 THROUGH 100, INCLUSIVE,**<br><br>Defendants. | Case No.: 2:19-cv-02343-TLN-AC<br><br>**JOINT STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS FOR RELIEF WITH PREJUDICE OF FRANCISCO HURTADO**<br><br>Action Filed: April 2, 2019 |

/ / /

/ / /

1

The parties by and through their respective counsel, hereby stipulate under Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii) to dismiss with prejudice 1. That portion of Plaintiff FRANCISCO HURTADO's claim in the First Claim for Relief (violation of 42 U.S.C. Section 1983) that relates to "denial of medical care", paragraph 32 at page 10, lines 6-10 only; 2. That portion of the Fourth Claim for Relief for Negligence that relates to "denial of medical care", paragraph 50 sub-paragraph (e) at page 15, lines 9-10 only; and 3. The entirety of Plaintiff's Fifth Claim for Relief for violation of California Civil Code Section 52.1.

It is specifically understood agreed by Plaintiff and Defendants, by and through their respective counsel of record, that Plaintiff is not dismissing and continues to maintain the following Claims for Relief on file herein: 1. Plaintiff's First Claim for Relief (violation of 42 U.S.C. Section 1983) for Unreasonable / Excessive Force; 2. Plaintiff's Second Claim for Relief (violation of 42 U.S.C. Section 1983) for Substantive Due Process Violation; 3. Plaintiff's Third Claim for Relief for Battery; and 4. Plaintiff's Fourth Claim for Relief for Negligence.

DATED: June 24, 2021

Respectfully submitted,

GUIZAR, HENDERSON & CARRASCO, L.L.P.

By: **/s/ Kent M. Henderson**
Kent M. Henderson
Attorneys for Plaintiff

Dated: June 24, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

**/s/ LeeAnn E. Whitmore**
LEEANN E. WHITMORE
Deputy Attorney General
*Attorneys for Defendants State of California, by and through the California Highway Patrol and Edgardo Yepez*

2

## ORDER

Pursuant to the stipulation of the parties, IT IS ORDERED THAT the following allegations are dismissed with prejudice:

1. That portion of Plaintiff FRANCISCO HURTADO's claim in the First Claim for Relief (violation of 42 U.S.C. Section 1983) that relates to "denial of medical care", paragraph 32 at page 10, lines 6-10 only;

2. That portion of the Fourth Claim for Relief for Negligence that relates to "denial of medical care", paragraph 50 sub-paragraph (e) at page 15, lines 9-10 only; and

3. The entirety of Plaintiff's Fifth Claim for Relief for violation of California Civil Code Section 52.1.

DATED: June 24, 2021

_____
Troy L. Nunley
United States District Judge

3

Joint Stipulation and Order Dismissing Certain Prayers
for Relief of Francisco Hurtado with Prejudice (2:19-cv-02343-TLN-AC)