Kent M. Henderson (SBN 139530)
Angel Carrazco Jr. (SBN 230845)
GUIZAR, HENDERSON & CARRAZCO, L.L.P.
18301 Irvine Blvd.
Tustin, CA 92780
Tel: (714) 541-8600
Fax: (714) 541-8601
E-mail: hendolaw@gmail.com
Attorneys for Plaintiff Francisco Hurtado

ROB BONTA, State Bar No. 202668
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
LEEANN E. WHITMORE, State Bar No. 214870
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7515
  Fax: (916) 322-8288
  E-mail:  LeeAnn.Whitmore@doj.ca.gov
*Attorneys for Defendants State of California, by and through the California Highway Patrol and Edgardo Yepez*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCISCO HURTADO, AN INDIVIDUAL,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ AKA EDGARDO LOPEZ; AND DOES 1 THROUGH 100, INCLUSIVE,**<br><br>Defendants. | Case No.: 2:19-cv-02343-TLN-AC<br><br>**JOINT STIPULATION REGARDING MODIFICATION OF THE PROPOSED SCHEDULED ORDER AND ORDER**<br><br>Action Filed:  April 2, 2019 |

/ / /

/ / /

1

**TO THE CLERK OF THE COURT AND TO THE HONORABLE TROY L. NUNLEY, UNITED STATES DISTRICT COURT JUDGE:**

The Court issued the original scheduling order in this case on January 29, 2021 based on the stipulation of the parties. (ECF No. 16) The parties have completed numerous depositions and written discovery. Plaintiff is continuing to treat and defense counsel has just subpoenaed updated treatment records. Plaintiffs counsel has agreed to produce plaintiff for an orthopedic medical examination and mental health examinations with a neuropsychologist and a psychiatrist. The orthopedic examination has been scheduled for August 25, 2021 and the neuropsychologist examination is scheduled for September 13, 2021. These dates will allow the medical providers to have the records. The parties are currently awaiting dates for the psychiatric examination. The parties by and through their respective counsel have agreed to modify the scheduling order dates to allow this discovery to take place as follows:

| Matter | Current Date | Requested New Date |
|---|---|---|
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | August 13, 2021 | October 7, 2021 |
| Initial Rule 26 Expert Disclosure and Exchange of Initial Expert Reports | August 20, 2021 | October 15, 2021 |
| Last Day to file Motions | September 3, 2021 | October 29, 2021 |
| Rule 26 Rebuttal Expert Disclosure and Exchange of Rebuttal Expert Reports | September 10, 2021 | November 1, 2021 |

Modification of the Court's scheduling order requires a showing of good cause, Fed. R. Civ. P. 16(b), and good cause requires a showing of due diligence, *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992). To establish good cause, the party seeking

2

Joint Stip. Regarding Modification of the Proposed Scheduled Order & Order (2:19-cv-02343-TLN-AC)

the modification of the scheduling order must generally show that even with the exercise of due diligence, they cannot meet the requirement of this order. *Id.* The court may also consider the prejudice to the party opposing the modification. *Id.* If the party seeking to amend the scheduling order fails to show due diligence the inquiry should end and the court should not grant the motion to modify. *Zivkovic v. Southern California Edison Co.,* 302 F.3d 1080, 1087 (9th Cir. 2002)

Here, the parties have diligently conducted discovery and reached an agreement regarding production of plaintiff for physical and mental examinations without the need for court intervention. However, based on the providers' schedule the dates they are available is after the current scheduling order.

The parties agree that the above modification of the scheduling order is necessary.

Dated: July 28, 2021           **GUIZAR, HENDERSON & CARRAZCO, LLP**

By:   **/s/ Angel Carrazo, Jr.**
Humberto Guizar
Kent M. Henderson
Angel Carrazco, Jr.
*Attorneys for Plaintiff Francisco Hurtado*

Dated: July 27, 2021           Respectfully submitted,

Rob Bonta
Attorney General of California
Peter A. Meshot
Supervising Deputy Attorney General


**/s/ LeeAnn E. Whitmore**
LeeAnn E. Whitmore
Deputy Attorney General
*Attorneys for Defendants State of California by and through California Highway Patrol and Edgardo Yepez*

3

Joint Stip. Regarding Modification of the Proposed Scheduled Order & Order (2:19-cv-02343-TLN-AC)

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD HEREIN:**

The Court, having reviewed the Stipulation of the parties regarding scheduling, and good cause appearing therefore, hereby modifies the scheduling order as follows:

| Matter | Current Date | New Date |
| --- | --- | --- |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | **August 13, 2021** | **October 7, 2021** |
| Initial Rule 26 Expert Disclosure and Exchange of Initial Expert Reports | **August 20, 2021** | **October 15, 2021** |
| Last Day to file Motions | **September 3, 2021** | **October 29, 2021** |
| Rule 26 Rebuttal Expert Disclosure and Exchange of Rebuttal Expert Reports | **September 10, 2021** | **November 1, 2021** |

IT IS SO ORDERED:

DATED: July 29, 2021

Troy L. Nunley
United States District Judge

4

Joint Stip. Regarding Modification of the Proposed Scheduled Order & Order (2:19-cv-02343-TLN-AC)