Kent M. Henderson (SBN 139530)
Angel Carrazco Jr. (SBN 230845)
GUIZAR, HENDERSON & CARRAZCO, L.L.P.
18301 Irvine Blvd.
Tustin, CA 92780
Tel: (714) 541-8600
Fax: (714) 541-8601
E-mail: hendolaw@gmail.com
*Attorneys for Plaintiff Francisco Hurtado*

ROB BONTA, State Bar No. 202668
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
LEEANN E. WHITMORE, State Bar No. 214870
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7515
  Fax: (916) 322-8288
  E-mail:  LeeAnn.Whitmore@doj.ca.gov
*Attorneys for Defendants State of California, by and through the California Highway Patrol and Edgardo Yepez*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCISCO HURTADO, AN INDIVIDUAL,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ AKA EDGARDO LOPEZ; AND DOES 1 THROUGH 100, INCLUSIVE,**<br><br>Defendants. | Case No.: 2:19-cv-02343-TLN-AC<br><br>**JOINT STIPULATION REGARDING MODIFICATION OF THE SCHEDULING ORDER AND ORDER**<br><br>Action Filed:  April 2, 2019 |

/ / /

/ / /

1

**TO THE CLERK OF THE COURT AND TO THE HONORABLE TROY L. NUNLEY, UNITED STATES DISTRICT COURT JUDGE:**

The Court issued the original scheduling order in this case on January 29, 2021 based on the stipulation of the parties. (ECF No. 16). On July 29, 2021, the Court modified the scheduling order to allow the defense to schedule orthopedic and psychiatric examinations. (ECF No. 20). The parties have completed numerous depositions and written discovery. Plaintiff is continuing to treat for his injuries. The orthopedic examination, neuropsychologist examination and psychological examination are scheduled to take place in September. Defense counsel has been attempting to schedule the deposition of plaintiff's initial treating surgeon Dr. Bratton. In late August, his office informed us that he is out of the country until October 7, 2021, and his first available date for deposition is October 20, 2021, which is after the current non-expert discovery cut-off. The parties by and through their respective counsel have agreed to modify the scheduling order dates to allow this discovery to take place as follows:

| Matter | Current Date | Requested New Date |
|---|---|---|
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | October 7, 2021 | October 28, 2021 |
| Initial Rule 26 Expert Disclosure and Exchange of Initial Expert Reports | October 15, 2021 | November 18, 2021 |
| Last Day to file Motions | October 29, 2021 | December 1, 2021 |
| Rule 26 Rebuttal Expert Disclosure and Exchange of Rebuttal Expert Reports | November 1, 2021 | December 9, 2021 |

Modification of the Court's scheduling order requires a showing of good cause, Fed. R. Civ. P. 16(b), and good cause requires a showing of due diligence, *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992). To establish good cause, the party seeking the modification of the scheduling order must generally show that even with the exercise of due diligence, they cannot meet the requirement of this order. *Id.* The court may also consider the prejudice to the party opposing the modification. *Id.* If the party seeking to amend the scheduling order fails to show due diligence the inquiry should end and the court should not grant

2

Joint Stip. Regarding Modification of the Scheduling Order & Order (2:19-cv-02343-TLN-AC)

the motion to modify. *Zivkovic v. Southern California Edison Co.,* 302 F.3d 1080, 1087 (9th Cir. 2002).

    Here, the parties have diligently conducted discovery and reached an agreement regarding production of plaintiff for physical and mental examinations without the need for court intervention. However, based on treating physician, Dr. Bratton's schedule the date he is available for deposition is after the current discovery cut-off.

    The parties agree that the above modification of the scheduling order is necessary.

Dated:  September 9, 2021        **GUIZAR, HENDERSON & CARRAZCO, LLP**

By: **/s/ Angel Carrazco, Jr.**
Humberto Guizar
Kent M. Henderson
Angel Carrazco, Jr.
*Attorneys for Plaintiff Francisco Hurtado*

Dated:  September 9, 2021        Respectfully submitted,

R0B B0NTA
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

**/s/ LeeAnn E. Whitmore**
LEEANN E. WHITMORE
Deputy Attorney General
*Attorneys for Defendants State of California
 by and through California Highway
 Patrol and Edgardo Yepez*

///

///

///

///

///

///

///

3

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD HEREIN:**

The Court, having reviewed the Stipulation of the parties regarding scheduling, and good cause appearing therefore, hereby modifies the scheduling order as follows:

| Matter | Current Date | Requested New Date |
|---|---|---|
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | October 7, 2021 | October 28, 2021 |
| Initial Rule 26 Expert Disclosure and Exchange of Initial Expert Reports | October 15, 2021 | November 18, 2021 |
| Last Day to file Motions | October 29, 2021 | December 1, 2021 |
| Rule 26 Rebuttal Expert Disclosure and Exchange of Rebuttal Expert Reports | November 1, 2021 | December 9, 2021 |

IT IS SO ORDERED:

DATED: September 9, 2021

Troy L. Nunley
United States District Judge

Joint Stip. Regarding Modification of the Scheduling Order & Order (2:19-cv-02343-TLN-AC)