Kent M. Henderson (SBN 139530)
Angel Carrazco Jr. (SBN 230845)
GUIZAR, HENDERSON & CARRAZCO, L.L.P.
18301 Irvine Blvd.
Tustin, CA 92780
Tel: (714) 541-8600
Fax: (714) 541-8601
E-mail: hendolaw@gmail.com
Attorneys for Plaintiff Francisco Hurtado

ROB BONTA, State Bar No. 202668
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
LEEANN E. WHITMORE, State Bar No. 214870
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7515
 Fax:  (916) 322-8288
 E-mail:  LeeAnn.Whitmore@doj.ca.gov
*Attorneys for Defendants State of California, by and through the California Highway Patrol and Edgardo Yepez*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCISCO HURTADO, AN INDIVIDUAL,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ AKA EDGARDO LOPEZ; AND DOES 1 THROUGH 100, INCLUSIVE,**<br><br>Defendants. | Case No.: 2:19-cv-02343-TLN-AC<br><br>**JOINT STIPULATION REGARDING MODIFICATION OF THE PROPOSED SCHEDULING ORDER AND ORDER**<br><br>Action Filed:    April 2, 2019 |

1

**TO THE CLERK OF THE COURT AND TO THE HONORABLE TROY L. NUNLEY, UNITED STATES DISTRICT COURT JUDGE:**

The Court issued the original scheduling order in this case on January 29, 2021 based on the stipulation of the parties. (ECF No. 16). On July 29, 2021, the Court modified the scheduling order to allow the defense to schedule orthopedic and psychiatric examinations. (ECF No. 20). On September 10, 2021, the Court modified the scheduling order to allow the defense to take the deposition of one of Plaintiff's treating physicians, Dr. Bratton (who was out of the country) (ECF No. 22).

The parties have completed numerous depositions and written discovery, including Dr. Bratton's deposition. Plaintiff is continuing to treat for his injuries. In light of information received, the nature of Plaintiff's injuries, the voluminous medical records, the number of experts involved, the availability of the experts to complete the Rule 26 Expert Reports by the current deadline date and the number of Rule 26 Expert Reports to be completed by the various experts in this matter, the parties agree that they need a brief extension of time to disclose experts.

The parties, by and through their respective counsel, have agreed to modify the scheduling order dates to take place as follows:

| Matter | Current Date | Requested New Date |
|---|---|---|
| Initial Rule 26 Expert Disclosure and Exchange of Initial Expert Reports | **November 18, 2021** | **December 3, 2021** |
| Rule 26 Rebuttal Expert Disclosure and Exchange of Rebuttal Expert Reports | **December 9, 2021** | **December 27, 2021** |

Modification of the Court's scheduling order requires a showing of good cause, Fed. R. Civ. P. 16(b), and good cause requires a showing of due diligence,

2

Joint Stip. Regarding Modification of the Proposed Scheduling Order & Order (2:19-cv-02343-TLN-AC)

*Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992). To establish good cause, the party seeking the modification of the scheduling order must generally show that even with the exercise of due diligence, they cannot meet the requirement of this order. *Id.* The court may also consider the prejudice to the party opposing the modification. *Id.* If the party seeking to amend the scheduling order fails to show due diligence the inquiry should end and the court should not grant the motion to modify. *Zivkovic v. Southern California Edison Co.,* 302 F.3d 1080, 1087 (9th Cir. 2002)

      Here, the parties have diligently conducted discovery and worked on disclosure of experts but based on the information received, the nature of Plaintiff's injuries, the voluminous medical records, the number of experts involved, the availability of the experts to complete the Rule 26 Expert Reports by the current deadline date and the number of Rule 26 Expert Reports to be completed by the various experts in this matter, the parties cannot disclose experts on the current date of November 18, 2021 and need a brief continuance of the currently set dates. (The Rebuttal Expert Disclosure date would be moved also in tandem with the new Initial Expert Disclosure date as set forth in the Stipulation and [Proposed] Order).

      The parties agree that the above modification of the scheduling order is necessary.

Dated:  November 8, 2021

**GUIZAR, HENDERSON & CARRAZCO, LLP**

By:  */s/ Kent M. Henderson*
Humberto Guizar
Kent M. Henderson
Angel Carrazco, Jr.
*Attorneys for Plaintiff Francisco Hurtado*

3

Joint Stip. Regarding Modification of the Proposed Scheduling Order & Order (2:19-cv-02343-TLN-AC)

| | | |
|---|---|---|
| 1 | Dated:  November 8, 2021 | Respectfully submitted, |
| 2 | | ROB BONTA |
| 3 | | Attorney General of California |
| | | PETER A. MESHOT |
| 4 | | Supervising Deputy Attorney General |
| 5 | | |
| 6 | | /s/ LeeAnn E. Whitmore |
| | | LEEANN E. WHITMORE |
| 7 | | Deputy Attorney General |
| | | *Attorneys for Defendants State of California by* |
| 8 | | *and through California Highway Patrol and* |
| | | *Edgardo Yepez* |

4

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD HEREIN:**

The Court, having reviewed the Stipulation of the parties regarding scheduling, and good cause appearing therefore, hereby modifies the scheduling order as follows:

| Matter | Current Date | New Date |
|---|---|---|
| Initial Rule 26 Expert Disclosure and Exchange of Initial Expert Reports | **November 18, 2021** | **December 3, 2021** |
| Rule 26 Rebuttal Expert Disclosure and Exchange of Rebuttal Expert Reports | **December 9, 2021** | **December 27, 2021** |

IT IS SO ORDERED:

DATED:  November 9, 2021

Troy L. Nunley
United States District Judge

5

Joint Stip. Regarding Modification of the Proposed Scheduling Order & Order (2:19-cv-02343-TLN-AC)