Humberto Guizar, Esq. (SBN 125769); hguizar@ghclegal.com
Kent M. Henderson, Esq. (SBN 139530); hendolaw@gmail.com
Angel Carrazco, Jr. Esq. (SBN 230845); angel@carrazcolawapc.com
**GUIZAR, HENDERSON & CARRAZCO, LLP**
18301 Irvine Boulevard
Tustin, CA 92780
Tel: (714) 541-8600
Fax: (714) 541-8601

Attorneys for Plaintiffs FRANCISCO HURTADO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HURTADO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:19-cv-02343-DAD-AC <br><br> PLAINTIFF'S NOTICE OF LODGING DEPOSITION TRANSCRIPTS <br><br> Trial Date: March 11, 2024 <br> Time: 9:00 a.m. <br> Crtrm.: 4 |

**TO HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORDS HEREIN:**

**COMES NOW** the Plaintiff Francisco Hurtado and herby lodges with the Court the following deposition transcripts:

1. CHP Officer Edgardo Yepez taken March 4, 2021.

2. CHP Officer Michael Randazzo taken April 28, 2021.

3. Clarence Chapman taken July 12, 2022.

1
**PLAINTIFF'S NOTICE OF LODGING DEPOSITIONS**

4. Craig Enos taken October 13, 2022.

5. Charles Filanosky, Ph.D. Vol. 1 taken June 2, 2022.

6. Charles Filanosky, Ph.D. Vol. 2 taken June 3, 2022.

7. David Fish, M.D. taken June 7, 2022.

8. Renee L. Binder, M.D. taken August 11, 2022.

9. Peter Sfakianos taken June 9, 2023.

10. Jennifer Craigmyle, RN taken July 1, 2022.

11. Vicki J. Schweitzer, R.N. taken July 20, 2022.

12. Bahram Ravani, Ph.D. taken April 19, 2023.

DATE: February 23, 2024    **GUIZAR, HENDERSON & CARRAZCO, LLP**

By: /S/ Kent M. Henderson
_____
KENT M. HENDERSON
Attorneys for Plaintiff
FRANCISCO HURTADO