ROB BONTA, State Bar No. 202668
Attorney General of California
IVETA OVSEPYAN, State Bar No. 279218
Supervising Deputy Attorney General
LEEANN E. WHITMORE, State Bar No. 214870
Deputy Attorney General
JOHN C. BRIDGES, State Bar No. 248553
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7515
 Telephone: (916) 210-7529
 Fax: (916) 322-8288
 E-mail: LeeAnn.Whitmore@doj.ca.gov
 E-mail: John.Bridges@doj.ca.gov
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Edgardo Yepez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HURTADO, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ AKA EDGARDO LOPEZ; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No.: 2:19-CV-02343-DAD-AC<br><br>**NOTICE OF LODGING DEPOSITION TRANSCRIPTS**<br><br>Trial Date:   March 11, 2024<br>Time:         9:00 a.m.<br>Courtroom:  4, 15th Floor<br>Judge:        Hon. Dale A. Drozd<br><br>Action Filed: April 2, 2019 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:

PLEASE TAKE NOTICE that Defendant State of California, acting by and through the California Highway Patrol and Edgardo Yepez are lodging sealed original copies of transcripts of depositions taken in this case with the Court in connection with trial on March 11, 2024. Original

1

sealed deposition transcripts of the following deponents will be delivered to the Clerk of the Court no later than 14 days before trial:

1. Paul J. Braaton, M.D. taken on October 20, 2021 (Certified);
2. Hugo Enrique Deleon Casillas taken on July 12, 2021 (Certified);
3. Scott Defoe taken on June 10, 2022 (Certified);
4. Francisco Hurtado taken on March 9, 2021 (Certified);
5. Veronica Limon Iniguez taken on July 12, 2021 (Certified);
6. Marilyn Jacobs, Ph.D. taken on April 29, 2022 (Certified);
7. Priscilla Macias taken on May 19, 2021 (Certified);
8. Mary Meinhard, RN Volume I taken on December 8, 2023 (Certified);
9. Mary Meinhard, RN Volume II taken on December 8, 2023 (Certified);
10. James Mills taken on July 28, 2022 (Certified);
11. Okorie Okorocha, Esq. taken on September 16, 2022 (Certified);
12. Joshua Prager, M.D. taken on April 7, 2022 (Certified);
13. Christopher Stephenson, M.D. taken on May 26, 2022 (Certified);
14. Diane Valenzuela taken on July 15, 2021 (Certified);
15. Jesse Wobrock, Ph.D. taken on February 23, 2023 (Certified);

Dated: February 26, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
IVETA OVSEPYAN
Supervising Deputy Attorney General

*/s/ LeeAnn E. Whitmore*

LEEANN E. WHITMORE
Deputy Attorney General
JOHN C. BRIDGES
Deputy Attorney General
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol and Edgardo Yepez*

LA2019501468
37869051.docx