1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   IVETA OVSEPYAN, State Bar No. 279218
    Supervising Deputy Attorney General
3   LEEANN E. WHITMORE, State Bar No. 214870
    Deputy Attorney General
4   JOHN C. BRIDGES, State Bar No. 248553
    Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 210-7515
7    Telephone: (916) 210-7529
     Fax: (916) 322-8288
8    E-mail: LeeAnn.Whitmore@doj.ca.gov
     E-mail: John.Bridges@doj.ca.gov
9   *Attorneys for Defendants State of California,*
    *acting by and through the California Highway*
10  *Patrol and Edgardo Yepez*

11

12                IN THE UNITED STATES DISTRICT COURT

13             FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15

| | |
|---|---|
| 16  **FRANCISCO HURTADO, AN INDIVIDUAL,** | Case No.: 2:19-CV-02343-DAD-AC |
| 17 | |
| 18                         Plaintiff, | **DEFENDANTS' PROPOSED SPECIAL VERDICT FORM** |
| 19          v. | |
| 20  **STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL;** | |
| 21  **EDGARDO YEPEZ AKA EDGARDO LOPEZ; AND DOES 1 THROUGH 100,** | |
| 22  **INCLUSIVE,** | |
| 23 | |
| 24                        Defendants. | Trial Date:    March 11, 2024 |
| 25 | Action Filed:  April 2, 2019 |

26      **TO THE CLERK OF THE COURT, THE HONORABLE DALE A. DROZD,**

27   **PLAINTIFF AND HIS ATTORNEY OF RECORD HEREIN:**

28
                                    1

1    Please take notice that Defendants State of California, by and through the California

2    Highway Patrol and Edgardo Yepez submit the following proposed verdict form.

3

4

5    Dated: February 26, 2024                          Respectfully submitted,

6                                                      ROB BONTA
                                                       Attorney General of California
7                                                      IVETA OVSEPYAN
                                                       Supervising Deputy Attorney General
8

9        */s/ LeeAnn E. Whitmore*

10                                                     LEEANN E. WHITMORE
                                                       Deputy Attorney General
                                                       JOHN C. BRIDGES
11                                                     Deputy Attorney General
                                                       *Attorneys for Defendants State of*
12                                                     *California, acting by and through the*
                                                       *California Highway Patrol and*
13                                                     *Edgardo Yepez*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SPECIAL VERDICT FORM**

**PART 1**

We, the jury unanimously find the following:

**QUESTION NO. 1:**

Do you find by a preponderance of the evidence that Edgardo Yepez used excessive force against Francisco Hurtado in violation of the Fourth Amendment of the United States Constitution?

YES _____          NO _____

*If you answered "Yes" please proceed to Question No. 2.  If you answered "No" to this question, please skip questions 2-3 and proceed to question 4.*

**QUESTION NO. 2:**

Was Francisco Hurtado harmed by Edgardo Yepez's use of force?

YES _____          NO _____

*If you answered "Yes" please proceed to Question No. 3. If you answered "No" to this question, please skip question 3 and proceed to question 4.*

**QUESTION NO. 3:**

Was Edgardo Yepez's use of excessive force a proximate cause of harm to Francisco Hurtado.

YES _____          NO _____

**QUESTION NO. 4:**

Did Edgardo Yepez commit battery against  Francisco Hurtado.

YES _____          NO _____

*If you answered "Yes" please proceed to Question No. 5. If you answered "No" to this question, please skip questions 5-7 and proceed to question 8.*

**QUESTION NO. 5:**

Did Francisco Hurtado consent to the use of force?

YES _____          NO _____

*If you answered "Yes" please proceed to Question No. 6, if you answered "No" to this question, please skip questions 6-7 and proceed to question 8.*

**QUESTION NO. 6:**

Was Francisco Hurtado harmed by the use of force?

YES _____     NO _____

*Please proceed to Question No. 7.*

**QUESTION NO. 7:**

Was Edgardo Yepez's battery a substantial factor in causing Francisco Hurtado's harm.

YES _____     NO _____

*Please proceed to question No. 8.*

**QUESTION NO. 8:**

Do you find that Edgardo Yepez reasonably believed that Francisco Hurtado posed an immediate threat of serious physical harm or bodily injury to Edgardo Yepez or anyone else on March 15, 2018?

YES _____     NO _____

**QUESTION NO. 9:**

Was Edgardo Yepez negligent?

YES _____     NO _____

*If you answered "Yes" please proceed to question 10. If you answered "No" to this question, please skip questions 10-13 and proceed to question 14.*

**QUESTION NO. 10:**

Was Francisco Hurtado harmed?

YES _____     NO _____

*If you answered yes, please proceed to question 11. If you answered No to this question, please skip Question 11 and proceed to Question No. 12.*

**QUESTION NO. 11:**

Was Edgardo Yepez's negligence a substantial factor in causing harm to Francisco Hurtado?

4

YES _____     NO _____

*Please proceed to Question No. 12:*

**QUESTION NO. 12:**

Do you find that Francisco Hurtado was negligent, and that his negligence was a substantial cause of his injuries.

YES _____     NO _____

*Please proceed to Question No. 13.*

**QUESTION NO. 13:**

What percentage of negligence do you assign to Edgardo Yepez and Francisco Hurtado? (Your total must equal 100%)

Francisco Hurtado          _____ %

Edgardo Yepez          .     _____ %

Total                    100%

*Please proceed to Question No. 14.*

**QUESTION NO. 14:**

Did Edgardo Yepez act in self-defense or defense of others?

YES _____     NO _____

*Please proceed to Question No. 15. Only answer Question No. 15 if you answered yes to question no. 1, 2, 3, 4, 7 or 9.*

**QUESTION NO. 15:**

What are Francisco Hurtado's damages?

a.     Past Medical expenses     $ _____

b.     Future medical expenses:  $ _____

c.     Past noneconomic loss, including physical pain, mental suffering, loss of enjoyment of life, disfigurement, physical impairment, inconvenience, grief, anxiety, humiliation and emotional distress.

$ _____

d.      Future noneconomic loss, including physical pain, mental suffering, loss of enjoyment of life, disfigurement, physical impairment, inconvenience, grief, anxiety, humiliation and emotional distress.

$ _____

TOTAL $ _____

*Please proceed to question No. 16. Only answer question no. 16 if you awarded damages in response to question 15.*

**QUESTION NO. 16:**

Did Francisco Hurtado fail to mitigate any of his claimed damages.

YES _____        NO _____

*Please proceed to Question No. 17.*

**QUESTION NO. 17:**

If you found that Francisco Hurtado failed to mitigate his claimed damages, what amount of the above damages would have been mitigated had he done so.

$ _____

*Please proceed to Question No. 18 only if you answered yes to Question No. 1. If you did not answer yes to any of these questions, please have the presiding juror sign and date the Special Verdict Form at the bottom and let the Court Attendant know you have completed the verdict form.*

**QUESTION NO. 18:**

Do you find by a preponderance of the evidence that Edgardo Yepez acted with malice, oppression or fraud.

YES _____        NO _____

6

Defendants' Proposed Special Verdict Form (2:19-CV-02343-DAD-AC)

1    Please have the presiding juror sign and date the Special Verdict Form and let the Court

2    Assistant know you have completed the verdict form.

3    Dated:                        _____

4                                           Presiding Juror

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **PART II**

2    What punitive damages do you award against defendant Edgardo Yepez?

3              $ _____

4

5    Please have the presiding juror sign and date the Special Verdict Form and let the Court

6    Assistant know you have completed the verdict form.

7

8    Dated:              _____

9                            Presiding Juror

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8