**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

Humberto M. Guizar, Esq.     (SBN 125769)
Kent M. Henderson, Esq.      (SBN 139530)
Angel Carrazco, Jr., Esq.    (SBN 230845)
**GUIZAR, HENDERSON & CARRAZCO, L.L.P.**
18301 Irvine Boulevard, Tustin, CA 92780
Telephone:     (714) 541-8600
Facsimile:     (714) 541-8601
Email:         hguizar@ghclegal.com
               hendolaw@gmail.com
               angel@carrazcolawapc.com

Attorneys for Plaintiff FRANCISCO HURTADO

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HURTADO, an individual | Case No. 2:19-cv-02343-DAD-AC |
| Plaintiff, | |
| v. | **PLAINTIFF'S [PROPOSED] VERDICT FORM** |
| STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive, | |
| Defendants. | Trial Date:  March 11, 2024<br>Time:        9:00 a.m.<br>Courtroom:   4<br>Judge:       Hon. Dale A. Drozd |

-1-
PLAINTIFF'S [PROPOSED] VERDICT FORM

Pursuant to this Court's October 24, 2023, Plaintiff FRANCISCO HURTADO, by and through his attorney of record, hereby submits his Proposed Verdict Form(s).

DATED: February 26, 2024

                                      **LAW OFFICES OF DALE K. GALIPO**
                                      **GUIZAR, HENDERSON & CARRAZCO, LLP**

                        By: _____*/s/ Hang D. Le*_____
                              Dale K. Galipo
                              Hang D. Le
                              Kent M. Henderson
                              Angel Carrazco, Jr.
                              Attorneys for Plaintiff Francisco Hurtado

## [PROPOSED] SPECIAL VERDICT FORM (VER. A)

We, the jury, answer the questions submitted to us as follows:

**Question No. 1**: On Plaintiff Francisco Hurtado's Section 1983 claim for excessive force in violation of the Fourth Amendment and state law battery claim, we find in favor of:

(Choose one):   Plaintiff Francisco Hurtado_____        Defendant Edgardo Yepez_____

*Please proceed to Question No. 2.*

**Question No. 2**: On Plaintiff Francisco Hurtado's state law negligence claim, we find in favor of:

(Choose one):   Plaintiff Francisco Hurtado_____        Defendant Edgardo Yepez_____

*If you found in favor of Plaintiff Francisco Hurtado on Question 2, please answer Question 3.*
*If you found in favor of Defendant Edgardo Yepez on Question 2, but found in favor of Plaintiff Francisco Hurtado on Question 1, please skip Questions 3, 4, and 5 and answer Question 6.*
*If you did not find in favor of Plaintiff Francisco Hurtado on Questions 1 and 2, skip the remaining questions, answer no more questions on this verdict form, and have the presiding juror sign and date the form.*

**Question No. 3**: Was Plaintiff Francisco Hurtado negligent?

             YES_____           NO_____

*If you answered YES to Question 3, please answer Question 4.*
*If you answered NO to Question 3, please skip Questions 4 and 5 and proceed to answer Question 6.*

-3-
PLAINTIFF'S [PROPOSED] VERDICT FORM

**Question No. 4**: Was Plaintiff Francisco Hurtado's negligence a cause of his harm?

YES_____        NO_____

*If you answered YES to Question 4, please proceed to answer Question 5.*

*If you answered NO to Question 4, please skip Question 5 and proceed to answer Question 6.*

**Question 5**: What percentage of responsibility for Plaintiff Francisco Hurtado's harm do you assign to the negligent conduct, if any, of the following:

| | |
|---|---|
| Defendant Edgardo Yepez | _____% |
| Plaintiff Francisco Hurtado | _____% |
| TOTAL | 100% |

*Please proceed to Question 6.*

**Question No. 6**: What are Plaintiff Francisco Hurtado's damages?

| | |
|---|---|
| Past Economic Damages (including medical and non-medical) | $_____ |
| Future Economic Damages (including medical and non-medical) | $_____ |
| Past Non-Economic Damages (including pain and suffering, disfigurement, loss of enjoyment of life, etc.) | $_____ |
| Future Non-Economic Damages (including pain and suffering, disfigurement, loss of enjoyment of life, etc.) | $_____ |

*Please proceed to Question No. 7.*

**Question No. 7**: Was the conduct of Defendant Edgardo Yepez malicious, oppressive, or in reckless disregard of Plaintiff Francisco Hurtado's rights?

YES_____          NO_____

*Please sign and date the verdict form and return it to the Court.*

Dated: _____          _____
                                                        Jury Foreperson

## [PROPOSED] SPECIAL VERDICT FORM (VER. B)

We, the jury, answer the questions submitted to us as follows:

**Question No. 1**: Did Defendant Edgardo Yepez use excessive or unreasonable force against Plaintiff Francisco Hurtado?

       YES_____       NO_____

*If you answered YES to Question 1, please answer Question 2.*

*If you answered NO to Question 1, please skip Question 2 and proceed to answer Question 3.*

**Question No. 2**: Was Defendant Edgardo Yepez's use of excessive or unreasonable force a cause of Plaintiff Francisco Hurtado's injury, damage, or harm?

       YES_____       NO_____

*Please proceed to the next question.*

**Question No. 3**: Was Defendant Edgardo Yepez negligent?

       YES_____       NO_____

*If you answered YES to Question 3, please answer Question 4.*

*If you answered NO to Question 3, but YES to Questions 1 and 2, please skip Questions 4-7 and answer Question 8.*

*If you answered NO to Question 3 and NO to Questions 1 and 2, skip the remaining questions, answer no more questions on this verdict form, and have the presiding juror sign and date the form.*

**Question No. 4**: Was Defendant Edgardo Yepez's negligence a cause of Plaintiff Francisco Hurtado's injury, damage, or harm?

YES_____          NO_____

*If you answered YES to Question 4, please proceed to answer Question 5.*

*If you answered NO to Question 4, but YES to Questions 1 and 2, please skip Questions 5-7 and answer Question 8.*

*If you answered NO to Question 4 and NO to Questions 1 and 2, skip the remaining questions, answer no more questions on this verdict form, and have the presiding juror sign and date the form.*

**Question No. 5**: Was Plaintiff Francisco Hurtado negligent?

YES_____          NO_____

*If you answered YES to Question 5, please answer Question 6.*
*If you answered NO to Question 5, please skip Questions 6 and 7 and proceed to answer Question 8.*

**Question No. 6**: Was Plaintiff Francisco Hurtado's negligence a cause of his injury, damage, or harm?

YES_____          NO_____

*If you answered YES to Question 6, please proceed to answer Question 7.*

*If you answered NO to Question 6, please skip Question 7 and proceed to answer Question 8.*

**Question 7**: What percentage of responsibility for Plaintiff Francisco Hurtado's injury, damage, or harm do you assign to the negligent conduct, if any, of the following:

| | |
|---|---|
| Defendant Edgardo Yepez | _____% |
| Plaintiff Francisco Hurtado | _____% |
| TOTAL | 100% |

*Please proceed to the next question.*

**Question No. 8**: What are Plaintiff Francisco Hurtado's damages?

| | |
|---|---|
| Past Economic Damages (including medical and non-medical) | $_____ |
| Future Economic Damages (including medical and non-medical) | $_____ |
| Past Non-Economic Damages (including pain and suffering, disfigurement, loss of enjoyment of life, etc.) | $_____ |
| Future Non-Economic Damages (including pain and suffering, disfigurement, loss of enjoyment of life, etc.) | $_____ |

*Please proceed to the next question.*

**Question No. 9**: Was the conduct of Defendant Edgardo Yepez malicious, oppressive, or in reckless disregard of Plaintiff Francisco Hurtado's rights?

YES_____         NO_____

*Please sign and date the verdict form and return it to the Court.*

Dated: _____          _____
                                                    Jury Foreperson