ROB BONTA, State Bar No. 202668
Attorney General of California
IVETA OVSEPYAN, State Bar No. 279218
Supervising Deputy Attorney General
LEEANN E. WHITMORE, State Bar No. 214870
Deputy Attorney General
JOHN C. BRIDGES, State Bar No. 248553
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7515
 Telephone: (916) 210-7529
 Fax: (916) 322-8288
 E-mail: LeeAnn.Whitmore@doj.ca.gov
 E-mail: John.Bridges@doj.ca.gov
*Attorneys for Defendants State of California,
acting by and through the California Highway
Patrol and Edgardo Yepez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HURTADO, AN INDIVIDUAL, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ AKA EDGARDO LOPEZ; AND DOES 1 THROUGH 100, INCLUSIVE, <br><br> Defendants. | Case No.: 2:19-CV-02343-DAD-AC <br><br> **DEFENDANTS' NOTICE OF ADDITIONAL WITNESS AND EVIDENCE** <br><br> Trial Date: March 11, 2024 <br> Time: 9:00 a.m. <br> Courtroom: 4 <br> Judge: Hon. Dale A. Drozd <br><br><br> Trial Date: March 11, 2024 <br> Action Filed: April 2, 2019 |

1

Defendants State of California, by and through the California Highway Patrol and Edgardo Yepez provide the Court and Plaintiff notice of additional witness and evidence that were not available prior to the Final Pre-Trial Order and that may be used for rebuttal and impeachment. This notice is provided pursuant to the Court's pre-trial order dated October 24, 2023. ECF 55, pp 8-10.

## NOTICE OF ADDITIONAL WITNESS

Defendants hereby notify the Court and plaintiff's counsel of an additional witness who may testify.

Special Agent Christopher Galpin, Department of Justice

Special Agent Galpin is expected to testify regarding video surveillance of plaintiff in several public locations on December 12, 2023 and January 9, 2024. He was not listed as a witness on the original pre-trial witness list because no surveillance had been conducted. The surveillance was contemplated to take place in close proximity to the trial to capture plaintiff's current functional level and activities.

Defense counsel has provided notice of the witness and copies of the videos to plaintiff's counsel on February 29, 2024.

## NOTICE OF ADDITIONAL VIDEO EXHIBITS

Defendants hereby notify the Court and plaintiff's counsel of 9 additional exhibits which were not in existence at the time of the pre-trial order which may be used for purposes of impeachment or rebuttal. The exhibits were not disclosed at the time of the pre-trial order as they did not exist. The videos were provided to plaintiff's counsel on February 29, 2024.

**Defendants' Additional E**

| Exh. | Description | Admitted |
|---|---|---|
| Q | Video of Plaintiff taken January 9, 2024 | |
| R | Video of Plaintiff taken January 9, 2024 | |
| S | Video of Plaintiff taken January 9, 2024 | |
| T | Video of Plaintiff taken January 9, 2024 | |
| U | Video of Plaintiff taken January 9, 2024 | |
| V | Video of Plaintiff taken January 9, 2024 | |
| W | Video of Plaintiff taken December 12, 2023 | |
| X | Video of Plaintiff taken on December 12, 2023 | |
| Y | Video of Plaintiff taken on December 12, 2023 | |

Dated: March 1, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
IVETA OVSEPYAN
Supervising Deputy Attorney General

*/s/ LeeAnn E. Whitmore*

LEEANN E. WHITMORE
Deputy Attorney General
JOHN C. BRIDGES
Deputy Attorney General
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol and Edgardo Yepez*