1 ROB BONTA, State Bar No. 202668
Attorney General of California
2 IVETA OVSEPYAN, State Bar No. 279218
Supervising Deputy Attorney General
3 LEEANN E. WHITMORE, State Bar No. 214870
Deputy Attorney General
4 JOHN C. BRIDGES, State Bar No. 248553
Deputy Attorney General
   1300 I Street, Suite 125
   P.O. Box 944255
5
6 Sacramento, CA 94244-2550
   Telephone: (916) 210-7515
7 Telephone: (916) 210-7529
   Fax: (916) 322-8288
8 E-mail: LeeAnn.Whitmore@doj.ca.gov
   E-mail: John.Bridges@doj.ca.gov
9 *Attorneys for Defendants State of California,
   acting by and through the California Highway
10 Patrol and Edgardo Yepez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| FRANCISCO HURTADO, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ AKA EDGARDO LOPEZ; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No.: 2:19-CV-02343-DAD-AC<br><br>**DEFENDANTS' NOTICE OF ERRATA RE ECF DOCUMENT NO. 125**<br><br>Trial Date:   March 11, 2024<br>Time:         9:00 a.m.<br>Courtroom:  4<br>Judge:        Hon. Dale A. Drozd<br><br>Trial Date:   March 11, 2024<br>Action Filed: April 2, 2019 |
|---|---|

**TO THE CLERK OF THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

1

**PLEASE TAKE NOTICE** that Defendants' Counsel's office, when filing the Objections to Plaintiff's Proposed Jury Instructions in this Francisco Hurtado case, inadvertently choose the wrong category for filing. This error was corrected by filing ECF Document No. 126.

Dated: March 1, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
IVETA OVSEPYAN
Supervising Deputy Attorney General

*/s/ LeeAnn E. Whitmore*

LEEANN E. WHITMORE
Deputy Attorney General
JOHN C. BRIDGES
Deputy Attorney General
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol and Edgardo Yepez*

2