1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo (SBN 144074)
2  E-mail: dalekgalipo@yahoo.com
   Hang D. Le (SBN 293450)
3  E-mail: hlee@galipolaw.com
   21800 Burbank Blvd., Suite 310
4  Woodland Hills, CA 91367
   Tel: (818) 347-3333; Fax: (818) 347-4118
5
   Humberto M. Guizar, Esq.    (SBN 125769)
6  Kent M. Henderson, Esq.     (SBN 139530)
   Angel Carrazco, Jr., Esq.   (SBN 230845)
7  **GUIZAR, HENDERSON & CARRAZCO, L.L.P.**
   18301 Irvine Boulevard, Tustin, CA 92780
8  Telephone:    (714) 541-8600
   Facsimile:    (714) 541-8601
9  Email:        hguizar@ghclegal.com
                 hendolaw@gmail.com
10               angel@carrazcolawapc.com

11 Attorneys for Plaintiff FRANCISCO HURTADO

12
                      **UNITED STATES DISTRICT COURT**
13
                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**
14

15

16 FRANCISCO HURTADO, an individual | Case No. 2:19-cv-02343-DAD-AC

17                Plaintiff,               | **[PROPOSED] ORDER GRANTING
                                           | PLAINTIFF'S MOTION TO MODIFY
18          v.                             | THE TRIAL SCHEDULE, OR IN THE
                                           | ALTERNATIVE, CONTINUE THE
19 STATE OF CALIFORNIA; CALIFORNIA         | TRIAL DATE**
   HIGHWAY PATROL; EDGARDO YEPEZ
20 aka EDGARDO LOPEZ; and DOES 1
   through 100, inclusive,
21
   Defendants.
22                                         | Trial Date:   March 11, 2024
                                           | Time:         9:00 a.m.
23                                         | Courtroom:    4
                                           | Judge:        Hon. Dale A. Drozd

24

25

26

27

28

1 **[PROPOSED] ORDER**

2 Having considered oral arguments and papers filed in support of and in opposition of
3 Plaintiff's Motion to Modify the Trial Schedule, or in the Alternative, Continue to Trial Date and
4 Advance the Hearing on Plaintiff's Motion to March 5, 2024, and GOOD CAUSE appearing
5 therefrom, Plaintiff's Motion is hereby GRANTED.

6

7 ☐ The Court hereby modifies the trial schedule to run from March 11, 2024 to March 19,
8     2024 with no dark days.
9 ☐ The Court hereby modifies the trial schedule to run from March 11, 2024 to March 19,
10     2024 and subsequently resume on March 25, 2024.
11 ☐ The Court hereby continues the trial date to:
12     ☐ March 25, 2024
13     ☐ April 1, 2024
14     ☐ April 8, 2024

17 IT IS SO ORDERED.
18 DATED:                                                       _____
19                                                           HON. DALE A. DROZD
20                                                           UNITED STATES DISTRICT JUDGE