**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

Humberto M. Guizar, Esq.     (SBN 125769)
Kent M. Henderson, Esq.      (SBN 139530)
Angel Carrazco, Jr., Esq.     (SBN 230845)
**GUIZAR, HENDERSON & CARRAZCO, L.L.P.**
18301 Irvine Boulevard, Tustin, CA 92780
Telephone:     (714) 541-8600
Facsimile:     (714) 541-8601
Email:       hguizar@ghclegal.com
            hendolaw@gmail.com
            angel@carrazcolawapc.com

Attorneys for Plaintiff FRANCISCO HURTADO

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HURTADO, an individual<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02343-DAD-AC<br><br>**PLAINTIFF'S EX PARTE APPLICATION FOR ADMINISTRATIVE RELIEF TO SHORTEN TIME ON PLAINTIFF'S MOTION TO MODIFY THE TRIAL SCHEDULE, OR IN THE ALTERNATIVE, CONTINUE THE TRIAL DATE AND ADVANCE THE HEARING ON PLAINTIFF'S MOTION TO MARCH 5, 2024**<br><br><br>Trial Date:   March 11, 2024<br>Time:        9:00 a.m.<br>Courtroom:   4<br>Judge:       Hon. Dale A. Drozd |

1 | **TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**

2 | **RECORD**:

3 |       **PLEASE TAKE NOTICE THAT** Plaintiff hereby moves for by way of this *ex parte*

4 | application, for Administrative Relief to Shorten Time on Plaintiff's Motion to Modify the Trial

5 | Schedule, or in the Alternative, Continue to the Trial Date and Advance the Hearing on Plaintiff's

6 | Motion to March 5, 2024.

7 |       This *ex parte* application is being made pursuant to Local Rule 144, 230, 233, and the

8 | Court's Standing Order in Civil Cases.

9 | Meet and Confer Certification

10 |       Prior to the filing of this *ex parte* application, Plaintiff's counsel informed Defendants'

11 | counsel, Ms. LeeAnn Whitmore, and the Court's courtroom deputy pursuant to this Court's

12 | Standing Order in Civil Cases. Defense counsel represented that they would oppose Plaintiff's

13 | Motion to Modify the Trial Schedule, or in the Alternative, Continue the Trial Date on the grounds

14 | that defense witnesses have already made travel arrangements for testimony on March 20 and 21,

15 | 2024, Defendants have incurred significant expenses in preparing for the current trial date, and

16 | CHP has had to make accommodations for coverage to area offices based on the officers that have

17 | been subpoenaed by Plaintiff. Accordingly, Plaintiff as unable to obtain a stipulation regarding the

18 | hearing time or Plaintiff's request on his underlying motion.

19 |       Plaintiff seeks relief *ex parte* because the current trial date of March 11, 2024 will pass

20 | before Plaintiff's Motion to Modify the Trial Schedule, or in the Alternative, Continue the Trial

21 | Date may be heard according to regularly-noticed motion procedures.

22 | //

23 | //

24 | //

25 | //

26 | //

27 | //

28 |

1   DATED:  March 1, 2024

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LAW OFFICES OF DALE K. GALIPO**

**GUIZAR, HENDERSON & CARRAZCO, LLP**


By: _____/s/ Hang D. Le_____
           Dale K. Galipo
           Hang D. Le
           Kent M. Henderson
           Angel Carrazco, Jr.
           Attorneys for Plaintiff Francisco Hurtado

## **MEMORANDUM OF POINTS AND AUTHORITIES**

This case is currently set to start trial on March 11, 2024. On February 29, 2024, the Court issued an order setting a hearing on the parties' motions *in limine* for March 5, 2024 at 1:30 p.m. On March 1, 2024, Plaintiff filed a Motion to Modify the Trial Schedule, or in the Alternative, Continue the Trial Date due to Plaintiff's lead trial counsel, Mr. Dale K. Galipo's unavailability from March 20-22, 2024 due to his anticipated attendance at his wife's memorial services. Due to the March 11 trial date, Plaintiff now files this *ex parte* application to shorten the time on Plaintiff's Motion and advance the hearing date to March 5, 2024—the same time as the hearing on the parties' motions *in limine*.

The granting of *ex parte* relief requires an evidentiary showing of good cause that: (1) "the moving party's cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures;" and (2) "the moving party is without fault in creating the crisis that requires *ex parte* relief, or that the crisis occurred as a result of excusable neglect." *See Mission Power Eng'g Co. v. Continental Cas. Co.,* 883 F.Supp. 488, 492 (C.D. Cal. 1995); *see, e.g., Azam v. Brown*, 714 F. App'x 663, 665 (9th Cir. 2017) (recognizing *Mission Power* as setting forth standard for *ex parte* relief).

Here, Plaintiff's ability to litigate this case will be irreparably prejudiced if the underlying motion is heard according to regularly-noticed motion procedures because trial is currently set to move forward on March 11, 2024, and Plaintiff will be without a lead trial counsel for significant portions of the trial if the Court does not grant Plaintiff's request to modify the trial schedule or continue the trial date. Moreover, Plaintiff is without fault in creating the circumstances that require *ex parte* relief because Mr. Galipo fully intended to start trial on March 11, 2024 with an anticipated trial estimate of eight (8) days, but due to Mr. Galipo's wife's recent passing and her memorial services now scheduled for March 20-22, 2024 to accommodate family and friends, some of whom are flying in from out of the country, Plaintiff must now move for *ex parte* relief so that the Court may be fully informed regarding Mr. Galipo's availability and make a decision regarding trial scheduling before the March 11, 2024 trial date.

1    For the foregoing reasons, Plaintiff respectfully requests that the Court shorten the time on

2  Plaintiff's Motion to Modify the Trial Schedule, or in the Alternative, Continue to the Trial Date

3  and advance the hearing on Plaintiff's Motion to March 5, 2024 at 1:30 p.m., the same time as the

4  hearing on the parties' motions *in limine*.

5

6  Respectfully submitted,

7  DATED:  March 1, 2024

8

9    **LAW OFFICES OF DALE K. GALIPO**

10    **GUIZAR, HENDERSON & CARRAZCO, LLP**

11    By: _____*/s/ Hang D. Le*_____
         Dale K. Galipo
12       Hang D. Le
         Kent M. Henderson
13       Angel Carrazco, Jr.
         Attorneys for Plaintiff Francisco Hurtado
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28