**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

Humberto M. Guizar, Esq.     (SBN 125769)
Kent M. Henderson, Esq.     (SBN 139530)
Angel Carrazco, Jr., Esq.     (SBN 230845)
**GUIZAR, HENDERSON & CARRAZCO, L.L.P.**
18301 Irvine Boulevard, Tustin, CA 92780
Telephone:     (714) 541-8600
Facsimile:     (714) 541-8601
Email:     hguizar@ghclegal.com
           hendolaw@gmail.com
           angel@carrazcolawapc.com

Attorneys for Plaintiff FRANCISCO HURTADO

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HURTADO, an individual<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02343-DAD-AC<br><br>**DECLARATION OF HANG D. LE IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ADMINISTRATIVE RELIEF TO SHORTEN TIME ON PLAINTIFF'S MOTION TO MODIFY THE TRIAL SCHEDULE, OR IN THE ALTERNATIVE, CONTINUE THE TRIAL DATE AND ADVANCE THE HEARING ON PLAINTIFF'S MOTION TO MARCH 5, 2024**<br><br>Trial Date: March 11, 2024<br>Time: 9:00 a.m.<br>Courtroom: 4<br>Judge: Hon. Dale A. Drozd |

**DECLARATION OF HANG D. LE**

I, Hang D. Le, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the United States District Court for the Eastern District of California. I make this Declaration in Support of Plaintiff's Motion to Modify the Trial Schedule, or in the Alternative, Continue to the Trial Date. I have personally familiar with the matters stated herein and could testify competently thereto if called.

2. On February 29, 2024, I contacted the Courtroom Deputy, Pete Buzo, and defense counsel, Ms. LeeAnn Whitmore, to inform them of Mr. Galipo's scheduling issue with regards to trial and his attendance at his late wife's memorial services on March 20-22, 2024. Mr. Buzo informed me that Plaintiff was welcomed to file a motion to modify the trial schedule or continue the trial and an application to shorten time so that the Court could hear the motion on the same day as the March 5, 2024 hearing on the parties' motions *in limine*.

3. Ms. Whitmore also replied to my email informing me that Defendants would oppose any modification or continuance due to travel and work accommodations already made for witnesses and expenses incurred in preparing for trial. Accordingly, I was unable to obtain a stipulation for an issuance of an order on this issue.

4. I replied to Ms. Whitmore and informed her that Plaintiff intended to file his motion and *ex parte* application by March 1, 2024 and would provide her copies of the moving paper.

5. Plaintiff seeks relief *ex parte* because Plaintiff's ability to litigate this case will be irreparably prejudiced if the underlying motion is heard according to regularly-noticed motion procedures since trial is currently set to move forward on March 11, 2024, and Plaintiff will be without a lead trial counsel for significant portions of the trial if the Court does not grant Plaintiff's request to modify the trial schedule or continue the trial date.

//
//
//
//

1  I declare under penalty of perjury that the foregoing is true and correct, and that this was
2  executed this 1st day of March 2024 at Woodland Hills, California.

_____
Hang D. Le