**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

Humberto M. Guizar, Esq.     (SBN 125769)
Kent M. Henderson, Esq.      (SBN 139530)
Angel Carrazco, Jr., Esq.    (SBN 230845)
**GUIZAR, HENDERSON & CARRAZCO, L.L.P.**
18301 Irvine Boulevard, Tustin, CA 92780
Telephone:    (714) 541-8600
Facsimile:    (714) 541-8601
Email:        hguizar@ghclegal.com
              hendolaw@gmail.com
              angel@carrazcolawapc.com

Attorneys for Plaintiff FRANCISCO HURTADO

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HURTADO, an individual<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02343-DAD-AC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR ADMINISTRATIVE RELIEF TO SHORTEN TIME ON PLAINTIFF'S MOTION TO MODIFY THE TRIAL SCHEDULE, OR IN THE ALTERNATIVE, CONTINUE THE TRIAL DATE AND ADVANCE THE HEARING ON PLAINTIFF'S MOTION TO MARCH 5, 2024**<br><br><br>Trial Date:  March 11, 2024<br>Time:        9:00 a.m.<br>Courtroom:   4<br>Judge:       Hon. Dale A. Drozd |

## [PROPOSED] ORDER

Having considered papers filed in support of and in opposition of Plaintiff's Ex Parte Application for Administrative Relief to Shorten Time on Plaintiff's Motion to Modify the Trial Schedule, or in the Alternative, Continue to Trial Date and Advance the Hearing on Plaintiff's Motion to March 5, 2024, and GOOD CAUSE appearing therefrom, Plaintiff's Ex Parte Application is hereby GRANTED. The hearing on Plaintiff's Motion to Modify the Trial Schedule, or in the Alternative, Continue to Trial Date is hereby advanced to March 5, 2024 at 1:30 p.m.

IT IS SO ORDERED.

DATED: _____

HON. DALE A. DROZD
UNITED STATES DISTRICT JUDGE