# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| Francisco Hurtado, an individual ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:19-cv-02343-DAD-AC |
| State of California, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, State of California, acting by and through the California Highway Patrol and Edgardo Yepez

Date: 3/4/2024

/s/ John C. Bridges
*Attorney's signature*

John C. Bridges, State Bar No. 248553
*Printed name and bar number*

1300 I Street, Suite 125, Sacramento, CA 95814
*Address*

John.Bridges@doj.ca.gov
*E-mail address*

916-210-7515
*Telephone number*

916-322-8288
*FAX number*

# CERTIFICATE OF SERVICE

| Case Name: | **Francisco Hurtado v. State of California, et al.** | No. | **2:19-CV-02343-DAD-AC** |
|---|---|---|---|

I hereby certify that on <u>March 4, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## APPEARANCE OF COUNSEL

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 4, 2024</u>, at Fresno, California.

| V. Pampenelli | */s/ V. Pampenelli* |
|---|---|
| Declarant | Signature |

LA2019501468
95556425