

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

FRANCISCO HURTADO,                                         CASE No. 2:19-cv-02343-DAD-AC
          Plaintiff,

    v.                                                                          MINUTES

STATE OF CALIFORNIA, ET AL.,                               Date: March 11, 2024
                                                                              Deputy Clerk: P. Buzo
          Defendant*.                                          Court Reporter: Abigail Torres
_____/

Counsel for Plaintiff: Dale Galipo, Angel Carrazco, Kent Henderson
Counsel for Defendant: LeeAnn Whitmore, John Bridges

## JURY TRIAL – DAY 1

| Time | Event |
|---|---|
| 9:05 am | Court in session. Francisco Hurtado present. Dale Galipo, Angel Carrazco, and Kent Henderson appeared on behalf of plaintiff. LeeAnn Whitmore and John Bridges appeared for dfts'. Dft Edgardo Yepez present. Court addressed parties as to joint statement. Court addressed discretionary mask policy and jury selection process. Court addressed supplemental exhibit list. Defense request a 24-hour notice of which witness will be called the following day. Defense made motion to exclude witnesses. Motion granted. Court addressed preliminary jury instructions. |
| 9:36 am | Prospective jurors sworn. Statement of case given. |
| 9:45 am | Voir Dire began. Court addressed prospective jurors as to trial schedule. |
| 10:50 am | Morning recess. |
| 10:48 am | Outside the presence of the prospective jurors. Court addressed hardships with counsel. |
| 10:58 am | Back in the presence of prospective jurors. Resume Voir Dire. |
| 11:49 am | Break. |
| 12:00 pm | Back in the presence of the prospective jurors. Resume Voir Dire. |
| 12:35 pm | Pltf Voir Dire. |
| 12:54 pm | Defense Voir Dire |
| 1:11 pm | Court addressed prospective jurors with preliminary jury instruction. |
| 1:20 pm | Lunch Recess. |
| 1:21 pm | Outside the presence of the prospective jurors. |
| 2:37 pm | Back in the presence of the jury. Resume Voir Dire. |
| 2:46 pm | Outside the presence of the prospective jurors. Challenges for cause. |
| 2:54 pm | Back in the presence of the prospective jurors. |
| 2:56 pm | Peremptory Challenges. |

2:19-cv-02343-DAD-AC, Hurtado v. State of CA, et al..
Minutes - Page 2

| | |
|---:|---|
| 3:10 pm | Jury empaneled and sworn. |
| 3:10 pm | Court instructed and gave Admonition jury. |
| 3:27 pm | Recess. |
| 3:47 pm | Back in the presence of the jury. |
| 3:48 pm | Pltf opening statement. |
| 4:26 pm | Defense opening statement. |
| 4:50 pm | Court in recess until 3/12/24 at 11:00 a.m.  Court admonished jury. |
| | |
| | |
| | |

TIME IN COURT:   6.5 hours