

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

FRANCISCO HURTADO,                                    CASE No.  2:19-cv-02343-DAD-AC

        Plaintiff,

     v.                                                         **MINUTES**

STATE OF CALIFORNIA, ET AL.,                          Date:  March 12, 2024
                                                      Deputy Clerk: P. Buzo
        Defendant*.                               ECRO:  Maryann Valenoti
_____/

Counsel for Plaintiff: Dale Galipo, Angel Carrazco, Kent Henderson
Counsel for Defendant:  LeeAnn Whitmore, John Bridges

## JURY TRIAL – DAY 2

| Time | Event |
|---|---|
| 11:00 am | Court in session.  Outside the presence of the jury. Francisco Hurtado present. Dale Galipo, Angel Carrazco, and Kent Henderson appeared on behalf of plaintiff.  LeeAnn Whitmore and John Bridges appeared for dfts'.  Dft Edgardo Yepez present.  Court disclosed to parties that one of pltf's expert in the case is someone the court reporter will be seeing him between now and May.  Neither side objected to assigned court reporter to continue with the trial. |
| 11:11 am | Back in the presence of the jury. |
| 11:11 am | Pltf called Edgardo Yepez, sworn and testified. Pltf moved to admit Joint Exhibits: 18, 19, 25, 27, 30, 33, 34, 44, 47, 55, 57, without defense objection. Joint Exhibits: 18, 19, 25, 27, 30, 33, 34, 44, 47, 55, 57 Admitted.  Joint Exhibits: 33, 18, 57, 19, 27, 30, 44.  Dft deposition transcript. Pltf Exhibit 14. |
| 12:42 pm | Lunch Recess. |
| 2:04 pm | Outside the presence of the jury. Defense raised issue of how depositions are being used during testimony.  Court addressed parties. |
| 2:10 pm | Back in the presence of the jury. Resume direct of Edgardo Yepez. Plf moved to admit Joint Exhibit 11, without objection.  Joint Exhibit 11 Admitted. |
| 2:29 pm | Defense direct of Edgardo Yepez.  Joint Exhibit 11. Defense moved to admits Joint Exhibits 24, 31, 38, without objection.  Joint Exhibits 24, 31, 38 Admitted. |
| 3:35 pm | Afternoon Recess. |
| 3:53 pm | Back in the presence of the jury. Resume direct. |
| 4:00 pm | Pltf redirect/cross examination. |
| 4:16 pm | Defense re-examination. |
| 4:17 pm | Pltf re-redirect. |
| 4:18 pm | Witness excused, subject to recall. |

2:19-cv-02343-DAD-AC, <u>Hurtado v. State of CA, et al.</u>.
Minutes - Page 2

| 4:20 pm | Pltf called Michael Randazzo, sworn and testified. Exhibit 57.  Deposition of Michael Randazzo. |
|---|---|
| 4:50 pm | Defense direct/cross exam. Joint Exhibit 27. |
| 5:15 pm | Court in recess until 3/13/24 at 9:00 a.m. Court admonished jury. |
| | |
| | |
| | |
| | |
| | |
| | |

TIME IN COURT:  4:45 hours