

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

FRANCISCO HURTADO,                                        CASE No.  2:19-cv-02343-DAD-AC
         Plaintiff,

    v.                                                                        MINUTES

STATE OF CALIFORNIA, ET AL.,                             Date:  March 13, 2024
                                                                       Deputy Clerk: P. Buzo
         Defendant*.                                              ECRO:  Maryann Valenoti
_____/

Counsel for Plaintiff: Dale Galipo, Angel Carrazco, Kent Henderson
Counsel for Defendant:  LeeAnn Whitmore, John Bridges

**JURY TRIAL – DAY 3**

| Time | Event |
|---|---|
| 9:05 am | Court in session.  Outside the presence of the jury. Francisco Hurtado present. Dale Galipo, Angel Carrazco, and Kent Henderson appeared on behalf of plaintiff.  LeeAnn Whitmore and John Bridges appeared for dfts'.  Dft Edgardo Yepez present.  Defense addressed submission of Joint Exhibit 58 and redaction. Date of incident, time. |
| 9:12 am | Back in the presence of the jury. Resume examination of Officer Randazzo.  Defense moved to admit Joint Exhibit 58, without pltf objection. Joint Exhibit 58 Admitted. Joint Exh. 11 video played for witness. |
| 9:30 am | Morning recess. |
| 9:45 am | Back in the presence of the jury. Resume examination of Officer Randazzo. |
| 10:15 am | Redirect/Cross examination. |
| 10:33 am | No recross/redirect.  Witness excused. |
| 10:34 am | Pltf called Paul Braaton, M.D., sworn and testified on direct. |
| 10:54 am | Morning Recess. |
| 11:09 am | Back in the presence of the jury. Resume direct. |
| 11:28 am | Outside the presence of the jury. Court addressed objection to witness reference to Medi-Cal coverage as stated on the record. |
| 11:43 am | Back in the presence of the jury. Defense evidentiary hearing sustained. |
| 11:50 am | Defense cross/direct. |
| 12:12 pm | Pltf redirect/cross. |
| 12:17 pm | Defense redirect/cross. |
| 12:17 pm | Witness excused. |
| 12:18 pm | Lunch Recess. |
| 1:37 pm | Back in the presence of the jury. |

2:19-cv-02343-DAD-AC, Hurtado v. State of CA, et al..
Minutes - Page 2

| | |
|---:|:---|
| 1:38 pm | Pltf called Dr. Jesse Wobrock, sworn and testified.  Pltf moved to admit Pltf Exhibits 156-126 through 156-133, without objection.  Pltf Exhibits 156-126 through 156-133 Admitted. Pltf Exh. for demonstrative purpose: 58-001 - 58-004. |
| 2:24 pm | Cross exam. Joint Exh. 27.001, 47, 30.001. |
| 3:08 pm | Redirect. |
| 3:12 pm | Recross. |
| 3:14 pm | Witness excused. |
| 3:14 pm | Afternoon recess. |
| 3:34 pm | Pltf called Scott DeFoe, sworn and testified. |
| 4:05 pm | Cross exam. |
| 4:30 pm | Redirect. |
| 4:31 pm | No recross.<br>Witness excused. |
| 4:35 pm | Court in recess until 3/14/24 at 9:00 a.m. Court admonished jury. |
| | |
| | |
| | |
| | |
| | |

TIME IN COURT:  7.15 hours