

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

FRANCISCO HURTADO,                                    CASE No. 2:19-cv-02343-DAD-AC
       Plaintiff,

  v.                                                                               MINUTES

STATE OF CALIFORNIA, ET AL.,                      Date: March 14, 2024
                                                                              Deputy Clerk: P. Buzo
       Defendant*.                                       ECRO: Maryann Valenoti
_____/

Counsel for Plaintiff: Dale Galipo, Angel Carrazco, Kent Henderson
Counsel for Defendant: LeeAnn Whitmore, John Bridges

**JURY TRIAL – DAY 4**

| Time | Event |
|---|---|
| 9:25 am | Court in session. Outside the presence of the jury. Francisco Hurtado present. Dale Galipo, Angel Carrazco, and Kent Henderson appeared on behalf of plaintiff. LeeAnn Whitmore and John Bridges appeared for dfts'. Dft Edgardo Yepez present. |
| 9:26 am | Outside the presence of the jury. Pltf counsel addressed exhibit with lifecare plan to be moved into evidence and issue of driver's license as stated on the record. Defense stated its objection to lifecare plan. |
| 9:31 am | Back in the presence of the jury. |
| 9:31 am | Pltf called Mary Meinhard, sworn and testified by video. Pltf Exh. 71. |
| 10:23 am | Cross examination. |
| 10:55 am | Morning Recess. |
| 11:28 pm | Outside the presence of the jury. Defense stated of discussion of lifecare plan with defense. |
| 11:32 am | Back in the presence of the jury. |
| 11:32 am | Redirect. |
| 11:38 am | Re-cross. |
| 11:40 am | Witness excused. |
| 11:42 am | Pltf called Marilyn Jacobs, sworn and testified by video. |
| 12:02 pm | Cross examination. |
| 12:24 pm | No redirect. |
| 12:25 pm | Witness excused, subject to recall. |
| 12:29 pm | Pltf called James Mills, sworn and testified. |
| 12:45 pm | Lunch recess. |
| 2:02 pm | Back in the presence of the jury. Resume direct. |

2:19-cv-02343-DAD-AC, Hurtado v. State of CA, et al..
Minutes - Page 2

| Time | Event |
|---:|---|
| 2:05 pm | Cross examination. |
| 2:18 pm | Redirect. |
| 2:19 pm | No re-cross<br>Witness excused. |
| 2:23 pm | Pltf called Joshua Prager, M.D, sworn and testified. |
| 3:23 pm | Afternoon recess. |
| 3:42 pm | Cross examination. |
| 4:04 pm | Redirect. |
| 4:12 pm | No recross.<br>Witness excused. |
| 4:14 pm | Pltf called Priscilla Macias, sworn and testified.  Pltf moved to admit Exh. 51-001, 51-002, without defense objection. Pltf Exh. 51-001, 51-002 Admitted. Pltf moved to admit Exhi. 50-001, 50-003, 70-003, without defense objection. Pltf Exh. 50-001, 50-003, 70-003 Admitted. |
| 4:37 pm | Cross examination. |
| 4:59 pm | Redirect. |
| 5:02 pm | No re-cross.  Witness excused. |
| 5:02 pm | Court in recess. Trial continued to 3/15/24 at 9:00 a.m.  Court Admonished Jury. |
|  |  |
|  |  |
|  |  |

TIME IN COURT:   6.00 hours