| CAED 435 (Rev. 04/18) | United States District Court, Eastern District of California | | FOR COURT USE ONLY |
|---|---|---|---|
| *PLEASE Read Instruction Page (attached):* | **TRANSCRIPT ORDER** | | **DUE DATE:** |

| 1. YOUR NAME<br>LeeAnn Whitmore | 2. EMAIL<br>leeann.whitmore@doj.ca.gov | 3. PHONE NUMBER<br>(916) 210-7515 | 4. DATE<br>3-15-2024 | |
|---|---|---|---|---|
| 5. MAILING ADDRESS<br>Office of the Attorney General, 1300 I Street, 12th Floor, Torts | | 6. CITY<br>Sacramento | 7. STATE<br>CA | 8. ZIP CODE<br>95814 |
| 9. CASE NUMBER<br>2:19-CV-02343-DAD-AC | 10. JUDGE<br>Drozd | DATES OF PROCEEDINGS | | |
| | | 11. FROM 3-11-2024 | 12. TO 3-15-2024 | |
| 13. CASE NAME<br>Hurtado v. State | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY Sacramento | 15. STATE CA | |

**16. ORDER FOR**

| ☐ APPEAL No. | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☑ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☑ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☑ JURY SELECTION | | | Dailies | 3-11 thru 15-2024; all days | Maryann Valenoti |
| ☑ OPENING STATEMENTS | | | | | |
| ☑ CLOSING ARGUMENTS | | | | | |
| ☑ JURY INSTRUCTIONS | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☑ | ☐ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE<br>/s/ LeeAnn E. Whitmore, Deputy Attorney General | PROCESSED BY |
|---|---|
| 20. DATE<br>3-15-2024 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |