

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

FRANCISCO HURTADO,                                           CASE No.  2:19-cv-02343-DAD-AC
        Plaintiff,

  v.                                                                         MINUTES

STATE OF CALIFORNIA, ET AL.,                            Date:  March 15, 2024
                                                                  Deputy Clerk: P. Buzo
        Defendant*.                                              ECRO:  Maryann Valenoti
_____/

Counsel for Plaintiff: Dale Galipo, Angel Carrazco, Kent Henderson
Counsel for Defendant:  LeeAnn Whitmore, John Bridges

**JURY TRIAL – DAY 5**

| Time | Event |
|---|---|
| 9:00 am | Court in session. Outside the presence of the jury.  Francisco Hurtado present. Dale Galipo, Angel Carrazco, and Kent Henderson appeared on behalf of plaintiff.  LeeAnn Whitmore and John Bridges appeared for dfts'.  Dft Edgardo Yepez present.  Mr. Galipo addressed the court as to a matter to discuss. |
| 9:03 am | Back in the presence of the jury. |
| 9:04 am | Pltf called Christopher Stephenson, sworn and testified.  Pltf Exh. 70-003, 50-003, |
| 9:40 am | Morning break. |
| 9:53 am | Back in the presence of the jury. Resume direct. |
| 10:14 am | Cross examination. |
| 11:04 am | Break |
| 11:11 am | Outside the presence of the jury.  Discussed scheduling. |
| 11:16 am | Back in the presence of the jury.  Resume cross examination. |
| 11:24 am | Redirect. |
| 11:30 am | Re-cross examination. |
| 11:31 am | No Re-redirect. Witness excused. |
| 11:36 am | Pltf called Francisco Hurtado, sworn and testified. |
| 11:57 am | Cross examination. |
| 12:32 am | No redirect. Witness excused, subject to recall. |
| 12:32 am | Court in recess until 3/18/24 at 9:00 a.m. Court Admonished jury. |

TIME IN COURT: 3.5 hours