

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

FRANCISCO HURTADO,                              CASE No. 2:19-cv-02343-DAD-AC
    Plaintiff,

v.                                              MINUTES

STATE OF CALIFORNIA, ET AL.,                    Date: March 19, 2024
                                            Deputy Clerk: P. Buzo
    Defendant*.                             ECRO: Maryann Valenoti
_____/

Counsel for Plaintiff: Dale Galipo, Angel Carrazco, Kent Henderson
Counsel for Defendant: LeeAnn Whitmore, John Bridges

### JURY TRIAL – DAY 6

| Time | Event |
|---|---|
| 10:30 am | Court in session. Outside the presence of the jury. Dale Galipo and Kent Henderson appeared on behalf of plaintiff. LeeAnn Whitmore and John Bridges appeared for dfts'. Court noted informal conferences regarding jury instructions. |
| 10:49 am | Pltf did not have formal objections and noted for the court of agreement between the parties of withdrawn instructions as stated on the record. |
| 10:55 am | Defense addressed the court as to formal objections as stated on the record. Defense addressed Verdict form and special interrogatories as stated on the record. |
| 11:06 am | Pltf's counsel addressed defense special interrogatories. |
| 11:07 am | Court overruled defense formal objections to proposed jury instructions and the court declining to give to the jury instruction regarding qualified immunity. |
| 11:12 am | Pltf addressed the court as to reopening cross examination of dft Yepez. Pltf Counsel referred to Pltf Exhibit 14. |
| 11:18 am | Defense objected to Pltf's request to reopen as stated on the record. |
| 11:19 am | Court addressed the parties. After discussion, Court ruled that Pltf's counsel allowed to reopen cross examination of dft Yepez on issue raised but limited to that issue only. |
| 11:23 am | Defense addressed the court of introducing Future Life Care Costs as an exhibit. |
| 11:24 am | Pltf addressed the court of introducing Future Care Costs as an exhibit. |
| 11:30 am | Lunch Recess. |
| 12:38 pm | Back in the presence of the jury. Pltf requested to reopen cross examination of Dft Yepez. |
| 12:39 pm | Pltf recalled Dft Yepez, previously sworn. Cross examination. Pltf Exhibit 14. |
| 12:45 pm | Redirect. |
| 12:47 pm | Pltf re-recoss. |

2:19-cv-02343-DAD-AC, Hurtado v. State of CA, et al..
Minutes - Page 2

| | |
|---:|:---|
| 12:54 pm | No re-redirect. |
| 12:55 pm | Pltf moved to admit Exhibit 75 Future Care Costs, without objection.  Pltf Exhibit 75 Admitted. |
| 12:57 pm | Defense moved to admit Joint Exhibit 21, without objection.  Joint Exhibit 21 Admitted. Defense moved to admit Exhibit Z Defendant Future Care Costs, without objection. Defense Exhibit Z Admitted. |
| 12:58 pm | Pltf and Defense rested entire case. |
| 1:00 pm | Pltf Closing statement. |
| 2:15 pm | Recess. |
| 2:29 pm | Back in the presence of the jury. |
| 2:30 pm | Defense closing statement. |
| 3:00 pm | Pltf Rebuttal. |
| 3:29 pm | Recess. |
| 3:41 pm | Back in the presence of the jury.<br>Jury Instruction Given. |
| 4:11 pm | No objections by parties. |
| 4:12 pm | Court Security Officer sworn. |
| 4:16 pm | Jury Deliberations began. |
| 4:50 pm | Outside the presence of the jury.  Counsel present. Court addressed a Jury Note. |
| 4:53 pm | Back in the presence of the jury.  Counsel present. Court addressed Jury Notes as to request to play video and schedule for today as stated on the record. |
| 5:00 pm | Court in recess until 3/20/24 at 9:00 AM.  Court Admonished jury. |
| | |
| | |

TIME IN COURT:  4.5 hours