

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

FRANCISCO HURTADO,                            CASE No. 2:19-cv-02343-DAD-AC
        Plaintiff,

    v.                                              MINUTES

STATE OF CALIFORNIA, ET AL.,                  Date: March 20, 2024
                                      Deputy Clerk: P. Buzo
        Defendant*.                   ECRO: Maryann Valenoti
_____/

Counsel for Plaintiff: Kent Henderson
Counsel for Defendant: LeeAnn Whitmore

**JURY TRIAL – DAY 8**

| Time | Event |
|---|---|
| 9:00 am | Court in session. Francisco Hurtado present. Kent Henderson appeared on behalf of plaintiff. LeeAnn Whitmore appeared for dfts'. Dft Edgardo Yepez present. |
| 9:20 am | Back in the presence of the jury. Counsel present. Joint Exhibit JX-11, Video clip played for the jury. |
| 9:28 am | Jury deliberations resumed. |
| 10:41 am | Outside the presence of the jury. Court addressed Jury Note requesting copies of demonstrative exhibits showing shots/impacts to Pltf. Pltf requests court grant request. Defense objected to request. Discussion held. |
| 10:57 am | Outside the presence of the jury. Pltf further argued for court to allow jury to have demonstrative exhibit. Court gave authority for not granting request to view demonstrative exhibit. |
| 11:01 am | Outside the presence of the jury. Court addressed Jury Note of request to have copies of sworn statements taken after the accident and copies of Yepez and Randazzo depositions. Discussion held. |
| 11:03 am | Back in the presence of the jury. Court addressed Jury Note of demonstrative exhibit and request Denied. Court addressed Jury Note of copies of statements after the accident and copies of Yepez and Randazzo depositions. Requests Denied. |
| 11:09 am | Jury deliberations resumed. |
| 12:00 pm | Lunch recess. |
| 1:00 pm | Jury deliberations resumed. |
| 4:39 pm | Outside the presence of the jury. Counsel present. Court addressed Jury Note of request from jury to recess for the day. |
| 4:41 pm | Back in the presence of the jury. Court addressed Jury Note of request to recess for the day and return on 3/21/24 at 9:00 AM. |

2:19-cv-02343-DAD-AC, Hurtado v. State of CA, et al..
Minutes - Page 2

| 4:45 pm | Court in recess until 3/21/2024 at 9:00 AM. Court Admonished jury. |

TIME IN COURT: 6.5 hours