**FILED**

MAR 19 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRANCISCO HURTADO,

  Plaintiff(s)

    v.

STATE OF CALIFORNIA, ET AL.,

  Defendant(s)

**JURY NOTE**

Case No.: 2:19-CV-2343-DAD-AC

| FOR COURT USE |
|---|
| Date: _____ |
| Time: _____ |

Date: 3/19/24

Time: 4:37pm

The jury has reached a unanimous verdict: YES: _____  NO: _____

The jury has the following question(s):

Can we please hear the audio of the MVARs?

DATED: ████████████████████

JUROR/FOREPERSON

1