**FILED**

MAR 19 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO HURTADO, | **JURY NOTE** |
| Plaintiff(s) | |
| v. | Case No.: 2:19-CV-2343-DAD-AC |
| STATE OF CALIFORNIA, ET AL., | |
| Defendant(s) | |

FOR COURT USE
Date: _____
Time: _____

Date: 3/19/24
Time: 3̶ 4:50p

The jury has reached a unanimous verdict: YES: ____ NO: ____

The jury has the following question(s):

> We would like to adjourn at 5pm.

DATED: ██████████

JUROR/FOREPERSON

1