**FILED**

MAR 20 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO HURTADO, | JURY NOTE |
| Plaintiff(s) | |
| v. | Case No.: 2:19-CV-2343-DAD-AC |
| STATE OF CALIFORNIA, ET AL., | |
| Defendant(s) | |

FOR COURT USE

Date: _____

Time: _____

Date: 3/20/24

Time: 10:22 AM

The jury has reached a unanimous verdict:   YES: _____   NO: ✗

The jury has the following question(s):

> Can we please get copies of the demonstratives showing the shots/impacts to Hurtado?

DATED: 3/20/24                                      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                                                    JUROR/FOREPERSON

1