**FILED**

MAR 20 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

1

2

3          **UNITED STATES DISTRICT COURT**

4          **EASTERN DISTRICT OF CALIFORNIA**

5

6

7

8

9    FRANCISCO HURTADO,                              **JURY NOTE**

10     Plaintiff(s)

11       v.                           Case No.:   2:19-CV-2343-DAD-AC

12   STATE OF CALIFORNIA, ET AL.,

13     Defendant(s)                    ┌─────────────────────┐
                                       │     FOR COURT USE    │
14                                     │                      │
                                       │  Date: _____    │
15        Date: 3/20/24                │                      │
                                       │  Time: _____    │
16        Time: 10:48AM                └─────────────────────┘

17   The jury has reached a unanimous verdict:  YES: _____   NO: ✗

18   The jury has the following question(s):

19   ┌────────────────────────────────────────────────────────┐
     │ Can we see copies of sworn statements taken             │
20   │                                                          │
     │ immediately after the accident? Can we also             │
21   │                                                          │
     │ see copies of Yepez's and Randazzo's                    │
22   │                                                          │
     │ depositions?                                            │
23   │                                                          │
     └────────────────────────────────────────────────────────┘
24

25

26   DATED: 3/20/24                    ███████████████
                                       _____
27                                     JUROR/FOREPERSON

28

                                    1