```
                                                           FILED
                                                         MAR 20 2024
                  UNITED STATES DISTRICT COURT
                                                      CLERK, U.S. DISTRICT COURT
                  EASTERN DISTRICT OF CALIFORNIA      EASTERN DISTRICT OF CALIFORNIA
                                                   BY_____
                                                          DEPUTY CLERK
```

| | |
|---|---|
| FRANCISCO HURTADO, | JURY NOTE |
| Plaintiff(s) | |
| v. | Case No.: 2:19-CV-2343-DAD-AC |
| STATE OF CALIFORNIA, ET AL., | |
| Defendant(s) | |

FOR COURT USE

Date: _____

Time: _____

Date: 3/20/24

Time: 1155AM

The jury has reached a unanimous verdict:  YES: ____  NO: X

The jury has the following question(s):

We would like to recess for lunch from 12-1pm.

DATED: 3/20/24

[signature redacted]

JUROR/FOREPERSON

1