**FILED**

MAR 20 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRANCISCO HURTADO,

  Plaintiff(s)

  v.

STATE OF CALIFORNIA, ET AL.,

  Defendant(s)

**JURY NOTE**

Case No.: 2:19-CV-2343-DAD-AC

Date: 3/20/24

Time: ~~3:15pm~~ 4:15pm

| FOR COURT USE |
|---|
| Date: _____ |
| Time: _____ |

The jury has reached a unanimous verdict: YES: ____ NO: _X_

The jury has the following question(s):

> We would like to recess for the evening, now. We will continue deliberating tomorrow at 9AM.

DATED: 3/20/24

_____
JUROR/FOREPERSON