**FILED**

MAR 21 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HURTADO, | JURY NOTE |
| Plaintiff(s) | |
| v. | Case No.: 2:19-CV-2343-DAD-AC |
| STATE OF CALIFORNIA, ET AL., | |
| Defendant(s) | |

FOR COURT USE

Date: _____

Time: _____

Date: 3/21/24

Time: 9:32 AM

The jury has reached a unanimous verdict: YES: ____ NO: X

The jury has the following question(s):

The jury is deadlocked at this point, without additional/new evidence, we do not see this changing.

DATED: 3/21/24                    _____
                                   JUROR/FOREPERSON

1