FILED

MAR 21 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

FRANCISCO HURTADO,

   Plaintiff(s)

   v.

STATE OF CALIFORNIA, ET AL.,

   Defendant(s)

**JURY NOTE**

Case No.: 2:19-CV-2343-DAD-AC

| FOR COURT USE |
|---|
| Date: _____ |
| Time: _____ |

Date: 3/21/24

Time: 10:06 AM

The jury has reached a unanimous verdict:  YES: ____   NO: X

The jury has the following question(s):

> We would like to listen to the MVARs from 5:00 minutes in until 8:00 minutes. We would like to listen 3 times to this.

DATED: 3/21/24

████████████████████
JUROR/FOREPERSON

1