**FILED**

MAR 21 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRANCISCO HURTADO,

  Plaintiff(s)

  v.

STATE OF CALIFORNIA, ET AL.,

  Defendant(s)

JURY NOTE

Case No.: 2:19-CV-2343-DAD-AC

| FOR COURT USE |
|---|
| Date: |
| Time: |

Date: 3/21/24

Time: 1:05 PM

The jury has reached a unanimous verdict: YES: _____ NO: X

The jury has the following question(s):

> The jury is still deadlocked. We've continued to review the evidence and have not changed our positions.

DATED: 3/21/24

_____
JUROR/FOREPERSON

1