**FILED**

MAR 21 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HURTADO, | JURY NOTE |
|   Plaintiff(s) | |
|   v. | Case No.: 2:19-CV-2343-DAD-AC |
| STATE OF CALIFORNIA, ET AL., | |
|   Defendant(s) | |

FOR COURT USE

Date: _____

Time: _____

Date: 3/21/24

Time: 1:54 PM

The jury has reached a unanimous verdict:   YES: _____   NO: X

The jury has the following question(s):

> The jury is dead locked on all questions.

DATED: 3/21/24

_____
JUROR/FOREPERSON

1