

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

FRANCISCO HURTADO,                                   CASE No.  2:19-cv-02343-DAD-AC

              Plaintiff,

     v.                                              **MINUTES**

STATE OF CALIFORNIA, ET AL.,                         Date:  March 21, 2024
                                                     Deputy Clerk: P. Buzo
              Defendant*.                 ECRO:  Maryann Valenoti

_____/

Counsel for Plaintiff: Kent Henderson
Counsel for Defendant:  LeeAnn Whitmore

**JURY TRIAL – DAY 9**

| | |
|---|---|
| 9:00 am | Jury deliberations resumed. |
| 9:52 am | Court in session. Outside the presence of the jury.  Francisco Hurtado present. Kent Henderson appeared on behalf of plaintiff.  LeeAnn Whitmore appeared for dfts'.  Dft Edgardo Yepez present.   Court addressed Jury Note that they are deadlocked. Discussion held. |
| 9:58 am | Back in the presence of the jury. Court addressed Jury Note of being deadlocked. Court addressed Juror #9, foreperson.  Court addressed all jurors. |
| 10:00 am | Court gave jury instruction. |
| 10:02 am | Jury deliberations resumed. |
| 10:20 am | Outside the presence of the jury.  Court addressed Jury Note of listening to MVAR (JX-11). |
| 10:26 am | Outside the presence of the jury. Court addressed jury oral request to listen to the MVAR in the jury room.  Counsel stated the MVAR should be played in open court. |
| 10:29 am | Court addressed Jury Note of request to listen to MVAR and oral request to listen to MVAR in the jury room.  MVAR played in open court. |
| 10:46 am | Jury deliberations resumed. |
| 11:35 am | Lunch Recess. |
| 12:35 pm | Jury deliberations resumed. |
| 1:17 pm | Outside the presence of the jury. Counsel present. Court addressed Jury Note that they are still deadlocked. Discussion held. |
| 1:28 pm | Back in the presence of the jury. Court addressed Jury note of being deadlocked. Court addressed foreperson. |
| 1:34 pm | Jury deliberations resumed. |

2:19-cv-02343-DAD-AC, Hurtado v. State of CA, et al..
Minutes - Page 2

| 1:34 pm | Outside the presence of the jury. Mr. Henderson addressed the court with pltf's objection. |
|---|---|
| 1:59 pm | Outside the presence of the Jury. Court addressed Jury Note that jury is deadlocked. Discussion held. |
| 2:01 pm | Back in the presence of the jury. Court addressed the Jury Note that jury is deadlocked. Court addressed foreperson. Court addressed individual jurors. |
| 2:03 pm | Court declared a mistrial.  Jury is discharged. |
| 2:10 pm | Court adjourned. |
| 2:12 pm | Court addressed parties. Parties are to discuss what do to next in this matter and find an agreeable date for a status conference via Zoom.  Parties are to contact courtroom deputy when a date has been agreed upon. |
|  |  |

TIME IN COURT: 4.00 hours