

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
THE HONORABLE DALE A. DROZD

FRANCISCO HURTADO,

    Plaintiff,

v.

STATE OF CALIFORNIA, ET AL.,

    Defendant*.

_____/

Case No. 2:19-cv-02343-DAD-AC

**WITNESS LIST**

Deputy Clerk: P. Buzo
CRT RPTR: Maryann Valenoti

| NAME OF WITNESS | DATE | DIRECT (TIME) | CROSS (TIME) | REDIRECT (TIME) | RECROSS (TIME) |
|---|---|---|---|---|---|
| Plaintiff | | | | | |
| 1. Francisco Hurtado | 3/15/24 | 11:36 am | 11:57 am | ---- | ---- |
|  | 3/18/24 | 9:30 am | ---- | ---- | ---- |
| 2. Edgardo Yepez (Dft) | 3/12/24 | 11:11 am |  | 4:00 pm | 4:16 pm |
|  | 3/12/24 | 2:29 pm | 2:29 pm | 4:17 pm |  |
|  | 3/18/24 | 2:58 pm | 3:07 pm | ---- | ---- |
|  | 3/19/24 |  | 12:39 pm | 12:45 pm | 12:47 pm |
| 3. Michael Randazzo (AW) | 3/12/24 | 4:20 pm |  |  |  |
|  |  | 4:50 pm | 4:50 pm |  |  |
|  | 3/13/24 | 9:12 am | 9:12 am |  |  |
|  |  | 10:15 am | 10:15 am | ---- | ---- |
| 4. Priscilla Macias | 3/14/24 | 4:14 pm | 4:37 pm | 4:59 pm | ---- |
| 5. Veronica Limon | | | | | |
| 6. Hugo DeLeon | | | | | |
| 7. Heidi Lopez | | | | | |
| 8. Naomi DeLeon | | | | | |
| 9. Scott Defoe | 3/13/24 | 3:34 pm | 4:05 pm | 4:30 pm | |
| 10. Jesse Wobrock | 3/13/24 | 1:38 pm | 2:24 pm | 3:08 pm | 3:12 pm |
| 11. Joshua Prager, MD | 3/14/24 | 2:23 pm | 3:42 pm | 4:04 pm | ----- |
| 12. Christopher Stephenson, M.D | 3/15/24 | 9:04 am | 10:14 am | 11:24 am | 11:30 am |
| 13. Mary Meinhard | 3/14/24 | 9:31 am | 10:23 am | 11:32 am | 11:38 am |
| 14. James Mills | 3/14/24 | 12:29 pm | 2:05 pm | 2:18 pm | ---- |

| | | | | | |
|---|---|---|---|---|---|
| 15. Okorie Okorocha | | | | | |
| 16. Nathan Sato | | | | | |
| 17. Marilyn Jacobs, Ph.D | 3/14/2024 | 11:42 am | 12:02 pm | ---- | ---- |
| 18. Emily B. Fine | | | | | |
| 19. Jessica Mayer | | | | | |
| 20. Diane Valenzuela (Not present) | 3/18/24 | 2:32 pm | | | |
| 21. Dr. Andrea B. Ajaya | | | | | |
| 22. Dr. Matthew J. Cotes | | | | | |
| 23. Dr. John M. Moos | | | | | |
| 24. Dr. William Wong | | | | | |
| 25. Dr. Paul Braaton | 3/13/24 | 10:34 am 11:50 am | 11:50 am | ---- | ---- |
| 26. Dr. Jeffrey Wang | | | | | |
| 27. Dr. Benjamin Bak | | | | | |
| 28. Dr. Pamela Schwendy | | | | | |
| 29. Dr. Jan Eckerman | | | | | |
| 30. Jeff Anderson D.C. | | | | | |
| 31. Ramon Simpson | | | | | |
| 32. Dr. Paul Cheng | | | | | |
| 33. Dr. Benjamin Schanker | | | | | |
| 34. Dr. Annu H. Navani | | | | | |
| 35. Dr. Kyle Heron | | | | | |
| 36. Investigator Shaw, | | | | | |
| 37. Officer Ruben Perez | | | | | |
| 38. Officer B. Munoz | | | | | |
| 39. Kevin Weaver | | | | | |
| 40. Officer Machado | | | | | |
| 41. Officer F. Arias | | | | | |
| 42. Christopher Fischer, M.D. | | | | | |
| 43. Wendy Marquardt, Ph.D | | | | | |
| 44. Corey Tremblay, PA-C | | | | | |
| 45. Amanda Diep, PA-C | | | | | |
| 46. Frank Oliveira Borba, R.N | | | | | |
| | | | | | |
| | | | | | |
| Defendant | | | | | |
| 1. Francisco Hurtado (P) | | | | | |
| 2. Office Edgardo Yepez | | | | | |
| 3. Officer Michel Randazzo | | | | | |

| Witness | | | | | |
|---|---|---|---|---|---|
| 4. Ashley A. Robinson-Byrd | | | | | |
| 5. Deputy Michael Sierra | | | | | |
| 6. Deputy Justin Camara | | | | | |
| 7. Sgt. Joe Mendoza | | | | | |
| 8. Detective Bryan Carter | | | | | |
| 9. Sgt. Nelda Banuelos | | | | | |
| 10. Officer Ruben Perez | | | | | |
| 11. Oficer B. Munoz | | | | | |
| 12. Kevin Weaver | | | | | |
| 13. Officer Machado | | | | | |
| 14. Diane Valenzuela | | | | | |
| 15. Jessica Mayer | | | | | |
| 16. Paul Braaton , M.D. | | | | | |
| 17. Andrea B. Ajayi, M.D. | | | | | |
| 18. Pamela Jill Schwendy, D.O. | | | | | |
| 19. Albert Ahoy, P.A. | | | | | |
| 20. Matthew J. Coates, M.D. | | | | | |
| 21. Matthew B. Ward, M.D. | | | | | |
| 22. Frank Boba, R.N. | | | | | |
| 23. Charniece Merritt, N.P. | | | | | |
| 24. Nurse Sunjia | | | | | |
| 25. Eric Lee | | | | | |
| 26. Officer Eric Moore | | | | | |
| 27. Jeff Anderson, D.C. | | | | | |
| 28. Ramon Simpson PA-C | | | | | |
| 29. Paul Cheng, M.D. | | | | | |
| 30. Benjamin Schanker, M.D. | | | | | |
| 31. Annu H. Navani, M.D. | | | | | |
| 32. Kyle Heron, M.D. | | | | | |
| 33. Emily Fine, Ph.D. | | | | | |
| 34. Marilyn Jacobs | | | | | |
| 35. Jan Eckerman, M.D. | | | | | |
| 36. Keri Pickett, ID A14680 | | | | | |
| 37. Kathleen McCormick, R.N. | | | | | |
| 38. Clarence Chapman | 3/18/24 | 9:34 am | 10:31 am 11:26 am | 11:53 am | ---- |
| 39. Renee Binder, Ph.D. | | | | | |
| 40. David E. Fish, M.D. | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 41. Charles A. Filanosky, Ph.D. | | | | | |
| 42. Peter Sfakianos, M.D. | | | | | |
| 43. Craig Enos | | | | | |
| 44. Bahram Ravani | | | | | |
| 45. Vickie Schweitzer | | | | | |
| 46. Jennifer Craigmyle | | | | | |
| 47. Christopher Galpin | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |