

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
THE HONORABLE DALE A. DROZD

FRANCISCO HURTADO,

    Plaintiff,

v.

STATE OF CALIFORNIA, ET AL.,

    Defendant*.

_____/

Case No. 2:19-cv-02343-DAD-AC

**EXHIBIT LIST**

Deputy Clerk: P. Buzo
Court Reporter: Maryann Valenoti

| EXHIBIT IDENTIFICATION | EXHIBIT DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| Plaintiff | | | |
| 1 | Images of Plaintiff Hurtado's SUV and the surrounding scene, titled "DSCN1641-DSCN1676", except the images included in the Joint Exhibit List (DSCN1642; DSCN 1643; DSCN 1644; DSCN 1645; DSCN 1649; DSCN 1652; DSCN 1656; DSCN 1662; DSCN 1663) *(27 Pages* | | |
| 2 | Images of Plaintiff Hurtado's SUV, surrounding scene, and CHP officers post-incident, titled "DSCN7348-DSCN7405" *(58 Pages)*; | | |
| 3 | Images of Plaintiff Hurtado's SUV and the surrounding scene, titled "CL-015-18 03-16-18 RS-A (1) to CL-015-18 03-16-18 RS-A (135), except the images included in the Joint Exhibit List (CL-015-18 03-16-18 RS-A (14, 15, 18, 28, 30, 31, 32, 36, 37, 38, 39, 40, 41, 43, 44, 46, 47, 48, 49, 51, 65, 66, 67, 68, 69, 78, ) *(135 Pages)*; | | |
| 4 | Images taken by the Multidisciplinary Accident Investigation Teams (MAIT), except the MAIT photographs included in the Joint Exhibit List (IMG_3895.JPG; IMG_3897.JPG; IMG_3905.JPG; | | |

| | | | |
|---|---|---|---|
| | IMG 3906.JPG; IMG 3915.JPG; IMG 3729, IMG 3733.JPG; IMG 3734.JPG; IMG 3735.JPG; IMG 3750.JPG) (*234 Pages*); | | |
| 5 | Images of surrounding scene, titled "CL-015-18 03-16-18 RS-B (1) TO CL-015-18 03-16-18 RS-B (37) (*37 Pages*); | | |
| 6 | Images of Plaintiff Hurtado's SUV, interior and exterior, titles "CL-015-18 04-10-18 RS (1) to CL-015-18 04-10-18 RS (87) (*87 Pages*); | | |
| 7 | Video footage captured by dashboard camera on behalf of the California Highway Patrol, titled "MVAR: Title05: (*1 Page*); | | |
| 8 | Video footage captured by dashboard camera on behalf of the California Highway Patrol, titled "MVAR: Title06: (*1 Page*); | | |
| 9 | Photographs taken by California Highway Patrol Air Operations (*15 Pages*); | | |
| 10 | Video taken by California Highway Patrol Air Operations (*1 Page*); | | |
| 11 | Audio interview taken of Officer Michael Randazzo, dated March 16, 2018 (*1 Page*); | | |
| 12 | Transcription of Audio interview taken of Officer Michael Randazzo, dated March 16, 2018 (*18 Pages*); | | |
| 13 | Audio interview taken of Defendant Officer Edgardo Yepez, dated March 16, 2018 (*1 Page*); | | |
| 14 | Transcription of Audio interview taken of Defendant Officer Edgardo Yepez, dated March 16, 2018(*16 Pages*); | | |
| 15 | Plaintiff Francisco Hurtado's Medical Records American Medical Response (*7 Pages*); | | |
| 16 | Plaintiff Francisco Hurtado's Billing Records American Medical Response (*21 Pages;* | | |

| | | | |
|---|---|---|---|
| 17 | Photograph of Plaintiff Francisco Hurtado's bilateral gunshot wound penetrating buttocks, taken at Sutter Memorial Medical Center (*1 Page*); | | |
| 18 | Photograph of Plaintiff Francisco Hurtado's gunshot wound penetrating upper right thigh adjacent to groin area, taken at Sutter Memorial Medical Center (*1 Page*); | | |
| 19 | Photograph of Plaintiff Francisco Hurtado's gunshot wound penetrating upper right thigh adjacent to groin area, taken at Sutter Memorial Medical Center (*1 Page*); | | |
| 20 | Photograph of Plaintiff Francisco Hurtado's bilateral gunshot wound penetrating outer right thigh, taken at Sutter Memorial Medical Center (*1 Page*); | | |
| 21 | Photograph of Plaintiff Francisco Hurtado's gunshot wound penetrating outer right ankle, taken at Sutter Memorial Medical Center (*1 Page*); | | |
| 22 | Photograph of Plaintiff Francisco Hurtado's gunshot wound penetrating bottom left heel and inner left foot, taken at Sutter Memorial Medical Center (*1 Page*); | | |
| 23 | Photograph of Plaintiff Francisco Hurtado's gunshot wound penetrating outer right ankle, taken at Sutter Memorial Medical Center (*1 Page*); | | |
| 24 | Photograph of Plaintiff Francisco Hurtado's gunshot wound penetrating inner right ankle, taken at Sutter Memorial Medical Center (*1 Page*); | | |
| 25 | Plaintiff Francisco Hurtado's Billing Records from Sutter Memorial Medical Center (*6 Pages*); | | |
| 26 | Plaintiff Francisco Hurtado's Billing Records from OrthoMed Center (*5 Pages*); | | |
| 27 | Plaintiff Francisco Hurtado's Billing Records from Pledge Medical (*1 Page*) | | |
| 28 | Plaintiff Francisco Hurtado's Attending Physician's | | |

|    |                                                                                                                                                                                 |  |  |
|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--|--|
|    | Report from Hill Chiropractic dated July 31, 2019 (*26 Pages*)                                                                                                                 |  |  |
| 29 | Plaintiff Francisco Hurtado's Billing Records from Hill Chiropractic (*5 Pages*)                                                                                               |  |  |
| 30 | Plaintiff Francisco Hurtado's Billing Records from CogNet Rehab Solutions (*3 Pages*);                                                                                         |  |  |
| 31 | Plaintiff Fransico Hurtado's Billing Records from Rincon Physical Medicine & Rehabilitation (*9 Pages*);                                                                       |  |  |
| 32 | Plaintiff Francisco Hurtado's Billing Records from Comprehensive Spine & Sport Center (*17 Pages*);                                                                            |  |  |
| 33 | Plaintiff Francisco Hurtado's Independent Medical Evaluation and Independent Medical Evaluation done by Joshua P. Prager, M.D. from California Pain Medicine Center (*11 pages*); |  |  |
| 34 | Plaintiff Francisco Hurtado's Billing Records from California Pain Medicine Center (*1 Page*);                                                                                 |  |  |
| 35 | Plaintiff Francisco Hurtado's Billing Records from Mary Meinhard & Associates, Inc. (*1 Page*);                                                                                |  |  |
| 36 | Plaintiff Francisco Hurtado's Billing Records from Peter N. Sfakianos, M.D., Orthopaedic Surgery and Sports Medicine (*1 Page*);                                               |  |  |
| 37 | Plaintiff Francisco Hurtado's Neuropsychological Exam Audio done by Charles Filanosky, M.D., dated September 13, 2021 (*1 Page*);                                              |  |  |
| 38 | Plaintiff Francisco Hurtado's Neuropsychological Report done by Charles Filanosky, M.D., dated September 13, 2021 (*2 Pages*);                                                 |  |  |
| 39 | Plaintiff Francisco Hurtado's Medical Records from Stanislaus County Sherrif's Department (*27 Pages*);                                                                        |  |  |
| 40 | Plaintiff Francisco Hurtado's Billing Records from Department of Health Care Services (*4 Pages*);                                                                             |  |  |

| | | | |
|---|---|---|---|
| 41 | Radiology image of Plaintiff Francisco Hurtado's gunshot wound penetrating heel, taken at Sutter Memorial Medical Center (*1 Page*); | | |
| 42 | Radiology image of Plaintiff Francisco Hurtado's gunshot would penetrating right buttock, taken at Sutter Memorial Medical Center (*1 Page*); | | |
| 43 | Radiology image of Plaintiff Francisco Hurtado's gunshot wound penetrating right ankle, taken at Sutter Memorial Medical Center (*1 Page)*; | | |
| 44 | Radiology image of Plaintiff Francisco Hurtado's gunshot wound penetrating right ankle, taken at Sutter Memorial Medical Center (*1 Page)*; | | |
| 45 | Radiology image of Plaintiff Francisco Hurtado's gunshot wound penetrating heel, taken at Sutter Memorial Medical Center (*1 Page*); | | |
| 46 | Radiology image of Plaintiff Francisco Hurtado's gunshot wound penetrating right ankle with visible fragments, taken at Sutter Memorial Medical Center (*1 Page)*; | | |
| 47 | Radiology image of Plaintiff Francisco Hurtado's gunshot wound penetrating right ankle with visible fragments, taken at Sutter Memorial Medical Center (*1 Page)*; | | |
| 48 | Radiology image of Plaintiff Francisco Hurtado's gunshot would penetrating right buttock, taken at Sutter Memorial Medical Center (*1 Page*); | | |
| 49 | Photographs of Plaintiff Francisco Hurtado's healing gunshot wound on ankle and buttocks post incident, taken by Plaintiff's Expert Jesse L. Wobrock, Ph.D. (*6 Pages*); | | |
| 50 | Photographs of Plaintiff Francisco Hurtado's healing gunshot wound on ankle post incident (*4 Pages*); <br> (50-001, 50-003) | 3/14/24 | 3/14/24 |
| 51 | Photographs of Plaintiff Francisco Hurtado incapacitated, incapable of independent ambulation post incident, taken by family (*2 Pages*); | 3/14/24 | 3/14/24 |

| | | | |
|---|---|---|---|
| | (51-001, 51-002) | | |
| 52 | Plaintiff Francisco Hurtado's Toxicology Report done by the Department of Justice. (For identification only, for purposes to exclude, Motion in Limine.) (*2 Pages*); | | |
| 53 | Plaintiff Francisco Hurtado's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Department of Justice Bureau of Forensic Services. (For identification only, for purposes to exclude, Motion in Limine.) (*3 Pages*); | | |
| 54 | E-mail Correspondence to Nathan Sato, Assistant Laboratory Director, BFS Toxicology Laboratory, regarding Plaintiff Francisco Hurtado's blood sample findings. (For identification only, for purposes to exclude, Motion in Limine.) (*14 Pages*); | | |
| 55 | CV, Fee Schedule, Trial Testimony List, and Rule 26 Report of Plaintiff's Expert Scott DeFoe (*38 Pages*); | | |
| 56<br>56-126<br>Thru<br>56-133 | CV, Fee Schedule, and Rule 26 Report of Plaintiff's Expert Jesse L. Wobrock, Ph.D. (*144 Pages*); | 3/13/24 | 3/13/24 |
| 57 | Plaintiff's Expert Jesse L. Wobrock, Ph.D.'s photographs of site of incident (*97 Pages*); | | |
| 58 | Plaintiff's Expert Jesse L. Wobrock, Ph.D.'s image rendering of the approximate position(s) of Plaintiff Francisco Hurtado's shooting incident (*4 pages*); (Demonstrative: 58-001 - 58-004) | Def 3/18/24 | |
| 59 | Plaintiff's Expert Jesse L. Wobrock, Ph.D.'s geographic diagram of Plaintiff Francisco Hurtado's vehicle position post incident (*49 Pages*); | | |
| 60 | CV, Fee Schedule, Testimony List, and Rule 26 Report of Plaintiff's Expert Joshua P. Prager, M.D., M.S. (*45 Pages*); | | |

| | | | |
|---|---|---|---|
| 61 | CV, Fee Schedule, Testimony List, and Rule 26 Report of Plaintiff's Expert Topher Stephenson, M.D. (14 *Pages*); | | |
| 62 | CV, Fee Schedule, and Rule 26 Report of **P**laintiff's Expert Mary C. Meinhard, RN-BV, JD, CLCP, MSC-C, LNC-C (38 *Pages*); | | |
| 63 | CV, Fee Schedule, and Rule 26 Report of Plaintiff's Expert Robert W. Johnson and James A. Mills (49 *Pages*); | | |
| 64 | CV, Testimony List, and Rule 26 Report of Plaintiff's Expert Okorie Okorocha (63 *Pages*); | | |
| 65 | CV, Fee Schedule, and Rule 26 Report of Plaintiff's Expert Marilyn S. Jacobs, Ph.D., Psy.D., ABPP (32 *Pages*); | | |
| 66 | BOSCH Crash Data Retrieval on Plaintiff Fransico Hurtado's vehicle (8 *Pages*); | | |
| 67 | California Highway Patrol Critical Incident Reconstruction Report C18-401-0002 regarding Officer Edgardo Yepez, ID 21783 dated March 15, 2018. For identification only. (Reserve objections to portions.) (379 *Pages*); | | |
| 68 | Stanislaus County Office of the District Attorney findings regarding shooting of Plaintiff Francisco Hurtado. (For identification only, for purposes to exclude, Motion in Limine.) (3 *Pages*); | | |
| 69 | Additional records and bills of Rincon Physical Medicine & Rehabilitation (9 pages); | | |
| 70 | Additional Photos of Plaintiff (4 pages);  (70-003) | 3/14/24 | 3/14/24 |
| 71 | Mary Meinhard updated Life Care Plan Report dated November 2023 (32 pages); | 3/14/24 | |
| 72 | Mary Meinhard Life Care Plan Work Sheets (24 pages); | | |
| 73 | Updated Economic Damages Report by James Mills dated November 16, 2023 (21 pages). | | |

| | | | |
|---|---|---|---|
| 74 | Treasury Strips (9 pages) | | |
| 75 | Plaintiff's Future Care Costs | 3/19/24 | 3/19/24 |
| | | | |
| Defendant | | | |
| A | Incident Detail Report number 180315MR00471, dated March 15, 2018. | | |
| B | Certified copy of plaintiff's conviction in *People v. Hurtado,* Stanislaus County Superior Court case number 400680 for felony possession of a loaded firearm and misdemeanor evading an officer for the events of March 18, 2018. | | |
| C | Certified copy of the transcript of the change of plea and sentencing in *People v. Hurtado*, Stanislaus County Superior Court case number 400680. | | |
| D | Multidisciplinary Accident Investigation Report Number S1801694. | | |
| E | Stanislaus County Sheriff's Department Reports for Case Number S18010594. | | |
| F | Audio recording of plaintiff's psychiatric examination with Renee' Binder M.D. on September 21, 2021. | | |
| G | Renee Binder's report dated October 14, 2021. | | |
| H | Life Care Plan critique prepared by Jen Craigmyle on December 14, 2023. | | |
| I | Supporting schedules for discount rate, inflation rate and present value data from expert Craig Enos. | | |
| J | Craig Enos' supplemental report dated December 13, 2023 regarding present value of claimed damages. | | |
| K | Stanislaus County District Attorney's Office Report Regarding Shooting Investigation January 22, 2020. | | |
| L | Bosch Crash Data Retrieval report for Escalade, CHP000168-175. | | |
| M | Department of Justice Toxicology Screening Report, Case Number CV-18-002003-002. | | |
| N | American Medical Responses, Stanislaus Patient Care Report prepared by Diane Kjestrom. | | |
| O | Pre-surgical Report and Psychological Evaluation by Emily Fine, Phd dated November 29, 2021. | | |
| P | Dispatch Audio for Incident number 180315MR00471, dated March 15, 2018. | | |
| Q | Video of Plaintiff taken January 9, 2024 | | |

| | | | |
|---|---|---|---|
| R | Video of Plaintiff taken January 9, 2024 | | |
| S | Video of Plaintiff taken January 9, 2024 | | |
| T | Video of Plaintiff taken January 9, 2024 | | |
| U | Video of Plaintiff taken January 9, 2024 | | |
| V | Video of Plaintiff taken January 9, 2024 | | |
| W | Video of Plaintiff taken December 12, 2023 | | |
| X | Video of Plaintiff taken December 12, 2023 | | |
| Y | Video of Plaintiff taken December 12, 2023 | | |
| Z | Defendants' Future Life Care Costs | 3/19/24 | 3/19/24 |
| | | | |
| Joint | | | |
| JX-1 | Defendant California Highway Patrol's Use of Force Policy (*4 Pages*) | | |
| JX-2 | Plaintiff Francisco Hurtado's Medical Records from Sutter Memorial Medical Center (*520 Pages*) | | |
| JX-3 | Plaintiff Francisco Hurtado's Medical Records from OrthoMed Center (*60 Pages*) | | |
| JX-4 | Plaintiff Francisco Hurtado's Neurosurgical Evaluation by Jan Eckermann, M.D. from Pledge Medical done on July 5, 2018 (*3 Pages*) | | |
| JX-5 | Plaintiff Francisco Hurtado's Telehealth Neuropsychological Screening Report and Pre-Surgical Evaluation done by Emily B. Fine. PhD from CogNet Rehab Solutions, dated November 17, 2020 and December 22, 2020 (*13 Pages*) | | |
| JX-6 | Plaintiff Francisco Hurtado's Medical Reports done by Topher Stephenson, M.D. from Rincon Physical Medicine & Rehabilitation, dated January 6, 2021, February 17, 2021, March 31, 2021, April 15, 2021, April 21, 2021, June 8, 2021, and October 18, 2022 (*16 Pages*) | | |
| JX-7 | Plaintiff Francisco Hurtado's Medical Reports from Comprehensive Spine & Sport Center (*40 Pages*) | | |
| JX-8 | Plaintiff Francisco Hurtado's Medical Reports done by Christopher Fischer, M.D. and Wendy Marquardt, Ph.D. from Rincon Physical Medicine & Rehabilitation, dated January 11, 2021 and April 5, 2021, and June 28, 2021 (9 *Pages*) | | |
| JX-9 | Comprehensive Psychological Evaluation for Spinal Cord Treatment and Planning Report prepared by Marilyn Jacobs (*12 Pages*) | | |
| JX-10 | Plaintiff Francisco Hurtado's Medical Records from VIP Ketamine (*28 Pages*) | | |

| | | | |
|---|---|---|---|
| JX-11 | Video footage captured by dashboard camera on behalf of the California Highway Patrol, titled "MVAR: Title06: (*1 Page*) | 3/12/24 | 3/12/24 |
| JX-12 | Defendant Officer Edgardo Yepez Peace Officer Standards and Training Records (*11 Pages*) | | |
| JX-13 | MAIT photograph of guardrail, IMG_3895.JPG (*1 Page*) | | |
| JX-14 | MAIT photograph of top of the embankment, IMG 3897 JPG (*1 Page*) | | |
| JX-15 | MAIT photograph of guardrail and embankment, IMG 3905.JPG (*1 Page*) | | |
| JX-16 | MAIT photograph of guardrail and embankment, IMG 3906.JPG (*1 Page*) | | |
| JX-17 | MAIT photograph of Keyes Road off ramp approaching stop sign; IMG 3915.JPG (1 Page) | | |
| JX-18 | Photograph of scene and passenger side of Escalade, DSCN1642.JPG(*1 Page*) | 3/12/24 | 3/12/24 |
| JX-19 | Photograph of scene, rear passenger side and rear of Escalade DSCN1643.JPG (1 Page) | 3/12/24 | 3/12/24 |
| JX-20 | Photograph of rear of Escalade at scene, DSCN1644.JPG (*1 Page*) | | |
| JX-21 | Side view of rear of Escalade at scene, DSCH1645.JPG (*1 Page*) | 3/19/24 | 3/19/24 |
| JX-22 | Photograph of gun in Escalade at scene, DSCN1649.JPG (*1 Page*) | | |
| JX-23 | Driver's side view of Escalade showing shrubs at scene, DSCN1652.JPG (*1 Page*) | | |
| JX-24 | Photograph of gun in plaintiff's vehicle at scene, DSCN1656.JPG (*1 Page*) | 3/12/24 | 3/12/24 |
| JX-25 | Photograph of interior of overturned Escalade taken from rear showing contents of vehicle, DSCN1662.JPG (*1 Page*) | 3/12/24 | 3/12/24 |
| JX-26 | Closer up photograph of interior of Escalade showing contents of vehicle; DSCN1663.JPG (*1 Page*) | | |
| JX-27 | Scene photograph showing overturned Escalade and damaged fence facing toward vehicle, CL-015-1803-16-18 RS-A(14).JPG (*1 Page*) | 3/12/24 | 3/12/24 |
| JX-28 | Scene photograph of embankment and damage guardrail facing up toward guardrail, CL-015-1803-16-RS-A(15).JPG (*1 Page*) | | |
| JX-29 | Scene photograph of shrubbery and rear portion of Escalade, CL-015-1803-16-18 RS-A (18).JPG (*1 Page*) | | |
| JX-30 | Scene photograph of passenger side of Escalade, CL-015-1803-16-18 RS-A (28).JPG (*1 Page*) | 3/12/24 | 3/12/24 |

| | | | |
|---|---|---|---|
| JX-31 | Scene photograph of overturned Escalade from the front of Escalade, CL-015-1803-16-18 RS-A(30).JPG (*1 Page*) | 3/12/24 | 3/12/24 |
| JX-32 | Wider Scene photograph taken toward front of Escalade, CL-015-1803-16-18 RS-A(31).JPG (*1 Page*) | | |
| JX-33 | Scene photograph facing toward front driver side of Escalade, CL-015-1803-16-18 RS-A(32).JPG (*1 Page*) | 3/12/24 | 3/12/24 |
| JX-34 | Scene photograph facing toward driver side of the Escalade, CL-015-1803-16-18 RS-A(36).JPG (*1 Page*) | 3/12/24 | 3/12/24 |
| JX-35 | Scene photograph of shrubs and drivers' side of the Escalade, CL-015-1803-16-18 RS-A(37).JPG (*1 Page*) | | |
| JX-36 | Scene photograph of shrubs and driver's side of the Escalade, CL-015-1803-16-18 RS-A(38).JPG (*1 Page*) | | |
| JX-37 | Scene photograph of shrubs and driver's side of the Escalade, CL-015-1803-16-18 RS-A(39).JPG (*1 Page*) | | |
| JX-38 | Scene photograph of shrubs and driver's side of the Escalade, CL-015-1803-16-18 RS-A(40).JPG (*1 Page*) | | |
| JX-39 | Scene photograph of shrubs and driver's side of the Escalade, CL-015-1803-16-18 RS-A(41) (*1 Page*) | | |
| JX-40 | Scene photograph of shrubs and rear and drivers' side of the Escalade, CL-015-1803-16-18 RS-A(43).jpg (*1 Page*) | | |
| JX-41 | Scene photograph of rear and driver's side of the Escalade, CL-015-1803-16-18 RS-A(44).jpg (*1 Page*) | | |
| JX-42 | Scene photograph of driver's side of the Escalade, CL-015-1803-16-18 RS-A(46).jpg (*1 Page*) | | |
| JX-43 | Scene photograph of driver's side of the Escalade, CL-015-1803-16-18 RS-A(47).jpg (*1 Page*) | | |
| JX-44 | Closer up scene photograph of driver's side of the Escalade, CL-015-1803-16-18 RS-A(48).jpg (*1 Page*) | 3/12/24 | 3/12/24 |
| JX-45 | Closer up scene photograph of driver's side of the Escalade, CL-015-1803-16-18 RS-A(49).jpg (*1 Page*) | | |
| JX-46 | Photograph of gun in driver's side of Escalade, CL-015-1803-16-18 RS-A(51).jpg (*1 Page*) | | |
| JX-47 | Photograph of interior of Escalade from the rear, CL-015-1803-16-18 RS-A (65).jpg (*1 Page*) | 3/12/24 | 3/12/24 |

| | | | |
|---|---|---|---|
| JX-48 | Photograph of interior of Escalade from the rear, CL-015-1803-16-18 RS-A (66).jpg (*1 Page*) | 3/12/24 | 3/12/24 |
| JX-49 | Photograph of interior of Escalade from the rear, CL-015-1803-16-18 RS-A(67).jpg (*1 Page*) | | |
| JX-50 | Photograph of interior of Escalade from the rear, CL-015-1803-16-18-RS-A(68).jpg (*1 Page*) | | |
| JX-51 | Photograph of interior of Escalade from the rear, CL-015-1803-16-18-RS-A(69).jpg (*1 Page*) | | |
| JX-52 | Photograph of driver's side of Escalade, CL-015-1803-16-18-RS-A(78).jpg (*1 Page*) | | |
| JX-53 | MAIT photograph of guardrail and embankment, IMG_3729.jpg (*1 Page*) | | |
| JX-54 | MAIT photograph of scene, IMG_3733.jpg (*1 Page*) | | |
| JX-55 | MAIT photograph of scene, IMG_3734.jpg (*1 Page*) | 3/12/24 | 3/12/24 |
| JX-56 | MAIT photograph of scene, IMG_3735.jpg (*1 Page*) | | |
| JX-57 | MAIT photograph of Escalade, IMG_3750.jpg (*1 Page*) | 3/12/24 | 3/12/24 |
| JX-58 | Google Earth Scene Photograph, CHP00099 (*1 Page*) | 3/13/24 | 3/12/24 |
| JX-59 | Cropped photograph of Escalade at Incident Scene, CHP-000103 (*1 Page*) | | |
| | | | |
| | | | |
| | | | |
| | | | |