Rob Bonta, State Bar No. 202668
Attorney General of California
Iveta Ovsepyan, State Bar No. 279218
Supervising Deputy Attorney General
LeeAnn E. Whitmore, State Bar No. 214870
Deputy Attorney General
John C. Bridges, State Bar No. 248553
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7515
 Telephone: (916) 210-7529
 Fax: (916) 322-8288
 E-mail: LeeAnn.Whitmore@doj.ca.gov
 E-mail: John.Bridges@doj.ca.gov
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol and Edgardo Yepez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HURTADO, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ AKA EDGARDO LOPEZ; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No.: 2:19-CV-02343-DAD-AC<br><br>**DEFENDANTS' RESPONSE REGARDING STATUS CONFERENCE**<br><br>Trial Date:  April 9, 2024<br>Time:  1:30 p.m.<br>Courtroom:  4<br>Judge:  Hon. Dale A. Drozd<br><br>Action Filed:  April 2, 2019 |

Defendants State of California by and through the California Highway Patrol and Edgardo Yepez (Defendants) submit the following response regarding the status conference scheduled for

1

April 9, 2024. Defendants' counsel are unavailable for a new trial between July 8-July 19, 2024 because of pre-existing trial and vacation conflicts. Defense counsel Deputy Attorney General LeeAnn Whitmore currently has two trials set to begin on July 8, 2024. On September 14, 2022, the Fresno County Superior Court set trial in the case of *Fern Vanlaningham v. California Highway Patrol*, Fresno County Superior Court case number 21CECG02373, to begin on July 8, 2024. That trial is estimated to last seven days. Deputy Attorney General Whitmore is the only attorney who can try that case.

Additionally, on March 18, 2024, this Court set trial in the case of *Bivins v. Sarabia*, United States District Court case number 2:18-cv-02671-DAD-DMC. Trial in that matter is also scheduled to last seven days.

Deputy Attorney General John Bridges also has pre-scheduled vacations during that time period that cannot be moved. Deputy Attorney General Whitmore also has a previously scheduled two-week vacation from July 19 – August 2, 2024 which cannot be re-scheduled.

Based on previously scheduled trials and vacations, the earliest date defense counsel could be available for a new trial date in this matter is November 12, 2024.

Dated: April 5, 2024                                    Respectfully submitted,

ROB BONTA
Attorney General of California
IVETA OVSEPYAN
Supervising Deputy Attorney General

*/s/ LeeAnn E. Whitmore*

LEEANN E. WHITMORE
Deputy Attorney General
JOHN C. BRIDGES
Deputy Attorney General
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol and Edgardo Yepez*