Docusign Envelope ID: D1780A35-17CD-4403-8252-58DCF99508CE

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

Humberto M. Guizar, Esq.    (SBN 125769)
Kent M. Henderson, Esq.     (SBN 139530)
Angel Carrazco, Jr., Esq.   (SBN 230845)
**GUIZAR, HENDERSON & CARRAZCO, L.L.P.**
18301 Irvine Boulevard, Tustin, CA 92780
Telephone:    (714) 541-8600
Facsimile:    (714) 541-8601
Email:        hguizar@ghclegal.com
              hendolaw@gmail.com
              angel@carrazcolawapc.com

Attorneys for Plaintiff FRANCISCO HURTADO

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HURTADO, an individual<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02343-DAD-AC<br><br>**DECLARATION OF PRISCILLA MACIAS AS GUARDIAN TO I.H., E.H., F.H., ANDA.H., SUCCESSORS IN INTEREST TO FRANCISCO HURTADO**<br><br>Trial Date:    March 11, 2024<br>Time:          9:00 a.m.<br>Courtroom:     4<br>Judge:         Hon. Dale A. Drozd |

Docusign Envelope ID: D1780A35-17CD-4403-8252-58DCF99508CE

# DECLARATION OF PRISCILLA MACIAS

I, Priscilla Macias, hereby declare as follows:

1. I am a competent adult. I have personal knowledge of the facts contained herein and would and could testify competently thereto if called.

2. I am the natural mother and legal guardian of I.H., E.H., F.H., and A.H.

3. I.H. is a minor child and the natural daughter of Francisco Hurtado.

4. E.H. is a minor child and the natural daughter of Francisco Hurtado.

5. F.H. is a minor child and the natural son of Francisco Hurtado.

6. A.H. is a minor child and the natural son of Francisco Hurtado.

7. The decedent is Francisco Hurtado.

8. Francisco Hurtado died on June 28, 2024, in Atwater, California.

9. No proceeding is now pending in California for the administration of decedent's estate.

10. I.H. is the decedent's child and successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeeds the decedent's interest in the action or proceeding.

11. E.H. is the decedent's child and successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeeds the decedent's interest in the action or proceeding.

12. F.H. is the decedent's child and successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeeds the decedent's interest in the action or proceeding.

13. A.H. is the decedent's child and successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeeds the decedent's interest in the action or proceeding.

14. The declarant is the natural mother and legal guardian of I.H., E.H., F.H., and A.H., and is authorized to act on behalf of the decedent's successors in interest (as defined in Section

377.11 of the California Code of Civil Procedure) with respect to the decedent's interest in the action or proceeding.

15.  No other person has a superior right to commence the action or proceeding or to be substitute for the decedent in the pending action or proceeding.

16.  A copy of the decedent's death certificate is attached hereto as Exhibit "A."

I, Priscilla Macias, declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Signed by:

*Priscilla Macias*

8D7F9917AA60412...
Priscilla Macias