# Exhibit A

# STATE OF CALIFORNIA

## COUNTY of MERCED
### HEALTH DEPARTMENT
MERCED, CALIFORNIA

**STATE FILE NUMBER:** 3052024139999
**LOCAL REGISTRATION NUMBER:** 3202424000757

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

**DECEDENT'S PERSONAL DATA**

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | FRANCISCO |
| 2. MIDDLE | DE JESUS |
| 3. LAST (Family) | HURTADO |
| AKA. ALSO KNOWN AS - Include full AKA (FIRST MIDDLE LAST) | - |
| 4. DATE OF BIRTH mm/dd/ccyy | 12/11/1997 |
| 5. AGE Yrs | 26 |
| 6. SEX | M |
| 8. BIRTH STATE/FOREIGN COUNTRY | MEXICO |
| 10. SOCIAL SECURITY NUMBER | NONE |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS/SRDP at Time of Death | NEVER MARRIED |
| 7. DATE OF DEATH mm/dd/ccyy | 06/28/2024 |
| 8. HOUR (24 Hours) | 0025 |
| 13. EDUCATION | 09 |
| 14/15. WAS DECEDENT HISPANIC/LATINO/A/SPANISH | X YES MEXICAN |
| 16. DECEDENT'S RACE | HISPANIC |
| 17. USUAL OCCUPATION | AUTO DETAILING |
| 18. KIND OF BUSINESS OR INDUSTRY | AUTOMOTIVE |
| 19. YEARS IN OCCUPATION | 4 |

**USUAL RESIDENCE**

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE (Street and number or location) | 113 CASTLE DRIVE |
| 21. CITY | ATWATER |
| 22. COUNTY/PROVINCE | MERCED |
| 23. ZIP CODE | 95301 |
| 24. YEARS IN COUNTY | 3 |
| 25. STATE/FOREIGN COUNTRY | CA |

**INFORMANT**

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | VERONICA LIMON, MOTHER |
| 27. INFORMANT'S MAILING ADDRESS | 1616 BOISE AVENUE, MODESTO, CA 95358 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP – FIRST | - |
| 29. MIDDLE | - |
| 30. LAST (BIRTH NAME) | - |
| 31. NAME OF FATHER/PARENT – FIRST | GUSTAVO |
| 32. MIDDLE | - |
| 33. LAST | HURTADO |
| 34. BIRTH STATE | MEXICO |
| 35. NAME OF MOTHER/PARENT – FIRST | VERONICA |
| 36. MIDDLE | - |
| 37. LAST (BIRTH NAME) | LIMON |
| 38. BIRTH STATE | MEXICO |

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

| Field | Value |
|---|---|
| 39. DISPOSITION DATE mm/dd/ccyy | 07/11/2024 |
| 40. PLACE OF FINAL DISPOSITION | TURLOCK MEMORIAL PARK, 575 NORTH SODERQUIST ROAD, TURLOCK, CA 95380 |
| 41. TYPE OF DISPOSITION(S) | BURIAL |
| 42. SIGNATURE OF EMBALMER | KATHY MCCOMBS |
| 43. LICENSE NUMBER | EMB8835 |
| 44. NAME OF FUNERAL ESTABLISHMENT | TURLOCK FUNERAL HOME |
| 45. LICENSE NUMBER | FD1843 |
| 46. SIGNATURE OF LOCAL REGISTRAR | SALVADOR SANDOVAL, MD |
| 47. DATE mm/dd/ccyy | 07/03/2024 |

**PLACE OF DEATH**

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | FRONT YARD OF RESIDENCE |
| 102. IF HOSPITAL, SPECIFY ONE | - |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | X Decedent's Home |
| 104. COUNTY | MERCED |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 113 CASTLE DRIVE |
| 106. CITY | ATWATER |

**CAUSE OF DEATH**

| Field | Value |
|---|---|
| 107. CAUSE OF DEATH | |
| IMMEDIATE CAUSE (A) | GUNSHOT WOUNDS |
| Time interval between Onset and Death (AT) | SECS |
| 108. DEATH REPORTED TO CORONER? | X YES |
| Internal # | 24-26030 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | X YES |
| 111. USED IN DETERMINING CAUSE? | X YES |
| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 | |
| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? | NO |
| 113A. DECEDENT PREGNANT IN LAST YEAR? | NO |

**PHYSICIAN'S CERTIFICATION**

| Field | Value |
|---|---|
| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED | |
| Decedent Attended Since (A) mm/dd/ccyy | |
| Decedent Last Seen Alive (B) mm/dd/ccyy | |
| 115. SIGNATURE AND TITLE OF CERTIFIER | |
| 116. LICENSE NUMBER | |
| 117. DATE mm/dd/ccyy | |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | |

**CORONER'S USE ONLY**

| Field | Value |
|---|---|
| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED | |
| MANNER OF DEATH | X Homicide |
| 120. INJURED AT WORK? | NO |
| 121. INJURY DATE mm/dd/ccyy | 06/28/2024 |
| 122. HOUR (24 Hours) | 0001 |
| 123. PLACE OF INJURY | HOME |
| 124. DESCRIBE HOW INJURY OCCURRED | DECEDENT WAS SEATED IN FRONT SEAT ON THE DRIVERS SIDE OF PICKUP WHEN AN UNKNOWN ASSAILANT WALKED UP AND FIRED SEVERAL 9MM ROUNDS INTO THE VEHICLE STRIKING HIM |
| 125. LOCATION OF INJURY | 113 CASTLE DRIVE, ATWATER, CA 95301 |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | JOHN D ARGUELLES |
| 127. DATE mm/dd/ccyy | 07/01/2024 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | JOHN D ARGUELLES, DEP CORONER |

**STATE REGISTRAR**

*99280128*

### CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA
COUNTY OF MERCED   ss

DATE ISSUED 07/18/2024