**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO HURTADO, an individual | Case No. 2:19-cv-02343-DAD-AC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER RE MOTION TO SUBSTITUTE FRANCISCO HURTADO'S MINOR CHILDREN AS SUCCESSORS IN INTEREST TO PLAINTIFF FRANCISCO HURTADO, RECENTLY DECEASED** |
| STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive, | |
| Defendants. | Trial Date:   March 11, 2024<br>Time:   9:00 a.m.<br>Courtroom:   4<br>Judge:   Hon. Dale A. Drozd |

**[PROPOSED] ORDER**

Having considered the papers filed in support of and in opposition to the Motion to Substitute Francisco Hurtado's Minor Children as Successors in Interest to Plaintiff Francisco Hurtado, Recently Deceased, and GOOD CAUSE appearing therefrom, it is hereby ORDERED that:

1. The Court takes notice of the death of Plaintiff Francisco Hurtado that occurred on June 28, 2024, in Atwater, California.

2. The Motion to Substitute is granted.

3. I.H., E.H., F.H., and A.H., through their guardian Priscilla Macias, is substituted as successors in interest for Plaintiff Francisco Hurtado.

4. The Clerk of Court is directed to amend the docket to reflect the substitution of I.H., E.H., F.H., and A.H., through their guardian Priscilla Macias, as successors in interest for Plaintiff Francisco Hurtado.

IT IS SO ORDERED.

DATED:                                    _____

                                         HON. DALE A. DROZD
                                         UNITED STATES DISTRICT JUDGE