| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Law Offices of Dale K. Galipo<br>21800 Burbank Blvd. 310 Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 \| FAX NO. (818) 347-4118<br>E-MAIL ADDRESS<br>ATTORNEY FOR *(Name):* Plaintiff: Francisco Hurtado | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: 501 I STREET | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: SACRAMENTO, CA 95814 | |
| BRANCH NAME: FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| PLAINTIFF: Francisco Hurtado, an individual | CASE NUMBER: |
|---|---|
| DEFENDANT: State of California; California Highway Patrol; Edgardo Yepez aka Edgardo Lopez; and Does 1 through 100, inclusive | 2:19-cv-02343-DAD-AC |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

Notice of Motion and Motion to Substitute Francisco Hurtado's Minor Children As Successors in Interest to Plaintiff Francisco Hurtado, Recentle Deceased; Memorandum and Points of Authorities; [Proposed] Order Re Motion to Substitute Francisco Hurtado's Minor Children As Successors in Interest to Plaintiff Francisco Hurtado, Recently Deceased; Declaration of Priscilla Macias As Guardian to I.H., E.H., F,H., and A.H., Successors in Interest to Francisco Hurtadol; Request for Sheriff to Serve Court Papers (SER-001)

| PARTY SERVED: | David Joseph Diaz Ruelas, by and through his mother/legal guardian Julissa Diaz Ruelas pursuant to FRCP 4(g) and CCP 416.60 |
|---|---|
| BY LEAVING WITH: | Erika "Doe" (refused last name) - Civil Clerk, Agent in charge authorized to accept |
| DATE & TIME OF DELIVERY: | 8/28/2024<br>2:29 PM |
| ADDRESS, CITY, AND STATE: | 670 W 22nd St Rm 15<br>Merced, CA 95340-3730 |

MANNER OF SERVICE:

Substituted Service - By leaving the copies with or in the presence of Erika "Doe" (refused last name) a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers. A declaration of diligence is attached. I thereafter mailed the copies to the person served, addressed as shown in above address, by first-class mail, postage prepaid, on August 29, 2024 from Los Angeles.

Fee for Service: $ 290.23
County:
Registration No.:
ON-CALL LEGAL
2476 Overland Avenue, Third Floor
Los Angeles, CA 90064
(310) 858-9800

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on August 29, 2024.

Signature: *Sharon Schooler*
Sharon Schooler

**PROOF OF SERVICE**

(a)(23)[New July 1, 1987]                                                                 Order#: 415855/General

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Law Offices of Dale K. Galipo<br>21800 Burbank Blvd.  310 Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 \| FAX NO. (818) 347-4118<br>E-MAIL ADDRESS<br>ATTORNEY FOR *(Name):* Plaintiff: Francisco Hurtado | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: 501 I STREET | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: SACRAMENTO, CA 95814 | |
| BRANCH NAME: FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| PLAINTIFF: Francisco Hurtado, an individual | CASE NUMBER: |
|---|---|
| DEFENDANT: State of California; California Highway Patrol; Edgardo Yepez aka Edgardo Lopez; and Does 1 through 100, inclusive | 2:19-cv-02343-DAD-AC |
| AFFIDAVIT OF REASONABLE DILIGENCE | Ref. No. or File No.: |

I, Sharon Schooler , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: David Joseph Diaz Ruelas, by and through his mother/legal guardian Julissa Diaz Ruelas pursuant to FRCP 4(g) and CCP 416.60 as follows:

Documents:
   See Documents on Attached List

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 8/28/2024 | 2:29 PM | Business | SUBSTITUTE SERVICE: Accepted by Erika "Doe" (refused last name) was a Civil Clerk.<br>670 W 22nd St Rm 15,  Merced, CA 95340-3730 |

Fee for Service: $ 290.23
   County:
   Registration No.:
   ON-CALL LEGAL
   2476 Overland Avenue, Third Floor
   Los Angeles, CA 90064
   (310) 858-9800

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 29, 2024.

Signature: *Sharon Schooler*
             Sharon Schooler

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: 415855

ON-CALL LEGAL
2476 Overland Avenue, Third Floor
Los Angeles, CA 90064
Phone: ((31) 0) -858- x 9800 Fax: ((88) 8) -543- x 5126
www.oncalllegal.com

Continued from Proof of Service

**CLIENT:** Law Offices of Dale K. Galipo

**CLIENT FILE #:**

**DATE:** August 29, 2024

**SUBJECT:** David Joseph Diaz Ruelas, by and through his mother/legal guardian Julissa Diaz Ruelas pursuant to FRCP 4(g) and CCP 416.60

**SERVED:** Erika "Doe" (refused last name) - Civil Clerk, Agent in charge authorized to accept

```
Notice of Motion and Motion to Substitute Francisco Hurtado's Minor
Children As Successors in Interest to Plaintiff Francisco Hurtado,
Recentle Deceased; Memorandum and Points of Authorities; [Proposed]
Order Re Motion to Substitute Francisco Hurtado's Minor Children As
Successors in Interest to Plaintiff Francisco Hurtado, Recently
Deceased; Declaration of Priscilla Macias As Guardian to I.H., E.H.,
F,H., and A.H., Successors in Interest to Francisco Hurtadol;
Request for Sheriff to Serve Court Papers (SER-001)
```

**415855**

| Attorney or Party without Attorney: | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Law Offices of Dale K. Galipo<br>21800 Burbank Blvd. 310<br>Woodland Hills, CA 91367<br>TELEPHONE No.: (818) 347-3333   FAX No. (Optional): (818) 347-4118 | | | | |
| Attorney for: Plaintiff Francisco Hurtado | | Ref No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT - FOR THE EASTERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: Francisco Hurtado, an individual<br>Defendant: State of California; California Highway Patrol; Edgardo Yepez aka Edgardo Lopez; and Does 1 through 100, inclusive | | | | |
| PROOF OF SERVICE BY MAIL | HEARING DATE:<br>10/1/2024 | TIME:<br>1:30 AM | DEPT.:<br>4 | CASE NUMBER:<br>2:19-cv-02343-DAD-AC |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Notice of Motion and Motion to Substitute Francisco Hurtado's Minor Children As Successors in Interest to Plaintiff Francisco Hurtado, Recentle Deceased; Memorandum and Points of Authorities; [Proposed] Order Re Motion to Substitute Francisco Hurtado's Minor Children As Successors in Interest to Plaintiff Francisco Hurtado, Recently Deceased; Declaration of Priscilla Macias As Guardian to I.H., E.H., F,H., and A.H., Successors in Interest to Francisco Hurtadol; Request for Sheriff to Serve Court Papers (SER-001)

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

   a. Date of Mailing:        August 29, 2024
   b. Place of Mailing:       Los Angeles, CA
   c. Addressed as follows:   David Joseph Diaz Ruelas, by and through his mother/legal guardian Julissa Diaz Ruelas pursuant to FRCP 4(g) and CCP 416.60
                              670 W 22nd St Rm 15
                              Merced, CA 95340-3730

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Fee for Service: $ 290.23
ON-CALL LEGAL
2476 Overland Avenue, Third Floor
Los Angeles, CA 90064
(310) 858-9800

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on August 29, 2024.

Signature: _____
David Azema

**PROOF OF SERVICE BY MAIL**

Order#: 415855/mailproof