Law Offices of Dale K. Galipo
Dale Galipo SBN 144074
21800 Burbank Blvd., Ste 310
Woodland Hills, CA  91367

Representing: Plaintiff                                        File No.

UNITED STATES DISTRICT COURT

Eastern District of California - District - Sacramento

| | | |
|---|---|---|
| FRANCISCO HURTADO | ) | Case No. 2:19-cv-02343-DAD-AC |
| **Plaintiff/Petitioner** | ) | |
| | ) | Proof of Service of: |
| vs. | ) | NOTICE OF MOTION AND MOTION TO SUBSTITUTE |
| | ) | FRANCISCO HURTADO'S MINOR CHILDREN AS SUCCESSORS |
| STATE OF CALIFORNIA, et al. | ) | IN INTEREST TO PLAINTIFF FRANCISCO HURTADO, RECENTLY |
| **Defendant/Respondent** | ) | DECEASED; MEMORANDUM AND POINTS OF AUTHORITIES, |
| | ) | DECLARATION OF PRISCILLA MACIAS AS GUARDIAN TO I.H., |
| | ) | E.H., F.H., ANDA.H., SUCCESSORS IN INTEREST TO FRANCISCO |
| | ) | HURTADO, Exhibits, [PROPOSED] ORDER RE MOTION TO |
| | | SUBSTITUTE FRANCISCO HURTADO'S MINOR CHILDREN AS |
| | | SUCCESSORS IN INTEREST TO PLAINTIFF FRANCISCO |
| | | HURTADO, RECENTLY DECEASED |

Service on:
David Joseph Diaz Ruelas, by and through his legal guardian David Diaz, pursuant to FRCP 4(g) and CCP 416.60

Hearing Date:    2024-10-01

Hearing Time:    01:30 PM

Div/Dept:        4

PROOF OF SERVICE

Order # 23618676

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| Law Offices of Dale K. Galipo<br>Dale Galipo SBN 144074<br>21800 Burbank Blvd. Ste 310<br>Woodland Hills, CA 91367 | | |
| TELEPHONE NO.: | FAX NO *(Optional)*: | |
| E-MAIL ADDRESS *(Optional)*: | ldeleon@galipolaw.com | |
| ATTORNEY FOR *(Name)*: | Plaintiff | |
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Eastern District of California - District - Sacramento<br>501 I Street Suite 4-200<br>Sacramento, CA  95814 | | |
| PLAINTIFF / PETITIONER: | FRANCISCO HURTADO | CASE NUMBER:<br>2:19-cv-02343-DAD-AC |
| DEFENDANT / RESPONDENT: | STATE OF CALIFORNIA, et al. | |
| PROOF OF SERVICE | | Ref. No. or File No.:<br>11699419 (23618676) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
NOTICE OF MOTION AND MOTION TO SUBSTITUTE FRANCISCO HURTADO'S MINOR CHILDREN AS SUCCESSORS IN INTEREST TO PLAINTIFF FRANCISCO HURTADO, RECENTLY DECEASED; MEMORANDUM AND POINTS OF AUTHORITIES, DECLARATION OF PRISCILLA MACIAS AS GUARDIAN TO I.H., E.H., F.H., ANDA.H., SUCCESSORS IN INTEREST TO FRANCISCO HURTADO, Exhibits, [PROPOSED] ORDER RE MOTION TO SUBSTITUTE FRANCISCO HURTADO'S MINOR CHILDREN AS SUCCESSORS IN INTEREST TO PLAINTIFF FRANCISCO HURTADO, RECENTLY DECEASED

2. Party Served:            David Joseph Diaz Ruelas, by and through his legal guardian David Diaz, pursuant to FRCP 4(g) and CCP 416.60

3. Date & Time of Delivery:  August 28, 2024 at 2:06 pm PDT

4. Address, City and State:  11035 Larch Ave Inglewood, CA, 90304

5. Manner of Service:       Personal Service - By personally delivering copies.

Fee for service: $65.00

Registered California process server.
Byron Hammond
County: Los Angeles
Registration No.: 2024108159

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Byron Hammond*

Byron Hammond

Date: August 30, 2024