Law Offices of Dale K. Galipo
Dale Galipo SBN 144074
21800 Burbank Blvd., Ste 310
Woodland Hills, CA  91367

Representing: Plaintiff                                                                File No.

UNITED STATES DISTRICT COURT

Eastern District of California - District - Sacramento

| | |
|---|---|
| FRANCISCO HURTADO )<br>**Plaintiff/Petitioner** )<br> )<br>vs. )<br> )<br> )<br>STATE OF CALIFORNIA, et al. )<br>**Defendant/Respondent** )<br> )<br> )<br> )<br> ) | Case No. 2:19-cv-02343-DAD-AC<br><br>Proof of Service of:<br>NOTICE OF MOTION AND MOTION TO SUBSTITUTE FRANCISCO HURTADO'S MINOR CHILDREN AS SUCCESSORS IN INTEREST TO PLAINTIFF FRANCISCO HURTADO, RECENTLY DECEASED; MEMORANDUM AND POINTS OF AUTHORITIES, DECLARATION OF PRISCILLA MACIAS AS GUARDIAN TO I.H., E.H., F.H., ANDA.H., SUCCESSORS IN INTEREST TO FRANCISCO HURTADO, Exhibits, [PROPOSED] ORDER RE MOTION TO SUBSTITUTE FRANCISCO HURTADO'S MINOR CHILDREN AS SUCCESSORS IN INTEREST TO PLAINTIFF FRANCISCO HURTADO, RECENTLY DECEASED<br><br>Service on:<br>David Joseph Diaz Ruelas, by and through his legal guardian Rosa Ruelas, pursuant to FRCP 4(g) and CCP 416.60<br><br>Hearing Date:     2024-10-01<br><br>Hearing Time:     01:30 PM<br><br>Div/Dept:          4 |

PROOF OF SERVICE

Order # 23618746

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Law Offices of Dale K. Galipo<br>Dale Galipo SBN 144074<br>21800 Burbank Blvd. Ste 310<br>Woodland Hills, CA 91367<br>TELEPHONE NO:     FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:  ldeleon@galipolaw.com<br>ATTORNEY FOR *(Name)*:  Plaintiff | FOR COURT USE ONLY |
|---|---|
| Insert name of court, judicial district or branch court, if any:<br>United States District Court<br>Eastern District of California - District - Sacramento<br>501 I Street Suite 4-200<br>Sacramento, CA  95814 | |
| PLAINTIFF / PETITIONER:  FRANCISCO HURTADO<br>DEFENDANT / RESPONDENT:  STATE OF CALIFORNIA, et al. | CASE NUMBER:<br>2:19-cv-02343-DAD-AC |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>11699479 (23618746) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
NOTICE OF MOTION AND MOTION TO SUBSTITUTE FRANCISCO HURTADO'S MINOR CHILDREN AS SUCCESSORS IN INTEREST TO PLAINTIFF FRANCISCO HURTADO, RECENTLY DECEASED; MEMORANDUM AND POINTS OF AUTHORITIES, DECLARATION OF PRISCILLA MACIAS AS GUARDIAN TO I.H., E.H., F.H., ANDA.H., SUCCESSORS IN INTEREST TO FRANCISCO HURTADO, Exhibits, [PROPOSED] ORDER RE MOTION TO SUBSTITUTE FRANCISCO HURTADO'S MINOR CHILDREN AS SUCCESSORS IN INTEREST TO PLAINTIFF FRANCISCO HURTADO, RECENTLY DECEASED

2. Party Served:   David Joseph Diaz Ruelas, by and through his legal guardian Rosa Ruelas, pursuant to FRCP 4(g) and CCP 416.60

3. Left With:   David Diaz - Co-Occupant

4. Date & Time of Delivery:   August 28, 2024 at 2:06 pm PDT

5. Address, City and State:   11035 Larch Ave Inglewood, CA, 90304

6. Manner of Service:   **SUBSTITUTION SERVICE:** By leaving the copies with or in the presence of David Diaz, a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed them of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for service: $160.00

Registered California process server.
Byron Hammond
County: Los Angeles
Registration No.: 2024108159

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Byron Hammond*

Byron Hammond

Date: August 30, 2024

MC-031

| PLAINTIFF / PETITIONER: FRANCISCO HURTADO | CASE NUMBER: |
| --- | --- |
| DEFENDANT / RESPONDENT: STATE OF CALIFORNIA, et al. | 2:19-cv-02343-DAD-AC |

## DECLARATION OF DILIGENCE
(This form must be attached to another form or court paper before it can be filed in court.)

Party Served: David Joseph Diaz Ruelas, by and through his legal guardian Rosa Ruelas, pursuant to FRCP 4(g) and CCP 416.60

1) Successful Attempt: Aug 28, 2024, 2:06 pm PDT at Home: 11035 Larch Ave, Inglewood, CA 90304 received by David Diaz. Age: 75; Ethnicity: Latino; Gender: Male; Weight: 260; Height: 5'7"; Hair: Gray; Eyes: Brown; Relationship: Co-Occupant;

   *After gaining entry to property knocked on door and spoke with man through the doorway he had a cane with him he was a older gentleman I asked him if he was the grandfather of the minor David Ruelas and he confirmed he was the subject and that they (Rosa Ruelas) were both home at time of service*

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:   August 30, 2024

Byron Hammond

(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other *(Specify):* Process Server

MC-031

| PLAINTIFF / PETITIONER: FRANCISCO HURTADO | CASE NUMBER: |
| DEFENDANT / RESPONDENT: STATE OF CALIFORNIA, et al. | 2:19-cv-02343-DAD-AC |

## DECLARATION OF MAILING
(This form must be attached to another form or court paper before it can be filed in court.)

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 North McDowell Blvd Suite 300, Petaluma, CA 94954.

On 8/29/2024, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

NOTICE OF MOTION AND MOTION TO SUBSTITUTE FRANCISCO HURTADO'S MINOR CHILDREN AS SUCCESSORS IN INTEREST TO PLAINTIFF FRANCISCO HURTADO, RECENTLY DECEASED; MEMORANDUM AND POINTS OF AUTHORITIES, DECLARATION OF PRISCILLA MACIAS AS GUARDIAN TO I.H., E.H., F.H., ANDA.H., SUCCESSORS IN INTEREST TO FRANCISCO HURTADO, Exhibits, [PROPOSED] ORDER RE MOTION TO SUBSTITUTE FRANCISCO HURTADO'S MINOR CHILDREN AS SUCCESSORS IN INTEREST TO PLAINTIFF FRANCISCO HURTADO, RECENTLY DECEASED

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Fairfax, CA, addressed as follows:

David Joseph Diaz Ruelas, by and through his legal guardian Rosa Ruelas, pursuant to FRCP 4(g) and CCP 416.60
11035 Larch Ave
Inglewood, CA 90304.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: 8/29/2024

Ashley David
(TYPE OR PRINT NAME)

*[signature: Ashley David]*
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent   ☒ Other *(Specify):* InfoTrack US, Inc.