ROB BONTA, State Bar No. 202668
Attorney General of California
IVETA OVSEPYAN, State Bar No. 279218
Supervising Deputy Attorney General
LEEANN E. WHITMORE, State Bar No. 214870
Deputy Attorney General
JOHN C. BRIDGES, State Bar No. 248553
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7515
 Telephone: (916) 210-7529
 Fax: (916) 322-8288
 E-mail: LeeAnn.Whitmore@doj.ca.gov
 E-mail: John.Bridges@doj.ca.gov
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol and Edgardo Yepez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HURTADO, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ AKA EDGARDO LOPEZ; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No.: 2:19-CV-02343-DAD-AC<br><br>**DECLARATION OF LEEANN WHITMORE IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR ADMINISTRATIVE RELIEF TO SHORTEN TIME ON DEFENDANTS' MOTION TO MODIFY THE TRIAL DATE**<br><br>Trial Date:   October 16, 2024<br>Action Filed:   April 2, 2019 |

I, LeeAnn E. Whitmore, declare:

1

1. I am an attorney at law, licensed to practice in state and federal courts in the State of California, and am employed as a Deputy Attorney General in the California Office of the Attorney General. I represent Defendants, State of California, by and through, California Highway Patrol and Edgardo Yepez in the above case. I have personal knowledge of the matters set forth in this declaration and if called to testify could testify competently thereto.

2. On September 3, 2024, I contacted plaintiff's counsel via e-mail to inform them that I would be filing an ex parte application to shorten time to hear the motion to continue the current trial date based on the lack of a plaintiff and the proximity of plaintiff's motion to substitute heirs to the trial date. Plaintiff's counsel, Hang Le, informed me that they would oppose the motion.

3. On September 5, I contacted Courtroom Deputy, Pete Buzo, and plaintiff's counsel to inform them that I would be filing the *ex parte* application and motion to continue trial.

4. Defendants seek relief *ex parte* because defendants' ability to litigate this case will be irreparably prejudiced if the underlying motion is heard according to regularly-noticed motion procedures since trial is currently set to move forward on October 16, 2024.

5. Plaintiff's counsel filed a motion to substitute heirs on August 27, 2024 (ECF No. 174). The motion seeks to substitute in four of plaintiff's biological children as successors in interest to this litigation. However, plaintiff has an additional child who is not named in the motion, and who is a necessary party to this proceeding. Defendants' opposition to plaintiff's motion (ECF No. 179) sets forth the basis for this information and the prejudice to defendants should the issue of proper parties not be resolved prior to the trial date.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 5, 2024

/s/ LeeAnn E. Whitmore

LeeAnn E. Whitmore

2

Declaration of LeeAnn E. Whitmore in Support of Defendants' Ex Parte Application for Administrative Relief to Shorten Time on Defendants' Motion to Modify the Trial Date (2:19-CV-02343-DAD-AC)