| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| LAW OFFICE<br>21800 BURBANK Boulevard<br>SUITE 310<br>Woodland Hills CA 91367 | | **FILED**<br>SEP 09 2024<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____ |
| TELEPHONE NO.: | FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): FRANCISCO HURTADO, AN INDIVIDUAL | | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | | |
| STREET ADDRESS: 501 I Street | | |
| MAILING ADDRESS: Sacramento CA 95814 | | |
| CITY AND ZIP CODE: | | |
| BRANCH NAME: UNITED STATES DISTRICT COURT | | |
| PLAINTIFF/PETITIONER: FRANCISCO HURTADO, AN INDIVIDUAL | | CASE NUMBER:<br>2:19-CV-02343-DAD-AC |
| DEFENDANT/RESPONDENT: STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; E | | |
| **PROOF OF SERVICE** | Hearing: 10/01/2024  1:30 pm | Ref. No. or File No.:<br>24002009 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   f. ☒ other (specify documents): MOTION TO SUBSTITUTE, EXHIBITS, PROPOSED ORDER, DECLARATION OF PRISCILLA MACIAS.

3. a. Party served: **JULISSA DIAZ RUELAS**
   b. ☐ Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)(specify name and relationship to the party named in item 3a):

4. Address where the party was served:   2584 West SANDY MUSH Road  JLCC Merced CA 95341

5. I served the party
   a. ☒ **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on 09/04/2024    (2) at  2:45 pm
   b. ☐ **by substituted service**. On:     at:     I left the documents listed in item 2 with or in the presence of:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on.
         ☐ a declaration of mailing is attached.
   c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
      (1) on (date):            (2) from (city):
      (3) ☐ with two copies of the Notice and Acknowledgement of Receipt and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt) (Code Civ. Proc., § 415.30.)
      (4) ☐ to an address outside California with return receipt requested (Code Civ. Proc., § 415.40.)
   d. ☐ **by other means**. Method            On:        at:

6. The "Notice to Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant
   b. ☐ as the person sued under the fictitious name of:
   c. ☐ as occupant
   d. ☐ On behalf of:
   under the following Code of Civil Procedure section:
   - ☐ 416.10 (corporation)
   - ☐ 416.20 (defunct corporation)
   - ☐ 416.30 (joint stock company/association)
   - ☐ 416.40 (association or partnership)
   - ☐ 416.50 (public entity)
   - ☐ 415.95 (business organization, form unknown)
   - ☐ 416.60 (minor)
   - ☐ 416.70 (ward or conservatee)
   - ☐ 416.90 (authorized person)
   - ☐ 415.46 (occupant)
   - ☐ Other:

7. **Person who served papers**
   a. Name: R. Sentieri, Deputy
   b. Address: 670 W. 22nd Street Room 15 Merced, CA 95340
   c. Telephone number: (209) 385-7639
   d. The fee for service was: $ 50.00
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☒ exempt from registration under Business and Professional Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner   ☐ employee   ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☐ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☒ **I am a California sheriff or marshall and** I certify that the foregoing is true and correct.

Friday, September 6, 2024

Vern Warnke, Sheriff-Coroner
County of Merced

By: _____
Sheriff's Authorized Agent

Remarks: lockup.