| CAED 435 (Rev. 04/18) | United States District Court, Eastern District of California | | FOR COURT USE ONLY |
|---|---|---|---|
| *PLEASE Read Instruction Page (attached):* | **TRANSCRIPT ORDER** | | DUE DATE: |

| 1. YOUR NAME<br>LeeAnn Whitmore | 2. EMAIL<br>leeann.whitmore@doj.ca.gov | 3. PHONE NUMBER<br>(916) 210-7515 | 4. DATE<br>9-18-2024 | |
|---|---|---|---|---|
| 5. MAILING ADDRESS<br>Office of the Attorney General, 1300 I Street, 12th Floor, Torts | | 6. CITY<br>Sacramento | 7. STATE<br>CA | 8. ZIP CODE<br>95814 |
| 9. CASE NUMBER<br>2:19-CV-02343-DAD-AC | 10. JUDGE<br>Drozd | DATES OF PROCEEDINGS | | |
| | | 11. FROM 3-12-2024 | 12. TO 3-12-2024 | |
| 13. CASE NAME<br>Hurtado v. State | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY Sacramento | 15. STATE CA | |

16. ORDER FOR
- ☐ APPEAL No.
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Certified Trial Testimony Transcript Jesse Wobrock | 3-12-2024 | Maryann Valenoti |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☑ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (19 & 20)<br>By signing below, I certify I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | |
|---|---|---|
| 19. SIGNATURE<br>/s/ LeeAnn Whitmore | PROCESSED BY | |
| 20. DATE<br>9-18-2024 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | | |
|---|---|---|---|---|---|
| ORDER RECEIVED | | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | | |