**CAED 435 (Rev. 04/18)**

**United States District Court, Eastern District of California**

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**
**DUE DATE:**

*PLEASE Read Instruction Page (attached):*

| # | Field | Value |
|---|---|---|
| 1. | YOUR NAME | LeeAnn Whitmore |
| 2. | EMAIL | leeann.whitmore@doj.ca.gov |
| 3. | PHONE NUMBER | (916) 210-7515 |
| 4. | DATE | 9-18-2024 |
| 5. | MAILING ADDRESS | Office of the Attorney General, 1300 I Street, 12th Floor, Torts |
| 6. | CITY | Sacramento |
| 7. | STATE | CA |
| 8. | ZIP CODE | 95814 |
| 9. | CASE NUMBER | 2:19-CV-02343-DAD-AC |
| 10. | JUDGE | Drozd |
| 11. | FROM | 3-12-2024 |
| 12. | TO | 3-12-2024 |
| 13. | CASE NAME | Hurtado v. State |
| 14. | CITY | Sacramento |
| 15. | STATE | CA |

**16. ORDER FOR**
- ☐ APPEAL No.
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Certified Trial Testimony Transcript Scott Defoe | 3-12-2024 | Maryann Valenoti |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☑ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |
| | | | | ESTIMATE TOTAL | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

**19. SIGNATURE:** /s/ LeeAnn Whitmore
**20. DATE:** 9-18-2024

**PROCESSED BY:**
**PHONE NUMBER:**

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |