**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

Humberto M. Guizar, Esq.      (SBN 125769)
Kent M. Henderson, Esq.       (SBN 139530)
Angel Carrazco, Jr., Esq.     (SBN 230845)
**GUIZAR, HENDERSON & CARRAZCO, L.L.P.**
18301 Irvine Boulevard, Tustin, CA 92780
Telephone:     (714) 541-8600
Facsimile:     (714) 541-8601
Email:         hguizar@ghclegal.com
               hendolaw@gmail.com
               angel@carrazcolawapc.com

Attorneys for Plaintiffs I.H., E.H., F.H., and A.H.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| I.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; E.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; F.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; and A.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado;<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02343-DAD-AC<br><br>**PLAINTIFFS' [PROPOSED] REVISED STATEMENT OF THE CASE**<br><br>Trial Date:  October 16, 2024<br>Time:        9:00 a.m.<br>Courtroom:   4<br>Judge:       Hon. Dale A. Drozd |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs I.H., E.H., F.H., and A.H., by and through their mother and guardian Priscilla Macias, hereby submit their Proposed Revised Statement of the Case. The Revised Statement of the Case is the redlined version of the Statement of the Case given to the jury at the March 2024 trial.

DATED:  October 15, 2024

                                         **LAW OFFICES OF DALE K. GALIPO**
                                         **GUIZAR, HENDERSON & CARRAZCO, LLP**

                                         By: ___*/s/ Hang D. Le*_____
                                               Dale K. Galipo
                                               Hang D. Le
                                               Kent M. Henderson
                                               Angel Carrazco, Jr.
                                               Attorneys for Plaintiffs I.H., E.H., F.H., and A.H.

**[PROPOSED] REVISED STATEMENT OF THE CASE**

This lawsuit arises out of the March 15, 2018, officer-involved shooting of Francisco Hurtado by California Highway Patrol Officer Edgardo Yepez. On June 28, 2024, Francisco Hurtado passed away from causes unrelated to the March 2018 shooting.

The plaintiffs in this case are Francisco Hurtado's minor children, I.H., E.H., F.H., and A.H. Plaintiffs are pursuing this lawsuit on behalf of Francisco Hurtado as permitted by law. The defendants are California Highway Patrol Edgardo Yepez and the State of California by and through the California Highway Patrol.

Plaintiffs asserts that Officer Edgardo Yepez used excessive and unreasonable force, committed a battery, and was negligent when he shot decedent Francisco Hurtado. Plaintiffs contend that decedent Francisco Hurtado suffered injuries and damages as a result of Officer Edgardo Yepez's actions.

The State of California by and through the California Highway Patrol and Officer Edgardo Yepez contend that Officer Yepez's actions were reasonable under the circumstances. Defendants Yepez and California Highway Patrol dispute the cause, nature, and extent of decedent Francisco Hurtado's injuries and damages. Defendants also assert various affirmative defenses in response to plaintiffs' claims. Defendants have the burden of proof as to these affirmative defenses. Plaintiffs deny defendants' affirmative defenses.