**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

Humberto M. Guizar, Esq.   (SBN 125769)
Kent M. Henderson, Esq.   (SBN 139530)
Angel Carrazco, Jr., Esq.   (SBN 230845)
**GUIZAR, HENDERSON & CARRAZCO, L.L.P.**
18301 Irvine Boulevard, Tustin, CA 92780
Telephone:   (714) 541-8600
Facsimile:   (714) 541-8601
Email:   hguizar@ghclegal.com
            hendolaw@gmail.com
            angel@carrazcolawapc.com

Attorneys for Plaintiffs I.H., E.H., F.H., and A.H.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| I.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; E.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; F.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; and A.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado;<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 2:19-cv-02343-DAD-AC<br><br>**PLAINTIFFS' [PROPOSED] REVISED VERDICT FORM**<br><br>Trial Date:   October 16, 2024<br>Time:   9:00 a.m.<br>Courtroom:   4<br>Judge:   Hon. Dale A. Drozd |

1

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs I.H., E.H., F.H., and A.H., by and through their mother and guardian Priscilla Macias, hereby submit their Proposed Revised Verdict Form. The Revised Verdict Form is the redlined version of the Verdict Form that was given to the jury during the March 2024 trial.

DATED: October 15, 2024

        **LAW OFFICES OF DALE K. GALIPO**
        **GUIZAR, HENDERSON & CARRAZCO, LLP**

        By: _____*/s/ Hang D. Le*_____
            Dale K. Galipo
            Hang D. Le
            Kent M. Henderson
            Angel Carrazco, Jr.
            Attorneys for Plaintiffs I.H., E.H., F.H., and A.H.

We, the jury, unanimously find the following verdict(s) on the questions submitted to us based on the preponderance of the evidence:

**1.    Do you find that defendant Edgardo Yepez used excessive or unreasonable force against ~~plaintiff~~ decedent Francisco Hurtado?**

Yes _____        No _____

If you answered "yes," proceed to Question 2.  If you answered "no," proceed to Question 3.

**2.    Was the use of excessive or unreasonable force by defendant Edgardo Yepez a substantial factor in causing harm to ~~plaintiff~~ decedent Francisco Hurtado?**

Yes _____        No _____

Proceed to Question 3.

**3.    Was defendant Edgardo Yepez negligent?**

*If you answered "yes" to Question 1, the answer to this question must also be "yes."  If you answered "no" to Question 1, the answer to this question may be either "yes" or "no."*

Yes _____        No _____

If you answered "yes," proceed to Question 4.  If you answered "no," do not answer any more questions, but sign, date, and return this verdict form to the court.

**4.    Was the negligence of defendant Edgardo Yepez a substantial factor in causing harm to ~~plaintiff~~ decedent Francisco Hurtado?**

Yes _____        No _____

Proceed to Question 5.

/////

/////

5.  **What are ~~plaintiff~~ decedent Francisco Hurtado's damages?**

*Do not award duplicate damages for the same harm suffered from multiple claims.*

| | |
|---|---|
| ~~Future~~ Past Economic Damages (including medical and non-medical) | $_____ |
| Past Non-Economic Damages (including pain and suffering, disfigurement, loss of enjoyment of life, etc.) | $_____ |
| Total: | $_____ |

Sign, date, and return this verdict form to the court.

Date: ~~March~~ October _____, 2024   Foreperson:

_____