ROB BONTA, State Bar No. 202668
Attorney General of California
IVETA OVSEPYAN, State Bar No. 279218
Supervising Deputy Attorney General
LEEANN E. WHITMORE, State Bar No. 214870
Deputy Attorney General
JOHN C. BRIDGES, State Bar No. 248553
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7515
  Telephone: (916) 210-7529
  Fax: (916) 322-8288
  E-mail: LeeAnn.Whitmore@doj.ca.gov
  E-mail: John.Bridges@doj.ca.gov
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol and Edgardo Yepez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HURTADO, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ AKA EDGARDO LOPEZ; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No.: 2:19-CV-02343-DAD-AC<br><br>**DEFENDANTS' PROPOSED SPECIAL VERDICT FORM**<br><br><br><br><br><br>Trial Date:   October 16, 2024<br>Action Filed: April 2, 2019 |

**TO THE CLERK OF THE COURT, THE HONORABLE DALE A. DROZD, PLAINTIFF AND HIS ATTORNEY OF RECORD HEREIN:**

1

1 | Please take notice that Defendants State of California, by and through the California
2 | Highway Patrol and Edgardo Yepez submit the following proposed revised verdict form.

Dated: October 15, 2024          Respectfully submitted,

ROB BONTA
Attorney General of California
IVETA OVSEPYAN
Supervising Deputy Attorney General

*/s/ LeeAnn E. Whitmore*

LEEANN E. WHITMORE
Deputy Attorney General
JOHN C. BRIDGES
Deputy Attorney General
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol and Edgardo Yepez*

2

We, the jury unanimously find the following on the questions submitted based on the preponderance of evidence.:

**QUESTION NO. 1:**

Do you find by a preponderance of the evidence that Edgardo Yepez used excessive force against Francisco Hurtado?

YES _____    NO _____

*If you answered "Yes" please proceed to Question No. 2. If you answered "No" to this question, please skip questions 2-3 and proceed to question 4.*

**QUESTION NO. 2:**

Was Francisco Hurtado harmed by Edgardo Yepez's use of force?

YES _____    NO _____

*If you answered "Yes" please proceed to Question No. 3. If you answered "No" to this question, please skip question 3 and proceed to question 4.*

**QUESTION NO. 3:**

Was Edgardo Yepez negligent?

*If you answer yes to Question No. 3, proceed to question 4. If you answered no to this question, please skip question 4. If you answered no to Questions, 1, 2 and 3, please skip question 5 and sign and date the verdict form.*

YES _____    NO _____

**QUESTION NO. 4:**

Was the negligence of Francisco Hurtado as substantial factor in causing harm to Francisco Hurtado.

Yes _____    No _____

Proceed to Question 5.

**QUESTION NO. 5:**

What are Francisco Hurtado's Damages:

| Past Non-Economic Damages (including pain and suffering, disfigurement, loss of enjoyment of life, etc.). | $ |
|---|---|
| Total: | $ |

Please have the presiding juror sign and date the Special Verdict Form and let the Court Assistant know you have completed the verdict form.

Dated: _____

Presiding Juror

## **PART II**

What punitive damages do you award against defendant Edgardo Yepez?

$ _____

Please have the presiding juror sign and date the Special Verdict Form and let the Court Assistant know you have completed the verdict form.

Dated: _____

                                      Presiding Juror