

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

| | |
|---|---|
| FRANCISCO HURTADO, | CASE No. 2:19-cv-02343-DAD-AC |
| Plaintiff, | |
| v. | MINUTES |
| STATE OF CALIFORNIA, ET AL., | Date: October 16, 2024 |
| | Deputy Clerk: P. Buzo |
| Defendant*. | Court Reporter: Maryann Valenoti |

Counsel for Plaintiff: Dale Galipo, Angel Carrazco, Kent Henderson
Counsel for Defendant: LeeAnn Whitmore, John Bridges

### JURY TRIAL – DAY 1

| Time | Event |
|---|---|
| 11:00 am | Court in session. Dale Galipo, Angel Carrazco, and Kent Henderson appeared on behalf of plaintiff. LeeAnn Whitmore and John Bridges appeared for dfts'. Dft, Edgardo Yepez present. Court addressed previous rulings in motions in limine. |
| 11:20 am | Court addressed Dfts' Motion In Limine #9 [198]. Dft addressed motion as stated on the record. Pltf addressed Dfts' argument as stated on the record. After discussion, for reasons stated, dfts' Motion In Limine [198] denied as stated on the record. Dfts' Motion In Limine #8 [197]. After discussion, for reasons stated, Motion In Limine [197] denied without prejudice. Court addressed Motion In Limine #1 [58] and #2 [59] as stated on the record. Dft addressed the court's position. Pltf addressed dfts' argument. Court is revisiting ruling Motion In Limine [58] and [59]. After discussion, Motion In Limine [58] and [59] Granted as stated on the record. |
| 11:57 am | Voir dire began. |
| 12:39 am | Out of the presence of the prospective jurors. Court discussed hardships. |
| 12:50 pm | Back in the presence of the prospective jurors. Voir dire resumed. |
| 1:10 pm | Lunch recess. |
| 2:09 pm | Outside the presence of the jury. Discussion of updated witness list. |
| 2:28 pm | Court is back in session. Back in the presence of the prospective jurors. Voir dire resumed. |
| 4:30 pm | Voir dire to resume 10/17/24 at 9:00 a.m. Court in recess. |

TIME IN COURT: 4.5 hours