

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

FRANCISCO HURTADO,                                          CASE No.  2:19-cv-02343-DAD-AC
        Plaintiff,

    v.                                                                        MINUTES

STATE OF CALIFORNIA, ET AL.,                               Date:  October 17, 2024
                                                                                                                  Deputy Clerk: P. Buzo
        Defendant*.                                                Court Reporter:  Maryann Valenoti
_____/                                                 Abigail Torres

Counsel for Plaintiff: Dale Galipo, Angel Carrazco, Kent Henderson
Counsel for Defendant:  LeeAnn Whitmore, John Bridges

## JURY TRIAL – DAY 2

| Time | Event |
|---|---|
| 9:35 am | Court back in session. In the presence of the prospective jurors. Voir dire resumed. |
| 10:25 am | Court instructed prospective jurors as to Mr. Hurtado's absence at trial due to causes unrelated to suit as stated on the record. |
| 10:30 am | Morning break. |
| 10:49 am | Back in the presence of the prospective jurors. |
| 10:50 am | Pltf Voir Dire. |
| 11:11 am | Dfts' Voir Dire. |
| 11:32 am | Court follow-up. |
| 11:37 am | Sidebar. |
| 11:41 am | Court follow-up. |
| 11:49 am | Back in the presence of the prospective jurors.  Further voir dire follow-up. |
| 11:55 am | Peremptory challenges. |
| 12:06 pm | Jury sworn. |
| 12:08 pm | Court admonished jury. |
| 12:10 pm | Lunch recess. |
| 1:33 pm | Back in the presence of the jury. Court gave preliminary instructions. |
| 1:51 pm | Dft moved to exclude witnesses.   Motion granted. |
| 1:52 pm | Pltf opening statement. |
| 2:30 pm | Afternoon recess. |
| 3:02 pm | Court back in session. Outside the presence of the jury. Defense raised possible issue with pltf's opening statement. |
| 3:06 pm | Back in the presence of the jury. |
| 3:07 pm | Dft opening statement. |

2:19-cv-02343-DAD-AC, <u>Hurtado v. State of CA, et al.</u>.
Minutes - Page 2

| | |
|---:|---|
| 3:43 pm | Pltf called Edgardo Yepez, sworn and testified. Pltf moved to admit JX31-1, JX57-1, JX34-1, JX33-1, JX30-1, without objection. Exhibits JX31-1, JX57-1, JX34-1, JX33-1, JX30-1 Admitted. |
| 4:45 pm | Dft direct. |
| 5:02 pm | Court admonished jury. Trial to resume 10/18/24 at 9:00 a.m. |
| | |
| | |

TIME IN COURT: 6.00 hours