CAED 435 (Rev. 04/18)

United States District Court, Eastern District of California

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**
**DUE DATE:**

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE |
|---|---|---|---|
| LeeAnn Whitmore | leeann.whitmore@doj.ca.gov | (916) 210-7515 | 10-18-24 |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| Office of the Attorney General, 1300 I Street, 12th Floor, Torts | Sacramento | CA | 95814 |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 2:19-CV-02343-DAD-AC | Drozd | 11. FROM 10-18-24 | 12. TO 10-18-2024 |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Hurtado v. State | 14. CITY Sacramento | 15. STATE CA |

### 16. ORDER FOR
- [ ] APPEAL No.
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [x] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER *(Specify)*

### 17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [x] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | |
| [x] JURY SELECTION | | | Daily Trial Transcript | 10-18-2024 | Abigail Torres |
| [x] OPENING STATEMENTS | | | | | |
| [x] CLOSING ARGUMENTS | | | | | |
| [x] JURY INSTRUCTIONS | | | | | |

### 18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [x] | [ ] | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL**

| 19. SIGNATURE | PROCESSED BY |
|---|---|
| /s/ LeeAnn Whitmore | |

| 20. DATE | PHONE NUMBER |
|---|---|
| 10-18-2024 | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |