

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

FRANCISCO HURTADO,                                             CASE No.  2:19-cv-02343-DAD-AC
        Plaintiff,

   v.                                                                                 MINUTES

STATE OF CALIFORNIA, ET AL.,                                  Date:  October 18, 2024
                                                                                                  Deputy Clerk: P. Buzo
               Defendant*.                                                  Court Reporter:   Abigail Torres
_____/

Counsel for Plaintiff: Dale Galipo, Angel Carrazco, Kent Henderson
Counsel for Defendant:  LeeAnn Whitmore, John Bridges

**JURY TRIAL – DAY 3**

| Time | Event |
|---|---|
| 9:00 am | Court back in session. In the presence of the jury. All parties present. |
| 9:15 am | Resume direct of Edgardo Yepez. Dft moved to admit Joint Exhibit JX-11, without objection.  JX-11 (portions agreed upon counsel) Admitted. Dft moved to admit JX17-001, JX15-001, JX28-001, JX55-001, without Dft objection. JX17-001, JX15-001, JX28-001, JX55-001 Admitted. Dft moved to admit Joint Exhibits JX20-001, JX30-001, JX32-001, JX34-001, JX 37-001, JX47-001, without Pltf objection.  JX20-001, JX30-001, JX32-001, JX34-001, JX 37-001, JX47-001 Admitted. |
| 10:24 am | Pltf redirect. |
| 10:36 am | Morning Break. |
| 10:54 am | Court back in session.  In the presence of the jury. |
| 11:30 am | No redirect. |
| 11:30 am | Pltf called Michael Randazzo, sworn and testified. Pltf moved to admit JX 18-001, JX44-001, without objection. JX 18-001, JX44-001 Admitted. |
| 12:00 pm | Cross examination. |
| 12:13 pm | Redirect. |
| 12:23 pm | No recross. Witness excuse. |
| 12:25 pm | Lunch Break. |
| 1:50 pm | Pltf called Scott DeFoe, sworn and testified. Pltf moved to designate witness as expert in police practice and police shootings, without objection. Witness designated as expert in police practice and police shootings. |
| 2:47 pm | Cross examination. Dft moved to admit Joint Exhibits JX 58-001, JX25-001, JX22-001, JX27-001, without objection. JX 58-001, JX25-001, JX22-001, JX27-001 Admitted. |

2:19-cv-02343-DAD-AC, <u>Hurtado v. State of CA, et al.</u>.
Minutes - Page 2

| | |
|---:|---|
| 3:21 pm | Afternoon recess. |
| 3:35 pm | Court back in session. Outside the presence of the jury. Court addressed transcript referenced by Dft. Court addressed the presence of Office Randazzo in the courtroom during witness testimony. Counsel stated no intention to recall Officer Randazzo as a witness and do not intend to recall him as a witness. |
| 3:37 pm | Back in the presence of the jury. Resume cross examination. |
| 3:48 pm | Redirect. |
| 3:57 pm | Witness excused. |
| 4:00 pm | Court admonished jury. Court in recess until 10/21/24 at 9:00 am. |
| | |

TIME IN COURT: 5.25 hours