# TRANSCRIPT ORDER

CAED 435 (Rev. 04/18)
United States District Court, Eastern District of California

*PLEASE Read Instruction Page (attached):*

**FOR COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1. YOUR NAME | LeeAnn Whitmore |
| 2. EMAIL | leeann.whitmore@doj.ca.gov |
| 3. PHONE NUMBER | (916) 210-7515 |
| 4. DATE | 10-21-24 |
| 5. MAILING ADDRESS | Office of the Attorney General, 1300 I Street, 12th Floor, Torts |
| 6. CITY | Sacramento |
| 7. STATE | CA |
| 8. ZIP CODE | 95814 |
| 9. CASE NUMBER | 2:19-CV-02343-DAD-AC |
| 10. JUDGE | Drozd |
| 11. FROM | 10-21-24 |
| 12. TO | 10-23-2024 |
| 13. CASE NAME | Hurtado v. State |
| 14. CITY | Sacramento |
| 15. STATE | CA |

**16. ORDER FOR**
- [ ] APPEAL No.
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [✓] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [✓] ENTIRE TRIAL | | | [✓] OTHER (Specify Below) | | |
| [✓] JURY SELECTION | | | Daily Trial Transcript | 10-21-10-23-2024 | Maryann Valenoti |
| [✓] OPENING STATEMENTS | | | | | |
| [✓] CLOSING ARGUMENTS | | | | | |
| [✓] JURY INSTRUCTIONS | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [✓] | [ ] | | | |
| | | | ESTIMATE TOTAL | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

| 19. SIGNATURE | /s/ LeeAnn Whitmore |
|---|---|
| 20. DATE | 10-21-2024 |
| PROCESSED BY | |
| PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |