

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

FRANCISCO HURTADO,                                      CASE No.  2:19-cv-02343-DAD-AC

             Plaintiff,

      v.                                                      **MINUTES**

STATE OF CALIFORNIA, ET AL.,                           Date:  October 21, 2024
                                                       Deputy Clerk: P. Buzo
           Defendant*.                            Court Reporter:  Maryann Valenoti
_____/

Counsel for Plaintiff: Dale Galipo, Angel Carrazco, Kent Henderson
Counsel for Defendant:  LeeAnn Whitmore, John Bridges

## JURY TRIAL – DAY 4

| Time | Event |
|---|---|
| 9:00 am | Court back in session. Outside the presence of the jury. All parties present. Defense objected to Pltf calling Mary Minehard as a witness.  Pltf addressed the court as stated on the record. Court addressed Pltf's counsel as Ms. Minehard as her expertise.  After discussion, Court will allow Ms. Minhard to testify in a limited capacity as stated on the record.  Dft objection overruled. |
| 9:18 am | Back in the presence of the jury. |
| 9:18 am | Pltf called Dr. Paul Braaton, sworn and testified.  Pltf moved to admit Exhibit 51-2, without objection. Exhibit 51-2 Admitted. Pltf moved to admit Exhibit 18-1, 19-1, 20-1, 21-1, 22-1, 23-1 and 24-1, without objection.  Exhibits 18-1, 19-1, 20-1, 21-1, 22-1, 23-1 and 24-1.  Admitted.  Pltf moved to admit Exhibit 70-3, without objection. Exhibit 70-3 Admitted. |
| 9:58 am | Cross examination. |
| 10:12 am | Redirect. |
| 10:16 am | Witness excused. |
| 10:22 am | Pltf called Mary Meinhard, sworn and testified by zoom. |
| 10:49 am | Morning recess |
| 11:06 am | Outside the presence of the jury.  Counsel discussed scheduling issue of witnesses. |
| 11:13 am | Back in the presence of the jury. |
| 11:13 am | Cross examination. |
| 11:18 am | Redirect. |
| 11:22 am | Witness excused. |
| 11:28 am | Pltf called Francisco Hurtado.  Sworn testimony of Francisco Hurtado read to the jury. |

2:19-cv-02343-DAD-AC, <u>Hurtado v. State of CA, et al.</u>.
Minutes - Page 2

| 12:01 pm | Defense had no questions. |
|---|---|
| 12:04 pm | Lunch recess. |
| 12:05 pm | Outside the presence of the jury.  Discussion of witness schedule. |
| 1:40 pm | Court back in session. Outside the presence of the jury. Discussion of witness arrival. |
| 1:59 pm | Court back in session. In the presence of the jury. |
| 2:00 pm | Pltf called Dr. Christopher Stephenson, sworn and testified. |
| 2:35 pm | Cross examination. |
| 2:42 pm | Redirect. |
| 2:46 pm | Witness excused. |
| 3:05 pm | Court back in session. In the presence of the jury. |
| 3:06 pm | Pltf called Dr. Marilyn Jacobs, sworn and testified by zoom. |
| 3:31 pm | Cross examination. |
| 3:36 pm | Redirect. |
| 3:39 pm | No recross.  Witness excused. |
| 3:45 pm | Court in recess until 10/22/24 at 1:00 pm. Court admonished jury. |
| 4:00 pm | Informal discussion of proposed jury instructions and verdict form. |
| 5:00 pm | Court in recess. |
|  |  |

TIME IN COURT: 6.00 hours