

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

| | |
|---|---|
| I.H., a minor by and through her mother, and guardian Pricilla Macias, as successor in interest to Francisco Hurtado, | CASE No.  2:19-cv-02343-DAD-AC |
| Plaintiff, v. | MINUTES |
| STATE OF CALIFORNIA, ET AL., Defendant*. | Date:  October 22, 2024<br>Deputy Clerk: P. Buzo<br>Court Reporter:  Maryann Valenoti |

Counsel for Plaintiff: Dale Galipo, Angel Carrazco, Kent Henderson
Counsel for Defendant:  LeeAnn Whitmore, John Bridges

### JURY TRIAL – DAY 5

| Time | Event |
|---|---|
| 1:00 pm | Court back in session. In the presence of the jury. All parties present. |
| 1:07 pm | Pltf called Dr. Jessie Wobrock, sworn and testified.   Pltf Exhibits 58-001-58-004, 56-140 demonstrative. Other exhibits reference as stated on the record. |
| 1:48 pm | Cross examination. Pltf Exhibit 56-140 demonstrative, Pltf Exhibits 56-138, 56-139 demonstrative, JX34. Other exhibits reference as stated on the record. |
| 2:36 pm | Redirect. |
| 2:46 pm | Recross. |
| 2:49 pm | Witness excused. |
| 2:49 pm | Afternoon recess. |
| 3:09 pm | Court back in session. Outside the presence of the jury.  Dft addressed testimony of Dr. Wobrock as stated on the record. |
| 3:11 pm | Back in the presence of the jury. |
| 3:12 pm | Pltf called Pricilla Macias, sworn and testified. Pltf moved to admit 51-001, without objection. Pltf 51-001 Admitted. |
| 3:33 pm | Cross examination. |
| 3:36 pm | Redirect. |
| 3:37 pm | Witness excused. |
| 3:38 pm | Defense called Diane Valenzuela, sworn and testified. |
| 3:50 pm | Cross examination. |
| 3:51 pm | Redirect. |
| 3:52 pm | Witness excused. |
| 3:55 pm | Court admonished jury. Jury trial continued for 10/23/24 at 9:00 a.m. |

2:19-cv-02343-DAD-AC, I. H., a minor by and through her mother and guardian Priscilla Macias, successor in interest to Francisco Hurtado, et al, v. State of CA, et al..
Minutes - Page 2

| | |
|---|---|
| 4:00 pm | Informal discussion of jury instructions and verdict form. |
| 4:30 pm | Court in recess. |

TIME IN COURT: 3.25 hours