

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

I.H., a minor by and through her mother, and guardian Pricilla Macias, as successor in interest to Francisco Hurtado,

    Plaintiff,
v.

STATE OF CALIFORNIA, ET AL.,

    Defendant*.
_____/

CASE No. 2:19-cv-02343-DAD-AC

**MINUTES**

Date: October 23, 2024
Deputy Clerk: P. Buzo
Court Reporter: Maryann Valenoti

Counsel for Plaintiff: Dale Galipo, Angel Carrazco, Kent Henderson
Counsel for Defendant: LeeAnn Whitmore, John Bridges

**JURY TRIAL – DAY 6**

| Time | Event |
|---|---|
| 9:20 am | Court back in session. In the presence of the jury. All parties present. |
| 9:22 am | Pltf called Dr. Joshua Prager, sworn and testified. |
| 10:02 am | Cross examination. |
| 10:09 am | Redirect. |
| 10:10 am | Witness excused. |
| 10:11 am | Pltf rests. |
| 10:12 am | Morning recess. |
| 10:14 am | Court back in session. Outside the presence of the jury. Dfts' made Rule 50 Motion as stated on the record. |
| 10:20 am | Pltf response to Dft Rule 50 Motion as stated on the record. |
| 10:22 am | Based upon evidence presented, for reasons stated on the record, Court denied Dfts' Rule 50 Motion in its entirety. |
| 10:40 am | Back in session. In the presence of the jury. |
| 10:41 am | Dft's called Clarence Chapman, sworn and testified. |
| 11: 42 am | Recess |
| 11:48 am | Cross examination. Exhibit JX44-001. Report of Clarence Chapman. |
| 12:36 pm | Lunch recess. |
| 12:37 pm | Outside the presence of the jury. Jury instructions provided to counsel and discussed. |
| 1:45 pm | Court back in session. In the presence of the jury. |
| 1:45 pm | Resume cross examination. |
| 2:06 pm | Redirect. |

2:19-cv-02343-DAD-AC, Hurtado v. State of CA, et al..
Minutes - Page 2

| 2:15 pm | Recross. |
|---|---|
| 2:16 pm | Witness excused. |
| 2:16 pm | Defense rests. |
| 2:16 pm | No rebuttal case by Pltf. |
| 2:17 pm | Outside the presence of the jury. Court addressed video review by Pltf. |
| 2:40 pm | Outside the presence of the jury. Counsel had no objections to proposed jury instructions. Court noted for the record of informal discussions with counsel regarding proposed jury instructions as stated on the record. |
| 2:46 pm | Back in the presence of the jury. |
| 2:47 pm | Pltf closing argument. |
| 3:54 pm | Outside the presence of the jury. Dft addressed the court as to statements made in Pltf's closing statement as stated on the record. Dft requested limiting instructions. Pltf addressed Dft's argument. Court overruled both objections for reasons stated on the record. |
| 4:00 pm | Back in the presence of the jury. |
| 4:01 pm | Dft closing argument. |
| 4:55 pm | Court admonished jury. Trial continued to 10/24/24 at 9:00 a.m. |
| 5:00 pm | Court adjourned. |
|  |  |
|  |  |

TIME IN COURT: 6.00 hours