| CAED 435 (Rev. 04/18) | United States District Court, Eastern District of California | | FOR COURT USE ONLY |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | **DUE DATE:** |
| *PLEASE Read Instruction Page (attached):* | | | |

| 1. YOUR NAME<br>LeeAnn Whitmore | 2. EMAIL<br>leeann.whitmore@doj.ca.gov | 3. PHONE NUMBER<br>(916) 210-7515 | 4. DATE<br>10-24-24 | |
|---|---|---|---|---|
| 5. MAILING ADDRESS<br>Office of the Attorney General, 1300 I Street, 12th Floor, Torts | | 6. CITY<br>Sacramento | 7. STATE<br>CA | 8. ZIP CODE<br>95814 |
| 9. CASE NUMBER<br>2:19-CV-02343-DAD-AC | 10. JUDGE<br>Drozd | DATES OF PROCEEDINGS | | |
| | | 11. FROM 10-24-24 | 12. TO 10-24-2024 | |
| 13. CASE NAME<br>Hurtado v. State | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY Sacramento | 15. STATE CA | |

16. ORDER FOR
- [ ] APPEAL No.
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [✓] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [✓] ENTIRE TRIAL | | | [✓] OTHER (Specify Below) | | |
| [✓] JURY SELECTION | | | Daily Trial Transcript | 10-24-2024 | Maryann Valenoti |
| [✓] OPENING STATEMENTS | | | | | |
| [✓] CLOSING ARGUMENTS | | | | | |
| [✓] JURY INSTRUCTIONS | | | | | |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [✓] | [ ] | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE<br>/s/ LeeAnn Whitmore | PROCESSED BY |
|---|---|
| 20. DATE<br>10-24-2024 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |