

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

I.H., a minor by and through her mother,　　　　　　　　　　CASE No.  2:19-cv-02343-DAD-AC
and guardian Pricilla Macias, as successor
in interest to Francisco Hurtado,

　　　　Plaintiff,
　　v.　　　　　　　　　　　　　　　　　　　　　　　　MINUTES

STATE OF CALIFORNIA, ET AL.,　　　　　　　　　　　　Date:  October 24, 2024
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk: P. Buzo
　　　　Defendant*.　　　　　　　　　　　　　　　　Court Reporter:  Maryann Valenoti
_____/

Counsel for Plaintiff: Dale Galipo, Angel Carrazco, Kent Henderson
Counsel for Defendant:  LeeAnn Whitmore, John Bridges

**JURY TRIAL – DAY 7**

| Time | Event |
|---|---|
| 9:05 am | Court back in session. In the presence of the jury. All parties present. |
| 9:10 am | Pltf rebuttal statement. |
| 9:54 am | Recess. |
| 10:05 am | Back in the presence of the jury. Jury Instructions given. |
| 10:40 am | No objections to jury instructions. |
| 10:41 am | Court Security Officer sworn. |
| 10:43 am | Jury deliberations commenced. |
| 10:44 am | Court instructed IT Representative. IT Representative stated will comply with court's instructions. |
| 12:00 pm | Lunch recess. |
| 1:00 pm | Jury resumed deliberations. |
| 2:10 pm | Court back in session.  Outside the presence of the jury.  Court informed parties of Jury Note.  Court addressed Jury Note with counsel.  Pltf addressed the court. |
| 2:18 pm | Back in the presence of the jury.  Court addressed Jury Note with jury. |
| 2:22 pm | Jury deliberations resumed. |
| 2:35 pm | Outside the presence of the jury. Court addressed Jury Note with counsel as stated on the record. Jury stated it will resume deliberations. |
| 4:00 pm | Outside the presence of the jury. Court informed counsel of a verdict. |
| 4:02 pm | Back in the presence of the jury. Court addressed the Foreperson as to the verdict. |
| 4:03 pm | Verdict published in favor of Pltf. |

2:19-cv-02343-DAD-AC, Hurtado v. State of CA, et al..
Minutes - Page 2

| | |
|---|---|
| 4:04 pm | Dft requested Jury be polled.  Jury polled. Unanimous verdict. Verdict to be recorded on the Court's docket. |
| 4:08 pm | Jury dismissed. |
| 4:10 pm | Court addressed counsel as to any post-trial motions should be filed in accordance with rules of civil procedure. |
| 4:10 pm | Court adjourned. |
| | |
| | |

TIME IN COURT:  6.00 hours