

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
THE HONORABLE DALE A. DROZD

I. H., a minor, et al.,            Case No. 2:19-cv-02343-DAD-AC

    Plaintiff,

v.            **WITNESS LIST**

STATE OF CALIFORNIA, ET AL.,            Deputy Clerk: P. Buzo
           CRT RPTR: Maryann Valenoti

    Defendant*.
_____/

| NAME OF WITNESS | DATE | DIRECT (TIME) | CROSS (TIME) | REDIRECT (TIME) | RECROSS (TIME) |
|---|---|---|---|---|---|
| Plaintiff | | | | | |
| 1. Francisco Hurtado (Prior sworn testimony) | 10/21/24 | 11:28 am | ----- | ----- | ----- |
| 2. Edgardo Yepez (Dft) | 10/17/24 | 3:43 pm (P) 4:45 pm (D) | | ----- | ----- |
| | 10/18/24 | 9:15 am (D) | 10:24 am (P) | | |
| 3. Michael Randazzo (AW) | 10/18/24 | 11:30 am | 12:00 pm | 12:13 pm | ----- |
| 4. Priscilla Macias | 10/22/24 | 3:12 pm | 3:33 pm | 3:36 pm | ----- |
| 5. Scott Defoe | 10/18/24 | 1:05 pm | 2:47 pm | 3:48 pm | ----- |
| 6. Jesse Wobrock | 10/22/24 | 1:07 pm | 1:48 pm | 2:36 pm | 2:46 pm |
| 7. Joshua Prager, MD | 10/23/24 | 9:22 am | 10:02 am | 10:09 am | ----- |
| 8. Christopher Stephenson, M.D | 10/21/24 | 2:00 pm | 2:35 pm | 2:42 pm | ---- |
| 9. Mary Meinhard | 10/21/24 | 10:22 am | 11:13 am | 11:18 am | ----- |
| 10. Marilyn Jacobs, Ph.D | 10/21/24 | 3:07 pm | 3:32 pm | 3:36 pm | ----- |
| 11. Dr. Paul Braaton | 10/21/24 | 9:18 am | 9:58 am | 10:12 am | ----- |
| | | | | | |
| Defendant | | | | | |
| 1. Deputy Justin Camara | ----- | ----- | ----- | ----- | ----- |
| 2. Oficer B. Munoz | ----- | ----- | ----- | ----- | ----- |
| 3. Diane Valenzuela | 10/22/24 | 3:38 pm | 3:50 pm | 3:51 pm | ----- |

| | | | | | |
|---|---|---|---|---|---|
| 4. Frank Boba, R.N. | | | | | |
| 5. Clarence Chapman | 10/23/24 | 10:41 am | 11:48 am<br>1:45 pm | 2:06 pm | 2:15 pm |
| 6. Bahram Ravani | ----- | ----- | ----- | ----- | ----- |
| 7. Vickie Schweitzer | ----- | ----- | ----- | ----- | ----- |
| | | | | | |