**FILED**
OCT 24 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

I.H., a minor by and through her mother and guardian Pricilla Macias, as successor in interest to Francisco Hurtado,

Plaintiff(s)

v.

STATE OF CALIFORNIA, ET AL.,

Defendant(s)

Case No.: 2:19-CV-2343-DAD-AC

**JURY NOTE**

Date: _____
Time: _____

| FOR COURT USE |
| --- |
| Date: _____ |
| Time: _____ |

The jury has reached a unanimous verdict: YES: ____ NO: ____

The jury has the following question(s):

> What are next steps if the verdict is **Not** unanimous to all questions?

DATED: 10-24-24

_____
JUROR/FOREPERSON