**FILED**

OCT 24 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.H., a minor by and through her mother and guardian Pricilla Macias, as successor in interest to Francisco Hurtado,<br><br>  Plaintiff(s)<br><br>    v.<br>STATE OF CALIFORNIA, ET AL.,<br><br>  Defendant(s) | **JURY NOTE**<br><br><br>Case No.: 2:19-CV-2343-DAD-AC |

Date: 10-24-24

Time: 2:33pm

| FOR COURT USE |
|---|
| Date: _____ |
| Time: _____ |

The jury has reached a unanimous verdict:  YES: ____  NO: ____

The jury has the following question(s):

> We will continue further deliberation, no further instruction required.

DATED: █████████████

JUROR/FOREPERSON

1