FILED
OCT 24 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I. H., a minor by and through her mother and guardian PRISCILLA MACIAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | No. 2:19-cv-02343-DAD-AC <br><br> VERDICT FORM |

We, the jury, unanimously find the following verdict(s) on the questions submitted to us based on the preponderance of the evidence:

1

1. **Do you find that defendant Edgardo Yepez used excessive or unreasonable force against Francisco Hurtado?**

   Yes __✓__        No _____

   If you answered "yes," proceed to Question 2. If you answered "no," proceed to Question 3.

2. **Was the use of excessive or unreasonable force by defendant Edgardo Yepez a substantial factor in causing harm to Francisco Hurtado?**

   Yes __✓__        No _____

   Proceed to Question 3.

3. **Was defendant Edgardo Yepez negligent?**

   *If you answered "yes" to Question 1, the answer to this question must also be "yes." If you answered "no" to Question 1, the answer to this question may be either "yes" or "no."*

   Yes __✓__        No _____

   If you answered "yes," proceed to Question 4. If you answered "no," do not answer any more questions, but sign, date, and return this verdict form to the court.

4. **Was the negligence of defendant Edgardo Yepez a substantial factor in causing harm to Francisco Hurtado?**

   Yes __✓__        No _____

   Proceed to Question 5.

/////
/////
/////
/////

2

5. **What are plaintiffs' damages on behalf of Francisco Hurtado?**

*Do not award duplicate damages for the same harm suffered from multiple claims.*

| | |
|---|---|
| Past Economic Damages (including medical and non-medical) | $ 500,000 |
| Past Non-Economic Damages (including pain and suffering, disfigurement, loss of enjoyment of life, etc.) | $ 1,000,000 |
| Total: | $ 1,500,000 |

Sign, date, and return this verdict form to the court.

Date: October 24, 2024   Foreperson: ███

3