# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

I. H., ET AL.,

v.

CASE NO: **2:19–CV–02343–DAD–AC**

STATE OF CALIFORNIA, ET AL.,

**XX –– Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 10/24/24**

**Keith Holland**
Clerk of Court

ENTERED: **October 30, 2024**

by: /s/ A. Salmeron
Deputy Clerk