| CAED 435 (Rev. 04/18) | United States District Court, Eastern District of California | | FOR COURT USE ONLY |
|---|---|---|---|
| PLEASE Read Instruction Page (attached): | **TRANSCRIPT ORDER** | | DUE DATE: |

| 1. YOUR NAME  LeeAnn Whitmore | 2. EMAIL  leeann.whitmore@doj.ca.gov | 3. PHONE NUMBER  (916) 210-7515 | 4. DATE  11-5-24 | |
|---|---|---|---|---|
| 5. MAILING ADDRESS  Office of the Attorney General, 1300 I Street, 12th Floor, Torts | | 6. CITY  Sacramento | 7. STATE  CA | 8. ZIP CODE  95814 |
| 9. CASE NUMBER  2:19-CV-02343-DAD-AC | 10. JUDGE  Drozd | DATES OF PROCEEDINGS | | |
| | | 11. FROM 10-18-24 | 12. TO 10-18-2024 | |
| 13. CASE NAME  Hurtado v. State | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY Sacramento | 15. STATE CA | |

**16. ORDER FOR**
- [ ] APPEAL No.
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [x] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | |
| [x] JURY SELECTION | | | CERTIFIED Daily Trial Transcript | 10-18-2024 | Abigail Torres |
| [x] OPENING STATEMENTS | | | | | |
| [x] CLOSING ARGUMENTS | | | | | |
| [x] JURY INSTRUCTIONS | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [x] | [ ] | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE  /s/ LeeAnn Whitmore | PROCESSED BY |
|---|---|
| 20. DATE  11-5-2024 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |