# AMENDED TRANSCRIPT ORDER

CAED 435 (Rev. 04/18)
United States District Court, Eastern District of California

*PLEASE Read Instruction Page (attached):*

**FOR COURT USE ONLY**
**DUE DATE:**

| | |
|---|---|
| 1. YOUR NAME: LeeAnn Whitmore | 2. EMAIL: leeann.whitmore@doj.ca.gov |
| 3. PHONE NUMBER: (916) 210-7515 | 4. DATE: 11-6-2024 |
| 5. MAILING ADDRESS: Office of the Attorney General, 1300 I Street, 12th Floor, Torts | 6. CITY: Sacramento |
| 7. STATE: CA | 8. ZIP CODE: 95814 |
| 9. CASE NUMBER: 2:19-CV-02343-DAD-AC | 10. JUDGE: Drozd |
| 11. FROM: 3-5-2024 | 12. TO: 3-5-2024 |
| 13. CASE NAME: Hurtado v. State | 14. CITY: Sacramento |
| 15. STATE: CA | |

**16. ORDER FOR**
- [ ] APPEAL No.
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | CERTIFIED MILs Hearing | 3-5-2024 | Maryann Valenoti |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL:

| | |
|---|---|
| 19. SIGNATURE: /s/ LeeAnn Whitmore | PROCESSED BY: |
| 20. DATE: 11-6-2024 | PHONE NUMBER: |
| TRANSCRIPT TO BE PREPARED BY: | COURT ADDRESS: |

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | |
| LESS DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | |