**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

Humberto M. Guizar, Esq.      (SBN 125769)
Kent M. Henderson, Esq.       (SBN 139530)
Angel Carrazco, Jr., Esq.     (SBN 230845)
**GUIZAR, HENDERSON & CARRAZCO, L.L.P.**
18301 Irvine Boulevard, Tustin, CA 92780
Telephone:    (714) 541-8600
Facsimile:    (714) 541-8601
Email:        hguizar@ghclegal.com
              hendolaw@gmail.com
              angel@carrazcolawapc.com

Attorneys for Plaintiffs I.H., E.H., F.H., and A.H.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; E.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; F.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; and A.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado;<br><br>　　　　　　　Plaintiffs,<br><br>　　　　　　　v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:19-cv-02343-DAD-AC<br><br>**STIPULATION TO MODIFY POST-TRIAL BRIEFING SCHEDULE** |

**TO THE HONORABLE COURT**:

Plaintiffs I.H., E.H., F.H., and A.H., by and through their mother and guardian Priscilla Macias, and Defendants Edgardo Yepez and State of California, by and through the California Highway Patrol, by and through their respective attorneys of record, hereby stipulate and request an order modifying the post-trial briefing schedule.

**Statement of Good Cause**

1. On October 30, 2024, the Court entered Judgment in accordance with the Jury Verdict rendered on October 24, 2024. The Jury Verdict found that Defendant Edgardo Yepez used excessive or unreasonable force against Francisco Hurtado and was negligent. The jury awarded $1,500,000 to Plaintiffs I.H., E.H., F.H., and A.H. on behalf of Francisco Hurtado.

2. Defendants Edgardo Yepez and State of California now intend to file post-trial motions in light of the jury verdict. Pursuant to Rule 50(b), any renewed Motion for Judgment as a Matter of Law must be filed no later than 28 days after entry of judgment. Pursuant to Rule 59, any Motion for a New Trial or Motion to Alter or Amend the Judgment must be filed no later than 28 days after the entry of judgment.

3. Under 42 U.S.C. § 1988, Plaintiffs, as the prevailing parties, are entitled to the recovery of attorney's fees. Pursuant to Rule 54, Plaintiffs, as the prevailing parties, are also entitled to costs, and both the Application to Tax Costs and Motion for Attorney's Fees must be filed no later than 14 days after entry of judgment.

4. In order to give the Parties sufficient time to meet and confer and prepare their post-trial motions, the Parties agree that there is good case to modify the post-trial briefing schedule. The Parties agree to extend the deadline to file the Motion for Attorney Fees and Application to Tax costs to December 9, 2024. The Parties further agree that the deadline to file all other post-trial motions shall also be extended to December 9, 2024. Accordingly, the Parties

stipulate to the following briefing schedule and requests that the Court issue an Order modifying the post-trial briefing schedule to the following dates:

| Event | Date |
|---|---|
| Deadline to file all Post-Trial Motions (including Motion for Attorney Fees and Application to Tax Costs) | December 9, 2024 |
| Deadline to file Oppositions to all Post-Trial Motions | December 23, 2024 |
| Deadline to file Replies in support of all Post-Trial Motions | January 6, 2025 |
| Hearing Date for all Post-Trial Motions | January 21, 2025 |

**IT IS SO STIPULATED**.

DATED:  November 6, 2024

**LAW OFFICES OF DALE K. GALIPO**
**GUIZAR, HENDERSON & CARRAZCO, LLP**


By: _____*/s/ Hang D. Le*_____
     Dale K. Galipo
     Hang D. Le
     Kent M. Henderson
     Angel Carrazco, Jr.
     Attorneys for Plaintiffs I.H., E.H., F.H., and A.H.

DATED:  November 6, 2024

ROB BONTA
Attorney General of California
IVETA OVSEPYAN
Supervising Deputy Attorney General


By: */s/ LeeAnn E. Whitmore (as auth. 11/6/2024)*
     LEEANN E. WHITMORE
     Deputy Attorney General
     JOHN C. BRIDGES
     Deputy Attorney General
     Attorneys for Defendants State of California, acting by and through the California Highway Patrol and Edgardo Yepez