# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; E.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; F.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; and A.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado;<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02343-DAD-AC<br><br>**[PROPOSED] ORDER RE: STIPULATION TO MODIFY POST-TRIAL BRIEFING SCHEDULE** |

## **[PROPOSED] ORDER**

Having reviewed the parties' Stipulation to Modify Post-Trial Briefing Schedule and Good Causing appearing therefrom, it is hereby ordered that the briefing schedule be modified as follows:

| Event | Date |
|---|---|
| Deadline to file all Post-Trial Motions (including Motion for Attorney Fees and Application to Tax Costs) | December 9, 2024 |
| Deadline to file Oppositions to all Post-Trial Motions | December 23, 2024 |
| Deadline to file Replies in support of all Post-Trial Motions | January 6, 2025 |
| Hearing Date for all Post-Trial Motions | January 21, 2025 |

**IT IS SO ORDERED**.

Dated: _____, 2024

_____
HONORABLE DALE A. DROZD
UNITED STATES DISTRICT JUDGE