1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  CATHERINE A. WOODBRIDGE, State Bar No. 186186
   Supervising Deputy Attorney General
3  LEEANN E. WHITMORE, State Bar No. 214870
   Deputy Attorney General
4  JOHN C. BRIDGES, State Bar No. 248553
   Deputy Attorney General
5   1300 I Street, Suite 125
    P.O. Box 944255
6   Sacramento, CA 94244-2550
    Telephone: (916) 210-7515
7   Telephone: (916) 210-7529
    Fax: (916) 322-8288
8   E-mail: LeeAnn.Whitmore@doj.ca.gov
    E-mail: John.Bridges@doj.ca.gov
9  *Attorneys for Defendants State of California,
   acting by and through the California Highway
10 Patrol and Edgardo Yepez*

11                IN THE UNITED STATES DISTRICT COURT

12               FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **I. H., a minor, et al.,** | Case No,: 2:19-CV-02343-DAD-AC |
| Plaintiff, | **DEFENDANTS' NOTICE OF APPEAL** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | Judge: The Honorable Dale A. Drozd |
| | Trial Date: October 16, 2024 |
| Defendants. | Action Filed: April 2, 2019 |

NOTICE IS HEREBY GIVEN THAT Defendants State of California acting by and through the California Highway Patrol and Edgardo Yepez hereby appeal in the above named case to the United States Court of Appeals for the Ninth Circuit from Judgment of the jury verdict entered on October 30, 2024. (ECF 243). Pursuant to Ninth Circuit Rule 3-2, a Representation Statement is attached as Exhibit A.

1

| | |
|---|---|
| Dated: November 18, 2024 | Respectfully submitted,<br><br>ROB BONTA<br>Attorney General of California<br>CATHERINE WOODBRIDGE<br>Supervising Deputy Attorney General<br><br>/s/ *LeeAnn E. Whitmore*<br>LEEANN E. WHITMORE<br>Deputy Attorney General<br>JOHN C. BRIDGES<br>Deputy Attorney General<br>*Attorneys for Defendants State of California, acting by and through the California Highway Patrol and Edgardo Yepez* |

LA2019501468
38530864.docx

2

Defendants State of California, Acting by and through the California Highway Patrol and Edgardo Yepez's Notice of Appeal (2:19-CV-02343-DAD-AC)

# Exhibit A

1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  CATHERINE A. WOODBRIDGE, State Bar No. 186186
   Supervising Deputy Attorney General
3  LEEANN E. WHITMORE, State Bar No. 214870
   Deputy Attorney General
4  JOHN C. BRIDGES, State Bar No. 248553
   Deputy Attorney General
5     1300 I Street, Suite 125
      P.O. Box 944255
6     Sacramento, CA 94244-2550
      Telephone: (916) 210-7515
7     Telephone: (916) 210-7529
      Fax: (916) 322-8288
8     E-mail: LeeAnn.Whitmore@doj.ca.gov
      E-mail: John.Bridges@doj.ca.gov
9  *Attorneys for Defendants State of California,
   acting by and through the California Highway
10 Patrol and Edgardo Yepez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **I. H., a minor by and through her mother and guardian ad litem PRISCILLA MACIAS, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | Case No: 2:19-CV-02343-DAD-AC<br><br>**REPRESENTATION STATEMENT**<br><br>**[F.R.A.P. 12(b); Ninth Circuit Rule 3-2(b)]**<br><br>Action Filed: April 2, 2019 |

The undersigned represents the State of California, acting by and through the California Highway Patrol (CHP) and Edgardo Yepez defendants and appellants in this matter.

The following is a service list that shows all of the parties to the action, and identifies their counsel by name, firm, address, telephone number and e-mail address, where appropriate. (F.R.A.P. 12(b); Ninth Circuit Rule 3-2(b).)

///

1

Plaintiffs, I. H., E.H., F.H. and A.H. minors, as successors in interest for Francisco Hurtado, by and through their guardian ad litem Priscilla Macias are represented by the following counsel.

    Dale Galipo
        e-mail: Dalekgalipo@yahoo.com
    Hang Le
        e-mail: Hlee@galipolaw.com
    Law Office of Dale K. Galipo
    21800 Burbank Blvd., Suite 310
    Woodland Hills, CA 91367
    Telephone: (818) 347-3333
    Fax: (818) 347-4118

    Humberto Guizar
        e-mail: Hguizar@gchlegal.com
    Angel Carrazco
        e-mail: Angel@carrazcolawpac.com
    Kent Henderson
        e-mail: Hendolaw@gmail.com
    Guizar, Henderson and Carrazco, LLP
    18301 Irvine Boulevard
    Tustin, CA 02780
    Telephone: (714) 541-8600
    Fax: (714) 541-8601

    Christian Contreras
        e-mail: Cc@contreraa-Law.com
    Law Officers of Christian Contreras, PLC
    360 E. 2nd Street, Suite 800
    Los Angeles, CA 90012
    Telephone: (323) 725-1151

Defendants/Appellants CHP and Officer Yepez are represented by the following counsel:

Rob Bonta, Attorney General of California

Catherine Woodbridge, Supervising Deputy Attorney General
    e-mail: Catherine.Woodbridge@ca.doj.gov
    Telephone: (916) 210-7516

LeeAnn E. Whitmore, Deputy Attorney General
    e-mail: LeeAnn.Whitmore@doj.ca.gov
    Telephone: (916) 210-7515

John C. Bridges, Deputy Attorney General
e-mail.John.Bridges@doj.ca.gov
Telephone: (916) 210-7529

1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Fax: (916) 322-8288

Dated: November 18, 2024                    Respectfully submitted,

                                            ROB BONTA
                                            Attorney General of California
                                            CATHERINE WOODBRIDGE
                                            Supervising Deputy Attorney General


                                            /s/ LeeAnn E. Whitmore
                                            LEEANN E. WHITMORE
                                            Deputy Attorney General
                                            JOHN C. BRIDGES
                                            Deputy Attorney General
                                            *Attorneys for Defendants State of California, acting by and through the California Highway Patrol and Edgardo Yepez*

LA2019501468

3