UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**I. H., ET AL.,**
    Plaintiff

v.  **CASE NO. 2:19−CV−02343−DAD−AC**

**STATE OF CALIFORNIA, ET AL.,**
    Defendant

You are hereby notified that a Notice of Appeal was filed on **November 19, 2024** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

November 19, 2024

**KEITH HOLLAND
CLERK OF COURT**

**by:** /s/ O. Mendez Licea
Deputy Clerk