ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE A. WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
LEEANN E. WHITMORE, State Bar No. 214870
Deputy Attorney General
JOHN C. BRIDGES, State Bar No. 248553
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7515
 Telephone: (916) 210-7529
 Fax: (916) 322-8288
 E-mail: LeeAnn.Whitmore@doj.ca.gov
 E-mail: John.Bridges@doj.ca.gov
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol and Edgardo Yepez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I. H., et al minors by and through her mother and guardian PRISCILLA MACIAS, et al., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No.: 2:19-CV-02343-DAD-AC <br><br> **DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION FOR NEW TRIAL OR IN THE ALTERNATIVE REMITTITUR** <br><br> **F.R.C.P. Rule 59** <br><br> Date: January 27, 2025 <br> Time: **1:30 p.m.** <br> Courtroom: 4 <br> Judge: The Honorable Dale A. Drozd <br> Trial Date: October 16, 2024 <br> Action Filed: April 2, 2019 |

**THE COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on January 27, 2025, at 1:30 p.m. in courtroom 4 of the above entitled Cour Defendants, State of California by and through the California Highway Patrol and Edgardo Yepez (Defendants), move for a new trial pursuant to Federal Rule of Civil Procedure Rule 59 on the grounds that (1) the verdict is against the clear weight of the evidence

1

as the award of $500,000 in economic damages was not supported by evidence presented by Plaintiffs in this case; and (2) the exclusion of statements that Francisco Hurtado made at the at the scene that he was drunk and had used cocaine substantially prejudiced Defendants

Alternatively, defendants seek remittitur of the economic damage award from $500,000 to the $23,000 of medical treatment costs that Plaintiffs presented evidence to support.

Defendants previously filed and served the notice of motion and motion for new trial or in the alternative remittitur and memorandum of points and authorities on November 18, 2024. The caption listed the hearing time as 9:30 a.m. The hearing time was correctly listed on the notice at page 1, line 25 ECF 256 at p.1. This amended notice is being served so the caption reflects the correct hearing time.

## Meet and Confer Certification

On November 4, 2024, Defendants' counsel informed Plaintiffs' counsel, Hang Le via e-mail that she intended to file the Motion for New Trial in part based on the erroneous economic damage award. Defendants' counsel inquired whether Plaintiffs' counsel would agree to a remittitur of the economic damages portions of the award. The parties agreed on extending the post-trial briefing schedule, but Plaintiffs' counsel did not agree to the remittitur.

Dated:  December 9, 2024                    Respectfully submitted,

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General


/s/ *LeeAnn E. Whitmore*
LEEANN E. WHITMORE
Deputy Attorney General
JOHN C. BRIDGES
Deputy Attorney General
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol and Edgardo Yepez*

LA2019501468
38530864.docx

2

## CERTIFICATE OF SERVICE

| Case Name: | **Francisco Hurtado v. State of California, et al.** | No. | **2:19-CV-02343-DAD-AC** |
|---|---|---|---|

I hereby certify that on <u>December 9, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION FOR NEW TRIAL OR IN THE ALTERNATIVE REMITTITUR** I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 9, 2024</u>, at Sacramento, California.

| Molly Johnson | */s/ Molly Johnson* |
|---|---|
| Declarant | Signature |

LA2019501468
38610349.docx