**EXHIBIT 1**

Dale K. Galipo  
Timekeeping Record

*I.H., et al. v. State of California, et al.*  
Case No. 2:19-cv-02343-DAD-AC

| Date | Description | Hours Billed |
|---|---|---|
| 01/16/2024 | Review Pleadings | 1.3 |
| 01/17/2024 | Review Expert Reports – Depositions | 6.2 |
| 01/18/2024 | Review Depositions | 4.4 |
| 01/18/2024 | Review Video / Audio Materials | 1.1 |
| 01/19/2024 | Review Investigation Reports | 3.8 |
| 01/20/2024 | Review Medical Records | 4.3 |
| 01/21/2024 | Review Yepez Deposition | 3.5 |
| 01/22/2024 | Review Yepez Deposition / Statement - Outline | 7.7 |
| 01/23/2024 | Review Randazzo Statement | 1.3 |
| 01/23/2024 | Review Randazzo Deposition | 2.2 |
| 01/24/2024 | Review Randazzo Deposition / Statement - Outline | 3.3 |
| 01/24/2024 | Zoom Conference with Kent Henderson, Angel Carrazco and Hang Le regarding case status, upcoming pretrial documents, upcoming pretrial conference and trial date | 0.8 |
| 01/25/2024 | Review Chapman Deposition – Outline | 3.8 |
| 01/26/2024 | Review Chapman Deposition / Statement - Outline | 5.7 |
| 01/27/2024 | Review Defoe Deposition | 2.1 |
| 01/28/2024 | Review Defoe Deposition / Report - Outline | 5.4 |
| 01/29/2024 | Review Meinhard Report | 6.2 |
| 01/30/2024 | Review Meinhard Report / Deposition | 3.1 |
| 01/31/2024 | Review Chapman Report / Deposition | 2.9 |
| 02/01/2024 | Review Prager Records / Report | 3.6 |
| 02/02/2024 | Review Mills Report | 2.0 |
| 02/02/2024 | Review Mills Report / Deposition | 1.5 |
| 02/03/2024 | Review Stephenson Records / Report | 4.4 |
| 02/04/2024 | Review Jacobs Report / Deposition | 1.4 |
| 02/05/2024 | Review Defense Damage Experts Depositions | 3.6 |
| 02/06/2024 | Review Defense Damage Expert Reports | 3.0 |
| 02/06/2024 | Review Hurtado Deposition | 1.5 |
| 02/07/2024 | Review Discovery – Investigation Reports | 2.7 |
| 02/08/2024 | Review MSJ (Motion – Opp – Reply – Ruling) | 3.3 |
| 02/09/2024 | Outline Yepez Examination | 5.8 |
| 02/10/2024 | Outline Yepez Examination | 4.4 |
| 02/11/2024 | Outline Randazzo Examination | 3.6 |
| 02/12/2024 | Outline Defoe Examination | 3.1 |
| 02/13/2024 | Outline Defoe Examination | 3.9 |

Dale K. Galipo  
Timekeeping Record

I.H., et al. v. State of California, et al.  
Case No. 2:19-cv-02343-DAD-AC

| Date | Description | Hours Billed |
|---|---|---|
| 02/14/2024 | Review Pre-Trial Documents - MILs | 2.7 |
| 02/15/2024 | Review Exhibits | 4.3 |
| 02/16/2024 | Outline Chapman Examination | 4.2 |
| 02/17/2024 | Outline Chapman Examination | 3.8 |
| 02/18/2024 | Outline Prager Examination | 2.5 |
| 02/19/2024 | Outline Stephenson Examination | 2.4 |
| 02/20/2024 | Outline Meinhard / Mills Examination | 3.6 |
| 02/21/2024 | Outline Francisco's Examination | 2.2 |
| 02/22/2024 | Outline Defense Damages Expert | 4.8 |
| 02/23/2024 | Discussed joint proposed jury instructions, plaintiff's proposed jury instructions, and proposed verdict form with Hang Le | 0.8 |
| 02/24/2024 | Prepare Plaintiff Examination | 3.3 |
| 02/25/2024 | Prepare Plaintiff Expert Examinations | 4.7 |
| 02/26/2024 | Prepare Defense Expert Examinations | 5.5 |
| 02/27/2024 | Prepare Defense Expert Examinations | 4.5 |
| 02/28/2024 | Outline Closing Argument Points | 6.2 |
| 02/29/2024 | Outline Voir Dire | 2.8 |
| 03/01/2024 | Discussed motion regarding trial scheduling issue with Hang Le | 0.3 |
| 03/01/2024 | Trial Preparation * | 11.00 |
| 03/02/2024 | Trial Preparation * | 10.4 |
| 03/03/2024 | Prepare Christopher Stephenson / Prager Examinations – Trial Preparation * | 9.6 |
| 03/04/2024 | Prepare Defoe Examination – Trial Preparation * | 11.5 |
| 03/05/2024 | Pre-Trial – Review Exhibits / Pre-Trial Documents | 5.5 |
| 03/05/2024 | Attended via Zoom Hearing on Motions in Limine and Plaintiff's Motion regarding Trial Schedule | 1.1 |
| 03/05/2024 | Meeting with Kent Henderson, Angel Carrazco and Hang Le regarding trial preparation | 0.8 |
| 03/06/2024 | Meeting with Kent Henderson, Angel Carrazco and Hang Le regarding trial preparation | 1 |
| 03/06/2024 | Prepare Yepez Examination – Trial Preparation * | 9.4 |
| 03/07/2024 | Prepare Yepez Examination – Trial Preparation * | 8.6 |
| 03/08/2024 | Prepare Randazzo / Chapman Examinations – Trial Preparation * | 11.1 |

Dale K. Galipo     *I.H., et al. v. State of California, et al.*
Timekeeping Record     Case No. 2:19-cv-02343-DAD-AC

| Date | Description | Hours Billed |
|---|---|---|
| 03/09/2024 | Review Examination Outlines – Prepare Opening Statement – Trial Preparation * | 10.9 |
| 03/10/2024 | Review Examination Outlines – Prepare Opening Statement – Trial Preparation * | 13.0 |
| 03/11/2024 | Trial – Trial Preparation * | 14.2 |
| 03/12/2024 | Trial – Trial Preparation * | 13.8 |
| 03/13/2024 | Trial – Trial Preparation * | 14.5 |
| 03/14/2024 | Trial – Trial Preparation * | 13.5 |
| 03/15/2024 | Trial – Trial Preparation * | 12.7 |
| 03/16/2024 | Trial Preparation * | 12.2 |
| 03/17/2024 | Trial Preparation * | 11.8 |
| 03/18/2024 | Trial – Trial Preparation * | 14.7 |
| 03/19/2024 | Trial – Trial Preparation * | 11.3 |
| 04/09/2024 | Attended Status Conference setting retrial date | 0.5 |
| 04/11/2024 | Meeting with Kent Henderson, Angel Carrazco and Hang Le regarding revised settlement demand | 0.7 |
| 08/10/2024 | Trial Preparation * | 6.4 |
| 08/11/2024 | Trial Preparation * | 5.6 |
| 08/18/2024 | Trial Preparation * | 5.5 |
| 08/22/2024 | Preparation for Mediation / Mediation | 6.5 |
| 08/24/2024 | Review of Statements | 3.5 |
| 08/25/2024 | Review of Depositions | 6.5 |
| 08/31/2024 | Review of Expert Reports – Depositions | 3.8 |
| 09/01/2024 | Review of Expert Reports – Depositions | 4.2 |
| 09/07/2024 | Review of Depositions | 5.1 |
| 09/08/2024 | Review of Exhibits – Medical Records | 2.9 |
| 09/09/2024 | Discussed with Hang Le Plaintiff's Opposition to Defendants' Motion to Continue Trial | 0.2 |
| 09/14/2024 | Review Examination – Yepez | 4.3 |
| 09/15/2024 | Review Examination - Yepez | 3.7 |
| 09/21/2024 | Review Examination - Randazzo | 2.8 |
| 09/22/2024 | Review Defoe Examination | 2.2 |
| 09/28/2024 | Review Chapman Examination | 3.0 |
| 09/29/2024 | Review Medical Experts Examination | 5.2 |
| 09/30/2024 | Review Francisco Examination - Deposition | 1.8 |
| 10/01/2024 | Meeting with Hang Le re Defendants' MIL Nos. 8 & 9 | .2 |

Dale K. Galipo  
Timekeeping Record

*I.H., et al. v. State of California, et al.*  
Case No. 2:19-cv-02343-DAD-AC

| Date | Description | Hours Billed |
|---|---|---|
| 10/01/2024 | Trial Preparation * | 3.0 |
| 10/02/2024 | Meeting with Hang Le, Kent Henderson and Angel Carrazco re trial preparation | 0.3 |
| 10/02/2024 | Review of Depositions – Trial Preparation * | 4.5 |
| 10/03/2024 | Review of Depositions – Trial Preparation * | 5.5 |
| 10/03/2024 | Review of Prior Trial Transcript – Day 1 of Previous Trial | 2.7 |
| 10/04/2024 | Attended Status Conference | 0.5 |
| 10/04/2024 | Spoke to mediator Judge Hilberman regarding potential settlement | 0.3 |
| 10/05/2024 | Review of Expert Reports – Trial Preparation * | 12 |
| 10/06/2024 | Review of Expert Reports – Trial Preparation * | 7 |
| 10/07/2024 | Meeting with Kent Henderson, Angel Carrazco and Hang Le regarding potential settlement | 0.4 |
| 10/07/2024 | Review of Prior Trial Testimony - Days 2-5 of Previous – Trial Preparation * | 11 |
| 10/08/2024 | Prepare Yepez Examination – Trial Preparation * | 3.9 |
| 10/08/2024 | Meeting with Hang Le re revised jury instructions, verdict form, and statement of the case to reflect Hurtado's passing and substitution of plaintiffs | 0.2 |
| 10/09/2024 | Prepare Yepez Examination – Trial Preparation * | 6.2 |
| 10/09/2024 | Meeting with Hang Le re trial preparation | 0.9 |
| 10/10/2024 | Prepare Randazzo Examination | 3.8 |
| 10/10/2024 | Review Trial Transcripts – Days 6-9 of Previous Trial – Trial Preparation * | 7.4 |
| 10/11/2024 | Prepare Defoe Examination – Trial Preparation * | 8.0 |
| 10/12/2024 | Prepare Chapman Examination – Trial Preparation * | 7.7 |
| 10/13/2024 | Prepare Doctor Examination – Trial Preparation * | 7.3 |
| 10/14/2024 | Outline Opening Statement / Closing Argument – Trial Preparation * | 8.5 |
| 10/14/2024 | Discussion with Hang Le re: expert testimony at trial | 0.2 |
| 10/15/2024 | Trial Preparation * | 7.4 |
| 10/16/2024 | Trial – Trial Preparation * | 13.6 |
| 10/17/2024 | Trial – Trial Preparation * | 14.2 |
| 10/18/2024 | Trial – Trial Preparation * | 13.7 |

| Date | Description | Hours Billed |
|---|---|---|
| **10/19/2024** | Trial Preparation * | 13.4 |
| **10/20/2024** | Trial Preparation * | 11.6 |
| **10/21/2024** | Trial – Trial Preparation * | 14.5 |
| **10/22/2024** | Trial – Trial Preparation * | 13.5 |
| **10/23/2024** | Trial – Trial Preparation * | 13.8 |
| **10/24/2024** | Trial – Meetings | 12.2 |
| **11/23/2024** | Review Post-Trial Motion – Legal Research | 1.5 |
| **11/23/2024** | Review Notice of Appeal | 0.3 |
| **11/24/2024** | Legal Research | 1.4 |
| **11/25/2024** | Legal Research | 1.6 |
| **11/26/2024** | Legal Research | 2.6 |
| **12/06/2024** | Review Declarations on Fee Motion | 1.8 |
| **12/07/2024** | Review Atty Fee Motion | 2.4 |
|  | **TOTAL** | **713.5** |
|  |  |  |
|  | *Trial Preparation includes review of investigation reports, officer statements, witness statements, expert reports, deposition transcripts, exhibits, photos of scene, dispatch tape, motions in limine, witness list, exhibit list, jury instructions, verdict form, outlining examination of defendants and officers, outlining examination of witnesses, outlining examination of plaintiffs, outlining examination of medical examiner, outlining examination of experts, preparing voir dire, preparing opening statement, and preparing for direct and cross examinations and closing arguments |  |