# EXHIBIT 19

Hang D. Le, Esq.
Timekeeping Record

*I.H., et al. v. State of California, et al.*
Case No. 2:19-cv-02343-DAD-AC

| Date | Description | Hours Billed |
|------|-------------|--------------|
| **1/16/2024** | Send email correspondence to Kent Henderson (KH) regarding case materials to review for possible association into case | 0.1 |
| **1/18/2024** | Brief initial review of case materials received (expert disclosures and reports, deposition and statement transcripts of Yepez and Randazzo, dashcam video) and sent email correspondence to KH requesting additional materials | 2.5 |
| **1/22/2024** | Additional cursory review of all case materials received to date | 1.5 |
| **1/24/2024** | Zoom conference with Dale Galipo (DKG), Angel Carrazco (AC) and KH regarding case status, upcoming pretrial documents and pretrial conference, and trial date | 0.8 |
| **2/13/2024** | Brief review already-filed pretrial documents; reviewed drafts of joint proposed jury instructions, plaintiff's proposed jury instructions, and defendants' proposed jury instructions; provided input on jury instructions | 1.2 |
| **2/21/2024** | Reviewed email correspondence from defense counsel; responded to email correspondence | 0.1 |
| **2/22/2024** | Revised/drafted joint proposed jury instructions and plaintiff's proposed jury instructions | 1.3 |
| **2/23/2024** | Discussed joint proposed jury instructions, plaintiff's proposed jury instructions, and proposed verdict form with DKG | 0.8 |
| **2/23/2024** | Finalized joint proposed jury instructions; drafted proposed verdict form; and emailed drafts to defense counsel | 1.2 |
| **2/23/2024** | Corresponded with defense counsel re: joint proposed jury instructions, made revisions to draft | 0.4 |
| **2/23/2024** | Revised and finalized plaintiff's proposed jury instructions; sent draft over to defense counsel | 1.3 |
| **2/26/2024** | Finalized joint proposed jury instructions and filed | 0.2 |
| **2/26/2024** | Finalized plaintiff's proposed jury instructions and verdict form and filed | 0.3 |
| **2/29/2024** | Sent email to court and all parties regarding potential trial scheduling issue | 0.1 |
| **3/1/2024** | Discussed motion regarding trial scheduling issue with DKG | 0.3 |
| **3/1/2024** | Drafted Plaintiff's Motion to Modify the Trial Schedule or in the Alternative, Continue the Trial Date and Ex Parte Application for Administrative Relief to Shorten Time for Hearing on Motion; filed | 3.4 |
| **3/4/2024** | Drafted and filed Plaintiff's objections to Defendants' proposed jury instructions | 2.1 |
| **3/4/2024** | Drafted and filed Plaintiff's Trial Brief in Opposition to Defendants' Proposed Special Interrogatories | 1.7 |
| **3/4/2024** | Drafted and filed Plaintiff's Trial Brief | 2.3 |
| **3/5/2024** | Hearing on MILs and Plaintiff's Motion re Trial Schedule | 1.1 |
| **3/5/2024** | Meeting with DKG, KH, and AC re pretrial prep | 0.8 |
| **3/6/2024** | Meeting with DKG, KH, and AC re pretrial prep (3:30pm) | 1 |
| **3/8/2024** | Created audio clips from trial exhibits to be used at trial | 1.5 |

1

Hang D. Le, Esq.                                      *I.H., et al. v. State of California, et al.*
Timekeeping Record                                    Case No. 2:19-cv-02343-DAD-AC

| Date | Description | Hours Billed |
|------|-------------|--------------|
| **3/12/2024** | Reviewed and identified relevant time stamps of video trial exhibit for trial presentation | 0.4 |
| **3/18/2024** | Revised and filed Plaintiff's Objections to Excerpts and Reading of Deposition Testimony of Diane Valenzuela | 0.8 |
| **4/9/2024** | Attended video conference re Status Conference setting retrial date | 0.5 |
| **4/11/2024** | Meeting with DKG, KH, and AC re: revised settlement demand | 0.7 |
| **4/17/2024** | Drafted demand letter; discussed with DKG contents of letter | 0.6 |
| **7/19/2024** | Telephone discussion and email correspondence with KH regarding substitution of parties in light of Hurtado's passing | 0.4 |
| **8/13/2024** | Started research and draft of motion to substitute party | 2.7 |
| **8/19/2024** | Drafted and submitted mediation brief for August 22, 2024 mediation | 1.7 |
| **8/22/2024** | Partial participation in August 22, 2024 mediation | 0.3 |
| **8/27/2024** | Appeared at Status Conference | 0.4 |
| **8/27/2024** | Communicated with KH and AC regarding address to serve Motion to Substitute to remaining minor; communicated with co-counsel's office re: Priscilla Macias's 377 declaration; completed and filed Motion to Substitute | 2.5 |
| **8/28/2024** | Coordinated serving Hurtado's fifth minor child with Motion to Substitute | 0.3 |
| **9/4/2024** | Reviewed Defendants' Opposition to Plaintiff's Motion to Substitute; started researching for Reply | 3.6 |
| **9/5/2024** | Reviewed Defendants' Motion to Continue Trial Date and Ex Parte Application to Shorten Time for Hearing and started outline | 0.5 |
| **9/6/2024** | Continued researching for Opposition to Defendants' Motion to Continue Trial Date and Reply ISO Plaintiff's Motion to Substitute | 2 |
| **9/9/2024** | Discussed with DKG opposition to Defendants' Motion to Continue Trial Date; continued research and started drafting Opposition | 2.7 |
| **9/10/2024** | Completed Opposition to Defendants' Motion to Continue Trial Date and filed | 2.6 |
| **9/11/2024** | Continued research for Reply ISO Plaintiff's Motion to Substitute and started draft of Reply ISO Plaintiff's Motion to Substitute | 1 |
| **9/13/2024** | Finished Reply ISO Plaintiff's Motion to Substitute and Filed | 2.4 |
| **9/16/2025** | Reviewed Court's Order Denying Defendants' Motion to Continue Trial Date | 0.1 |
| **9/18/2024** | Reviewed Court's Order Granting Plaintiff's Motion for Substitution | 0.1 |
| **9/20/2024** | Meeting with DKG, KH, and AC re trial prep | 0.5 |
| **9/24/2024** | Review Defendants' MIL Nos. 8 & 9 | 0.5 |
| **10/1/2024** | Discuss with DKG Defendants' MIL Nos. 8 & 9 | 0.2 |
| **10/2/2024** | Meeting with DKG, KH, and AC re trial prep | 0.3 |
| **10/2/2024** | Researched, drafted and filed Plaintiffs' Oppositions to Defendants' MIL Nos. 8 & 9 | 3.4 |
| **10/07/2024** | Meeting with DKG, KH and AC re potential settlement | 0.4 |

Hang D. Le, Esq.                                              *I.H., et al. v. State of California, et al.*
Timekeeping Record                                            Case No. 2:19-cv-02343-DAD-AC

| Date | Description | Hours Billed |
|------|-------------|--------------|
| **10/8/2024** | Revised jury instructions, verdict form, and statement of the case to reflect Hurtado's passing and substitution of plaintiffs; discussed revised drafts with DKG | 1 |
| **10/9/2024** | Meeting with DKG re trial prep | 0.9 |
| **10/10/2024** | Reviewed correspondence from defense counsel regarding motions in limine and exhibits; reviewed exhibits noted in correspondence; corresponded with defense counsel re: motions in limine and exhibits and revised jury instructions, verdict form, and statement of the case | 0.4 |
| **10/11/2024** | Phone call with KH regarding expert witnesses | 0.2 |
| **10/11/2024** | Corresponded with defense counsel re: revised jury instructions, verdict form, and statement of the case | 0.1 |
| **10/11/2024** | Reviewed previous trial transcripts; discussed issue regarding Hurtado's statements in previous trial with DKG | 3.2 |
| **10/11/2024** | Sent email to Court's courtroom deputy and all parties regarding issue of Hurtado's statements after the shooting | 0.1 |
| **10/14/2024** | Discussion with DKG re: expert testimony at trial | 0.2 |
| **10/15/2024** | Filed Plaintiffs' proposed revised jury instructions, verdict form, and statement of the case | 0.2 |
| **10/18/2024** | Spoke to experts Meinhard and Jacobs re upcoming trial testimony | 0.4 |
| **10/30/2024** | Discussed possible modified post-trial briefing schedule with DKG; sent KH and AC email regarding proposed modified post-trial briefing schedule | 0.3 |
| **11/1/2024** | Sent email to defense counsel proposing modified post-trial briefing schedule | 0.1 |
| **11/5/2024** | Drafted stipulation re: modified post-trial briefing schedule | 0.2 |
| **11/6/2024** | Sent draft of stipulation re: modified post-trial briefing schedule to defense counsel | 0.1 |
| **11/6/2024** | Filed Stipulation re: modified post-trial briefing scedule | 0.1 |
| **11/26/2024** | Researched for attorney fee motion; started draft of fee motion | 2.4 |
| **12/04/2024** | Continued researching for and drafting of fee motion | 1.7 |
| **12/05/2024** | Continued researching for and drafting of fee motion | 2.1 |
| **12/06/2024** | Continued researching for and drafting of fee motion | 3.3 |
| **12/07/2024** | Exchanged correspondence and reviewed notes re fee motion | 0.4 |
| **12/09/2024** | Continued drafting fee motion; compiling all declarations and exhibits; finalized and filed fee motion | 8.4 |
| | **TOTAL** | **57.4** |