**Humberto M. Guizar, Esq.,** (SBN 125769)
hguizar@ghclegal.com
**GUIZAR, HENDERSON & CARRAZCO, L.L.P.**
3500 West Beverly Blvd.,
Montebello, CA 90640
Telephone: (323) 725-1151
Facsimile: (323) 597-0101

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; E.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; F.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; and A.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado;<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02343-DAD-AC<br><br>*Honorable Dale A. Drozd*<br><br>**DECLARATION OF HUMBERTO M. GUIZAR, IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

2:19-cv-02343-DAD-AC

DECLARATION OF HUMBERTO GUIZAR

## DECLARATION OF HUMBERTO GUIZAR

I, Humberto Guizar, hereby declare as follows:

1. I am currently employed as a senior partner with the law firm of Guizar, Henderson & Carrazco, counsel of record for the above-captioned Plaintiffs in the above-referenced action. I have personal knowledge of the facts herein attested to and I could and would testify competently if I were asked to do so. I submit this declaration in support of Plaintiff's Motion for Attorneys' Fees. I have personal knowledge of the matters set forth herein and am fully capable of testifying competently to these facts if called upon to do so.

2. I am a lawyer licensed to practice law in all jurisdictions in California, and I am licensed to practice before the US Supreme Court. I have been in good standing with the State Bar for 37 years. I graduated with two B.A.'s and a Teaching Credential from California State University, Northridge in 1981. I attended law school at the University of La Verne, College of Law from 1981 to 1985. I began practicing law in 1987, handling personal injury, criminal defense and family law.

3. I began prosecuting Civil rights actions in my first year as a lawyer. In fact, I did my first civil rights jury trial in 1988. Thereafter I was lead counsel on numerous civil rights trials involving claims of excessive force. In the year 2000 I was profiled in the front page of Daily Journal Newspaper after I won a 1.4-million-dollar verdict against police officers from the LAPD. The case was entitled Raymond Watson v. City of L.A., et al. The daily journal article chronicled the cases I have successfully prosecuted during my career as a civil rights attorney. Since 1998, I have managed my own law firm specializing in major personal injury, wrongful death cases and civil rights actions involving police misconduct.

4. I have tried approximately 140 civil cases through verdict, including multiple wrongful death civil rights cases, medical malpractice cases, and a variety of other types of serious injury cases. I have either settled or won most of my civil cases, including verdicts. I have successfully prosecuted civil cases as lead counsel and generated approximately 75 million in verdicts and settlements for my clients.

5. I am one of the Founders of Justice X, a coalition of Latino and Black Attorneys that advocate for the Los Angeles Communities of Color to seek justice in the community and battle systemic inequality. In my work with Justice X, I along with the 3 other principals of Justice X created the Protestors Defense Alliance, (PDA). This organization was created by Justice X to offer free legal representation to thousands of people that were arrested during the infamous George Floyd

protests in the year 2020. I was able to recruit approximately 200 lawyers that signed up to help the PDA represent people. We represented hundreds of protestors pro bono.

6. I am also the only known lawyer in California that works as a "Gang Expert". I have worked as a gang expert for approximately 14 years. In 2009 I began working as a gang expert when a supervisor from the Public Defender's office, Roberto Longoria, (who is now a Los Angeles Superior Judge) asked me if I would be willing to testify in a 3-count capital murder case in the sentencing phase on the issue of rehabilitation. This was the case of People v. Osorio. Thereafter I was appointed as a gang expert in over 40 criminal cases in the Los Angeles Superior Court. I have been qualified to testify as an expert in every single case I have been asked to testify on. I have never been disqualified as an expert by any judge and I have testified in approximately 20 criminal jury trials as a gang expert. I have also been retained as a gang expert in civil cases involving gang issues.

7. In view of the fact, top litigators at top law firms are billing their clients between $1,200 to $1,800 per hour for trial work and preparation, I am respectfully requesting an hourly fee award of $950.00 based on my experience as a civil rights attorney, civil rights advocate, and as a trial attorney in general. I have had my own law firm for 30 years and I have tried over 50 civil rights cases, I believe that I have more trial experience and expertise than most law firm partners. Finally, considering that civil rights cases are thought to be the most difficult cases for plaintiffs' lawyers I believe $975.00 per hour for the work I performed on this action is an appropriate rate.

8. From the time I was first retained, I was involved with overseeing the investigation of this case and reviewing all the materials in detail during the proceedings.

9. As of this date I have spent 41.2 hours of billable time in connection with tasks reasonably necessary to the favorable resolution of this action. From 1/20/2018 to April 2024, I provided support to my law firm and Mr. Galipo in pre-trial discovery, expert discovery and trial preparation for this case, as detailed in my timesheet attached hereto as "Exhibit 14."

//
//
//
//
//
//

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this was executed this 9th day of December, 2024 at Montebello, California

          */s/ Humberto Guizar*
          Humberto Guizar