# EXHIBIT 14

Humberto Guizar, Attorney at Law                    J.H., a minor, et al. v. State of CA, et al.
Time record keeping sheet                           Case No.: 2:19-cv-02343-DAD-AC

| Date | Description | Time |
|------|-------------|------|
| 11/30/2018 | Prepared and send email to the firm partners and team | 0.2 |
| 3/22/2019 | Reviewed complaint and other docs | 2 |
| 4/2/2019 | Reviewed emails re: protective order | 1 |
| 12/11/2019 | Reviewed amended complaint and met with partners and team to discuss | 2 |
| 12/12/2019 | Reviewed 200 page personnel file of Yepez | 2 |
| 2/24/2020 | Review emails from partners | 1 |
| 2/30/2020 | review entire file | 3 |
| 3/14/2020 | Partner weekly review to discuss case | 2 |
| 2/17/2021 | Partner weekly review to discuss case | 2` |
| 4/23/2021 | Partner weekly review to discuss case | 0.5 |
| 7/9/2021 | Weekly review discussion of Hurtado case | 1 |
| 7/10/2021 | Review of depo summaries | 1 |
| 10/29/2021 | Review of defendant's MSJ documents and review of file | 4 |
| 12/6/2021 | Review of MSJ opposition prepared by office and input | 5 |
| 1/6/2022 | Partner weekly review to discuss case | 0.5 |
| 4/26/2022 | Partner weekly review to discuss case | 0.5 |
| 10/6/2022 | Partner weekly review to discuss case | 0.5 |
| 11/7/2022 | Partner weekly review to discuss case | 0.5 |
| 4/23/2023 | Defended depositon of expert Jesse Wobruck | 2.5 |
| 10/14/2023 | Reviewed all pre-trial documents | 5 |
| 3/4/2024 | Review depositions and entire file | 4 |
| 10/21/2024 | Trial debriefing | 2 |
| 12/6/2024 | Review hours billed on the case | 1 |
|  |  |  |
|  |  |  |
|  |  |  |
|  | TOTAL | 41.2 |