**EXHIBIT 15**

Managing Attorney
Time record keeping sheet

| Date | Description | Time |
|---|---|---|
| 1/4/2019 | Firm case meeting, discused case, reviewed claim and possible litigation | 0.5 |
| 1/14/2019 | Reviewed email communication receieved regarding denial of government claim by referring attorney | 0.5 |
| 1/22/2019 | Firm case meeting, discused case, reviewed claim and possible litigation | 0.5 |
| 2/8/2019 | Firm case meeting, discussed case, reviewed claim and possible litigation, CH to prepare complaint | 0.5 |
| 2/11/2019 | Reviewed email communiation received regarding assignment to prepare complaint | 0.5 |
| 2/18/2019 | Reviewed further email communiation received regarding assignment to prepare complaint | 0.5 |
| 3/2/2019 | Firm case meeting, discussed case, reviewed claim and possible litigation, CH gives status on preparation of complaint | 0.5 |
| 3/6/2019 | Started drafting complaint - researched law | 4 |
| 3/14/2019 | Discussed with managing attorney and staff status on preparation of complaint | 1 |
| 3/14/2019 | Reviewed email communiation received regarding assignment to prepare complaint | 0.5 |
| 3/16/2019 | Worked on drafting complaint and all required attachments (summons, civil case cover sheet, and local forms | 0.5 |
| 3/20/2019 | Firm case meeting, discussed case, reviewed claim and possible litigation, CH gives status on preparation of complaint | 0.5 |
| 3/21/2019 | continued work on drafting complaint and researching law | 3 |
| 3/22/2019 | Reviewed email regarding case | 0.5 |
| 3/22/2019 | First draft off complaint sent via email to partners of firm for review and finalization.  Request for guidance on venue | 0.5 |
| 4/2/2019 | follow up email regarding guidance on venue to file complaint | 0.5 |
| 4/2/2019 | reviewed follow up email received regarding filing, | 0.5 |
| 4/2/2019 | reviewed follow up email received regarding filing, | 0.5 |
| 4/25/2019 | reviewed email received regarding meeting | 0.5 |
| 4/25/2019 | firm meeting regarding case, status of filing complaint, discussion of strategy | 0.5 |
| 5/6/2019 | reviewed email received regarding meeting | 0.5 |
| 5/6/2019 | firm meeting regarding case, status of filing complaint, discussion of strategy | 0.5 |
| 6/3/2019 | reviewed email received regarding meeting | 0.5 |
| 6/3/2019 | firm meeting regarding case, discussion of strategy | 0.5 |

| | | |
|---|---|---|
| 7/16/2019 | Reviewed email regarding fee to be paid to transfers state case from LA County to Stanislaus County | 0.5 |
| 7/16/2019 | Reviewed further email from managing attorney regarding fee to be paid to transfers state case from LA County to Stanislaus County | 0.5 |
| 7/16/2019 | Reviewed email regarding fee to be paid to transfers state case from LA County to Stanislaus County | 0.5 |
| 7/23/2019 | reviewed email received regarding meeting | 0.5 |
| 7/23/2019 | firm meeting regarding case, discussion of strategy | 0.5 |
| 7/26/2019 | reviewed email containing letter from defense counsel for State of CA regarding reassignment of case | 0.5 |
| 7/30/2019 | reviewed email received regarding meeting | 0.5 |
| 7/30/2009 | firm meeting regarding case, discussion of strategy | 1 |
| 8/2/2019 | reviewed email containing pleadings filed from defense counsel | 0.5 |
| 8/6/2019 | reviewed email received regarding meeting | 0.5 |
| 8/6/2019 | firm meeting regarding case, discussion of strategy | 0.5 |
| 8/13/2019 | reviewed email received regarding meeting | 0.5 |
| 8/13/2019 | firm meeting regarding case, discussion of strategy | 0.5 |
| 8/13/2019 | forwarded email to staff regarding reminder to be at meeting to discuss strategy | 0.5 |
| 8/19/2019 | Reviewed email with Meet and Confer letter from defense counsel regarding pleadings | 0.5 |
| 8/20/2019 | Meeting with attorneys to discuss strategy in pleadings in response to Meet and Confer letter | 0.5 |
| 8/20/2019 | reviewed email received regarding meeting | 0.5 |
| 8/20/2019 | firm meeting regarding case, status of filing complaint, discussion of strategy | 0.5 |
| 8/20/2019 | forwarded email to staff regarding reminder to be at meeting to discuss strategy | 0.5 |
| 8/20/2019 | reviewed email from staff regarding the case | 0.5 |
| 8/21/2019 | reviewed email from staff regarding the case | 0.5 |
| 8/21/2019 | reviewed email from staff regarding the case | 0.5 |
| 8/22/2019 | reviewed email from staff regarding the case | 0.5 |
| 8/22/2019 | reviewed email from staff regarding the case | 0.5 |
| 8/27/2019 | reviewed email received regarding meeting | 0.5 |
| 8/27/2019 | firm meeting regarding case, discussion of strategy | 0.5 |
| 069/03/2019 | reviewed email received regarding meeting | 0.5 |
| 9/3/2019 | firm meeting regarding case, discussion of strategy | 0.5 |
| 9/3/2019 | forwarded email to staff regarding reminder to be at meeting to discuss strategy | 0.5 |
| 9/10/2019 | reviewed email received regarding meeting | 0.5 |

| | | |
|---|---|---|
| 9/10/2019 | firm meeting regarding case, discussion of strategy | 0.5 |
| 9/17/2019 | reviewed email received regarding meeting | 0.5 |
| 9/17/2019 | firm meeting regarding case, discussion of strategy | 0.5 |
| 9/24/2019 | reviewed email received regarding meeting | 0.5 |
| 9/24/2019 | firm meeting regarding case, discussion of strategy | 0.5 |
| 10/1/2019 | reviewed email received regarding meeting | 0.5 |
| 10/1/2019 | firm meeting regarding case, discussion of strategy | 0.5 |
| 10/8/2019 | reviewed email received regarding meeting | 0.5 |
| 10/8/2019 | firm meeting regarding case, discussion of strategy | 0.5 |
| 10/15/2019 | reviewed email received regarding meeting | 0.5 |
| 10/15/2019 | firm meeting regarding case, discussion of strategy | 0.5 |
| 10/29/2019 | reviewed email received regarding meeting | 0.5 |
| 10/29/2019 | firm meeting regarding case,  discussion of strategy | 0.5 |
| 11/5/2019 | reviewed email received regarding meeting | 0.5 |
| 11/5/2019 | firm meeting regarding case,  discussion of strategy | 0.5 |
| 11/12/2019 | reviewed email received regarding meeting | 0.5 |
| 11/12/2019 | firm meeting regarding case, discussion of strategy | 0.5 |
| 11/19/2019 | reviewed email received regarding meeting | 0.5 |
| 11/19/2019 | firm meeting regarding case, discussion of strategy | 0.5 |
| 11/22/2019 | Reviewed email received from staff containing Notice of Removal of case to federal court by Defendants | 0.5 |
| 11/25/2019 | Reviewed email received from staff containing Notice of Removal filed in state court case by Defendants | 0.5 |
| 11/25/2019 | Meeting with attorneys to discuss strategy in pleadings in response to Notice of Removal | 1.5 |
| 11/27/2009 | reviewed email received regarding meeting | 0.5 |
| 11/27/2019 | firm meeting regarding case, discussion of strategy | 0.5 |
| 12/4/2019 | reviewed email received regarding meeting | 0.5 |
| 12/4/2019 | firm meeting regarding case, discussion of strategy | 0.5 |
| 12/10/2019 | reviewed email received regarding meeting | 0.5 |
| 12/10/2019 | firm meeting regarding case, discussion of strategy | 0.5 |
| 12/11/2019 | reviewed email from partner to opposing counsel regarding filing of second amended complaint | 0.5 |
| 12/11/2019 | reviewed email received from PACER regarding filing of second amended complaint | 0.5 |
| 12/12/2019 | reviewed email received from PACER regarding filing of second amended complaint | 0.5 |
| 12/12/2019 | reviewed email received from PACER regarding filing of second amended complaint | 0.5 |
| 12/12/2019 | reviewed email received from PACER regarding filing of second amended complaint | 0.5 |
| 12/17/2019 | reviewed email received regarding meeting | 0.5 |
| 12/17/2019 | firm meeting regarding case, discussion of strategy | 0.5 |
| 1/2/2020 | reviewed email received from PACER regarding case | 0.5 |

| | | |
|---|---|---|
| 1/14/2020 | reviewed email received regarding meeting | 0.5 |
| 1/14/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 1/21/2020 | reviewed email received regarding meeting | 0.5 |
| 1/21/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 1/22/2020 | received and reviewed email from partner containing discovery being propounded on Defendant | 1.5 |
| 1/28/2020 | reviewed email received regarding meeting | 0.5 |
| 1/28/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 2/5/2020 | reviewed email received regarding meeting | 0.5 |
| 2/5/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 2/12/2020 | reviewed email received regarding case | 0.5 |
| 2/12/2020 | reviewed email received regarding case | 0.5 |
| 2/21/2020 | reviewed email received regarding meeting | 0.5 |
| 2/21/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 2/21/2020 | forwarded email to staff regarding reminder to be at meeting to discuss strategy | 0.5 |
| 2/28/2020 | reviewed email received regarding meeting | 0.5 |
| 2/28/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 3/10/2020 | reviewed email received regarding meeting | 0.5 |
| 3/10/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 3/17/2020 | reviewed email received regarding meeting | 0.5 |
| 3/17/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 3/25/2020 | reviewed email received regarding meeting | 0.5 |
| 3/25/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 4/2/2020 | reviewed email received regarding meeting | 0.5 |
| 4/2/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 4/8/2020 | reviewed email received from Defendant with RFP responses and documetns | 1.5 |
| 4/8/2020 | reviewed materials in Dropbox link received from Defendant with RFP materials and responses. | 4.5 |
| 4/8/2020 | reviewed email received regarding meeting | 0.5 |
| 4/9/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 4/14/2020 | reviewed email received regarding meeting | 0.5 |
| 4/14/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 4/22/2020 | reviewed email received regarding meeting | 0.5 |
| 4/22/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 4/30/2020 | reviewed email received regarding meeting | 0.5 |
| 4/30/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 5/11/2020 | reviewed email from partner with notes for next firm meeting | 1.5 |
| 5/12/2020 | reviewed email received regarding meeting | 0.5 |
| 5/12/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 5/18/2020 | assembled & forwarded meeting notes from last firm meeting to partner | 1 |
| 5/21/2020 | reviewed email received regarding meeting | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 5/21/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 5/26/2020 | reviewed email received regarding meeting | 0.5 |
| 5/26/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 6/2/2020 | reviewed email received regarding meeting | 0.5 |
| 6/2/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 6/9/2020 | reviewed email received regarding meeting | 0.5 |
| 6/9/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 6/16/2020 | reviewed email received regarding meeting | 0.5 |
| 6/16/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 6/23/2020 | reviewed email received regarding meeting | 0.5 |
| 6/23/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 6/30/2020 | reviewed email received regarding meeting | 0.5 |
| 6/30/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 7/9/2020 | reviewed email received regarding meeting | 0.5 |
| 7/9/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 7/14/2020 | reviewed email received regarding meeting | 0.5 |
| 7/14/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 7/15/2020 | received and reviewed email and materials sent from partner containing discovery propounded on Plaintiff by Defendant | 2.5 |
| 7/16/2020 | received and reviewed email from associate attorney about discovery received | 1 |
| 7/16/2020 | received and reviewed email from staff with updated notes from last firm meeting | 0.5 |
| 7/23/2020 | reviewed email received regarding meeting | 0.5 |
| 7/24/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 7/29/2020 | reviewed email received regarding meeting | 0.5 |
| 7/30/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 8/4/2020 | reviewed email received regarding meeting | 0.5 |
| 8/5/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 8/11/2020 | reviewed email received regarding meeting | 0.5 |
| 8/12/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 8/17/2020 | reviewed email received regarding meeting | 0.5 |
| 8/18/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 8/25/2020 | reviewed email received regarding meeting | 0.5 |
| 8/26/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 9/4/2020 | reviewed email received regarding meeting | 0.5 |
| 9/4/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 9/14/2020 | reviewed email received regarding meeting | 0.5 |
| 9/15/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 9/24/2020 | reviewed email received regarding meeting | 0.5 |
| 9/25/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 10/1/2020 | reviewed email received regarding meeting | 0.5 |
| 10/1/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 10/14/2020 | reviewed email received regarding meeting | 0.5 |

| 10/14/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 10/22/2020 | reviewed email received regarding meeting | 0.5 |
| 10/22/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 11/3/2020 | reviewed email received regarding meeting | 0.5 |
| 11/3/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 11/12/2020 | reviewed email received regarding meeting | 0.5 |
| 11/12/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 11/23/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 11/23/2020 | reviewed email regarding discovery responses | 2.5 |
| 12/3/2020 | reviewed email received regarding meeting | 0.5 |
| 12/3/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 12/4/2020 | Reviewed email and attachments of email sent containing pretrial scheduling order and all deadlines in the case | 3 |
| 12/4/2020 | read and reviewed email about the case | 0.5 |
| 12/4/2020 | read and reviewed email about the case | 0.5 |
| 12/29/2020 | reviewed email received regarding meeting | 0.5 |
| 12/29/2020 | firm meeting regarding case, discussion of strategy | 0.5 |
| 1/13/2021 | firm meeting regarding case, discussion of strategy | 0.5 |
| 1/13/2021 | reviewed email about upcoming firm meeting about case and strategy | 0.5 |
| 1/28/2021 | Reveiwed email from PACER containing court documents, saved in server | 0.5 |
| 1/28/2021 | firm meeting regarding case, discussion of strategy | 0.5 |
| 1/28/2021 | reviewed email about upcoming firm meeting about case and strategy | 0.5 |
| 2/3/2021 | Reviewed email containing notice of depositon of plaintiff | 1.5 |
| 2/3/2021 | forwarded email to partner and assoicate not included on email containing notice of deposition on plaintiff | 0.5 |
| 2/3/2021 | firm meeting regarding case, discussion of strategy | 0.5 |
| 2/4/2021 | reviewed email from partner regarding meeting on 02/03/2021 | 1.5 |
| 2/4/2021 | reviewed email regarding meeting from 02/03/2021 | 0.5 |
| 2/7/2023 | reviewed email regarding meeting from 02/03/2021 | 0.5 |
| 2/8/2021 | Reviewed email and attachments containing Defendants Initial Disclosures | 1 |
| 2/8/2021 | forwarded email to partner and assoicate not included on email containing Defendant's Initial Disclosures | 0.5 |
| 2/8/2021 | reviewed email from partner regarding status of Plaintiff's initial disclosure | 1 |
| 2/8/2021 | reviewed email containing notes from partner for firm meeting about case and strategy | 1.5 |
| 2/8/2021 | reviewed email containing notes from partner for firm meeting about case and strategy | 1.5 |
| 2/8/2021 | reviewed email containing notes from partner for firm meeting about case and strategy | 1.5 |
| 2/9/2021 | firm meeting regarding case, discussion of strategy | 0.5 |
| 2/9/2021 | reviewed email with notes from firm meeting | 0.5 |
| 2/11/2021 | reviewed email regarding the case | 0.5 |
| 2/11/2021 | reviewed email regarding the case | 0.5 |

Managing Attorney
Time record keeping sheet

| | | |
|---|---|---|
| 2/16/2021 | reviewed email received regarding meeting | 0.5 |
| 2/16/2021 | reviewed further email received regarding meeting | 0.5 |
| 2/16/2021 | firm meeting regarding case, discussion of strategy | 0.5 |
| 2/17/2021 | reviewed email from partner with notes from previous firm meeting | 0.5 |
| 3/3/2021 | reviewed email receiving regarding meeting | 0.5 |
| 3/8/2021 | reviewed email from partner about the case | 0.5 |
| 3/8/2021 | reviewed email from partner about the case | 0.5 |
| 3/8/2021 | reviewed email from partner about the case | 1 |
| 3/9/2021 | reviewed email from partner about the case | 1.5 |
| 3/9/2021 | emailed partner regarding case meeting | 1 |
| 3/9/2021 | sent email regarding case meeting | 0.5 |
| 3/10/2021 | reviewed email regarding case meeting | 0.5 |
| 3/10/2021 | firm meeting regarding case, discussion of strategy | 0.5 |
| 3/24/2021 | reviewed email regarding case meeting | 0.5 |
| 3/24/2021 | firm meeting regarding case, discussion of strategy | 0.5 |
| 3/25/2021 | reviewed email and materials containing deposition subpoenas | 1.5 |
| 3/25/2021 | reviewed further email regarding deposition subpoenas | 1 |
| 4/8/2021 | reviewed email and materials containing subpoenas and discovery responses | 2.5 |
| 4/9/2021 | reviewed email regarding case meeting | 0.5 |
| 4/9/2021 | firm meeting regarding case, discussion of strategy | 0.5 |
| 4/22/2021 | reviewed email regarding case meeting | 0.5 |
| 4/22/2021 | firm meeting regarding case, discussion of strategy | 0.5 |
| 4/23/2021 | reviewed email from partner with notes from previous firm meeting | 1.5 |
| 4/28/2021 | reviewed email regarding case meeting | 0.5 |
| 4/28/2021 | reviewed email from partner regarding upcoming case meeting | 0.5 |
| 4/28/2021 | firm meeting regarding case, discussion of strategy | 0.5 |
| 5/4/2021 | reviewed email from partner regarding case | 1 |
| 5/4/2021 | reviewed email  regarding case | 0.5 |
| 5/5/2021 | reviewed email from partner regarding case | 1 |
| 5/11/2021 | reviewed email and materials containing deposition notices and other materials | 2.5 |
| 5/17/2021 | reviewed email and materials containing subpoenas and materials | 2 |
| 5/26/2021 | reviewed email regarding case meeting | 0.5 |
| 5/26/2021 | firm meeting regarding case, discussion of strategy | 0.5 |
| 6/4/2021 | reviewed email regarding case meeting | 0.5 |
| 6/8/2021 | reviewed email from partner regarding case meeting | 0.5 |
| 6/8/2021 | firm meeting regarding case, discussion of strategy | 0.5 |
| 6/10/2021 | reviewed email and materials containing subpoenas and deposition notices | 2.5 |
| 6/10/2021 | reviewed email from partner regarding case | 1 |
| 6/10/2021 | reviewed email from patner regarding case | 1 |
| 6/16/2021 | reviewed email and materials containing subpoenas | 2 |

Managing Attorney
Time record keeping sheet

| Date | Description | Hours |
|---|---|---|
| 6/17/2021 | reviewed email from partner regarding case | 1 |
| 6/23/2021 | reviewed email regarding case meeting | 0.5 |
| 6/23/2021 | firm meeting regarding case, discussion of strategy | 0.5 |
| 6/24/2021 | reviewed email and mateirals received from PACER and documents attached regarding case | 1.5 |
| 6/30/2021 | reviewed email and materials containing subpoenas | 2.5 |
| 7/9/2021 | reviewed email regarding case meeting | 0.5 |
| 7/9/2021 | firm meeting regarding case, discussion of strategy | 0.5 |
| 7/27/2021 | reviewed email and materials containing subpoenas | 1.5 |
| 7/28/2021 | reviewed email from partner about the case | 0.5 |
| 8/6/2021 | reviewed email regarding case meeting | 0.5 |
| 8/6/2021 | firm meeting regarding case, discussion of strategy | 0.5 |
| 8/16/2021 | reviewed email and materials containing subpoenas | 2 |
| 9/1/2021 | reviewed email and materials containing IME notice | 2.5 |
| 9/2/2021 | reviewed email from partner about the case | 1 |
| 9/5/2021 | reviewed email from partner about the case | 0.5 |
| 9/5/2021 | reviewed email from partner about the case | 1 |
| 9/5/2021 | reviewed email from partner about the case | 1 |
| 9/5/2021 | reviewed email from partner about the case | 0.5 |
| 9/8/2021 | reviewed email regarding case meeting | 0.5 |
| 9/8/2021 | firm meeting regarding case, discussion of strategy | 0.5 |
| 9/30/2021 | reviewed email and materials containing deposition notices and materials | 3.5 |
| 10/15/2021 | reviewed email and materials containing subpoenas and other material | 2.5 |
| 10/19/2021 | reveiwed email from staff about the case | 0.5 |
| 10/19/2021 | reviewed email from partner about the case | 0.5 |
| 10/29/2021 | reviewed email from PACER containing Notice of Summary Judgment | 2.5 |
| 10/29/2021 | reviewed email from partner about the case, assigned to work on Opposition to Motion for Summary Judgment | 1.5 |
| 10/29/2021 | sent email regarding Opposition to Motion to Summary Judgment | 0.5 |
| 10/29/2021 | reviewed email from partner about the case, assigned to work on Opposition to Motion for Summary Judgment | 1 |
| 10/29/2021 | sent email to partner regarding Opposition to MSJ | 0.5 |
| 10/29/2021 | researched, located and downloaded all materials related to Defendant's Motion for Summary Judgment papers | 2.5 |
| 10/29/2021 | saved in server and forwarded all materials related to Defendants MSJ | 1.5 |
| 10/29/2021 | reviewed email from partner regarding the case and MSJ | 1 |
| 10/29/2021 | researched law and Eastern District of CA rules regarding MSJ Opposition deadlines in Eastern District of California and calculated said deadlines | 2 |
| 10/29/2021 | Sent email with confirmaiton of deadline to file MSJ Opposition | 0.5 |

Managing Attorney
Time record keeping sheet

| Date | Description | Hours |
|---|---|---|
| 10/29/2021 | Sent further email regarding confirmation of deadline to file MSJ Opposition | 0.5 |
| 10/30/2021 | Email to staff requesting location of Plaintiff's deposition transcript | 0.2 |
| 11/1/2021 | read email from staff with depositon transcript of Plaintiff | 0.2 |
| 11/1/2021 | response email to staff regarding case | 0.2 |
| 11/1/2021 | reviewed transcript of Plaintiff | 1.5 |
| 11/1/2021 | reviewed email sent by partner to experts with material regading MSJ Opposition | 1.5 |
| 11/1/2021 | reviewed email and maiterials regarding subpoenas | 1.5 |
| 11/1/2021 | read email from expert regarding MSJ materials | 0.2 |
| 11/2/2021 | reviewed email from office to defense requesting Separate Statement in Word format | 0.2 |
| 11/2/2021 | reviewed email from defense counsel to staff regading request for Separate Statement in Word format | 0.2 |
| 11/2/2021 | reviewed email and materials attached from staff containing Separate Statement for MSJ | 1.5 |
| 11/2/2021 | sent email to office staff confirming receipt of Separate Statement email | 0.2 |
| 11/4/2021 | reviewed email and materials sent by partner regarding the case | 1.5 |
| 11/4/2021 | reviewed email and materials sent by partner regarding the case | 2.5 |
| 11/4/2021 | reviewed email and materials sent by partner regarding the case | 1.5 |
| 11/4/2021 | reviewed email and materials sent by staff to attorneys regarding the case | 3.5 |
| 11/4/2021 | reviewed email from partner regarding the case and MSJ | 0.3 |
| 11/4/2021 | met with partner assigned to work on Opposition to MSJ to discuss review of deposition transcripts | 2.5 |
| 11/4/2021 | reviewed email from staff regarding the case | 0.2 |
| 11/4/2021 | sent response to email from staff regarding the case | 0.3 |
| 11/4/2021 | reviewed email from partner regarding the case | 0.3 |
| 11/4/2021 | sent email to staff regarding coordination of meeting about MSJ Opposition | 0.3 |
| 11/5/2021 | reviewed email from partner regarding the case | 0.3 |
| 11/5/2021 | reviewed email from staff regarding the case | 0.3 |
| 11/5/2021 | reviewed email from partner regarding the case | 0.3 |
| 11/8/2021 | Meeting with Tustin office regarding coordination of work on MSJ Opposition | 2.5 |
| 11/9/2021 | reviewed email and materials sent to experts from staff for the MSJ Opposition | 1 |
| 11/9/2021 | reviewed email and materials sent to experts from staff for the MSJ Opposition | 1 |
| 11/9/2021 | reviewed email and materials sent to experts from staff for the MSJ Opposition | 1 |
| 11/9/2021 | reviewed email and materials sent to experts from staff for the MSJ Opposition | 1 |

Managing Attorney
Time record keeping sheet

| Date | Description | Hours |
|---|---|---|
| 11/9/2021 | reviewed email and materials sent to experts from staff for the MSJ Opposition | 1 |
| 11/9/2021 | reviewed email and materials sent to experts from staff for the MSJ Opposition | 1 |
| 11/9/2021 | reviewed email and materials sent to experts from staff for the MSJ Opposition | 1 |
| 11/9/2021 | reviewed email from PACER and documents regarding Stipulation and Proposed Order to change Scheduling Order | 1 |
| 11/10/2021 | reviewed email from PACER and documents regarding signed Order to change Scheduling Order | 1 |
| 11/11/2021 | reviewed email regading case meeting | 0.5 |
| 11/11/2021 | firm meeting about case, discussion of strategy | 0.5 |
| 11/11/2021 | reviewed email from staff regarding the case with attached Order with change to Scheduling Order | 1 |
| 11/15/2021 | reviewed email and attachments from staff about the case | 1.5 |
| 11/16/2021 | reviewed email from staff about deadline to file MSJ Opposition | 0.5 |
| 11/16/2021 | further research regarding deadline to file MSJ Opposition | 2 |
| 11/16/2021 | sent email regarding further research into deadline to file MSJ Opposition | 1 |
| 11/17/2021 | reviewed email from expert about the case | 0.5 |
| 11/17/2021 | reviewed email and Dropbox link materials provided to expert from office | 1.5 |
| 11/17/2021 | reviewed email from expert about the case | 0.5 |
| 11/20/2021 | reviewed sent by partner to other attorneys and materials regarding the case | 2.5 |
| 11/20/2021 | worked on Separate Statement for MSJ Opposition | 6.5 |
| 11/20/2021 | Sent email to partners about the case | 0.3 |
| 11/20/2021 | Received email from partner about the case | 0.3 |
| 11/20/2021 | Sent email to partners about the case | 0.3 |
| 11/24/2021 | received email from staff about the case, reveiwed attachments | 1 |
| 11/24/2021 | email to partners about the case | 0.3 |
| 11/24/2021 | emailed staff about the case | 0.3 |
| 11/24/2021 | emailed staff about the case | 0.3 |
| 11/24/2021 | emailed staff about the case | 0.3 |
| 11/24/2021 | received email and materials from partner to review about the case | 2 |
| 11/24/2021 | reviewed email and attachment from partner regarding the case | 1.5 |
| 11/24/2021 | reviewed email regarding case meeting | 0.5 |
| 11/24/2021 | firm meeting about case, discussion of strategy | 0.5 |
| 11/25/2021 | continued work on Separate Statement of Facts for MSJ Opposition | 6 |
| 11/26/2021 | reviewed email and Dropbox link materials received from expert | 2.5 |
| 11/26/2021 | forwarded email to staff received with Dropbox link from expert | 0.3 |
| 11/26/2021 | received email from partner about the case | 0.3 |
| 11/26/2021 | emailed partner materials for MSJ Opposition | 0.5 |
| 11/26/2021 | reviewed Rule 26 report from expert | 2 |

Managing Attorney
Time record keeping sheet

| | | |
|---|---|---|
| 11/26/2021 | continued work on Separate Statement of Facts for MSJ Opposition | 4 |
| 11/26/2021 | forwarded materials to partner to review for MSJ Opposition | 0.3 |
| 11/27/2021 | received email from partner and reviewed materials attached | 2.5 |
| 11/27/2021 | received email from partner and reviewed materials attached | 2.5 |
| 11/27/2021 | continued work on Separate Statement of Facts for MSJ Opposition | 3.5 |
| 11/28/2021 | received email from partner and reviewed materials attached | 2.5 |
| 11/28/2021 | received email from partner and reviewed materials attached | 2.5 |
| 11/28/2021 | continued work on Separate Statement of Facts for MSJ Opposition | 4 |
| 11/28/2021 | emailed draft of Separate Statement to partner to review | 0.3 |
| 11/29/2021 | reviewed email and materials sent by partner regarding the case | 1.5 |
| 11/29/2021 | reviewed email from staff about the case | 0.3 |
| 11/29/2021 | reviewed email from partner and attachments about the case | 1.5 |
| 11/29/2021 | reviewed email from staff about the case | 0.3 |
| 11/29/2021 | reviewed email from staff about the case | 0.3 |
| 11/29/2021 | reviewed email from partner about the case | 0.4 |
| 11/29/2021 | continued work on Separate Statement of Facts for MSJ Opposition | 6 |
| 11/29/2021 | emailed draft of Separate Statement to partner to review | 0.3 |
| 11/29/2021 | reviewed email and attachment from partner about the case | 3.5 |
| 11/30/2021 | reviewed email from staff about the case | 0.2 |
| 11/30/2021 | reviewed email and attachment from partner about Separate Statement | 1.5 |
| 11/30/2021 | reviewed email from staff about the case | 0.3 |
| 11/30/2021 | reviewed email and attachment from parner about the case | 1.5 |
| 11/30/2021 | reviewed email from parnter about MSJ Opposition | 0.5 |
| 11/30/2021 | Sent email to partners about the case | 0.2 |
| 11/30/2021 | Sent email to partners about the case | 0.2 |
| 11/30/2021 | Prepared declarations for experts to sign for the MSJ Opposition | 2.5 |
| 11/30/2021 | Emailed declarations to partner | 0.2 |
| 11/30/2021 | Received email from partner about the case | 0.2 |
| 11/30/2021 | Updated Separate Statement for MSJ Opposition | 1.5 |
| 11/30/2021 | Emailed updated Separate Statement to partner | 0.2 |
| 11/30/2021 | reviewed email from staff to expert and attachment included | 0.4 |
| 11/30/2021 | reviewed email from staff to expert and attachment included | 0.4 |
| 11/30/2021 | reviewed email from staff and signed declaration | 0.4 |
| 11/30/2021 | forwarded signed declaration to partner | 0.2 |
| 11/30/2021 | reviewed email from partner and attachment about the case | 3.5 |
| 12/1/2021 | reviewed email from partner and attachment about the case | 3 |
| 12/1/2021 | reviewed email and attachment from expert to staff with declaration | 0.4 |
| 12/1/2021 | emailed partner advising still working on Separate Statement | 0.4 |
| 12/1/2021 | continued work on Separate Statement of Facts for MSJ Opposition | 2 |
| 12/1/2021 | Worked on MSJ Opposition with Partner including Points and Authorities | 8 |

Managing Attorney
Time record keeping sheet

| Date | Description | Hours |
|---|---|---|
| 12/2/2021 | Worked on MSJ Opposition with Partner including Points and Authorities | 4 |
| 12/2/2021 | reviwed email and attachment from partner regading MSJ Opposition | 2 |
| 12/2/2021 | Worked on MSJ Opposition with Partner including Points and Authorities | 5 |
| 12/2/2021 | Prepared and emailed staff with first documents ready for filing for MSJ Opposition | 0.4 |
| 12/02/2021 | Prepared and emailed staff with first documents ready for filing for MSJ Opposition | 0.4 |
| 12/2/2021 | reviewed email from partner regading MSJ Opposition | 0.3 |
| 12/2/2021 | sent email regarding filing of MSJ Opposition | 0.2 |
| 12/2/2021 | Received email regarding filing of MSJ Opposition | 0.2 |
| 12/2/2021 | sent email regarding filing of MSJ Opposition | 0.2 |
| 12/2/2021 | Received email regarding filing of MSJ Opposition | 0.2 |
| 12/2/2021 | reviewed email from partner regading MSJ Opposition including attachments | 0.4 |
| 12/2/2021 | Received email regarding filing of MSJ Opposition | 0.2 |
| 12/2/2021 | reviewed email received from PACER regarding filing of documents for MSJ Opposition | 0.4 |
| 12/2/2021 | Received email and attachments regarding filing of MSJ Opposition | 0.4 |
| 12/2/2021 | finalized work on MSJ Opposition with partner | 4.5 |
| 12/2/2021 | Emailed final documents for filing to staff | 0.3 |
| 12/2/2021 | reviewed email received from PACER regarding filing of documents for MSJ Opposition | 0.3 |
| 12/2/2021 | emailed staff about the case | 0.2 |
| 12/2/2021 | received email from staff about the case | 0.3 |
| 12/2/2021 | reviewed email from parnter about MSJ Opposition | 0.3 |
| 12/3/2021 | reviwed email from partner about MSJ Opposition | 0.3 |
| 12/6/2021 | reviewed email and attachment from staff about the case | 1.5 |
| 12/6/2021 | sent email to staff about the case | 0.2 |
| 12/6/2021 | received email from partner about the case | 0.3 |
| 12/6/2021 | sent email to defense counsel's office with Word version of Separate Statement attached | 0.4 |
| 12/6/2021 | reviewed email from defense counsel confirming receipt | 0.2 |
| 12/7/2021 | reviewed email from partner about the case | 0.3 |
| 12/7/2021 | emailed partner about the case | 0.3 |
| 12/9/2021 | Reviewed email and attachments received from PACER about MSJ | 2.5 |
| 12/9/2021 | Reviewed email and attachments received from PACER about MSJ | 2 |
| 12/9/2021 | Reviewed email and attachments received from PACER about MSJ | 2 |
| 12/14/2021 | Reviewed email and attachments received from PACER about MSJ | 2 |
| 12/15/2021 | Reviewed email and attachments received from PACER about MSJ | 2 |
| 12/15/2021 | Emailed MSJ Opposition docs to partner | 0.3 |
| 12/15/2021 | Emailed MSJ Opposition docs to partner | 0.3 |

Managing Attorney
Time record keeping sheet

| Date | Description | Hours |
|---|---|---|
| 12/15/2021 | Emailed MSJ Opposition docs to partner | 0.3 |
| 12/16/2021 | Reviewed email and documents attached to expert | 2 |
| 12/16/2021 | reviewed email from expert about the case | 0.2 |
| 12/16/2021 | reviewed email from expert about the case | 0.2 |
| 12/20/2021 | read email and reviewed subpoenas attached in the case | 2 |
| 12/23/2021 | reviewed email regarding case meeting | 0.5 |
| 12/23/2021 | firm meeting about case, discussion of strategy | 0.5 |
| 1/8/2022 | reviewed email from expert about the case | 0.3 |
| 1/10/2022 | reviewed email from staff about the case | 0.2 |
| 1/14/2022 | reviewed email regarding case meeting | 0.2 |
| 1/14/2022 | reviewed email from parter regarding case meeting | 0.3 |
| 1/14/2022 | firm meeting about case, discussion of strategy | 0.5 |
| 1/21/2022 | reviewed email from partner regarding case | 0.3 |
| 1/21/2022 | reviewed email from expert to partner regarding case | 0.3 |
| 1/21/2022 | reviewed email from partner to expert regarding case | 0.3 |
| 1/21/2022 | reviewed email from staff regarding experts | 0.2 |
| 1/21/2022 | reviewed email from expert to partner regarding case | 0.2 |
| 1/21/2022 | reviewed email from partner regarding case | 0.3 |
| 1/24/2022 | review of email and attachments from PACER regading filing of Stip and Order | 1.5 |
| 1/25/2022 | review of email and attachments from PACER regading filing of Stip and Order | 1.5 |
| 1/31/2022 | reviewed email regarding meeting | 0.5 |
| 1/31/2022 | firm meeting about case, discussion of strategy | 0.5 |
| 2/2/2022 | reviewed email and attachments regarding case | 1 |
| 2/2/2022 | reviewed and sent email with attachments regarding case | 0.5 |
| 2/2/2022 | sent email regarding case | 0.2 |
| 2/2/2022 | reviewed email and attachments regarding case | 1 |
| 2/2/2022 | reviewed email and attachments regarding case | 1 |
| 2/11/2022 | reviewed email regarding meeting | 0.5 |
| 2/11/2022 | reviewed additional email regarding meeting | 0.5 |
| 2/11/2022 | reviewed email from partner regarding meeting | 0.5 |
| 2/11/2022 | firm meeting about case, discussion of strategy | 0.5 |
| 2/16/2022 | reviewed email and attachments regarding case | 1.5 |
| 2/16/2022 | reviewed email regarding case | 0.3 |
| 2/22/2022 | reviewed email and attachments regarding case | 1 |
| 2/22/2022 | reviewed email and attachments regarding case | 1 |
| 2/25/2022 | prepared email and attachments, sent to firm | 1.5 |
| 3/8/2022 | reviewed email regarding meeting | 0.5 |
| 3/8/2022 | firm meeting regarding case, discussion of strategy | 0.5 |
| 3/20/2022 | meeting with partner in advance of 03/21/2022 case management conferencwe | 2 |
| 3/21/2022 | reviewed email from partner regarding case management conference | 0.5 |

Managing Attorney
Time record keeping sheet

| | | |
|---|---|---|
| 3/21/2022 | reviewed email from parnter regarding case management conference | 0.5 |
| 3/21/2022 | appeared telephonically for case management conference in state case | 2.5 |
| 3/21/2022 | sent email regarding appearance for case management conference in state case | 0.5 |
| 3/21/2022 | reviewed email regarding case | 0.2 |
| 4/4/2022 | reviewed email regarding case | 0.4 |
| 4/28/2022 | reviewed email regarding case meeting | 0.5 |
| 4/28/2022 | firm meeting regarding case, discussion of strategy | 0.5 |
| 5/6/2022 | reviewed email and attachments regarding case and experts | 0.5 |
| 5/19/2022 | reviewed email regarding case meeting | 0.5 |
| 5/19/2022 | forwarded email regarding case meeting | 0.2 |
| 5/19/2022 | reviewed email from partner regarding case meeting | 0.5 |
| 5/19/2022 | firm meeting regarding case, discussion of strategy | 0.5 |
| 5/26/2022 | review of email and attachments regarding case | 1.5 |
| 5/26/2022 | reviewed email from partner regarding case | 0.5 |
| 5/26/2022 | reviewed email regarding case | 0.5 |
| 6/8/2022 | reviewed of email and attachments regarding case | 1.5 |
| 6/8/2022 | reviewed email regarding case meeting | 0.5 |
| 6/8/2022 | reviewed email regarding case meeting | 0.3 |
| 06/08/022 | firm meeting regarding case, discussion of strategy | 0.5 |
| 6/13/2022 | reviewed email regarding case | 0.3 |
| 6/13/2022 | reviewed email regarding case | 0.3 |
| 6/13/2022 | reviewed email regarding case | 0.3 |
| 6/13/2022 | reviewed email regarding case | 0.3 |
| 6/14/2022 | forwarded email and attachments regarding case | 0.3 |
| 7/1/2022 | reviewed email regarding case meeting | 0.5 |
| 7/1/2022 | forwarded email regarding case meeting | 0.2 |
| 7/1/2022 | firm meeting regarding case, discussion of strategy | 0.5 |
| 7/18/2022 | reviewed email from partner regarding defense expert | 0.5 |
| 7/18/2022 | research regarding defense expert Schweitzer | 2.5 |
| 7/26/2022 | reviewed email from partner regarding expert depositions | 0.5 |
| 7/26/2022 | reviewed email from partner regarding expert depositoins | 0.5 |
| 7/26/2022 | prepared email to partners regarding expert depositions | 0.5 |
| 7/26/2022 | reviewed email from partner regarding expert depositions | 0.5 |
| 8/3/2022 | reviewed email regarding case meeting | 0.5 |
| 8/3/2022 | reviewed email from partner regarding case meeting | 0.5 |
| 8/3/2022 | firm meeting regarding case, discussion of strategy | 0.5 |
| 8/11/2022 | reviewed email and attachments regarding case | 1 |
| 8/25/2022 | reviewed email and attachments from PACER regarding case | 1.5 |
| 8/25/2022 | reviewed email and attachments from PACER regarding case | 1.5 |
| 9/9/2022 | forwarded email regarding case meeting | 0.2 |
| 9/9/2022 | firm meeting regarding case, discussion of strategy | 0.5 |

Managing Attorney
Time record keeping sheet

| Date | Description | Hours |
|---|---|---|
| 2/4/2023 | reviewed email regarding research on defense experts | 1.5 |
| 2/16/2023 | reviewed email regarding case meeting | 0.5 |
| 2/16/2023 | firm meeting regarding case, discussion of strategy | 0.5 |
| 2/24/2023 | reviewed email from partner regarding expert depositions | 0.5 |
| 9/29/2023 | reviewed email and attachments from PACER regarding case | 1.5 |
| 10/4/2023 | forwarded email and attachments from PACER regarding case to partners | 0.2 |
| 10/10/2023 | reviewed and drafted email regarding scheduling of case meeting | 1 |
| 10/11/2023 | researched CHP guidelines | 2.5 |
| 10/11/2023 | prepared email regarding research into CHP guidelines | 0.5 |
| 10/16/2023 | reviewed and drafted email regarding case | 0.5 |
| 1/3/2024 | reviewed email and attachments regarding case | 1.5 |
| 2/13/2024 | reviewed email regarding trial exhibits | 1 |
| 2/21/2024 | reviewed email from partner regarding trial | 0.5 |
| 2/21/2024 | telephone meeting with partner and defense counsel regarding trial exhibits | 1 |
| 3/6/2024 | meeting with partner in advance of 03/07/2024 appearance in state court for case management conference | 2 |
| 3/7/2024 | reviewed email from Stanislaus Superior Court regarding case management conference | 0.3 |
| 3/7/2024 | reviewed and sent email regarding case management conference | 0.3 |
| 3/7/2024 | reviewed and sent email regarding case management conference | 0.3 |
| 3/7/2024 | reviewed email regarding case management conference | 0.2 |
| 3/7/2024 | reviewed and sent email regarding case management conference | 0.2 |
| 3/7/2024 | reviewed email and attachments sent regarding case management conference | 0.5 |
| 3/7/2024 | reviewed email and attachments sent regarding case management conference | 0.5 |
| 3/11/2024 | appeared telephonically for case management conference in state case | 2.5 |
| 3/11/2024 | prepared and sent email regarding appearance in state court for case management conference | 0.4 |
| 3/11/2024 | reviewed and responded to email regarding case | 0.4 |
| 3/12/2024 | text communication with partner regarding trial issues | 0.5 |
| 3/12/2024 | research regarding trial issue for partner | 2.5 |
| 3/12/2024 | text and telephonic communication with partner regarding trial issues | 1 |
| 3/12/2024 | further research regarding trial issue for partner | 1.5 |
| 3/12/2024 | further text and telephonic communication with partner regarding trial issue | 1 |
| 3/19/2024 | reviewed email regarding case | 0.3 |
| 4/3/2024 | reviewed email and attachments regarding case | 1 |
| 4/3/2024 | forwarded email and attachments regarding case | 0.3 |
| 4/26/2024 | reviewed email and attachments regarding case | 1 |

Managing Attorney
Time record keeping sheet

| | | |
|---|---|---|
| 6/12/2024 | reviewed email and attachments regarding case | 1 |
| 6/12/2024 | responded to email regarding case | 0.4 |
| 6/12/2024 | reviewed email regarding case | 0.3 |
| 6/12/2024 | responded to email regarding case | 0.3 |
| 6/12/2024 | reviewed email and attachments regarding case | 1 |
| 6/21/2024 | reviewed email and attachments regarding case | 1 |
| 7/12/2024 | reviewed email and attachments regarding case | 1 |
| 8/2/2024 | reviewed email and attachments regarding case | 1 |
| 9/4/2024 | reviewed email and attachments regarding case | 1 |
| 10/18/2024 | reviewed text from partner at trial regarding issue in the case | 0.2 |
| 10/18/2024 | researched trial issue for partner | 2.5 |
| 10/18/2024 | sent research to parnter regarding trial issue with attachments | 0.5 |
| 10/18/2024 | text communication with partner regarding trial issues | 0.5 |
| TOTAL HOURS | 746 | |