Humberto Guizar, Esq.          (SBN 125769) hguizar@ghclegal.com
Kent M. Henderson, Esq.        (SBN 139530) hendolaw@gmail.com
Angel Carrazco, Jr. Esq.       (SBN 230845) angel@carrazcolaw.com
**GUIZAR, HENDERSON & CARRAZCO, LLP**
18301 Irvine Boulevard
Tustin, CA  92780
Telephone: (714) 541-8600
Facsimile:  (714) 541-8601

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; E.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; F.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; and A.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado;<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No. 2:19-cv-02343-DAD-AC**<br><br>*Honorable Dale A. Drozd*<br><br>**DECLARATION OF NATHAN HENDERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

2:19-cv-02343-DAD-AC

DECLARATION OF NATHAN HENDERSON

# **DECLARATION OF NATHAN HENDERSON**

I, Nathan Henderson, hereby declare as follows:

1. I am currently employed as a law clerk at Guizar, Henderson & Carrazco, LLP, where I work under the supervision of attorney Angel Carrazco, Jr. Mr. Carrazco is licensed to practice law in the United States District Court for the Central District of California. I submit this declaration in support of Plaintiff's Motion for Attorneys' Fees. I have personal knowledge of the matters set forth herein and am fully capable of testifying competently to these facts if called upon to do so.

2. I have approximately 7 years of experience in the legal field, working in both state and federal courts as a law clerk and litigation assistant for two law firms.

3. In May, 2024, I graduated with a Juris Doctor from Chapman University's Fowler School of Law in May of 2024, and passed the July 2024 California Bar Exam.

4. After I received a degree in physics from USC, I started as a legal assistant at Carrazco Law, A.P.C in May, 2017. I assisted in calendaring, scheduling, drafting responses to discovery, and other legal assistant tasks. In the fall of 2021, I began attending the Fowler School of Law and continued to work for Carrazco Law, A.P.C.

5. Beginning in May of 2022, I spent approximately one year as a law clerk at a patent and trademark law firm, The Patel Firm, P.C. In this role, I provided high-level support to two patent and trademark attorneys, assisting in legal research and drafting for trademark petitions and appeals, and for complex breach of contract litigation. My responsibilities included assembling, preparing, and finalizing petitions and responses to office actions, pleadings, and other motions for filing with the Trademark Trial and Appeal Board and state and federal courts. I also prepared legal memoranda on the enforceability of patents and analyzed ownership of intellectual property rights related to patents. I prepared discovery requests and responses, deposition notices, deposition outlines, subpoenas, and cease and desist letters. Additionally, I maintained an office calendar, ensuring compliance with state, local, and administrative deadlines.

6. In May, 2023, I joined Guizar, Henderson & Carrazco, where I currently work as a law clerk. During the past year and a half, I have been assigned to Mr. Carrazco and Mr. Henderson, and their associate attorney Mr. Holm. Under the supervision of Mr. Carrazco and Mr. Henderson, I have worked on approximately 30 cases from pre-litigation to trial. I am currently assigned to support Mr. Carrazco's associates with legal research and drafting on all of their cases.

7. My daily responsibilities at Guizar, Henderson & Carrazco include: drafting legal memoranda on the legal issues and strategies involved in litigation, drafting motions, including pre-trial motions, drafting and organizing pre-trial documents and lists, coordinating with defense counsel and third parties regarding witnesses and expert witnesses, evaluating prospective cases, including by speaking with prospective clients directly and gathering the information and documents necessary to make an informed determination regarding each case, drafting and serving subpoenas for depositions and the production of documents, filing pleadings with both state and federal courts, reviewing all local rules and requirements for cases in different districts and states to ensure we are in compliance, maintaining up-to-date litigation costs and expense worksheets for each case I am assigned to, preparing counsel for hearings and trial by reviewing evidence and case files for relevant materials and producing summaries or memoranda on important legal issues that might come up at hearings or trials.

8. As of this date I have spent 317.7 hours of billable time in connection with tasks reasonably necessary to the favorable resolution of this action. From August 2023 to December 2024, I provided support to Mr. Carrazco and Mr. Henderson in drafting motions and preparing for trial in this case, as detailed in my timesheet attached hereto as "Exhibit 16."

9. In light of my years of experience assisting in federal court trials and drafting motions and memoranda, and my proficiency in the law evidenced by my Juris Doctor degree and passage of the California Bar Exam, I am respectfully requesting an hourly fee of $300.

//

//

//

1  I declare under penalty of perjury under the laws of the State of California and the United
2  States of America that the foregoing is true and correct, and that this was executed this 6th day of
3  December, 2024 at Tustin, California

*/s/ Nathan Henderson*
NATHAN HENDERSON