**EXHIBIT 16**

Nathan Henderson, Law Clerk          LH, a minor, et al. v. State of CA, et al.
Time record keeping sheet            Case No.: 2:19-cv-02343-DAD-AC

TOTAL HOURS: 317.7

| Date | Description | Time |
|---|---|---|
| 8/7/2023 | Review Judge Drozd's standing order regarding pre-trial documents to be filed | 0.5 |
| 8/7/2023 | Draft caption and parties of jointly proposed pre-trial statement of the parties | 0.3 |
| 8/7/2023 | Prepare sections for jurisdiction and venue, jury trail demand, undisputed facts of jointly proposed pre-trial statement of the parties | 0.5 |
| 8/8/2023 | Prepare proposed stipulations for trial, disputed factual issues, disputed evidentiary issues sections of jointly proposed pre-trial statement of the parties | 0.5 |
| 8/10/2023 | Prepare relief sought, operative claims at issue & points of law, abandoned issues, witnesses, exhibits & discovery documents sections of jointly proposed pre-trial statement of the parties | 0.8 |
| 8/10/2023 | Prepare further discovery or motion needs, joint statement of facts, miscellaneous section of jointly proposed pre-trial statement of the parties | 0.3 |
| 8/11/2023 | Prepare table of contents for jointly proposed pre-trial statement of the parties | 0.2 |
| 8/14/2023 | Email jointly proposed pre-trial statement of the parties to defense counsel | 0.1 |
| 8/21/2023 | Review case file to prepare for drafting date, place, and nature of the incident for jointly proposed pre-trial statement of the parties | 0.5 |
| 8/21/2023 | Draft date, place, and nature of the incident for jointly proposed pre-trial statement of the parties | 0.3 |
| 8/22/2023 | Review case file to determine Plaintiff's evidentiary disputes for trial | 0.3 |
| 8/22/2023 | Discuss evidentiary disputes for trial with trial attorneys | 0.5 |
| 8/22/2023 | Draft Plaintiff's evidentiary disputes for trial for jointly proposed pre-trial statement of the parties | 0.5 |
| 8/23/2023 | Draft Plaintiff's evidentiary disputes for trial for jointly proposed pre-trial statement of the parties | 0.5 |
| 8/24/2023 | Review case file, complaint, and motions for plaintiff's operative claims for jointly proposed pre-trial statement of the parties | 0.5 |
| 8/24/2023 | Draft Plaintiff's operative claims, including unreasonable search and seizure, battery, and negligence, for jointly proposed pre-trial statement of the parties | 0.8 |
| 8/24/2023 | Research case law for controlling points of law/authority on Plaintiff's Section 1983 claims | 1.1 |
| 8/24/2023 | Research model jury instructions controlling points of law/authority on Plaintiff's Section 1983 claims | 0.3 |
| 8/24/2023 | Draft controlling points of law/authority on Plaintiff's Fourth Amendment claims for jointly proposed pre-trial statement | 1.2 |
| 8/25/2023 | Research case law for controlling points of law/authority on Plaintiff's battery claims | 1.5 |

Nathan Henderson, Law Clerk — I.H., a minor, et al. v. State of CA, et al.
Case 2:19-cv-02343-DAD-AC    Document 263-23    Filed 12/09/24    Page 3 of 10
Time record keeping sheet          Case No.: 2:19-cv-02343-DAD-AC

| Date | Task | Hours |
|---|---|---|
| 8/25/2023 | Draft controlling points of law/authority on Plaintiff's Battery claims for jointly proposed pre-trial statement | 1.5 |
| 8/25/2023 | Research case law for controlling points of law/authority on Plaintiff's Negligence claims | 1.5 |
| 8/25/2023 | Draft controlling points of law/authority on Plaintiff's negligence claim for jointly proposed pre-trial statement | 1.8 |
| 8/28/2023 | Email updated jointly proposed pre-trial statement of the parties to defense counsel | 0.1 |
| 8/28/2023 | Review Judge Drozd's standing order regarding pre-trial documents to be filed | 0.3 |
| 8/28/2023 | Review case file for information regarding joint neutral statement of the case | 0.3 |
| 8/28/2023 | Discuss joint neutral statement of the case with attorneys | 0.3 |
| 8/29/2023 | Draft proposed joint neutral statement of the case | 1.5 |
| 8/29/2023 | Email proposed joint neutral statement of the case to defense counsel | 0.1 |
| 8/30/2023 | Discuss proposed stipulations for trial with attorneys | 0.3 |
| 8/30/2023 | Email defense counsel regarding proposed stipulations for trial | 0.1 |
| 8/30/2023 | Adjusted formatting on proposed joint neutral statement of the case | 0.2 |
| 8/30/2023 | Email defense counsel regarding formatting on proposed joint neutral statement of the case | 0.1 |
| 8/30/2023 | Review Eastern District of California local rules and Judge Drozd standing order for headings to add to proposed joint pre-trial statement | 0.8 |
| 8/30/2023 | Email defense counsel regarding local rules and standing order for proposed pretrial statement, joint exhibit list, and jury instructions | 0.2 |
| 9/1/2023 | Email Defense counsel regarding headings, jury instructions, and joint exhibit list | 0.1 |
| 9/1/2023 | Review defendant's additions to the joint pre-trial statement | 0.5 |
| 9/6/2023 | Review defense exhibit list | 1.2 |
| 9/6/2023 | Prepare Plaintiff's exhibit list | 3.5 |
| 9/6/2023 | Discuss exhibit list with attorneys | 0.5 |
| 9/6/2023 | Update Plaintiff's exhibit list | 0.8 |
| 9/7/2023 | Discuss Hurtado trial deadlines with attorneys | 0.5 |
| 9/12/2023 | Draft Plaintiff's proposed joint exhibit list | 1.2 |
| 9/13/2023 | Email Plaintiff's proposed joint exhibit list to Defense counsel | 0.3 |
| 9/14/2023 | Review defendant's proposed joint exhibit list | 0.8 |
| 9/14/2023 | Review defendant's proposed joint expert list | 0.5 |
| 9/14/2023 | Review defendant's revised defense expert list | 0.8 |
| 9/14/2023 | Draft Joint pretrial statement - Plaintiff's disputed facts | 1.5 |
| 9/15/2023 | Review defendant's witness list for pretrial statement | 0.5 |
| 9/15/2023 | Review case file for information to use in Plaintiff's statement of facts in the pretrial statement | 0.8 |

Case 2:19-cv-02343-DAD-AC    Document 263-23    Filed 12/09/24    Page 4 of 10

Nathan Henderson, Law Clerk — LH, a minor, et al. v. State of CA, et al.
Time record keeping sheet         Case No.: 2:19-cv-02343-DAD-AC

| Date | Description | Time |
|---|---|---|
| 9/15/2023 | Review video to create a timeline of events for use in Plaintiff's statement of facts in the pretrial statement | 1.2 |
| 9/15/2023 | Draft Plaintiff's disputed statement of facts for the pretrial statement | 1 |
| 9/15/2023 | Continue to draft Plaintiff's disputed statement of facts for the pretrial statement | 1.5 |
| 9/15/2023 | Discuss Plaintiff's disputed statement of facts for pretrial statement with attorneys | 0.5 |
| 9/15/2023 | Edit Plaintiff's statement of facts for pretrial statement | 0.8 |
| 9/15/2023 | Draft proposed undisputed statement of facts for pretrial statement | 1.1 |
| 9/15/2023 | Edit joint pretrial statement | 0.5 |
| 9/15/2023 | Edit formatting on joint exhibit list | 0.5 |
| 9/15/2023 | Email proposed joint pretrial statement and proposed joint exhibit list to defense counsel | 0.1 |
| 9/15/2023 | Email defense counsel regarding defendant's exhibit list | 0.1 |
| 9/15/2023 | Email defense counsel with joint pretrial statement, defendants' exhibit list and witness list, plaintiff's witness list and exhibit list, joint exhibit list | 0.3 |
| 9/18/2023 | Revise table of contents for joint pretrial statement | 0.5 |
| 9/18/2023 | Edit Plaintiff's operative claims nad controlling law/authority for joint pretrial statement | 1.2 |
| 10/3/2023 | Review Defendants' proposed joint neutral statement of the case | 0.7 |
| 10/9/2023 | Review case file for information regarding Plaintiff's proposed undisputed facts | 0.5 |
| 10/9/2023 | Draft Plaintiff's proposed undisputed facts for pretrial order | 1.4 |
| 10/9/2023 | Email Plaintiff's proposed undisputed facts for pretrial order to defense counsel and respond to defense counsel's response | 0.2 |
| 10/10/2023 | Review definition of a pursuit in California case law | 0.5 |
| 10/10/2023 | Research further California law and case law regarding pursuits in California | 0.8 |
| 10/10/2023 | Draft memorandum regarding police pursuits in California | 1 |
| 10/10/2023 | Continue to draft memorandum regarding police pursuits in California | 1.2 |
| 10/11/2023 | Edit memorandum regarding police pursuits in California | 0.5 |
| 10/11/2023 | Discuss memorandum on police pursuits in California with counsel | 0.5 |
| 10/11/2023 | Review case for information on disputed facts referred to as undisputed in Defendants' undisputed facts for pretrial order | 0.5 |
| 10/11/2023 | Draft proposed email to defense counsel regarding disputed factual issues in joint undisputed facts in the pretrial order using memorandum and case file | 1.1 |
| 10/11/2023 | Discuss proposed email to defense counsel regarding disputed factual issues in joint undisputed facts for pretrial order with counsel | 0.5 |

Case 2:19-cv-02343-DAD-AC   Document 263-23   Filed 12/09/24   Page 5 of 10

Nathan Henderson, Law Clerk          I.H., a minor, et al. v. State of CA, et al.
Time record keeping sheet            Case No.: 2:19-cv-02343-DAD-AC

| | | |
|---|---|---|
| 10/11/2023 | Edit email to defense counsel regarding issues with Defendants' proposed undisputed facts for pretrial order | 0.5 |
| 10/11/2023 | Email defense counsel regarding issues with Defendants' proposed undisputed facts for pretrial order | 0.3 |
| 10/12/2023 | Review exhibits and verify page numbers for exhibit list | 1.5 |
| 10/12/2023 | Continue to review exhibits and verify page numbers for exhibit list | 1 |
| 10/12/2023 | Review and edit exhibit lists for accuracy | 1.5 |
| 10/12/2023 | Continue to review and edit exhibit lists for accuracy | 1.5 |
| 10/13/2023 | Review and edit Plaintiff's amended witness list | 1 |
| 10/13/2023 | Review and edit joint exhibit list to avoid redundancy with other exhibit lists | 1.1 |
| 10/13/2023 | Email Plaintiff's Amended Witness List, Exhibit List, and Joint Exhibit List to defense counsel | 0.2 |
| 10/13/2023 | Edit Joint exhibit list and Amended exhibit list | 0.8 |
| 10/13/2023 | Email amended joint exhibit list to defense counsel | 0.1 |
| 10/16/2023 | Email Defense counsel with Plaintiff's amended disputed factual contentions | 0.2 |
| 10/17/2023 | Review Defendants' revised facts section for pretrial order | 0.5 |
| 10/18/2023 | Further review disputed facts for pretrial order | 0.5 |
| 10/18/2023 | Redline edit disputed facts for pretrial order | 1.5 |
| 10/18/2023 | Continue to redline edit disputed facts for pretrial order | 1 |
| 10/18/2023 | Continue to redline edit disputed facts for pretrial order | 1 |
| 10/18/2023 | Email disputed facts for pretrial order to defense counsel | 0.2 |
| 11/8/2023 | Review calendar for future hearings and deadlines in Hurtado case | 0.5 |
| 11/9/2023 | Discuss Motions in limine with attorneys | 1.5 |
| 11/9/2023 | Research case law on relevancy for past criminal record | 1.5 |
| 11/9/2023 | Further research case law on relevancy for past criminal record | 1.2 |
| 11/9/2023 | Research federal statutory and case law regarding character evidence of past crimes | 1.5 |
| 11/9/2023 | Draft legal analysis of federal statutory and case law regarding evidence of past crimes and wrongdoings | 1 |
| 11/10/2023 | Further draft legal analysis of federal statutory and case law regarding evidence of past crimes and wrongdoings | 1.5 |
| 11/10/2023 | Research probative value versus risk of prejudice of criminal record in federal case law for police shooting and excessive use of force cases | 1.5 |
| 11/10/2023 | Further research probative value versus risk of prejudice of criminal record in federal case law for police shooting and excessive use of force cases | 1.5 |
| 11/10/2023 | Draft legal analysis of federal statutory and case law regarding evidence of past drug use in police excessive use of force cases where information was not known to officers | 1.5 |

Case 2:19-cv-02343-DAD-AC   Document 263-23   Filed 12/09/24   Page 6 of 10

Nathan Henderson, Law Clerk          L.H., a minor, et al. v. State of CA, et al.
Time record keeping sheet            Case No.: 2:19-cv-02343-DAD-AC

| Date | Description | Hours |
|---|---|---|
| 11/13/2023 | Further draft legal analysis of federal statutory and case law regarding evidence of past drug use in police excessive use of force cases where information was not known to officers | 1.5 |
| 11/13/2023 | Further draft legal analysis of federal statutory and case law regarding evidence of past drug use in police excessive use of force cases where information was not known to officers | 1.5 |
| 11/13/2023 | Further draft legal analysis of federal statutory and case law regarding evidence of past drug use in police excessive use of force cases where information was not known to officers | 0.8 |
| 11/13/2023 | Review and edit legal analysis of federal statutory and case law regarding evidence of past crimes and wrongdoings | 1.5 |
| 11/13/2023 | Review and edit legal analysis of federal statutory and case law regarding evidence of past drug use in police excessive use of force cases where information was not known to officers | 1.5 |
| 11/14/2023 | Draft statement of facts for Plaintiff's Motion in limine no. 1, information not known to officers at the time of the shooting | 1.5 |
| 11/14/2023 | Further draft statement of facts for Plaintiff's Motion in limine no. 1, information not known to officers at the time of the shooting | 1.5 |
| 11/14/2023 | Further draft statement of facts for Plaintiff's Motion in limine no. 1, information not known to officers at the time of the shooting | 1.5 |
| 11/14/2023 | Further draft statement of facts for Plaintiff's Motion in limine no. 1, information not known to officers at the time of the shooting | 1.5 |
| 11/15/2023 | Research federal statutory and case law regarding evidence of drug testing for preliminary screenings used in trial | 1.5 |
| 11/15/2023 | Further research federal statutory and case law regarding evidence of drug testing for preliminary screenings used in trial | 1.5 |
| 11/15/2023 | Further research federal statutory and case law regarding toxicology opinions and expert witness requirements | 1.5 |
| 11/15/2023 | Draft legal analysis of value of preliminary assay screening at trial | 1.5 |
| 11/16/2023 | Further draft legal analysis of value of preliminary assay screening at trial | 1.5 |
| 11/16/2023 | Research Department of Health and Human Services manuals for information on preliminary assay screenings | 1.2 |
| 11/16/2023 | Draft legal analysis of Motion in limine no. 2 to include opinions on scientific reliability of immunoassay tests from federal agencies | 1.5 |
| 11/16/2023 | Draft statement of facts for Plaintiff's Motion in limine no. 2 | 1.5 |
| 11/16/2023 | Further draft statement of facts for Plaintiff's motion in limine no. 2 | 1.5 |
| 11/16/2023 | Review and edit Plaintiff's motion in limine no. 2 | 1.5 |
| 11/17/2023 | Research federal statutory and case law regarding evidence of arrests, detentions, charges, or convictions | 1.5 |
| 11/17/2023 | Draft legal analysis regarding admissibility of evidence of arrests, detentions, charges or convictions of Plaintiff | 1.5 |
| 11/17/2023 | Further draft legal analysis regarding admissibility of evidence of arrests, detentions, charges or convictions of Plaintiff | 1.5 |

Case 2:19-cv-02343-DAD-AC   Document 263-23   Filed 12/09/24   Page 7 of 10

Nathan Henderson, Law Clerk         L.H., a minor, et al. v. State of CA, et al.
Time record keeping sheet           Case No.: 2:19-cv-02343-DAD-AC

| Date | Description | Hours |
|---|---|---|
| 11/17/2023 | Further draft legal analysis regarding admissibility of evidence of arrests, detentions, charges or convictions of Plaintiff | 1.5 |
| 11/20/2023 | Review and edit Plaintiff's motion in limine no. 3 | 1 |
| 11/20/2023 | Research statutory and case law regarding admissiblity of evidence of Plaintiff's immigration status | 1.5 |
| 11/20/2023 | Further research statutory and case law regarding admissiblity of evidence of Plaintiff's immigration status | 1.5 |
| 11/20/2023 | Further research statutory and case law and public policy regarding the effects of admission of evidence of a plaintiff's immigration status at trial | 1.5 |
| 11/21/2023 | Draft legal analysis regarding admissibility of evidence of Plaintiff's immigration status at trial | 1.5 |
| 11/21/2023 | Further draft legal analysis regarding admissibility of evidence of Plaintiff's immigration status at trial | 1.5 |
| 11/21/2023 | Further draft legal analysis regarding admissibility of evidence of Plaintiff's immigration status at trial | 1.5 |
| 11/21/2023 | Review and edit Plaintiff's motion in limine no. 4 | 1.3 |
| 11/27/2023 | Review deposition of Defense expert Clarence Chapman | 1.5 |
| 11/27/2023 | Further review deposition of Defense expert Clarence Chapman | 1.5 |
| 11/27/2023 | Discuss probable testimony of defense expert Clarence Chapman with attorneys | 0.5 |
| 11/27/2023 | Research federal statutory and case law regarding evidence of shootings of police officers unrelated to Hurtado case | 1.5 |
| 11/27/2023 | Further research federal statutory and case law | 1.5 |
| 11/28/2023 | Draft legal analysis regarding admissibility of evidence of shootings of police officers in cases unrelated to Hurtado case | 1.5 |
| 11/28/2023 | Draft legal analysis of admissibility of Defense expert Clarence Chapman's probable testimony | 1.5 |
| 11/28/2023 | Further draft legal analysis of admissibility of Defense expert Clarence Chapman's probable testimony | 1.5 |
| 11/28/2023 | Review and edit Plaintiff's motion in limine no. 5 | 1.5 |
| 11/29/2023 | Draft order for motion in limine no. 1 | 1 |
| 11/29/2023 | Draft order for motion in limine no. 2 | 1 |
| 11/29/2023 | Draft order for motion in limine no. 3 | 1 |
| 11/29/2023 | Draft order for motion in limine no. 4 | 1 |
| 11/29/2023 | Draft order for motion in limine no. 5 | 1 |
| 12/14/2023 | Review subpoena response regarding Toxicology Laboratory testing lack of a case file | 0.8 |
| 12/14/2023 | Research statutory and case law regarding admittance of toxicology testing to trials | 1.5 |
| 12/14/2023 | Continue to research statutory and case law regarding admittance of toxicology testing to trials | 1.5 |
| 12/14/2023 | Continue to research statutory and case law regarding admittance of toxicology testing to trials | 1.5 |

Nathan Henderson, Law Clerk         L.H., a minor, et al. v. State of CA, et al.
Time record keeping sheet           Case No.: 2:19-cv-02343-DAD-AC

| | | |
|---|---|---|
| 12/14/2023 | Continue to research statutory and case law regarding admittance of toxicology testing to trials | 0.8 |
| 12/18/2023 | Prepare Plaintiff's trial exhibits | 1.5 |
| 12/18/2023 | Continue to prepare Plaintiff's trial exhibits | 1.5 |
| 12/18/2023 | Continue to prepare Plaintiff's trial exhibits | 1.5 |
| 12/18/2023 | Continue to prepare Plaintiff's trial exhibits | 1.5 |
| 12/20/2023 | Continue to prepare Plaintiff's trial exhibits | 1.5 |
| 12/20/2023 | Continue to prepare Plaintiff's trial exhibits | 1.5 |
| 12/21/2023 | Prepare Plaintiff's joint trial exhibits | 1.5 |
| 12/21/2023 | Continue to prepare Plaintiff's joint trial exhibits | 1.5 |
| 12/21/2023 | Continue to prepare Plaintiff's joint trial exhibits | 1.5 |
| 12/28/2023 | Continue to prepare Plaintiff's joint trial exhibits | 1.5 |
| 12/29/2023 | Prepare Dropbox of Plaintiff's joint trial exhibits and trial exhibits | 0.5 |
| 12/29/2023 | Email Dropbox of Plaintiff's joint trial exhibits and trial exhibits to Defense counsel | 0.2 |
| 1/2/2024 | Research federal statutory and case law regarding expert witness opinion admissibility | 1.5 |
| 1/2/2024 | Research federal statutory and case law regarding applicability of Daubert standard to police practices experts | 1.5 |
| 1/2/2024 | Further research federal statutory and case law regarding applicability of Daubert standard to police practices experts | 1.5 |
| 1/3/2024 | Draft memorandum regarding applicability of Daubert standard to police practices expert | 1.5 |
| 1/3/2024 | Further draft memorandum regarding applicability of Daubert standard to police practices experts | 1 |
| 1/3/2024 | Review joint exhibits for exhibits to oppose | 1.5 |
| 1/16/2024 | Review joint exhibits for exhibits to oppose | 1.5 |
| 1/18/2024 | Review Defendants' objections to Plaintiff's proposed evidence | 1.2 |
| 1/18/2024 | Review Defendants' exhibits for objectionable materials | 1.5 |
| 1/18/2024 | Review Joint Exhibits for objectionable materials | 1.5 |
| 2/22/2024 | Review Plaintiff's proposed jury instructions | 1 |
| 2/22/2024 | Draft and edit Plaintiff's proposed jury instructions | 1.5 |
| 2/22/2024 | Continue to draft and edit Plaintiff's proposed jury instructions | 1.5 |
| 2/22/2024 | Draft intra-firm memorandum regarding Plaintiff's proposed jury instructions | 1.5 |
| 2/22/2024 | Email memorandum and Plaintiff's proposed jury instructions to handling attorney | 0.3 |
| 2/22/2024 | Discuss Plaintiff's proposed jury instructions with attorney | 0.5 |
| 2/22/2024 | Email associate counsel regarding Plaintiff's proposed jury instructions and with updated drafts | 0.5 |
| 2/22/2024 | Update Plaintiff's proposed jury instructions | 0.5 |
| 2/22/2024 | Email updated Plaintiff's proposed jury instructions to associate counsel | 0.1 |
| 3/1/2024 | Review pretrial order for tasks before trial | 0.8 |

Nathan Henderson, Law Clerk          L.H., a minor, et al. v. State of CA, et al.
Time record keeping sheet            Case No.: 2:19-cv-02343-DAD-AC

| Date | Task | Hours |
|---|---|---|
| 3/1/2024 | Research federal case law on attorney work product and sub rosa film issues | 1.5 |
| 3/1/2024 | Email findings from legal research to associate counsel | 0.3 |
| 3/1/2024 | Prepare exhibit binders for printing and tabulation | 1 |
| 3/1/2024 | Email printing service with instructions regarding trial exhibits | 0.8 |
| 3/1/2024 | Coordinate with printing service regarding exhibit binder delivery | 0.5 |
| 3/1/2024 | Review samples of Bates stamped exhibits | 0.5 |
| 3/1/2024 | Further coordinate with printing service regarding exhibit binders | 0.5 |
| 3/4/2024 | Coordinate with printing service regarding exhibit binder delivery | 0.5 |
| 3/4/2024 | Coordinate with printing service regarding exhibit binder details | 0.8 |
| 3/9/2024 | Travel to Sacramento with trial documents and materials | 9 |
| 3/10/2024 | Trial preparation - organization of exhibits, review of trial documents | 1.5 |
| 3/10/2024 | Further trial preparation - organization of exhibits, review of trial documents | 1.5 |
| 3/10/2024 | Further trial preparation - organization of exhibits, review of trial documents | 1.5 |
| 3/10/2024 | Further trial preparation - organization of exhibits, review of trial documents | 1.5 |
| 3/10/2024 | Further trial preparation - organization of exhibits, review of trial documents | 1.5 |
| 3/10/2024 | Further trial preparation - organization of exhibits, review of trial documents | 1.5 |
| 3/11/2024 | Day of trial - assist in trial, including display of exhibits, trial strategy, and preparation for cross exam | 8 |
| 3/11/2024 | Prepare for day 2 of trial, including trial strategy, organizing next day exhibits and likely depositions | 1.5 |
| 3/11/2024 | Further prepare for day 2 of trial, including trial strategy, organizing next day exhibits and likely depositions | 1.5 |
| 3/12/2024 | Day of trial - assist in trial, including display of exhibits, trial strategy, and preparation for cross exam | 8 |
| 3/12/2024 | Prepare for day 3 of trial, including trial strategy, organizing next day exhibits and likely depositions | 1.5 |
| 3/12/2024 | Travel from Sacramento to Tustin | 4 |
| 3/13/2024 | Assist with trial | 1.5 |
| 3/13/2024 | Further assist with trial | 1.5 |
| 3/13/2024 | Further assist with trial | 1.5 |
| 3/13/2024 | Further assist with trial | 1.5 |
| 3/14/2024 | Assist with trial | 1.5 |
| 3/14/2024 | Further assist with trial | 1.5 |
| 3/14/2024 | Further assist with trial | 1.5 |
| 3/14/2024 | Further assist with trial | 1.5 |
| 3/15/2024 | Assist with trial | 1.5 |
| 3/15/2024 | Further assist with trial | 1.5 |

Nathan Henderson, Law Clerk          L. H., a minor, et al. v. State of CA, et al.
Time record keeping sheet            Case No.: 2:19-cv-02343-DAD-AC

| | | |
|---|---|---|
| 3/15/2024 | Further assist with trial | 1.5 |
| 3/15/2024 | Further assist with trial | 1.5 |
| 3/18/2024 | Assist with trial | 1.5 |
| 3/18/2024 | Further assist with trial | 1.5 |
| 3/18/2024 | Further assist with trial | 1.5 |
| 3/18/2024 | Further assist with trial | 1.5 |
| 10/10/2024 | Review deposition of Dr. Stephenson | 1.5 |
| 10/10/2024 | Review deposition of Dr. Stephenson | 1.2 |
| 10/10/2024 | Review trial testimony of Dr. Stephenson | 1.5 |
| 10/10/2024 | Review trial testimony of Dr. Stephenson | 1.5 |
| 10/10/2024 | Draft memorandum on Dr. Stephenson's testimony | 1.5 |
| 10/10/2024 | Further draft memorandum on Dr. Stephenson's testimony | 1.5 |
| 10/11/2024 | Gather supplies for trial | 1 |
| 10/11/2024 | Prepare trial subpoenas | 1.5 |
| 10/11/2024 | Prepare trial subpoenas | 1.5 |
| 10/14/2024 | Coordinate delivery of subpoenas | 0.8 |
| 10/14/2024 | Coordinate experts for trial | 1.5 |
| 10/14/2024 | Coordinate travel for trial | 1.5 |
| 10/15/2024 | Coordinate delivery of subpoenas | 1.2 |
| 10/15/2024 | Travel to Sacramento with trial documents and materials | 9 |
| 10/16/2024 | Participate in trial, strategy, organization of documents, presentation of evidence | 4 |
| 10/16/2024 | Organize documents for trial, strategize for trial | 1.5 |
| 10/16/2024 | Organize documents for trial, strategize for trial | 1.5 |
| 10/17/2024 | Participate in trial, strategy, organization of documents, presentation of evidence | 8 |
| 10/17/2024 | Organize documents for trial, strategize for trial | 1.5 |
| 10/17/2024 | Organize documents for trial, strategize for trial | 1.5 |
| 10/17/2024 | Organize documents for trial, strategize for trial | 1.5 |
| 10/18/2024 | Participate in trial, strategy, organization of documents, presentation of evidence | 8 |
| 10/18/2024 | Travel Sacramento to Orange County | 4 |
| | | |
| | TOTAL | 317.7 |