Humberto Guizar, Esq.            (SBN 125769) hguizar@ghclegal.com
Kent M. Henderson, Esq.          (SBN 139530) hendolaw@gmail.com
Angel Carrazco, Jr. Esq.         (SBN 230845) angel@carrazcolaw.com
**GUIZAR, HENDERSON & CARRAZCO, LLP**
18301 Irvine Boulevard
Tustin, CA  92780
Telephone: (714) 541-8600
Facsimile:  (714) 541-8601

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; E.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; F.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; and A.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado;<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02343-DAD-AC<br><br>*Honorable Dale A. Drozd*<br><br>**DECLARATION OF ANTONIO GALLEGOS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

## DECLARATION OF ANTONIO GALLEGOS

I, Antonio Gallegos, hereby declare as follows:

1. I am currently employed as a litigation/legal assistant at Guizar, Henderson & Carrazco LLP, where I work under the supervision of attorneys Angel Carrazco Jr., and Kent Henderson, attorneys who are licensed to practice law in the United States District Court for the Central District of California. I submit this declaration in support of Plaintiff's Motion for Attorneys' Fees. I have personal knowledge of the matters set forth herein and am fully capable of testifying competently to these facts if called upon to do so.

2. I have approximately 5 years of experience in the legal field, working in both state and federal courts, initially as an intern at the Self-Help Center at the Long Beach Courthouse where, under the supervision of an attorney, I provided information about court procedures, resources, court forms, and conducted workshops to educate people about their legal rights and responsibilities. After finishing my internship and graduating from Dominguez Hills, I was given the opportunity to work as a legal and litigation assistant for Guizar, Henderson & Carrazco, LLP. My responsibilities at Guizar, Henderson & Carrazco, LLP include but are not limited to assembling, preparing, and finalizing pleadings for physical court filing and e-filing in state, federal, and appellate courts. I also prepare various discovery requests and responses, deposition notices, subpoenas, court notices, case management statements, federal reports, witness lists, exhibit lists, and jury instructions. Additionally, I maintain the office calendar, ensuring compliance with state, local, and administrative deadlines.

3. In April 2020, I joined Guizar, Henderson & Carrazco, LLP and have worked as a litigation assistant. During the past three years, I have been one of three litigation assistants assigned to Mr. Carrazco and two of his associate attorneys, including Ms. Holm and Mr. Henderson. Under the supervision of Mr. Carrazco and Mr. Holm, I have worked on approximately 90 cases, from pre-litigation to trial. I am currently assigned to support Mr. Holm with his day-to-day tasks in approximately 50 cases.

4.  My daily responsibilities at Guizar, Henderson & Carrazco, LLP as a Law Clerk/legal assistant, include: evaluating prospective cases, including by speaking with prospective clients directly and gathering the information and documents necessary to make an informed determination regarding each case; drafting the templates for various documents at all stages of litigation; calendaring the dates set forth in the case management or scheduling orders of each case I am assigned to, including by calculating dates pursuant to the controlling local rules when no date has been explicitly set forth; reviewing documents produced during discovery to advise the attorneys of what was received, as well as creating lists of involved persons and their roles during the incident at issue; working with the clients to coordinate discovery and gathering documentation from them; interpret for Spanish-speaking clients; coordinating with defense counsel and third parties for the scheduling of depositions, meet and confers, managing deadlines and miscellaneous case issues; reviewing produced discovery and identifying potential witnesses; drafting and serving subpoenas for depositions and the production of documents; filing pleadings with both state and federal courts; maintaining up-to-date litigation costs and expense worksheets for each case I am assigned to; preparing counsel for hearings and trial by preparing binders and boxes with all relevant documents, tabbed and indexed.

5.  I attended the university of Cal-State Dominguez Hills and graduated with a bachelor's in criminal justice administration in May 2020. In the beginning of August 2024, I began attending Western State College of Law in Irvine, C.A., and currently finishing my first semester as a law student. I Plan to graduate from Western State College of Law with a Juris Doctorate in the year 2027.

6.  As of this date I have spent 51.1 hours of billable time in connection with tasks reasonably necessary to the favorable resolution of this action. From September 2023 to October 2024, I provided support to Mr. Carrazco and Mr. Henderson in scheduling, calendar management, and trial preparation for this case, as detailed in my timesheet attached hereto as "Exhibit 17."

7.  In light of my years of experience, I am respectfully requesting an hourly fee of $175.

1  
2  I declare under penalty of perjury under the laws of the State of California and the United
3  States of America that the foregoing is true and correct, and that this was executed this 6th day of
4  December, 2024 at Tustin, California
5  
6       */s/ Antonio Gallegos*
     Antonio Gallegos