# EXHIBIT 17

Legal Assistant Antonio Galleges                     J. H., a minor, et al. v. State of CA, et al.
Time record keeping sheet                            Case No.: 2:19-cv-02343-DAD-AC

| Date | Description | Time |
|---|---|---|
| 9/9/2023 | Converted PDF documents into .docx | 0.3 |
| 10/11/2023 | Sent an invoice to staff Re: Filing documents | 0.1 |
| 3/7/2024 | Set up Court Remote Appearance | 0.1 |
| 3/12/2024 | Supported attorneys at trial Re: Office task | 7 |
| 3/13/2024 | Transported attorneys to the court | 0.5 |
| 3/13/2024 | Supported attorneys at trial Re: Office task | 7 |
| 3/13/2024 | Transported attorneys to Airbnb | 0.5 |
| 3/14/2024 | Transported attorneys to the court | 0.5 |
| 3/14/2024 | Supported attorneys at trial Re: Office task | 7 |
| 3/14/2024 | transported expert from Airport to Court | 0.7 |
| 3/14/2024 | transported expert from court to Airport | 0.7 |
| 3/14/2024 | Transported attorneys to Airbnb | 0.5 |
| 3/15/2024 | Transported Attorneys to court | 0.5 |
| 3/15/2024 | Took trial boxes back From SAC To LA | 9 |
| 3/15/2024 | Uber from office to home | 0.5 |
| 3/25/2024 | Transported attorneys from the court to home | 0.5 |
| 3/25/2024 | Transported attorneys to the court for trial | 0.5 |
| 3/25/2024 | Supported Attorneys at trial RE: Office task | 7 |
| 3/26/2024 | Transported attorneys from court to home | 0.5 |
| 3/26/2024 | Transported attorneys to the court for trial | 0.5 |
| 3/26/2024 | Supported Attorneys at trial RE: Office task | 7 |
| 10/17/2024 | Searched for an Exhibit containing a time stamp | 0.2 |
| | TOTAL | 51.1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Legal Assistant Antonio Gallegos                    J.H., a minor, et al. v. State of CA, et al.
Time record keeping sheet                    Case No.: 2:19-cv-02343-DAD-AC

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Legal Assistant Antonio Gallegos                      J. H., a minor, et al. v. State of CA, et al.
Time record keeping sheet                      Case No.: 2:19-cv-02343-DAD-AC

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Legal Assistant Antonio Gallegos          J.H., a minor, et al. v. State of CA, et al.
Time record keeping sheet                 Case No.: 2:19-cv-02343-DAD-AC

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |