Humberto Guizar, Esq. (SBN 125769) hguizar@ghclegal.com
Kent M. Henderson, Esq. (SBN 139530) hendolaw@gmail.com
Angel Carrazco, Jr. Esq. (SBN 230845) angel@carrazcolaw.com
**GUIZAR, HENDERSON & CARRAZCO, LLP**
18301 Irvine Boulevard
Tustin, CA 92780
Telephone: (714) 541-8600
Facsimile: (714) 541-8601

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; E.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; F.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; and A.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado;<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02343-DAD-AC<br><br>*Honorable Dale A. Drozd*<br><br>**DECLARATION OF ELY ARRAIGA IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

# DECLARATION OF ELY ARRAIGA

I, Ely Arraiga, hereby declare as follows:

1. At Guizar, Henderson & Carrazco LLP, I worked under the supervision of attorneys Angel Carrazco Jr., and Kent Henderson, attorneys who are licensed to practice law in the United States District Court for the Central District of California. I submit this declaration in support of Plaintiff's Motion for Attorneys' Fees. I have personal knowledge of the matters set forth herein and am fully capable of testifying competently to these facts if called upon to do so.

2. I have approximately 13 years of experience in the legal field, working in both state and federal courts, initially as an legal assistant/administrator at the office of Rodriguez & King, Attorneys at Law, located in Beverley Hills, California. Under the supervision of Mr. King I assembled, prepared, and finalized pleadings for physical court filing and e-filing in state, federal, and appellate courts. After working for 6 years at the office of Rodriguez & King, I began working as a legal assistant for Guizar, Henderson & Carrazco, LLP. My responsibilities at Guizar, Henderson & Carrazco, LLP included assembling, preparing, and finalizing pleadings for physical court filing and e-filing in state, federal, and appellate courts. I also prepared various discovery requests and responses, deposition notices, subpoenas, court notices, case management statements, federal reports, witness lists, exhibit lists, and jury instructions. Additionally, I maintained the calendar for Mr. Carrazco and Mr. Henderson, ensuring compliance with state, local, and administrative deadlines.

3. In June 2010, I joined Guizar, Henderson & Carrazco, LLP and began working as a litigation assistant supervisor. During my time at Guizar, Henderson & Carrazco, LLP, I was the litigation assistant/supervisor that was assigned to Mr. Carrazco and Mr. Henderson. Under the supervision of Mr. Carrazco and Mr. Henderson, I have worked on approximately 200 cases, from pre-litigation to trial.

4. My daily responsibilities at Guizar, Henderson & Carrazco, LLP as a legal supervisor, include: evaluating prospective cases, including by speaking with prospective clients directly and gathering the information and documents necessary to make an informed determination regarding

each case; drafting the templates for various documents at all stages of litigation; calendaring the dates set forth in the case management or scheduling orders of each case I am assigned to, including by calculating dates pursuant to the controlling local rules when no date has been explicitly set forth; reviewing documents produced during discovery to advise the attorneys of what was received, as well as creating lists of involved persons and their roles during the incident at issue; working with the clients to coordinate discovery and gathering documentation from them; interpret for Spanish-speaking clients; coordinating with defense counsel and third parties for the scheduling of depositions, meet and confers, managing deadlines and miscellaneous case issues; reviewing produced discovery and identifying potential witnesses; drafting and serving subpoenas for depositions and the production of documents; filing pleadings with both state and federal courts; maintaining up-to-date litigation costs and expense worksheets for each case I am assigned to; preparing counsel for hearings and trial by preparing binders and boxes with all relevant documents, tabbed and indexed.

5. I attended the university of Cal-State Dominguez Hills and graduated with a bachelor's degree in Criminal Justice Administration with a minor in Sociology in 2008.

6. As of this date I have spent 65.8 hours of billable time in connection with tasks reasonably necessary to the favorable resolution of this action. From April 2019 to March 2023, I provided support to Mr. Carrazco and Mr. Henderson in scheduling, calendar management, drafted templates for various documents, worked with the clients to coordinate discovery, and gathered documentation from them as detailed in my timesheet attached hereto as "Exhibit 18."

7. In light of my decades of experience, I am respectfully requesting an hourly fee of $200.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this was executed this 6th day of December, 2024 at Tustin, California

*/s/ Ely Arriaga*
Ely Arriaga