# EXHIBIT 18

Legal Assistant Ely Arraiga                    H., a minor, et al. v. State of CA, et al.
Time record keeping sheet                     Case No.: 2:19-cv-02343-DAD-AC

| Date | Description | Time |
|------|-------------|------|
| 4/17/2019 | Received from ON-CALL LEGAL, Invoice 113378, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 5/7/2019 | Received from ON-CALL LEGAL, Invoice 117240, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 5/7/2019 | Received from ON-CALL LEGAL, Invoice 117282, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 5/15/2019 | Received from ORTHO MED CENTER, Invoice Date 5/15/2019, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 5/15/2019 | Received POS for Summons of CHP Updated Clio calendar and saved document into client file. | 0.1 |
| 5/21/2019 | Received POS for Summons of CA Updated Clio calendar and saved document into client file. | 0.1 |
| 5/29/2019 | Received Signed Stipulation- transer case to Stanislause Count. Saved into client file. | 0.1 |
| 7/9/2019 | Received from Stanislause Court Notice of Fees due for transfer. Saved into client file. | 0.1 |
| 7/23/2019 | Received Notice of Change in Desingation of Counsel, saved into client file. | 0.1 |
| 7/31/2019 | Civil deposit made at Stanislaus court for change of venue processing fee. Saved receipt into file and updated the client notes. | 0.1 |
| 7/31/2019 | Received Notice of out going transfer, updated client notes and saved into client file. | 0.1 |
| 8/2/2019 | Received from STANISLAUS COUNTY SUPERIOR COURT, Receipt CV-2019-00014384, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 9/10/2019 | Received from ON-CALL LEGAL, Invoice 134078, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 9/23/2019 | Received from ON-CALL LEGAL, Invoice 136369, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 10/10/2019 | Received from ON-CALL LEGAL, Invoice 139842, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.3 |
| 10/10/2019 | Drafted Notice of continuance of Case Management Conference, approved by Kent, Send for efileing, saved into client file and served on all parties listed on the Proof of Service. | 0.3 |

Legal Assistant Ely Arraiga                H. a minor, et al. v. State of CA, et al.
Time record keeping sheet                Case No.: 2:19-cv-02343-DAD-AC

Case 2:19-cv-02343-DAD-AC   Document 263-27   Filed 12/09/24   Page 3 of 23

| Date | Description | Time |
|---|---|---|
| 10/11/2019 | Received from ON-CALL LEGAL, Invoice 139478 submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 10/17/2019 | Received from ON-CALL LEGAL, Invoice 139190, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 10/28/2019 | Drafted Notice of Posting Jury fees, approved by Kent, Send for efileing, saved into client file and served on all parties listed on the Proof of Service. | 0.3 |
| 11/1/2019 | Received from ON-CALL LEGAL, Invoice 141228 submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 11/4/2019 | Received from ON-CALL LEGAL, Invoice 142378,  submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 11/8/2019 | Received POS for Summons of Officer Yepez. Updated Clio calendar and saved document into client file. | |
| 11/8/2019 | Received from ON-CALL LEGAL, Invoice 142750,  submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 11/19/2019 | Received Defendants Notice to Suprior Court and Adverse Party of Removal to Federal Court. Saved document into client file. | 0.1 |
| 11/19/2019 | ECF No. 1 - NOTICE of REMOVAL from Stanislaus Superior Court-saved into client file. | 0.1 |
| 11/20/2019 | ECF No. 2- PRISONER NEW CASE DOCUMENTS and ORDER RE CONSENT ISSUED- saved into client file. | 0.1 |
| 11/20/2019 | ECF No. 4 - CIVIL NEW CASE DOCUMENTS ISSUED-saved into client file. | 0.1 |
| 12/11/2019 | ECF No. 5-  SECOND AMENDED COMPLAINT against All Defendants by Francisco Hurtado- efiled into PACER, downloaded stamped version and saved into client file. | 0.3 |
| 12/11/2019 | ECF No. 6-  SECOND AMENDED COMPLAINT against All Defendants by Francisco Hurtado- efiled into PACER, downloaded stamped version and saved into client file. | 0.3 |
| 12/12/2019 | ECF No. 7-  STIPULATION and PROPOSED ORDER to File Second Amended Complaint by Francisco Hurtado- efiled into PACER, downloaded stamped version and saved into client file. | 0.3 |
| 12/12/2019 | ECF No. 8- ORDER,  saved into client file. | 0.1 |
| 12/12/2019 | ECF No. 9-  SECOND AMENDED COMPLAINT against All Defendants by Francisco Hurtado- efiled into PACER, downloaded stamped version and saved into client file. | 0.3 |

Legal Assistant Ely Arraiga                H., a minor, et al. v. State of CA, et al.
Time record keeping sheet                 Case No.: 2:19-cv-02343-DAD-AC

| | | |
|---|---|---|
| 12/13/2019 | Received from ON-SCENE CONSULTING GROUP, LLC., Invoice 00079717, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 12/31/2019 | ECF No. 10- CONSENT/DECLINE,  saved into client file. | 0.1 |
| 12/31/2019 | ECF No. 11- CONSENT/DECLINE,  saved into client file. | 0.1 |
| 1/3/2020 | ECF No. 12- ANSWER with Jury Demand by State of California, CHP, YEPEZ, saved into client file. | 0.1 |
| 9/21/2020 | Recieved invoice 9/21/2020 from COGNET REHAB. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 9/22/2020 | ECF No. 13- STIPULATION and PROPOSED ORDER for Protective Order by State of California, California Highway Patro,  saved into client file. | 0.1 |
| 9/24/2020 | ECF No. 14- PROTECTIVE ORDER signed by Magistrate Judge Allison Claire on 9/23/20,  saved into client file. | 0.1 |
| 12/7/2020 | Checked Clio Calendar for avaialable dates, drafted notice of deposition for Kent's review. Received signed Notice of Deposition. Sent out Deposition Notice of Michael Randazzo to all parties listed on the POS. Calendared date into Clio and saved Notice into client file. | 0.6 |
| 12/7/2020 | Checked Clio Calendar for avaialable dates, drafted notice of deposition for Kent's review. Received signed Notice of Deposition. Sent out Deposition Notice of Edgardo Yepez to all parties listed on the POS. Calendared date into Clio and saved Notice into client file | 0.6 |
| 12/22/2020 | Recieved invoice 12/22/2020 from COGNET REHAB. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 12/17/2020 | Checked Clio Calendar for avaialable dates, drafted notice of deposition for Kent's review. Received signed Notice of Deposition. Sent out Amended Deposition Notice of Edgardo Yepez to all parties listed on the POS. Calendared date into Clio and saved Notice into client file. | 0.6 |
| 12/17/2020 | Checked Clio Calendar for avaialable dates, drafted notice of deposition for Kent's review. Received signed Notice of Deposition. Sent out Amended Deposition Notice of Michael Randazzo to all parties listed on the POS. Calendared date into Clio and saved Notice into client file. | 0.6 |
| 12/23/2020 | Received from ON-CALL LEGAL, Invoice 190572, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 12/29/2020 | Received from TITAN LEGAL SERVICES, INC., Invoice SU345-06-01-01, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |

Legal Assistant Ely Arcaiga     H., a minor, et al. v. State of CA, et al.

Case 2:19-cv-02343-DAD-AC    Document 263-27   Filed 12/09/24   Page 5 of 23

Time record keeping sheet        Case No.: 2:19-cv-02343-DAD-AC

| | | |
|---|---|---|
| 1/21/2021 | Received from TITAN LEGAL SERVICES, INC., Invoice SU345-06-01-02, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. 0.2 | 0.2 |
| 1/28/2021 | ECF No. 15-STIPULATION and PROPOSED ORDER Regarding Scheduling Order Thereon by Francisco Hurtado, saved into client file. | 0.3 |
| 1/29/2024 | ECF No. 16 -STIPULATION and ORDER signed by District Judge Troy L. Nunley on 1/28/2021 SETTING the following schedule: Initial Rule 26 Disclosure due by 2/8/2021. Non-Expert Discovery cut-off is 8/13/2021. Initial Rule 26 Expert Disclosure due by 8/20/2021. Motions filed by 9/3/2021. Rule 26 Rebuttal Expert Disclosure due by 9/10/2021. , saved into client file. | 0.1 |
| 2/9/2021 | Received from MEDICOPY, Invoice 146977 submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 2/24/2021 | Receieved from Defense counsel Amended Notice of Deposition for Francisco Hurtado. Calendared date into Clio and saved Notice into client file. | 0.5 |
| 2/25/2021 | Checked Clio Calendar for avaialable dates, drafted notice of deposition for Kent's review. Received signed Notice of Deposition. Sent out 2nd Amended Deposition Notice of Michael Randazzo to all parties listed on the POS. Calendared date into Clio and saved Notice into client file. | 0.6 |
| 2/25/2021 | Checked Clio Calendar for avaialable dates, drafted notice of deposition for Kent's review. Received signed Notice of Deposition. Sent out 2nd Amended Deposition Notice of Edgardo Yepez to all parties listed on the POS. Calendared date into Clio and saved Notice into client file. | 0.6 |
| 3/3/2021 | Received from ON-CALL LEGAL, Invoice 200076, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 3/4/2021 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file | 0.3 |
| 3/5/2021 | Received from HOTELS.COM, Confirmation 9199909519330, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 3/7/2021 | Received from STAPLES, Receipt 1990318 2 002 48139, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 3/8/2021 | Received from DAILY PARKING FAIRFIELD, Folio 59504, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |

Legal Assistant Ely Arcaiga      H., a minor, et al. v. State of CA, et al.
Case 2:19-cv-02343-DAD-AC    Document 263-27    Filed 12/09/24    Page 6 of 23
Time record keeping sheet           Case No.: 2:19-cv-02343-DAD-AC

| 3/9/2021 | Received from BIG O TIRES, Invoice 00079717, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
|---|---|---|
| 3/10/2021 | Received from ON-CALL LEGAL, Invoice 199529, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 3/18/2021 | Received from STANISLAUS SUPERIOR COURT, Confirmation 018922, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 4/22/2021 | Received from ACE IMAGING TECHNOLOGIES, INC Invoice OPP3044-01, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 4/22/2021 | Received from ACE IMAGING TECHNOLOGIES, INC Invoice OPP3043-02 , submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 4/22/2021 | Received from ACE IMAGING TECHNOLOGIES, INC Invoice OPP3043-03 , submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 4/22/2021 | Received from ACE IMAGING TECHNOLOGIES, INC Invoice OPP3043-04 , submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 4/22/2021 | Received from ACE IMAGING TECHNOLOGIES, INC Invoice OPP3043-05, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 4/22/2021 | Received from ACE IMAGING TECHNOLOGIES, INC Invoice OPP3043-06, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 4/22/2021 | Received from ACE IMAGING TECHNOLOGIES, INC Invoice OPP3043-07, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 4/22/2021 | Received from ACE IMAGING TECHNOLOGIES, INC Invoice OPP3043-08, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 4/22/2021 | Received from ACE IMAGING TECHNOLOGIES, INC Invoice OPP3043-01, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 4/22/2021 | Received from ACE IMAGING TECHNOLOGIES, INC Invoice OPP3044-02, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 4/22/2021 | Received from CHILD SUPPORT LIEN, Court Order 20FL-02067, submitted payment request form to accounting department. Saved into client file. | 0.2 |

Legal Assistant Ely Arraiga          H . a minor, et al v. State of CA, et al
Time record keeping sheet          Case No.: 2:19-cv-02343-DAD-AC

Case 2:19-cv-02343-DAD-AC   Document 263-27   Filed 12/09/24   Page 7 of 23

| 4/28/2021 | Recieved retainer from MARY MEINHARD & ASSOCIATES . Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file | 0.3 |
|---|---|---|
| 4/29/2021 | Receieved from Defense counsel Notice of Deposition for Enrique Leon. Calendared date into Clio and saved Notice into client file. | 0.5 |
| 4/29/2021 | Receieved from Defense counsel Notice of Deposition for Veronica Limon. Calendared date into Clio and saved Notice into client file. | 0.5 |
| 5/6/2021 | Received from ACE IMAGING TECHNOLOGIES, INC Invoice OPP3074-01 , submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 5/6/2021 | Received from HOTELS.COM, Confirmation 9191620069771, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 5/6/2021 | Received from ACE IMAGING TECHNOLOGIES, INC Invoice OPP3075-01 , submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 3/20/2021 | Received from DAILY PARKING FAIRFIELD, Folio 63695submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 5/21/2021 | Recieved Invoice 5/21/2021 from DR. JOSHUA PRAGER. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 5/25/2021 | Recieved Invoice 5/25/2021 from DR. JOSHUA PRAGER. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 5/25/2021 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file. | 0.3 |
| 5/27/2021 | Received from VIP KETAMINE, Transcription ID 63059411705, submitted payment request form to accounting department.  Payment issued by accounting department, mailed out payment. | 0.2 |
| 6/1/2021 | Received from VIP KETAMINE, Transcription ID 42713684830, submitted payment request form to accounting department.  Payment issued by accounting department, mailed out payment. | 0.2 |
| 6/4/2021 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file | 0.3 |
| 6/8/2021 | Received from VIP KETAMINE, Transcription ID 4272626303, submitted payment request form to accounting department.  Payment issued by accounting department, mailed out payment. | 0.2 |
| 6/8/2021 | Received from HOTELS.COM, Invoice 91926514227668 , submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 6/8/2021 | Received from VIP KETAMINE, Transcription ID 42728430626, submitted payment request form to accounting department.  Payment issued by accounting department, mailed out payment. | 0.2 |

Legal Assistant Ely Arraiga     H..e minor, et al. v. State of CA, et al.
Time record keeping sheet      Case No.: 2:19-cv-02343-DAD-AC

Case 2:19-cv-02343-DAD-AC   Document 263-27   Filed 12/09/24   Page 8 of 23

| 6/11/2021 | Received from AMAZON, Order 114-6392788-7879464, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
|---|---|---|
| 6/16/2021 | Recieved Invoice 6162FH from DR. PRAGER/ CALIFORNIA PAIN MEDICINE CENTER. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 6/16/2021 | Received from VIP KETAMINE, Transcription 42746303814, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 6/17/2021 | Received from VIP KETAMINE,  Invoice Date 6/17/2021, submitted payment request form to accounting department.  Payment issued by accounting department, mailed out payment. | 0.2 |
| 6/18/2021 | Received from VIP KETAMINE, Transcription 42750809774, submitted payment request form to accounting department.  Payment issued by accounting department, mailed out payment. | 0.2 |
| 6/22/2021 | Recieved Consultation Fee from MARILYN S. JACOBS. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 6/17/2021 | Received from LOAN TO CLIENT, Invoice Date 6/17/2021, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 6/24/2021 | ECF No. 17 -STIPULATION and PROPOSED ORDER for Dismissing Certain Claims for Relief with Prejudice of Francisco Hurtado by State of California, California Highway Patrol, Edgardo Yepez,  saved into client file. | 0.1 |
| 6/25/2021 | ECF No. 18 -ORDER signed by District Judge Troy L. Nunley on 6/24/2021 DISMISSED with prejudice that portion of Plaintiff's claim in the First Claim for Relief (violation of 42 U.S.C. Section 1983) that relates to "denial of medical care", paragraph 32 at page 10, lines 6-10 only, that portion of the Fourth Claim for Relief for Negligence that relates to "denial of medical care", paragraph 50 sub-paragraph (e) at page 15, lines 9-10 only, and the entirety of Plaintiff's Fifth Claim for Relief for violation of CA Civil Code Section 52.1., saved into client file. | 0.1 |
| 7/1/2021 | Received from 4 CORNERS DEPOSITION SUMMARIES , INC Invoice 153040, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 7/8/2021 | Received from VIP KETAMINE, Transcription 42790990222, submitted payment request form to accounting department.  Payment issued by accounting department, mailed out payment. | 0.2 |
| 7/12/2021 | Received from AIRBNB, Reservation Code HM8SC59D9M, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |

Legal Assistant Ely Arraiga  H, a minor, et al. v. State of CA, et al.
Case 2:19-cv-02343-DAD-AC   Document 263-27   Filed 12/09/24   Page 9 of 23
Time record keeping sheet          Case No.: 2:19-cv-02343-DAD-AC

| Date | Description | Time |
|------|-------------|------|
| 7/15/2021 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file | 0.3 |
| 7/28/2021 | ECF No. 19- STIPULATION and ORDER signed by District Judge Troy L. Nunley on 7/29/2021 SETTING the following schedule: Non-Expert Discovery cut-off set to 10/7/2021; Initial Rule 26 Expert Disclosure set to 10/15/2021; Last Day to file Motions set to 10/29/2021; and Rule 26 Rebuttal Expert Disclosure set to 11/1/2021,  saved into client file. | 0.1 |
| 7/29/201 | ECF No. 20 - STIPULATION and PROPOSED ORDER for Modification of 16 Scheduling Order by California Highway Patrol, Edgardo Yepez,  saved into client file. | 0.1 |
| 8/24/2021 | Received from ACE IMAGING TECHNOLOGIES, INC Invoice OPP3363-01, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/25/2021 | Recieved invoice 4713 from PETER N. SFAKIANOS, M.D.. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 8/31/2021 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file | 0.3 |
| 9/9/2021 | ECF No. 21 -STIPULATION and PROPOSED ORDER for Modification of Scheduling Order by State of California, California Highway Patrol, Edgardo Yepez. (Whitmore, LeeAnn) Modified on 9/9/2021,  saved into client file. | 0.1 |
| 9/10/2021 | ECF No. 22 -STIPULATION and ORDER signed by District Judge Troy L. Nunley on 9/9/2021 MODIFYING the scheduling order as follows: Designation of Expert Witnesses due by 11/18/2021; Discovery due by 10/28/2021; Dispositive Motions filed by 12/1/2021,  saved into client file. | 0.1 |
| 9/21/2021 | Recieved Invoice MLS 2651 from MED LEGAL SOURCE INC. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 10/4/2021 | Received from VILLAREAL & BARRAZA LEGAL NURSE C INC., Invoice Date 10/2/2021, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 10/6/2021 | Recieved invoice Date 10/06/2021 from Accident Reconstruction and Biommechanics. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |

Legal Assistant Ely Arraiga                                         I. H. a minor, et al. v. State of CA, et.al.
Case 2:19-cv-02343-DAD-AC   Document 263-27   Filed 12/09/24   Page 10 of 23
Time record keeping sheet                              Case No.: 2:19-cv-02343-DAD-AC

| | | |
|---|---|---|
| 10/29/2021 | ECF No. 23 -MOTION FOR SUMMARY JUDGMENT by State of California, California Highway Patrol, Edgardo Yepez. Motion Hearing set for 12/16/2021 at 02:00 PM in Courtroom 2 (TLN) before District Judge Troy L. Nunley. (Attachments: # 1 Points and Authorities, # 2 Separate Statement of Undisputed Facts, # 3 Declaration of Michael Randazzo, # 4 Declaration of Edgardo Yepez, # 5 Declaration of LeeAnn Whitmore) Modified on 9/9/2021, saved into client file. | 0.1 |
| 11/1/2021 | Received Invoice 102120-448 from ARBIO. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 11/2/2021 | Received from ACE IMAGING TECHNOLOGIES, INC Invoice OPP3564-01 , submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 11/4/2021 | Received from FEDEX, Invoice 4297WHD1605 , submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 11/5/2021 | Recieved Invoice 6802 from RINCON. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 11/9/2021 | Received from EXPEDIA , Itinerary 72195096811694, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 11/9/2021 | ECF No. 24 -STIPULATION and PROPOSED ORDER to Modify Scheduling Order by Francisco Hurtado. (Carrazco, Angel) Modified on 11/12/2021,  saved into client file. | 0.3 |
| 11/10/2021 | ECF No. 25 -STIPULATION and ORDER signed by District Judge Troy L. Nunley on 11/9/2021 MODIFYING The Scheduling order as follows: Expert Disclosure and Exchange of Initial Expert Reports New date 12/3/2021. Rebuttal Expert Disclosure and Exchange of Rebuttal Expert Reports New date 12/27/2021, saved into client file. | 0.1 |
| 11/28/2021 | Recieved invoice Date 11/08/2021 from Mary Meinhard. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 11/29/2021 | Received Invoice 102120-440 from ARBIO. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 12/2/2021 | ECF No. 26 -NOTICE of APPEARANCE by Christian Contreras on behalf of Francisco Hurtado. Attorney Contreras, Christian added, saved into client file. | 0.3 |
| 12/2/2021 | EFC No. 27- OPPOSITION by Francisco Hurtado to 23 Motion for Summary Judgment saved into client file. | 0.3 |

Legal Assistant Ely Arraiga      L.H. a minor, et al. v. State of CA, et al.
Case 2:19-cv-02343-DAD-AC   Document 263-27   Filed 12/09/24   Page 11 of 23
Time record keeping sheet        Case No.: 2:19-cv-02343-DAD-AC

| | | |
|---|---|---|
| 12/7/2021 | Received from ON CALL LEGAL, Invoice 241782X submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 12/9/2021 | EFC. No 29 - REPLY REPLY by California Highway Patrol, State of California, Edgardo Yepez re 23 Motion for Summary Judgment, saved into client file. | 0.1 |
| 12/9/2021 | EFC No. 30- RESPONSE by California Highway Patrol, State of California, Edgardo Yepez to 27 Opposition to Motion, saved into client file. | 0.1 |
| 12/10/2021 | Recieved Invoice 38712 from Robert W. Johnson & Associates. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 12/14/2021 | EFC. No 31- STIPULATION and PROPOSED ORDER for Regarding Modification of the Proposed Scheduling Order by California Highway Patrol, State of California, Edgardo Yepez, saved into client file. | 0.1 |
| 12/15/2021 | Received from ON CALL LEGAL, Invoice 241782, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 12/16/2021 | Received from ON SCENE CONSULTING, Invoice 2021-01, submitted payment request form to accounting department. Saved into client file. | 0.2 |
| 12/28/2021 | Received Invoice 00201 from THE OKOROCHA FIRM. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 1/24/2022 | EFC. No. 33- STIPULATION and PROPOSED ORDER for Modification of Proposed Scheduling Order by California Highway Patrol, State of California, Edgardo Yepez, saved into client file. | 0.1 |
| 2/3/2022 | Recieved Invoice Date 2/03/2022 from On-Scene Consulting. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 2/28/2022 | Received from ON CALL LEGAL, Invoice 253489, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 2/17/2022 | Recieved Invoice Date 2/17/2022 from Mary Meinhard. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 3/16/2022 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file | 0.3 |
| 3/21/2022 | Received from ESQUIRE DEPOSITION SOLUTIONS, LLC., Invoice 2050367, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |

Legal Assistant Ely Araiga
Time record keeping sheet

Case 2:19-cv-02343-DAD-AC   Document 263-27   Filed 12/09/24   Page 12 of 23
L.H., a minor, et al. v. State of CA, et al.
Case No.: 2:19-cv-02343-DAD-AC

| 4/6/2022 | Received Mr. Mills' Economic Impact Report, saved into client file and distributed to team. | 0.2 |
|---|---|---|
| 4/7/2022 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file | 0.3 |
| 4/14/2022 | Received deposition transcript from court reporter, downloaded transcript and | 0.3 |
| 4/14/2022 | Recieved Invoice 39140 from Robert W. Johnson & Associates. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 4/19/2022 | Checked Clio Calendar for avaialable dates, drafted notice of deposition for Kent's review. Received signed Notice of Deposition. Sent out Amended Deposition Notice of Defense Expert Clarence R. Chapman to all parties listed on the POS. Calendared date into Clio and saved Notice into client file. | 0.8 |
| 4/19/2022 | Checked Clio Calendar for avaialable dates, drafted notice of deposition for Kent's review. Received signed Notice of Deposition. Sent out Amended Deposition Notice of Defense Expert Andrew O'Brien to all parties listed on the POS. Calendared date into Clio and saved Notice into client file. | 0.8 |
| 4/19/2022 | Checked Clio Calendar for avaialable dates, drafted notice of deposition for Kent's review. Received signed Notice of Deposition. Sent out Amended Deposition Notice of Defense Expert Peter Sfakanios to all parties listed on the POS. Calendared date into Clio and saved Notice into client file. | 0.8 |
| 4/20/2022 | Received from RINCON Invoice 8740, submitted payment request form to accounting department. Saved into client file. | 0.2 |
| 4/27/2022 | Received from VERITEXT, Invoice 5175898, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 4/27/2022 | Received from VERITEXT, Invoice 4875685, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 4/27/2022 | Received from VERITEXT, Invoice 4875835, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 4/27/2022 | Received from VERITEXT, Invoice 4892869, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 5/6/2022 | Received from ANDREW M. O'BRIEN, M.S., C.R.C, Invoice 2555, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 5/18/2022 | Received from VERITEXT, Invoice 5050255, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |

Legal Assistant Ely Arraiga
Time record keeping sheet

Case 2:19-cv-02343-DAD-AC   Document 265-27   Filed 12/09/24   Page 13 of 23

L.J. a minor, et al. v. State of CA, et al.
Case No.: 2:19-cv-02343-DAD-AC

| | | |
|---|---|---|
| 5/18/2022 | Received from VERITEXT, Invoice 5013674 submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 5/23/2022 | Recieved Invoice 4836 from Peter N. Sfakianos, m. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 5/24/2022 | Received Mary Meinhard transcript, distributed to team and saved into client file. | 0.2 |
| 5/24/2022 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file. | 0.3 |
| 5/26/2022 | Recieved Invoice 100490 from RINCON. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 5/26/2022 | Received from RINCON, Invoice 4541, submitted payment request form to accounting department. Saved into client file. | 0.2 |
| 5/26/2022 | Received from RINCON, Invoice 4542, submitted payment request form to accounting department. Saved into client file. | 0.2 |
| 5/31/2022 | Received from ROBERT W. JOHNSON & ASSOCIATES Invoice 2555, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 5/31/2022 | Recieved invoice 5/31/2022 from RENEE BINDER. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 6/7/2022 | Recieved invoice 6/7/2022 from RENEE BINDER. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 6/8/2022 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file. | 0.3 |
| 6/10/2022 | Received Invoice 170-2620016 from ExamWorks. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 6/10/2022 | Received Invoice 170-2620036 from ExamWorks. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 6/11/2022 | Received Invoice 2022-02 from ON SCENE CONSULTING. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 6/12/2022 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file | 0.3 |
| 6/13/2022 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file | 0.3 |
| 6/14/2022 | Received from VERITEXT, Invoice 5844032, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |

Legal Assistant Ely Arraiga
Time record keeping sheet

L.N. a minor, et al. v. State of CA, et al.
Case No.: 2:19-cv-02343-DAD-AC

Case 2:19-cv-02343-DAD-AC   Document 263-27   Filed 12/09/24   Page 14 of 23

| | | |
|---|---|---|
| 6/21/2022 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file. | 0.3 |
| 6/23/2022 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file. | 0.3 |
| 6/30/2022 | Recieved Invoice 1999 from Intrepid Deposition. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 6/30/2022 | Recieved Invoice 2043 from Intrepid Deposition. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 6/30/2022 | Recieved Invoice 2045 from Intrepid Deposition. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 6/30/2022 | Recieved Invoice 2055 from Intrepid Deposition. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 6/30/2022 | Recieved Invoice 2062 from Intrepid Deposition. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 6/30/2022 | Recieved Invoice 2065 from Intrepid Deposition. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 6/30/2022 | Recieved Invoice 2082 from Intrepid Deposition. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 6/30/2022 | Recieved Invoice 2098 from Intrepid Deposition. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 7/5/2022 | Received Invoice 2372 from CRAIGMYLE LEGAL NURSE SERVICES. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 7/6/2022 | Received from ON CALL LEGAL, Invoice 2749822, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 7/12/2022 | Sent email to Defense counsel- 2nd amended deposition of Dr. Braham Ravani. Saved email into client file. | 0.2 |
| 7/12/2022 | Sent email to court reporter for coverage of depositions. Saved email into client file. | 0.1 |
| 7/12/2022 | Received Invoice 20-059-D from NATIONAL JUSTICE CONSULTANTS, INC. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 7/12/2022 | Recieved invoice 7/12/2022 from RENEE BINDER. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |

Legal Assistant Ely Arraiga - I.J, a minor, et al. v. State of CA, et al.
Case 2:19-cv-02343-DAD-AC   Document 263-27   Filed 12/09/24   Page 15 of 23
Time record keeping sheet          Case No.: 2:19-cv-02343-DAD-AC

| Date | Description | Time |
|------|-------------|------|
| 7/15/2022 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file. | 0.3 |
| 7/27/2022 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file | 0.3 |
| 7/31/2022 | Received Invoice 39452 from Robert W. Johnson & Associates. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 8/1/2022 | Received from BARKLEY, Invoice 563031, submitted payment request form to accounting department. Saved into client file. | 0.2 |
| 8/2/2022 | Received from BARKLEY, Invoice 563077, submitted payment request form to accounting department. Saved into client file. | 0.2 |
| 8/9/2022 | Received Invoice 2022-02- Revised from ON SCENE CONSULTING. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 8/15/2022 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file. | 0.3 |
| 8/25/2022 | EFC No. 35 - ORDER, saved into client file. | 0.1 |
| 8/25/2022 | EFC No. 36- STANDING ORDER signed by District Judge Dale A. Drozd on 8/25/2022, saved into client file | 0.1 |
| 8/29/2022 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file. | 0.3 |
| 8/29/2022 | Received from BARKLEY, Invoice 563875, submitted payment request form to accounting department. Saved into client file. | 0.2 |
| 9/27/2022 | Sent email to Defense counsel- 3rd amended deposition of Dr. Braham Ravani. Saved email into client file. | 0.2 |
| 9/27/2022 | Sent email to court reporter for coverage of depositions. Saved email into client file. | 0.1 |
| 9/27/2022 | Emailed expert report of Dr. Chaudhry to Dr. Wobrock | 0.1 |
| 10/10/2022 | Received from EXAMWORKS, Invoice 170-2657970, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 10/13/2022 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file | 0.3 |
| 10/20/2022 | Received email from Dr. Wobrokc's office inquiring about trial exhibits and deposition transcripts. | 0.1 |
| 10/27/2022 | Received email from Priority Funding requesting status update on case. Responded to email by providing -open and in litigation status, saved email into client file. | 0.1 |
| 10/27/2022 | Received email, Deposoition transcript of Craig Enos is ready, requested copy of transcript. Saved email into client file. | 0.2 |
| 10/30/2022 | Received from BARKLEY, Invoice 565547, submitted payment request form to accounting department. Saved into client file. | 0.2 |
| 10/31/2022 | Invoice receveived for copy of transcript. Submitted payment request to accounting department for copy of transcript. | 0.1 |

Legal Assistant Ely Arraiga
Time record keeping sheet

Case 2:19-cv-02343-DAD-AC   Document 263-27   Filed 12/09/24   Page 16 of 23

J.L. a minor, et al. v. State of CA, et al.
Case No.: 2:19-cv-02343-DAD-AC

| | | |
|---|---|---|
| 11/1/2022 | Received email from Kent M. Henderson  to Defense Counsel re interest in doing Joint Status Report type document, pending MSJ and proposing a new scheduling conference. Saved email into client file. | 0.1 |
| 11/1/2022 | Received email from Defense counsel re Craig Enos still owed $840 for his deposition. Saved email into client file. | 0.1 |
| 11/1/2022 | Submitted payment request to accounting department for reamining cost for depositon of Craig Enos. Saved email into client file. | 0.1 |
| 11/2/2022 | Received email from Arbio- Is Angel available on Nov. 14th at 4:30 for a pre-depo phone conference on the Hurtado and Silva cases. Responded to Julie confirming proposed dates. Saved email into client file. | 0.2 |
| 11/8/2022 | Recevied emai from Hill Chiropractic requesting status update. Responsed to email -open and in litigation status, saved email into client file. | 0.1 |
| 11/8/2022 | Recevied emai from Scott Defore requesting payment on invoice 2022-02. Submitted payment request to accounting department.Saved email into client file. | 0.2 |
| 11/9/2022 | Accounting department responded with attaching payment for invoice in question. | 0.2 |
| 11/10/2022 | Received emai from Rincon Rehab requesting payment on invoices 9652, 10049, and 8740.Submitted request to accounting department.Saved email into client file. | 0.2 |
| 11/11/2022 | Recevied emai from Defense counsel confirming depoition of Mr. Wobrock set for 11/16/2022 at 2:30 PM. Also they are requesting expert file due 11/14/2022. Saved email into client file. | 0.1 |
| 11/11/2022 | Provided instructions to legal assistants for obtaining  expert file. | 0.2 |
| 11/14/2022 | Received email from Arbio- are there any other depositions in this case because they only have, Diane Valenzuela, Edgardo Yepez, Michael Randazzo, and Francisco Hurtado.they are also requesting confirmation of deposition date for Wobrock. Saved email into client file. | 0.1 |
| 11/14/2022 | Confirmed with Julie Wobrocks deposition and we also requested that she provide the expert file. Saved email communications into client file. | 0.2 |
| 11/14/2022 | Recevied email from Arbio confirming that they would be producing expert file today. Saved email into client file. | 0.1 |
| 11/14/2022 | Legal Assistants confirmed depoisitoin date of Wobrock once again and also confirmed that there are several new transcripts we've received. Creation of drop box for them to view them. Sent out link and saved email into client file. | 1 |

Legal Assistant Ely Arraiga                    L.J., a minor, et al. v. State of CA, et al.
Time record keeping sheet                      Case No.: 2:19-cv-02343-DAD-AC

| Date | Description | Time |
|------|-------------|------|
| 11/14/2022 | Received email from Arbio requesting deposition of Wobrock be continued due to new informatio being received and needing time to review, Advised Kent of the proposal and he confirmed moving the date. Advised Julie that Wobrocks deposition would be continued. Saved email communications into client file. | 0.2 |
| 11/14/2022 | Received email from Julie with proposed new dates for Wobrocks deposition. Confirmed 1/11/2023 at 3 PM. Saved email into client file. | 0.1 |
| 11/14/2022 | Sent email to Defense counsel cancelling the deposition of Wobrock. Received email from Defense counsel requesting new dates for Wobrok, also advising that Ravanis deposition will need to be moved after Wobrocks is taken. Saved email into client file. | 0.2 |
| 11/15/2022 | Sent email to court reporter cancelling deposition of Dr. Ravani. Saved email into client file. | 0.1 |
| 11/15/2022 | Sent email to Defense counsel re: Wobrock availability.  Saved email into client file. | 0.1 |
| 11/15/2022 | Received email from Defense counsel confirming deposition of Wobrock. Saved email into client file. | 0.1 |
| 11/16/2022 | Received email from Defense counsel providing deposition date for Dr. Ravani. Saved email into client file. | 0.1 |
| 11/16/2022 | Received email from Defense counsel 5th deposition notice for Wobrock. Calendared into Clio, saved notice into client file.  Saved email into client file. | 0.2 |
| 11/17/2022 | Sent email with updated deposition notice to Dr. Wobrock's office. | 0.1 |
| 11/18/2022 | Received email from Rincon Rehab with invoice 8740. Sent email to accounting department to reuqest payment. Saved email into client file. | 0.1 |
| 11/18/2022 | Received email from Rincon Rehab with invoice 9652. Sent email to accounting department to reuqest payment. Saved email into client file. | 0.1 |
| 11/18/2022 | Received email from Rincon Rehab with invoice 10049. Sent email to accounting department to reuqest payment. Saved email into client file. | 0.1 |
| 11/22/2022 | Received email from Rincon Rehab with invoice 022890 Sent email to accounting department to reuqest payment. Saved email into client file. | 0.1 |
| 11/9/2022 | Received email from Dr. Wobrock's office advising of updated animation slides based on the new photos received. Downloaded matierals from dropbox link provided. Saved email into client file. | 0.3 |
| 11/27/2022 | Recieved Invoice Date 11/27/2022 from  ENOS Forensics. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |

Legal Assistant Ely Arraiga
Time record keeping sheet

Case 2:19-cv-02343-DAD-AC   Document 265-27   Filed 12/09/24   Page 18 of 23
L.H. a minor, et al. v. State of CA, et al.
Case No.: 2:19-cv-02343-DAD-AC

| Date | Description | Time |
|---|---|---|
| 11/30/2022 | Received email from Dr. Wobrock's office advising of the current materials they have and their requested for additional materials. Saved email into client file. | 0.1 |
| 11/30/2022 | Received email from Rincon requesting status on the case. Responded to email by providing -open and in litigation status, saved email into client file. | 0.1 |
| 12/1/2022 | Sent email to Dr. Wobrocks office copy of Dr. Chaudhry and Dr. Strickland's depo transcript added to the new Dropbox link. | 0.3 |
| 12/1/2022 | Received email from Barkley with statement 20221201 Sent email to accounting department to reuqest payment. Saved email into client file. | 0.1 |
| 12/2/2022 | Sent email to Golden Bear PT with the signed lien. Saved email into client file. | 0.1 |
| 12/5/2022 | Received email from Rincon Rehab with invoice 9652. Sent email to accounting department to reuqest payment. Saved email into client file. | 0.1 |
| 12/5/2022 | Received email from Rincon Rehab with invoice 10049. Sent email to accounting department to reuqest payment. Saved email into client file. | 0.1 |
| 12/5/2022 | Received email from Rincon Rehab with invoice 022890 Sent email to accounting department to reuqest payment. Saved email into client file. | 0.1 |
| 12/7/2022 | Received email from Dr. Wobrock's office requesting phone conference with Kent be moved to 1 PM. Confirmed. Saved email to client file. | 0.1 |
| 12/15/2022 | Received email from Barkley with statement 20221215. Sent email to accounting department to reuqest payment. Saved email into client file. | 0.1 |
| 12/15/2022 | Sent email to court reporter for coverage of depositions. Saved email into client file. | 0.1 |
| 12/28/2022 | Received email from Dr. Wobrock's office requesting Wobrock's deposition go after Defoes is completed. Confirmed with Julie that the deposition would be moved. Saved email to client file. | 0.2 |
| 12/28/2022 | Sent email to team to locate depostion of Scott Defoe. | 0.1 |
| 12/28/2022 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file. | 0.3 |
| 12/28/2022 | Requested deposition transcript from court reporter. Received deposition transcript via email. Sent via email to Dr. Wobrock's office deposition of Scott Defoe. | 0.3 |
| 12/28/2022 | Received email from Veritext with invoice 5885115. Sent email to accounting department to reuqest payment. Saved email into client file. | 0.1 |

Legal Assistant Ely Arraiga                    L.H. a minor, et al. v. State of CA, et al.
Case 2:19-cv-02343-DAD-AC   Document 263-27   Filed 12/09/24   Page 19 of 23
Time record keeping sheet                    Case No.: 2:19-cv-02343-DAD-AC

| 1/3/2023 | Received email from Barkley with statement 20230103. Sent email to accounting department to reuqest payment. Saved email into client file. | 0.1 |
|---|---|---|
| 1/4/2023 | Received email from Dr. Wobrock's office re payments needed. Saved email into file. | 0.1 |
| 1/5/2023 | Received email from Dr. Wobrock's office re mpoving deposition of Wobrock, more materials are needed for his deposition. Need to schedule another pre-depo phonce conference. Saved email into file. | 0.1 |
| 1/5/2023 | Sent email to Dr. Wobrock's office advisign that Defense counsel has issued payment for depoistion fee of Dr. Wobrock. | 0.1 |
| 1/5/2023 | Received email from Priority Funding requesting status update on case. Responded to email by providing -open and in litigation status, saved email into client file. | 0.1 |
| 1/6/2023 | Recieved Invoice 022890 from ARBIO. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 1/6/2023 | Received email from Defense counsel requesting the expert file of Dr. Wobrock prior to deposition of 1/11/2023. Saved email into client file. | 0.1 |
| 1/6/2023 | Received email from Dr. Wobrock's office cancelling depoisition becuade he has not received payment. Saved email into client file. | 0.1 |
| 1/6/2023 | Sent via email to Dr. Wobrock the Rule 26 report of Scott Defoe through dropbox link. Provided status on payment for outstanding invoices. | 0.2 |
| 1/9/2023 | Received zoom link fro deposition of Wobrock from defense counsel. | 0.1 |
| 1/9/2023 | Received email from Dr. Wobrock re cancellation of current deposition and providing alterantive dates in February of 2023. | 0.1 |
| 1/9/2023 | Received email from Kent M. Henderson  to Defense Counsel re cancellation of deposition of Dr. Wobrock and offering 2/22 or 2/23. Saved email into client file. | 0.1 |
| 1/9/2023 | Received email from Defense counsel confirming deposition of Wobrock 2/23/23. Also confirming rescheudling Ravani deposition date of 2/21/23. Saved email into client file. | 0.1 |
| 1/10/2023 | Sent email to Dr. Wobrocks office confirming 2/23/23. Julie also requested we send to her a clean copy of the payee form. | 0.1 |
| 1/10/2023 | Received email from Defense counsel re checks not being cashed for the Plaintiff's parents depositions. Saved email into client file. | 0.1 |
| 1/10/2023 | Received email from Dr. Wobrock requesting deposition exhibits of Scott DeFoe. | 0.1 |
| 1/10/2023 | Sent email to Julie confirming the submission of the drawings and that Mr. Eric Anderson has not received the drawings. Saved email into client file. | 0.1 |

Legal Assistant Ely Arraiga                    I, J, a minor, et al. v. State of CA, et al.
Time record keeping sheet                      Case No.: 2:19-cv-02343-DAD-AC

Case 2:19-cv-02343-DAD-AC   Document 265-27   Filed 12/09/24   Page 20 of 23

| 1/10/2023 | Received emai from julie reuqesting permissio to send drawings to Eric. Saved email into client file. | 0.1 |
|---|---|---|
| 1/10/2023 | Sent email to Julie advising that we would confirm with attorneys and later advise if she can send drawings to Eric. Saved email into client file. | 0.1 |
| 1/10/2023 | Sent email to court reporter for coverage of depositions. Saved email into client file. | 0.1 |
| 1/11/2023 | Received email from Defense counsel 6th deposition notice for Wobrock. Calendared into Clio, saved notice into client file.  Saved email into client file. | 0.2 |
| 1/11/2023 | Sent email to Defense counsel re: wrong date on the above notice. Received email from Defense counsel stating they would send and updated notice. Saved email into client file. | 0.2 |
| 1/11/2023 | Received email from Defense counsel CORRECTED-6th deposition notice for Wobrock. Calendared into Clio, saved notice into client file.  Saved email into client file. | 0.2 |
| 1/11/2023 | Sent via email to Dr. Wobrock the updated deposition notice, saved email into client file. | 0.1 |
| 1/11/2023 | Received email from Dr. Wobrock office reuqesting status on getting DeFoe exhibits and file materials. Saved email into client file. | 0.1 |
| 1/16/2023 | Received email from Barkley with statement 20230116-C82354. Sent email to accounting department to reuqest payment. Saved email into client file. | 0.1 |
| 2/1/2023 | Received email from Barkley with statement 20230201-C82354. Sent email to accounting department to reuqest payment. Saved email into client file. | 0.1 |
| 2/8/2023 | Received email from Defense counsel confirming the rescheduled depositions of Dr. Ravani and Dr. Wobrock. Saved email into client file. | 0.1 |
| 2/8/2023 | Received email from Defense counsel Case Management Statement for the state case. Saved email into client file. | 0.1 |
| 2/9/2023 | Drafted Case Management Statement, sent to Kent for review and pending response. | 0.2 |
| 2/14/2023 | Received final Case Management Statement from Kent, sent out for filing. | 0.2 |
| 2/15/2023 | Received email from Barkley with statement 20230215-C82354. Sent email to accounting department to reuqest payment. Saved email into client file. | 0.1 |
| 2/15/2023 | Received email from Barkley with statement 20230215-C104735. Sent email to accounting department to reuqest payment. Saved email into client file. | 0.1 |

Legal Assistant Ely Arraiga
Time record keeping sheet

Case 2:19-cv-02343-DAD-AC   Document 265-27   Filed 12/09/24   Page 21 of 23
L.H, a minor, et al. v. State of CA, et al.
Case No.: 2:19-cv-02343-DAD-AC

| | | |
|---|---|---|
| 2/15/2023 | Received email from Defense counsel confirming Mr. Wobrock's deposition scheduled for February 23, 2023 at 3:00 p.m., and their request for his file by Tuesday. Saved email into client file. | 0.1 |
| 2/16/2023 | Received from ON CALL LEGAL, Invoice 314012, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 2/16/2023 | Sent email to Julie requesting Expert file of Wobrock by Tuesday. | 0.1 |
| 2/16/2023 | Received conformed copie of Case Managmet Statement, downloaded and saved into the client file. | 0.1 |
| 2/16/2023 | Received email from Julie advising that she will check in with Dr. Wobrock. We lket her know that the office would be open during the holiday. | 0.1 |
| 2/20/2023 | Sent email to Julie requesting phone call with Dr. Wobrock and Kent Henderson on 2/21 or 2/22, pre deposition phone call. Saved email into client file. | 0.1 |
| 2/20/2023 | Received email from julie confirming phone call on 2/22 at 11 am. Updated clio calendar and advised Kent Henderson. Also on the call will be Mr. Guizar and provided in the email the uber conference call number for everyone to dial in. Saved email into client file. | 0.2 |
| 2/20/2023 | Sent email to Mr. Guizar enclosing the following materials 1)Dr. Wobrock's Report and 2) Dr. Ravani's Rebuttal Report (Defense's Expert) and provided a dropbox link. | 0.2 |
| 2/21/2023 | Received email from Julie requesting status of payment from defense counsel. Due to non-payment deposition is being rescheduled. Julie to provide alternative dates for deposition. Saved email into client file. | 0.2 |
| 2/21/2023 | Received email from Defense counsel advising that they are unable to pre-pay a deposition. They can overnight the deposition payment after the deposition is taken. Saved email into client file. | 0.1 |
| 2/22/2023 | Received email from Kent Henderson advising that Defense will pay after the deposition of Wobrock is taken and to find out a way to get this done without the prepayment issue with Dr. Wobrocks office. Saved email into client file. | 0.1 |
| 2/22/2023 | Received email from Wobrock stating that he is not familiar with this payment arrangement and doesn't like doing the depositions without being paid before. Saved email into client file. | 0.1 |
| 2/22/2023 | Received email from Kent Henderson forwarding the response to prepayment issue to Dr. Wobrock in case he missed Defedants response to the prepayment requirement Dr. Wobrock has. Saved email into client file. | 0.1 |
| 2/22/2023 | Received email from Dr. Wobrock about his accomodations he has needed to make for the depositions and pushing the phone call back. Saved email into client file. | 0.2 |

Legal Assistant Ely Arraiga
Time record keeping sheet

L.J., a minor, et al. v. State of CA, et al.
Case No.: 2:19-cv-02343-DAD-AC

Case 2:19-cv-02343-DAD-AC   Document 263-27   Filed 12/09/24   Page 22 of 23

| 2/22/2023 | Received email fro Julie requesting a legible copy of the Dr. Ravanis report along with his deposition transcript and file materials. Saved email into client file. | 0.1 |
|---|---|---|
| 2/22/2023 | Sent email to Julie requesting Expert file of Wobrock by today. | 0.1 |
| 2/22/2023 | Received email from Julie- unable to send expert file, missing materials. Saved email into client file. | 0.1 |
| 2/22/2023 | Received email from Julie- requesting date of Ravani deposition, response sent to her with no date yet set. Also requested legible copy of Ravanis report from defense. Saved email into client file. | 0.2 |
| 2/22/2023 | Received email from Julie with Wobrock's expert file and Rule 26 Report. Saved into client file. Sent email to defense counsel with Wobrocks expert file and Rule 26 Report. Saved emails into client file. | 0.2 |
| 2/22/2023 | Received legible copy of Ravanis report, saved into file and sent to Wobrock's office. Saved email into client file. | 0.2 |
| 2/22/2023 | Received email from Kent Henderson to Humberto Guizar re the zoom link for the deposition of Wobrock. Saved email into file. | 0.1 |
| 2/22/2023 | Received email Defense re the zoom link for the deposition of Wobrock. Saved email into file. | 0.1 |
| 2/22/2023 | Sent email to Julie with the zoom link for the deposition of Wobrock. | 0.1 |
| 2/24/2023 | Received email from Defense requesting access to the dropbox link for Wobrock expert file. Saved email into client file. | 0.1 |
| 2/24/2023 | Received email from Kent Henderson to Defense Counsel confirming deposition of Ravani is off calendar 2/28/2023, and request for alternative dates. Saved email into client file. | 0.1 |
| 2/27/2023 | Received email from Arbio re invoice 023042. Submited payment request from accounting department. Saved email into client file. | 0.1 |
| 2/27/2023 | received email from Defense counsel with Ravanis availabilty for deposition. Saved email into client file. | 0.1 |
| 2/28/2023 | Received from VERITEXT, Invoice 6395806, submitted payment request form to accounting department. Saved into client file. | 0.2 |
| 3/1/2023 | Received email from Kent Henderson requesting Deposition Notice draft for Ravani. Saved email into file. | 0.1 |
| 3/1/2023 | Received email from rincon requesting status on overdue payments. Saved email into client file. | 0.1 |
| 3/1/2023 | Sent email to Defense counsel confirming depsosition date of Ravani, 4/19/23. | 0.1 |
| 3/2/2023 | Sent email to court reporter for coverage of depositions. Saved email into client file. | 0.1 |
| 3/6/2023 | Resent email to Defense counsel re Wobrocks expert file. | 0.3 |
| 3/7/2023 | Received email from rincon requesting status on invoice 9652 and 10049. Sent email to accouting department to submit payment. Saved email into client file. | 0.1 |

Legal Assistant Ely Arraiga                    I.H., a minor, et al. v. State of CA, et al.
Time record keeping sheet                      Case No.: 2:19-cv-02343-DAD-AC

| 3/8/2023 | Received email from Stanislaus Superior court with remote apperance link, sent to Angel and Kent for review. Saved email into client file. | 0.2 |
|---|---|---|
| 3/8/2023 | Sent email to accouting department re: remote apperance charge on card. Saved email into client file and updated the cost sheet. | 0.2 |
| 3/13/2023 | Receied email from Kent Henderson re new court dates for stanislaus, updated cliio calendar and saved email into client file. | 0.2 |
| 3/13/2023 | Received email from Arbio requesting status on remaining deposition payment for Wobrock testimony. Saved email into client file. | 0.1 |
| 3/13/2023 | Sent email Defense counsel re status on remaining deposition payment for Wobrock testimony. Saved email into client file. | 0.1 |
| | TOTAL | 65.8 |