| | |
|---|---|
| Humberto Guizar, Esq.         (SBN 125769) hguizar@ghclegal.com<br>Kent M. Henderson, Esq.    (SBN 139530) hendolaw@gmail.com<br>Angel Carrazco, Jr. Esq.       (SBN 230845) angel@carrazcolaw.com<br>**GUIZAR, HENDERSON & CARRAZCO, LLP**<br>18301 Irvine Boulevard<br>Tustin, CA  92780<br>Telephone: (714) 541-8600<br>Facsimile:  (714) 541-8601<br><br>Attorneys for Plaintiffs | |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; E.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; F.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; and A.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado;<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No. 2:19-cv-02343-DAD-AC**<br><br>*Honorable Dale A. Drozd*<br><br><br>**DECLARATION OF BRISEIRA GOMEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

# **DECLARATION OF BRISEIRA GOMEZ**

I, Briseira Gomez, hereby declare as follows:

1. I am currently employed as a litigation/legal assistant at Guizar, Henderson & Carrazco LLP, where I work under the supervision of attorneys Angel Carrazco Jr., and Kent Henderson, attorneys who are licensed to practice law in the United States District Court for the Central District of California. I submit this declaration in support of Plaintiff's Motion for Attorneys' Fees. I have personal knowledge of the matters set forth herein and am fully capable of testifying competently to these facts if called upon to do so.

2. I have approximately four years of experience in the legal field, working in both state and federal courts. I started a legal assistant at the Law Office of Leo Paredes in June 2020. Under the supervision of Mr. Paredes, I took care of the office calendar, calendared dates according local rules and court rules, filed with the court, organized and maintained case files, communicated with defense counsel and attorneys, and assisted in the preparation of cases in litigation.

3. After working at the Law Office of Leo Paredes, in June 2021, I began as a legal and litigation assistant working for Guizar, Henderson & Carrazco, LLP. My responsibilities at Guizar, Henderson & Carrazco, LLP included assembling, preparing, and finalizing pleadings for physical court filing and e-filing in state, federal, and appellate courts. I also prepared various discovery requests and responses, deposition notices, subpoenas, court notices, case management statements, federal reports, witness lists, exhibit lists, and jury instructions. Additionally, I maintained the calendar for Mr. Carrazco and Mr. Henderson, ensuring compliance with state, local, and administrative deadlines.

4. I continue to work under the supervision of Mr. Carrazco and Mr. Henderson. I have worked on approximately 200 cases, from pre-litigation to trial.

5. My daily responsibilities at Guizar, Henderson & Carrazco, LLP as a legal assistant include: evaluating prospective cases, including by speaking with prospective clients directly and gathering the information and documents necessary to make an informed determination regarding each case; drafting the templates for various documents at all stages of litigation; calendaring the

dates set forth in the case management or scheduling orders of each case I am assigned to, including by calculating dates pursuant to the controlling local rules when no date has been explicitly set forth; reviewing documents produced during discovery to advise the attorneys of what was received, as well as creating lists of involved persons and their roles during the incident at issue; working with the clients to coordinate discovery and gathering documentation from them; interpret for Spanish-speaking clients; coordinating with defense counsel and third parties for the scheduling of depositions, meet and confers, managing deadlines and miscellaneous case issues; reviewing produced discovery and identifying potential witnesses; drafting and serving subpoenas for depositions and the production of documents; filing pleadings with both state and federal courts; maintaining up-to-date litigation costs and expense worksheets for each case I am assigned to; preparing counsel for hearings and trial by preparing binders and boxes with all relevant documents, tabbed and indexed.

6. I attended Santa Ana College and graduated with a paralegal certificate in June 2024. Prior to that, I received extensive legal training at Santa Ana College.

7. As of this date I have spent 69.5 hours of billable time in connection with tasks reasonably necessary to the favorable resolution of this action. From April 2023 to October 2024, I provided support to Mr. Carrazco and Mr. Henderson in scheduling, calendar management, drafted templates for various documents, worked with the clients to coordinate discovery, and gathered documentation from them as detailed in my timesheet attached hereto as "Exhibit 19."

8. In light of my years of experience, I am respectfully requesting an hourly fee of $175.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this was executed this 6th day of December, 2024 at Tustin, California

                    */s/ Briseira Gomez*
                    Briseira Gomez