# EXHIBIT 19

Legal Assistant Briseira Gomez
Time record keeping sheet

H, a minor, et al. v. State of CA, et al.
Case No.: 2:19-cv-02343-DAD-AC

| Date | Description | Time |
|------|-------------|------|
| 4/12/2023 | Received email from Defense counsel confirming the deposition of Ravani. Saved email into file. | 0.1 |
| 4/17/2023 | Received email from Defense counsel with the link of Expert file for deposition of Ravani. Saved documents into client file and Saved email into file. | 0.3 |
| 4/19/2023 | Received Invoice 370217 from KUSAR/ LEXITAS. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 4/19/2023 | Received email from Defense counsel with the deposition testimony invoice from Dr. Ravani. Sent email to accouting department to submit payment. Saved email into file. | 0.2 |
| 4/19/2023 | Received Invoice 477 from Traffic Safety Research, Corporation. Sent email to Priority funding for payment, updated the cost sheet and saved invoice into client file. | 0.3 |
| 4/20/2023 | Received from BARKLEY invoice 22222, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 5/22/2023 | Received email from Scott Defoe reqesting an update on the file. Sent response with open and pending in litigation. Saved email into client file. | 0.1 |
| 5/26/2023 | Received email from Defense counsel with the deposition testimony invoice from Dr. Ravani still not being payed. Sent email to accouting department to submit payment. Saved email into file. | 0.2 |
| 6/2/2023 | EFC No. 37 - STATUS REPORT by Francisco Hurtado, saved into client file. | 0.3 |

Legal Assistant Briseira Gomez                    H, a minor, et al. v. State of CA, et al.
Time record keeping sheet                          Case No.: 2:19-cv-02343-DAD-AC

| 6/16/2023 | EFC No. 38- ORDER signed by District Judge Dale A. Drozd on 6/15/2023 GRANTING IN PART AND DENYING IN PART 23 Motion for Summary Judgment. Defendants' Motion for Summary Judgment as to Plaintiff's Fourth Amendment claim is DENIED; Defendants' Motion for Summary Judgement as to Plaintiffs' Fourteenth Amendment claim is GRANTED; Defendants' Motion for Summary Judgment as to Plaintiff's battery claim is DENIED; Defendants' Motion for Summary Judgment as to plaintiff's negligence claim against defendant Yepez is DENIED; and Defendants' Motion for Summary Judgment as to Plaintiff's negligence claim against defendant CHP is GRANTED in part, as follows: Defendants' Motion for Summary Judgment with respect to Plaintiff's negligence claim against defendant CHP for negligent hiring, supervision, and ensuring an adequate number of trained employees is GRANTED; Defendants' Motion for Summary Judgment with respect to Plaintiff's negligence claim against defendant CHP based upon a theory of its vicarious liability is DENIED; The court now SETS a Final Pretrial Conference on 8/22/2023 at 1:30 p.m. before District Judge Dale A. Drozd by Zoom and a Jury Trial on 10/23/2023 at 9:00 a.m. before Judge Drozd in Courtroom 4. The parties are referred to Judge Drozd's 36 Standing Order for the requirements of the joint pretrial statement, saved into client file. | 0.1 |
|---|---|---|
| 6/22/2023 | EFC No. 39- STIPULATION and PROPOSED ORDER for Resetting the Pretrial Conference and Trial Dates by California Highway Patrol, State of California, Edgardo Yepez, saved into client file. | 0.1 |
| 8/23/2023 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file. | 0.3 |
| 9/19/2023 | EFC No. 41- JOINT PRETRIAL STATEMENT filed by Plaintiff Francisco Hurtado, saved into client file. | 0.3 |
| 9/19/2023 | EFC No. 42- WITNESS LIST by Francisco Hurtado, saved into client file. | 0.3 |
| 9/19/2023 | EFC No. 43 - WITNESS LIST by Francisco Hurtado, saved into client file. | 0.3 |
| 9/19/2023 | EFC No. 44- JOINT EXHIBIT LIST by Francisco Hurtado, saved into client file. | 0.3 |
| 9/27/2023 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file. | 0.3 |

Legal Assistant Briseira Gomez
Time record keeping sheet

Case 2:19-cv-02343-DAD-AC   Document 263-29   Filed 12/09/24   Page 4 of 27

H, a minor, et al. v. State of CA, et al.
Case No.: 2:19-cv-02343-DAD-AC

| | | |
|---|---|---|
| 9/29/2023 | EFC No.47- TENTATIVE PRETRIAL ORDER signed by District Judge Dale A. Drozd on 9/28/2023 ORDERING Jury Trial set for 1/29/2024 at 09:00 AM in Courtroom 4 (DAD) before District Judge Dale A. Drozd. Each party is GRANTED 14 days from the date of this order to file objections to the same. Each party is also GRANTED 7 days thereafter to respond to the other party's objections. If no objections are filed, the order will become final without further order of this court, saved into client file. | 0.1 |
| 10/12/2023 | EFC No. 49- JOINT STATEMENT OF CASE filed by Plaintiff Francisco Hurtado, saved into client file. | 0.3 |
| 10/13/2023 | EFC No. 50- OBJECTIONS by Defendants CHP, State of CA, Edgardo Yepez to 47 Tentative Pretrial Order, saved into client file. | 0.1 |
| 10/13/2023 | EFC No.51- OBJECTIONS by Plaintiff Francisco Hurtado to 47 Tentative Pretrial Order, saved into client file. | 0.3 |
| 10/16/2023 | EFC No. 53- PROPOSED JOINT UNDISPUTED FACTS by Francisco Hurtado, saved into client file. | 0.3 |
| 10/19/2023 | EFC No. 54- JOINT LIST OF DISPUTED FACTS FOR THE PRE-TRIAL ORDER by Francisco Hurtado, saved into client file. | 0.3 |
| 10/24/2023 | EFC No. 55- FINAL PRETRIAL ORDER signed by District Judge Dale A. Drozd on 10/23/2023, saved into client file. | 0.1 |
| 11/1/2023 | Received from DEADLINE.COM, Invoice October 2023, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 11/6/2023 | Received from MARY MEINHARD & ASSOCIATES, INC., Invoice November 6, 2023, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 11/21/2023 | Received from ROBERT W. JOHNSON & ASSOCIATES, Invoice 40822, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 12/1/2023 | Received from FEDEX, Inv. 774321170544, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 12/1/2023 | Received from MARY MEINHARD & ASSOCIATES, INC., Invoice December 1, 2023, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 12/4/2023 | Received from FEDEX, Inv. 774345153652, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 12/4/2023 | Received from DEADLINE.COM, Invoice November 2023, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |

Legal Assistant Briseira Gomez      H., a minor, et al. v. State of CA, et al.
Case 2:19-cv-02343-DAD-AC   Document 263-29   Filed 12/09/24   Page 5 of 27
Time record keeping sheet      Case No.: 2:19-cv-02343-DAD-AC

| | | |
|---|---|---|
| 12/8/2023 | Received from DEADLINE.COM, Invoice November 8, 2023, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 12/15/2023 | EFC No. 56- EXHIBIT LIST Defendants' Updated Proposed by California Highway Patrol, State of California, Edgardo Yepez, saved into client file. | 0.1 |
| 12/15/2023 | EFC No. 57- EXHIBIT LIST Plaintiff's Updated Proposed by Francisco Hurtado, saved into client file. | 0.3 |
| 12/21/2023 | EFC No. 58- MOTION IN LIMINE No. 1 to Exclude Information Not Known to Defendants at the Time of the Incident by Francisco Hurtado, saved into client file. | 0.3 |
| 12/21/2023 | EFC No. 59- MOTION IN LIMINE No. 2 to Exclude Suggestion of Drugs at Time of Shooting by Francisco Hurtado, saved into client file. | 0.3 |
| 12/21/2023 | EFC No. 60- MOTION IN LIMINE No. 3 to Exclude any Evidence, Information or Suggestion of any Arrests, et al, by Francisco Hurtado, saved into client file. | 0.3 |
| 12/21/2023 | EFC No. 61- MOTION IN LIMINE No. 4 to Exclude Documentary Status by Francisco Hurtado, saved into client file. | 0.3 |
| 12/21/2023 | EFC No. 62- MOTION IN LIMINE No. 5 to Exclude Police Officer Shootings around Country by Francisco Hurtado, saved into client file. | 0.3 |
| 1/2/2024 | Received from DEADLINE.COM, Invoice December 2023, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 1/2/2024 | EFC No. 63- UPDATED PROPOSED EXHIBIT LIST by California Highway Patrol, State of California, Edgardo Yepez, saved into client file. | 0.1 |
| 1/4/2024 | EFC No. 64- MOTION IN LIMINE No. 1, saved into client file. | 0.1 |
| 1/4/2024 | EFC No. 65- MOTION IN LIMINE No. 2, saved into client file. | 0.1 |
| 1/4/2024 | EFC No. 66- MOTION IN LIMINE No. 3, saved into client file. | 0.1 |
| 1/4/2024 | EFC No. 67- MOTION IN LIMINE No. 4, saved into client file. | 0.1 |
| 1/4/2024 | EFC No. 68- MOTION IN LIMINE No. 5, saved into client file. | 0.1 |
| 1/4/2024 | EFC No. 69- MOTION IN LIMINE No. 6, saved into client file. | 0.1 |
| 1/4/2024 | EFC No. 70- MOTION IN LIMINE No. 7, saved into client file. | 0.1 |
| 1/4/2024 | EFC No. 71- DECLARATION of LeeAnn E. Whitmore in Support of 64 , 65 , 66 , 67 , 68 , 69 , and 70 Motions in Limine, saved into client file. | 0.1 |
| 1/4/2024 | EFC No. 72- NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT STATEMENT, saved into client file. | 0.3 |
| 1/4/2024 | EFC No. 73- NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT STATEMENT by California Highway Patrol, State of California, Edgardo Yepez, saved into client file. | 0.1 |
| 1/9/2024 | EFC No. 74- STIPULATION and PROPOSED ORDER to Dismiss the Entire Action with Prejudice, by Francisco Hurtado, saved into client file. | 0.3 |

Legal Assistant Briseira Gomez          H, a minor, et al. v. State of CA, et al.
Case 2:19-cv-02343-DAD-AC   Document 263-29   Filed 12/09/24   Page 6 of 27
Time record keeping sheet                    Case No.: 2:19-cv-02343-DAD-AC

| | | |
|---|---|---|
| 1/9/2024 | EFC No. 75- STIPULATION and PROPOSED ORDER to Continue Trial Date, saved into client file. | 0.3 |
| 1/9/2024 | EFC No. 76- NOTICE of ERRATA by Francisco Hurtado re 74 Stipulation and Proposed Order, saved into client file. | 0.3 |
| 1/12/2024 | EFC No. 79- OPPOSITION by Defendants to 58 Motion in Limine No. 1, saved into client file. | 0.1 |
| 1/12/2024 | EFC No. 80- OPPOSITION by Defendants to 59 Motion in Limine, saved into client file. | 0.1 |
| 1/12/2024 | EFC No. 81- OPPOSITION by California Highway Patrol, State of California, Edgardo Yepez to 60 Motion in Limine, saved into client file. | 0.1 |
| 1/12/2024 | EFC No. 82- STATEMENT of NON-OPPOSITION by Defendants to 61 Motion in Limine, saved into client file. | 0.1 |
| 1/12/2024 | EFC No. 83- OPPOSITION by Defendants to 62 Motion in Limine, saved into client file. | 0.1 |
| 1/12/2024 | EFC No. 84- REQUEST for JUDICIAL NOTICE by Defendants, saved into client file. | 0.1 |
| 1/12/2024 | EFC No. 85- DECLARATION of LeeAnn E. Whitmore in support of Oppositions to 61 , 59 , 60 , 62 , 58 Motions in Limine, saved into client file. | 0.1 |
| 1/12/2024 | EFC No. 86- OPPOSITION by Francisco Hurtado to 64 Motion in Limine, saved into client file. | 0.3 |
| 1/12/2024 | EFC No. 87-OPPOSITION by Francisco Hurtado to 65 Motion in Limine, saved into client file. | 0.3 |
| 1/12/2024 | EFC No. 88- OPPOSITION by Francisco Hurtado to 66 Motion in Limine, saved into client file. | 0.3 |
| 1/12/2024 | EFC No. 89- OPPOSITION by Francisco Hurtado to 67 Motion in Limine, saved into client file. | 0.3 |
| 1/12/2024 | EFC No. 90- OPPOSITION by Francisco Hurtado to 68 Motion in Limine, saved into client file. | 0.3 |
| 1/12/2024 | EFC No. 91- OPPOSITION by Francisco Hurtado to 69 Motion in Limine, saved into client file. | 0.3 |
| 1/12/2024 | EFC No. 92- OPPOSITION by Francisco Hurtado to 70 Motion in Limine, saved into client file. | 0.3 |
| 1/16/2024 | EFC No. 93- OBJECTIONS by Defendants to Plaintiff's Proposed Evidence, save into client file. | 0.1 |
| 1/18/2024 | EFC No. 95- REPLY by Defendants in support of 64 Motion in Limine No. 1, saved into client file. | 0.1 |
| 1/18/2024 | EFC No. 96- REPLY by Defendants in support of 65 Motion in Limine No. 2, saved into client file. | 0.1 |
| 1/18/2024 | EFC No. 97- REPLY by Defendants in support of 66 Motion in Limine No. 3, saved into the client file. | 0.1 |

Legal Assistant Briseira Gomez
Time record keeping sheet

Case 2:19-cv-02343-DAD-AC   Document 263-29   Filed 12/09/24   Page 7 of 27

H., a minor, et al. v. State of CA, et al.
Case No.: 2:19-cv-02343-DAD-AC

| Date | Description | Hours |
|---|---|---|
| 1/18/2024 | EFC No. 98- REPLY by Defendants in support of 67 Motion in Limine #4, saved into client file. | 0.1 |
| 1/18/2024 | EFC No. 99- REPLY by Defendants in support of 68 Motion in Limine No. 5, saved into client file. | 0.1 |
| 1/18/2024 | EFC No. 100- REPLY by Defendants in support of 69 Motion in Limine No. 6, saved into client file. | 0.1 |
| 1/18/2024 | EFC No. 101- REPLY by Defendants in support of 70 Motion in Limine No. 7, saved into client file. | 0.1 |
| 1/18/2024 | EFC No. 102- DECLARATION of LeeAnn E. Whitmore in support of Reply re 64 Motions in Limine, 68 , 66 , 67 , 65, saved into client file. | 0.1 |
| 1/18/2024 | EFC No. 103- REPLY by Defendants in support of 70 Motion in Limine No. 7, saved into client file. | 0.1 |
| 1/18/2024 | EFC No. 104- NOTICE of ERRATA by California Highway Patrol, State of California, Edgardo Yepez re 101 Reply, saved into client file. | 0.1 |
| 1/19/2024 | EFC No. 105- REPLY by Francisco Hurtado to Opposition to 58 Motion in Limine, saved into client file. | 0.3 |
| 1/19/2024 | EFC No. 106- REPLY by Francisco Hurtado re 80 Opposition to Motion, saved into client. | 0.3 |
| 1/19/2024 | EFC No. 107- REPLY by Francisco Hurtado re 81 Opposition to Motion, saved into client file. | 0.3 |
| 1/19/2024 | EFC No. 108- REPLY by Francisco Hurtado re 83 Opposition to Motion, saved into client file. | 0.3 |
| 1/19/2024 | EFC No. 109-OBJECTIONS by Francisco Hurtado to 63 Undated Proposed Exhibit List, saved into client. | 0.3 |
| 1/26/2024 | Received from GREENFILING, Invoice 9474520 submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 2/5/2024 | Received from DEADLINE.COM, Invoice January 2024, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 2/6/2024 | Received from FEDEX, Invoice 775096902343, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 2/8/2024 | Received from COUNTER RECEIPT, Invoice 582489, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 2/9/2024 | EFC No. 110- PROPOSED VOIR DIRE by California Highway Patrol, Edgardo Yepez, saved into client. | 0.1 |

Legal Assistant Briseira Gomez          H., a minor, et al. v. State of CA, et al.
Time record keeping sheet               Case No.: 2:19-cv-02343-DAD-AC

| 2/9/2024 | EFC No. 111- PROPOSED VOIR DIRE by Francisco Hurtado, saved into client file. | 0.3 |
|---|---|---|
| 2/9/2024 | Received from EXPEDIA, Expedia Itinerary 72771601324086, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 2/12/2024 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file | 0.3 |
| 2/12/2024 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file | 0.3 |
| 2/12/2024 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file | 0.3 |
| 2/12/2024 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file | 0.3 |
| 2/12/2024 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file | 0.3 |
| 2/16/2024 | Received from R.H. Young INC., Invoice 24-02-0034, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 2/21/2024 | EFC No. 112- NOTICE of APPEARANCE by Dale K. Galipo on behalf of Francisco Hurtado. Attorney Galipo, Dale K. added, saved into client file. | 0.3 |
| 2/21/2024 | EFC No. 113- NOTICE of APPEARANCE by Hang Dieu Le on behalf of Francisco Hurtado. Attorney Le, Hang Dieu added, saved into client file. | 0.3 |
| 2/21/2024 | Received from WILSHIRE, Invoice Date 2/21/2024, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 2/21/2024 | Received from WHILSHIRE, Invoice 100826, submitted payment request form to accounting department. Payment issued by accounting department, mailed | 0.2 |
| 2/21/2024 | Received from WHILSHIRE, Invoice Date 2/21/2024, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 2/21/2024 | Received from WHILSHIRE, Invoice 926781, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 2/23/2024 | EFC No.114- NOTICE OF LODGING by Francisco Hurtado: Deposition Transcripts, saved into client file. | 0.3 |
| 2/26/2024 | EFC No. 116- NOTICE OF LODGING DOCUMENT(S) IN PAPER by California Highway Patrol, State of California, Edgardo Yepez: Deposition Transcripts, saved into client file. | 0.1 |

Legal Assistant Briseira Gomez     H., a minor, et al. v. State of CA, et al. Case 2:19-cv-02343-DAD-AC   Document 263-29   Filed 12/09/24   Page 9 of 27

Time record keeping sheet          Case No.: 2:19-cv-02343-DAD-AC

| Date | Description | Hours |
|---|---|---|
| 2/26/2024 | Verdict by California Highway Patrol, State of California, Edgardo Yepez in, saved into client file. | 0.1 |
| 2/26/2024 | EFC No. 118- PROPOSED VERDICT submitted by Defendants California Highway Patrol, State of California, Edgardo Yepez, saved into client file. | 0.1 |
| 2/26/2024 | EFC No. 119- PROPOSED JURY INSTRUCTIONS by Francisco Hurtado, saved into client file. | 0.3 |
| 2/26/2024 | EFC No. 120- PROPOSED JURY INSTRUCTIONS by Francisco Hurtado, saved into client file. | 0.3 |
| 2/26/2024 | EFC No. 121- PROPOSED VERDICT submitted by Plaintiff Francisco Hurtado, saved into client. | 0.3 |
| 2/26/2024 | EFC No. 122- PROPOSED JURY INSTRUCTIONS by California Highway Patrol, State of California, Edgardo Yepez, saved into client file. | 0.1 |
| 2/27/2024 | Received from VERONICA LIMON, Invoice 0000209, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 2/27/2024 | Received from VERONICA LIMON, Invoice Date 2/27/2024, submitted payment request form to accounting department. Payment issued by | 0.2 |
| 3/1/2024 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file | 0.3 |
| 3/1/2024 | EFC No. 124- TRIAL BRIEF by California Highway Patrol, State of California, Edgardo Yepez, saved into client file. | 0.1 |
| 3/1/2024 | EFC No. 125- OBJECTIONS to 120 Proposed Jury Instructions by Defendants, saved into client file. | 0.1 |
| 3/1/2024 | EFC No. 126- OBJECTIONS by Defendants California Highway Patrol, State of California, Edgardo Yepez to 120 Proposed Jury Instructions, saved into client file. | 0.1 |
| 3/1/2024 | EFC No. 127- WITNESS LIST by California Highway Patrol, State of California, Edgardo Yepez, saved into client file. | 0.1 |
| 3/1/2024 | EFC No. 128- OTICE of ERRATA by California Highway Patrol, State of California, Edgardo Yepez re 125 Proposed Jury Instructions, saved tinto client file. | 0.1 |
| 3/1/2024 | EFC No. 129- MOTION TO MODIFY THE TRIAL SCHEDULE, or in the alternative, CONTINUE THE TRIAL DATE by Francisco Hurtado. Motion Hearing SET for 4/9/2024 at 01:30 PM before District Judge Dale A. Drozd, saved into client | 0.3 |
| 3/1/2024 | EFC No. 130- EX PARTE APPLICATION to Shorten Time by Francisco Hurtado re Motion to Modify the trial schedule or in the alternative, Continue Trial date | 0.3 |

Legal Assistant Briseira Gomez          I.H, a minor, et al. v. State of CA, et al.
Case 2:19-cv-02343-DAD-AC   Document 263-29   Filed 12/09/24   Page 10 of 27
Time record keeping sheet          Case No.: 2:19-cv-02343-DAD-AC

| | | |
|---|---|---|
| 3/3/2024 | Received from PERRY ELLIS, Reference 000566.00002.2024030 submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 3/4/2024 | EFC No. 132- NOTICE of APPEARANCE by John C. Bridges on behalf of California Highway Patrol, State of California, Edgardo Yepez. Attorney Bridges, John C. added, saved into client file. | 0.1 |
| 3/4/2024 | EFC No. 133- OPPOSITION by Defendants to 129 Motion to Modify the Trial Schedule, saved into client file. | 0.1 |
| 3/4/2024 | EFC No. 134- OBJECTIONS by Plaintiff to 122 Proposed Jury Instructions, saved into client file. | 0.3 |
| 3/4/2024 | EFC No. 135- TRIAL BRIEF by Francisco Hurtado, saved into client file. | 0.3 |
| 3/4/2024 | EFC No. 136- OBJECTIONS by Plaintiff Francisco Hurtado to 117 Memorandum, saved into client file. | 0.3 |
| 3/4/2024 | Received from DEADLINE.COM, Invoice March 2024, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 3/6/2024 | Received from ARBIO INC., Invoice 023655, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 3/6/2024 | Received from AIRBNB, Receipt ID RCTPAEFE99, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 3/6/2024 | EFC No.137- TRANSCRIPT REQUEST by California Highway Patrol, State of California, Edgardo Yepez for proceedings held on 3-5-2024 before Judge Drozd. Court Reporter Maryann Valenoti, saved into client file. | 0.1 |
| 3/6/2024 | Received from SOUTHWEST AIRLINES, Confirmation 4J2EYA, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 3/7/2024 | Received from SOUTHWEST AIRLINES, Confirmation 4OCG5O, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 3/7/2024 | Received from SOUTHWEST AIRLINES, Confirmation 4OCOYJ, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 3/7/2024 | Received from STANISLAUS COUNTY SUPERIOR COURT, Confirmation 023298 submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 3/8/2024 | Received from STANISLAUS COUNTY SUPERIOR COURT, Confirmation 098988, submitted payment request form to accounting department. Payment | 0.2 |

Legal Assistant Briseira Gomez, I, J, a minor, et al. v. State of CA, et al.
Case 2:19-cv-02343-DAD-AC   Document 263-29   Filed 12/09/24   Page 11 of 27
Time record keeping sheet                     Case No.: 2:19-cv-02343-DAD-AC

| 3/8/2024 | Received from ROBERT W. JOHNSON & ASSOCIATES, Invoice Date 3/8/2024, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
|---|---|---|
| 3/8/2024 | Received from ROBERT W. JOHNSON & ASSOCIATES, Invoice 3/8/2024, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 3/9/2024 | Received from GREENFILING, Invoice 9725793, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 3/11/2024 | EFC No. 139- MINUTES for proceedings held before District Judge Dale A. Drozd: JURY TRIAL-DAY 1 held on 3/11/2024. Francisco Hurtado present. Dale Galipo, Angel Carrazco, and Kent Henderson appeared on behalf of plaintiff. LeeAnn Whitmore and John Bridges appeared for dfts'. Dft Edgardo Yepez present. Court addressed supplemental exhibit list. Defense request a 24-hour notice of which witness will be called the following day. Defense made motion to exclude witnesses. Motion granted. Court addressed preliminary jury instructions. Prospective jurors sworn. Statement of case given. Voir Dire began. Pltf Voir Dire. Defense Voir Dire. Challenges for cause. Peremptory Challenges. Jury empaneled and sworn. Court instructed Jury and gave Admonition jury. Opening Statements. Court in recess until 3/12/2024 at 11:00 AM in Courtroom 4 (DAD) before District Judge Dale A. Drozd. Plaintiffs Counsel Dale Galipo, Angel Carrazco, Kent Henderson present. Defendants Counsel LeeAnn Whitmore, John Bridges present. Court Reporter/CD Number: Abigail Torres, saved into client file. | 0.1 |
| 3/11/2024 | Received from FEDEX, Inv. 775494083914, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |

Legal Assistant Briseira Gomez          I. H., a minor, et al. v. State of CA, et al.
Case 2:19-cv-02343-DAD-AC   Document 263-29   Filed 12/09/24   Page 12 of 27
Time record keeping sheet          Case No.: 2:19-cv-02343-DAD-AC

| | | |
|---|---|---|
| 3/12/2024 | EFC No. 140- MINUTES for proceedings held before District Judge Dale A. Drozd: JURY TRIAL DAY 2 held on 3/12/2024. Francisco Hurtado present. Dale Galipo, Angel Carrazco, and Kent Henderson appeared on behalf of plaintiff. LeeAnn Whitmore and John Bridges appeared for dfts'. Dft Edgardo Yepez present. Court disclosed to parties that one of pltf's expert in the case is someone the court reporter will be seeing him between now and May. Neither side objected to assigned court reporter to continue with the trial. Pltf called Edgardo Yepez, Michael Randazzo, sworn and testified on direct, direct/cross exam, redirect, recross. Joint Exhibits: 11, 18, 19, 24, 25, 27, 30, 31, 33, 34, 38, 44, 47, 55, 57 Admitted. Jury Trial Continued for 3/13/2024 at 09:00 AM in Courtroom 4 (DAD) before District Judge Dale A. Drozd. Court admonished jury. Plaintiffs Counsel Dale Galipo, Angel Carrazco, Kent Henderson present. Defendants Counsel LeeAnn Whitmore, John Bridges present. Court Reporter/CD Number: Maryann Valenoti, saved into client file. | 0.1 |
| 3/12/2024 | Received deposition transcript from court reporter, downloaded transcript and exhibits into the client file | 0.3 |
| 3/12/2024 | Received from ADR SERVICES, INC. Invoice 24-3800-JWH-01, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 3/12/2024 | Received from RINCON, INC. Invoice 3/12/2024, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 3/13/2024 | EFC No. 141- MINUTES for proceedings held before District Judge Dale A. Drozd: JURY TRIAL DAY 3 held on 3/13/2024. Francisco Hurtado present. Dft Edgardo Yepez present. Defense addressed submission of Joint Exhibit 58 and redaction. Date of incident, time. Resume examination of Officer Randazzo, on redirect/cross. Pltf called Paul Braaton, M.D., Dr. Jesse Wobrock, Scott Defoe sworn and testified on direct, cross, redirect, recross. Joint Exhibit 58 Admitted. Defense moved to admit Joint Exhibit 58, without pltf objection. Joint Exhibit 58 Admitted. Pltf Exhibits 156-126 through 156-133 Admitted. Court in recess. Jury Trial Continued for 3/14/2024 at 09:00 AM in Courtroom 4 (DAD) before District Judge Dale A. Drozd. Plaintiffs Counsel Dale Galipo, Angel Carrazco, Kent Henderson present. Defendants Counsel LeeAnn Whitmore, John Bridges present. Court Reporter/CD Number: Maryann Valenoti, saved into client file. | 0.1 |
| 3/14/2024 | Received from MARY MEINHARD & ASSOCIATES, Invoice 3/14/2024, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |

Legal Assistant Briseira Gomez     L.H. a minor, et al. v. State of CA, et al.
Case 2:19-cv-02343-DAD-AC   Document 263-29   Filed 12/09/24   Page 13 of 27
Time record keeping sheet           Case No.: 2:19-cv-02343-DAD-AC

| 3/14/2024 | EFC No. 142- MINUTES for proceedings held before District Judge Dale A. Drozd: JURY TRIAL DAY 4 held on 3/14/2024. Francisco Hurtado present. Dft Edgardo Yepez present. Pltf counsel addressed exhibit with lifecare plan to be moved into evidence and issue of driver's license as stated on the record. Defense stated its objection to lifecare plan. Pltf called Mary Meinhard, and Marilyn Jacobs sworn and testified by video on direct, cross, redirect, re-cross. Pltf called James Mills, Joshua Prager, M.D., Priscilla Macias sworn and testified on direct, cross, redirect, recross. Pltf Exhibits 51-001, 51-002, 50-001, 50-003, 70-003 Admitted. Court in recess. Court Admonished jury. Jury Trial Continued to 3/15/2024 at 09:00 AM in Courtroom 4 (DAD) before District Judge Dale A. Drozd. Plaintiffs Counsel Plaintiff: Dale Galipo, Angel Carrazco, Kent Henderson present. Defendants Counsel LeeAnn Whitmore, John Bridges present, saved into client file. | 0.1 |
| 3/15/2024 | Received from ARBIO, Invoice 023658, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 3/15/2024 | Received from RINCON, Invoice 27860, submitted payment request form to accounting department. Saved into client file. | 0.2 |
| 3/15/2024 | EFC No. 143- TRANSCRIPT REQUEST by California Highway Patrol, State of California, Edgardo Yepez for proceedings held on March 11 thru March 15, 2024 before Judge Drozd. Court Reporter Maryann Valenoti, saved into client file. | 0.1 |
| 3/15/2024 | EFC No. 144- TRANSCRIPT REQUEST by California Highway Patrol, State of California, Edgardo Yepez for proceedings held on March 11 thru March 15, 2024 before Judge Drozd. Court Reporter Maryann Valenoti, saved into client | 0.1 |
| 3/15/2024 | EFC No. 145- MINUTES (Text Only) for proceedings held before District Judge Dale A. Drozd: JURY TRIAL DAY 5 held on 3/15/2024. Francisco Hurtado present. Dft Edgardo Yepez present. Pltf called Christopher Stephenson, | 0.1 |
| 3/15/2024 | EFC No. 146- TRANSCRIPT REQUEST by California Highway Patrol, State of California, Edgardo Yepez for proceedings held on 3/11/24 before Judge Drozd. Court Reporter Abigail Torres, saved into client file. | 0.1 |
| 3/18/2024 | Received from PAUL J. BRAATON, M.D., INC., Reference Number FW0000799078012015, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 3/18/2024 | EFC No. 147- OBJECTIONS and excerpts of reading deposition of witness Diane Valenzuela, by Plaintiff Francisco Hurtado, saved into client file. | 0.3 |
| 3/18/2024 | EFC No. 148- OBJECTIONS by Plaintiff Francisco Hurtado to reading deposition of witness Diane Valenzuela and to the testimony of Deputy Justin | 0.3 |
| 3/19/2024 | EFC No. 150- TRANSCRIPT REQUEST by California Highway Patrol, State of California, Edgardo Yepez for proceedings held on March 18, 2024 before | 0.1 |

Legal Assistant Briseira Gomez          I.H, a minor, et al. v. State of CA, et al.
Time record keeping sheet              Case No.: 2:19-cv-02343-DAD-AC

| 3/19/2024 | EFC No. 151- MINUTES for proceedings held before District Judge Dale A. Drozd: JURY TRIAL DAY 7* held on 3/19/2024. Court in session. Outside the presence of the jury. Dale Galipo and Kent Henderson appeared on behalf of | 0.1 |
|---|---|---|
| 3/19/2024 | EFC No. 154- JURY INSTRUCTIONS GIVEN, saved into client file. | 0.1 |
| 3/19/2024 | EFC No. 155- JURY NOTES 4:37pm, saved into client file. | 0.1 |
| 3/19/2024 | EFC No. 156- JURY NOTES 4:50pm, saved into client file. | 0.1 |
| 3/19/2024 | Received from ROBERT W. JOHNSON & ASSOCIATES, Invoice 41145, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 3/19/2024 | Received from MOVE DOCS, Case ID 1523210, submitted payment request form to accounting department. Saved into client file. | 0.2 |
| 3/20/2024 | EFC No. 152- TRANSCRIPT REQUEST by California Highway Patrol, State of California, Edgardo Yepez for proceedings held on 3-19-2024 before Judge Drozd. Court Reporter Maryann Valenoti, saved into client file. | 0.1 |
| 3/20/2024 | EFC No. 157- JURY NOTES 10:22am, saved into client file. | 0.1 |
| 3/20/2024 | EFC No. 158- JURY NOTES 10:48am, saved into client file. | 0.1 |
| 3/20/2024 | EFC No. 159- JURY NOTES 11:55am, saved into client file. | 0.1 |
| 3/20/2024 | EFC No. 160- JURY NOTES 4:15pm, saved into client file. | 0.1 |
| 3/21/2024 | Received from EXPRESS IMAGING SOLUTIONS, Invoice 6951, submitted payment request form to accounting department. Payment issued by | 0.2 |
| 3/21/2024 | EFC No. 153- MINUTES for proceedings held before District Judge Dale A. Drozd: JURY TRIAL DAY 8 held on 3/21/2024. Francisco Hurtado present. Dft Edgardo Yepez present. Back in the presence of the jury. Counsel present. | 0.1 |
| 3/21/2024 | EFC No. 161- JURY NOTES 9:32am, saved into client file. | 0.1 |
| 3/21/2024 | EFC No. 162- JURY NOTES 10:06am, saved into client file. | 0.1 |

Legal Assistant Briseira Gomez    J. H, a minor, et al. v. State of CA, et al.
Case 2:19-cv-02343-DAD-AC   Document 263-29   Filed 12/09/24   Page 15 of 27
Time record keeping sheet      Case No.: 2:19-cv-02343-DAD-AC

| 3/21/2024 | EFC No. 163- JURY NOTES 1:05pm, saved into client file. | 0.1 |
|-----------|-----------|-----|
| 3/21/2024 | EFC No. 164- JURY NOTES 1:54pm, saved into client file. | 0.1 |
| 3/21/2024 | EFC No. 165- MINUTES for proceedings held before District Judge Dale A. Drozd: JURY TRIAL DAAY 9 completed on 3/21/2024. Francisco Hurtado present. Kent Henderson appeared on behalf of plaintiff. LeeAnn Whitmore | 0.1 |
| 3/21/2024 | EFC No. 166- WITNESS LIST, saved into client file. | 0.1 |
| 3/21/2024 | EFC No. 167- EXHIBIT LIST, saved into client file. | 0.1 |
| 3/31/2024 | Received from ON SCENE CONSULTING, Invoice 2024-01, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 4/3/2024 | Received from DEADLINE.COM, Invoice April 2024, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 4/5/2024 | EFC No.169- RESPONSE by California Highway Patrol, State of California, Edgardo Yepez to (#168)] Minute Order, saved into client file. | 0.1 |
| 4/5/2024 | Received from EXPRESS LEGAL SUPPORT NETWORK, Invoice OC-31500 submitted payment request form to accounting department. Payment issued | 0.2 |
| 4/5/2024 | Received from EXPRESS LEGAL SUPPORT NETWORK, Invoice OC-31501 submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 4/5/2024 | Received from EXPRESS LEGAL SUPPORT NETWORK, Invoice OC-31502 submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 4/5/2024 | Received from EXPRESS LEGAL SUPPORT NETWORK, Invoice OC-31503 submitted payment request form to accounting department. Payment issued | 0.2 |
| 4/5/2024 | Received from EXPRESS LEGAL SUPPORT NETWORK, Invoice OC-31504 submitted payment request form to accounting department. Payment issued | 0.2 |
| 4/5/2024 | Received from EXPRESS LEGAL SUPPORT NETWORK, Invoice OC-31505 submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 4/5/2024 | Received from EXPRESS LEGAL SUPPORT NETWORK, Invoice OC-31506 submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |

| | | |
|---|---|---|
| 4/5/2024 | Received from EXPRESS LEGAL SUPPORT NETWORK, Invoice OC-31507 submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 4/5/2024 | Received from EXPRESS LEGAL SUPPORT NETWORK, Invoice OC-31508 submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 4/5/2024 | Received from EXPRESS LEGAL SUPPORT NETWORK, Invoice OC-31509 submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 4/24/2024 | Received from BARKLEY COURT REPORTERS, Invoice 1052825, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 5/7/2024 | Received from ON-SCENE CONSULTING GROUP, LLC., Invoice 2024-01, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 7/7/2024 | EFC No. 171- TRANSCRIPT of Motion to Modify Trial Schedule and Motions in Limine held on March 5, 2024, before District Judge Dale A. Drozd, filed by Court Reporter Maryann Valenoti, Phone number 916-930-4275 E-mail mvalenotirmrcrr@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction must be filed within 5 court days. Redaction Request due 7/29/2024. Redacted Transcript Deadline set for 8/8/2024. Release of Transcript Restriction set for 10/7/2024, saved into client file. | 0.1 |
| 7/10/2024 | Received from R.H. YOUNG, INC., Invoice 24-03-0045 submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 7/18/2024 | Received from RINCON, Invoice 27946, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/2/2024 | Received from VERONICA LIMON, Invoice Loan to Client for Funeral Expense, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/13/2024 | Received from ADR SERVICES, INC. Invoice 24-3800-JWH-01, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/16/2024 | Received from GREENFILING. Invoice 10630709, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |

Legal Assistant Briseira Gomez, I, LA, a minor, et al. v. State of CA, et al.
Case 2:19-cv-02343-DAD-AC   Document 265-29   Filed 12/09/24   Page 17 of 27
Time record keeping sheet                     Case No.: 2:19-cv-02343-DAD-AC

| 8/21/2024 | Received from EXPRESS NETWORK, Invoice OC-32135, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
|-----------|------|-----|
| 8/21/2024 | Received from EXPRESS NETWORK, Invoice OC-32136, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from EXPRESS NETWORK, Invoice OC-32137, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from EXPRESS NETWORK, Invoice OC-31824, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from EXPRESS NETWORK, Invoice OC-31825, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from EXPRESS NETWORK, Invoice OC-31826, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from EXPRESS NETWORK, Invoice OC-31827, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from EXPRESS NETWORK, Invoice OC-31828, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from EXPRESS NETWORK, Invoice OC-31829, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from EXPRESS NETWORK, Invoice OC-31830, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from EXPRESS NETWORK, Invoice OC-31831, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from EXPRESS NETWORK, Invoice OC-31832, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from EXPRESS NETWORK, Invoice OC-31833, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from EXPRESS NETWORK, Invoice OC-31834, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |

Legal Assistant Briseira Gomez
L.J., a minor, et al. v. State of CA, et al.
Time record keeping sheet
Case No.: 2:19-cv-02343-DAD-AC

Case 2:19-cv-02343-DAD-AC   Document 265-29   Filed 12/09/24   Page 18 of 27

| 8/21/2024 | Received from EXPRESS NETWORK, Invoice OC-31835, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
|-----------|---|-----|
| 8/21/2024 | Received from EXPRESS NETWORK, Invoice OC-31836, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from EXPRESS NETWORK, Invoice OC-31837, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from EXPRESS NETWORK, Invoice OC-31838, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from EXPRESS NETWORK, Invoice OC-31839, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from VERITEXT, Invoice 5726102, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from VERITEXT, Invoice 5751928, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from VERITEXT, Invoice 5878768, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from VERITEXT, Invoice 7196040, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from VERITEXT, Invoice 6083832, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from VERITEXT, Invoice 5885115, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from VERITEXT, Invoice 5971535, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/21/2024 | Received from VERITEXT, Invoice 7196021, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/22/2024 | Received from STANISLAUS COUNTY COURT, Confirmation 086608, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |

Legal Assistant Briseira Gomez
Time record keeping sheet

Case 2:19-cv-02343-DAD-AC   Document 263-29   Filed 12/09/24   Page 19 of 27
L. H, a minor, et al. v. State of CA, et al.
Case No.: 2:19-cv-02343-DAD-AC

| 8/27/2024 | EFC No. 174- MOTION TO SUBSTITUTE Francisco Hurtados minor children as successors in interest for Plaintiff Francisco Hurtado. Motion Hearing set for 10/1/2024 at 01:30 PM in Courtroom 4 (DAD) before District Judge Dale A. Drozd, saved into client file. | 0.1 |
|---|---|---|
| 8/27/2024 | Received from EXPRESS NETWORK, Invoice OC-31848, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/27/2024 | Received from EXPRESS NETWORK, Invoice OC-31849, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/27/2024 | Received from EXPRESS NETWORK, Invoice OC-31850, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/27/2024 | Received from EXPRESS NETWORK, Invoice OC-31851, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/27/2024 | Received from EXPRESS NETWORK, Invoice OC-31852, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/27/2024 | Received from EXPRESS NETWORK, Invoice OC-31853, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/27/2024 | Received from EXPRESS NETWORK, Invoice OC-31854, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/27/2024 | Received from EXPRESS NETWORK, Invoice OC-31855, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 8/30/2024 | EFC No. 175- TRANSCRIPT REQUEST by Francisco Hurtado for proceedings held on 3/11/2024 - 3/21/2024 before Judge Hon. Drozd. Court Reporter Maryann Valenoti, saved into client file. | 0.3 |
| 8/30/2024 | EFC No. 176- CERTIFICATE / PROOF of SERVICE by Francisco Hurtado re 174 Motion to Substitute, saved into client file. | 0.3 |
| 8/30/2024 | EFC No. 177- CERTIFICATE / PROOF of SERVICE by Francisco Hurtado re 174 Motion to Substitute, saved into client file. | 0.3 |
| 8/30/2024 | EFC No. 178- CERTIFICATE / PROOF of SERVICE by Francisco Hurtado re 174 Motion to Substitute, saved into client file. | 0.3 |
| 9/4/2024 | EFC No. 179- OPPOSITION by California Highway Patrol, State of California, Edgardo Yepez to 174 Motion to Substitute, saved into client file. | 0.1 |
| 9/5/2024 | EFC No. 180- EX PARTE APPLICATION by California Highway Patrol, State of California, Edgardo Yepez for Administrative Relief to Shorten Time on Defendants' Motion to Continue the Trial Date, saved into client file. | 0.1 |

Legal Assistant Briseira Gomez, J.J., a minor, et al. v. State of CA, et al.
Time record keeping sheet                    Case No.: 2:19-cv-02343-DAD-AC

Case 2:19-cv-02343-DAD-AC   Document 265-29   Filed 12/09/24   Page 20 of 27

| 9/5/2024 | EFC No. 181- MOTION to CONTINUE the Trial Date by California Highway Patrol, State of California, Edgardo Yepez, saved into client file. | 0.1 |
|---|---|---|
| 9/6/2024 | Received from EXPRESS NETWORK, Invoice OC-32138, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 9/6/2024 | Received from EXPRESS NETWORK, Invoice OC-32134, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 9/6/2024 | Received from EXPRESS NETWORK, Invoice OC-32133, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 9/6/2024 | Received from EXPRESS NETWORK, Invoice OC-32132, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 9/6/2024 | Received from EXPRESS NETWORK, Invoice OC-32131, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 9/6/2024 | Received from EXPRESS NETWORK, Invoice OC-31861, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 9/6/2024 | Received from EXPRESS NETWORK, Invoice OC-31860, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 9/6/2024 | Received from EXPRESS NETWORK, Invoice OC-31859, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 9/6/2024 | Received from EXPRESS NETWORK, Invoice OC-31858, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 9/6/2024 | Received from EXPRESS NETWORK, Invoice OC-31857, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 9/6/2024 | Received from EXPRESS NETWORK, Invoice OC-31856, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 9/6/2024 | Received from EXPRESS NETWORK, Invoice OC-31840, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 9/6/2024 | Received from EXPRESS NETWORK, Invoice OC-31841, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 9/6/2024 | Received from EXPRESS NETWORK, Invoice OC-31842, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |

Legal Assistant Briseira Gomez          I. H., a minor, et al. v. State of CA, et al.
Case 2:19-cv-02343-DAD-AC   Document 263-29   Filed 12/09/24   Page 21 of 27
Time record keeping sheet          Case No.: 2:19-cv-02343-DAD-AC

| | | |
|---|---|---|
| 9/6/2024 | Received from EXPRESS NETWORK, Invoice OC-31843, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 9/6/2024 | Received from EXPRESS NETWORK, Invoice OC-31844, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 9/6/2024 | Received from EXPRESS NETWORK, Invoice OC-31845, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 9/6/2024 | Received from EXPRESS NETWORK, Invoice OC-31846, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 9/6/2024 | Received from EXPRESS NETWORK, Invoice OC-31847, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 9/9/2024 | EFC No. 183- CERTIFICATE / PROOF of SERVICE by Francisco Hurtado re 174 Motion to Substitute, saved into client file. | 0.3 |
| 9/10/2024 | EFC No. 184- OPPOSITION by Francisco Hurtado to 181 Motion to Continue, saved into client file. | 0.3 |
| 9/13/2024 | EFC No. 186- REPLY by California Highway Patrol, State of California, Edgardo Yepez re 181 Motion to Continue, saved into client file. | 0.1 |
| 9/13/2024 | EFC No. 187- REPLY by Francisco Hurtado re 174 Motion to Substitute, saved into client file. | 0.3 |
| 9/18/2024 | Received from ROBERT W. JOHNSON & ASSOCIATES, Invoice Pre-trial Expert, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 9/18/2024 | EFC No. 189- ORDER signed by District Judge Dale A. Drozd on 9/17/24 GRANTING 174 Motion to Substitute and SUBSTITUTING Minors I.H., E.H., F.H., and A.H., through their mother and guardian Priscilla Macias, as successors in interest for plaintiff Francisco Hurtado, saved into client file. | 0.1 |
| 9/18/2024 | EFC No. 190- TRANSCRIPT REQUEST by California Highway Patrol, State of California, Edgardo Yepez for proceedings held on 3/12/24 before Judge Drozd. Court Reporter Maryann Valenoti, saved into client file. | 0.1 |
| 9/18/2024 | EFC No. 191- TRANSCRIPT REQUEST by California Highway Patrol, State of California, Edgardo Yepez for proceedings held on 3/12/24 before Judge Drozd. Court Reporter Maryann Valenoti, saved into client file. | 0.1 |

Legal Assistant Briseira Gomez          I. H. a minor, et al. v. State of CA, et al.
Time record keeping sheet          Case No.: 2:19-cv-02343-DAD-AC

Case 2:19-cv-02343-DAD-AC   Document 263-29   Filed 12/09/24   Page 22 of 27

| Date | Description | Time |
|---|---|---|
| 9/18/2024 | EFC No. 192- TRANSCRIPT REQUEST by California Highway Patrol, State of California, Edgardo Yepez for proceedings held on 3/15/24 before Judge Drozd. Court Reporter Maryann Valenoti, saved into client file. | 0.1 |
| 9/19/2024 | EFC No. 193- TRANSCRIPT REQUEST by California Highway Patrol, State of California, Edgardo Yepez for proceedings held on 3/12/24 before Judge Drozd. Court Reporter Maryann Valenoti, saved into client file. | 0.1 |
| 9/19/2024 | EFC No. 194- TRANSCRIPT REQUEST by California Highway Patrol, State of California, Edgardo Yepez for proceedings held on 3/12/24 before Judge Drozd. Court Reporter Maryann Valenoti, saved into client file. | 0.1 |
| 9/19/2024 | EFC No. 195- TRANSCRIPT REQUEST by California Highway Patrol, State of California, Edgardo Yepez for proceedings held on 3/15/24 before Judge Drozd. Court Reporter Maryann Valenoti, saved into client file. | 0.1 |
| 9/19/2024 | EFC No. 196- TRANSCRIPT REQUEST by A. H., E. H., F. H., I. H. for proceedings held on 3/11/2024 before Judge Hon. Drozd. Court Reporter Abigail Torres, saved into client file. | 0.1 |
| 9/24/2024 | EFC No. 197- MOTION IN LIMINE NO. 8 to prohibit reference to other police shootings, defense by the Attorney General's Office, Golden Rule Arguments or use of the Reptile Theory by California Highway Patrol, State of California, Edgardo Yepez. Motion Hearing set for 10/16/2024 at 09:00 AM in Courtroom 4 (DAD) before District Judge Dale A. Drozd, saved into client file. | 0.1 |
| 9/24/2024 | EFC No. 198- MOTION IN LIMINE NO. 9 to exclude any reference to the death of Francisco Hurtado by California Highway Patrol, State of California, Edgardo Yepez. Motion Hearing set for 10/16/2024 at 09:00 AM in Courtroom 4 (DAD) before District Judge Dale A. Drozd, saved into client file. | 0.1 |
| 9/25/2024 | Received from JOSHUA P. PRAGER, M.D., MS, Invoice FH031424TT, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 9/27/2024 | Received Proof of serivce of subpoena for Officer Randazzo, saved into client file. | .1. |
| 10/2/2024 | EFC No. 199- OPPOSITION by A. H., E. H., F. H., I. H. to 197 Motion in Limine,No. 8, saved into client file. | 0.1 |
| 10/2/2024 | EFC No. 200- OPPOSITION by A. H., E. H., F. H., I. H. to 198 Motion in Limine, No. 9, saved into client file. | 0.1 |

Legal Assistant Briseira Gomez
Time record keeping sheet

Case 2:19-cv-02343-DAD-AC   Document 263-29   Filed 12/09/24   Page 23 of 27

L.J. a minor, et al. v. State of CA, et al.
Case No.: 2:19-cv-02343-DAD-AC

| | | |
|---|---|---|
| 10/3/2024 | EFC No. 202- TRIAL TRANSCRIPT of Jury Trial Day 1 held on 3/11/24, before District Judge Dale A. Drozd, filed by Court Reporter Abigail Torres, Phone number 916-930-4116 E-mail a.torres.reporting@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction must be filed within 5 court days. Redaction Request due 10/24/2024. Redacted Transcript Deadline set for 11/4/2024. Release of Transcript Restriction set for 1/2/2025, saved into client file. | 0.1 |
| 10/4/2024 | EFC No. 203- MEMORANDUM by State of California in SUPPORT of 197 Motion in Limine, saved into client file. | 0.1 |
| 10/4/2024 | EFC No. 204- REPLY by State of California to RESPONSE to 198 Motion in Limine, saved into client file | 0.1 |
| 10/11/2024 | EFC No. 206- TRANSCRIPT of Trial Day 2 held on March 12, 2024 available for download and saved into client file. | 0.1 |
| 10/11/2024 | EFC No. 207-TRANSCRIPT of Trial Day 3 held on March 13, 2024 available for download and saved into client file. | 0.1 |
| 10/11/2024 | EFC No. 208-TRANSCRIPT of Trial Day 4 held on March 14, 2024 available for download and saved into client file. | 0.1 |
| 10/11/2024 | EFC No. 209- TRANSCRIPT of Trial Day 5 on March 15, 2024  available for download and saved into client file. | 0.1 |
| 10/11/2024 | EFC No. 210- TRANSCRIPT of Trial Day 6 held on March 18, 2024 available for download and saved into client file. | 0.1 |
| 10/11/2024 | EFC No. 211-TRANSCRIPT of Trial Day 7 held on March 19, 2024 available for download and saved into client file. | 0.1 |
| 10/11/2024 | EFC No. 212- TRANSCRIPT of Trial Day 8 held on March 20, 2024 available for download and saved into client file. | 0.1 |
| 10/11/2024 | EFC No. 213- TRANSCRIPT of Trial Day 9 held on March 21, 2024 available for download and saved into client file. | 0.1 |
| 10/11/2024 | EFC No. 214- TRANSCRIPT Testimony of Dr. Jesse Wobrock held on March 13, 2024  available for download and saved into client file. | 0.1 |
| 10/11/2024 | EFC No. 215- TRANSCRIPT Testimony of Scott DeFoe held on March 13, 2024 available for download and saved into client file. | 0.1 |
| 10/11/2024 | EFC No. 216- TRANSCRIPT Testimony of Francisco Hurtado held on March 15, 2024 available for download and saved into client file. | 0.1 |
| 10/13/2024 | Received from AIRBNB, Receipt ID RCHTQWFTCD, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 10/14/2024 | Received from ARBIO INC., Invoice 024083, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |

Legal Assistant Briseira Gomez
J. J., a minor, et al. v. State of CA, et al.
Case 2:19-cv-02343-DAD-AC   Document 265-29   Filed 12/09/24   Page 24 of 27
Time record keeping sheet
Case No.: 2:19-cv-02343-DAD-AC

| | | |
|---|---|---|
| 10/14/2024 | Received from SOUTHWEST AIRLINES, Confirmation 2Z97E9, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 10/15/2024. | ECF No. 219- AMENDED STATEMENT of the Case filed by Plaintiffs, saved into client file. | 0.1 |
| 10/15/2024 | ECF No. 220- PROPOSED JURY INSTRUCTIONS by Plaintiffs, saved into client file. | 0.1 |
| 10/15/2024 | ECF No. 221- PROPOSED VERDICT submitted by Plaintiffs, saved into client file. | 0.1 |
| 10/15/2024 | ECF No. 222 - PROPOSED VERDICT submitted by Defendants, saved into client file. | 0.1 |
| 10/15/2024 | ECF No. 223 - PROPOSED JURY INSTRUCTIONS submitted by Defendants, saved into client file. | 0.1 |
| 10/15/2024 | Received from BERBERIAN LEGAL SERVICE, Invoice 11741, submitted payment request form to accounting department. Saved into client file. | 0.2 |
| 10/16/2024 | MINUTES saved into client file. | 0.1 |
| 10/16/2024 | Received from UBER, Receipt Date 10/16/2024, submitted payment request form to accounting department. Saved into client file. | 0.2 |
| 10/17/2024 | Received from AIRBNB, Receipt ID RCRK9W33DW, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 10/18/2024 | MINUTES saved into client file. | 0.1 |
| 10/18/2024 | Received from UBER, Receipt Date 10/18/2024, submitted payment request form to accounting department. Saved into client file. | 0.2 |
| 10/18/2024 | Received from UBER, Receipt Date 10/18/2024, submitted payment request form to accounting department. Saved into client file. | 0.2 |
| 10/18/2024 | Received from FEDEX, Invoice 779281137355, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 10/18/2024 | Received from MARY MEINHARD & ASSOCIATES, INC, Invoice 10/18/2024, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 10/20/2024 | Received from UBER, Receipt Date 10/18/2024, submitted payment request form to accounting department. Saved into client file. | 0.2 |
| 10/21/2024 | MINUTES saved into client file. | 0.1 |
| 10/21/2024 | Received from RINCON, Receipt Trial Testimony, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 10/21/2024 | Received from FEDEX, Invoice 779307062092, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |

| | | |
|---|---|---|
| 10/21/2024 | Received from MARILYN S. JACOBS, PH.D., ABPP, Invoice Date 10/21/2024, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 10/22/2024 | MINUTES saved into client file. | 0.1 |
| 10/23/2024 | MINUTES saved into client file. | 0.1 |
| 10/23/2024 | Received from FEDEX, Invoice 779365338798, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 10/24/2024 | MINUTES saved into client file. | 0.1 |
| 10/24/2024 | Received from UBER, Receipt Date 10/18/2024, submitted payment request form to accounting department. Saved into client file. | 0.2 |
| 10/24/2024 | EXHIBIT LIST, JURY NOTES, JURY VERDICT, JURY INSTRUCTIONS available for download and saved into client file. | 0.2 |
| 10/24/2024 | Received from UBER, Receipt Date 10/18/2024, submitted payment request form to accounting department. Saved into client file. | 0.2 |
| 10/24/2024 | Received from UBER, Receipt Date 10/18/2024, submitted payment request form to accounting department. Saved into client file. | 0.2 |
| 10/24/2024 | Received from JOSHUA P. PRAGER, M.D., MS, Invoice FH031424TT2, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 10/24/2024 | Received from RINCON, Invoice 47518, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 10/26/2024 | Received email from accouting department who will start updating the cost sheets for the file. Saved email into file. | 0.1 |
| 10/26/2024 | Received email from Priority Funding requesting status on  the case, sent email open and pending, saved email into client file. | 0.1 |
| 10/27/2024 | Received email from Dr. Braaton reuqesting payment, sent inquiry to accouting department. Saved into client file. | 0.1 |
| 10/28/2024 | Received from RINCON, Invoice 47518, submitted payment request form to accounting department. Payment issued by accounting department, mailed | 0.2 |
| 10/28/2024 | Received from HURTADO COSTS, Invoice Date 10/28/2024, submitted payment request form to accounting department. Payment issued by accounting department, mailed out payment. | 0.2 |
| 10/29/2024 | Received email from Angel requesting that we update the cost sheets, sent email to accouting department. Saved email into client file. | 0.2 |

Legal Assistant Briseira Gomez               L.H. a minor, et al. v. State of CA, et al.
Time record keeping sheet                    Case No.: 2:19-cv-02343-DAD-AC

| Date | Description | Hours |
|------|-------------|-------|
| 10/30/2024 | Received email from Priority Funding requesting status on the case, sent email open and pending, saved email into client file. | 0.1 |
| 10/30/2024 | Received email communications from Trial team re post trial motions, updated clio calendars and saved into client file. | 0.1 |
| 10/30/2024 | JUDGMENT available for download and saved into client file. | 0.1 |
| 10/30/2024 | Received from RECIEPTS FROM TRIAL, Receipt Dates from 10/20/2024 to 10/252/24 submitted payment request form to accounting department. | 0.2 |
| 11/3/2024 | Received email from Dr. Braaton reuqesting payment, Angel responded with approval. Sent request to accuting department to issued payment for Dr. | 0.2 |
| 11/4/2024 | Accouting Department reviewed case costs, updated the cost sheets and send out email to the team with updated accouting totals. | 8 |
| 11/5/2024 | Received drafted Stipulation , saved into client file. | 0.1 |
| 11/6/2024 | STIPULATION AND PROPOSED ORDER saved into client file. | 0.1 |
| | TOTAL | 69.5 |