**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; E.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; F.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; and A.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado;<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02343-DAD-AC<br><br>*Honorable Dale A. Drozd*<br><br>**DECLARATION OF SANTIAGO G. LAUREL IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

## **DECLARATION OF SANTIAGO G. LAUREL**

I, Santiago G. Laurel, hereby declare as follows:

1. I am currently employed as a litigation/legal assistant at the Law Offices of Dale K. Galipo, where I work under the supervision of attorneys Dale K. Galipo and Hang Le. Both attorneys are licensed to practice law in the United States District Court for the Central District of California. I submit this declaration in support of Plaintiff's Motion for Attorneys' Fees. I have personal knowledge of the matters set forth herein and am fully capable of testifying competently to these facts if called upon to do so.

2. I have approximately 17 years of experience in the legal field, working in both state and federal courts as a legal and litigation assistant for multiple law firms. Prior to my current position at the Law Offices of Dale K. Galipo, I served for five years as the Senior Litigation Assistant at Shimmel and Parks, APLC. In this role, I provided high-level support to three trial attorneys, overseeing cases from their inception through to trial preparation, including complex litigation matters. My responsibilities included assembling, preparing, and finalizing pleadings for physical court filing and e-filing in state, federal, and appellate courts. I also prepared various discovery requests and responses, deposition notices, subpoenas, court notices, case management statements, federal reports, witness lists, exhibit lists, and jury instructions. Additionally, I maintained the office calendar, ensuring compliance with state, local, and administrative deadlines.

3. In September 2021, I joined the Law Offices of Dale K. Galipo, where I currently work as a litigation secretary. During the past two years, I have been one of three litigation assistants assigned to Mr. Galipo and eight of his associate attorneys, including Ms. Masongsong, Ms. Leap, Mr. Levine, Mr. Valenzuela, Mr. Sincich, Ms. Le, and Mr. Mayne. Under the supervision of Mr. Galipo and Ms. Masongsong, I have worked on approximately 50 cases from pre-litigation to trial. I am currently assigned to support Mr. Galipo's associates with their day-to-day tasks in approximately 50 cases.

4. My daily responsibilities at the Law Offices of Dale K. Galipo include:

evaluating prospective cases, including by speaking with prospective clients directly and gathering the information and documents necessary to make an informed determination regarding each case; drafting the templates for various documents at all stages of litigation; calendaring the dates set forth in the case management or scheduling orders of each case I am assigned to, including by calculating dates pursuant to the controlling local rules when no date has been explicitly set forth; reviewing documents produced during discovery to advise the attorneys of what was received, as well as creating lists of involved persons and their roles during the incident at issue; working with the clients to coordinate discovery and gathering documentation from them; interpret for Spanish-speaking clients; coordinating with defense counsel and third parties for the scheduling of depositions, meet and confers, managing deadlines and miscellaneous case issues; reviewing produced discovery and identifying potential witnesses; drafting and serving subpoenas for depositions and the production of documents; filing pleadings with both state and federal courts; reviewing all local rules and requirements for cases in different districts and states to ensure we are in compliance; maintaining up-to-date litigation costs and expense worksheets for each case I am assigned to; preparing counsel for hearings and trial by preparing binders and boxes with all relevant documents, tabbed and indexed.

5. As of this date I have spent 9.75 hours of billable time in connection with tasks reasonably necessary to the favorable resolution of this action. From February 2024 to April 2024, I provided support to Mr. Galipo and Ms. Le in scheduling, calendar management, and trial preparation for this case, as detailed in my timesheet attached hereto as "Exhibit 20."

6. Paralegal fees are currently awarded at rates ranging from $150 to $325 per hour. In light of my years of experience, I am respectfully requesting an hourly fee of $220. This rate was previously granted in the matter of Juarez Zelaya v. City of Los Angeles, et al., Case No. 2:20-cv-08382-ODW-MAA (Docket 164). Additionally, I was granted a fee of $200 per hour in the case Paola French, et al. v. City of Los Angeles, et al., Case No. 5:20-cv-00416-JGB-SP (Docket 165).

2:19-cv-02343-DAD-AC

DECLARATION OF SANTIAGO G. LAUREL

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this was executed this 6th day of December, 2024 at Woodland Hills, California

                          */s/ Santiago G. Laurel*
                            Santiago G. Laurel