# EXHIBIT 20

**Santiago Laurel**                    *I.H., a minor, et al. v. State of CA, et al.*
**Timekeeping Record**                 **Case No. 5:18-cv-00762-DMG-SP**

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 02/23/24 | Drafted an email to co-counsel requesting documents for review and a copy of the entire file. Reviewed the email from co-counsel's office. Created a Dropbox folder and shared it with Ms. Gomez and Mr. Carrazco. | 0.50 |
| 02/26/24 | Downloaded the contents from Dropbox and organized the files. Created separate files for pleadings and documents to prepare for trial. Reviewed and inventoried the contents for trial preparation. | 2.00 |
| 02/26/24 | Added the Court's trial-ordered deadlines to the calendar and updated Mr. Galipo's schedule with the relevant dates. | 0.50 |
| 03/04/24 | Coordinated with co-counsel to confirm availability for a conference call. Drafted and sent an email with the conference details and dial-in instructions. | 0.25 |
| 03/05/24 | Downloaded and printed NEF-stamped trial documents. Assembled the pretrial binder for Mr. Galipo, including preparing the table of contents with appropriate tabs. | 2.0 |
| 03/05/24 | Downloaded and printed NEF-stamped motions in limine, including their oppositions. Organized and prepared a table of contents for the motions, oppositions, and declarations, totaling 37 documents. Assembled Mr. Galipo's Motion in Limine binder, including tabs and the table of contents. | 2.0 |
| 04/04/22 | Printed deposition transcripts and statements for Mr. Galipo in preparation for trial. Took inventory of the transcripts and printed three copies of each, along with separators for the deposition and statement transcripts. | 2.5 |
| | **TOTAL HOURS** | 9.75 |