**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; E.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; F.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; and A.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado;<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02343-DAD-AC<br><br>*Honorable Dale A. Drozd*<br><br>**DECLARATION OF LESLIE DE LEAON IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |

# **DECLARATION OF LESLIE DE LEON**

I, Leslie De Leon, hereby declare as follows:

1. I am a litigation/legal assistant currently employed by the Law Offices of Dale K. Galipo. I work under the supervision of attorneys Dale K. Galipo, Hang Le, and Eric Valenzuela, each of whom are licensed to practice law in the United States District Court for the Central District of California. I make this declaration in support of Plaintiffs' Motion for Attorneys' Fees. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called.

2. I have been in the legal field for approximately seven years, with experience in both state and federal court, working as a legal assistant and litigation assistant for multiple law firms. I hold a Juris Doctor (J.D.) degree in Law from the University of Santo Tomas in Manila, Philippines, which I earned in March 2008. Additionally, I hold a Bachelor's degree in Education from the same university, which I completed in March 2000.

3. Prior to my employment at the Law Offices of Dale K. Galipo, I worked at Nemecek and Cole from 2022 to 2024, where I provided high-level support to attorneys in all phases of litigation. My responsibilities included drafting legal documents, preparing exhibits, preparing trial binders, conducting legal research, organizing and maintaining case files, and ensuring deadlines were met. I also prepared discovery, assisted with depositions, e-filed documents in state, federal, and appellate courts, and supported trial preparation, including document production and managing exhibits.

4. In March 2024, I joined the Law Offices of Dale K. Galipo. I currently work as a litigation assistant, supporting attorneys Dale K. Galipo, Hang Le, Eric Valenzuela, Shannon Leap, and other associates on a variety of cases. My role includes assisting with case management, preparing legal documents, filing pleadings, coordinating discovery, and preparing trial binders. I work closely with the attorneys to ensure that all necessary steps in the litigation process are completed on time and in accordance with local rules.

5. My daily responsibilities at the Law Offices of Dale K. Galipo include providing support to attorneys in all phases of litigation, such as drafting legal documents, preparing exhibits, preparing trial binders and notebooks, conducting legal research, organizing and maintaining case files, and managing correspondence. I also assist with filing legal documents in state, federal, and appellate courts, including preparation of Tables of Contents and Authorities, and e-filing. Additionally, I handle discovery responses, propound and respond to discovery requests, prepare subpoenas, and assist in document production, including Bates labeling and redacting. I schedule meetings, depositions, court hearings, and remote appearances, and I maintain the firm's calendar to ensure compliance with deadlines.

6. As of this date, I have spent 16 hours of billable time on tasks that are reasonably necessary to the favorable resolution of this action, as reflected in my timesheet attached hereto as "Exhibit 21."

7. Currently, paralegal fees are awarded at rates ranging from $150 to $325 per hour. Given my experience and the nature of the work I perform, I am respectfully requesting an hourly rate of $220, which is consistent with the rate previously granted to my colleague, Santiago Laurel, for work of a similar nature.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this was executed this 6th day of December, 2024 at Woodland Hills, California

*/s/ Leslie De Leon*
Leslie De Leon