# EXHIBIT 21

Leslie De Leon  *Hurtado v. State of California, et al.*
Timekeeping Record  Case No. 2:19-cv-02343-DAD- AC

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 8/01/24 | Receive and calendar notice of hearing from ADR Services, Inc. on Mediation set for August 22, 2024 at 10:00 am.; Calendar deadlines. | 0.2 |
| 8/22/24 | Set up mediation remote appearance via zoom for DKG | 0.1 |
| 8/28/24 | Arrange for service of the Motion to Substitute to the following parties: Julissa Diaz Ruelas (mother of minor David Joseph Diaz Ruelas) at Merced County Jail, and David Diaz and Rosa Ruelas (grandparents of minor). | 2 |
| 8/30/24 | Email court reporter re cost estimate on trial transcripts | 0.1 |
| 8/30/24 | E-file proofs of service on Motion to Substitute | 0.2 |
| 9/5/24 | Calculate and calendar deadline for Plaintiffs' Opposition to Defendants' Motion to Continue Trial | 0.1 |
| 9/19/24 | Process invoice for trial transcripts | 0.2 |
| 9/19/24 | Exchange emails with court reporters Abigail Torres and Maryann Valenoti re turnaround time for transcript delivery | 0.5 |
| 9/20/24 | Exchange further emails with court reporters re transcript delivery | 0.2 |
| 9/24/24 | Calculate and calendar deadline for Plaintiffs' Opposition to Defendants' Motions In Limine | 0.1 |
| 10/02/24 | Sent follow up emails to court reporters re transcripts | 0.1 |
| 10/7/24 | Sent follow up email to court reporter Maryann Valenoti re delivery of transcripts | 0.1 |
| 10/10/24 | Process final invoice for trial transcripts | 0.1 |
| 10/11/24 | Gather and print the trial transcripts for the first trial. | 5.0 |
| 10/14/24 | Prepare binders and tabs for the trial transcripts. Organize in numerical orders. Four sets. | 4.0 |
| 10/14/24 | Arrange the binders in boxes and prepare for shipment. Create shipment labels. Drop off the package at Fedex, Woodland Hills. | 2.0 |
| 10/15/24 | Prepare Dale's trial binder. Gather and print copies of operative complaint, witness list, exhibit list, motions in limine, jury instructions, and other trial documents. | 1.0 |
| **TOTAL HOURS** | | **16** |

1