# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; E.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; F.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; and A.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado;<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02343-DAD-AC<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 1988** |

# [PROPOSED] ORDER

Having considered Plaintiffs I.H., E.H., F.H., and A.H.'s Motion for Attorneys' Fees, along with declarations and exhibits in support thereof, IT IS HEREBY ORDERED that Plaintiffs' Motion for Attorneys' Fees Pursuant to 42 U.S.C. § 1988 is GRANTED. The Court awards attorneys' fees as follows:

| Attorney/Biller | Yrs. Practice | Rate | Hours | Total |
|---|---|---|---|---|
| Dale K. Galipo | 36 | $1400 | 713.5 | $998,900 |
| Hang D. Le | 11 | $700 | 57.4 | $40,180 |
| Kent M. Henderson | 35 | $1100 | 1764.85 | $1,941,335 |
| Angel Carrazco, Jr. | 20 | $1000 | 925.2 | $925,000 |
| Humberto Guizar | 37 | $975 | 41.2 | $40,170 |
| Christopher L. Holm | 8 | $600 | 746 | $447,600 |
| Nathan Henderson | Law Clerk | $300 | 317.7 | $95,310 |
| Antonio Gallegos | Litigation Assistant/Law Clerk | $175 | 51.1 | $8,942.50 |
| Ely Arraiga | Litigation Assistant | $200 | 65.8 | $13,160 |
| Briseria Gomez | Litigation Assistant | $175 | 69.5 | $12,162.50 |
| Santiago Laurel | Litigation Assistant | $225 | 9.75 | $2,193.75 |
| Leslie De Leon | Litigation Assistant | $225 | 16 | $3,600 |
| **SUBTOTAL:** | | | | **$4,528,553.75** |
| **50% Multiplier:** | | | | **$2,264,276.88** |
| **TOTAL:** | | | | **$6,792,830.63** |

**IT IS SO ORDERED**.

Dated: _____, 2024

               _____
               HONORABLE DALE A. DROZD
               UNITED STATES DISTRICT JUDGE