# EXHIBIT A

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| I.H., et al. <br> v. <br> State of California, et al. | Case No.: 2:19-cv-02343-DAD-AC |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __10/24/2024__ against __State of California__,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 3,846.93 |
| Fees for service of summons and subpoena | 20,957.93 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 16,873.12 |
| Fees and disbursements for printing | 7,012.45 |
| Fees for witnesses *(itemize on page two)* | 618,428.35 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | 8,737.30 |
| Docket fees under 28 U.S.C. § 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 | |
| Other costs *(please itemize)* | 32,945.43 |
| **TOTAL** | **$ 708,801.51** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories. See attached Exhibit Nos. 1-3

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service    ☐ First class mail, postage prepaid
☐ Other: _____

s/ Attorney: /s/ Angel Carrazco, Jr.
Name of Attorney: Angel Carrazco, Jr.
For: Plaintiffs I.H, E.H., F.H., A.H.    Date: 12/9/2024
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
*Clerk of Court*          *Deputy Clerk*          *Date*

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees)** | | | | | | | |
| NAME, CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| CL Expert Costs | | 210,574.62 | | | | | $210,574.62 |
| PL Expert Costs | | 407,853.73 | | | | | $407,853.73 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $618,428.35 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:
    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print    Save As...    Reset

# EXHIBIT NO. 1

CASE COSTS: _____ Francisco Hurtado _____   File No. _____ 70.0045.001 _____

| Invoice Date | PAYABLE TO: | Invoice # | AMT. | Bill of Costs |
|---|---|---|---|---|
| 6/1/2010 | 1 Admin Fee | | $ 250.00 | Fees of the Clerk |
| 6/30/2021 | 4 Corners Deposition Summaries Inc | 153040 | $ 3,846.93 | |
| 4/22/2021 | Ace Imaging Technologies | OPP3043-01 | $ 620.10 | Fees for service of summons and subpoena |
| 4/22/2021 | Ace Imaging Technologies | OPP3043-02 | $ 50.06 | |
| 4/22/2021 | Ace Imaging Technologies | OPP3043-03 | $ 20,957.93 | Fees for printed or electronically recorded transcripts necessarily obtained |
| 4/22/2021 | Ace Imaging Technologies | OPP3043-04 | $ 50.44 | |
| 4/22/2021 | Ace Imaging Technologies | OPP3043-05 | $ 152.38 | Fees and disbursements for printing |
| 4/22/2021 | Ace Imaging Technologies | OPP3043-06 | $ 50.06 | |
| 4/22/2021 | Ace Imaging Technologies | OPP3043-07 | $ 104.81 | Fees for witnesses |
| 4/22/2021 | Ace Imaging Technologies | OPP3043-08 | $ 50.06 | 7,012.45 |
| 4/22/2021 | Ace Imaging Technologies | OPP3044-01 | $ 50.06 | 210,574.62 |
| 4/22/2021 | Ace Imaging Technologies | OPP3044-02 | $ 54.66 | 407,853.73 |
| 5/6/2021 | Ace Imaging Technologies | OPP3074-01 | $ 89.15 | 618,428.35 |
| 5/6/2021 | Ace Imaging Technologies | OPP3075-01 | $ 81.74 | Fees for exmplification and costs of copies |
| 8/24/2021 | Ace Imaging Technologies | OPP3363-01 | $ 239.00 | 8,737.30 |
| 11/2/2021 | Ace Imaging Technologies | OPP3564-01 | $ 53.30 | Other |
| 6/27/2024 | ADR Services, Inc. | | $ 7,395.00 | 32,945.43 |
| 3/21/2024 | AG Reimbursement | | $ 79.92 | |

| Date | Description | Reference | Amount |
|---|---|---|---|
| 3/6/2024 | Airbnb - Sacramento | Conf Code: HMM5XXSFFE | $ 2,506.99 |
| 7/12/2021 | Airbnb - Santa Ana | | $ 2,261.48 |
| 10/14/2024 | Airbnb 4 nights for Trial Sacramento | | $ 780.79 |
| 10/17/2024 | AirBnB 7 nights, 10/18-10/25 | | $ 1,888.65 |
| 3/8/2024 | Airbnb- Sacramento - added another day | Conf Code: HMM5XXSFFE | $ 154.09 |
| 6/11/2021 | Amazon | Order#114-6392788-7879464 | $ 162.36 |
| 7/2/2022 | Andrew M. O'Brien | | $ 750.00 |
| 10/30/2022 | Barkely- Transcript: Craig Enos | 565547 | $ 924.25 |
| 8/29/2022 | Barkely- Transcript: Renee Binder | 563875 | $879.55 |
| 8/22/2022 | Barkley - Transcript: Expert, Vick Schweitzer, R.N | 563077 | $ 771.80 |
| 8/1/2022 | Barkley- Appearance for: James Mills Late cacellation | 563031 | $ 325.00 |
| 5/4/2023 | Barley- Transcript: Braham Ravani, PhD | 1052825 | $ 1,034.40 |
| 10/15/2024 | Berberian Legal Service | Invoice #11741 | $ 275.00 |
| 8/9/2021 | Big O Tires Paid for new tire | | $ 266.76 |
| 8/25/2021 | Child Support Lien | | $ 1,867.90 |
| 7/16/2021 | Child Support Lien | | $ 1,860.00 |
| 8/29/2024 | CHP Refund of Payments | Check#2112 | $ (980.00) |
| 1/7/2024 | CHP Refund of Payments for Legal support Network | OC-24-37107 | $ (400.00) |
| 10/26/2024 | Closing Expenses- Boxes | 15 x 150 | $ 2,250.00 |
| 3/8/2024 | Counter Receipt | Witness Fee | $ 275.00 |
| 10/21/2019 | Court Call | | $ 94.00 |
| 3/1/2022 | Craigmyle Legal Nurse Services | Inv 2372 | $ 500.00 |
| 11/1/2023 | Deadlines.com | October | $ 30.00 |
| 10/4/2023 | Deadlines.com | Nov-23 | $ 25.00 |
| 1/2/2024 | Deadlines.com | Dec-23 | $ 25.00 |
| 2/5/2024 | Deadlines.com | Jan-34 | $ 25.00 |
| 3/4/2024 | Deadlines.com | Billing period -March | $ 30.00 |

CASE COSTS FORM - SO(1)

| Deadlines | | | |
|---|---|---|---|
| 4/3/2024 | Deadlines.com | April 2024 | $ 30.00 |
| 11/4/2021 | Esquire Depo Solutions-Depo of Paul Braaton M.D. | INV2050367 | $ 468.00 |
| 6/10/2022 | Examwork | 170-2620036 | $ 975.00 |
| 6/10/2022 | Examwork | 170-2620016 | $ 1,300.00 |
| 8/31/2022 | ExamWorks, LLC - Vicki J. Schweitzer Depo | 170-2657970 | $ 250.00 |
| 11/9/2021 | Expedia - Best Western - 11/12/21 | #7219509681169 | $ 619.12 |
| 11/9/2021 | Expedia - Best Western - 11/12/21 | #7219509681169 | $ (406.27) |
| 2/29/2024 | Expedia- Fairfield Inn & Suites | 72771601324086 | $ 517.46 |
| 9/4/2024 | Express Imaging Solutions- Express Network | 6951 | $ 8,462.30 |
| 2/15/2024 | Express Network | OC-31500 | $ 559.90 |
| 2/15/2024 | Express Network | OC-31501 | $ 65.00 |
| 2/15/2024 | Express Network | OC-31502 | $ 65.00 |
| 2/15/2024 | Express Network | OC-31503 | $ 65.00 |
| 2/15/2024 | Express Network | OC-31504 | $ 65.00 |
| 2/15/2024 | Express Network | OC-31505 | $ 65.00 |
| 2/15/2024 | Express Network | OC-31506 | $ 205.00 |
| 2/15/2024 | Express Network | OC-31507 | $ 65.00 |
| 2/15/2024 | Express Network | OC-31508 | $ 65.00 |
| 2/15/2024 | Express Network | OC-31509 | $ 225.00 |
| 2/22/2024 | Express Network | OC-31824 | $ 195.00 |
| 2/29/2024 | Express Network | OC-31825 | $ 205.00 |
| 2/29/2024 | Express Network | OC-31826 | $ 65.00 |
| 2/29/2024 | Express Network | OC-31827 | $ 65.00 |
| 2/29/2024 | Express Network | OC-31828 | $ 507.50 |
| 2/29/2024 | Express Network | OC-31829 | $ 347.76 |
| 2/29/2024 | Express Network | OC-31830 | $ 347.42 |
| 2/29/2024 | Express Network | OC-31831 | $ 197.41 |

CASE COSTS FORM - SO(1)

| Date | Vendor | Invoice | Amount |
|---|---|---|---|
| 2/29/2024 | Express Network | OC-31832 | $ 507.50 |
| 2/29/2024 | Express Network | OC-31833 | $ 367.50 |
| 2/29/2024 | Express Network | OC-31834 | $ 347.76 |
| 2/29/2024 | Express Network | OC-31835 | $ 194.54 |
| 2/29/2024 | Express Network | OC-31836 | $ 194.54 |
| 2/29/2024 | Express Network | OC-31837 | $ 185.00 |
| 2/29/2024 | Express Network | OC-31838 | $ 185.00 |
| 2/29/2024 | Express Network | OC-31839 | $ 93.50 |
| 2/29/2024 | Express Network | OC-31840 | $ 152.41 |
| 2/29/2024 | Express Network | OC-31841 | $ 480.00 |
| 2/29/2024 | Express Network | OC-31842 | $ 185.00 |
| 2/29/2024 | Express Network | OC-31843 | $ 154.28 |
| 2/29/2024 | Express Network | OC-31844 | $ 185.00 |
| 2/29/2024 | Express Network | OC-31845 | $ 497.50 |
| 2/29/2024 | Express Network | OC-31846 | $ 487.50 |
| 2/29/2024 | Express Network | OC-31847 | $ 367.50 |
| 2/29/2024 | Express Network | OC-31848 | $ 752.50 |
| 2/29/2024 | Express Network | OC-31849 | $ 566.31 |
| 2/29/2024 | Express Network | OC-31850 | $ 229.57 |
| 2/29/2024 | Express Network | OC-31851 | $ 126.50 |
| 2/29/2024 | Express Network | OC-31852 | $ 203.95 |
| 2/29/2024 | Express Network | OC-31853 | $ 366.92 |
| 2/29/2024 | Express Network | OC-31854 | $ 417.50 |
| 2/29/2024 | Express Network | OC-31855 | $ 295.00 |
| 2/29/2024 | Express Network | OC-31856 | $ 370.06 |
| 2/29/2024 | Express Network | OC-31857 | $ 507.50 |
| 2/29/2024 | Express Network | OC-31858 | $ 410.00 |

CASE COSTS FORM - SO(1)

| Date | Description | Reference | Amount |
|---|---|---|---|
| 2/29/2024 | Express Network | OC-31859 | $ 236.95 |
| 2/29/2024 | Express Network | OC-31860 | $ 126.50 |
| 2/29/2024 | Express Network | OC-31861 | $ 257.40 |
| 3/15/2024 | Express Network | OC-32131 | $ 208.00 |
| 3/15/2024 | Express Network | OC-32132 | $ 238.43 |
| 3/15/2024 | Express Network | OC-32133 | $ 225.00 |
| 3/15/2024 | Express Network | OC-32134 | $ 410.00 |
| 3/15/2024 | Express Network | OC-32135 | $ 2,382.12 |
| 3/15/2024 | Express Network | OC-32136 | $ 400.00 |
| 3/15/2024 | Express Network | OC-32137 | $ 400.00 |
| 3/15/2024 | Express Network | OC-32138 | $ 225.00 |
| 4/5/2024 | Express Network (Legal Support Network) | OC-24-37107 | $ 697.40 |
| 6/8/2021 | Fairfield Hotel 6/9/21 - 6/10/21 | C#9192651427668 | $ 180.14 |
| 6/9/2021 | Fairfield Hotel Parking 3/7/21 - 3/9/21 | Auth#111388 | $ 24.00 |
| 5/17/2021 | Fairfield Hotel Parking 5/17/21 - 5/20/21 / | Auth#242195 | $ 36.00 |
| 10/15/2024 | Fed Ex | T#779281137355 | $ 40.75 |
| 4/4/2021 | Fedex | Receipt#4297WHD1605 | $ 79.35 |
| 4/1/2023 | FedEx | TR# 774321170544 | $ 35.08 |
| 3/4/2023 | Fedex | 7743451536252 | $ 40.80 |
| 2/22/2024 | Fedex | TR# 775285136072 | $ 163.07 |
| 3/11/2024 | Fedex | TR#775494083914 | $ 65.94 |
| 9/18/2024 | FedEx- Mary Meinhard & Associates, Inc. | TR#779365338798 | $43.26 |
| 10/16/2024 | FedEx- Nathan Henderson | TR#779307062092 | $ 166.12 |
| 6/17/2021 | Gas Money for client - Priscilla Macias |  | $ 200.00 |
| 5/20/2021 | Gas Money for client Cash - Food and Gas |  | $ 200.00 |
| 1/25/2024 | Green Filing | Filing# 9474520 | $ 13.82 |
| 3/6/2024 | Green Filing | Filing 9725793 | $ 13.82 |

CASE COSTS FORM - SO(1)

| Date | Vendor | Reference | Amount |
|---|---|---|---|
| 8/9/2024 | Green Filing | F#10630709 | $ 13.82 |
| 5/17/2021 | Hotel.com - Tustin - Fairfield Inn & Suites Tustin | 919162069771 | $ 438.72 |
| 5/7/2021 | Hotel.com - Tustin Fairfield Inn | C#919990519330 | $ 202.08 |
| 4/19/2023 | Kusar - Braham Ravani, Ph.D. | 370217 | $ 440.00 |
| 10/4/2021 | Leticia Villareal-Barraza/Villareal & Barraza Legal Nurse Consultants Inc | | $ 750.00 |
| 10/16/2024 | Macy's - Clothing for Trial | 406-0090-0915 | $ 342.67 |
| 2/29/2024 | Marilyn S. Jacob | Pre-Payment | $ 1,300.00 |
| 3/15/2024 | Marilyn S. Jacob | | $ 1,350.00 |
| 12/6/2023 | Mary Meinhard & Associates | Depo Fee | $ 800.00 |
| 10/18/2024 | Mary Meinhard & Associates | Trial testimony | $ 4,000.00 |
| 7/9/2021 | MediCopy | 146977 | $ 5.30 |
| 9/25/2024 | Miles from Sacramento (Cadillac) | 419 x .67 | $ 280.73 |
| 10/14/2024 | Miles to Sacramento (Cadillac) | 422 x .67 | $ 282.74 |
| 3/19/2024 | Move Docs | | $ 1,830.00 |
| 1/12/2024 | Mr Ingenuity | 3125 | $ 1,000.00 |
| 10/28/2024 | Nathan Henderson | Reimbursement | $ 49.83 |
| 1/3/2021 | On Call- Case Management Statement | 200076 | $ 29.26 |
| 12/4/2018 | On call legal | 142378 | $ 29.86 |
| 4/17/2019 | On call legal | 113378 | $ 550.07 |
| 5/7/2019 | On call legal | 117240 | $ 145.90 |
| 5/8/2019 | On call legal | 117282 | $ 141.90 |
| 10/21/2019 | On call legal | 139842 | $ 95.50 |
| 10/1/2019 | On call legal | 141228 | $ 31.56 |
| 10/8/2019 | On call legal | 142750 | $ 167.35 |
| 4/30/2020 | On call Legal | 134078 | $ 71.28 |
| 4/30/2020 | On call Legal | 136369 | $ 42.24 |

CASE COSTS FORM - SO(1)

| Date | Vendor | Reference | Amount |
|---|---|---|---|
| 4/30/2020 | On call Legal | 139478 | $ 285.75 |
| 4/30/2020 | On call Legal | 139190 | $ 26.11 |
| 12/23/2020 | On call legal | 190572 | $ 430.20 |
| 3/10/2021 | On call legal | 199529 | $ 127.45 |
| 12/7/2021 | On call legal | 241782X | $ 165.98 |
| 8/15/2021 | On call legal | 241782 | $ 129.99 |
| 2/28/2022 | On call legal | 253489 | $ 30.38 |
| 7/6/2022 | On call legal | 274982 | $ 550.99 |
| 2/16/2023 | On call legal | 314012 | $ 30.30 |
| 5/15/2019 | Ortho | Records | $ 15.00 |
| 10/23/2024 | Parking Sac Valley Station | $14 x 7 days | $ 98.00 |
| 5/3/2024 | Perry Ellis | Auth: 803914 | $ 302.76 |
| 2/16/2024 | R.H. Young, Inc | Inv 24-02-0034 | $ 1,000.00 |
| 3/7/2024 | R.H. Young, Inc | Inv 24-03-0045 | $ 500.00 |
| 10/16/2024 | Sacramento Parking - Nathan Henderson | | $ 30.00 |
| 5/6/2024 | Southwest Airlines | Conf#4J2EYA | $ 426.98 |
| 5/7/2024 | Southwest Airlines | Conf#4OCG5O | $ 311.98 |
| 5/7/2024 | Southwest Airlines | Conf#4OCOYJ | $ 311.98 |
| 10/14/2024 | Southwest Airlines | Con# 2Z97E9 | $ 903.96 |
| 5/2/2019 | Stainslaus County Superior Court | R#CV-2019-00014384 | $ 435.00 |
| 3/8/2023 | Stanislaus County Superior Court | C#098988 | $ 30.35 |
| 3/7/2021 | Staples (materials to prepare for deposition) | | $ 70.98 |
| 10/16/2024 | Taxi | Auth#808645 | $ 45.00 |
| 10/20/2024 | Taxi | Auth#865721 | $ 90.60 |
| 12/21/2020 | Titan Legal Services | SU345406-01-01 | $ 199.55 |
| 1/20/2021 | Titan Legal Services | SU345406-02-01 | $ 120.41 |
| 10/18/2024 | Uber - John Wayne Airport to Yorba Linda | | $ 55.96 |

CASE COSTS FORM - SO(1)

| Date | Description | Reference | Amount |
|---|---|---|---|
| 10/18/2024 | Uber - Sacramento rental to Airport | | $ 61.28 |
| 10/24/2024 | Uber - Sacramento rental to Airport | | $ 32.08 |
| 10/16/2024 | Uber - Yorba Linda to John Wayne Airport | | $ 122.98 |
| 10/20/2024 | Uber - Yorba Linda to John Wayne Airport | | $ 63.65 |
| 10/24/2024 | Uber- John Wayne Airport to Tustin Office | | $ 21.90 |
| 10/24/2024 | Uber- Tustin Office to Yorba Linda | | $ 26.93 |
| 8/22/2024 | Vcourt -CMC | Confirmation# 086608 | $ 37.35 |
| 1/17/2024 | VCourt™ Remote Appearances | Confirmation Number: 032398 | $ 30.35 |
| 3/22/2021 | Vcourt - CMC | 18922 | $ 96.35 |
| 3/9/2021 | veritext | 4875835 | $ 690.00 |
| 3/18/2021 | veritext | 4875685 | $ 395.00 |
| 6/3/2021 | veritext | 4892869 | $ 1,843.05 |
| 8/6/2021 | Veritext | 5050255 | $ 440.30 |
| 4/20/2022 | Veritext | 5175898 | $ 548.90 |
| 4/30/2022 | Veritext | 5726102 | $ 596.65 |
| 6/29/2022 | Veritext | 5751928 | $ 659.45 |
| 5/5/2022 | Veritext | 5878768 | $ 640.80 |
| 8/16/2022 | Veritext | 5885115 | $ 698.70 |
| 5/24/2022 | Veritext | 5971535 | $ 691.20 |
| 2/28/2023 | Veritext | 6083832 | $ 578.75 |
| 2/20/2024 | Veritext | 6395806 | $ 643.67 |
| 2/21/2024 | Veritext | 7196040 | $ 247.80 |
| 5/17/2021 | Veritext - Officer Michael Randazzo | 7196021 | $ 490.10 |
| 6/13/2022 | Veritext - Witness; Christopher Stephenson, M.D. | 5013674 | $ 1,804.55 |
| 2/21/2024 | Veronica Limon | 5844032 | $ 631.10 |
| 8/2/2024 | Veronica limon | 0000209 | $ 248.20 |
| | | | $ 3,000.00 |

CASE COSTS FORM - SO(1)

| Date | Description | Notes | Amount |
|---|---|---|---|
| 5/26/2021 | VIP Ketamine | | $ 350.00 |
| 6/1/2021 | VIP Ketamine | | $ 350.00 |
| 6/7/2021 | VIP Ketamine | | $ 350.00 |
| 6/8/2021 | VIP Ketamine | | $ 350.00 |
| 6/16/2021 | VIP Ketamine | | $ 1,200.00 |
| 6/17/2021 | VIP Ketamine | | $ 1,200.00 |
| 6/18/2021 | VIP Ketamine | | $ 1,200.00 |
| 7/8/2021 | VIP Ketamine | | $ 1,200.00 |
| 9/23/2024 | Dale Galipos Reimbursement | $5314.90 CL Split Costs 50% | $ 2,657.45 |
| | Total Costs | | $ 104,898.78 |

EXHIBIT NO. 2

EXPERT FEES: _____Francisco Hurtado_____    File No. ____70.0045.001___

| Invoice Date | PAYABLE TO: | Invoice # | AMT. |
|---|---|---|---|
| 12/13/2019 | On-Scene Consulting Group, LLC | | 4,000.00 |
| 11/6/2023 | Mary Meinhard & Associates, Inc. | | (7,670.00) |
| 12/1/2023 | Mary Meinhard & Associates, Inc. | | 7,670.00 |
| 11/27/2023 | Robert W. Johnson & Associates | 40822 | (5,373.00) |
| 12/1/2023 | Robert W. Johnson & Associates | 40822 | 5,373.00 |
| 11/30/2023 | Transfer Fee- Mary Meinhard & Robert W. Johnson | Ref#0253190 | 16.00 |
| 12/8/2023 | Mary Meinhard & Associates, Inc. | 12/8/2023 | 1,650.00 |
| 3/14/2024 | Mary Meinhard & Associates, Inc. | Trial Testimony | 5,650.00 |
| 3/6/2024 | ARBIO | 23655 | 10,000.00 |
| 3/15/2024 | ARBIO | 23658 | 4,321.81 |
| 12/16/2021 | On scene consulting (Scott Defoe) | 2021-01 | 6,593.75 |
| 6/11/2022 | On scene consulting (Scott Defoe) $656.25-PAID PF | 2022-02 | - |
| 5/26/2022 | Rincon $6300 -PAID PF | Inv 100490 | - |
| 4/20/2022 | Rincon - depo | 8740 | 1,125.00 |
| 11/5/2021 | Rincon - Retainer $3500 -PAID PF | 6802 | - |
| 7/12/2022 | Renee Binder $525.00 | 6/7/2022 | |
| 5/7/2022 | Renee Binder $816.67 | 5/7/2022 | |
| 1/27/2021 | Stephenson Expert Medical Consulting, Inc | 1655 | 2,678.52 |
| 6/7/2022 | Renee Binder $1400 | Depo | |
| 3/18/2024 | Dr. Braaton | Trial Testimony | 11,950.00 |
| 3/18/2024 | Dr. Braaton Wire transfer Fee | | 40.00 |
| 3/12/2024 | Rincon -Stephenson Expert Medical Consulting, Inc | Trial Testimony | 11,000.00 |
| 3/12/2024 | Rincon- ACH Fee | | 40.00 |
| 3/8/2024 | Robert W. Johnson & Associates | | 13,811.25 |
| 3/31/2024 | On Scene Consulting (Scott Defoe) | 2024-01 | 9,819.10 |
| 5/31/2024 | Robert W. Johnson & Associates | 41145.00 | 3,487.25 |
| 3/15/2024 | Rincon | 27946 | 9,689.14 |
| 2/22/2024 | California Pain Medicine Center- Dr. Prager | Testimony | 15,000.00 |
| 10/14/2024 | ARBIO | Trial Testimony | 15,000.00 |
| 10/21/2024 | Rincon | Trial Testimony | 11,000.00 |
| 10/22/2024 | Marilyn S. Jacobs, Ph. D | Trial Testimony | 1,350.00 |
| 10/24/2024 | Dr. Joshua Prager M.D. | Trial Testimony | 16,071.55 |
| 10/22/2024 | Paul Braaton M.D. | Trial Testimony | 10,700.00 |
| 3/15/2024 | Rincon | Inv27946 | 9,689.14 |
| 5/31/2024 | Robert W. Johnson | | 3,487.25 |
| 11/1/2024 | On-Scene Consulting Group, LLC | | 13,261.71 |
| | | | |
| | 10% Interest Rate Fee | | 19,143.15 |
| / / | | | $ |
| | Total Costs | | 210,574.62 |

EXPERT FEES FORM - SO

EXHIBIT NO. 3

**Priority Funding: _____Francisco Hurtado_____     File No. ____70.0045.001**

| Invoice Date | PAYABLE TO: | Invoice # | AMT. |
|---|---|---|---|
| | | | |
| 9/21/2020 | CogNet Rehab | | $ 5,000.00 |
| 12/22/2020 | CogNet | | $ 2,800.00 |
| 4/28/2021 | Mary Meinhard | | $ 5,000.00 |
| 5/21/2021 | Dr. Joshua Prager | | $ 10,000.00 |
| 5/25/2021 | Mary Meinhard | | $ 7,680.00 |
| 6/22/2021 | Marilyn S. Jacobs | | $ 5,000.00 |
| 6/28/2021 | Dr. Prager/ California Pain Medicine | | $ 3,450.00 |
| 10/5/2021 | Dr. Peter Sfakianos | | $ 1,500.00 |
| 10/5/2021 | Mary Meinhard | | $ 6,300.00 |
| 10/5/2021 | Med Legal | | $ 1,450.00 |
| 10/6/2021 | ARBIO | | $ 5,000.00 |
| 11/12/2021 | ArBio | 102120-448 | $ 10,256.25 |
| 11/12/2021 | Rincon Physical Medicine | | $ 3,500.00 |
| 1/10/2022 | THE OKOROCHA FIRM | | $ 1,280.00 |
| 4/21/2022 | Robert W. Johnson | | $ 5,371.00 |
| 4/21/2022 | ON -Scene Consulting Group | | $ 7,156.26 |
| 4/21/2022 | Mary Meinhard | | $ 6,020.00 |
| 11/30/2021 | ArBio | 102120-480 | $ 7,993.75 |
| 11/30/2021 | Robert W. Johnson & Associates | | $ 3,600.00 |
| 11/30/2021 | Mary Meinhard | | $ 13,600.00 |
| 5/26/2022 | Peter N. Sfakianos | | $ 1,500.00 |
| 7/12/2022 | National Justice Consultants | 20-059-D | $ 1,000.00 |
| 6/13/2022 | Exam Works | | $ 2,275.00 |
| 6/30/2022 | On Scene Consulting | Inv 2022-02 | $ 3,093.75 |
| 8/3/2022 | On Scene Consulting | | $ 656.25 |
| 8/5/2022 | Robert W. Johnson & Associates | 39452 | $ 864.00 |
| 6/7/2022 | Dr. Renee Binder | | $ 525.00 |
| 5/7/2022 | Dr. Renee Binder | | $ 816.67 |
| 8/11/2022 | Craigmyle Legal Nurse | 2372 | $ 500.00 |
| 6/13/2022 | Renee L. Binder, M.D | | $ 1,400.00 |
| 8/28/2022 | Robert W. Johnson | 39140 | $ 1,064.00 |
| 6/30/2022 | Intrepid | | $ 1,225.95 |
| 6/30/2022 | Intrepid | | $ 982.10 |

PRIORITY LEGAL FUNDING FORM

| Date | Payee | Invoice | Amount |
|---|---|---|---|
| 6/30/2022 | Intrepid | | $ 1,183.05 |
| 6/30/2022 | Intrepid | | $ 1,061.62 |
| 6/30/2022 | Intrepid | | $ 350.00 |
| 6/30/2022 | Intrepid | | $ 1,061.62 |
| 7/29/2022 | Intrepid | | $ 1,826.43 |
| 7/29/2022 | Intrepid | | $ 1,227.84 |
| 11/27/2022 | ENOS Forensics | | $ 840.00 |
| 3/29/2023 | Rincon Physical Medicine | 100490 | $ 6,300.00 |
| 6/15/2023 | Traffic Safety Research Corp (Ravani Depo) | 477 | $ 1,350.00 |
| 6/26/2023 | Kusar Legal Services | 370217 | $ 440.00 |
| 11/21/2023 | Robert W. Johnson & Associates | 40822 | $ 5,373.00 |
| 11/8/2023 | Mary Meinhard | 11/6/2023 | $ 7,670.00 |
| 1/6/2023 | ARBIO | Inv 022890 | $ 11,578.75 |
| /  / | | | $ |
| /  / | | | $ |
| /  / | | | $ |
| /  / | | | $ |
| | | | |
| /  / | | | $ |
| | Total Costs | | $ 168,122.29 |

**Current Lien: $379,004.98**

**Total Principle: $168,122.29**

Application Fee: $375.00

Processing Fees: $1,950.00

Interest: $208,557.69