1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  CATHERINE WOODBRIDGE, State Bar No. 186186
   Supervising Deputy Attorney General
3  LEEANN E. WHITMORE, State Bar No. 214870
   Deputy Attorney General
4  JOHN C. BRIDGES, State Bar No. 248553
   Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 210-7515
7    Telephone: (916) 210-7529
     Fax: (916) 322-8288
8    E-mail:  LeeAnn.Whitmore@doj.ca.gov
     E-mail:  John.Bridges@doj.ca.gov
9  *Attorneys for Defendants State of California,*
   *acting by and through the California Highway*
10 *Patrol and Edgardo Yepez*

11                 IN THE UNITED STATES DISTRICT COURT

12                FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15 | **I. H., a minor by and through her mother** | Case No. 2:19-CV-02343-DAD-AC |
16 | **and guardian PRISCILLA MACIAS, et al.,** | **STIPULATION AND PROPOSED** |
   | | **ORDER TO MODIFY POST-TRIAL** |
17 | Plaintiff, | **BRIEFING SCHEDULE** |
18 | v. | |
19 | | |
20 | **STATE OF CALIFORNIA, et al.,** | |
21 | Defendants. | |

22

23 <u>**TO THE HONORABLE COURT**</u>:

24         Plaintiffs I.H., E.H., F.H., and A.H., by and through their mother and guardian Priscilla

25 Macias, and Defendants Edgardo Yepez and State of California, by and through the California

26 Highway Patrol, by and through their respective attorneys of record, hereby stipulate and request

27 an order modifying the post-trial briefing schedule.

28

                                          1

### Statement of Good Cause

1. On October 30, 2024, the Court entered Judgment in accordance with the Jury Verdict rendered on October 24, 2024. The Jury Verdict found that Defendant Edgardo Yepez used excessive or unreasonable force against Francisco Hurtado and was negligent. The jury awarded $1,500,000 to Plaintiffs I.H., E.H., F.H., and A.H. on behalf of Francisco Hurtado.

2. The parties stipulated to extend the time to file post-trial motions to December 9, 2024. Based on the stipulation the Court set a briefing schedule requiring post trial motions be filed by December 9, 2024, any oppositions be filed by December 23, 2024 and any oppositions be filed by January 6, 2025. The Court scheduled the hearing on the post-trial motions for January 27, 2025.

3. Defendants filed a motion for new trial on November 18, 2024. Plaintiffs filed a costs bill and motion for attorneys' fees on December 9, 2024. Plaintiffs motion for attorneys' fees is 23 pages and contains 35 exhibits.

4. In order to give the parties sufficient time to review the materials and prepare their opposition and reply briefing, the Parties agree there is good case to modify the post-trial briefing schedule. The Parties agree to extend the deadline to file their oppositions to the post-trial motions from December 23, 2024 to December 31, 2024. Additionally, the parties agree that the date to file any reply briefs is extended from January 6, 2024 to January 15, 2025. The parties also agree that the Court can move the hearing date from January 27, 2025, if the Court deems it necessary.

1. Accordingly, the Parties stipulate to the following briefing schedule and requests that the Court issue an Order modifying the post-trial briefing schedule to the following dates:

| Event | Date |
|---|---|
| Deadline to file Oppositions to all Post-Trial Motions | December 31, 2024 |

| Deadline to file Replies in support of all Post-Trial Motions | January 15, 2025 |
| Hearing Date for all Post-Trial Motions | January 27, 2025 |

**IT IS SO STIPULATED.**

DATED: 12/13/2024

                                       **LAW OFFICES OF DALE K. GALIPO**
                                       **GUIZAR, HENDERSON & CARRAZCO, LLP**

                          By: ___*/s Hang D. Le*_____
                              Dale K. Galipo
                              Hang D. Le
                              Kent M. Henderson
                              Angel Carrazco, Jr.
                              Attorneys for Plaintiffs I.H., E.H., F.H., and A.H.

DATED: 12/13/2024

                              Rob Bonta
                              Attorney General of California
                              Iveta Ovsepyan
                              Supervising Deputy Attorney General

                          By: *_/s LeeAnn E. Whitmore_____*
                              LeeAnn E. Whitmore
                              Deputy Attorney General
                              John C. Bridges
                              Deputy Attorney General
                              Attorneys for Defendants State of California, acting by and through the California Highway Patrol and Edgardo Yepez

LA2019501468
Stip to Modify Briefing Sched.docx

[Proposed] Order

Having reviewed the parties' Stipulation to Modify the Post-Trial Briefing Schedule and good cause appearing therefrom, it is hereby ordered that the briefing schedule is modified as follows:

| Event | Date |
|---|---|
| Deadline to file Oppositions to all Post-Trial Motions | December 31, 2024 |
| Deadline to file Replies in support of all Post-Trial Motions | January 15, 2025 |
| Hearing Date for all Post-Trial Motions | January 27, 2025 |

**IT IS SO ORDERED**

**Dated** _____**, 2024**

_____

Honorable Dale A. Drozd

United States District Judge

4