ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE A. WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
LEEANN E. WHITMORE, State Bar No. 214870
Deputy Attorney General
JOHN C. BRIDGES, State Bar No. 248553
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7515
 Telephone: (916) 210-7529
 Fax: (916) 322-8288
 E-mail: LeeAnn.Whitmore@doj.ca.gov
 E-mail: John.Bridges@doj.ca.gov
*Attorneys for Defendants State of California,
acting by and through the California Highway
Patrol and Edgardo Yepez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **I. H., a minor by and through her mother and guardian ad litem PRISCILLA MACIAS, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | Case No: 2:19-CV-02343-DAD-AC<br><br>**DECLARATION OF LEEANN E. WHITMORE IN SUPPORT OF DEFENDANTS OPPOSITION TO PLAINTIFFS' BILL OF COSTS**<br><br>Date: February 3, 2025<br>Time: 1:30 p.m.<br>Dept: 4<br>Judge: The Honorable Dale A. Drozd<br><br>Action Filed: April 2, 2019 |

I, LeeAnn E. Whitmore declare:

1. I am an attorney at law, licensed to practice in state and federal courts in the State of California, and am employed as a Deputy Attorney General in the California Office of the Attorney General. In that capacity, I represent Defendants, State of California, by and through,

1

California Highway Patrol and Edgardo Yepez in the above case. I have been the primary handling attorney for defendants since July 7, 2019. I have personal knowledge of the matters set forth in this declaration and if called to testify could testify competently thereto.

2. I received Plaintiffs' Bill of Costs on the morning of December 10, 2024, as it had been filed after hours on December 9, 2024. The Bill of Costs did not include the itemized list of witnesses and fees as required on page of the document. Additionally, it contained three exhibits which appear to be a spreadsheet, and two lists of claimed expenditures. No invoices, billing statements or receipts were attached in support of the claimed costs. Additionally, the Bill of Costs states the judgment is being rendered against State of California, however, the defendants in the action were State of California by and through the California Highway Patrol and Edgardo Yepez. The cause of action based on 42 U.S.C. § 1983 was solely against Edgardo Yepez. Any costs plaintiff is attempting to claim for 42 U.S.C. § 1988 would be against Mr. Yepez only.

3. As it was unclear from the costs bill what claimed costs were tied to the specific category on page one of the bill of costs, I placed my objections in the category that I felt was most appropriate based on my knowledge of the case. I exercised due diligence to review each claimed costs in the exhibits provided in attempt to determine if there was any support that the costs was recoverable.

4. Either Deputy Attorney General John Bridges or myself, covered each deposition in this action. All depositions in this case were taken remotely. Additionally, I personally participated in all status conferences and hearings in this case.

5. Exhibit 2 of plaintiff's cost bill includes a $1,500.00 amount payable to Peter Sfakanios. I retained Dr. Sfakanios to perform an independent medical examination on Francisco Hurtado on September 29, 2021. I served a notice of the examination in July 2021. Mr. Hurtado did not appear at the examination. I met and conferred with plaintiffs' counsel prior to filing a motion to compel the examination. Plaintiffs' counsel agreed to pay the $1,500 no show fee and we agreed on a new date for the examination. The $1,500 cost should not be allowed as a recoverable cost, as Mr. Hurtado failed to comply with a properly noticed medical examination.

2

Declaration of LeeAnn E. Whitmore in Support of Defendants' Opposition to Plaintiffs' Bill of Costs (2:19-CV-02343-DAD-AC)

6. I noticed the deposition of plaintiffs' economic expert James Mills and retained a court reporter from Veritext to cover it. The court has a copy of Mr. Mills original deposition transcript as it was lodged prior to trial. It is unclear why plaintiff is claiming a cost for a late cancel from a Barkley Court Reporter who was not the court reporter for the deposition. ECF 264 p. 5

7. We withdrew Andrew O'Brien as a retained expert after plaintiffs' counsel confirmed that Mr. Hurtado was not asserting a wage loss or loss of future earning capacity claim. He was not deposed in this action. It is unclear why plaintiffs are seeking a $750 cost related to Mr. O'Brien.

8. Mary Meinhard was designated as Francisco Hurtado's future life care planning expert. It is unclear why Ms. Meinhard was called at the October 2024 trial as Mr. Hurtado's successors in interest could not and did not pursue any claims for future life care planning.

9. Plaintiff also includes costs for what appears to be Ms. Meinhard's deposition fee. I sent Ms. Meinhard a check for $1,600 for her deposition on April 21, 2022 and $800 for her deposition on December 8, 2023. True and correct copies of the letters and checks are attached as **EXHIBIT 1**.

10. Plaintiffs' cost bill references Merced County child support lien. Such costs are not recoverable as a cost of litigation. However, responding party is aware that Mr. Hurtado had a child support lien with Merced County Child Support Services. The child support lien amount would need to be deducted from any judgment prior to any recovery to the successors in interest. I provided a copy of the most recent lien amount to plaintiffs' counsel on November 6, 2024. A true and correct copy of the lien amount that I provided to plaintiffs' counsel is attached as **EXHIBIT 2**.

11. Plaintiffs' costs bills contains several flights from between Southern California and Sacramento on March 6 and March 7, 2024. It is unclear why these travel costs were incurred. The Court held its hearing on plaintiffs' motion to continue the trial date and motions in limine remotely on March 6, 2024. There was no need for plaintiffs to travel to Sacramento for the hearing or any other matters in this case during that time period.

3

Declaration of LeeAnn E. Whitmore in Support of Defendants' Opposition to Plaintiffs' Bill of Costs (2:19-CV-02343-DAD-AC)

12. The costs bill contains a reference to AG Reimbursement in the amount of $79.52. It is unclear what this reference refers to, however, our office did not receive any payment of the $79.52. I have not requested reimbursement from plaintiffs' counsel for any costs, except for the no show fee for the plaintiff's failure to appear at the properly noticed independent medical examination.

13. There have been no hearings or appearances in Southern California. It is unclear why plaintiffs are attempting to recover travel costs for hotel or AirBnb stays in Southern California related to this matter.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and made from my own personal knowledge. Executed this 31st day of December, 2024.

/s/ LeeAnn E. Whitmore
LEEANN E. WHITMORE

LA2019501468

4

Declaration of LeeAnn E. Whitmore in Support of Defendants' Opposition to Plaintiffs' Bill of Costs (2:19-CV-02343-DAD-AC)

# Exhibit 1

**ROB BONTA**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public: (916) 445-9555
Telephone: (916) 210-7515
Facsimile: (916) 322-8288
E-Mail: LeeAnn.Whitmore@doj.ca.gov

April 21, 2022

<u>VIA FEDERAL EXPRESS</u>

Mary Meinhard
71 Chipmunk Lane
June Lake, CA 93529

RE: *Francisco Hurtado v. State of California, et al.*
<u>United States District Court, Eastern District of California, Case No. 2:19-cv-02343-TLN-AC</u>

Dear Ms. Meinhard:

Enclosed is a check for $1,600 for your deposition taken today. Thank you for your courtesy and cooperation. If you need to discuss further, please contact me.

Sincerely,

LEEANN E. WHITMORE
Deputy Attorney General

For   ROB BONTA
      Attorney General

LEW:

LA2019501468



**ROB BONTA**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public: (916) 445-9555
Telephone: (916) 210-7515
Facsimile: (916) 322-8288
E-Mail: LeeAnn.Whitmore@doj.ca.gov

December 8, 2023

VIA Overnight Mail

Mary Meinhard
71 Chipmunk Lane
June Lake, CA 93529

RE:   *Hurtado v State*
       United States District Court, Eastern District of California, Case No. 2:19-CV-02343-DAD-AC

Dear Ms. Meinhard:

Enclosed is a check in the amount of $800.00 for your deposition which took one hour today.

Thank you for your attention to the above.

Sincerely,

*[signature]*

LEEANN E. WHITMORE
Deputy Attorney General

For   ROB BONTA
       Attorney General

LEW:
ENCL

LA2019501468
37723274.docx





**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# Exhibit 2

Simple Report

| | |
|---|---|
| Case: | 200000002339729-1 |
| Manage Cnty: | Merced |
| CP: | PRISCILLA MACIAS |
| NCP: | FRANCISCO HURTADO |
| Court Order: | 20FL-02067 |

| | | | |
|---|---|---|---|
| Total Current Charges | 4,185.00 | Total Principal Due | 4,185.00 |
| Total Arrears/Adjustments (Principal) | 0.00 | Total Interest Due | 1,496.69 |
| Total Interest Charges | 1,496.69 | Balance Due | 5,681.69 |
| Total Arrears/Adjustments (Interest) | 0.00 | | |
| Total Amount Paid | 0.00 | | |
| Balance Due | 5,681.69 | | |

| MM-CCYY | Current Charge | Aid St | Support Paid | | Principal Balance | Monthly Interest | Interest Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|
| 11-2020 | 465.00 | ON | 0.00 | 0.00 | 465.00 | 0.00 | 0.00 | 465.00 |
| 12-2020 | 465.00 | ON | 0.00 | 0.00 | 930.00 | 0.00 | 0.00 | 930.00 |
| 01-2021 | 465.00 | ON | 0.00 | 0.00 | 1,395.00 | 7.90 | 7.90 | 1,402.90 |
| 02-2021 | 465.00 | ON | 0.00 | 0.00 | 1,860.00 | 10.70 | 18.60 | 1,878.60 |
| 03-2021 | 465.00 | ON | 0.00 | 0.00 | 2,325.00 | 15.80 | 34.40 | 2,359.40 |
| 04-2021 | 465.00 | ON | 0.00 | 0.00 | 2,790.00 | 19.11 | 53.51 | 2,843.51 |
| 05-2021 | 465.00 | ON | 0.00 | 0.00 | 3,255.00 | 23.70 | 77.21 | 3,332.21 |
| 06-2021 | 465.00 | ON | 0.00 | 0.00 | 3,720.00 | 26.75 | 103.96 | 3,823.96 |
| 07-2021 | 465.00 | ON | 0.00 | 0.00 | 4,185.00 | 31.59 | 135.55 | 4,320.55 |
| 08-2021 | 0.00 | ON | 0.00 | 0.00 | 4,185.00 | 35.54 | 171.09 | 4,356.09 |
| 09-2021 | 0.00 | ON | 0.00 | 0.00 | 4,185.00 | 34.40 | 205.49 | 4,390.49 |
| 10-2021 | 0.00 | ON | 0.00 | 0.00 | 4,185.00 | 35.54 | 241.03 | 4,426.03 |
| 11-2021 | 0.00 | ON | 0.00 | 0.00 | 4,185.00 | 34.40 | 275.43 | 4,460.43 |
| 12-2021 | 0.00 | ON | 0.00 | 0.00 | 4,185.00 | 35.54 | 310.97 | 4,495.97 |
| 01-2022 | 0.00 | ON | 0.00 | 0.00 | 4,185.00 | 35.54 | 346.51 | 4,531.51 |
| 02-2022 | 0.00 | ON | 0.00 | 0.00 | 4,185.00 | 32.10 | 378.61 | 4,563.61 |
| 03-2022 | 0.00 | ON | 0.00 | 0.00 | 4,185.00 | 35.54 | 414.15 | 4,599.15 |
| 04-2022 | 0.00 | ON | 0.00 | 0.00 | 4,185.00 | 34.40 | 448.55 | 4,633.55 |
| 05-2022 | 0.00 | ON | 0.00 | 0.00 | 4,185.00 | 35.54 | 484.09 | 4,669.09 |
| 06-2022 | 0.00 | ON | 0.00 | 0.00 | 4,185.00 | 34.40 | 518.49 | 4,703.49 |
| 07-2022 | 0.00 | ON | 0.00 | 0.00 | 4,185.00 | 35.54 | 554.03 | 4,739.03 |
| 08-2022 | 0.00 | ON | 0.00 | 0.00 | 4,185.00 | 35.54 | 589.57 | 4,774.57 |
| 09-2022 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 34.40 | 623.97 | 4,808.97 |
| 10-2022 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 35.54 | 659.51 | 4,844.51 |
| 11-2022 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 34.40 | 693.91 | 4,878.91 |
| 12-2022 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 35.54 | 729.45 | 4,914.45 |
| 01-2023 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 35.54 | 764.99 | 4,949.99 |
| 02-2023 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 32.10 | 797.09 | 4,982.09 |
| 03-2023 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 35.54 | 832.63 | 5,017.63 |
| 04-2023 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 34.40 | 867.03 | 5,052.03 |
| 05-2023 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 35.54 | 902.57 | 5,087.57 |
| 06-2023 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 34.40 | 936.97 | 5,121.97 |
| 07-2023 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 35.54 | 972.51 | 5,157.51 |
| 08-2023 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 35.54 | 1,008.05 | 5,193.05 |
| 09-2023 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 34.40 | 1,042.45 | 5,227.45 |
| 10-2023 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 35.54 | 1,077.99 | 5,262.99 |
| 11-2023 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 34.40 | 1,112.39 | 5,297.39 |
| 12-2023 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 35.54 | 1,147.93 | 5,332.93 |
| 01-2024 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 35.45 | 1,183.38 | 5,368.38 |
| 02-2024 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 33.16 | 1,216.54 | 5,401.54 |
| 03-2024 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 35.45 | 1,251.99 | 5,436.99 |
| 04-2024 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 34.30 | 1,286.29 | 5,471.29 |
| 05-2024 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 35.45 | 1,321.74 | 5,506.74 |
| 06-2024 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 34.30 | 1,356.04 | 5,541.04 |
| 07-2024 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 35.45 | 1,391.49 | 5,576.49 |
| 08-2024 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 35.45 | 1,426.94 | 5,611.94 |
| 09-2024 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 34.30 | 1,461.24 | 5,646.24 |
| 10-2024 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 35.45 | 1,496.69 | 5,681.69 |
| 11-2024 | 0.00 | | 0.00 | 0.00 | 4,185.00 | 0.00 | 1,496.69 | 5,681.69 |

Printed by 24OXV1, Merced Nov 1, 2024 10:45am SAT ver 6.0 usr                    p. 1

| MM-CCYY | Current Charge | Aid St | Support Paid | Principal Balance | Monthly Interest | Interest Balance | Total Balance |
|---|---|---|---|---|---|---|---|

Totals:  4,185.00                     0.00          0.00                      1,496.69

Case 2:19-cv-02343-DAD-AC   Document 222-1   Filed 12/31/24   Page 13 of 13