1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  CATHERINE A. WOODBRIDGE , State Bar No. 186186
   Supervising Deputy Attorney General
3  LEEANN E. WHITMORE, State Bar No. 214870
   Deputy Attorney General
4  JOHN C. BRIDGES, State Bar No. 248553
   Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 210-7515
7    Telephone: (916) 210-7529
     Fax: (916) 322-8288
8    E-mail: LeeAnn.Whitmore@doj.ca.gov
     E-mail: John.Bridges@doj.ca.gov
9  *Attorneys for Defendants State of California,*
   *acting by and through the California Highway*
10 *Patrol and Edgardo Yepez*

11            IN THE UNITED STATES DISTRICT COURT

12           FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15 | **I. H., a minor by and through her mother** | Case No: 2:19-CV-02343-DAD-AC
16 | **and guardian ad litem PRISCILLA**
   | **MACIAS, et al.,**
17 |                                    Plaintiff, | **DEFENDANTS' REQUEST FOR**
   |                                              | **JUDICIAL NOTICE IN SUPPORT OF**
18 |                  **v.**                       | **OPPOSITION TO PLAINTIFFS'**
   |                                              | **MOTION FOR ATTORNEYS' FEES**
19 |                                              | **AND COSTS**
20 | **STATE OF CALIFORNIA, et al.,**
   |                                              | Date:      February 3, 2025
21 |                                 Defendants. | Time:      1:30 p.m.
   |                                              | Dept:      4
22 |                                              | Judge:     The Honorable Dale A. Drozd

23

24

25

26

27
                                                   Action Filed:  April 2, 2019
28

                              1

1    Defendants State of California by and through the California Highway Patrol and Edgardo

2    Yepez hereby request, under Rule 201 of the Federal Rules of Evidence, that the Court take

3    judicial notice of the following items in connection with Defendants' Opposition to Plaintiffs'

4    Motion for Attorney's Fees and Costs.

5         The following items are also authenticated by the concurrently-filed Declaration of

6    LeeAnn Whitmore and incorporated therein by reference:

7         1. March 8, 2024 Minute Order in the case of *Molina et. al v. Federal Express Corp.,*

8    Sacramento County Superior Court case number 34-2022-00315405. A true and correct copy of

9    **RJN 1** is attached hereto.

10        2. Trial Minute Orders from March 18, 19, 20, 21, 25, 26, 27, 28, 29 and April 2 and 3,

11   2024 in the case of *Molina et. al v. Federal Express Corp.,* Sacramento County Superior Court

12   case number 34-2022-00315405. A true and correct copy of **RJN 2** is attached hereto.

13        3. The Minute order for October 1 and October 3, 2024 in the *Solis v. County of Riverside*

14   case, United States District Court Central District case number 5:23-cv-00515-HDV-JPR. A true

15   and correct copy of **RJN 3** is attached hereto.

16        **RJN 1 and 2** are court filings in a Sacramento County Superior Court action. **RJN 3** are

17   court filings in a United States District Court for the Central District. The court may take judicial

18   notice of court filings and other matters of public record. *Burbank-Glendale-Pasadena Airport*

19   *Auth. v. City of Burbank,* 136 F.3d 1360, 1364 (9th Cir. 1998).

20        Because the items meet the requirements of Rule 201(b)(2) of the Federal Rules of

21   Evidence, Defendants respectfully request the Court take judicial notice of them pursuant to Rule

22   201(c)(2).

23

24

25

26

27

28

1    Dated:  December 31, 2024                    Respectfully submitted,

2                                                 ROB BONTA
                                                  Attorney General of California
3                                                 CATHERINE WOODBRIDGE
                                                  Supervising Deputy Attorney General
4

5
                                                  */s/ LeeAnn E. Whitmore*
6                                                 LEEANN E. WHITMORE
                                                  Deputy Attorney General
7                                                 JOHN C. BRIDGES
                                                  Deputy Attorney General
8                                                 *Attorneys for Defendants State of California,*
                                                  *acting by and through the California*
9                                                 *Highway Patrol and Edgardo Yepez*

10   LA2019501468

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defs.' Request for Judicial Notice in Support of Opposition to Plaintiffs' Mtn. for Attorneys' Fees and Cots (2:19-CV-02343-DAD-AC)

# RJN 1

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO
Gordon D. Schaber Superior Court, Department 31

## JUDICIAL OFFICER: HONORABLE STEVEN M. GEVERCER

Courtroom Clerk: L. Chen-Knapp                    CSR: L. Busath #10751
Court Attendant: A. Muir-Harrison

---

**34-2022-00315405-CU-PA-GDS**                         February 26, 2024
                                                                                    9:00 AM

**Fernando Molina, an individual and as successor-in-
interest to Jose Molina vs. Federal Express Corporation,
a Delaware Corporation**

---

## MINUTES

**APPEARANCES:**

GREGORY NELSON, Counsel for Defendant Phu - via ZOOM appearance
JON B. ZIMMERMAN, Counsel for Defendant FedEx - via ZOOM appearance
GREGORY COHEN, Counsel for Defendant FedEx - via ZOOM appearance
JOSEPH H. LOW, IV, Counsel for Plaintiff - present in person
ANGEL CARRAZCO, JR., Counsel for Plaintiff and specially appearing for attorney Chantal
Trujillo- present in person

**NATURE OF PROCEEDINGS: Hearing on Motion - Other Evidence Code Section 402 -
Plaintiffs**

The matter came before the Court this date for an Evidence Code Section 402 hearing with
regards to Plaintiffs' possible DTI witnesses with the above indicated counsel present.

The Court heard testimony from Plaintiffs' experts:  Dr. Ammar Chaudhry, present in person,
and Dr. Bradley Jabour, appearing via Zoom.

Dr. Dublin, Defendants' other witness, was still unable to attend today's proceedings and will be
rescheduled for a later date.

The Court will issue a formal order at the conclusion of all the Evidence Code Section 402
hearings.

This matter is further continued to Friday, March 8, 2024, at 9:00 a.m., in this department for an
Evidence Code Section 402 hearing with regards to Defendants' witness, Dr. Dublin.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO

By:

/s/ L. Chen-Knapp
L. Chen-Knapp, Deputy Clerk

Minutes of: 02/26/2024
Entered on: 02/26/2024

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO
## Gordon D. Schaber Superior Court, Department 31

### JUDICIAL OFFICER: HONORABLE STEVEN M. GEVERCER

Courtroom Clerk: L. Chen-Knapp
Court Attendant: A. Muir-Harrison

CSR: S. Munoz #7636

---

**34-2022-00315405-CU-PA-GDS**

March 8, 2024
9:00 AM

**Fernando Molina, an individual and as successor-in-interest to Jose Molina vs. Federal Express Corporation, a Delaware Corporation**

---

### MINUTES

**APPEARANCES:**

GREGORY NELSON, Counsel for Defendant Phu - via ZOOM appearance
JON B. ZIMMERMAN, Counsel for Defendant FedEx - via ZOOM appearance
GREGORY COHEN, Counsel for Defendant FedEx - via ZOOM appearance
JOSEPH H. LOW, IV, Counsel for Plaintiff - via ZOOM appearance
ANGEL CARRAZCO, JR., Counsel for Plaintiff - via ZOOM appearance
DANIEL RODRIGUEZ, Counsel for Plaintiff - via ZOOM appearance

**NATURE OF PROCEEDINGS: Hearing on Motion - Other - Evidence Code Section 402 - Defendants**

The matter came before the Court this date for an Evidence Code Section 402 hearing with regards to Defendants' possible DTI witness with the above indicated counsel present.

Defendants' confirmed Dr. Dublin was unavailable to testify, and they would submit on the record to his previous testimony, as more fully stated in the record.

The Court indicated it would issue a formal ruling shortly.

*/s/ L. Chen-Knapp*
L. Chen-Knapp, Deputy Clerk

By:

Minutes of: 03/08/2024
Entered on: 03/08/2024

# RJN 2

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO

Gordon D. Schaber Superior Court, Department 31

## JUDICIAL OFFICER: HONORABLE STEVEN M. GEVERCER

Courtroom Clerk: L. Chen-Knapp
Court Attendant: A. Muir-Harrison

CSR: S. Mendez #7636

---

**34-2022-00315405-CU-PA-GDS**

**Fernando Molina, an individual and as successor-in-interest to Jose Molina vs. Federal Express Corporation, a Delaware Corporation**

March 18, 2024
9:00 AM

---

## MINUTES

**APPEARANCES:**

DANIEL RODRIGUEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
CHANTAL TRUJILLO, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
DANAY GONZALEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
ANGEL CARRAZCO, JR., Counsel for Plaintiffs, the Molina Family – present in person
JOSEPH H. LOW, IV, Counsel for Plaintiff, Ariana Gonzalez – present in person

WILLIAM PHU, Defendant - present in person
GREGORY NELSON, Counsel for Defendant Phu – present in person
JON B. ZIMMERMAN, Counsel for Defendant FedEx – present in person
GREGORY COHEN, Counsel for Defendant FedEx – present in person
JULIAN PARDO DE ZELA, Counsel for Defendant FedEx – present in person

**NATURE OF PROCEEDINGS: Jury Trial - Day 1 (Jury Selection, Group A)**

The above-entitled matter came before this Court for further Civil Jury Trial on this date with the above-named counsel and parties present.

At 9:15 a.m., a panel of 50 prospective jurors assembled outside of the courtroom. The clerk called the roll in the hallway and all prospective jurors responded to their names.

At 9:27 a.m., the prospective jurors were called into the courtroom and seated randomly. The clerk called the roll and all responded to their names. The panel was sworn on voir dire. The Court presented a brief summary of the case, introduced the parties and then gave preliminary procedures, general instructions, and admonitions to all the prospective jurors.

At 9:59 a.m., Attorney Low, on behalf of all the Plaintiffs, and Attorney Zimmerman, on behalf of all Defendants, presented mini-statements of the case to the prospective

Gordon D. Schaber Superior Court, Department 31

## JUDICIAL OFFICER: HONORABLE STEVEN M. GEVERCER

Courtroom Clerk: L. Chen-Knapp
Court Attendant: A. Muir-Harrison

CSR: S. Mendez #7636

---

**34-2022-00315405-CU-PA-GDS**

March 18, 2024
1:30 PM

**Fernando Molina, an individual and as successor-in-interest to Jose Molina vs. Federal Express Corporation, a Delaware Corporation**

---

### MINUTES

**APPEARANCES:**

DANIEL RODRIGUEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
CHANTAL TRUJILLO, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
DANAY GONZALEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
ANGEL CARRAZCO, JR., Counsel for Plaintiffs, the Molina Family – present in person
JOSEPH H. LOW, IV, Counsel for Plaintiff, Ariana Gonzalez – present in person

WILLIAM PHU, Defendant - present in person
GREGORY NELSON, Counsel for Defendant Phu – present in person
JON B. ZIMMERMAN, Counsel for Defendant FedEx – present in person
GREGORY COHEN, Counsel for Defendant FedEx – present in person
JULIAN PARDO DE ZELA, Counsel for Defendant FedEx – present in person

**NATURE OF PROCEEDINGS: Jury Trial - Day 1 (Jury Selection, Group B)**

The above-entitled matter came before this Court for further Civil Jury Trial on this date with the above-named counsel and parties present.

At 1:38 p.m., a panel of 58 prospective jurors assembled outside of the courtroom. The clerk called the roll in the hallway and all prospective jurors responded to their names.

At 1:45 p.m., the prospective jurors were called into the courtroom and seated randomly. The clerk called the roll and all responded to their names. The panel was sworn on voir dire. The Court presented a brief summary of the case, introduced the parties and then gave preliminary procedures, general instructions, and admonitions to all the prospective jurors.

At 2:18 p.m., Attorney Low, on behalf of all the Plaintiffs, and Attorney Zimmerman, on behalf of all Defendants, presented mini-statements of the case to the prospective

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO

Gordon D. Schaber Superior Court, Department 31

## JUDICIAL OFFICER: HONORABLE STEVEN M. GEVERCER

Courtroom Clerk: L. Chen-Knapp
Court Attendant: A. Muir-Harrison

CSR: S. Mendez #7636

---

**34-2022-00315405-CU-PA-GDS**

March 19, 2024
9:00 AM

**Fernando Molina, an individual and as successor-in-interest to Jose Molina vs. Federal Express Corporation, a Delaware Corporation**

---

### MINUTES

**APPEARANCES:**

DANIEL RODRIGUEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
CHANTAL TRUJILLO, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
DANAY GONZALEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
ANGEL CARRAZCO, JR., Counsel for Plaintiffs, the Molina Family – present in person
JOSEPH H. LOW, IV, Counsel for Plaintiff, Ariana Gonzalez – present in person

WILLIAM PHU, Defendant - present in person
GREGORY NELSON, Counsel for Defendant Phu – present in person
JON B. ZIMMERMAN, Counsel for Defendant FedEx – present in person
GREGORY COHEN, Counsel for Defendant FedEx – present in person
JULIAN PARDO DE ZELA, Counsel for Defendant FedEx – present in person
MICHAEL McLAREN, Representative of Federal Ex, Defendant – present in person

**NATURE OF PROCEEDINGS: Jury Trial - Day 2**

The above-entitled matter came before this Court for further Civil Jury Trial on this date with the above-named counsel and parties present.

At 9:05 a.m., the prospective jurors were called into the courtroom, seated, and voir dire resumed.

At 10:30 a.m., the Court announced the morning break, admonished the prospective jurors in accordance with the law and ordered everyone back at 10:45 a.m.

Out of the presence of any prospective jurors, the Court and Counsel further discussed the scheduling in the selection of a jury and alternate jurors. Counsel stipulated to excuse Juror #35A for Cause. Thereafter, LYUDMILA GUNKO was excused pursuant to stipulation for **CAUSE.**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO

Gordon D. Schaber Superior Court, Department 31

## JUDICIAL OFFICER: HONORABLE STEVEN M. GEVERCER

Courtroom Clerk: L. Chen-Knapp
Court Attendant: A. Muir-Harrison

CSR: S. Mendez #7636

---

**34-2022-00315405-CU-PA-GDS**

March 20, 2024
9:00 AM

**Fernando Molina, an individual and as successor-in-interest to Jose Molina vs. Federal Express Corporation, a Delaware Corporation**

---

### MINUTES

**APPEARANCES:**

DANIEL RODRIGUEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
CHANTAL TRUJILLO, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
DANAY GONZALEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
ANGEL CARRAZCO, JR., Counsel for Plaintiffs, the Molina Family – present in person
JOSEPH H. LOW, IV, Counsel for Plaintiff, Ariana Gonzalez – present in person

WILLIAM PHU, Defendant - present in person
GREGORY NELSON, Counsel for Defendant Phu – present in person
JON B. ZIMMERMAN, Counsel for Defendant FedEx – present in person
GREGORY COHEN, Counsel for Defendant FedEx – present in person
MICHAEL McLAREN, Representative of FedEx, Defendant – present in person

**NATURE OF PROCEEDINGS: Jury Trial - Day 3**

The above-entitled matter came before this Court for further Civil Jury Trial on this date with the above-named counsel and parties present.

At 9:05 a.m., the Court convened outside the presence of the jury. The Court and Counsel discussed Plaintiffs Roselia Lopez and Juliana Valencia's Renewed Motion in Limine #24, the exchange of opening statement PowerPoints, and the photographs to be used during opening statements, as more fully stated on the record.

During roll call, juror number six (#6), was not present. The Court Attendant left a voicemail and email but received no communication from the juror. Counsel stipulated to excuse juror number six from further service in this case. At the instruction of the Court, the Court Clerk notified the jury commissioner's office of the Court's actions. As previously agreed upon, the Court indicated alternate juror number one (#1) would

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO

Gordon D. Schaber Superior Court, Department 31

## JUDICIAL OFFICER: HONORABLE STEVEN M. GEVERCER

Courtroom Clerk: L. Chen-Knapp
Court Attendant: A. Muir-Harrison

CSR: S. Mendez #7636

---

**34-2022-00315405-CU-PA-GDS**

March 21, 2024
8:30 AM

**Fernando Molina, an individual and as successor-in-interest to Jose Molina vs. Federal Express Corporation, a Delaware Corporation**

---

## MINUTES

**APPEARANCES:**

DANIEL RODRIGUEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
CHANTAL TRUJILLO, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
DANAY GONZALEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
ANGEL CARRAZCO, JR., Counsel for Plaintiffs, the Molina Family – present in person
JOSEPH H. LOW, IV, Counsel for Plaintiff, Ariana Gonzalez – present in person

WILLIAM PHU, Defendant - present in person
GREGORY NELSON, Counsel for Defendant Phu – present in person
JON B. ZIMMERMAN, Counsel for Defendant FedEx – present in person
GREGORY COHEN, Counsel for Defendant FedEx – present in person
JULIAN PARDO DE ZELA, Counsel for Defendant FedEx – present in person
MICHAEL McLAREN, Representative of FedEx, Defendant – present in person

**NATURE OF PROCEEDINGS: Jury Trial - Day 4**

The above-entitled matter came before this Court for further Civil Jury Trial on this date with the above-named counsel and parties present.

At 8:37 a.m., the Court and counsel convened outside the presence of the jury. The Court and counsel continued their discussion from the previous day with regards to punitive damages, jury instruction CACI #3948 and #3946, and the reorganization of Plaintiffs' witnesses, as more fully stated on the record.

At 9:29 a.m., the jurors entered the courtroom and were seated in their proper places.

At 9:31 a.m., Plaintiffs' counsel, Mr. Low, called CORY SOTO, who was sworn and testified.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO

Gordon D. Schaber Superior Court, Department 31

## JUDICIAL OFFICER: HONORABLE STEVEN M. GEVERCER

Courtroom Clerk: L. Chen-Knapp
Court Attendant: M. Aria

CSR: S. Mendez #7636

---

**34-2022-00315405-CU-PA-GDS**

March 25, 2024
9:00 AM

**Fernando Molina, an individual and as successor-in-interest to Jose Molina vs. Federal Express Corporation, a Delaware Corporation**

---

## MINUTES

**APPEARANCES:**

DANIEL RODRIGUEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
CHANTAL TRUJILLO, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
DANAY GONZALEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
ANGEL CARRAZCO, JR., Counsel for Plaintiffs, the Molina Family – present in person
JOSEPH H. LOW, IV, Counsel for Plaintiff, Ariana Gonzalez – present in person

WILLIAM PHU, Defendant - present in person
GREGORY NELSON, Counsel for Defendant Phu – present in person
JON B. ZIMMERMAN, Counsel for Defendant FedEx – present in person
GREGORY COHEN, Counsel for Defendant FedEx – present in person
JULIAN PARDO DE ZELA, Counsel for Defendant FedEx – present in person
MICHAEL McLAREN, Representative of FedEx, Defendant – present in person

**NATURE OF PROCEEDINGS: Jury Trial - Day 5**

The above-entitled matter came before this Court for further Civil Jury Trial on this date with the above-named counsel and parties present.

At 8:58 a.m., the Court and counsel convened outside the presence of the jury with regards to Mr. Phu's pre-accident employment with FedEx, as more fully stated in the record. Plaintiffs' counsel, Mr. Low, indicated they wanted to introduce Mr. Phu's post-accident speeding ticket into evidence. The Court denied the request, as more fully stated in the record.

At 9:13 a.m., the jurors entered the courtroom and were seated in their proper places.

Witness Phu resumed the stand and continued to testify.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO

Gordon D. Schaber Superior Court, Department 31

## JUDICIAL OFFICER: HONORABLE STEVEN M. GEVERCER

Courtroom Clerk: L. Chen-Knapp
Court Attendant: M. Aria

CSR: S. Mendez #7636

---

**34-2022-00315405-CU-PA-GDS**

March 26, 2024
9:00 AM

**Fernando Molina, an individual and as successor-in-interest to Jose Molina vs. Federal Express Corporation, a Delaware Corporation**

---

## MINUTES

**APPEARANCES:**

DANIEL RODRIGUEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
CHANTAL TRUJILLO, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
DANAY GONZALEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
ANGEL CARRAZCO, JR., Counsel for Plaintiffs, the Molina Family – present in person
JOSEPH H. LOW, IV, Counsel for Plaintiff, Ariana Gonzalez – present in person

WILLIAM PHU, Defendant - present in person
GREGORY NELSON, Counsel for Defendant Phu – present in person
JON B. ZIMMERMAN, Counsel for Defendant FedEx – present in person
GREGORY COHEN, Counsel for Defendant FedEx – present in person
MICHAEL McLAREN, Representative of FedEx, Defendant – present in person

**NATURE OF PROCEEDINGS: Jury Trial - Day 6**

The above-entitled matter came before this Court for further Civil Jury Trial on this date with the above-named counsel and parties present.

At 9:01 a.m., the Court and counsel convened outside the presence of the jury. Plaintiffs' counsel, Mr. Low, made an oral motion to allow jurors to view the Jetta. Both sets of Defense Counsel objected. The Court DENIED the motion, as more fully stated in the record.

Defense counsel, Mr. Zimmerman, made an oral objection to the use of Zoom for upcoming witness testimony. The Court overruled the request, as more fully stated in the record.

At 9:10 a.m., the jurors entered the courtroom and were seated in their proper places.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO

Gordon D. Schaber Superior Court, Department 31

## JUDICIAL OFFICER: HONORABLE STEVEN M. GEVERCER

| | |
|---|---|
| Courtroom Clerk: L. Chen-Knapp | CSR: S. Mendez #7636 |
| Court Attendant: M. Aria | |

---

**34-2022-00315405-CU-PA-GDS**                                     March 27, 2024
                                                                 9:00 AM

**Fernando Molina, an individual and as successor-in-
interest to Jose Molina vs. Federal Express Corporation,
a Delaware Corporation**

---

## MINUTES

**APPEARANCES:**

DANIEL RODRIGUEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
CHANTAL TRUJILLO, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
DANAY GONZALEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
ANGEL CARRAZCO, JR., Counsel for Plaintiffs, the Molina Family – present in person
JOSEPH H. LOW, IV, Counsel for Plaintiff, Ariana Gonzalez – present in person

GREGORY NELSON, Counsel for Defendant Phu – present in person
JON B. ZIMMERMAN, Counsel for Defendant FedEx – present in person
GREGORY COHEN, Counsel for Defendant FedEx – present in person
JULIAN PARDO DE ZELA, Counsel for Defendant FedEx – present in person
MICHAEL McLAREN, Representative of FedEx, Defendant – present in person

**NATURE OF PROCEEDINGS: Jury Trial - Day 7**

The above-entitled matter came before this Court for further Civil Jury Trial on this date
with the above-named counsel and parties present.

At 8:56 a.m., the Court and counsel convened outside the presence of the jury. The
Court and counsel discussed witness scheduling and the potential use of exhibits as
demonstratives, as more fully stated in the record.

At 9:06 a.m., the jurors entered the courtroom and were seated in their proper places.

Witness Dr. Donthineni resumed the stand and continued to testify.

At 10:24 a.m., the Court recessed for the morning break and admonished the jurors in
accordance with the law.

At 10:43 a.m., the jurors entered the courtroom and were seated in their proper places.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO

Gordon D. Schaber Superior Court, Department 31

## JUDICIAL OFFICER: HONORABLE STEVEN M. GEVERCER

Courtroom Clerk: L. Chen-Knapp        CSR: S. Mendez #7636
Court Attendant: M. Aria

---

**34-2022-00315405-CU-PA-GDS**        March 28, 2024
                                                  9:00 AM

**Fernando Molina, an individual and as successor-in-
interest to Jose Molina vs. Federal Express Corporation,
a Delaware Corporation**

---

## MINUTES

**APPEARANCES:**

DANIEL RODRIGUEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
CHANTAL TRUJILLO, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
DANAY GONZALEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
ANGEL CARRAZCO, JR., Counsel for Plaintiffs, the Molina Family – present in person
JOSEPH H. LOW, IV, Counsel for Plaintiff, Ariana Gonzalez – present in person

WILLIAM PHU, Defendant - present in person
GREGORY NELSON, Counsel for Defendant Phu – present in person
JON B. ZIMMERMAN, Counsel for Defendant FedEx – present in person
GREGORY COHEN, Counsel for Defendant FedEx – present in person
JULIAN PARDO DE ZELA, Counsel for Defendant FedEx – present in person
MICHAEL McLAREN, Representative of FedEx, Defendant – present in person

**NATURE OF PROCEEDINGS: Jury Trial - Day 8**

The above-entitled matter came before this Court for further Civil Jury Trial on this date
with the above-named counsel and parties present.

At 8:58 a.m., the Court and counsel convened outside the presence of the jury. The
Court and counsel discussed the need of holding an Evidence Code 402 Hearing as to
Plaintiffs' expert witness with regards to Defendant Phu's cell phone records, as more
fully stated in the record.

At 9:08 a.m., the jurors entered the courtroom and were seated in their proper places.

Witness Dr. Mobin, previously sworn, continued to testify via ZOOM.

At 10:20 a.m., the Court recessed for the morning break and admonished the jurors in

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO

Gordon D. Schaber Superior Court, Department 31

## JUDICIAL OFFICER: HONORABLE STEVEN M. GEVERCER

Courtroom Clerk: L. Chen-Knapp
Court Attendant: D. Yoshida

CSR: S. Mendez #7636

---

**34-2022-00315405-CU-PA-GDS**

March 29, 2024
9:00 AM

**Fernando Molina, an individual and as successor-in-interest to Jose Molina vs. Federal Express Corporation, a Delaware Corporation**

---

## MINUTES

**APPEARANCES:**

DANIEL RODRIGUEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
CHANTAL TRUJILLO, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
DANAY GONZALEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
ANGEL CARRAZCO, JR., Counsel for Plaintiffs, the Molina Family – present in person
JOSEPH H. LOW, IV, Counsel for Plaintiff, Ariana Gonzalez – present in person

WILLIAM PHU, Defendant - present in person
GREGORY NELSON, Counsel for Defendant Phu – present in person
JON B. ZIMMERMAN, Counsel for Defendant FedEx – present in person
GREGORY COHEN, Counsel for Defendant FedEx – present in person
JULIAN PARDO DE ZELA, Counsel for Defendant FedEx – present in person

**NATURE OF PROCEEDINGS: Jury Trial - Day 9**

The above-entitled matter came before this Court for further Civil Jury Trial on this date with the above-named counsel and parties present.

At 8:56 a.m., the Court and counsel convened outside the presence of the jury. The Court and counsel discussed the upcoming Evidence Code 402 Hearing as to Plaintiffs' expert witness with regards to Defendant Phu's cell phone records, the scheduling of next week's witnesses, and the Court memorialized yesterday afternoon's sidebar with counsel during Witness Beltran Montenegro's testimony, as more fully stated in the record.

At 9:20 a.m., the jurors entered the courtroom and were seated in their proper places.

Plaintiffs' counsel, Mr. Carrazco, called DR. BENNET OMALU, who was sworn and testified.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO

Gordon D. Schaber Superior Court, Department 31

## JUDICIAL OFFICER: HONORABLE STEVEN M. GEVERCER

Courtroom Clerk: L. Chen-Knapp
Court Attendant: A. Muir-Harrison

CSR: S. Mendez #7636

---

**34-2022-00315405-CU-PA-GDS**

April 2, 2024
9:00 AM

**Fernando Molina, an individual and as successor-in-interest to Jose Molina vs. Federal Express Corporation, a Delaware Corporation**

---

## MINUTES

**APPEARANCES:**

DANIEL RODRIGUEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
CHANTAL TRUJILLO, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
DANAY GONZALEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
ANGEL CARRAZCO, JR., Counsel for Plaintiffs, the Molina Family – present in person
JOSEPH H. LOW, IV, Counsel for Plaintiff, Ariana Gonzalez – present in person

WILLIAM PHU, Defendant - present in person
GREGORY NELSON, Counsel for Defendant Phu – present in person
JON B. ZIMMERMAN, Counsel for Defendant FedEx – present in person
GREGORY COHEN, Counsel for Defendant FedEx – present in person
JULIAN PARDO DE ZELA, Counsel for Defendant FedEx – present in person

**NATURE OF PROCEEDINGS: Jury Trial - Day 10**

The above-entitled matter came before this Court for further Civil Jury Trial on this date with the above-named counsel and parties present.

At 9:00 a.m., Outside the presence of the jury, the Court and Counsel discussed the scheduling of the remaining witnesses. Plaintiffs' Counsel relayed they needed to call their next two witnesses out of order. There was no objection by either the Court or Defense Counsel.

Defense Counsel, Mr. Zimmerman, renewed his request for the Court to admonish Plaintiffs' Counsel over their emotional line of questioning towards their witnesses and the Court denied the request, as more fully stated in the record.

At 9:12 a.m., the jurors entered the courtroom and were seated in their proper places.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO

Gordon D. Schaber Superior Court, Department 31

## JUDICIAL OFFICER: HONORABLE STEVEN M. GEVERCER

Courtroom Clerk: L. Chen-Knapp
Court Attendant: A. Muir-Harrison

CSR: S. Mendez #7636

---

**34-2022-00315405-CU-PA-GDS**

April 3, 2024
9:00 AM

**Fernando Molina, an individual and as successor-in-interest to Jose Molina vs. Federal Express Corporation, a Delaware Corporation**

---

## MINUTES

**APPEARANCES:**

DANIEL RODRIGUEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
CHANTAL TRUJILLO, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
DANAY GONZALEZ, Counsel for Plaintiffs, Roselia Lopez & Juliana Valencia– present in person
ANGEL CARRAZCO, JR., Counsel for Plaintiffs, the Molina Family – present in person
JOSEPH H. LOW, IV, Counsel for Plaintiff, Ariana Gonzalez – present in person

WILLIAM PHU, Defendant - present in person
GREGORY NELSON, Counsel for Defendant Phu – present in person
JON B. ZIMMERMAN, Counsel for Defendant FedEx – present in person
GREGORY COHEN, Counsel for Defendant FedEx – present in person
JULIAN PARDO DE ZELA, Counsel for Defendant FedEx – present in person

**NATURE OF PROCEEDINGS: Jury Trial - Day 11**

The above-entitled matter came before this Court for further Civil Jury Trial on this date with the above-named counsel and parties present.

At 9:05 a.m., the jurors entered the courtroom and were seated in their proper places.

Witness Webb, previously sworn, resumed the stand and continued to testify.

At 9:53 a.m., Plaintiffs' counsel, Mr. Low, called DR. STEPAN KASIMIAN, who was sworn and testified.

At 10:15 a.m., the Court recessed for the morning break and admonished the jurors in accordance with the law.

During the break and outside the presence of the jury, the Court and counsel discussed the admissibility of Exhibits #253-19 and #253-20. Both exhibits contain animation

# RJN 3

MINUTES OF MOTIONS IN LIMINE [53], [54], [55], [56], [57], [65], [71] held before Judge Hernan
D. Vera: Having heard oral argument on the motions, the Court takes the motions under
submission. Time in court: 1/03 min(s). Attorney for Plaintiff(s): Dale Galipo. Attorney for
Defendant(s): David Klehm. Court Reporter: Miranda Algorri. CRD: Wendy Hernandez. THERE IS
NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (wm)

Case 5:23-cv-00515-HDV-JPR    Document 91    Filed 10/03/24    Page 1 of 2    Page ID
#:1503
Case 2:19-cv-02343-DAD-AC    Document 274    Filed 12/31/24    Page 23 of 25

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.   **5:23-cv-00515-HDV-JPR**                        Date   October 3, 2024

Title   ***Edgar Solis v. County of Riverside et al.***

Present: The Honorable   Hernán D. Vera, United States District Judge

|  |  |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **IN CHAMBERS—REOPENING DISCOVERY FOR
PLAINTIFFS' DEPOSITION AND CONTINUING THE
PRETRIAL CONFERENCE AND TRIAL DATES**

On October 1, 2024, the Court heard oral argument on the parties' motions
in limine ("MILs").  One of those MILs—Defendants' MIL Number Two [Dkt No.
71]—seeks to exclude Plaintiff's testimony on topics over which Mr. Solis invoked
his Fifth Amendment privilege during his deposition.  In response, Plaintiff's
counsel pointed out that new criminal charges were brought right before the
deposition had taken place, and that Plaintiff is now prepared to waive the privilege
and answer questions.  Plaintiff's counsel has also indicated that he has pre-cleared
various dates for this deposition.

This case is not ready for trial.  The Court, in its discretion, will reopen
discovery for the *limited* purpose of allowing Plaintiff's deposition to take place in
the next 45 days.  The parties will schedule the deposition at a mutually agreed-
upon time and location.

Case 5:23-cv-00515-HDV-JPR    Document 91    Filed 10/03/24    Page 2 of 2   Page ID
#:1504
Case 2:19-cv-02343-DAD-AC   Document 274   Filed 12/31/24   Page 24 of 25

To facilitate that deposition, and to allow both parties to incorporate this testimony into their trial plans, the Court hereby continues the trial date to **February 18, 2025**. The Final Pretrial Conference is continued to **January 28, 2025**.

The Court will issue a separate order on the MILs later this month.

**IT IS SO ORDERED.**

## Cases with Dale K. Galipo

| Case Name | Case # | Venue | Date Opened & Active | DAG | Trial Date |
|---|---|---|---|---|---|
| Maria Yuriar and Juan Guillermo v. State of California (CHP), etal. | 4:23-cv-06438 KAW | USDC-Northern Dist. | 1/31/2024 | Kymberly Speer | 12/8/2025 |
| Lee Hawj, et al. v. Jacob Nicholas, et al. | 2:22-CV-01978 JAM AC | USDC-Eastern Dist. (Sacramento) | 11/9/2022 | Amie Bears | |
| David Couch, Sr. v. State of Calif. (CHP), et al. | 2:24-cv-00481-TLN-AC | USDC-Eastern Dist. (Sacramento) | 1/31/2024 | Amie Bears | |
| Edgar Solis v. County of Riverside, et al. (CHP) | 5:23-cv-00515-HDV-JPR | USDC-Central Dist. | 3/3/2023 | David Klehm | 10/29/24 |
| Sesma v. State of California, et al | 5:21-cv-1694-JWH | USDC-Central District | 3/16/21 | David Klehm | 12/3/24 |
| Akaysia Pearson, et al. v. State of California, et al. | 23CV001559 | Monterey Co. | 5/31/2023 | Jay M. Goldman | 1/12/26 |
| Akaysia Pearson, et al.  [APPEAL] v. State of California, et al. | 23-15750 | Ninth Circuit | 5/22/23 | Jay M. Goldman | |
| Freddie Quair v. County of Kings, et al | 1:20-CV-01793-KJM-SKO | USDC-Eastern Dist. (Fresno) | 3/16/2021 | Norman Morrison | |
| L.C., a minor by and through her GALMaria Cadena, et al. v. State of Calif. (CHP), et al. | 5:22-cv-00949 | USDC-Central Dist. | 9/2/22 | Diana Esquivel | 6/2/2025 |
| Sandra Kirkman, et al. v. State of Calif. (CHP), et al. | 2:23-cv-07532-DMG-SSC | USDC-Central Dist. | 8/23/23 | Ashley Reyes | |
| Mary Ellen Lennox, individually and as successor in interest to decedent Jordan Zenka v. State of Calif. (CHP), et al. | 2:21-cv-02075-DAD-CSK | USDC-Eastern Dist. (Sacramento) | 10/20/21 | Diana Esquivel | 2/18/2025 |
| Jonathan Wayne Botten, Sr., et al. v. State of Calif. (CHP), et al. | 5:23-cv-257 JGB (SHKx) | USDC-Central Dist. | 4/20/23 | Diana Esquivel | 7/28/25 |
| Brianne Brafford, et al. v. State of Calif. (CHP), et al. | 2:24-cv-03405-DC-SCB | USDC-Eastern Dist. (Sacramento) | 11/20/24 | LeeAnn Whitmore | |