# Exhibit 2

```
 1                    UNITED STATES DISTRICT COURT

 2                   EASTERN DISTRICT OF CALIFORNIA

 3                              --oOo--

 4   FRANCISCO HURTADO,            ) Case No. 2:19-CV-02343-DAD-AC
                                   )
 5              Plaintiff,         ) Sacramento, California
           v.                      ) March 15, 2024, 9:02 a.m.
 6                                 )
     STATE OF CALIFORNIA, et al., ) Re: Trial Day 5
 7                                 )
                Defendants.        )
 8

 9                      TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE DALE A. DROZD
10                    UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   For the Plaintiff:      LAW OFFICES OF DALE K. GALIPO by
                             MR. DALE K. GALIPO
13                           21800 Burbank Boulevard, Suite 310
                             Woodland Hills, California  91367
14
                             GUIZAR, HENDERSON & CARRAZCO by
15                           MR. ANGEL CARRAZCO, JR.
                             MR. KENT MATTHEW HENDERSON
16                           18301 Irvine Boulevard
                             Tustin, California  92780
17
     For the Defendants:     OFFICE OF THE ATTORNEY GENERAL
18                           DEPARTMENT OF JUSTICE by
                             MS. LEEANN E. WHITMORE
19                           MR. JOHN C. BRIDGES
                             1300 I Street,
20                           Sacramento, California  95814

21              MARYANN VALENOTI, RMR, CRR
                 Official Court Reporter
22               501 I Street, Suite 4-200
                  Sacramento, CA 95814
23              mvalenotiRMRCRR@gmail.com
                      (916)930-4275
24
     Proceedings reported via mechanical steno - transcript produced
25   via computer-aided transcription
```

```
 1            (End of sidebar.)
 2            THE COURT:  Mr. Hurtado, please come up to the front
 3   of the room, come inside the gate.  Go ahead and be seated.  My
 4   courtroom deputy is going to -- we're going to go for a bit of
 5   a ride.  You're going to come up now.  Now, if you could come
 6   up closer to the mic.  You don't need to stand in order to take
 7   the oath.  Pete will administer it.
 8            FRANCISCO HURTADO, PLAINTIFF'S WITNESS, SWORN
 9            THE CLERK:  Please state your name and spell it for
10   the record.
11            THE WITNESS:  Francisco Hurtado, H-U-R-T-A-D-O.
12            THE CLERK:  You can put your hand down.
13            THE COURT:  Thank you, sir.
14            You may proceed, Mr. Galipo.
15                         DIRECT EXAMINATION
16   BY MR. GALIPO:
17   Q    Thank you.  Good morning, Mr. Hurtado.
18   A    Good morning.
19   Q    Is Spanish your first language?
20   A    Yes.
21   Q    Okay. But you feel comfortable that you can understand
22   English for purposes of answering questions today?
23   A    Yes.
24   Q    I want to ask you a little bit about your injuries.  Where
25   were you shot; what parts of your body were shot, as far as you
```

1   haircut, I'm there.  If they needed a car, I'm there.  That's
2   why I would like to book appointments for like that, I could
3   have time for everybody.
4   Q    You booked appointments in the 2021 time period?
5   A    I started to, yes.
6           THE COURT:  The question, sir, was whether there was
7   any period of time where you were doing both haircutting and
8   car detailing at the same time.
9           THE WITNESS:  No, that's impossible.
10          THE COURT:  Not at the very same time, but in the same
11  week.
12          THE WITNESS:  Yes.
13          THE COURT:  You interpreted my question very
14  literally.
15          THE WITNESS:  Yes.
16          THE COURT:  So your answer was correct.  Hey, let's
17  break.
18          MR. GALIPO:  I think counsel has no further questions,
19  Your Honor.
20          MS. WHITMORE:  Your Honor, that is actually it, but
21  I'm reserving the right to recall.
22          THE COURT:  To recall, all right.
23          MR. GALIPO:  I have no further questions.
24          THE COURT:  May the witness be excused?
25          MR. GALIPO:  Yes.

1          MR. GALIPO:  Maybe a five-minute break.

2          THE COURT:  Maybe an hour-long conversation.

3          MS. WHITMORE:  That's perfect.

4          MR. BRIDGES:  I agree with Mr. Galipo, a five-minute

5    break would be nice.

6          THE COURT:  Take five, and then come back here and

7    Anabelle can bring you back into chambers.

8          (Proceedings adjourned at 12:37 p.m.)

9

10                   C E R T I F I C A T E

11

12     I certify that the foregoing is a true and correct

13   transcript of the proceedings in the above-entitled matter.

14

15   *[signature]*

16   MARYANN VALENOTI, RMR, CRR                October 7, 2024
     Official Court Reporter                        DATE
17   CA CSR #11266

18

19

20

21

22

23

24

25