# Exhibit 5

```
 1                   UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF CALIFORNIA

 3                            --oOo--

 4   FRANCISCO HURTADO,          ) Case No. 2:19-CV-02343-DAD-AC
                                 )
 5              Plaintiff,       ) Sacramento, California
           v.                    ) March 21, 2024, 9:20 a.m.
 6                               )
     STATE OF CALIFORNIA, et al.,) Re: Trial Day 9
 7                               )
                Defendants.      )
 8

 9                    TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE DALE A. DROZD
10                  UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   For the Plaintiff:     GUIZAR, HENDERSON & CARRAZCO by
                            MR. KENT MATTHEW HENDERSON
13                          18301 Irvine Boulevard
                            Tustin, California  92780
14
     For the Defendants:    OFFICE OF THE ATTORNEY GENERAL
15                          DEPARTMENT OF JUSTICE by
                            MS. LEEANN E. WHITMORE
16                          1300 I Street,
                            Sacramento, California  95814
17
                       MARYANN VALENOTI, RMR, CRR
18                       Official Court Reporter
                       501 I Street, Suite 4-200
19                        Sacramento, CA 95814
                       mvalenotiRMRCRR@gmail.com
20                           (916)930-4275

21   Proceedings reported via mechanical steno - transcript produced
     via computer-aided transcription
22

23

24

25
```

1      mistrial and discharge.
2              MR. HENDERSON:  Your Honor, I would only say from the
3      plaintiff's perspective, I don't think it's necessary.  This is
4      the third time they said they're deadlocked, and I think
5      they're deadlocked and that's it, but that's from the
6      plaintiff's views.
7              THE COURT:  Any objection to my questions, "Is there
8      anything else the Court could do to assist the jury in
9      deliberations?
10             "Would any additional instructions assist in your
11     deliberations?
12             "Would rereading of any testimony help the jury reach
13     a conclusion," any objection?
14             MS. WHITMORE:  No, Your Honor.
15             MR. HENDERSON:  From the plaintiff, yes, I would
16     object, I don't think it's necessary.
17             THE COURT:  I thought you had, but your objection is
18     noted.
19             All right.  Let's bring the jury in.
20         (In open court in the presence of the jury.)
21             THE COURT:  We're back in the presence of the jury,
22     and in a note timed at 1:54, signed by the foreperson, the note
23     reads, "The jury is deadlocked on all questions."
24             Let me now ask the additional questions that I didn't
25     get to a few moments ago.

```
 1              Madam foreperson, is there anything else the Court can
 2    do to assist the jury in its deliberations?
 3              JUROR NUMBER 9:  No.
 4              THE COURT:  Would any additional instructions assist
 5    in the jury's deliberations?
 6              JUROR NUMBER 9:  No.
 7              THE COURT:  Would the rereading of any testimony help
 8    the jury reach a conclusion?
 9              JUROR NUMBER 9:  No.
10              THE COURT:  And I would ask each of the jurors to
11    confirm with those answers, either state, "I agree" or
12    "disagree."  Juror Number 1?
13              JUROR NUMBER 1:  I agree.
14              THE COURT:  Juror Number 4?
15              JUROR NUMBER 4:  I agree.
16              THE COURT:  Juror Number 3?
17              JUROR NUMBER 3:  I agree.
18              THE COURT:  Juror Number 5?
19              JUROR NUMBER 5:  I agree.
20              THE COURT:  Juror Number 6?
21              JUROR NUMBER 6:  I agree.
22              THE COURT:  Juror Number 7?
23              JUROR NUMBER 7:  I agree.
24              THE COURT:  Juror Number 8?
25              JUROR NUMBER 8:  I agree.
```

| | |
|---|---|
| 1 | THE COURT:  And Juror Number 9? |
| 2 | JUROR NUMBER 9:  I agree. |
| 3 | THE COURT:  Well, folks, I know that you have worked |
| 4 | very, very hard.  You've been very attentive throughout the |
| 5 | trial.  It's obvious I think to everyone that you've worked |
| 6 | very, very hard to attempt to reach a verdict in this case.  I |
| 7 | am going to declare a mistrial at this time in light of the |
| 8 | jury's inability to reach a unanimous verdict, and I am |
| 9 | discharging you. |
| 10 | Upon discharging you, that relieves you of any and all |
| 11 | obligations that I previously imposed upon you not to discuss |
| 12 | the case.  You are now free to discuss the case with anyone you |
| 13 | wish, that includes the lawyers in the case. |
| 14 | Now, I will say this:  Lawyers generally following |
| 15 | trials, regardless of what the verdict is, do like to discuss |
| 16 | with jurors who are willing to speak to them what the jury |
| 17 | found persuasive, what they found unpersuasive, whether there |
| 18 | was something the lawyer did or didn't do that bothered the |
| 19 | jury.  I used to do that as a trial lawyer myself.  But in a |
| 20 | case where a mistrial is declared because the jury is |
| 21 | deadlocked, that's particularly of importance to the lawyers. |
| 22 | So I'm quite certain that they will very much like to speak |
| 23 | with you. |
| 24 | Now, the lawyers in this case are tremendously |
| 25 | professional.  It is completely up to you whether you wish to |

1                    C E R T I F I C A T E
2
3       I certify that the foregoing is a true and correct
4  transcript of the proceedings in the above-entitled matter.
5
6  _____       October 9, 2024
7  MARYANN VALENOTI, RMR, CRR                   DATE
   Official Court Reporter
8  CA CSR #11266
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25