Humberto Guizar, Esq.         (SBN 125769) hguizar@ghclegal.com
Kent M. Henderson, Esq.       (SBN 139530) hendolaw@gmail.com
Angel Carrazco, Jr. Esq.      (SBN 230845) angel@carrazcolaw.com
**GUIZAR, HENDERSON & CARRAZCO, LLP**
18301 Irvine Boulevard
Tustin, CA  92780
Telephone: (714) 541-8600
Facsimile:  (714) 541-8601

Attorneys for Plaintiffs I.H., et. al.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; E.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; F.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; and A.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado, <br><br> Plaintiffs, <br> v. <br><br> STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive, <br> Defendants. | CASE NO: 2:19-cv-02343-DAD-AC <br><br> **DECLARATION OF ANGEL CARRAZCO, JR. IN SUPPORT OF PLAINTIFF'S BILL OF COSTS** <br><br> [*Hon. Dale A. Drozd, District Judge; Hon. Allison Claire, Magistrate J.*] |

## DECLARATION OF ANGEL CARRAZCO, JR.

I, Angel Carrazco, Jr., do hereby declare and state as follows:

1.	I am an attorney at law, duly licensed to practice before all courts of the State of California and the following Federal Courts: United States District Court for the Northern, Eastern, Central and Southern Districts of California.  My Professional Corporation is a partner in GUIZAR, HENDERSON & CARRAZCO, LLP, counsel of record for the Plaintiffs in the above-entitled action.  The facts stated in this declaration are of my own personal knowledge and/or I am informed and believe they are true and if called upon to testify as a witness, I could and would competently testify thereto.

2.	Plaintiff's Bill of Costs, submitted on December 9, 2024, includes costs that are correct and have been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

3.	Plaintiff refers to Exhibit No. 1 to Plaintiff's Bill of Costs (DOC #264), the Case Costs matrix, which includes the costs that were necessarily incurred in this case and the services for which fees have been charged and that were actually and necessarily performed.

4.	Included in Exhibit No. 1 to DOC #264 are costs calculated from the Case Costs matrix, including "fees of the clerk", "fees for service of summons and subpoena", "fees for printed or electronically recorded transcripts necessarily obtained", and "fees for exemplification and costs of copies" all of which are recoverable for Plaintiffs and which were necessarily incurred.

5.	Civil rights cases are difficult enough for attorneys to take and win, without the additional disincentive of being unable to recoup costs at the end. A reduction of our costs would inhibit the provision of high quality of legal services to civil rights victims which is antithetical to the purpose of 42 U.S.C. Sections 1983 and 1988 as enacted and as intended by the plain

meaning of the statutes and the intent of the authors of those statutes. In turn, Plaintiffs, such as I.H., et. al., would not be able to attract competent counsel who could achieve similar results.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed this 15th Day of January, at Tustin, California.


/S/ ANGEL CARRAZCO, JR.
_____
Angel Carrazco, Jr., Declarant