# Exhibit 1

CERTIFIED COPY

```
                UNITED STATES DISTRICT COURT

             FOR THE EASTERN DISTRICT OF CALIFORNIA


FRANCISCO HURTADO, AN            )
INDIVIDUAL,                      )
                                 )
          Plaintiff,             )
                                 )
          vs.                    )  Case No. 2:19-cv-02343-
                                 )            TLN-AC
STATE OF CALIFORNIA;             )
CALIFORNIA HIGHWAY PATROL;       )
EDGARDO YEPEZ AKA EDGARDO        )
LOPEZ; AND DOES 1 THROUGH 100,   )
INCLUSIVE,                       )
                                 )
          Defendants.            )
_____)
```

### DEPOSITION OF BAHRAM RAVANI, Ph.D.

### April 19, 2023

Rick Galten, CSR No. 13202
941929





BARKLEY
Court Reporters
barkley.com

(310) 207-8000 Los Angeles    (415) 433-5777 San Francisco    (949) 955-0400 Irvine         (858) 455-5444 San Diego
(310) 207-8000 Century City   (408) 885-0550 San Jose         (760) 322-2240 Palm Springs   (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento     (800) 222-1231 Martinez         (702) 366-0500 Las Vegas      (800) 222-1231 Monterey
(951) 686-0606 Riverside      (818) 702-0202 Woodland Hills   (702) 366-0500 Henderson      (516) 277-9494 Garden City
(212) 808-8500 New York City  (347) 821-4611 Brooklyn         (518) 490-1910 Albany         (914) 510-9110 White Plains
(312) 379-5566 Chicago        00+1+800 222 1231 Paris         00+1+800 222 1231 Dubai       001+1+800 222 1231 Hong Kong

```
 1                UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF CALIFORNIA

 3

 4   FRANCISCO HURTADO, AN           )
     INDIVIDUAL,                     )
                                     )
 5          Plaintiff,               )
                                     )
 6              vs.                  )   Case No. 2:19-cv-02343-
                                     )             TLN-AC
 7   STATE OF CALIFORNIA;            )
     CALIFORNIA HIGHWAY PATROL;      )
 8   EDGARDO YEPEZ AKA EDGARDO       )
     LOPEZ; AND DOES 1 THROUGH 100,  )
 9   INCLUSIVE,                      )
                                     )
10          Defendants.              )
                                     )
11   _____)

12
                          --oOo--
13

14       REMOTE DEPOSITION OF BAHRAM RAVANI, Ph.D.

15              Wednesday, April 19, 2023

16                        --oOo--

17
                    Magna Legal Services
18                     866-624-6221
                     Www.magnals.com
19

20

21

22

23

24
                       Reported by:
25              Rick Galten, CSR No. 13202


                            1
```

BAHRAM RAVANI, Ph.D.

```
 1                        APPEARANCES:

 2      For the Plaintiff:

 3           Guizar, Henderson & Carrazco, L.L.P.
             18301 Irvine Boulevard
 4           Tustin, California   92780
             (714) 541-8600
 5           hendolaw@gmail.com
             BY:  Kent Henderson, Esq.
 6

 7


 8      For the Defendants:

 9           California Department of Justice
             California Attorney General
10           1300 I Street
             Sacramento, California   95814
11           (916) 210-7262
             leeann.whitmore@doj.ca.gov
12           BY:  LeeAnn Whitmore, Esq.

13

14

15

16

17

18

19

20

21
                           --oOo--
22

23

24

25


                              2
```

BAHRAM RAVANI, Ph.D.

INDEX OF EXAMINATION

| | Page |
|---|---|
| Examination by Mr. Henderson | 4 |

INDEX OF EXHIBITS

| Exhibit No. | Description | Page |
|---|---|---|
| 1 | Dr. Ravani's Report (Ten pages) | 26 |
| 2 | Officer Randazzo's Statement | 48 |
| 3 | Officer Randazzo's Deposition Transcript | 53 |
| 4 | Officer Yepez's Statement | 62 |
| 5 | Officer Yepez's Deposition Transcript | 64 |
| 6 | Invoice | 92 |
| 7 | Excerpted Notes | 93 |
| 8 | Materials Reviewed Log | 96 |

--oOo--

BAHRAM RAVANI, Ph.D.

```
 1         BE IT REMEMBERED THAT, pursuant to Notice of
 2   Deposition and on Wednesday, April 19, 2023, commencing
 3   at the hour of 10:12 a.m., remotely via Zoom, before me,
 4   RICK GALTEN, a Certified Shorthand Reporter for the
 5   State of California, there appeared
 6                     BAHRAM RAVANI, Ph.D.,
 7   Called as a witness by the Defendants, and who, having
 8   been first duly sworn, was thereupon examined and
 9   testified as hereinafter set forth.
10                           --oOo--
11                         EXAMINATION
12        BY MR. HENDERSON:  Q.  Could you please state
13   and spell your name for the record.
14        A.  My name is Bahram Ravani.  I spell it
15   B-a-h-r-a-m, last name is R-a-v-a-n-i.
16        Q.  Okay.  And have you given your deposition
17   before?
18        A.  Yes, I have.
19        Q.  About how many times?
20        A.  Many times over the years.
21        Q.  Do I need to go through all of the ground rules
22   or admonitions for the deposition?
23        A.  You do not.
24        Q.  Okay.  I will remind you of three things that I
25   always remind everyone, even when we don't go through
```

1    A.   The only thing is that if I'm asked to testify
2  in trial, I have to review things and prepare for trial.
3  Again, if there are also other depositions or other
4  reports from Dr. Wobrock or anyone related to
5  engineering aspect and if I'm provided with those, I
6  will review them.
7    Q.   Okay.  And Dr. Ravani, thank you for doing this
8  today.  It's -- have we -- is it fair to say that going
9  over the reports and the other items that we've done
10 today and the questions that I've asked you, that we
11 have explored the opinions that you intend to give at
12 the trial in this case and bases of those opinions?
13 You've given me all of your opinions and the bases of
14 those opinions; is that fair?
15   A.   I think that those that I intend to provide in
16 direct testimony.  I cannot speculate to what you're
17 going to ask me in cross-examination or if I'm asked any
18 hypothetical questions.
19        So in terms of those -- the ones that I intended
20 to provide in direct testimony aside from hypothetical,
21 yes, we have.
22   Q.   Okay.  Thank you very much and good luck with
23 your students today.  Thank you for taking the time to
24 do this.
25        MS. WHITMORE:  And Kent, you need to send him

BAHRAM RAVANI, Ph.D.

```
 1  his witness fee for the time from 10:00 to -- it's 12:50
 2  now, so 10:00 to 1:00.
 3          MR. HENDERSON:  Yeah, sounds fine.
 4      Q.  And Dr. Ravani, one of the things -- one of the
 5  reason I do this job is that I'm just horrible at
 6  anything having to do with numbers.
 7          So how much is that?
 8      A.  1350.  1, --
 9      Q.  1 --
10      A.  1,350.
11      Q.  Okay.
12          MS. WHITMORE:  And Kent, we're doing the
13  profession for the same reason.
14          THE WITNESS:  I will send you -- I can send you
15  a W-9 form.
16          MR. HENDERSON:  That would be great.  You could
17  send that to maybe -- perhaps to Ms. Whitmore.  And if
18  she could forward it on to me, that would be fantastic.
19          MS. WHITMORE:  I would.
20          DEPOSITION OFFICER:  Ms. Whitmore, do you want a
21  copy of the transcript?
22          MS. WHITMORE:  I do, thank you.
23          (Proceedings concluded at 12:52 p.m.)
24                          --o0o--
25
```

BAHRAM RAVANI, Ph.D.

```
 1                DEPOSITION OFFICER'S CERTIFICATE
 2   STATE OF CALIFORNIA    )
                            ) ss.
 3   COUNTY OF SAN FRANCISCO)
 4
 5
 6        I, Rick Galten, hereby certify:
 7        I am a duly qualified Certified Shorthand
 8   Reporter in the State of California, holder of
 9   Certificate Number CSR 13202 issued by the Court
10   Reporters Board of California and which is in full force
11   and effect.  (Fed. R. Civ. P. 28(a)).
12        I am authorized to administer oaths or
13   affirmations pursuant to California Code of Civil
14   Procedure, Section 2093(b) and prior to being examined,
15   the witness was first duly sworn by me.  (Fed. R. Civ.
16   P. 28(a), 30(f)(1)).
17        I am not a relative or employee or attorney or
18   counsel of any of the parties, nor am I a relative or
19   employee of such attorney or counsel, nor am I
20   financially interested in this action.  (Fed. R. Civ. P.
21   28).
22        I am the deposition officer that
23   stenographically recorded the testimony in the foregoing
24   deposition and the foregoing transcript is a true record
25   ///
```

BAHRAM RAVANI, Ph.D.

```
 1   of the testimony given by the witness.  (Fed. R. Civ. P.
 2   30(f)(1)).
 3           Before completion of the deposition, review of
 4   the transcript [ ] was [XX] was not requested.  If
 5   requested, any changes made by the deponent (and
 6   provided to the reporter) during the period allowed, are
 7   appended hereto.  (Fe. R. Civ. P. 30(e)).
 8   Dated: May 1, 2023
 9
10
11
12                            *Rick Glatter* (signature)
13                            _____
14
15
16
17
18
19
20
21
22
23
24
25
```

100

BAHRAM RAVANI, Ph.D.