# Exhibit 2



Kent Henderson <hendolaw@gmail.com>

---

## Francisco Hurtado v. CHP; Edgardo Yepez

---

**Kent Henderson** <hendolaw@gmail.com>  Thu, Feb 8, 2024 at 5:08 PM
To: LeeAnn Whitmore <LeeAnn.Whitmore@doj.ca.gov>
Cc: John Bridges <John.Bridges@doj.ca.gov>, "Angel ." <angel@carrazcolawapc.com>, Briseira Gomez <bri@carrazcolawapc.com>, Nathan Henderson <nathan@carrazcolawapc.com>

Hi LeeAnn -- On this Hurtado case, I want to follow up on a couple of things.  First, have you had a chance to review and make any proposed changes to the Jury Instructions and the proposed verdict form I sent you?  Then, I think we have to do objections to each others Jury Instructions that we don't agree with (but first we need to have all the proposed instructions from each side).  Second, for purposes of authenticity and foundation, I have looked at Exhibits JX-1 to JX-59 and Plaintiff's Exhibits 1-14 (these are photos and videos of scene [MVARS], statements, etc. -- CHP documents).  Are you stipulating to authenticity / foundation on those exhibits?  If not, does Plaintiff need to subpoena them from the CHP?  Please advise.  And if we have to subpoena those photos produced by CHP, where do we serve the subpoena?  Thanks -- Kent Henderson

 Gmail                                           Kent Henderson <hendolaw@gmail.com>

## Francisco Hurtado v. CHP; Edgardo Yepez

**LeeAnn Whitmore** <LeeAnn.Whitmore@doj.ca.gov>                    Fri, Feb 9, 2024 at 10:04 AM
To: Kent Henderson <hendolaw@gmail.com>
Cc: John Bridges <John.Bridges@doj.ca.gov>, "Angel ." <angel@carrazcolawapc.com>, Briseira Gomez <bri@carrazcolawapc.com>, Nathan Henderson <nathan@carrazcolawapc.com>, Iveta Ovsepyan <Iveta.Ovsepyan@doj.ca.gov>

Hello Kent,

I am fine with authenticity and foundation of JT-1, JT-11-JT-60 which are CHP documents. I will also stipulate to the authenticity and foundation of medical records in JT-3, 5, and 7 subject to the objections. I will not stipulate to the authenticity or foundation of JT-4, 6, 7 and 8 and 10.

For plaintiff's exhibits, I will not stipulate to the authtencity and foundation of Exhibit of Plaintiff's exhibits 1-3 as I believe they were taken by Stanislaus County Sheriff's department. I will also not stipulate to the authenticity and foundation of Plaintiff's 4 MAIT photographs, as it is overbroad. Any subpoena should be issued to Valley Division MAIT located in Fresno, Califonria.

I will not stipulate to plaintiff's exhibit 5 or 6 as I am not sure who took all photographs. It appears they were takn by the sheriff's office.

I will stipulate to 7 and 8.

I will also not stipulate to the authenticity or foundation of plaintiff's exhibit 9 or 10, air operations photograph and video. I believe the subpoena would be served on the Central Division air operations division.

I will not stipulate to the authentic or foundation plaintiff's exhibit 11-14, the audio interview and transcript of Officer Randazzo and Officer Yepez. Those were conducted by Stanislaus County sheriff's department.

I will stipulate to the authenticity and foundation plaintiff's 15, American Medical Response medical records.

I will not stipulate to plaintiff's 16, American Medical Response billing records.

I will stipulate to the authenticity and  foundation of plaintiff's 17-24, Sutter wound photographs.

I will not stipulate to the authenticy or foundation of plaintiff's 25-65 and 67-74.

I will stipulate to the authenticy and foundation of plaintiff's 66, Bosch Crash data retrieval on plaintiff's vehicle.

I will respond regarding your proposed jury instructions next week and submit my proposed instructions. Preliminarily, I am unclear why instructions 6 or 23 are included.

When do you believe that you will rest your cases in chief? Also, I need to take Dr. Sfakanios trial testimony via video. You were supposed to get back to me on dates. Please provide dates in the next 2 to 3 weeks.

Thank you for your attention to the above. If you would like to discuss further, please contact me.

Sincerely,

LeeAnn

---

**From:** Kent Henderson <hendolaw@gmail.com>
**Sent:** Thursday, February 8, 2024 5:09 PM
**To:** LeeAnn Whitmore <LeeAnn.Whitmore@doj.ca.gov>
**Cc:** John Bridges <John.Bridges@doj.ca.gov>; Angel . <angel@carrazcolawapc.com>; Briseira Gomez <bri@carrazcolawapc.com>; Nathan Henderson <nathan@carrazcolawapc.com>
**Subject:** Francisco Hurtado v. CHP; Edgardo Yepez

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi LeeAnn -- On this Hurtado case, I want to follow up on a couple of things. First, have you had a chance to review and make any proposed changes to the Jury Instructions and the proposed verdict form I sent you? Then, I think we have to do objections to each others Jury Instructions that we don't agree with (but first we need to have all the proposed instructions from each side). Second, for purposes of authenticity and foundation, I have looked at Exhibits JX-1 to JX-59 and Plaintiff's Exhibits 1-14 (these are photos and videos of scene [MVARS], statements, etc. -- CHP documents). Are you stipulating to authenticity / foundation on those exhibits? If not, does Plaintiff need to subpoena them from the CHP? Please advise. And if we have to subpoena those photos produced by CHP, where do we serve the subpoena? Thanks -- Kent Henderson

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.