# Exhibit 3

# Charles Filanosky, Jr., Ph.D, ABPP
# Rehabilitation/Neuropsychology

---

October 7, 2021

Ms. LeeAnn Whitmore, Attorney at Law
Law Office of Attorney General
P.O. Box 944255
Sacramento, CA 94244

## INDEPENDENT MEDICAL EVALUATION

**RE:**  *Hurtado, Francisco v. State of California, et a*
Claim No.: 20-323U
Date of Loss:
HURTADO, FRANCISCO

Dear Ms. Whitmore:

Thank you for selecting me to assist with this case. Per your request, I met with Mr. Francisco Hurtado for an independent medical evaluation in psychology on 9/13/21 at my office located at 1533 Deer Park Road, Stockton, California. I also reviewed all records your office provided me regarding this claim.

### INTRODUCTION

Mr. Francisco Hurtado is a 23yo (DOB: 12/11/97) male who claims an emotional injury as a consequence of an MVA and subsequent shooting incident occurring on 3/15/18.

### HISTORY OF THE INJURY / CURRENT COMPLAINTS

History of the injury is taken from Mr. Hurtado during the interview segment of the examination.

Mr. Hurtado reports that his injuries stem from the events of 3/15/18 where he was driving to work and was in an MVA where his vehicle went off an embankment beside a highway exit. He

HURTADO, Francisco
October 7, 2021
Page 13

---

he has a sense of malaise characterized by preoccupation with his perceived poor health. He is prone to developing physical symptoms as a response to stress. Depressive and anxious symptoms are also present and he has some hopelessness. His fears restrict normal activity outside of his home and he's anger prone.

## DISCUSSION / ANALYSIS

From a record review standpoint, there is no pre-existing diagnosed mental health problem or treatment in this case. There may have been some counseling when Mr. Hurtado was a child, but his recollection to its specific purpose is not precise. He also reports what appears to be a phobic fear of heights, an anxiety condition, though again, this was not specifically identified or treated as a prior mental health condition. He does indicate this to be a longstanding condition and describes it as interfering with activities. A substance misuse condition also does appear to pre-date the incident of concern as well.

Post injury, neuropsychological or psychological examination appears to have been attempted twice; both exams produced invalid results. A psychiatric exam was also performed by Dr. Fischer where Mr. Hurtado was opined to have posttraumatic stress disorder, though this examination in my opinion appears to be limited in scope and includes inaccuracies.

For this current exam, Mr. Hurtado did return valid psychological testing. Results suggest the presence of some mixed mild general anxiety and depressive symptoms, but do not point to PTSD as an accurate diagnosis in this matter.

Relevant to this exam, as noted, records do indicate a history of substance abuse present at a level to result in consequences. Medical records and urine tox screen on the day of the incident suggest polysubstance abuse in an individual who was, at the time, enrolled and participating in a substance abuse treatment program. Post incident medical records point to daily, continuous marijuana abuse at least for a period, though reports appear to be inconsistent in this regard.

Given his pattern of pre and post polysubstance abuse and at least some anxiety, it cannot be determined whether or not his mixed depressive and anxious symptoms are a contributor to his substance abuse, a consequence of it, or a combination of these two factors. Given his unreliability as a historian, either being unable to recall relevant details or inconsistency in some of his responses, further disentanglement of these two with any level of precision at this point would be quite difficult.

HURTADO, Francisco
October 7, 2021
Page 14

---

To the best of my ability to estimate this, my formulation is as follows: it appears there is some pre-existing anxiety in this case which may have been self-treated. This appears to have been exacerbated at least in part by the incident of concern and its physical consequences. I would agree that his report of and focus on pain is unusual and atypical, and he warrants a diagnosis of somatic symptom disorder. Cannabis use may have been a continuation of his self-treatment, but again, this typically has unintended consequences in regard to mood and anxiety for persons pursuing this route.

==Again, and in contrast with Dr. Fischer's exam, Mr. Hurtado does not report symptoms consistent with posttraumatic stress disorder. This is, in my opinion, an unsupported diagnosis in this case.==

**DIAGNOSES:**

Adjustment disorder with mixed anxiety and depressed mood. Somatic symptom disorder with predominant pain, persistent, moderate. Specific Phobia, natural environment (fear of heights). Unspecified Cannabis Related Disorder.
Rule out: Cannabis Use Disorder.

**REQUESTED OPINIONS:**

*Causation*

Causation is difficult to determine with precision in this matter. As explained previously, given the presence of a substance use disorder in this case, some mixed emotional symptoms are to be expected. These can be both a cause and effect of the substance abuse condition.

There is none the less more likely than not a contribution to Mr. Hurtado's overall psych status from the incident of concern, reflected in the diagnoses of his adjustment disorder and somatic symptom disorder. Reports of disability from these conditions do appear to be mixed, but some loss of function is undoubtedly present given his leg atrophy and this also reasonably expected to have some impact on mood.

*Reasonable and Necessary Treatment*

In this case, psych treatment in my opinion would be most appropriately be initially aimed at harm reduction if not outright abstinence from substances. This would not be

HURTADO, Francisco
October 7, 2021
Page 15

necessarily a consequence of the incident of concern as this is again documented to be a pre-existing condition and was something he appeared to already be involved in, with limited success, at the time of the incident of concern.

Congruently, some counseling on pain management strategies and in particular overcoming his apparent belief that he can't exercise, that he can't do activities or therapies that might ultimately improve his functioning could convey benefit. Unfortunately, some individuals hold the idea that they need to get better before they start back to activity, but it's often the getting back to activity that results in them getting better.

Given a description of the event itself, and complaints about potential impact on mood and participation in treatment/rehabilitation, which in this case appears limited, a referral to a mental health specialist would be considered appropriate, again, especially a person who is experienced in working with persons who have chronic pain complaints. It may be he is getting some counseling; this is not fully clear and the content of those sessions is unknown.

==In regards to Dr. Fischer's examination and subsequent treatment plan, I am respectfully in disagreement with his findings, for reasons described earlier within this report.==

*Prognosis*

Overall prognosis for general mental health is fair to good for Mr. Hurtado. Given the probable contribution of substance use in this case, if he is able to obtain and maintain sobriety, there is a very good chance his mood will improve and his anxiety will decrease accordingly. As he begins to re-engage, caring for his daughters, returning to some productive work activity, it is likely that his psychological symptoms will further stabilize.

The somatic symptom disorder component of his diagnostic formulation is more guarded. He does not appear to have followed initial care recommendations for his leg and continues to have difficulty walking and reports pain. At least some of these limitations, however, are inconsistently reported and may be at least partially self-imposed.

It's not fully clear to me what additional care could support an increase in leg function and mobility; this is beyond my professional scope of practice. From a mental health perspective, however, if some gains could be made in these areas, if Mr. Hurtado would

HURTADO, Francisco
October 7, 2021
Page 16

---

participate in therapy, this would be additionally expected to result in similar gains in his mood as well.

Thank you again for selecting me to assist with this case. Please contact me if any aspect of this report is unclear of if you should have any additional questions.

Sincerely,

Charles Filanosky, Jr., Ph.D, ABPP
Rehabilitation/Neuropsychology

CF:kv:10/7/2021