Humberto Guizar       (SBN 125769) hguizar@ghclegal.com
Kent M. Henderson    (SBN 139530) hendolaw@gmail.com
Angel Carrazco, Jr.    (SBN 230845) angel@carrazcolawapc.com
**GUIZAR, HENDERSON & CARRAZCO, LLP**
18301 Irvine Boulevard
Tustin, CA  92780
Telephone: (714) 541-8600
Facsimile:  (714) 541-8601

Attorneys for Plaintiffs I.H., et. al.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HURTADO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-02343-DAD-AC<br><br>**DECLARATION OF CHRISTOPHER L. HOLM IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Trial Date:   February 3, 2024<br>Time:           1:30p.m.<br>Crtrm.:         4<br>Judge:         Hon. Dale A. Drozd |

### DECLARATION OF CHRISTOPHER L. HOLM

I, Christopher L. Holm, hereby declare as follows:

1. I am an attorney licensed to practice before all courts of the State of California, and the following Federal Courts: Eastern District of California, Central District of California and the Southern District of California. I am associate counsel for Guizar, Henderson, & Carrazco, LLP. The facts stated in this declaration are of my own personal knowledge and/or I am informed and believe they are true and correct to the best of my knowledge. If called upon to testify as a witness, I could and would competently testify thereto.

\\

\\

1
**DECLARATION OF CHRISTOPHER L. HOLM IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

2. Since Mr. Hurtado's case was brought to our firm, an extensive amount of time and resources was invested in its successful prosecution. Contrary to Defendants' assertion that I did not provide "any work other than review of emails and firm meetings," I did in-fact perform a substantial amount of substantive work on this case. As an associate attorney I expended a large number of hours assisting the firm and the trial attorneys in the daily activities for this case, and particularly in the preparation of the Opposition to Motion for Summary Judgment ("MSJ").

3. Mr. Henderson and I were tasked with the preparation and coordination of all materials and documents necessary to successfully oppose Defendants' MSJ. It was an enormous, time-consuming, highly involved project. Between Mr. Henderson, myself and other staff assisting, hundreds of hours were invested. Documents were prepared, evidence (including photographs, video, audio and prepared documents) was scoured through, there was much discussion and coordination with experts, and several long nights -well past midnight - were spent working on the Opposition to MSJ. Though there were many facts and evidence that supported denial of Defendants' MSJ, there is never a 'sure thing.' To ensure we did the best job for our client it was required to put in the time and effort to ensure we made our best arguments and showed – at minimum – that there were many 'issues of material fact,' and that Defendants' MSJ was not warranted. I further incorporate by reference my previous Declaration in support of Attorneys' fees and costs in this matter.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 13th day of January, 2025 at Tustin, California.

/S/ CHRISTOPHER L. HOLM
_____
Christopher L. Holm, Declarant

2
**DECLARATION OF CHRISTOPHER L. HOLM IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**