| CAED 435 (Rev. 04/18) | | | FOR COURT USE ONLY |
|---|---|---|---|

**TRANSCRIPT ORDER**

*PLEASE Read Instruction Page (attached):*

DUE DATE:

| 1. YOUR NAME LeeAnn Whitmore | 2. EMAIL leeann.whitmore@doj.ca.gov | | 3. PHONE NUMBER (916) 210-7515 | | 4. DATE 1-14-25 | |
|---|---|---|---|---|---|---|
| 5. MAILING ADDRESS Office of the Attorney General, 1300 I Street, 12th Floor, Torts | | | 6. CITY Sacramento | | 7. STATE CA | 8. ZIP CODE 95814 |
| 9. CASE NUMBER 2:19-CV-02343-DAD-AC | 10. JUDGE Drozd | | DATES OF PROCEEDINGS | | | |
| | | | 11. FROM 10-16-24 | | 12. TO 10-16-24 | |
| 13. CASE NAME Hurtado v. State | | | LOCATION OF PROCEEDINGS | | | |
| | | | 14. CITY Sacramento | | 15. STATE CA | |

16. ORDER FOR

| ☐ APPEAL No. | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☑ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)  *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Certified Transcript Hearing on the MILs | 10-16-2024 | Abigail Torres |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

18. ORDER          (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☑ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☑ | ☐ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE /s/ LeeAnn Whitmore | PROCESSED BY |
|---|---|
| 20. DATE 1-14-2025 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |