Humberto Guizar, Esq.        (SBN 125769) hguizar@ghclegal.com
Kent M. Henderson, Esq.      (SBN 139530) hendolaw@gmail.com
Angel Carrazco, Jr. Esq.     (SBN 230845) angel@carrazcolaw.com
**GUIZAR, HENDERSON & CARRAZCO, LLP**
18301 Irvine Boulevard
Tustin, CA  92780
Telephone: (714) 541-8600
Facsimile:  (714) 541-8601

Attorneys for Plaintiffs I.H., et. al.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; E.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; F.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; and A.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado,<br><br>                    Plaintiffs,<br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,<br>                    Defendants. | CASE NO: 2:19-cv-02343-DAD-AC<br><br>**PLAINTIFF'S MEMORANDUM OF COSTS; AND EXHIBITS 1-5 THERETO**<br><br>[*Hon. Dale A. Drozd, District Judge; Hon. Allison Claire, Magistrate J.*] |

## MEMORANDUM OF COSTS

Plaintiff incurred fees for the clerk/docket fees in the amount of $4,419.98. See **Exhibit No. 1.**

Plaintiff incurred fees for service of summons and subpoenas in the amount of $36,110.96. See **Exhibit No. 2.**

Plaintiff incurred fees for printed or electronically recorded transcripts necessarily obtained for use in the case in the amount of $47,334.80. See **Exhibit No. 3.** These transcripts were necessarily obtained for use at trial and at depositions and for the preparation of Plaintiff's case-in-chief. The transcripts were also necessary for impeachment purposes at trial.

Plaintiff incurred fees and disbursements for printing, including for printing of exhibits, in the amount of $8,802.56. **See Exhibit No. 4.**

Plaintiff incurred fees for expert witnesses in the amount of $123,734.50. See **Exhibit No. 5.** In addition, my firm had to secure funding from Priority Legal Funding in order to obtain the expert witnesses. The amount of funding from Priority Legal Funding, including the above stated expert fees, was $618,428.35 as stated in Plaintiff's previously filed bill of costs. These costs were necessary in the interests of justice for Plaintiff to be able to take the case to trial, and are therefore allowable to be recovered under Local Rule 292 of the Local Rules for the United States District Court for the Eastern District of California.

DATED: January 30, 2025

                                 **GUIZAR, HENDERSON & CARRAZCO, L.L.P.**

                                 /S/ ANGEL CARRAZCO, JR.

By: _____
Humberto Guizar, Esq.
Kent Henderson, Esq.
Angel Carrazco, Esq.
Attorneys for Plaintiff, Francisco Hurtado