Humberto Guizar, Esq.     (SBN 125769) hguizar@ghclegal.com
Kent M. Henderson, Esq.   (SBN 139530) hendolaw@gmail.com
Angel Carrazco, Jr. Esq.  (SBN 230845) angel@carrazcolaw.com
**GUIZAR, HENDERSON & CARRAZCO, LLP**
18301 Irvine Boulevard
Tustin, CA 92780
Telephone: (714) 541-8600
Facsimile: (714) 541-8601

Attorneys for Plaintiffs I.H., et. al.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; E.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; F.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; and A.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado, <br><br> Plaintiffs, <br> v. <br><br> STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive, <br> Defendants. | CASE NO: 2:19-cv-02343-DAD-AC <br><br> **AFFADAVIT OF ANGEL CARRAZCO, JR. IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF COSTS** <br><br> [*Hon. Dale A. Drozd, District Judge; Hon. Allison Claire, Magistrate J.*] |

1

DECLARATION OF ANGEL CARRAZCO, JR. IN SUPPORT OF BILL OF COSTS

## AFFADAVIT OF ANGEL CARRAZCO, JR.

I, Angel Carrazco, Jr., do hereby declare and state as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California and the following Federal Courts: United States District Court for the Northern, Eastern, Central and Southern Districts of California. My Professional Corporation is a partner in GUIZAR, HENDERSON & CARRAZCO, LLP, counsel of record for the Plaintiffs in the above-entitled action. The facts stated in this declaration are of my own personal knowledge and/or I am informed and believe they are true and if called upon to testify as a witness, I could and would competently testify thereto.

2. Attached hereto and labelled "Exhibit No. 1" are copies of invoices and receipts for fees of the clerk/docket fees. This case was originally filed in state court and then removed to federal court. Some of the receipts and invoices include fees in the state court.

3. Attached hereto and labelled "Exhibit No. 2" are copies of invoices and receipts for fees of service of summons and subpoenas. There were a great number of subpoenas that had to be issued, including to custodians of records and witnesses.

4. Attached hereto and labeled "Exhibit No. 3" are copies of invoices and receipts for fees for printed or electronically recorded transcripts necessarily obtained for use in the case.

5. Attached hereto and labelled "Exhibit No. 4" are copies of invoices and receipts for fees and disbursements for printing, including for printing of exhibits.

6. Attached hereto and labelled "Exhibit No. 5" are copies of invoices and receipts for expert witness costs.

7. The expert witness costs include only costs paid by my firm directly to experts, without funding from a loan provider.

8. Plaintiff incurred additional costs in retaining experts. These costs include the amount owed, including both principal and interest, to Priority Legal Funding, who provided the loans that allowed my firm to vigorously try this case.

9. Civil rights cases are difficult enough for attorneys to take and win, without the additional disincentive of being unable to recoup costs at the end. A reduction of our costs would inhibit the provision of high quality of legal services to civil rights victims which is antithetical to the purpose of 42 U.S.C. Sections 1983 and 1988 as enacted and as intended by the plain meaning of the statutes and the intent of the authors of those statutes. In turn, Plaintiffs, such as I.H., et. al., would not be able to attract competent counsel who could achieve similar results.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 30th Day of January, 2025, at Tustin, California.

/S/ ANGEL CARRAZCO, JR.
_____
Angel Carrazco, Jr., Declarant

DECLARATION OF ANGEL CARRAZCO, JR. IN SUPPORT OF BILL OF COSTS