# EXHIBIT NO. 1

## OFFICIAL RECEIPT
Civil - City Towers

Stanislaus County Superior Court
Civil Division
801 10th Street
Modesto, CA 95354

Receipt No.   **CV-2019-00014384**
Transaction Date   08/02/2019
Payor
CARRAZCO LAW APC
18301 IRVINE BLVD, TUSTIN, CA
92780

| Description | Amount Paid |
|---|---|
| HURTADO, FRANCISCO CV-19-004526 HURTADO, FRANCISCO vs STATE OF CALIFORNIA | |
| Unlimited Complaint or C | 435.00 |
| **SUBTOTAL** | **435.00** |
| Remaining Balance Due: | 0.00 |
| **PAYMENT TOTAL** | **435.00** |
| Check Payment (Ref #8929) Tendered | 435.00 |
| **Total Tendered** | **435.00** |
| Change | 0.00 |

| 08/02/2019 03:40 PM | Cashier Station 24739 | Audit 3119991 |
|---|---|---|

**OFFICIAL RECEIPT**

PROCESS INVOICE

TAX ID 80-0200746


ON-CALL LEGAL

1875 Century Park East, STE H Los Angeles, CA 90067
Phone: (310) 858-9800  Fax: (888) 543-5126
www.OnCallLegal.com

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1123 | 5/8/2019 | 117282 |

Bill To:

Carrazco Law, A.P.C.
18301 Irvine Boulevard
Tustin, CA 92780
Ordered By: Jonathan Leon

File No: **70.0045.001**
Case No: **19STCV11158**
Plaintiff: **Francisco Hurtado, an individual**
Defendant: **State of California; et al.**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Service of Process** | | | 115.00 |
| **Copy/Print** | 25.00 | .25 | 6.25 |
| **Proof of Service eFiling Court/EFM eFiling Fee** | | | 5.70 |
| **Proof of Service eFiling** | | | 14.95 |

| | |
|---|---|
| Subtotal | 141.90 |
| ADJ/PAYMENT | -141.90 |
| **TOTAL DUE** | **$ .00** |

### ORDER SUMMARY

**Court:** Los Angeles County Superior Court -
**Result:** Personally Served
**Servee:** State of California
**Address:** Office of Attorney General, 1300 I Street, # Sacramento, CA 95814
**Documents:** SEE ATTACHED LIST

**Make checks payable to: ON-CALL LEGAL, 1875 Century Park East, STE H Los Angeles, CA 90067**

**Thank you for choosing ON-CALL LEGAL!**



ON-CALL LEGAL
1875 Century Park East, STE H
Los Angeles, CA 90067
Phone: (310) 858-9800 Fax: (888) 543-5126
www.oncalllegal.com

Continued from Proof of Service

**CLIENT:**   Carrazco Law, A.P.C.

**CLIENT FILE #:**   70.0045.001                **DATE:**   May 08, 2019

**SUBJECT:**   State of California

Summons; Complaint; Alternative Dispute (ADR) package; Civil Case
Cover Sheet (served in complex cases only); Civil Case Cover Sheet
Addendum and Statement of Location;Notice of Case Assignment
Unlimited Civil Case; Standing Order Re: Personal Injury Procedures,
Central District; First Amended Standing Order-Re:Final Status
Conference, Personal Injury ('PI') Courts (effective as of April 16,
2018);

# 117282

PROCESS INVOICE

TAX ID█



**ON-CALL**
LEGAL

1875 Century Park East, STE H Los Angeles, CA 90067
Phone: (310) 858-9800   Fax: (888) 543-5126
www.OnCallLegal.com

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1123 | 5/7/2019 | 117240 |

Bill To:
Carrazco Law, A.P.C.
18301 Irvine Boulevard
Tustin, CA 92780
Ordered By: Jonathan Leon

File No: **70.0045.001**
Case No: **19STCV11158**
Plaintiff: **Francisco Hurtado, an individual**
Defendant: **State of California; et al.**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Service of Process** | | | 115.00 |
| **Copy/Print** | 41.00 | .25 | 10.25 |
| **Proof of Service eFiling** | | | 14.95 |
| **Proof of Service eFiling Court/EFM eFiling Fee** | | | 5.70 |

| | | |
|---|---|---|
| Subtotal | **145.90** |
| ADJ./PAYMENT | ×145.90 |
| **TOTAL DUE** | **$ .00** |

| ORDER SUMMARY |
|---|
| **Court:** Los Angeles County Superior Court -
**Result:** Personally Served
**Servee:** California Highway Patrol
**Address:** CHP, 601 N 7th St, # Sacramento, CA 95811-0206
**Documents:** SEE ATTACHED LIST |

Make checks payable to: ON-CALL LEGAL, 1875 Century Park East, STE H Los Angeles, CA 90067

**Thank you for choosing ON-CALL LEGAL!**



ON-CALL LEGAL
1875 Century Park East, STE H
Los Angeles, CA 90067
Phone: (310) 858-9800 Fax: (888) 543-5126
www.oncalllegal.com

Continued from Proof of Service

**CLIENT:** Carrazco Law, A.P.C.

**CLIENT FILE #:** 70.0045.001                    **DATE:** May 07, 2019

**SUBJECT:** California Highway Patrol

Summons; Complaint; Alternative Dispute (ADR) package; Civil Case
Cover Sheet (served in complex cases only); Civil Case Cover Sheet
Addendum and Statement of Location;Notice of Case Assignment
Unlimited Civil Case; Standing Order Re: Personal Injury Procedures,
Central District; First Amended Standing Order-Re:Final Status
Conference, Personal Injury ('PI') Courts (effective as of April 16,
2018);

# 117240

# COURT INVOICE



**ON-CALL LEGAL**

1875 Century Park East, STE H Los Angeles, CA 90067
Phone: (310) 858-9800  Fax: (888) 543-5126
www.OnCallLegal.com

TAX ID

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1123 | 4/17/2019 | 113378 |

Bill To:
Carrazco Law, A.P.C.
18301 Irvine Boulevard
Tustin, CA 92780
Ordered By: Ely Arraiga

File No: 70.0045.001
Case No: 19STCV11158
Plaintiff: FRANCISCO HURTADO
Defendant: State of CA, et al.

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| eFiling Concierge Service RUSH Handling | | | 37.95 |
| Fees Advanced | | | 435.00 |
| Fee Advance Check Charge | | | 43.50 |
| OCR pdf for eFiling | 24.00 | .08 | 1.92 |
| Court/EFM eFiling Fee | | | 6.70 |
| Special Rush Return of Documents | | | 25.00 |

| | |
|---|---|
| Subtotal | 550.07 |
| ADJ/PAYMENT | -550.07 |
| TOTAL DUE | $ .00 |

## ORDER SUMMARY

**Court:** Los Angeles County Superior Court -
**Address:** 312 North Spring Street, Los Angeles, CA 90012
**Documents:** SUMMONS; COMPLAINT; CASE COVER SHEET; CIVIL CASE COVER SHEET ADDENDUM

**Completed on 4/2/2019**

Make checks payable to: ON-CALL LEGAL, 1875 Century Park East, STE H Los Angeles, CA 90067

**Thank you for choosing ON-CALL LEGAL!**

# COURT INVOICE



TAX ID ▉

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1123 | 9/23/2019 | 136369 |

1875 Century Park East, STE H Los Angeles, CA 90067
Phone: (310) 858-9800  Fax: (888) 543-5126
www.OnCallLegal.com

Bill To:
Carrazco Law, A.P.C.
18301 Irvine Boulevard
Tustin, CA 92780
Ordered By: Ely Arraiga

File No: **FRANCISCO HURTADO**
Case No: **CV-19-004526**
Plaintiff: **FRANCISCO HURTADO**
Defendant: **State of CA, et al.**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| eFiling Concierge Service RUSH Handling | | | 37.95 |
| OCR pdf for eFiling | 6.00 | .08 | .48 |
| Court/EFM eFiling Fee | | | 3.81 |

| | |
|---|---|
| Subtotal | 42.24 |
| ADJ/PAYMENT | -42.24 |
| **TOTAL DUE** | $ .00 |

| ORDER SUMMARY |
|---|
| **Court:** Stanislaus County Superior Court |
| **Address:** 800 11th St., Modesto, CA 95354 |
| **Documents:** Case Management Conference |
| **Completed on 9/19/2019** |

Make checks payable to: ON-CALL LEGAL, 1875 Century Park East, STE H Los Angeles, CA 90067

**Thank you for choosing ON-CALL LEGAL!**

# COURT INVOICE

TAX ID ▮



**ON-CALL LEGAL**

1875 Century Park East, STE H Los Angeles, CA 90067
Phone: (310) 858-9800  Fax: (888) 543-5126
www.OnCallLegal.com

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1123 | 9/10/2019 | 134078 |

Bill To:
Carrazco Law, A.P.C.
18301 Irvine Boulevard
Tustin, CA 92780
Ordered By: Ely Arralga

File No: FRANCISCO HURTADO
Case No: CV-19-004526
Plaintiff:
Defendant:

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| eFiling Concierge Service PRIORITY Handling (within 2 hours) | | | 65.95 |
| OCR pdf for eFiling | 19.00 | .08 | 1.52 |
| Court/EFM eFiling Fee | | | 3.81 |

| | |
|---|---|
| Subtotal | 71.28 |
| ADJ/PAYMENT | -71.28 |
| **TOTAL DUE** | **$ .00** |

### ORDER SUMMARY

**Court:** Stanislaus County Superior Court
**Address:** 800 11th St., Modesto, CA 95354
**Documents:** SUMMONS FOR FIRST AMENDED COMPLAINT FOR DAMAGES; FIRST AMENDED COMPLAINT FOR DAMAGES

**Completed on 9/5/2019**

Make checks payable to: ON-CALL LEGAL, 1875 Century Park East, STE H Los Angeles, CA 90067

**Thank you for choosing ON-CALL LEGAL!**

# COURT INVOICE

TAX ID ▮▮▮▮▮



1875 Century Park East, STE H Los Angeles, CA 90067
Phone: (310) 858-9800  Fax: (888) 543-5126
www.OnCallLegal.com

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1123 | 10/17/2019 | 139190 |

Bill To:

Carrazco Law, A.P.C.
18301 Irvine Boulevard
Tustin, CA 92780
Ordered By: Ely Arraiga

File No: **FRANCISCO HURTADO**
Case No: **CV-19-004526**
Plaintiff: **FRANCISCO HURTADO**
Defendant: **State of CA, et al.**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| eFiling Concierge Service | | | 25.95 |
| OCR pdf for eFiling | 2.00 | .08 | .16 |

| | |
|---|---|
| Subtotal | 26.11 |
| ADJ/PAYMENT | -26.11 |
| **TOTAL DUE** | $ .00 |

| ORDER SUMMARY |
|---|
| **Court:** Stanislaus County Superior Court |
| **Address:** 800 11th St., Modesto, CA 95354 |
| **Documents:** Summons |
| **Completed on 10/14/2019** |

Make checks payable to: ON-CALL LEGAL 1875 Century Park East, STE H Los Angeles, CA 90067

**Thank you for choosing ON-CALL LEGAL!**

# COURT INVOICE

TAX ID ▓▓▓▓▓

**ON-CALL LEGAL**

1875 Century Park East, STE H Los Angeles, CA 90067
Phone: (310) 858-9800   Fax: (888) 543-5126
www.OnCallLegal.com

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1123 | 10/11/2019 | 139478 |

Bill To:
Carrazco Law, A.P.C.
18301 Irvine Boulevard
Tustin, CA 92780
Ordered By: Ely Arraiga

File No: **FRANCISCO HURTADO**
Case No: **CV-19-004526**
Plaintiff: **FRANCISCO HURTADO**
Defendant: **State of CA, et al.**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Court Filing/Research | | | 95.00 |
| Rush Service Requested | | | 25.00 |
| Fees Advanced | | | 150.00 |
| Fee Advance Check Charge | | | 15.00 |
| Copy/Print | | | .75 |

| | |
|---|---|
| Subtotal | 285.75 |
| ADJ/PAYMENT | -285.75 |
| **TOTAL DUE** | $ .00 |

| ORDER SUMMARY |
|---|
| **Court:** Stainslaus County Superior Court |
| **Address:** 800 11th St., Modesto, CA 95354 |
| **Documents:** Notice of Posting Jury Fees |
| **Completed on 10/10/2019** |

Make checks payable to: ON-CALL LEGAL, 1875 Century Park East, STE H Los Angeles, CA 90067

**Thank you for choosing ON-CALL LEGAL!**

# COURT INVOICE

TAX ID ▮▮▮▮▮



**ON-CALL** LEGAL

2476 Overland Avenue, Third Floor Los Angeles, CA 90064
Phone: (310) 858-9800  Fax: (888) 543-5126
www.OnCallLegal.com

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1123 | 10/21/2019 | 139842 |



**PAID**

Bill To:
Carrazco Law, A.P.C.
18301 Irvine Boulevard
Tustin, CA 92780
Ordered By: Ely Arraiga

File No: **FRANCISCO HURTADO**
Case No: **CV-19-004526**
Plaintiff: **FRANCISCO HURTADO**
Defendant: State of CA, et al.

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Court Filing/Research | | | 95.00 |
| Copy/Print | | | .50 |

| | | |
|---|---|---|
| | Subtotal | 95.50 |
| | ADJ/PAYMENT | -95.50 |
| | TOTAL DUE | $ .00 |

| ORDER SUMMARY |
|---|
| **Court:** Stanislaus County Superior Court |
| **Address:** 800 11th St., Modesto, CA 95354 |
| **Documents:** amended summons |
| **Completed on 10/16/2019** |

Make checks payable to:  2476 Overland Avenue, Third Floor Los Angeles, CA 90064

**Thank you for choosing ON-CALL LEGAL!**

COURT INVOICE

 ON-CALL LEGAL

TAX ID ■■■

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1123 | 11/1/2019 | 141228 |

2476 Overland Avenue, Third Floor Los Angeles, CA 90064
Phone: (310) 858-9800  Fax: (888) 543-5126
www.OnCallLegal.com

 PAID

Bill To:
Carrazco Law, A.P.C.
18301 Irvine Boulevard
Tustin, CA 92780
Ordered By: Ely Arraiga

File No: **FRANCISCO HURTADO**
Case No: **CV-19-004526**
Plaintiff: **FRANCISCO HURTADO**
Defendant: State of CA, et al.

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **eFiling Concierge Service**<br>**OCR pdf for eFiling**<br>**Court/EFM eFiling Fee** | 2.00 | .08 | 25.95<br>.16<br>5.45 |

| | |
|---|---|
| Subtotal | 31.56 |
| ADJ/PAYMENT | -31.56 |
| TOTAL DUE | $ .00 |

| ORDER SUMMARY |
|---|

**Court:** Stanislaus County Superior Court
**Address:** 800 11th St., Modesto, CA 95354
**Documents:** Summons for Plaintiffs First Amended Complaint

**Completed on 11/1/2019**

Make checks payable to: 2476 Overland Avenue, Third Floor Los Angeles, CA 90064

**Thank you for choosing ON-CALL LEGAL!**

COURT INVOICE



TAX ID █████

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1123 | 11/4/2019 | 142378 |

2476 Overland Avenue, Third Floor Los Angeles, CA 90064
Phone: (310) 858-9800   Fax: (888) 543-5126
www.OnCallLegal.com



Bill To:
Carrazco Law, A.P.C.
18301 Irvine Boulevard
Tustin, CA 92780
Ordered By: Ely Arraiga

File No:  **FRANCISCO HURTADO**
Case No:  **CV-19-004526**
Plaintiff:  **FRANCISCO HURTADO**
Defendant:  **State of CA, et al.**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| eFiling Concierge Service | | | 25.95 |
| OCR pdf for eFiling | 2.00 | .08 | .16 |
| Court/EFM eFiling Fee | | | 3.75 |

| | |
|---|---|
| Subtotal | 29.86 |
| ADJ/PAYMENT | -29.86 |
| TOTAL DUE | $ .00 |

| ORDER SUMMARY |
|---|
| **Court:** Stanislaus County Superior Court |
| **Address:** 800 11th St., Modesto, CA 95354 |
| **Documents:** Summons |
| **Completed on 10/30/2019** |

Make checks payable to:  2476 Overland Avenue, Third Floor Los Angeles, CA 90064

**Thank you for choosing ON-CALL LEGAL!**

PROCESS INVOICE


ON-CALL
LEGAL

2476 Overland Avenue, Third Floor Los Angeles, CA 90064
Phone: (310) 858-9800  Fax: (888) 543-5126
www.OnCallLegal.com

TAX ID ▓▓▓▓

| ACCOUNT NO: | INVOICE DATE | INVOICE NO: |
|---|---|---|
| 1123 | 11/8/2019 | 142750 |


PAID

Bill To:
Carrazco Law, A.P.C.
18301 Irvine Boulevard
Tustin, CA 92780
Ordered By: Ely Arraiga

File No: **FRANCISCO HURTADO**
Case No: **CV-19-004526**
Plaintiff: **Francisco Hurtado, an individual**
Defendant: **State of California, et al.**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Service of Process | | | 115.00 |
| Copy/Print | 46.00 | .25 | 11.50 |
| Substitute Service - Print Charge for Mailing | 46.00 | .25 | 11.50 |
| Substitute Service - Mailing/Prep/Postage Charge | | | 8.95 |
| Proof of Service eFiling Court/EFM eFiling Fee | | | 5.45 |
| Proof of Service eFiling | | | 14.95 |

| | | |
|---|---|---|
| Subtotal | 167.35 |
| ADJ/PAYMENT | -167.35 |
| TOTAL DUE | $ .00 |

**ORDER SUMMARY**

**Court:** Stanislaus County Superior Court
**Result:** Substituted Service
**Servee:** Edgardo Yepez aka Edgardo Lopez
**Left With:** Kim Schoonmaker - Office Assistant
**Address:** CHP- Modesto Station, 4030 Kiernan Ave, # Modesto, CA 95356-9506
**Documents:** Summons; Complaint; Alternative Dispute (ADR) package; Civil Case Cover Sheet (served in complex cases only); Summons on First Amended Complaint; First Amended Complaint;

Make checks payable to:  2476 Overland Avenue, Third Floor Los Angeles, CA 90064

**Thank you for choosing ON-CALL LEGAL!**

PROCESS INVOICE



TAX ID ███████

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1123 | 3/10/2021 | 199529 |

2476 Overland Avenue, Third Floor Los Angeles, CA 90064
Phone: (310) 858-9800  Fax: (888) 543-5126
www.OnCallLegal.com



**Bill To:**
Carrazco Law, A.P.C.
18301 Irvine Boulevard
Tustin, CA 92780
Ordered By: Ely Arraiga

File No: 70.0045.001
Case No: 2:19-cv-02343-TLN-AC
Plaintiff: Francisco Hurtado, an individual
Defendant: State of California, et al.

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Service of Process | | | 125.95 |
| Copy/Print | 6.00 | .25 | 1.50 |
| | | Subtotal | 127.45 |
| | | ADJ/PAYMENT | -127.45 |
| | | TOTAL DUE | $ .00 |

**ORDER SUMMARY**

**Court:** United States District Court - West
**Result:** Personally Served
**Servee:** California Highway Patrol Officer Michael Randazzo
**Address:** Dublin CHP Station, 4999 Gleason Dr., # Dublin, CA 94568
**Documents:** Second Amended Notice of Deposition and Subpoena of California Highway Patrol Officer Michael Randazzo; Subpoena to Testify at a Deposition in a Civil Action;

**Make checks payable to:  2476 Overland Avenue, Third Floor Los Angeles, CA 90064**

**Thank you for choosing ON-CALL LEGAL!**

COURT INVOICE



2476 Overland Avenue, Third Floor Los Angeles, CA 90064
Phone: (310) 858-9800  Fax: (888) 543-5126
www.OnCallLegal.com

TAX ID ▮▮▮▮

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1123 | 2/16/2023 | 314012 |



Bill To:
Carrazco Law, A.P.C.
18301 Irvine Boulevard
Tustin, CA 92780
Ordered By: Ely Arraiga

File No: Hurtado, Francisco v. State of Ca
Case No: CV-19-004526
Plaintiff: HURTADO, FRANCISCO
Defendant: STATE OF CALIFORNIA

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| eFiling Concierge Service | | | 25.99 |
| OCR pdf for eFiling | 7.00 | .08 | .56 |
| Court/EFM eFiling Fee | | | 3.75 |

| | |
|---|---|
| Subtotal | 30.30 |
| ADJ/PAYMENT | -30.30 |
| TOTAL DUE | $ .00 |

| ORDER SUMMARY |
|---|
| Court: STANISLAUS COUNTY SUPERIOR COURT |
| Address: 801 10TH STREET, MODESTO, CA 95354 |
| Documents: CMS |
| Completed on 2/16/2023 |

Make checks payable to: 2476 Overland Avenue, Third Floor Los Angeles, CA 90064

**Thank you for choosing ON-CALL LEGAL!**

PROCESS INVOICE


ON-CALL LEGAL

TAX ID

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO. |
|---|---|---|
| 1123 | 7/6/2022 | 274982 |

2476 Overland Avenue, Third Floor Los Angeles, CA 90064
Phone: (310) 858-9800  Fax: (888) 543-5126
www.OnCallLegal.com


PAID

**Bill To:**
Carrazco Law, A.P.C.
18301 Irvine Boulevard
Tustin, CA 92780
Ordered By: Ely Arraiga

File No:  Francisco HURTADO 70.0045.001
Case No:  2:19-CV-02343-tln-ac
Plaintiff:  francisco hurtado
Defendant:  state of ca

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Service of Process - Special Request | | | 239.99 |
| Temporary Fuel Surcharge | | | 4.25 |
| Fees Advanced | 275.00 | 1.00 | 275.00 |
| Fee Advance Charge | 275.00 | .00 | 27.50 |
| Fee Advance - Check Writing Fee | | | 3.50 |
| Copy/Print | 3.00 | .25 | .75 |

| | |
|---|---|
| Subtotal | 550.99 |
| ADJ/PAYMENT | -550.99 |
| TOTAL DUE | $ .00 |

| ORDER SUMMARY |
|---|

**Court:** None
**Result:** Personally Served
**Servee:** Department of Justice Bureau of Forensic Services
**Address:** 4949 Broadway Rm F249, #  Sacramento, CA 95820-1528
**Documents:**

Make checks payable to : 2476 Overland Avenue, Third Floor Los Angeles, CA 90064

**Thank you for choosing ON-CALL LEGAL!**

COURT INVOICE

TAX ID ▮▮▮▮



**ON-CALL**
LEGAL

2476 Overland Avenue, Third Floor Los Angeles, CA 90064
Phone: (310) 858-9800  Fax: (888) 543-5126
www.OnCallLegal.com

| ACCOUNT NO: | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1123 | 2/28/2022 | 253469 |



PAID

Bill To:
Carrazco Law, A.P.C.
18301 Irvine Boulevard
Tustin, CA 92780
Ordered By: Ely Arraiga

File No:
Case No: CV-19-004526
Plaintiff: HURTADO, FRANCISCO
Defendant: STATE OF CALIFORNIA

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| eFiling Concierge Service | | | 25.99 |
| OCR pdf for eFiling | 8.00 | .08 | .64 |
| Court/EFM eFiling Fee | | | 3.75 |
| | | Subtotal | 30.38 |
| | | ADJ/PAYMENT | -30.38 |
| | | TOTAL DUE | $ .00 |

**ORDER SUMMARY**

Court: STANISLAUS COUNTY SUPERIOR COURT
Address: 801 10TH STREET, MODESTO, CA 95354
Documents: CMS

Completed on 2/28/2022

Make checks payable to:  2476 Overland Avenue, Third Floor Los Angeles, CA 90064

**Thank you for choosing ON-CALL LEGAL!**

# COURT INVOICE

TAX ID ▮▮▮▮



2476 Overland Avenue, Third Floor Los Angeles, CA 90064
Phone: (310) 858-9800  Fax: (888) 543-5126
www.OnCallLegal.com



| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 1123 | 12/7/2021 | 241782X |

Bill To:
Carrazco Law, A.P.C.
18301 Irvine Boulevard
Tustin, CA 92780
Ordered By: Briseira Gomez

File No:
Case No: **2:19-cv-02343-TLN-AC**
Plaintiff: **FRANCISCO HURTADO,**
Defendant: **STATE OF CALIFORNIA, et al.**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Court Run** | | | 129.99 |
| **Courtesy Department Copy** | | | 35.99 |

| | | |
|---|---|---|
| **Subtotal** | | 165.98 |
| **ADJ/PAYMENT** | | -165.98 |
| **TOTAL DUE** | | $ .00 |

## ORDER SUMMARY

**Court:** UNITED STATES DISTRICT COURT
**Address:** 501 I STREET, SACRAMENTO, CA 95814
**Documents:** CHAMBERS COPIES

**Completed on 12/7/2021**

Make checks payable to:  2476 Overland Avenue, Third Floor Los Angeles, CA 90064

**Thank you for choosing ON-CALL LEGAL!**

COURT INVOICE

TAX ID ▮▮▮▮▮


ON-CALL LEGAL

| ACCOUNT NO | INVOICE DATE | INVOICE NO |
|------------|--------------|------------|
| 1123 | 12/15/2021 | 241782 |

2476 Overland Avenue, Third Floor Los Angeles, CA 90064
Phone: (310) 858-9800  Fax: (888) 543-5126
www.OnCallLegal.com


PAID

Bill To:
Carrazco Law, A.P.C.
18301 Irvine Boulevard
Tustin, CA 92780
Ordered By: Briseira Gomez

File No:
Case No: 2:19-cv-02343-TLN-AC
Plaintiff: FRANCISCO HURTADO,
Defendant: STATE OF CALIFORNIA, et al.

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Court Run | | | 129.99 |
| | | Subtotal | 129.99 |
| | | ADJ/PAYMENT | -129.99 |
| | | TOTAL DUE | $ .00 |

### ORDER SUMMARY

Court: UNITED STATES DISTRICT COURT
Address: 501 I STREET, SACRAMENTO, CA 95814
Documents: CHAMBERS COPIES

Completed on 12/12/2021

Make checks payable to:  2476 Overland Avenue, Third Floor Los Angeles, CA 90064

Thank you for choosing ON-CALL LEGAL!

COURT INVOICE



TAX ID ▉

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 002388 | 3/3/2021 | 200076 |

2476 Overland Avenue, Third Floor Los Angeles, CA 90064
Phone: (310) 858-9800  Fax: (888) 543-5126
www.OnCallLegal.com

Bill To:
**Guizar, Henderson & Carrazco**
**3500 W. Beverly Blvd.**
**Montebello, CA 90640**
**Ordered By: Tiffany Chung**

File No: **70.0045.001**
Claim No:
Case No: **CV-19-004526**
Plaintiff: **HURTADO, FRANCISCO**
Defendant: **STATE OF CALIFORNIA**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| eFiling Concierge Service | | | 24.95 |
| OCR pdf for eFiling | 7.00 | .08 | .56 |
| Court/EFM eFiling Fee | | | 3.75 |

| | |
|---|---|
| Subtotal | 29.26 |
| ADJ/PAYMENT | |
| TOTAL DUE | $ 29.26 |

| ORDER SUMMARY |
|---|
| **Court:** STANISLAUS COUNTY SUPERIOR COURT <br> **Address:** 801 10TH STREET, MODESTO, CA 95354 <br> **Documents:** Case Management Statement <br><br> **Completed on 3/3/2021** |

Make checks payable to: ON-CALL LEGAL, 2476 Overland Avenue, Third Floor Los Angeles, CA 90064

**Thank you for choosing ON-CALL LEGAL!**

PROCESS INVOICE



ON-CALL LEGAL

2476 Overland Avenue, Third Floor Los Angeles, CA 90064
Phone: (310) 858-9800  Fax: (888) 543-5126
www.OnCallLegal.com

TAX ID ▮▮▮▮

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1123 | 12/23/2020 | 190572 |

Bill To:
Carrazco Law, A.P.C.
18301 Irvine Boulevard
Tustin, CA 92780
Ordered By: Ely Arraiga

File No: 70.0045.001
Case No: 2:19-CV-02343-TLN-AC
Plaintiff: Francisco Hurtado, an individual
Defendant: State of California, et al.

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Service of Process | | | 126.95 |
| Copy/Print | 7.00 | .25 | 1.75 |
| Fees Advanced | | | 275.00 |
| Fee Advance Check Charge | | | 27.50 |
| | | | |
| | | **TOTAL DUE** | **$ 430.20** |

**ORDER SUMMARY**

**Court:** United States District Court - West
**Result:** Substituted Service
**Servee:** California Highway Patrol Officer Michael Randazzo
**Left With:** Malloy, Subpoena Clerk - Authorized to Accept Service of Process
**Address:** 4999 Gleason Dr, # Dublin, CA 94568-7643
**Documents:** Subpoena to Testify at a Deposition in a Civil Action; Plaintiff's Amended Notice of Deposition and Subpoena of California Highway Patrol Officer Michael Randazzo.;

Make checks payable to: ON-CALL LEGAL, 2476 Overland Avenue, Third Floor Los Angeles, CA 90064

**Thank you for choosing ON-CALL LEGAL!**

 GreenFiling

## Filing / Envelope Information

| Filing ID | Envelope No | Date Submitted | Status |
|-----------|-------------|----------------|--------|
| 9474520 | 14208997 | 01/24/2024 04:06 PM PST | ACCEPTED |

## Case Information

Court Location: Stanislaus - Civil Unlimited

Case Number: CV-19-004526

Case Name: HURTADO, FRANCISCO vs STATE OF CALIFORNIA

## Filing / Document Information

| Document Type | Document Desc. | Status |
|---------------|----------------|--------|
| Case Management Conference Statement | Case Management Conference Statement | Accepted |

## Security / Optional Services Information

| Document | Security | Optional Services | Qty |
|----------|----------|-------------------|-----|
| Case Management Conference Statement | Public Local Civil | No Additional Services. | |

## Party Information

| Role | Party Type | Name |
|------|-----------|------|
| Plaintiff | Individual | HURTADO FRANCISCO |

## Service Contact Information

| Name | Email Address | Status |
|------|---------------|--------|

There were no service contacts selected for electronic service on this filing.

## Filing Fees

| | |
|---|---|
| Provider Service Fee (GreenFiling): | $9.95 |
| Payment Service Fee: | $0.37 |
| Court Service Fees: | $3.50 |
| Total Payment Amount: | $13.82 |

Payment Account Used: ▮▮▮▮▮▮▮▮▮▮▮▮▮

## Submitter Information

**Filing Attorney:**   Kent Matthew Henderson

**Created By:**   Briselra Gomez

**Clerk Memo:**

**Client Matter No:**   70.0045.001



## Filing / Envelope Information

| Filing ID | Envelope No | Date Submitted | Status |
|---|---|---|---|
| 10630709 | 16225888 | 08/09/2024 01:50 PM PDT | ACCEPTED |

## Case Information

Court Location: Stanislaus – Civil Unlimited

Case Number: CV-19-004526

Case Name: HURTADO, FRANCISCO vs STATE OF CALIFORNIA

## Filing / Document Information

| Document Type | Document Desc. | Status |
|---|---|---|
| Case Management Conference Statement | Case Management Conference Statement | Accepted |

## Security / Optional Services Information

| Document | Security | Optional Services | Qty |
|---|---|---|---|
| Case Management Conference Statement | Public Local Civil | No Additional Services. | |

## Party Information

| Role | Party Type | Name |
|---|---|---|
| Plaintiff | Individual | HURTADO FRANCISCO |

## Service Contact Information

| Name | Email Address | Status |
|---|---|---|

There were no service contacts selected for electronic service on this filing.

## Filing Fees

| | |
|---|---|
| Court Service Fees: | $3.50 |
| Provider Service Fees: | $9.95 |
| Payment Service Fee: | $0.37 |
| Total Payment Amount: | $13.82 |

Payment Account Used: ▮▮▮▮▮▮▮▮

## Submitter Information

Filing Attorney: Kent Matthew Henderson

**Created By:** Briselra Gomez

**Clerk Memo:**

**Client Matter No:** Hurtado

 GreenFiling

## Filing / Envelope Information

| Filing ID | Envelope No | Date Submitted | Status |
|---|---|---|---|
| 9725793 | 14619825 | 03/06/2024 01:32 PM PST | ACCEPTED |

## Case Information

Court Location: Stanislaus - Civil Unlimited

Case Number: CV-19-004526

Case Name: HURTADO, FRANCISCO vs STATE OF CALIFORNIA

## Filing / Document Information

| Document Type | Document Desc. | Status |
|---|---|---|
| Declaration | Declaration of Kent M. Henderson Regarding CMC | Accepted |

## Security / Optional Services Information

| Document | Security | Optional Services | Qty |
|---|---|---|---|
| Declaration | Public Local Civil | No Additional Services. | |

## Party Information

| Role | Party Type | Name |
|---|---|---|
| Plaintiff | Individual | HURTADO FRANCISCO |

## Service Contact Information

| Name | Email Address | Status |
|---|---|---|

There were no service contacts selected for electronic service on this filing.

## Filing Fees

| | |
|---|---|
| Provider Service Fee (GreenFiling): | $9.95 |
| Payment Service Fee: | $0.37 |
| Court Service Fees: | $3.50 |
| Total Payment Amount: | $13.82 |

Payment Account Used: 

## Submitter Information

Filing Attorney: Kent Matthew Henderson

**Created By:** Briseira Gomez

**Clerk Memo:**

**Client Matter No:** 70.0045.001- Francisco Hurtado


**EXPRESSNETWORK**
A LEGAL SUPPORT NETWORK COMPANY
www.expressnetwork.com

# I N V O I C E

Remit To: LEGAL SUPPORT NETWORK
P.O. BOX 861057
Los Angeles, CA 90086-1057

Billing Dept: (213) 835-2776
Click here for Live Chat

Submit your payment online:
https://expressnetwork.com/pay

CARRAZCO LAW
ACCOUNTS PAYABLE
18301 IRVINE BLVD.
TUSTIN, CA. 92780

| | |
|---|---|
| ACCOUNT | CARLAOC |
| INVOICE # | OC-24-37107 |
| DATE | 11/05/24 |
| TOTAL | $ 697.40 |

## SERVICE OF PROCESS

| ORDER DETAILS | | CHARGE DESCRIPTION | AMOUNT |
|---|---|---|---|
| Order Number | 0009999 | RUSH/NEXTDAY SERVICE | 234.00 |
| Placed By | Briseira Gomez | FUEL CHARGE | 23.40 |
| Attorney | | FEES ADVANCED | 440.00 |
| Reference | 70.0045.001 | | |
| Case Name | Francisco Hurtado v. State of CA | Total: $ | 697.40 |
| Case Number | 2:19-cv-0234 | | |
| Party Served | Officer Michael Randazzo | | |
| Address | 4999 Gleason Drive | | |
| City St. Zip | Dublin CA 94568 | | |
| Served On | 09/27/24 at 10:56 | | |
| Process Server | AFFILIATE (LA) | | |
| Documents | SUBPOENA IN CIVIL CASE - FEDERAL | | |
| # of Attempts | 1 | | |
| Closed Out | 10/17/24 | | |

page: 1                                                                                    Total:    $    697.40

| ACCOUNT | INVOICE # | INVOICE DATE | INVOICE TOTAL |
|---|---|---|---|
| CARLAOC | OC-24-37107 | 11/05/24 | $ 697.40 |

PAYMENT DUE UPON RECEIPT. ANY DISPUTE MUST BE MADE WITHIN 180 DAYS. 30-DAY LATE ACCOUNTS SUBJECT TO 1.5% INTEREST/MONTH.
ACCOUNT HOLDER SOLEY RESPONSIBLE FOR CHARGES. 3% FEE FOR CREDIT CARD PAYMENTS. DEFAULT MAY INCUR COLLECTION/ATTORNEY FEES.



CARRAZCO LAW, A.P.C.

13056

WELLS FARGO BANK, N.A.
www.wellsfargo.com
16-24/1220

18301 IRVINE BLVD
TUSTIN, CA 92780-3412
714-541-8600

11/6/2024

PAY TO THE
ORDER OF     Legal Support Network                                    $ **697.40

Six Hundred Ninety-Seven and 40/100************************************************************
DOLLARS

Legal Support Network

P. O. BOX 861057
Los Angeles, CA 90086-1057

MEMO
70.0045.001 - Francisco Hurtado / INV#OC-24-3710

AUTHORIZED SIGNATURE

---

CARRAZCO LAW, A.P.C.                                                   13056

Legal Support Network                          11/6/2024
                    70.0045.001 - Francisco Hurtado / INV#OC-24-3710        697.40

Operating Account –    70.0045.001 - Francisco Hurtado / INV#OC-24-3        697.40

CARRAZCO LAW, A.P.C.                                                   13056

Legal Support Network                          11/6/2024
                    70.0045.001 - Francisco Hurtado / INV#OC-24-3710        697.40

Operating Account –    70.0045.001 - Francisco Hurtado / INV#OC-24-3        697.40



# VCourt™ Remote Appearances

**Confirmation**

Thank you for your payment. The confirmation below has been sent to the e-mail address you provided.

This is a receipt and confirmation for **Kent Henderson** from **Stanislaus Superior Court.** You have been scheduled for the remote appearance(s) shown below.

## Payment Confirmation

Total Amount Paid: $37.35
**Confirmation Number: 086608**
For payment issues: vcourt@stanct.org

## How to Join Your Remote Event

On the date & time of your event, connect:

 By TELEPHONE: Call the conference phone number: **(833) 545-7826 or (978) 699-0104**.

You will need the **Conference ID** and **Conference PIN** shown below.

## Remote Appearances Scheduled

|  | Event Date & Time | Dept | Case Number | Event Description | Amount | Conference ID | Conference PIN |
|---|---|---|---|---|---|---|---|
| 📞 | 8/26/2024 9:00 AM | 23 | CV-19-004526 | Case Management Conference | $37.35 | 150231 | 3900 |

## Attendee Information

Name: Kent Henderson
Email: hendolaw@gmail.com
Reminders: Email (Note: Any reminder requested will be sent to the attendee the evening prior to the event.)

## Cancellations    (click on 'Activity' at https://stanct.portalscloud.com/VCourt/)

Cancellation requests must be made before 3:00 PM on the day of 9:00 AM or the start time of your appearance, whichever comes first. You will need your **Email** and your payment **Confirmation Number** shown above.

## Conference Support & Information

For support/help with your remote appearance contact us at: vcourt@stanct.org

VCourt Home

© 2017 to 2024 - streamWrite, llc.

streamWrite

**Sebastian .**

| | |
|---|---|
| **From:** | Ely |
| **Sent:** | Thursday, March 18, 2021 1:28 PM |
| **To:** | Sebastian .; Luisa . |
| **Subject:** | Francisco Hurtado 70.0045.001 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Please see following receipt paid with cc ending in 

This is a confirmation for **Angel Carrazco, Jr.** from **Stanislaus Superior Court.** You have been scheduled for the remote appearance(s) shown below.

---

## Payment Confirmation

Total Amount Paid: **$96.35**
**Confirmation Number: 018922**
For payment issues: vcourt@stanct.org

---

## How to Join Your Remote Event

On the date & time of your event, connect:

By TELEPHONE: Call the conference phone number: **(833) 545-7826.**

You will need the **Conference ID** and **Conference PIN** shown below.

---

## Remote Appearances Scheduled

| | Event Date & Time | Dept | Case Number | Event Description | Amount | Conference ID | Conference PIN |
|---|---|---|---|---|---|---|---|
| | 3/22/2021 9:00 AM | 23 | CV-19-004526 | Case Management Conference | $96.35 | 150231 | 8539 |

---

## Attendee Information

Name: Angel Carrazco, Jr. (for FRANCISCO HURTADO)
Email: ely@carrazcolawapc.com
Reminders: Email (Note: Any reminder requested will be sent to the attendee the evening prior to the event.)

---

## Cancellations    (go to https://stanct.portalscloud.com/VCourt/)

1



# VCourt™ Remote Appearances

### Confirmation

Thank you for your payment. The confirmation below has been sent to the e-mail address you provided.

This is a receipt and confirmation for **Chris Holm** from **Stanislaus Superior Court**. You have been scheduled for the remote appearance(s) shown below.

## Payment Confirmation

Total Amount Paid: $30.35
**Confirmation Number: 032398**
For payment issues: vcourt@stanct.org

## How to Join Your Remote Event

On the date & time of your event, connect:

 By TELEPHONE: Call the conference phone number: **(833) 545-7826 or (978) 699-0104**.

You will need the **Conference ID** and **Conference PIN** shown below.

## Remote Appearances Scheduled

|  | Event Date & Time | Dept | Case Number | Event Description | Amount | Conference ID | Conference PIN |
|---|---|---|---|---|---|---|---|
| 📞 | 3/11/2024 9:00 AM | 23 | CV-19-004526 | Case Management Conference | $30.35 | 150231 | 9364 |

## Attendee Information

Name: Chris Holm
Email: chris@carrazcolawapc.com
Reminders: Email (Note: Any reminder requested will be sent to the attendee the evening prior to the event.)

## Cancellations    (click on 'Activity' at https://stanct.portalscloud.com/VCourt/)

Cancellation requests must be made before 3:00 PM on the day of 9:00 AM or the start time of your appearance, whichever comes first. You will need your **Email** and your payment **Confirmation Number** shown above.

## Conference Support & Information

For support/help with your remote appearance contact us at: vcourt@stanct.org

VCourt Home

© 2017 to 2024 - streamWrite, llc.

streamWrite