# EXHIBIT NO. 3



**IMAGING TECHNOLOGIES**
P.O. BOX 71036
LOS ANGELES, CA 90071
Tax Id: 95-4722982

# INVOICE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: | DATE ORDERED |
|---|---|---|---|
| GUIZAR | November 02, 2021 | OPP3564-01 | November 02, 2021 |

Bill To:
GUIZAR, HENDERSON & CARRAZCO, LLP
HUMBERTO M. GUIZAR, ESQ.
3500 W BEVERLY BLVD.
MONTEBELLO, CA 90640
Attn: Accounts Payable

Ordered By:
GUIZAR, HENDERSON & CARRAZCO, LLP
HUMBERTO M. GUIZAR, ESQ.
3500 W BEVERLY BLVD.
MONTEBELLO, CA 90640

File No.: **56513-01**

| | |
|---|---|
| Case No: 2:19-cv-02343-TLN-AC | Patient: FRANCISCO HURTADO |
| Court: UNITED STATES DISTRICT COURT | DOB: |
| Plaintiff: FRANCISCO HURTADO | DOI: |
| Defendant: STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ, ET AL. | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| DEPOSITION OFFICER FEE | | | 35.00 |
| DIGITAL COPIES | 38.00 | .35 | 13.30 |
| ONLINE DELIVERY [ DOCUMENTS UPLOAD ] | 1.00 | 5.00 | 5.00 |

| | | | |
|---|---|---|---|
| Any and all records per your request on:<br>FRANCISCO HURTADO from:<br>VIP KETAMINE CLINIC<br>205 JUDITH LANE<br>MODESTO, CA 95350 | SUB-TOTAL | | 53.30 |
| | SALES TAX 9.50% | | .00 |
| | TOTAL DUE | | $ 53.30 |

Thank you for choosing Ace Imaging Technologies
For billing inquiries, please contact our Accounting Department at (213) 623-3979.
PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

TO AVOID FINANCE CHARGES
INVOICE IS DUE 30 DAYS FROM INVOICE DATE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| GUIZAR | November 02, 2021 | OPP3564-01 |

Remit To:

Ace Imaging Technologies
P.O. BOX 71036
LOS ANGELES, CA 90071

TOTAL DUE:      $  53.30

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Ace Imaging Technologies.

Order#:OPP3564-01/CINV



Carrazco Law, A.P.C.
18301 Irvine Blvd.
Tustin, CA 92780
714-541-8600

WELLS FARGO BANK, NA
1801 E. 17th Street
Santa Ana, CA 92705
16-24/1220

10820

11/2/2021

PAY TO THE
ORDER OF     Ace Imaging Technologies, Inc.                                    $ **53.30

Fifty-Three and 30/100************************************************************************************ DOLLARS

Ace Imaging Technologies, Inc.

P. O. BOX 71036
Los Angeles, CA 90071

MEMO     70.0045.001 Francisco Hurtado v CHP / INV# OPP3584-01

---

Carrazco Law, A.P.C.                                                                          10820
Ace Imaging Technologies, Inc.
                                                          11/2/2021
70.0045.001 Francisco Hurtado V CHP / INV# OPP3584-01           53.30
Deposition officer fee

---

General Account - WF   70.0045.001 Francisco Hurtado v CHP / INV# O          53.30

Carrazco Law, A.P.C.                                                                          10820
Ace Imaging Technologies, Inc.
                                                          11/2/2021
70.0045.001 Francisco Hurtado V CHP / INV# OPP3           53.30
Deposition officer fee



General Account - WF   70.0045.001 Francisco Hurtado v CHP / INV# O          53.30


13459

104091



# ACE
## IMAGING TECHNOLOGIES, INC.

# INVOICE

**P.O. BOX 71036**
**LOS ANGELES, CA 90071**
**Tax Id: 95-4722982**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: | DATE ORDERED |
|---|---|---|---|
| GUIZER | May 6, 2021 | OPP3075-01 | May 6, 2021 |

Bill To:
**GUIZER, HENDERSON & CARRAZCO, LLP**
**KENT HENDERSON, ESQ.**
**3500 W BEVERLY BLVD.**
**MONTEBELLO, CA 90640**
**Attn: Accounts Payable**

Ordered By:
**Ely Arraiga**
**KENT HENDERSON, ESQ.**
**3500 W BEVERLY BLVD.**
**MONTEBELLO, CA 90640**

File No.: **54684-03 additional 199**

| | |
|---|---|
| Case No: **2:19-CV-02343-TLN-AC** | Patient: **FRANCISCO HURTADO** |
| Court: **UNITED STATES DISTRICT COURT** | DOB: **12/11/1996** |
| Plaintiff: **FRANCISCO HURTADO** | DOI: |
| Defendant: **STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, EDGAR YEPEZ, ET AL.** | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| DIGITAL COPIES | 199.00 | .35 | 69.65 |
| ONLINE DELIVERY [ DOCUMENTS UPLOAD ] | 1.00 | 5.00 | 5.00 |

| | | |
|---|---|---|
| Any and all records per your request on: **FRANCISCO HURTADO from:** STANISLAUS COUNTY SHERIFF'S DEPARTMENT, STANISLAUS COUNTY JAIL 250 E HACKETT ROAD MODESTO, CA 95358 | SUB-TOTAL | 74.65 |
| | SALES TAX 9.50% | 7.09 |
| | TOTAL DUE | $ 81.74 |

Thank you for choosing Ace Imaging Technologies
For billing inquiries, please contact our Accounting Department at (213) 623-3979.
PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

**TO AVOID FINANCE CHARGES**
INVOICE IS DUE 30 DAYS FROM INVOICE DATE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| GUIZER | May 6, 2021 | OPP3075-01 |

Remit To:

**Ace Imaging Technologies**
**P.O. BOX 71036**
**LOS ANGELES, CA 90071**

TOTAL DUE:          **$ 81.74**

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Ace Imaging Technologies.

Order#:OPP3075-01/3INV



**Carrazco Law, A.P.C.**
18301 Irvine Blvd.
Tustin, CA 92780
714-541-8600

WELLS FARGO BANK, NA
1801 E. 17th Street
Santa Ana, CA 92706
16-24/1220

10480

5/6/2021

PAY TO THE ORDER OF    Ace Imaging Technologies, Inc.    $ **81.74

Eighty-One and 74/100*********************************************************************************    DOLLARS

Ace Imaging Technologies, Inc.
P.O. BOX 71036
Los Angeles, CA 90071

MEMO    70.0045.001  Francisco Hurtado / INV# OPP3075-O1

---

Carrazco Law, A.P.C.    10480
  Ace Imaging Technologies, Inc.    5/6/2021
    70.0045.001 - Francisco Hurtado /  INV# OPP3075-O1    81.74

General Account - WF   70.0045.001 - Francisco Hurtado /  INV# OPP3075-O1    81.74

Carrazco Law, A.P.C.    10480
  Ace Imaging Technologies, Inc.    5/6/2021
    70.0045.001 - Francisco Hurtado /  INV# OPP3075-O1    81.74

PAYMENT RECORD

General Account - WF   70.0045.001 - Francisco Hurtado /  INV# OPP3075-O1    81.74









**IMAGING TECHNOLOGIES**

P.O. BOX 71036
LOS ANGELES, CA 90071
Tax Id: 95-4722982

# INVOICE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: | DATE ORDERED |
|---|---|---|---|
| GUIZER | August 20, 2021 | OPP3363-01 | August 20, 2021 |

Bill To:
GUIZER, HENDERSON & CARRAZCO, LLP
KENT HENDERSON, ESQ.
3500 W BEVERLY BLVD.
MONTEBELLO, CA 90640
Attn: Accounts Payable

Ordered By:
Ely Arraiga
KENT HENDERSON, ESQ.
3500 W BEVERLY BLVD.
MONTEBELLO, CA 90640

File No.: **55561-01**

| Case No: 2:19-cv-02343-TLN-AC | Patient: FRANCISCO HURTADO |
|---|---|
| Court: UNITED STATES DISTRICT COURT | DOB: 12/11/1987 |
| Plaintiff: FRANCISCO HURTADO | DOI: |
| Defendant: STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ, ET AL. | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| DEPOSITION OFFICER FEE | | | 35.00 |
| DIGITAL COPIES | 518.00 | .35 | 181.30 |
| ONLINE DELIVERY [ DOCUMENTS UPLOAD ] | 1.00 | 5.00 | 5.00 |

| Any and all records per your request on:<br>FRANCISCO HURTADO from:<br>SUTTER MEMORIAL MEDICAL CENTER<br>1700 COFFEE ROAD<br>MODESTO, CA 95355 | SUB-TOTAL | 221.30 |
|---|---|---|
| | SALES TAX 9.50% | 17.70 |
| | TOTAL DUE | $ 239.00 |

Thank you for choosing Ace Imaging Technologies
For billing inquiries, please contact our Accounting Department at (213) 623-3979.
PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

TO AVOID FINANCE CHARGES
INVOICE IS DUE 30 DAYS FROM INVOICE DATE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| GUIZER | August 20, 2021 | OPP3363-01 |

Remit To:

**Ace Imaging Technologies**
P.O. BOX 71036
LOS ANGELES, CA 90071

| TOTAL DUE: | $  239.00 |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Ace Imaging Technologies.

Order#:OPP3363-01/CINV

**Carrazco Law, A.P.C.**
18301 Irvine Blvd.
Tustin, CA 92780
714-541-8600

WELLS FARGO BANK, NA
1601 E. 17th Street
Santa Ana, CA 92705
16-24/1220

10701

8/24/2021

PAY TO THE ORDER OF    Ace Imaging Technologies, Inc.                    $ **239.00

Two Hundred Thirty-Nine and 00/100***********************************************************************   DOLLARS

9 PROTECTED AGAINST FRAUD 8

Ace Imaging Technologies, Inc.

P. O. BOX 71036
Los Angeles, CA 90071

MEMO   70.0045.001 - Francisco Hurtado /INV# OPP3363-01

---

Carrazco Law, A.P.C.                                                      10701
  Ace Imaging Technologies, Inc.                           8/24/2021
                     70.0045.001 - Francisco Hurtado /INV# OPP3363-01       239.00

General Account - WF   70.0045.001 - Francisco Hurtado /INV# OPP336          239.00

Carrazco Law, A.P.C.                                                      10701
  Ace Imaging Technologies, Inc.                           8/24/2021
                     70.0045.001 - Francisco Hurtado /INV# OPP3363-01       239.00

General Account - WF   70.0045.001 - Francisco Hurtado /INV# OPP336          239.00





# ACE
IMAGING TECHNOLOGIES, INC.

# INVOICE

P.O. BOX 71036
LOS ANGELES, CA 90071
Tax Id: 95-4722982

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: | DATE ORDERED |
|---|---|---|---|
| GUIZER | April 22, 2021 | OPP3043-01 | April 22, 2021 |

Bill To:
**GUIZER, HENDERSON & CARRAZCO, LLP**
**KENT HENDERSON, ESQ.**
**3500 W BEVERLY BLVD.**
**MONTEBELLO, CA 90640**
**Attn: Accounts Payable**

Ordered By:
**Ely Arraiga**
**KENT HENDERSON, ESQ.**
**3500 W BEVERLY BLVD.**
**MONTEBELLO, CA 90640**

File No.: **54514-01,03,04,05,06,07,08,09**

| | |
|---|---|
| Case No: **2:19-CV-02343-TLN-AC** | Patient: **FRANCISCO HURTADO** |
| Court: **UNITED STATES DISTRICT COURT** | DOB: **12/11/1996** |
| Plaintiff: **FRANCISCO HURTADO** | DOI: |
| Defendant: **STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, EDGAR YEPEZ, ET AL.** | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **DEPOSITION OFFICER FEE** | | | **35.00** |
| **DIGITAL COPIES** | **25.00** | **.35** | **8.75** |
| **ONLINE DELIVERY [ DOCUMENTS UPLOAD ]** | **1.00** | **5.00** | **5.00** |

| | | |
|---|---|---|
| Any and all records per your request on:<br>**FRANCISCO HURTADO from:**<br>**COGNET REHAB SOLUTIONS**<br>**417 WEST ALLEN AVENUE, #107**<br>**SAN DIMAS, CA 91733** | **SUB-TOTAL** | **48.75** |
| | **SALES TAX 9.50%** | **1.31** |
| | **TOTAL DUE** | **$ 50.06** |

Thank you for choosing Ace Imaging Technologies
For billing inquiries, please contact our Accounting Department at (213) 623-3979.
PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

TO AVOID FINANCE CHARGES
INVOICE IS DUE 30 DAYS FROM INVOICE DATE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| GUIZER | April 22, 2021 | OPP3043-01 |

Remit To:

**Ace Imaging Technologies**
**P.O. BOX 71036**
**LOS ANGELES, CA 90071**

| | |
|---|---|
| **TOTAL DUE:** | **$ 50.06** |

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Ace Imaging Technologies.

Order#:OPP3043-01/CINV



# ACE
IMAGING TECHNOLOGIES, INC.

# INVOICE

P.O. BOX 71036
LOS ANGELES, CA 90071
Tax Id: 95-4722982

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: | DATE ORDERED |
|---|---|---|---|
| GUIZER | April 22, 2021 | OPP3043-02 | April 22, 2021 |

Bill To:
GUIZER, HENDERSON & CARRAZCO, LLP
KENT HENDERSON, ESQ.
3500 W BEVERLY BLVD.
MONTEBELLO, CA 90640
Attn: Accounts Payable

Ordered By:
Ely Arraiga
KENT HENDERSON, ESQ.
3500 W BEVERLY BLVD.
MONTEBELLO, CA 90640

File No.: 54514-01,03,04,05,06,07,08,09

| Case No: 2:19-CV-02343-TLN-AC | Patient: FRANCISCO HURTADO |
|---|---|
| Court: UNITED STATES DISTRICT COURT | DOB: 12/11/1996 |
| Plaintiff: FRANCISCO HURTADO | DOI: |
| Defendant: STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, EDGAR YEPEZ, ET AL. | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| DEPOSITION OFFICER FEE | | | 35.00 |
| DIGITAL COPIES | 25.00 | .35 | 8.75 |
| ONLINE DELIVERY [ DOCUMENTS UPLOAD ] | 1.00 | 5.00 | 5.00 |

| Any and all records per your request on:<br>FRANCISCO HURTADO from:<br>DEPARTMENT OF HEALTH CARE SERVICE , OFFICE OF LEGAL SERVICE, SUBPOENA DESK<br>PO BOX 997413, MS 0010<br>SACRAMENTO, CA 95899 | | |
|---|---|---|
| | SUB-TOTAL | 48.75 |
| | SALES TAX 9.50% | 1.31 |
| | TOTAL DUE | $ 50.06 |

Thank you for choosing Ace Imaging Technologies
For billing inquiries, please contact our Accounting Department at (213) 623-3979.
PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

TO AVOID FINANCE CHARGES
INVOICE IS DUE 30 DAYS FROM INVOICE DATE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| GUIZER | April 22, 2021 | OPP3043-02 |

Remit To:

**Ace Imaging Technologies**
P.O. BOX 71036
LOS ANGELES, CA 90071

TOTAL DUE:        $ 50.06

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Ace Imaging Technologies.

Order#:OPP3043-02/CINV



# ACE
### IMAGING TECHNOLOGIES, INC.

# INVOICE

P.O. BOX 71036
LOS ANGELES, CA 90071
Tax Id: 95-4722982

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: | DATE ORDERED |
|---|---|---|---|
| GUIZER | April 22, 2021 | OPP3043-02 | April 22, 2021 |

Bill To:
**GUIZER, HENDERSON & CARRAZCO, LLP**
**KENT HENDERSON, ESQ.**
**3500 W BEVERLY BLVD.**
**MONTEBELLO, CA 90640**
**Attn: Accounts Payable**

Ordered By:
**Ely Arraiga**
**KENT HENDERSON, ESQ.**
**3500 W BEVERLY BLVD.**
**MONTEBELLO, CA 90640**

File No.: **54514-01,03,04,05,06,07,08,09**

| | |
|---|---|
| Case No: 2:19-CV-02343-TLN-AC | Patient: FRANCISCO HURTADO |
| Court: UNITED STATES DISTRICT COURT | DOB: 12/11/1996 |
| Plaintiff: FRANCISCO HURTADO | DOI: |
| Defendant: STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, EDGAR YEPEZ, ET AL. | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| DEPOSITION OFFICER FEE | | | 35.00 |
| DIGITAL COPIES | 25.00 | .35 | 8.75 |
| ONLINE DELIVERY [ DOCUMENTS UPLOAD ] | 1.00 | 5.00 | 5.00 |

| | | |
|---|---|---|
| Any and all records per your request on:<br>**FRANCISCO HURTADO** from:<br>DEPARTMENT OF HEALTH CARE SERVICE , OFFICE OF LEGAL SERVICE, SUBPOENA DESK<br>PO BOX 997413, MS 0010<br>SACRAMENTO, CA 95899 | SUB-TOTAL | 48.75 |
| | SALES TAX 9.50% | 1.31 |
| | TOTAL DUE | $ 50.06 |

Thank you for choosing Ace Imaging Technologies
For billing inquiries, please contact our Accounting Department at (213) 623-3979.
PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

TO AVOID FINANCE CHARGES
INVOICE IS DUE 30 DAYS FROM INVOICE DATE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| GUIZER | April 22, 2021 | OPP3043-02 |

Remit To:

**Ace Imaging Technologies**
**P.O. BOX 71036**
**LOS ANGELES, CA 90071**

| TOTAL DUE: | $ 50.06 |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Ace Imaging Technologies.

Order#:OPP3043-02/CINV



# ACE
## IMAGING TECHNOLOGIES, INC.

# INVOICE

P.O. BOX 71036
LOS ANGELES, CA 90071
Tax Id: 95-4722982

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: | DATE ORDERED |
|---|---|---|---|
| GUIZER | April 22, 2021 | OPP3043-03 | April 22, 2021 |

Bill To:
**GUIZER, HENDERSON & CARRAZCO, LLP**
**KENT HENDERSON, ESQ.**
**3500 W BEVERLY BLVD.**
**MONTEBELLO, CA 90640**
**Attn: Accounts Payable**

Ordered By:
**Ely Arraiga**
**KENT HENDERSON, ESQ.**
**3500 W BEVERLY BLVD.**
**MONTEBELLO, CA 90640**

File No.: **54514-01,03,04,05,06,07,08,09**

| | |
|---|---|
| Case No: 2:19-CV-02343-TLN-AC | Patient: FRANCISCO HURTADO |
| Court: UNITED STATES DISTRICT COURT | DOB: 12/11/1996 |
| Plaintiff: FRANCISCO HURTADO | DOI: |
| Defendant: STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, EDGAR YEPEZ, ET AL. | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| DEPOSITION OFFICER FEE | | | 35.00 |
| DIGITAL COPIES | 26.00 | .35 | 9.10 |
| ONLINE DELIVERY [ DOCUMENTS UPLOAD ] | 1.00 | 5.00 | 5.00 |

| | | |
|---|---|---|
| Any and all records per your request on:<br>**FRANCISCO HURTADO** from:<br>MORRIS FAMILY ENTERPRISE<br>PO BOX 1688<br>TURLOCK, CA 95899 | SUB-TOTAL | 49.10 |
| | SALES TAX 9.50% | 1.34 |
| | TOTAL DUE | $ 50.44 |

Thank you for choosing Ace Imaging Technologies
For billing inquiries, please contact our Accounting Department at (213) 623-3979.
PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

TO AVOID FINANCE CHARGES
INVOICE IS DUE 30 DAYS FROM INVOICE DATE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| GUIZER | April 22, 2021 | OPP3043-03 |

Remit To:

**Ace Imaging Technologies**
**P.O. BOX 71036**
**LOS ANGELES, CA 90071**

**TOTAL DUE:** | **$ 50.44** |

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO Ace Imaging Technologies.

Order#:OPP3043-03/CINV

# ACE
## IMAGING TECHNOLOGIES, INC.

# INVOICE

P.O. BOX 71036
LOS ANGELES, CA 90071
Tax Id: 95-4722982

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: | DATE ORDERED |
|---|---|---|---|
| GUIZER | April 22, 2021 | OPP3043-04 | April 22, 2021 |

Bill To:
**GUIZER, HENDERSON & CARRAZCO, LLP**
**KENT HENDERSON, ESQ.**
**3500 W BEVERLY BLVD.**
**MONTEBELLO, CA 90640**
Attn: Accounts Payable

Ordered By:
**Ely Arraiga**
**KENT HENDERSON, ESQ.**
**3500 W BEVERLY BLVD.**
**MONTEBELLO, CA 90640**

File No.: **54514-01,03,04,05,06,07,08,09**

| | |
|---|---|
| Case No: **2:19-CV-02343-TLN-AC** | Patient: **FRANCISCO HURTADO** |
| Court: **UNITED STATES DISTRICT COURT** | DOB: **12/11/1996** |
| Plaintiff: **FRANCISCO HURTADO** | DOI: |
| Defendant: **STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, EDGAR YEPEZ, ET AL.** | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **DEPOSITION OFFICER FEE** | | | 35.00 |
| **DIGITAL COPIES** | 110.00 | .35 | 38.50 |
| **ONLINE DELIVERY [ DOCUMENTS UPLOAD ]** | 1.00 | 5.00 | 5.00 |
| **CD ROM WITH X-RAY IMAGES** | 1.00 | 50.00 | 50.00 |
| **SHIPPING & HANDLING FEE** | 1.00 | 15.00 | 15.00 |

| | | |
|---|---|---|
| Any and all records per your request on: **FRANCISCO HURTADO** from: PAUL J. BRAATON, M.D., ORTHOMED CENTER 1335 COFFEE ROAD, #100 MODESTO, CA 95355 | SUB-TOTAL | 143.50 |
| | SALES TAX 9.50% | 8.88 |
| | TOTAL DUE | $ 152.38 |

Thank you for choosing Ace Imaging Technologies
For billing inquiries, please contact our Accounting Department at (213) 623-3979.
PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

TO AVOID FINANCE CHARGES
INVOICE IS DUE 30 DAYS FROM INVOICE DATE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| GUIZER | April 22, 2021 | OPP3043-04 |

Remit To:

**Ace Imaging Technologies**
**P.O. BOX 71036**
**LOS ANGELES, CA 90071**

| TOTAL DUE: | $ 152.38 |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Ace Imaging Technologies.

Order#:OPP3043-04/CINV

# ACE
## IMAGING TECHNOLOGIES, INC.

# INVOICE

P.O. BOX 71036
LOS ANGELES, CA 90071
Tax Id: 95-4722982

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: | DATE ORDERED |
|---|---|---|---|
| GUIZER | April 22, 2021 | OPP3043-05 | April 22, 2021 |

Bill To:
**GUIZER, HENDERSON & CARRAZCO, LLP**
**KENT HENDERSON, ESQ.**
**3500 W BEVERLY BLVD.**
**MONTEBELLO, CA 90640**
**Attn: Accounts Payable**

Ordered By:
**Ely Arraiga**
**KENT HENDERSON, ESQ.**
**3500 W BEVERLY BLVD.**
**MONTEBELLO, CA 90640**

File No.: **54514-01,03,04,05,06,07,08,09**

| | |
|---|---|
| Case No: **2:19-CV-02343-TLN-AC** | Patient: **FRANCISCO HURTADO** |
| Court: **UNITED STATES DISTRICT COURT** | DOB: **12/11/1996** |
| Plaintiff: **FRANCISCO HURTADO** | DOI: |
| Defendant: **STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, EDGAR YEPEZ, ET AL.** | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **DEPOSITION OFFICER FEE** | | | 35.00 |
| DIGITAL COPIES CNR CERTIFICATE OF NO RECORDS | 25.00 | .35 | 8.75 |
| ONLINE DELIVERY [ DOCUMENTS UPLOAD ] | 1.00 | 5.00 | 5.00 |

| Any and all records per your request on: FRANCISCO HURTADO from: SUTTER MEMORIAL MEDICAL CENTER (MEDICAL) 1700 COFFEE ROAD MODESTO, CA 95355 | SUB-TOTAL | 48.75 |
|---|---|---|
| | SALES TAX 9.50% | 1.31 |
| | TOTAL DUE | $ 50.06 |

Thank you for choosing Ace Imaging Technologies
For billing inquiries, please contact our Accounting Department at (213) 623-3979.
PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

TO AVOID FINANCE CHARGES
INVOICE IS DUE 30 DAYS FROM INVOICE DATE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| GUIZER | April 22, 2021 | OPP3043-05 |

Remit To:

**Ace Imaging Technologies**
**P.O. BOX 71036**
**LOS ANGELES, CA 90071**

TOTAL DUE: | $ 50.06 |

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Ace Imaging Technologies.

Order#:OPP3043-05/CINV

# ACE
IMAGING TECHNOLOGIES, INC.

# INVOICE

P.O. BOX 71036
LOS ANGELES, CA 90071
Tax Id: 95-4722982

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: | DATE ORDERED |
|---|---|---|---|
| GUIZER | April 22, 2021 | OPP3043-06 | April 22, 2021 |

Bill To:
GUIZER, HENDERSON & CARRAZCO, LLP
KENT HENDERSON, ESQ.
3500 W BEVERLY BLVD.
MONTEBELLO, CA 90640
Attn: Accounts Payable

Ordered By:
Ely Arraiga
KENT HENDERSON, ESQ.
3500 W BEVERLY BLVD.
MONTEBELLO, CA 90640

File No.: **54514-01,03,04,05,06,07,08,09**

| | |
|---|---|
| Case No: 2:19-CV-02343-TLN-AC | Patient: FRANCISCO HURTADO |
| Court: UNITED STATES DISTRICT COURT | DOB: 12/11/1996 |
| Plaintiff: FRANCISCO HURTADO | DOI: |
| Defendant: STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, EDGAR YEPEZ, ET AL. | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| DEPOSITION OFFICER FEE | | | 35.00 |
| DIGITAL COPIES | 25.00 | .35 | 8.75 |
| ONLINE DELIVERY [ DOCUMENTS UPLOAD ] | 1.00 | 5.00 | 5.00 |
| CD ROM WITH X-RAY IMAGES | 1.00 | 50.00 | 50.00 |

| | | |
|---|---|---|
| Any and all records per your request on:<br>**FRANCISCO HURTADO from:**<br>SUTTER MEMORIAL MEDICAL CENTER , ATTN: RADIOLOGY<br>1700 COFFEE ROAD<br>MODESTO, CA 95355 | SUB-TOTAL | 98.75 |
| | SALES TAX 9.50% | 6.06 |
| | TOTAL DUE | $ 104.81 |

Thank you for choosing Ace Imaging Technologies
For billing inquiries, please contact our Accounting Department at (213) 623-3979.
PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

TO AVOID FINANCE CHARGES
INVOICE IS DUE 30 DAYS FROM INVOICE DATE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| GUIZER | April 22, 2021 | OPP3043-06 |

Remit To:

Ace Imaging Technologies
P.O. BOX 71036
LOS ANGELES, CA 90071

TOTAL DUE:    $ 104.81

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Ace Imaging Technologies.

Order#:OPP3043-06/CINV

.MS



## ACE
### IMAGING TECHNOLOGIES, INC.

# INVOICE

P.O. BOX 71036
LOS ANGELES, CA 90071
Tax Id: 95-4722982

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: | DATE ORDERED |
|---|---|---|---|
| GUIZER | April 22, 2021 | OPP3043-07 | April 22, 2021 |

Bill To:
**GUIZER, HENDERSON & CARRAZCO, LLP**
**KENT HENDERSON, ESQ.**
**3500 W BEVERLY BLVD.**
**MONTEBELLO, CA 90640**
**Attn: Accounts Payable**

Ordered By:
**Ely Arraiga**
**KENT HENDERSON, ESQ.**
**3500 W BEVERLY BLVD.**
**MONTEBELLO, CA 90640**

File No.: **54514-01,03,04,05,06,07,08,09**

Case No: **2:19-CV-02343-TLN-AC**          Patient: **FRANCISCO HURTADO**
Court: **UNITED STATES DISTRICT COURT**       DOB: **12/11/1996**
Plaintiff: **FRANCISCO HURTADO**             DOI:
Defendant: **STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, EDGAR YEPEZ, ET AL.**

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| DEPOSITION OFFICER FEE | | | 35.00 |
| DIGITAL COPIES | 25.00 | .35 | 8.75 |
| ONLINE DELIVERY [ DOCUMENTS UPLOAD ] | 1.00 | 5.00 | 5.00 |

| Any and all records per your request on: | | |
|---|---|---|
| **FRANCISCO HURTADO** from: | SUB-TOTAL | 48.75 |
| TOPHER STEPHENSON, M.D. | SALES TAX 9.50% | 1.31 |
| 875 UNIVERSITY AVENUE | | |
| SACRAMENTO, CA | TOTAL DUE | $ 50.06 |

Thank you for choosing Ace Imaging Technologies
For billing inquiries, please contact our Accounting Department at (213) 623-3979.
PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

TO AVOID FINANCE CHARGES
INVOICE IS DUE 30 DAYS FROM INVOICE DATE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| GUIZER | April 22, 2021 | OPP3043-07 |

Remit To:

**Ace Imaging Technologies**
**P.O. BOX 71036**
**LOS ANGELES, CA 90071**

| TOTAL DUE: | $ 50.06 |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Ace Imaging Technologies.

Order#:OPP3043-07/CINV

# ACE
## IMAGING TECHNOLOGIES, INC.

# INVOICE

P.O. BOX 71036
LOS ANGELES, CA 90071
Tax Id: 95-4722982

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: | DATE ORDERED |
|---|---|---|---|
| GUIZER | April 22, 2021 | OPP3043-08 | April 22, 2021 |

Bill To:
**GUIZER, HENDERSON & CARRAZCO, LLP**
**KENT HENDERSON, ESQ.**
**3500 W BEVERLY BLVD.**
**MONTEBELLO, CA 90640**
**Attn: Accounts Payable**

Ordered By:
**Ely Arraiga**
**KENT HENDERSON, ESQ.**
**3500 W BEVERLY BLVD.**
**MONTEBELLO, CA 90640**

File No.: **54514-01,03,04,05,06,07,08,09**

| | |
|---|---|
| Case No: **2:19-CV-02343-TLN-AC** | Patient: **FRANCISCO HURTADO** |
| Court: **UNITED STATES DISTRICT COURT** | DOB: **12/11/1996** |
| Plaintiff: **FRANCISCO HURTADO** | DOI: |
| Defendant: **STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, EDGAR YEPEZ, ET AL.** | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| DEPOSITION OFFICER FEE | | | 35.00 |
| DIGITAL COPIES | 25.00 | .35 | 8.75 |
| ONLINE DELIVERY [ DOCUMENTS UPLOAD ] | 1.00 | 5.00 | 5.00 |

| Any and all records per your request on: | | |
|---|---|---|
| **FRANCISCO HURTADO from:** | SUB-TOTAL | 48.75 |
| AMERICAN MEDICAL RESPONSE | SALES TAX 9.50% | 1.31 |
| 4701 STODDARD ROAD | | |
| MODESTO, CA 95356 | TOTAL DUE | **$ 50.06** |

Thank you for choosing Ace Imaging Technologies
For billing inquiries, please contact our Accounting Department at (213) 623-3979.
PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

TO AVOID FINANCE CHARGES
INVOICE IS DUE 30 DAYS FROM INVOICE DATE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| GUIZER | April 22, 2021 | OPP3043-08 |

Remit To:

**Ace Imaging Technologies**
**P.O. BOX 71036**
**LOS ANGELES, CA 90071**

| TOTAL DUE: | $ 50.06 |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Ace Imaging Technologies.

Order#:OPP3043-08/CINV

# ACE
IMAGING TECHNOLOGIES, INC.

# INVOICE

P.O. BOX 71036
LOS ANGELES, CA 90071
Tax Id: 95-4722982

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: | DATE ORDERED |
|---|---|---|---|
| GUIZER | April 22, 2021 | OPP3044-01 | April 22, 2021 |

Bill To:
**GUIZER, HENDERSON & CARRAZCO, LLP**
**KENT HENDERSON, ESQ.**
**3500 W BEVERLY BLVD.**
**MONTEBELLO, CA 90640**
**Attn: Accounts Payable**

Ordered By:
**Ely Arraiga**
**KENT HENDERSON, ESQ.**
**3500 W BEVERLY BLVD.**
**MONTEBELLO, CA 90640**

File No.: **54684-01,02**

Case No: **2:19-CV-02343-TLN-AC**          Patient: **FRANCISCO HURTADO**
    Court: **UNITED STATES DISTRICT COURT**       DOB: **12/11/1996**
    Plaintiff: **FRANCISCO HURTADO**          DOI:
Defendant: **STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, EDGAR YEPEZ, ET AL.**

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| DEPOSITION OFFICER FEE | | | 35.00 |
| DIGITAL COPIES | 25.00 | .35 | 8.75 |
| ONLINE DELIVERY [ DOCUMENTS UPLOAD ] | 1.00 | 5.00 | 5.00 |

| Any and all records per your request on: **FRANCISCO HURTADO** from: **STANISLAUS COUNTY ADULT PROBATION** 801 11TH STREET, #B100 MODESTO, CA 95354 | | |
|---|---|---|
| | SUB-TOTAL | 48.75 |
| | SALES TAX 9.50% | 1.31 |
| | TOTAL DUE | $ 50.06 |

Thank you for choosing Ace Imaging Technologies
For billing inquiries, please contact our Accounting Department at (213) 623-3979.
PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

TO AVOID FINANCE CHARGES
INVOICE IS DUE 30 DAYS FROM INVOICE DATE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| GUIZER | April 22, 2021 | OPP3044-01 |

Remit To:

**Ace Imaging Technologies**
**P.O. BOX 71036**
**LOS ANGELES, CA 90071**

| TOTAL DUE: | $ 50.06 |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Ace Imaging Technologies.

Order#:OPP3044-01/CINV

# ACE
## IMAGING TECHNOLOGIES, INC.

# INVOICE

P.O. BOX 71036
LOS ANGELES, CA 90071
Tax Id: 95-4722982

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: | DATE ORDERED |
|---|---|---|---|
| GUIZER | April 22, 2021 | OPP3044-02 | April 22, 2021 |

Bill To:
**GUIZER, HENDERSON & CARRAZCO, LLP**
**KENT HENDERSON, ESQ.**
**3500 W BEVERLY BLVD.**
**MONTEBELLO, CA 90640**
**Attn: Accounts Payable**

Ordered By:
**Ely Arraiga**
**KENT HENDERSON, ESQ.**
**3500 W BEVERLY BLVD.**
**MONTEBELLO, CA 90640**

File No.: **54684-01,02**

| | |
|---|---|
| Case No: **2:19-CV-02343-TLN-AC** | Patient: **FRANCISCO HURTADO** |
| Court: **UNITED STATES DISTRICT COURT** | DOB: **12/11/1986** |
| Plaintiff: **FRANCISCO HURTADO** | DOI: |
| Defendant: **STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, EDGAR YEPEZ, ET AL.** | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| DEPOSITION OFFICER FEE | | | 35.00 |
| DIGITAL COPIES | 37.00 | .35 | 12.95 |
| ONLINE DELIVERY [ DOCUMENTS UPLOAD ] | 1.00 | 5.00 | 5.00 |

| | | |
|---|---|---|
| Any and all records per your request on:<br>**FRANCISCO HURTADO** from:<br>STANISLAUS COUNTY SHERIFF'S DEPARTMENT, STANISLAUS COUNTY JAIL<br>**260 E HACKETT ROAD**<br>**MODESTO, CA 95358** | SUB-TOTAL | 52.95 |
| | SALES TAX 9.50% | 1.71 |
| | TOTAL DUE | $ 54.66 |

Thank you for choosing Ace Imaging Technologies
For billing inquiries, please contact our Accounting Department at (213) 623-3979.
PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

TO AVOID FINANCE CHARGES
INVOICE IS DUE 30 DAYS FROM INVOICE DATE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| GUIZER | April 22, 2021 | OPP3044-02 |

Remit To:

**Ace Imaging Technologies**
**P.O. BOX 71036**
**LOS ANGELES, CA 90071**

| TOTAL DUE: | $ 54.66 |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Ace Imaging Technologies.

Order#:OPP3044-02/CINV

THIS DOCUMENT HAS A COLORED BACKGROUND ... SECURITY FEATURES ... LISTED ON BACK INDICATES TAMPERING OR COPYING

**Carrazco Law, A.P.C.**
18301 Irvine Blvd.
Tustin, CA 92780
714-541-8600

**WELLS FARGO BANK, NA**
1801 E. 17th Street
Santa Ana, CA 92705
16-24/1220

**10454**

4/22/2021

PAY TO THE
ORDER OF     Ace Imaging Technologies, Inc.

$ **662.65

Six Hundred Sixty-Two and 65/100*********************************************************************

DOLLARS

Ace Imaging Technologies, Inc.

P. O. BOX 71036
Los Angeles, CA 90071

MEMO    70.0045.001 - Francisco Hurtado / Multiple invoices

---

Carrazco Law, A.P.C.

10454

Ace Imaging Technologies, Inc.

4/22/2021

| | |
|---|---|
| 70.0045.001 - Francisco Hurtado / INV# OPP3043-0 | 50.06 |
| 70.0045.001 - Francisco Hurtado / INV# OPP3043-0 | 104.81 |
| 70.0045.001 - Francisco Hurtado / INV# OPP3043-0 | 50.06 |
| 70.0045.001 - Francisco Hurtado / INV# OPP3043-0 | 152.38 |
| 70.0045.001 - Francisco Hurtado / INV# OPP3043-0 | 50.44 |
| 70.0045.001 - Francisco Hurtado / INV# OPP3043-0 | 50.06 |
| 70.0045.001 - Francisco Hurtado / INV# OPP3043-0 | 50.06 |
| 70.0045.001 - Francisco Hurtado / INV# OPP3043-0 | 50.06 |
| 70.0045.001 - Francisco Hurtado / INV# OPP3044-0 | 54.66 |
| 70.0045.001 - Francisco Hurtado / INV# OPP3044-0 | 50.06 |

General Account - WF   70.0045.001 - Francisco Hurtado / Multiple invoic

662.65

---

Carrazco Law, A.P.C.

10454

Ace Imaging Technologies, Inc.

4/22/2021

| | |
|---|---|
| 70.0045.001 - Francisco Hurtado / INV# OPP3043-0 | 50.06 |
| 70.0045.001 - Francisco Hurtado / INV# OPP3043-0 | 104.81 |
| 70.0045.001 - Francisco Hurtado / INV# OPP3043-0 | 50.06 |
| 70.0045.001 - Francisco Hurtado / INV# OPP3043-0 | 152.38 |
| 70.0045.001 - Francisco Hurtado / INV# OPP3043-0 | 50.44 |
| 70.0045.001 - Francisco Hurtado / INV# OPP3043-0 | 50.06 |
| 70.0045.001 - Francisco Hurtado / INV# OPP3043-0 | 50.06 |
| 70.0045.001 - Francisco Hurtado / INV# OPP3043-0 | 50.06 |
| 70.0045.001 - Francisco Hurtado / INV# OPP3044-0 | 54.66 |
| 70.0045.001 - Francisco Hurtado / INV# OPP3044-0 | 50.06 |

General Account - WF   70.0045.001 - Francisco Hurtado / Multiple invoic

662.65





## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Angel Carrazco Jr, Esq
Carrazco Law APC
18301 Irvine Boulevard
Tustin, CA, 92780

| | |
|---|---|
| Invoice #: | **5175898** |
| Invoice Date: | **8/6/2021** |
| Balance Due: | **$548.90** |

| Case: Francisco Hurtado v. State Of California (2:19CV02343TLNAC) | Proceeding Type: Depositions |
|---|---|

Job #: 4618667  |  Job Date: 7/15/2021  |  Delivery: Normal

Location:          Los Angeles, CA

Billing Atty:      Angel Carrazco Jr, Esq

Scheduling Atty:  LeeAnn E. Whitmore  Esq | California Department of Justice
Office of the Attorney General

| Witness: Diane Valenzuela | Amount |
|---|---|
| Certified Transcript | $548.90 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $548.90 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $548.90 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | **5175898** |
| Invoice Date: | **8/6/2021** |
| Balance Due: | **$548.90** |

148269



CARRAZCO LAW APC
18001 IRVINE BLVD
TUSTIN, CA 92780-8412

WELLS FARGO BANK, N.A.
www.wellsfargo.com
16-24/1220

11180

4/27/2022

PAY TO THE
ORDER OF____ Veritext                                          $ **548.90

Five Hundred Forty-Eight and 90/100************************************************************  DOLLARS

Veritext LLC

P.O. Box 71303
Chicago, IL 60694-1303

MEMO
70.0045.001 - Francisco Hurtado / INV# 5175898

AUTHORIZED SIGNATURE

---

CARRAZCO LAW APC                                              11180
Veritext                                        4/27/2022
                       70.0045.001 - Francisco Hurtado / INV# 5175898        548.90

---

Operating Account -   70.0045.001 - Francisco Hurtado / INV# 517589          548.90

---

CARRAZCO LAW APC                                              11180
Veritext                                        4/27/2022
                       70.0045.001 - Francisco Hurtado / INV# 5175898        548.90

---

Operating Account -   70.0045.001 - Francisco Hurtado / INV# 517589          548.90

588 754 70 23
CARRASCO LAW APC

Security Features exceed industry standards and include:
• ImageMatch™ Matching account and check number on back (Patent No. 9,240,088)
• MobileMark™ Mobile Deposit check mark to indicate check has been deposited via mobile device
• The Security Weave® pattern on back designed to deter fraud
• Microprint (MP) lines printed on front and back
• The words "ORIGINAL DOCUMENT" across the back
• Photo Safe Deposit® icon visible on front and back

Do not cash if:
• Any of the features listed above are missing or appear altered
• Fugitive ink on back looks pink or has disappeared
• Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box



ENDORSE HERE

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

## Veritext, LLC - California Region
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: | Angel Carrazco Jr.<br>Carrazco Law APC<br>18301 Irvine Boulevard<br>Tustin, CA, 92780 | |

| | |
|---|---|
| Invoice #: | 5885115 |
| Invoice Date: | 7/5/2022 |
| Balance Due: | $698.70 |

| Case: Hurtado Francisco v. State Of CA Et Al (2:19-cv-02343TLNAC) | Proceeding Type: Depositions |
|---|---|

Job #: 5241778  |  Job Date: 6/10/2022  |  Delivery: Normal

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Angel Carrazco Jr. |
| Scheduling Atty: | Iveta Ovsepyan Esq | California Department of Justice Attorney General |

| Witness: Scott Defoe | Amount |
|---|---|
| Certified Transcript | $698.70 |

| Notes: | Invoice Total | $698.70 |
|---|---|---|
| | Payment | $0.00 |
| | Credit | $0.00 |
| | Interest | $0.00 |
| | Balance Due | $698.70 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | |
|---|---|
| **Pay by Check - Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com |

| | |
|---|---|
| Invoice #: | 5885115 |
| Invoice Date: | 7/5/2022 |
| Balance Due: | $698.70 |

148269

## Veritext, LLC - California Region
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: Angel Carrazco Jr. | Invoice #: | 5878768 |
| Carrazco Law APC | Invoice Date: | 6/29/2022 |
| 3500 W Beverly Blvd | Balance Due: | $640.80 |
| Montebello, CA, 90640 | | |

| Case: Francisco Hurtado v. State Of California (2:19-cv02343TLNAC) | Proceeding Type: Depositions |
|---|---|

Job #: 5130542  |  Job Date: 4/29/2022  |  Delivery: Normal

Location:        Los Angeles, CA

Billing Atty:    Angel Carrazco Jr.

Scheduling Atty: LeeAnn E. Whitmore  Esq | California Department of Justice
                 Attorney General

| Witness: Marilyn Jacobs  PhD | Amount |
|---|---|
| Certified Transcript | $640.80 |

| Notes: | Invoice Total | $640.80 |
|---|---|---|
| | Payment | $0.00 |
| | Credit | $0.00 |
| | Interest | $0.00 |
| | Balance Due | $640.80 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | Invoice #: | 5878768 |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | Invoice Date: | 6/29/2022 |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | Balance Due: | $640.80 |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

148289

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: Angel Carrazco Jr.<br>Carrazco Law, APC<br>18301 Irvine Boulevard<br>Tustin, CA, 92780 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | **5726102**<br>**4/20/2022**<br>**$596.65** |

| Case: Francisco Hurtado v. State Of California (2:19cv02343TLNAC) | Proceeding Type: Depositions |
|---|---|

Job #: 5129629   |   Job Date: 4/7/2022 |   Delivery: Normal

Location:          Los Angeles, CA

Billing Atty:      Angel Carrazco Jr.

Scheduling Atty:  LeeAnn E. Whitmore | California Department of Justice
                  Attorney General

| Witness: Joshua Prager  M.D. | Amount |
|---|---|
| Transcript Services | $596.65 |

| Notes: | Invoice Total: | $596.65 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $596.65 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 689 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include Invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  5726102**

**Invoice Date:  4/20/2022**

**Balance Due:  $596.65**

B420240309

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: | Angel Carrazco Jr. | |
| | Carrazco Law APC | |
| | 18301 Irvine Boulevard | |
| | Tustin, CA, 92780 | |

| | |
|---|---|
| **Invoice #:** | **5751928** |
| **Invoice Date:** | **4/30/2022** |
| **Balance Due:** | **$659.45** |

| Case: Francisco Hurtado v. State Of California (2:19cv02343TLNAC) | Proceeding Type: Depositions |
|---|---|

Job #: 5129617   |   Job Date: 4/21/2022   |   Delivery: Normal

Location:          Los Angeles, CA

Billing Atty:     Angel Carrazco Jr.

Scheduling Atty:  LeeAnn E. Whitmore  Esq | California Department of Justice
                  Attorney General

| Witness: Mary Meinhard , RN-BC | Amount |
|---|---|
| Certified Transcript | $659.45 |

| Notes: | | |
|---|---|---|
| | **Invoice Total** | **$659.45** |
| | **Payment** | **$0.00** |
| | **Credit** | **$0.00** |
| | **Interest** | **$0.00** |
| | **Balance Due** | **$659.45** |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| | | | |
|---|---|---|---|
| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:** | **5751928** |
| Veritext | A/C Name: Veritext | **Invoice Date:** | **4/30/2022** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Balance Due:** | **$659.45** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | | |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

148289

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: Kent Henderson Esq | Invoice #: | 5971535 |
| GUIZAR, HENDERSON & CARRAZCO, L.L.P. | Invoice Date: | 8/16/2022 |
| 3500 W Beverly Blvd | Balance Due: | $691.20 |
| Montebello, CA, 90640 | | |

| Case: Hurtado, Francisco v. State Of CA, Et Al (2:19-cv02343TLNAC) | Proceeding Type: Depositions |
|---|---|

Job #: 5276778  |  Job Date: 7/28/2022  |  Delivery: Normal

Location:           San Francisco, CA

Billing Atty:       Kent Henderson Esq

Scheduling Atty:  LeeAnn E. Whitmore | California Department of Justice
                   Attorney General

| Witness: James Mills | Amount |
|---|---|
| Certified Transcript | $691.20 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $691.20 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $691.20 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to: | Pay By ACH (include invoice numbers): | Invoice #: | 5971535 |
|---|---|---|---|
| Veritext | A/C Name: Veritext | Invoice Date: | 8/16/2022 |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | Balance Due: | $691.20 |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | | |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

148269

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

Bill To: Kent Henderson
GUIZAR, HENDERSON & CARRAZCO, L.L.P.
18301 Irvine Boulevard
Tustin, CA, 92780

| | |
|---|---|
| **Invoice #:** | **6083832** |
| **Invoice Date:** | **10/24/2022** |
| **Balance Due:** | **$578.75** |

| Case: Hurtado v. State (2:19CV02343TLNAC) | Proceeding Type: Depositions |
|---|---|

Job #: 5466554  |  Job Date: 9/16/2022  |  Delivery: Normal

Location: Los Angeles, CA

Billing Atty: Kent Henderson

Scheduling Atty: John C. Bridges | California Department of Justice Attorney
General

| Witness: Expert Okorie Okorocha , Esq. | Quantity | Amount |
|---|---|---|
| Transcript Services - Certified Transcript | 102.00 | $397.80 |
| Exhibits | 63.00 | $40.95 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 |

| Notes: | Invoice Total | $578.75 |
|---|---|---|
| | Payment | $0.00 |
| | Credit | $0.00 |
| | Interest | $0.00 |
| | Balance Due | $578.75 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name:Veritext
Bank Name:BMO Harris Bank
Bank Addr:311 W. Monroe Chicago, IL 60606
Account No:4353454 ABA:071000288
Swift: HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6083832**
**Invoice Date: 10/24/2022**
**Balance Due: $578.75**

## Veritext, LLC - California Region
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Reese Goetze | | Invoice #: | 7196021 |
| | Carrazco Law, APC | | Invoice Date: | 2/21/2024 |
| | 18301 Irvine Boulevard | | Balance Due: | $490.10 |
| | Tustin, CA, 92780 | | | |

| Case: Hurtado Francisco v. State Of California, Et Al (2:19cv02343TLNAC) | Proceeding Type: Depositions |
|---|---|

Job #: 6347787 | Job Date: 12/8/2023 | Delivery: Normal

Location:          San Francisco, CA

Billing Atty:      Reese Goetze

Scheduling Atty:   LeeAnn E. Whitmore | California Department of Justice
                   Attorney General

| Witness: Mary Meinhard RN-BC, Vol 2 | Amount |
|---|---|
| Transcript Services | $490.10 |

| Notes: | Invoice Total: | $490.10 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $490.10 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Remit to:                Pay By ACH (Include Invoice numbers):          Invoice #: 7196021
Veritext                         A/C Name:Veritext
P.O. Box 71303            Bank Name:BMO Harris Bank                  Invoice Date:  2/21/2024
Chicago IL 60694-1303    Bank Addr:311 W. Monroe Chicago, IL 60606
Fed. Tax ID: 20-3132569   Account No:4353454 ABA:071000288           Balance Due: $490.10
                                 Swift: HATRUS44

                         Pay by Credit Card: www.veritext.com

14826D

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Reese Goetze
Carrazco Law, APC
18301 Irvine Boulevard
Tustin, CA, 92780

| | |
|---|---|
| Invoice #: | 7196040 |
| Invoice Date: | 2/20/2024 |
| Balance Due: | $247.80 |

| Case: Francisco Hurtado v. State of California (2:19cv02343TENAC) | Proceeding Type: Depositions |
|---|---|

Job #: 5129587  |  Job Date: 4/11/2022  |  Delivery: Normal

Location:          Los Angeles, CA

Billing Atty:      Reese Goetze

Scheduling Atty:  LeeAnn E. Whitmore | California Department of Justice
                  Attorney General

| Witness: CNA - James Mills | Amount |
|---|---|
| Transcript Services | $247.80 |

| Notes: | Invoice Total | $247.80 |
|---|---|---|
| | Payment | $0.00 |
| | Credit | $0.00 |
| | Interest | $0.00 |
| | Balance Due | $247.80 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name:Veritext
Bank Name:BMO Harris Bank
Bank Addr:311 W. Monroe Chicago, IL 60606
Account No:4353454 ABA:071000288
Swift: HATRUS44

Pay by Credit Card: www.veritext.com

| | |
|---|---|
| Invoice #: | 7196040 |
| Invoice Date: | 2/20/2024 |
| Balance Due: | $247.80 |

148269

**CARRAZCO LAW, A.P.C.**
18301 IRVINE BLVD
TUSTIN, CA 92780-3412
714-541-6600

WELLS FARGO BANK, N.A.
www.wellsfargo.com
16-24/1220

12789

8/21/2024

PAY TO THE ORDER OF ___ Veritext

$ **4,603.45

Four Thousand Six Hundred Three and 45/100*********************************************************** DOLLARS

Veritext LLC

P.O. Box 71303
Chicago, IL 60694-1303

MEMO
70.0045.001 - Francisco Hurtado / 8 Invoices below

AUTHORIZED SIGNATURE

---

CARRAZCO LAW, A.P.C.                                                    12789
   Veritext                                            8/21/2024

| | |
|---|---|
| 70.0045.001 - Francisco Hurtado / INV#5726102 | 596.65 |
| 70.0045.001 - Francisco Hurtado / INV#5751928 | 659.45 |
| 70.0045.001 - Francisco Hurtado / INV#5878768 | 640.80 |
| 70.0045.001 - Francisco Hurtado / INV#7196040 | 247.80 |
| 70.0045.001 - Francisco Hurtado / INV#6083832 | 578.75 |
| 70.0045.001 - Francisco Hurtado / INV#5885115 | 698.70 |
| 70.0045.001 - Francisco Hurtado / INV#5971535 | 691.20 |
| 70.0045.001 - Francisco Hurtado / INV#7196021 | 490.10 |

Operating Account -   70.0045.001 - Francisco Hurtado / 8 Invoices bel          4,603.45

CARRAZCO LAW, A.P.C.                                                    12789
   Veritext                                            8/21/2024

| | |
|---|---|
| 70.0045.001 - Francisco Hurtado / INV#5726102 | 596.65 |
| 70.0045.001 - Francisco Hurtado / INV#5751928 | 659.45 |
| 70.0045.001 - Francisco Hurtado / INV#5878768 | 640.80 |
| 70.0045.001 - Francisco Hurtado / INV#7196040 | 247.80 |
| 70.0045.001 - Francisco Hurtado / INV#6083832 | 578.75 |
| 70.0045.001 - Francisco Hurtado / INV#5885115 | 698.70 |
| 70.0045.001 - Francisco Hurtado / INV#5971535 | 691.20 |
| 70.0045.001 - Francisco Hurtado / INV#7196021 | 490.10 |

Operating Account -   70.0045.001 - Francisco Hurtado / 8 Invoices bel          4,603.45




## Veritext, LLC - California Region
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| | | | | |
|---|---|---|---|---|
| Bill To: | Kent Henderson | | Invoice #: | 4875685 |
| | Carrazco Law APC | | Invoice Date: | 3/9/2021 |
| | 18301 Irvine Boulevard | | Balance Due: | $395.00 |
| | Tustin, CA, 92780 | | | |

| Case: Hurtado, Francisco v. State of California (2:19cv02343TLNAC) | Proceeding Type: Depositions |
|---|---|

| | |
|---|---|
| Job #: 4384133  \|  Job Date: 2/24/2021  \|  Delivery: Appearance Only | Third Party: |
| Location: Los Angeles, CA | |
| Billing Atty: Kent Henderson | |
| Scheduling Atty: Kent Henderson \| Carrazco Law APC | |

| Witness: (CXLD) Edgardo Yepez | Amount |
|---|---|
| Video - Cancellation | $395.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $395.00 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $395.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

### THIS INVOICE IS 241 DAYS PAST DUE, PLEASE REMIT - THANK YOU

| Pay by Check - Remit to: | Pay By ACH (Include invoice numbers): | Invoice #: | 4875685 |
|---|---|---|---|
| Veritext | A/C Name: Veritext | Invoice Date: | 3/9/2021 |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | Balance Due: | $395.00 |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | | |
| Fed. Tax ID: 20-3132569 | Swift: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

## Veritext, LLC - California Region
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

Bill To: Kent Henderson
Carrazco Law APC
18301 Irvine Boulevard
Tustin, CA, 92780

| | |
|---|---|
| Invoice #: | 4875835 |
| Invoice Date: | 3/9/2021 |
| Balance Due: | $690.00 |

**Case: Hurtado, Francisco v. State of California (2:19cv02343TLNAC)**     **Proceeding Type: Depositions**

Job #: 4384133   |   Job Date: 2/24/2021   |   Delivery: Appearance Only     Third Party:

Location:     Los Angeles, CA

Billing Atty:     Kent Henderson

Scheduling Atty:     Kent Henderson | Carrazco Law APC

| Witness: (CXLD) Edaurdo Yepez | Amount |
|---|---|
| Cancellation of Reporting Services | $690.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $690.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $690.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

### THIS INVOICE IS 241 DAYS PAST DUE, PLEASE REMIT - THANK YOU

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
Swift: HATRUS44
Pay by Credit Card: www.veritext.com

| | |
|---|---|
| Invoice #: | 4875835 |
| Invoice Date: | 3/9/2021 |
| Balance Due: | $690.00 |

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| Bill To: | Angel Carrazco Jr.<br>Carrazco Law APC<br>18301 Irvine Boulevard<br>Tustin, CA, 92780 | Invoice #: | 4892869 |
|---|---|---|---|
| | | Invoice Date: | 3/18/2021 |
| | | Balance Due: | $1,843.05 |

**Case: Hurtado, Francisco v. State Of California (2:19cv02343TLNAC)**     **Proceeding Type: Depositions**

Job #: 4482124   |   Job Date: 3/4/2021   |   Delivery: Normal                    Third Party:

Location:          Los Angeles, CA

Billing Atty:      Angel Carrazco Jr.

Scheduling Atty:   Kent Henderson | Carrazco Law APC

| Witness: Edgardo Yepez | Amount |
|---|---|
| Original with 1 Certified Transcript | $1,843.05 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $1,843.05 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,843.05 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

## THIS INVOICE IS 232 DAYS PAST DUE, PLEASE REMIT - THANK YOU

| **Pay by Check - Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>Swift: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #: | 4892869 |
|---|---|---|---|
| | | Invoice Date: | 3/18/2021 |
| | | Balance Due: | $1,843.05 |

148269                                                                                                          11/5/2021

**CARRAZCO LAW APC**
18301 IRVINE BLVD
TUSTIN, CA 92780-3412

WELLS FARGO BANK, N.A.
www.wellsfargo.com
16-24/1220

11195

5/4/2022

PAY TO THE
ORDER OF ____ Veritext                                            $ **2,928.05

Two Thousand Nine Hundred Twenty-Eight and 05/100********************************************************** DOLLARS

Veritext LLC

P.O. Box 71303
Chicago, IL 60694-1303

MEMO   70.0045.001 - Francisco Hurtado / INV# 4875685,48 758 35
4892869

AUTHORIZED SIGNATURE

---

CARRAZCO LAW APC                                                              11195
  Veritext                                              5/4/2022
              70.0045.001 - Francisco Hurtado / INV# 4875685                    395.00
              70.0045.001 - Francisco Hurtado / INV#4875835                     690.00
              70.0045.001 - Francisco Hurtado / INV#4892869                   1,843.05

Operating Account -   70.0045.001 - Francisco Hurtado / INV# 487568           2,928.05

CARRAZCO LAW APC                                                              11195
  Veritext                                              5/4/2022
              70.0045.001 - Francisco Hurtado / INV# 4875685                    395.00
              70.0045.001 - Francisco Hurtado / INV#4875835                     690.00
              70.0045.001 - Francisco Hurtado / INV#4892869                   1,843.05

Operating Account -   70.0045.001 - Francisco Hurtado / INV# 487568           2,928.05




588.7 56.70 23
CARRAZCO LAW APC

Security Features exceed industry standards and include:
• ImageMatch™ : Matching account and check number on back (Patent No. 9,210,009)
• MobileMark™ : Mobile Deposit check-mark to indicate check has been deposited via mobile device
• The Security Weave® pattern on back designed to deter fraud
• Microprint (MP) lines printed on front and back
• The words "ORIGINAL DOCUMENT" across the back
• Photo Safe Deposit® icon visible on front and back

Do not cash if:
• Any of the features listed above are missing or appear altered
• Fugitive ink on back looks pink or has disappeared
• Brown stains or colored spots appear on both front and back, and in Chemical Wash Detection Box



ENDORSE HERE
☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| Bill To: | Angel Carrazco Jr. | **Invoice #:** | **5844032** |
| | Carrazco Law APC | **Invoice Date:** | **6/13/2022** |
| | 18301 Irvine Boulevard | **Balance Due:** | **$631.10** |
| | Tustin, CA, 92780 | | |

| Case: Francisco Hurtado v. State Of California (2:19cv02343TLNAC) | Proceeding Type: Depositions |
|---|---|

Job #: 5194271   |   Job Date: 5/26/2022   |   Delivery: Normal

Location:          Los Angeles, CA

Billing Atty:      Angel Carrazco Jr.

Scheduling Atty:   John C. Bridges | California Department of Justice Attorney
                   General

| Witness: Christopher Stephenson , M.D. | Amount |
|---|---|
| Certified Transcript | $631.10 |

| Notes: | Invoice Total: | $631.10 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $631.10 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:** | **5844032** |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice Date:** | **6/13/2022** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Balance Due:** | **$631.10** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | | |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

148269



**Carrazco Law, A.P.C.**
18301 Irvine Blvd,
Tustin, CA 92780
714-541-8600

WELLS FARGO BANK, NA.
1801 E. 17TH STREET
SANTA ANA, CA 92705
16-24/1220

11265

6/14/2022

PAY TO THE
ORDER OF    Veritext                                           $ **631.10

Six Hundred Thirty-One and 10/100****************************************************    DOLLARS

Veritext LLC

P.O. Box 71303
Chicago, IL 60694-1303

MEMO    70.0045.001 - Francisco Hurtado / INV#5844032

---

Carrazco Law, A.P.C.                                                      11265
Veritext
                                                      6/14/2022
            70.0045.001 - Francisco Hurtado / INV#5844032                631.10

Operating Account -    70.0045.001 - Francisco Hurtado / INV#5844032         631.10

Carrazco Law, A.P.C.                                                      11265
Veritext
                                                      6/14/2022
            70.0045.001 - Francisco Hurtado / INV#5844032                631.10

Operating Account -    70.0045.001 - Francisco Hurtado / INV#5844032         631.10

10532    105521                                                       Rev 6/21

## Veritext, LLC - California Region
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Christian M Contreras Esq
Carrazco Law APC
18301 Irvine Boulevard
Tustin, CA, 92780

| | |
|---|---|
| Invoice #: | **5050255** |
| Invoice Date: | 6/3/2021 |
| Balance Due: | **$440.30** |

| Case: Francisco Hurtado v. State Of California (2:19cv02343TLNAC) | Proceeding Type: Depositions |
|---|---|

Job #: 4590591  |  Job Date: 5/19/2021  |  Delivery: Normal

Location:            Los Angeles, CA

Billing Atty:        Christian M Contreras Esq

Scheduling Atty:  LeeAnn E. Whitmore | California Department of Justice Office
of the Attorney General

| Witness: Priscilla Macias | Amount |
|---|---|
| Certified Transcript | $440.30 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $440.30 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $440.30 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 60 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | **5050255** |
| Invoice Date: | 6/3/2021 |
| Balance Due: | **$440.30** |

148269

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Angel Carrazco Jr, Esq
Carrazco Law APC
18301 Irvine Boulevard
Tustin, CA, 92780

| | |
|---|---|
| Invoice #: | **5013674** |
| Invoice Date: | 5/17/2021 |
| Balance Due: | $1,804.55 |

| Case: Francisco Hurtado v. State Of California (2:19cv02343TLNAC) | Proceeding Type: Depositions |
|---|---|

Job #: 4482142  |  Job Date: 4/28/2021  |  Delivery: Normal         Third Party:

Location:           Los Angeles, CA

Billing Atty:       Angel Carrazco Jr, Esq

Scheduling Atty:   Kent Henderson | Carrazco Law APC

| Witness: Officer Michael Randazzo | Amount |
|---|---|
| Original with 1 Certified Transcript | $1,804.55 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $1,804.55 |
| | Payment | $0.00 |
| | Credit | $0.00 |
| | Interest | $0.00 |
| | Balance Due | $1,804.55 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | **5013674** |
| Invoice Date: | 5/17/2021 |
| Balance Due: | **$1,804.55** |

148289

**CARRAZCO LAW APC**
18301 IRVINE BLVD
TUSTIN, CA 92780-3412

WELLS FARGO BANK, N.A.
www.wellsfargo.com
16-24/1220

11221

5/18/2022

PAY TO THE
ORDER OF___ Veritext _____ $ **2,244.85

Two Thousand Two Hundred Forty-Four and 85/100*********************************************************************** DOLLARS

Veritext LLC

P.O. Box 71303
Chicago, IL 60694-1303

MEMO  70.0045.001 – Francisco Hurtado
Inv# 5750255  &  5013674

AUTHORIZED SIGNATURE

---

CARRAZCO LAW APC                                                                    11221

Veritext                                                        5/18/2022
                              70.0045.001 - Francisco Hurtado / INV#5050255              440.30
                              70.0045.001 - Francisco Hurtado / INV#5013674            1,804.55

Operating Account -      10.1606.001 - Ilah Jimenez / INV 3714240                     2,244.85

CARRAZCO LAW APC                                                                    11221

Veritext                                                        5/18/2022
                              70.0045.001 - Francisco Hurtado / INV#5050255              440.30
                              70.0045.001 - Francisco Hurtado / INV#5013674            1,804.55

Operating Account -      10.1606.001 - Ilah Jimenez / INV 3714240                     2,244.85

58871 47023
CARRAZCO LAW APC

CHECK BOX  FOR  MOBILE/REMOTE  DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

ENDORSE HERE

Security Features exceed industry standards and include:
• ImageMatch℠ Matching account and check number
  on back (Patent No. 9,350,038)
• MobileMark℠ Mobile Deposit check mark to indicate
  check has been deposited via mobile device
• The Security Weave® pattern on back designed to deter fraud
• Microprint (MP) lines printed on front and back
• The words "ORIGINAL DOCUMENT" across the back
• Photo Safe Deposit® Icon visible on front and back

Do not cash if:
• Any of the features listed above are missing or appear altered
• Fugitive ink on back looks pink or has disappeared
• Brown stains or colored spots appear on both front and back,
  and in Chemical Wash Detection Box

# INVOICE

1 of 2

**BARKLEY**
Court Reporters
barkley.com

10350 Santa Monica Blvd., Suite 200
Los Angeles, CA 90025-6923
Tel 800.222.1231 • Fax 877.844.7333

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 565547 | 10/30/2022 | 486823 |
| **Job Date** | **Case No.** | |
| 10/13/2022 | 2:19-cv-02343-TLN-AC | |
| **Case Name** | | |
| Francisco Hurtado v. State of California, et al. | | |
| **Payment Terms** | | |
| Pay per terms | | |

Kent M. Henderson, Esq.
Carrazco Law, A.P.C.
18301 Irvine Blvd.
Tustin, CA 92780

.Original/Index transcript of deposition of:

| | | | | | |
|---|---|---|---|---|---|
| Craig Enos, Expert | 91.00 | Pages | @ | 6.250 | 595.00 |
| Exhibit | 63.00 | Pages | @ | 0.750 | 47.25 |
| Administering Oath, etc. - C.C.P. 2093(b), Gov.C.8211(c) | 1.00 | | @ | 14.000 | 14.00 |
| Transcript Production fee | 1.00 | Units | @ | 58.000 | 58.00 |
| Transcript / Exhibit Archival | 1.00 | Units | @ | 35.000 | 35.00 |
| Mobile Videoconferencing Set Up | 1.00 | Hours | @ | 175.000 | 175.00 |
| | **TOTAL DUE  >>>** | | | | **$924.25** |

Location of Job    : REMOTE VIA ZOOM

For all accounts receivable inquiries, please call 310-867-2650

NOTE: Did you know that we offer Interpreting and translation services? Ask calendar for more information.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 13.86 |

**Tax ID:** 95-3312349

*Please detach bottom portion and return with payment.*

Kent M. Henderson, Esq.
Carrazco Law, A.P.C.
18301 Irvine Blvd.
Tustin, CA 92780

| | | | |
|---|---|---|---|
| Job No. | : 486823 | BU ID | : .BCR - OC |
| Case No. | : 2:19-cv-02343-TLN-AC | | |
| Case Name | : Francisco Hurtado v. State of California, et al. | | |
| Invoice No. | : 565547 | Invoice Date | : 10/30/2022 |
| **Total Due** | : **$938.11** | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Barkley Court Reporters**
**10350 Santa Monica Blvd., Suite 200**
**Los Angeles, CA 90025-6923**

# INVOICE

2 of 2



**BARKLEY**
**Court Reporters**
barkley.com

10350 Santa Monica Blvd., Suite 200
Los Angeles, CA 90025-6923
Tel 800.222.1231 · Fax 877.844.7333

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 565547 | 10/30/2022 | 486823 |
| **Job Date** | **Case No.** ||
| 10/13/2022 | 2:19-cv-02343-TLN-AC ||
| **Case Name** |||
| Francisco Hurtado v. State of California, et al. |||
| **Payment Terms** |||
| Pay per terms |||

Kent M. Henderson, Esq.
Carrazco Law, A.P.C.
18301 Irvine Blvd.
Tustin, CA 92780

(=) New Balance:                     **$938.11**

**Tax ID:** 95-3312349

*Please detach bottom portion and return with payment.*

Kent M. Henderson, Esq.
Carrazco Law, A.P.C.
18301 Irvine Blvd.
Tustin, CA 92780

Job No.     : 486823          BU ID      : .BCR - OC
Case No.    : 2:19-cv-02343-TLN-AC
Case Name  : Francisco Hurtado v. State of California, et al.

Invoice No. : 565547          Invoice Date : 10/30/2022
**Total Due**  : **$938.11**

Remit To: **Barkley Court Reporters**
          **10350 Santa Monica Blvd., Suite 200**
          **Los Angeles, CA 90025-6923**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: |||
| Card Number: |||
| Exp. Date:              Phone#: |||
| Billing Address: |||
| Zip:          Card Security Code: |||
| Amount to Charge: |||
| Cardholder's Signature: |||
| Email: |||

# INVOICE

1 of 2

**BARKLEY**
**Court Reporters**
barkley.com

10350 Santa Monica Blvd., Suite 200
Los Angeles, CA 90025-6923
Tel 800.222.1231 - Fax 877.844.7333

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 563077 | 8/2/2022 | 485298 |
| **Job Date** | **Case No.** | |
| 7/20/2022 | 2:19-cv-02343-TLN-AC | |
| **Case Name** | | |
| Francisco Hurtado v. State of California, et al. | | |
| **Payment Terms** | | |
| Pay per terms | | |

Angel Carrazco, Esq.
Carrazco Law, A.P.C.
18301 Irvine Blvd.
Tustin, CA 92780

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Expert, Vicki Schweitzer, R.N. | 55.00 | Pages | @ | 5.400 | 400.00 |
| Exhibit | 22.00 | Pages | @ | 0.600 | 13.20 |
| Per Diem: Half Day | 1.00 | | @ | 120.000 | 120.00 |
| Copies: 8.5 x 11 - Color | 56.00 | Pages | @ | 0.600 | 33.60 |
| Transcript Production fee | 1.00 | Units | @ | 45.000 | 45.00 |
| Transcript / Exhibit Archival | 1.00 | Units | @ | 35.000 | 35.00 |
| Mobile Videoconferencing Set Up | 1.00 | Hours | @ | 125.000 | 125.00 |
| | | **TOTAL DUE   >>>** | | | **$771.80** |

Location of Job   : REMOTE VIA ZOOM

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

For all accounts receivable inquiries, please call 310-867-2650

NOTE: Did you know that we offer Interpreting and translation services? Ask calendar for more information.

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

**(-) Payments/Credits:**                    0.00

**Tax ID:** 95-3312349

*Please detach bottom portion and return with payment.*

Angel Carrazco, Esq.
Carrazco Law, A.P.C.
18301 Irvine Blvd.
Tustin, CA 92780

Job No.     : 485298        BU ID      : .BCR - OC
Case No.    : 2:19-cv-02343-TLN-AC
Case Name   : Francisco Hurtado v. State of California, et al.

Invoice No. : 563077        Invoice Date : 8/2/2022
**Total Due** : **$783.38**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To: **Barkley Court Reporters**
**10350 Santa Monica Blvd., Suite 200**
**Los Angeles, CA 90025-6923**

# INVOICE

2 of 2



**BARKLEY**
**Court Reporters**
barkley.com

10350 Santa Monica Blvd., Suite 200
Los Angeles, CA 90025-6923
Tel 800.222.1231 • Fax 877.844.7333

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 563077 | 8/2/2022 | 485298 |
| **Job Date** | **Case No.** | |
| 7/20/2022 | 2:19-cv-02343-TLN-AC | |
| **Case Name** | | |
| Francisco Hurtado v. State of California, et al. | | |
| **Payment Terms** | | |
| Pay per terms | | |

Angel Carrazco, Esq.
Carrazco Law, A.P.C.
18301 Irvine Blvd.
Tustin, CA 92780

| | |
|---|---|
| (+) Finance Charges/Debits: | 11.58 |
| (=) New Balance: | **$783.38** |

**Tax ID:** 95-3312349

*Please detach bottom portion and return with payment.*

Angel Carrazco, Esq.
Carrazco Law, A.P.C.
18301 Irvine Blvd.
Tustin, CA 92780

Job No.    : 485298        BU ID        : .BCR - OC
Case No.   : 2:19-cv-02343-TLN-AC
Case Name  : Francisco Hurtado v. State of California, et al.

Invoice No. : 563077        Invoice Date : 8/2/2022
**Total Due : $783.38**

Remit To: **Barkley Court Reporters**
**10350 Santa Monica Blvd., Suite 200**
**Los Angeles, CA 90025-6923**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:            Phone#: | | | |
| Billing Address: | | | |
| Zip:            Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

# INVOICE

1 of 1



10350 Santa Monica Blvd., Suite 200
Los Angeles, CA 90025-6923
Tel 800.222.1231 - Fax 877.844.7333
barkley.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 563031 | 8/1/2022 | 485592 |
| **Job Date** | **Case No.** | |
| 7/28/2022 | 2:19-cv-02343-TLN-AC | |
| **Case Name** | | |
| Francisco Hurtado v. State of California, et al. | | |
| **Payment Terms** | | |
| Pay per terms | | |

Angel Carrazco, Esq.
Carrazco Law, A.P.C.
18301 Irvine Blvd.
Tustin, CA 92780

---

Appearance for:
   James Mills
      Late Cancellation                                        1.00       @     325.000       325.00

                                                  **TOTAL DUE  >>>**         **$325.00**

Location of Job   : REMOTE VIA ZOOM

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

    For all accounts receivable inquiries, please call 310-867-2650

    NOTE: Did you know that we offer Interpreting and translation services? Ask calendar for more information.

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

                                      **(−) Payments/Credits:**      0.00
                                        **(+) Finance Charges/Debits:**      4.88
                                        **(=) New Balance:**      **$329.88**

---

**Tax ID:** 95-3312349

*Please detach bottom portion and return with payment.*

Angel Carrazco, Esq.
Carrazco Law, A.P.C.
18301 Irvine Blvd.
Tustin, CA 92780

Job No.    : 485592        BU ID      : .BCR - OC
Case No.   : 2:19-cv-02343-TLN-AC
Case Name  : Francisco Hurtado v. State of California, et al.

Invoice No.  : 563031        Invoice Date : 8/1/2022
**Total Due**  : **$329.88**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To: **Barkley Court Reporters**
         **10350 Santa Monica Blvd., Suite 200**
         **Los Angeles, CA 90025-6923**

# INVOICE

1 of 2

**BARKLEY**
Court Reporters
barkley.com

10350 Santa Monica Blvd., Suite 200
Los Angeles, CA 90025-6923
Tel 800.222.1231 • Fax 877.844.7333

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 563875 | 8/29/2022 | 486052 |

| Job Date | Case No. |
|---|---|
| 8/11/2022 | 2:19-cv-02343-TLN-AC |

| Case Name |
|---|
| Francisco Hurtado v. State of California, et al. |

| Payment Terms |
|---|
| Pay per terms |

Angel Carrazco, Esq.
Carrazco Law, A.P.C.
18301 Irvine Blvd.
Tustin, CA 92780

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Renee Binder, M.D. Expert | 87.00 | Pages | @ | 5.400 | 469.80 |
| Exhibit | 47.00 | Pages | @ | 0.600 | 28.20 |
| Per Diem: Half Day | 1.00 | | @ | 120.000 | 120.00 |
| Transcript Production fee | 1.00 | Units | @ | 45.000 | 45.00 |
| Transcript / Exhibit Archival | 1.00 | Units | @ | 35.000 | 35.00 |
| Mobile Videoconferencing Set Up | 1.00 | Hours | @ | 125.000 | 125.00 |
| Mobile Videoconference per page | 87.00 | Pages | @ | 0.650 | 56.55 |
| **TOTAL DUE >>>** | | | | | **$879.55** |

Location of Job : REMOTE VIA ZOOM

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

For all accounts receivable inquiries, please call 310-867-2650

NOTE: Did you know that we offer interpreting and translation services? Ask calendar for more information.

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

|  | (-) Payments/Credits: | 0.00 |
|---|---|---|
| | (+) Finance Charges/Debits: | 0.00 |

**Tax ID:** 95-3312349

*Please detach bottom portion and return with payment.*

Angel Carrazco, Esq.
Carrazco Law, A.P.C.
18301 Irvine Blvd.
Tustin, CA 92780

| Job No. | : 486052 | BU ID | : .BCR - OC |
|---|---|---|---|
| Case No. | : 2:19-cv-02343-TLN-AC | | |
| Case Name | : Francisco Hurtado v. State of California, et al. | | |
| Invoice No. | : 563875 | Invoice Date : 8/29/2022 | |
| **Total Due** | **: $879.55** | | |

Remit To: **Barkley Court Reporters**
**10350 Santa Monica Blvd., Suite 200**
**Los Angeles, CA 90025-6923**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

| Cardholder's Name: |
|---|
| Card Number: |
| Exp. Date:                    Phone#: |
| Billing Address: |
| Zip:              Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

# INVOICE

2 of 2



**BARKLEY**
**Court Reporters**
barkley.com

10350 Santa Monica Blvd., Suite 200
Los Angeles, CA 90025-6923
Tel 800.222.1231 - Fax 877.844.7333

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 563875 | 8/29/2022 | 486052 |

| Job Date | Case No. | |
|---|---|---|
| 8/11/2022 | 2:19-cv-02343-TLN-AC | |

| Case Name | | |
|---|---|---|
| Francisco Hurtado v. State of California, et al. | | |

| Payment Terms | | |
|---|---|---|
| Pay per terms | | |

Angel Carrazco, Esq.
Carrazco Law, A.P.C.
18301 Irvine Blvd.
Tustin, CA 92780

| | |
|---|---|
| (=) New Balance: | **$879.55** |

**Tax ID:** 95-3312349

*Please detach bottom portion and return with payment.*

Angel Carrazco, Esq.
Carrazco Law, A.P.C.
18301 Irvine Blvd.
Tustin, CA 92780

| | | | |
|---|---|---|---|
| Job No. | : 486052 | BU ID | : .BCR - OC |
| Case No. | : 2:19-cv-02343-TLN-AC | | |
| Case Name | : Francisco Hurtado v. State of California, et al. | | |
| Invoice No. | : 563875 | Invoice Date | : 8/29/2022 |
| **Total Due** | : **$879.55** | | |

Remit To: **Barkley Court Reporters**
**10350 Santa Monica Blvd., Suite 200**
**Los Angeles, CA 90025-6923**

| PAYMENT WITH CREDIT CARD | AMEX MASTERCARD VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

**CARRAZCO LAW, A.P.C.**
2400 Main St.
Irvine, CA 92614
1800-541-3244

**WELLS FARGO BANK, N.A.**
www.wellsfargo.com
16-24/1220
16-24/1220

**13309**

1/17/2025

PAY TO THE ORDER OF_____ Barkley Court Reporters, Inc.                          $ **2,900.60

Two Thousand Nine Hundred and 60/100************************************************************** DOLLARS

Barkley Court Reporters, Inc
MLS RSI Buyer Inc.
P.O. BOX 31001-4042
Pasadena, CA 91110-4042

MEMO
70.0045.001 - Francisco Hurtado / 4 Invoices below

AUTHORIZED SIGNATURE

---

CARRAZCO LAW, A.P.C.                                                               13309

Barkley Court Reporters, Inc                               1/17/2025

| | |
|---|---|
| 70.0045.001 - Francisco Hurtado / INV#565547 | 924.25 |
| 70.0045.001 - Francisco Hurtado / INV#563077 | 771.80 |
| 70.0045.001 - Francisco Hurtado / INV#563031 | 325.00 |
| 70.0045.001 - Francisco Hurtado / INV#563875 | 879.55 |

Operating Account -    70.0045.001 - Francisco Hurtado / Invoices bel                    2,900.60

CARRAZCO LAW, A.P.C.                                                               13309

Barkley Court Reporters, Inc                               1/17/2025

| | |
|---|---|
| 70.0045.001 - Francisco Hurtado / INV#565547 | 924.25 |
| 70.0045.001 - Francisco Hurtado / INV#563077 | 771.80 |
| 70.0045.001 - Francisco Hurtado / INV#563031 | 325.00 |
| 70.0045.001 - Francisco Hurtado / INV#563875 | 879.55 |

Operating Account -    70.0045.001 - Francisco Hurtado / Invoices bel                    2,900.60






104761



**ESQUIRE**

1500 Centre Parkway
Suite 100
Atlanta, GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3483120

Remit payment to Esquire Dallas P.O. Box.

Bill To
Carrazco Law, APC - Tustin
18301 Irvine Boulevard
Tustin CA 92780

## Statement

| | |
|---|---|
| Date | 11/30/2021 |
| Amount Due | $1,367.20 |
| Amount Encl. | |
| Client # | C01492 |
| AR Analyst | Gallagher, Margaret |

| Date | Description | | Invoice # | Amount | | Balance |
|---|---|---|---|---|---|---|
| 01/01/2012 | Balance Forward | | | | | 0.00 |
| 11/4/2021 | Invoice #INV2050367 | FRANCISCO HURTADO V. STATE OF | J7547096 | 468.00 | | 468.00 |
| 11/18/2021 | Invoice #INV2062308 | | | 899.20 | | 1,367.20 |

RECEIVED

DEC 06 2021

~~~~ Law, A.P.C.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1,367.20 | 0.00 | 0.00 | 0.00 | 0.00 | $1,367.20 |

# STATEMENT

1 of 1



**KUSAR / LEXITAS**

**REPORTER DIVISION**
3780 Kilroy Airport Way, Suite 300
Long Beach, CA 90806
Phone: 562.437.8486 Fax: 562.437.5073

| Account No. | Date |
|---|---|
| ███████ | 7/3/2023 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $0.00 | $0.00 | $440.00 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $0.00 | **$440.00** |

(Accounts Payable)
Carrazco Law, APC (Tustin)
18301 Irvine Boulevard
Tustin, CA 92780

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 4/19/2023 | 370217 | 440.00 | 1232296 | 4/19/2023 | Braham Ravani, Ph.D. | Francisco Hurtado vs. State of California |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

(Accounts Payable)
Carrazco Law, APC (Tustin)
18301 Irvine Boulevard
Tustin, CA 92780

Account No. : ███████
Date         : 7/3/2023

**Total Due   : $440.00**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Kusar Court Reporters / Lexitas - Remittance**
**P.O. Box 734298 Dept 2040**
**Dallas, TX 75373-4298**


INTREPID DEPOSITION

11622 El Camino Real Ste 100
San Diego, CA 92130
(858) 284-4140
AR@intrepidmanageddiscovery.com
https://www.intrepiddepos.com

| BILL TO | | INVOICE | 2043 |
|---|---|---|---|
| Angel Carrazco | | DATE | 06/30/2022 |
| Carrazco Law A.P.C | | TERMS | Net 30 |
| 18301 Irvine Boulevard | | DUE DATE | 07/30/2022 |
| Tustin, CA 92780-3412 | | | |

| MATTER: | REP: | MONTH OF SERVICE |
|---|---|---|
| D1113 Dr D E Fish | RH | 2022 - 06 |

| SERVICES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Reporter Appearance - Half Day | 06.07.2022 Dr David E Fish<br>Hurtado v State of California | 1 | 250.00 | 250.00 |
| Word Index | Per Page | 9 | 0.65 | 5.85 |
| Index Tabs | Per Unit | 3 | 0.65 | 1.95 |
| Exhibit - Black and White (8.5 x 11) | Per Page | 22 | 0.65 | 14.30 |
| Original Hold per Code | Flat Fee | 1 | 35.00 | 35.00 |
| Transcript Copy Fee - Minimum (deleted) | | 1 | 500.00 | 500.00 |
| Zoom Set Up | Flat Fee | 1 | 125.00 | 125.00 |
| Shipping & Handling | sent via FedEx | 1 | 50.00 | 50.00 |

Please remit payments to:
Intrepid Managed Discovery
11622 El Camino Real Suite 100
San Diego, CA 92130

**BALANCE DUE**　　　　　**$982.10**



11922 El Camino Real Ste 100
San Diego, CA 92130
(858) 284-4140
AR@intrepidmanageddiscovery.com
https://www.intrepiddepos.com

BILL TO
Angel Carrazco
Carrazco Law A.P.C
18301 Irvine Boulevard
Tustin, CA 92780-3412

| INVOICE | 2046 |
|---|---|
| DATE | 06/30/2022 |
| TERMS | Net 30 |
| DUE DATE | 07/30/2022 |

MATTER:                          REP:                                    MONTH OF SERVICE
D1112 C Filanosky PhD            RH                                      2022 - 06

| SERVICES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Reporter Appearance - Half Day | 06.02.2022 Charles Filanosky PhD Hurtado v State of California | 1 | 250.00 | 250.00 |
| Exhibit - Black and White (8.5 x 11) | Per Page | 29 | 0.65 | 18.85 |
| Index Tabs | Per Unit | 4 | 0.65 | 2.60 |
| Word Index | Per Page | 16 | 0.65 | 10.40 |
| Transcript - Original and/or Copy | Per Page | 96 | 5.95 | 571.20 |
| Expert Transcriber Fee | Per Page | 96 | 1.25 | 120.00 |
| Original Hold per Code | Flat Fee | 1 | 35.00 | 35.00 |
| Zoom Set Up | Flat Fee | 1 | 125.00 | 125.00 |
| Shipping & Handling | sent via FedEx | 1 | 50.00 | 50.00 |

Please remit payments to:
Intrepid Managed Discovery
11922 El Camino Real Suite 100
San Diego, CA 92130

BALANCE DUE                          **$1,183.05**

 **INTREPID DEPOSITION**

11622 El Camino Real Ste 100
San Diego, CA 92130
(858) 284-4140
AR@intrepidmanageddiscovery.com
https://www.intrepiddepos.com

BILL TO
Angel Carrazco
Carrazco Law A.P.C
18301 Irvine Boulevard
Tustin, CA 92780-3412

| INVOICE | 2055 |
|---|---|
| DATE | 06/30/2022 |
| TERMS | Net 30 |
| DUE DATE | 07/30/2022 |

MATTER:                         REP:                         MONTH OF SERVICE
D1167 CC Filanosky Vol 2        RH                           2022 - 06

| SERVICES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Reporter Appearance - Half Day | 06.03.2022 Charles Filanosky PhD Hurtado v State of California | 1 | 250.00 | 250.00 |
| Exhibit - Black and White (8.5 x 11) | Per Page | 6 | 0.65 | 3.90 |
| Exhibit - Color (8.5 x 11) | Per Page | 3 | 0.99 | 2.97 |
| Index Tabs | Per Unit | 3 | 0.65 | 1.95 |
| Word Index | Per Page | 12 | 0.65 | 7.80 |
| Minimum Transcript Fee | | 1 | 500.00 | 500.00 |
| Expert Transcriber Fee | Per Page | 68 | 1.25 | 85.00 |
| Zoom Set Up | Flat Fee | 1 | 125.00 | 125.00 |
| Original Hold per Code | Flat Fee | 1 | 35.00 | 35.00 |
| Shipping & Handling | sent via FedEx | 1 | 50.00 | 50.00 |

Please remit payments to
Intrepid Managed Discovery
11622 El Camino Real Suite 100
San Diego, CA 92130

BALANCE DUE                    **$1,061.62**



11822 El Camino Real Ste 100
San Diego, CA 92130
(858) 284-4140
AR@intrepidmanageddiscovery.com
https://www.intrepiddepos.com

BILL TO
Angel Carrazco
Carrazco Law A.P.C
18301 Irvine Boulevard
Tustin, CA 92780-3412

| | |
|---|---|
| INVOICE | 2062 |
| DATE | 06/30/2022 |
| TERMS | Net 30 |
| DUE DATE | 07/30/2022 |

MATTER:                    REP:                         MONTH OF SERVICE
D1163 A O'Brien MS         RH                           2022 - 06

| SERVICES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Late Cancellation | Late Cancellation Reporter<br>6.24.2022 Andrew O'Brien MS<br>Hurtado v. State of California | 1 | 350.00 | 350.00 |

Please remit payments to:          **BALANCE DUE**                    **$350.00**
Intrepid Managed Discovery
11622 El Camino Real Suite 100
San Diego, CA 92130



11622 El Camino Real Ste 100
San Diego, CA 92130
(858) 284-4140
AR@intrepidmanageddiscovery.com
https://www.intrepiddepos.com

BILL TO
Angel Carrazco
Carrazco Law A.P.C
18301 Irvine Boulevard
Tustin, CA 92780-3412

| INVOICE | 2085 |
|---|---|
| DATE | 06/30/2022 |
| TERMS | Net 30 |
| DUE DATE | 07/30/2022 |

MATTER:
D1167 C Filanosky Ph.D.

REP:
RH

MONTH OF SERVICE
2022 - 06

| SERVICES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Reporter Appearance - Half Day | 06.03.2022 Charles Filanosky Ph.D. Hurtado v. State of California | 1 | 250.00 | 250.00 |
| Exhibit - Black and White (8.5 x 11) | Per Page | 6 | 0.65 | 3.90 |
| Exhibit - Color (8.5 x 11) | Per Page | 3 | 0.99 | 2.97 |
| Index Tabs | Per Unit | 3 | 0.65 | 1.95 |
| Word Index | Per Page | 12 | 0.65 | 7.80 |
| Minimum Transcript Fee | Flat Fee | 1 | 500.00 | 500.00 |
| Expert Transcriber Fee | Per Page | 68 | 1.25 | 85.00 |
| Original Hold per Code | Flat Fee | 1 | 35.00 | 35.00 |
| Zoom Set Up | Flat Fee | 1 | 125.00 | 125.00 |
| Shipping & Handling | sent via FedEx | 1 | 50.00 | 50.00 |

Please remit payments to:
Intrepid Managed Discovery
11622 El Camino Real Suite 100
San Diego, CA 92130

BALANCE DUE                    **$1,061.62**



11622 El Camino Real Ste 100
San Diego, CA 92130
(858) 284-4140
AR@intrepidmanageddiscovery.com
https://www.intrepiddepos.com

| BILL TO | | INVOICE | 2082 |
|---|---|---|---|
| Angel Carrazco | | DATE | 07/29/2022 |
| Carrazco Law A.P.C | | TERMS | Net 30 |
| 18301 Irvine Boulevard | | DUE DATE | 08/29/2022 |
| Tustin, CA 92780-3412 | | | |

| MATTER: | REP: | MONTH OF SERVICE |
|---|---|---|
| D1158-NR, J Craigmyle RN | RH | 2022 - 07 |

| SERVICES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Reporter Appearance - Half Day | 07.01.2022 Jennifer Craigmyle RN Hurtado v State of California | 1 | 350.00 | 350.00 |
| Exhibit - Black and White (8.5 x 11) | Per Page | 44 | 0.91 | 40.04 |
| Exhibit - Color (8.5 x 11) | Per Page | 190 | 1.39 | 264.10 |
| Index Tabs | Per Unit | 8 | 0.91 | 7.28 |
| Word Index | Per Page | 11 | 0.91 | 10.01 |
| Minimum Transcript Fee | | 1 | 700.00 | 700.00 |
| Expert Transcriber Fee | Per Page | 52 | 1.75 | 91.00 |
| Original Hold per Code | Flat Fee | 1 | 49.00 | 49.00 |
| Zoom Set Up | Flat Fee | 1 | 245.00 | 245.00 |
| Shipping & Handling | sent via FedEx | 1 | 70.00 | 70.00 |

Please remit payments to:
Intrepid Managed Discovery
11622 El Camino Real Suite 100
San Diego, CA 92130

**BALANCE DUE**                    **$1,826.43**



11622 El Camino Real Ste 100
San Diego, CA 92130
(858) 284-4140
AR@intrepidmanageddiscovery.com
https://www.intrepiddepos.com

**BILL TO**
Angel Carrazco
Carrazco Law A.P.C
18301 Irvine Boulevard
Tustin, CA 92780-3412

| INVOICE | 1999 |
|---|---|
| DATE | 06/30/2022 |
| TERMS | Net 30 |
| DUE DATE | 07/30/2022 |

| MATTER: | REP: | MONTH OF SERVICE |
|---|---|---|
| D1111 Dr P Sfakanios | RH | 2022 - 06 |

| SERVICES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Reporter Appearance - Full Day | 06.09.2022 Dr Peter Sfakanios Hurtado v State of California | 1 | 490.00 | 490.00 |
| Exhibit - Black and White (8.5 x 11) | Per Page | 63 | 0.91 | 57.33 |
| Index Tabs | Per Unit | 4 | 0.91 | 3.64 |
| Word Index | Per Page | 16 | 0.91 | 14.56 |
| Transcript - Original and/or Copy | Per Page | 85 | 9.75 | 828.75 |
| Expert Transcriber Fee | Per Page | 85 | 1.75 | 148.75 |
| Original Hold per Code | Flat Fee | 1 | 49.00 | 49.00 |
| Zoom Set Up | Flat Fee | 1 | 245.00 | 245.00 |
| Shipping & Handling | sent via FedEx | 1 | 70.00 | 70.00 |

Please remit payments to:
Intrepid Managed Discovery
11622 El Camino Real Suite 100
San Diego, CA 92130

**BALANCE DUE**              **$1,907.03**



11622 El Camino Real Ste 100
San Diego, CA 92130
(858) 284-4140
AR@intrepidmanageddiscovery.com
https://www.intrepiddepos.com

BILL TO
Angel Carrazco
Carrazco Law A.P.C
18301 Irvine Boulevard
Tustin, CA 92780-3412

| | |
|---|---|
| INVOICE | 2098 |
| DATE | 07/29/2022 |
| TERMS | Net 30 |
| DUE DATE | 08/29/2022 |

MATTER:
D1110 C Chapman

REP:
RH

MONTH OF SERVICE
2022 - 07

| SERVICES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Reporter Appearance - Half Day | 07.12.2022 Clarence Chapman Hurtado v. State of California | 1 | 350.00 | 350.00 |
| Exhibit - Color (8.5 x 11) | Per Page | 1 | 1.39 | 1.39 |
| Exhibit - Black and White (8.5 x 11) | Per Page | 37 | 0.91 | 33.67 |
| Word Index | Per Page | 16 | 0.91 | 14.56 |
| Index Tabs | Per Unit | 8 | 0.91 | 7.28 |
| Transcript - Original and/or Copy | Per Page | 101 | 9.75 | 984.75 |
| Expert Transcriber Fee | Per Page | 101 | 1.75 | 176.75 |
| Original Hold per Code | Flat Fee | 1 | 49.00 | 49.00 |
| Zoom Set Up | Flat Fee | 1 | 245.00 | 245.00 |
| Shipping & Handling | sent via FedEx | 1 | 70.00 | 70.00 |

Please remit payments to:
Intrepid Managed Discovery
11622 El Camino Real Suite 100
San Diego, CA 92130

BALANCE DUE                **$1,932.40**



11622 El Camino Real Ste 100
San Diego, CA 92130
(858) 284-4140
AR@intrepidmanageddiscovery.com
https://www.intrepiddepos.com

BILL TO
Angel Carrazco
Carrazco Law A.P.C
18301 Irvine Boulevard
Tustin, CA 92780-3412

| INVOICE | 1999 |
| --- | --- |
| DATE | 06/30/2022 |
| TERMS | Net 30 |
| DUE DATE | 07/30/2022 |

| MATTER: | REP: | MONTH OF SERVICE |
| --- | --- | --- |
| D1111 Dr P Sfakanios | RH | 2022 - 06 |

| SERVICES | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| Reporter Appearance - Full Day | 06.09.2022 Dr Peter Sfakanios Hurtado v State of California | 1 | 350.00 | 350.00 |
| Exhibit - Black and White (8.5 x 11) | Per Page | 63 | 0.91 | 57.33 |
| Index Tabs | Per Unit | 4 | 0.91 | 3.64 |
| Word Index | Per Page | 16 | 0.91 | 14.56 |
| Transcript - Original and/or Copy | Per Page | 85 | 9.75 | 828.75 |
| Expert Transcriber Fee | Per Page | 85 | 1.75 | 148.75 |
| Original Hold per Code | Flat Fee | 1 | 35.00 | 35.00 |
| Zoom Set Up | Flat Fee | 1 | 245.00 | 245.00 |
| Shipping & Handling | sent via FedEx | 1 | 50.00 | 50.00 |

Please remit payments to:
Intrepid Managed Discovery
11622 El Camino Real Suite 100
San Diego, CA 92130

**BALANCE DUE**          **$1,733.03**



11622 El Camino Real Ste 100
San Diego, CA 92130
(858) 284-4140
AR@intrepidmanageddiscovery.com
https://www.intrepiddepos.com

BILL TO
Angel Carrazco
Carrazco Law A.P.C
18301 Irvine Boulevard
Tustin, CA 92780-3412

| | |
|---|---|
| INVOICE | 2043 |
| DATE | 06/30/2022 |
| TERMS | Net 30 |
| DUE DATE | 07/30/2022 |

MATTER:
D1113 Dr D E Fish

REP:
RH

MONTH OF SERVICE
2022 - 06

| SERVICES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Reporter Appearance – Half Day | 06.07.2022 Dr David E Fish Hurtado v State of California | 1 | 350.00 | 350.00 |
| Word Index | Per Page | 9 | 0.91 | 8.19 |
| Index Tabs | Per Unit | 3 | 0.91 | 2.73 |
| Exhibit - Black and White (8.5 x 11) | Per Page | 22 | 0.91 | 20.02 |
| Original Hold per Code | Flat Fee | 1 | 49.00 | 49.00 |
| Transcript Copy Fee - Minimum (deleted) | | 1 | 700.00 | 700.00 |
| Zoom Set Up | Flat Fee | 1 | 245.00 | 245.00 |
| Shipping & Handling | sent via FedEx | 1 | 70.00 | 70.00 |

Please remit payments to:
Intrepid Managed Discovery
11622 El Camino Real Suite 100
San Diego, CA 92130

**BALANCE DUE**     **$1,444.94**



11622 El Camino Real Ste 100
San Diego, CA 92130
(858) 284-4140
AR@intrepidmanageddiscovery.com
https://www.intrepiddepos.com

BILL TO
Angel Carrazco
Carrazco Law A.P.C
18301 Irvine Boulevard
Tustin, CA 92780-3412

| INVOICE | 2045 |
| DATE | 06/30/2022 |
| TERMS | Net 30 |
| DUE DATE | 07/30/2022 |

| MATTER: | REP: | MONTH OF SERVICE |
| D1112 C Filanosky PhD | RH | 2022 - 06 |

| SERVICES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Reporter Appearance - Half Day | 06.02.2022 Charles Filanosky PhD Hurtado v State of California | 1 | 350.00 | 350.00 |
| Exhibit - Black and White (8.5 x 11) | Per Page | 29 | 0.91 | 26.39 |
| Index Tabs | Per Unit | 4 | 0.91 | 3.64 |
| Word Index | Per Page | 16 | 0.91 | 14.56 |
| Transcript - Original and/or Copy | Per Page | 96 | 9.75 | 936.00 |
| Expert Transcriber Fee | Per Page | 96 | 1.75 | 168.00 |
| Original Hold per Code | Flat Fee | 1 | 49.00 | 49.00 |
| Zoom Set Up | Flat Fee | 1 | 245.00 | 245.00 |
| Shipping & Handling | sent via FedEx | 1 | 70.00 | 70.00 |

Please remit payments to:
Intrepid Managed Discovery
11622 El Camino Real Suite 100
San Diego, CA 92130

**BALANCE DUE**          **$1,862.59**



11622 El Camino Real Ste 100
San Diego, CA 92130
(858) 284-4140
AR@intrepidmanageddiscovery.com
https://www.intrepiddepos.com

BILL TO
Angel Carrazco
Carrazco Law A.P.C
18301 Irvine Boulevard
Tustin, CA 92780-3412

| INVOICE | 2055 |
|---|---|
| DATE | 06/30/2022 |
| TERMS | Net 30 |
| DUE DATE | 07/30/2022 |

MATTER:
D1167 CC Filanosky Vol 2

REP:
RH

MONTH OF SERVICE
2022 - 06

| SERVICES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Reporter Appearance - Half Day | 06.03.2022 Charles Filanosky PhD Hurtado v State of California | 1 | 350.00 | 350.00 |
| Exhibit - Black and White (8.5 x 11) | Per Page | 6 | 0.91 | 5.46 |
| Exhibit - Color (8.5 x 11) | Per Page | 3 | 1.39 | 4.17 |
| Index Tabs | Per Unit | 3 | 0.91 | 2.73 |
| Word Index | Per Page | 12 | 0.91 | 10.92 |
| Minimum Transcript Fee | | 1 | 700.00 | 700.00 |
| Expert Transcriber Fee | Per Page | 68 | 1.75 | 119.00 |
| Zoom Set Up | Flat Fee | 1 | 245.00 | 245.00 |
| Original Hold per Code | Flat Fee | 1 | 49.00 | 49.00 |
| Shipping & Handling | sent via FedEx | 1 | 70.00 | 70.00 |

Please remit payments to:
Intrepid Managed Discovery
11622 El Camino Real Suite 100
San Diego, CA 92130

BALANCE DUE                    **$1,556.28**

# INVOICE

1 of 1

# BARKLEY

▲ *Court Reporters*

## A MAGNA LEGAL SERVICES COMPANY ❷

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1052825 | 5/4/2023 | 941929 |

| Job Date | Case No. | |
|---|---|---|
| 4/19/2023 | 2:19-cv-02343-TLN-AC | |

| Case Name | | |
|---|---|---|
| Francisco Hurtado v. State of California | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Kent Henderson, Esq.
Guizar, Henderson & Carrazco, L.L.P.
18301 Irvine Boulevard
Tustin, California  92780

.Original/Index transcript of deposition of:
　Braham Ravani, Ph.D.

| | |
|---|---|
| | 1,034.40 |
| **TOTAL DUE  >>>** | **$1,034.40** |

Location of Job　: VIRTUAL
　　　　　　　　　REQUESTED, CA

Exhibits to follow

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$1,034.40** |

**Tax ID:** 95-3312349

*Please detach bottom portion and return with payment.*

Kent Henderson, Esq.
Guizar, Henderson & Carrazco, L.L.P.
18301 Irvine Boulevard
Tustin, California  92780

| | | | |
|---|---|---|---|
| Job No. | : 941929 | BU ID | : Barkley |
| Case No. | : 2:19-cv-02343-TLN-AC | | |
| Case Name | : Francisco Hurtado v. State of California | | |
| Invoice No. | : 1052825 | Invoice Date | : 5/4/2023 |
| **Total Due** | : **$1,034.40** | | |

Remit To: **MLS RSI Buyer Inc**
　　　　　　**PO Box 31001-4042**
　　　　　　**Pasadena, CA 91110-4042**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |



CARRAZCO LAW, A.P.C.
18301 IRVINE BLVD
TUSTIN, CA 92780-3412
714-541-8600

WELLS FARGO BANK, N.A.
www.wellsfargo.com
16-24/1220

12449

4/24/2024

PAY TO THE ORDER OF _____ Barkley Court Reporters                          $ **1,034.40

One Thousand Thirty-Four and 40/100********************************************************** DOLLARS

Barkley Court Reporters, Inc.

P. O BOX 31001-4042
Pasadena, CA 91110-4042

MEMO  70.0045.001 – Francisco Hurtado / INV#1052825

AUTHORIZED SIGNATURE

---

CARRAZCO LAW, A.P.C.                                                          12449

Barkley Court Reporters                                    4/24/2024
70.0045.001 - Francisco Hurtado / INV#1052825              1,034.40

---

Operating Account -    70.0045.001 - Francisco Hurtado / INV#1052825              1,034.40

CARRAZCO LAW, A.P.C.                                                          12449

Barkley Court Reporters                                    4/24/2024
70.0045.001 - Francisco Hurtado / INV#1052825              1,034.40

Operating Account -    70.0045.001 - Francisco Hurtado / INV#1052825              1,034.40


**ESQUIRE**
DEPOSITION SOLUTIONS

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Invoice*  **INV2050367**

| | | | |
|---|---|---|---|
| Date | 11/4/2021 | Client Number | C01492 |
| Terms | Net 30 | Esquire Office | Sacramento |
| Due Date | 12/4/2021 | Proceeding Type | Deposition |
| | | Name of Insured | |
| | | Adjuster | |
| | | Firm Matter/File # | |
| | | Client VAL ID | |
| | | Date of Loss | |

**Bill To**
Carrazco Law, APC - Tustin
18301 Irvine Boulevard
Tustin CA 92780

**Services Provided For**
Carrazco Law APC - Tustin
CARRAZCO, JR.,, ANGEL
18301 Irvine Boulevard
Tustin CA 92780

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 10/20/2021 | J7547096 | Modesto, CALIFORNIA | FRANCISCO HURTADO V. STATE OF CALIFORNIA |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - COPY-EXP-VID-VC-WI | Paul J. Braaton, M.D. | 84 | 4.60 | | 386.40 |
| E-EXHIBITS B&W COPY | Paul J. Braaton, M.D. | 11 | 0.60 | | 6.60 |
| CONDENSED TRANSCRIPT | Paul J. Braaton, M.D. | 1 | 25.00 | | 25.00 |
| PROCESSING & COMPLIANCE | Paul J. Braaton, M.D. | 1 | 50.00 | | 50.00 |
| | Paul J. Braaton, M.D. | 1 | 0.00 | | 0.00 |
| COVID-19 Shipping Notice | | | | | |
| As many law firms are currently closed and not | | | | | |
| accepting deliveries because of the Coronavirus | | | | | |
| (COVID-19), Esquire will fulfill your order | | | | | |
| electronically. If you have not received a hard copy | | | | | |
| from a previous order and/or if you require printed | | | | | |
| deliverables, email | | | | | |
| COVIDFulfillment@esquiresolutions.com and | | | | | |
| reference your Esquire Job Number. Esquire will | | | | | |
| resume normal fulfillment practices once | | | | | |
| restrictions related to COVID-19 are lifted. Thank | | | | | |
| you in advance for your support. | | | | | |

| | |
|---|---|
| **Subtotal** | 468.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | 468.00 |
| **Amount Due** | **$468.00** |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fees, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

| **Remit to:** | **Federal Express, UPS or Overnight** | | |
|---|---|---|---|
| Esquire Deposition Solutions, LLC | Esquire Deposition Solutions, LLC | Client Name | Carrazco Law APC - Tustin |
| P. O. Box 846099 | Lockbox 846099 | Client # | C01492 |
| Dallas, TX 75284-6099 | 1950 N. Stemmons Freeway | Invoice # | INV2050367 |
| | Suite 5010 | Invoice Date | 11/4/2021 |
| | Dallas, TX 75208 | Due Date | 12/4/2021 |
| | | Amount Due | $ 468.00 |

 **ESQUIRE**

## Statement

1500 Centre Parkway
Suite 100
East Point, GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120
Remittance Dallas address/W9 please go to
www.EsquireConnect.com

| | |
|---|---|
| Date | 2/1/2022 |
| Amount Due | $468.00 |
| Amount Encl. | |
| Client # | C01492 |
| AR Analyst | Gallagher, Margaret |

**RECEIVED**

FEB 08 2022

Bill To
Carrazco Law, APC - Tustin
18301 Irvine Boulevard
Tustin CA 92780

Carrazco Law, A.P.C.

| 01/01/2012 | Balance Forward | | | | 0.00 |
|---|---|---|---|---|---|
| 11/4/2021 | Invoice #INV2050367 | FRANCISCO HURTADO V. STATE OF | J7547096 | 468.00 | 468.00 |

| 0.00 | 0.00 | 468.00 | 0.00 | 0.00 | $468.00 |
|---|---|---|---|---|---|

| Form **W-9**<br>(Rev. October 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification**<br><br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | **Give Form to the**<br>**requester. Do not**<br>**send to the IRS.** |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
Esquire Deposition Solutions, LLC

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☒ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ __C__

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.
1500 Centre Parkway, Suite 100

**6** City, state, and ZIP code
East Point, GA 30344

**7** List account number(s) here (optional)

Requester's name and address (optional)
REMITTANCE ADDRESS
Esquire Deposition Solutions, LLC
P.O. Box B46099, Dallas, TX 75284

**Part I    Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

or

Employer identification number

**Part II    Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** | Signature of U.S. person ▶ *[signature]* | Date ▶ 01-03-2022

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9.*

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

Cat. No. 10231X

Form **W-9** (Rev. 10-2018)

**CARRAZCO LAW APC**
18301 IRVINE BLVD
TUSTIN, CA 92780-3412

WELLS FARGO BANK, N.A.
www.wellsfargo.com
16-24/1220

11116

3/21/2022

PAY TO THE
ORDER OF     Esquire Deposition Solutions, LLC                                      $   **468.00

Four Hundred Sixty-Eight and 00/100********************************************************************************   DOLLARS

Esquire Deposition Solutions, LLC

P.O. Box 846099
Dallas, TX 75284

MEMO   70.0045.001 - Francisco Hurtado / INV# 2050367 / Client #
                                        C0I492                              AUTHORIZED SIGNATURE

---

CARRAZCO LAW APC                                                                        11116
Esquire Deposition Solutions, LLC                          3/21/2022
                           70.0045.001 - Francisco Hurtado / INV# 2050367 / Cl        468.00

Operating Account -    70.0045.001 - Francisco Hurtado / INV# 205036                    468.00

CARRAZCO LAW APC                                                                        11116
Esquire Deposition Solutions, LLC                          3/21/2022
                           70.0045.001 - Francisco Hurtado / INV# 2050367 / Cl        468.00

Operating Account -    70.0045.001 - Francisco Hurtado / INV# 205036                    468.00



11622 El Camino Real Ste 100
San Diego, CA 92130
(858) 284-4140
AR@intrepidmanageddiscovery.com
https://www.intrepiddepos.com

BILL TO
Angel Carrazco
Carrazco Law A.P.C
18301 Irvine Boulevard
Tustin, CA 92780-3412

| INVOICE | 2098 |
| DATE | 07/29/2022 |
| TERMS | Net 30 |
| DUE DATE | 08/29/2022 |

| MATTER: | REP: | MONTH OF SERVICE |
| D1110 C Chapman | RH | 2022 - 07 |

| SERVICES | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| Reporter Appearance - Half Day | 07.12.2022 Clarence Chapman Hurtado v. State of California | 1 | 250.00 | 250.00 |
| Exhibit - Color (8.5 x 11) | Per Page | 1 | 0.99 | 0.99 |
| Exhibit - Black and White (8.5 x 11) | Per Page | 37 | 0.65 | 24.05 |
| Word Index | Per Page | 16 | 0.65 | 10.40 |
| Index Tabs | Per Unit | 8 | 0.65 | 5.20 |
| Transcript - Original and/or Copy | Per Page | 101 | 5.95 | 600.95 |
| Expert Transcriber Fee | Per Page | 101 | 1.25 | 126.25 |
| Original Hold per Code | Flat Fee | 1 | 35.00 | 35.00 |
| Zoom Set Up | Flat Fee | 1 | 125.00 | 125.00 |
| Shipping & Handling | sent via FedEx | 1 | 50.00 | 50.00 |

Please remit payments to:
Intrepid Managed Discovery
11622 El Camino Real Suite 100
San Diego, CA 92130

BALANCE DUE                    **$1,227.84**



11622 El Camino Real Ste 100
San Diego, CA 92130
(866) 284-4140
AR@intrepidmanageddiscovery.com
https://www.intrepiddepos.com

BILL TO
Angel Carrazco
Carrazco Law A.P.C
18301 Irvine Boulevard
Tustin, CA 92780-3412

| INVOICE | 1999 |
|---------|------|
| DATE | 06/30/2022 |
| TERMS | Net 30 |
| DUE DATE | 07/30/2022 |

MATTER:                    REP:                          MONTH OF SERVICE
D1111 Dr P Sfakanios       RH                            2022 - 06

| SERVICES | DESCRIPTION | QTY | RATE | AMOUNT |
|----------|-------------|-----|------|--------|
| Reporter Appearance - Full Day | 06.09.2022 Dr Peter Sfakanios Hurtado v State of California | 1 | 350.00 | 350.00 |
| Exhibit - Black and White (8.5 x 11) | Per Page | 63 | 0.65 | 40.95 |
| Index Tabs | Per Unit | 4 | 0.65 | 2.60 |
| Word Index | Per Page | 16 | 0.65 | 10.40 |
| Transcript - Original and/or Copy | Per Page | 85 | 5.95 | 505.75 |
| Expert Transcriber Fee | Per Page | 85 | 1.25 | 106.25 |
| Original Hold per Code | Flat Fee | 1 | 35.00 | 35.00 |
| Zoom Set Up | Flat Fee | 1 | 125.00 | 125.00 |
| Shipping & Handling | sent via FedEx | 1 | 50.00 | 50.00 |

Please remit payments to:
Intrepid Managed Discovery
11622 El Camino Real Suite 100
San Diego, CA 92130

**BALANCE DUE**                                **$1,225.95**