EXHIBIT NO. 4


**TITAN Legal Services**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| CARR08 | December 21, 2020 | SU345406-01-01 |

Bill To:
Sebastian Olmedo
Carrazco Law, APC
18301 Irvine Boulevard
Tustin, CA 92780

Ordered By:
Sebastian Olmedo
Carrazco Law, APC
18301 Irvine Boulevard
Tustin, CA 92780

Claim No:
Insured:
Date of Loss:
Plaintiff:
Defendant:

Client File No.:
Pertaining To: Francisco Hurtado
Records From: Memorial Medical Center (Med. Records Dept.)
1700 Coffee Rd.
Modesto, CA, 95355

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Charge | | | 35.00 |
| Picked Up Records | | | 25.00 |
| Document(s) Scanned (Back Up) | 520.00 | 0.10 | 52.00 |
| Images Posted to Web | 520.00 | 0.02 | 10.40 |
| Custodian Copy Fee Advanced | | | 15.00 |
| Fee Advancement Charge | 15.00 | 0.10 | 1.50 |
| Out of Area Service Charge – Modesto, CA | | | 50.00 |

Comments:

**RECEIVED**
**DEC 2 4 2020**
*Carrazco Law, A.P.C.*

| | |
|---|---|
| SUB-TOTAL | 188.90 |
| SALES TAX | 10.65 |
| TOTAL DUE | **$ 199.55** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at 3104645655.

TERMS: NET 15 DAYS

**PLEASE PAY FROM THIS INVOICE**

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 887
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

We recognize that some of our customers may be billing these expenses through their clients. In any case, the Titan Legal Services, Inc. customer remains responsible to pay within our terms regardless of their receivables.

Order#:SU345406-01/WHITINV

*PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE*



Carrazco Law, A.P.C.
    Titan Legal Services, Inc.                                    12/29/2020                    10196
        70.0045.001 - Francisco Hurtado / INV# SU345406-01-01                                   199.55

General Account - WF   70.0045.001 - Francisco Hurtado / INV# SU3454                            199.55



Carrazco Law, A.P.C.
    Titan Legal Services, Inc.                                                                  10196
                                                                  12/29/2020
        70.0045.001 - Francisco Hurtado / INV# SU345406-01-01                                   199.55

General Account - WF   70.0045.001 - Francisco Hurtado / INV# SU3454                            199.55







**RECEIVED**

JAN 25 2021

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| CARR08 | January 20, 2021 | SU346406-02-01 |

Bill To:
Sebastian Olmedo
Carrazco Law, APC
18301 Irvine Boulevard
Tustin, CA 92780

*Carrazco Law, A.P.C.*

Ordered By:
Sebastian Olmedo
Carrazco Law, APC
18301 Irvine Boulevard
Tustin, CA 92780

Claim No:
Insured:
Date of Loss:
Plaintiff:
Defendant:

Client File No.:
Pertaining To: Francisco Hurtado
Records From: Memorial Medical Center (Billing Dept.)
1700 Coffee Rd.
Modesto, CA, 95355

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Charge | | | 35.00 |
| Hand Delivery of Authorization to Facility | | | 10.00 |
| Document(s) Scanned (Back Up) | 7.00 | 0.10 | .70 |
| Images Posted to Web | 7.00 | 0.02 | .14 |
| Custodian Copy Fee Advanced | | | 18.75 |
| Fee Advancement Charge | 18.75 | 0.10 | 1.88 |
| Out of Area Service Charge - Modesto, CA | | | 50.00 |

Comments:

| | |
|---|---|
| SUB-TOTAL | 116.47 |
| SALES TAX | 3.94 |
| TOTAL DUE | $ 120.41 |

Thank you for choosing Titan Legal Services, Inc.!
For Inquiries, please contact us at (310) 464-8655.

TERMS: NET 15 DAYS

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

**PLEASE PAY FROM THIS INVOICE**

We recognize that some of our customers may be billing these expenses through their clients. In any case, the Titan Legal Services, Inc. customer remains responsible to pay within our terms regardless of their receivables.

Order#:SU346406-02/WHITINV

*PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE*



Carrazco Law, A.P.C.
18301 Irvine Blvd
Tustin, CA 92780
714-541-8600

WELLS FARGO BANK, NA
1801 E. 17th Street
Santa Ana, CA 92705
16-24/1220

10237

1/26/2021

PAY TO THE ORDER OF   Titan Legal Services, Inc.    $ **120.41

One Hundred Twenty and 41/100************************************************************************  DOLLARS

Titan Legal Services, Inc.
P.O. Box 867
Torrance, CA 90508

MEMO  70.0045.001 Francisco Hurtado/ INV# SU345406-02-

---

Carrazco Law, A.P.C.
 Titan Legal Services, Inc.                                         1/26/2021            10237
  70.0045.001 Francisco Hurtado/ INV# SU345406-02-                                       120.41

General Account - WF   70.0045.001 Francisco Hurtado/ INV# SU34540                       120.41

Carrazco Law, A.P.C.
 Titan Legal Services, Inc.                                         1/26/2021            10237
  70.0045.001 Francisco Hurtado/ INV# SU345406-02-                                       120.41

PAYMENT RECORD

General Account - WF   70.0045.001 Francisco Hurtado/ INV# SU34540                       120.41

MediCopy
PO Box 331668
Nashville, TN 37203
(866) 587-6274
www.medicopy.net



MediCopy

PHONE: 866-587-6274 | TAX ID 75-3134811

Bill To:

**GUIZAR, HENDERSON & CARRAZCO, L.L.P.**
18301 IRVINE BLVD
TUSTIN, CA 92780

| | |
|---|---|
| Invoice #: | 146977 |
| Invoice Date: | Feb 9, 2021 |
| Facility Code: | AMRCA |
| Patient Name: | FRANCISCO HURTADO |
| **Balance Due:** | **$5.30** |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| AMRCA | HEALTH INFORMATION REQUESTED FROM: AMERICAN MEDICAL RESPONSE- NORTHERN/SOUTHERN CALIFORNIA/MCCORMICK AMBULANCE | $0.00 | 1 | $0.00 |
| CAMR | Search Fee | $4.00 | 1 | $4.00 |
| CAMR1 | Pages 1+ @ $0.10/pg | $0.10 | 13 | $1.30 |
| EMAILED | Medical Records Emailed to: acondey@carrazcolawapc.com | $0.00 | 1 | $0.00 |
| 10 | If you wish to make a credit card payment over the phone, there will be a $10 convenience fee. | $0.00 | 1 | $0.00 |

| | |
|---|---|
| Total: | $5.30 |
| **Balance Due:** | **$5.30** |

**Terms:**
***DUE ON RECEIPT***
NOTICE: A $5.00 LATE FEE WILL BE ASSESSED TO YOUR INVOICE/ACCOUNT IF PAYMENT IS NOT RECEIVED WITHIN 30 DAYS.
PHONE: 866-587-6274 TAX ID 75-3134811

Terms and Conditions per contract

---

## Payment Stub

MediCopy
PO Box 331668
Nashville, TN 37203
(866) 587-6274
www.medicopy.net

**To Pay Your Invoice Online Go To:**
https://medicopy.invoiced.com/invoices/G6KztpuvvGhLvXL4oF2C7jsY

| | |
|---|---|
| Client: | GUIZAR, HENDERSON & CARRAZCO, L.L.P. |
| Invoice #: | 146977 |
| Invoice Date: | Feb 9, 2021 |
| Balance Due: | $5.30 |
| Amount Enclosed: | |

**Carrazco Law, A.P.C.**
18301 Irvine Blvd.
Tustin, CA 92780
714-541-8600

WELLS FARGO BANK, NA
1801 E. 17th Street
Santa Ana, CA 92705
16-24/1220

10284

2/9/2021

PAY TO THE ORDER OF __MediCopy__   $ **5.30

Five and 30/100************************************************************************ DOLLARS

MediCopy
P.O. BOX 331668
Nashville, TN 37203

MEMO  70.0045.001 Francisco Hurtado / 146977

---

Carrazco Law, A.P.C.                                                        10284
  MediCopy                                           2/9/2021
                  70.0045.001 Francisco Hurtado / 146977                    5.30


General Account - WF   70.0045.001 Francisco Hurtado / 146977              5.30

Carrazco Law, A.P.C.                                                       10284
  MediCopy                                           2/9/2021
                  70.0045.001 Francisco Hurtado / 146977                    5.30

**PAYMENT RECORD**

General Account - WF   70.0045.001 Francisco Hurtado / 146977              5.30





# INVOICE

**Express Imaging Solutions**
*a ExpressNetwork*

*A Company of Express Network LLC*

EDS

P.O. BOX 861057 Los Angeles, CA 90086-1057

| Date | Invoice # |
|---|---|
| 3/21/2024 | 6951 |

| Bill To |
|---|
| Briseira Gomez |
| Carrazco Law |
| 18301 Irvine Blvd. |
| Tustin,, CA 92780 |

Job #: SO00006690

| Client Ref. # | Terms | Rep | Ordered By |
|---|---|---|---|
| Francisco Hurtado v. State of | Net 30 | HAccou | Briseira Gomez |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Supplies:Flashdrive | 36 | $25.000 | $900.00T |
| Printouts:Blowback 8.5x11 B&W, With assembly | 7842 | $0.100 | $784.20T |
| Printouts:Blowback 8.5x11 Color | 8178 | $0.650 | $5,315.70T |
| EDD:Branding/Endorsing Number | 2668 | $0.020 | $53.36 |
| Supplies:Regular Tabs | 798 | $0.250 | $199.50T |
| Supplies:View Binders (3-Ring):3 inch | 32 | $15.000 | $480.00T |

Date of project 03/01/2024

Description - Trial Prep Binders

Francisco Hurtado v. State of California, et al.

Accounts over 30 days past due are subject to a 1.5% finance charge.

Customer Signature:
Session ID:

Date: 3/21/2024

| Subtotal: | $7,732.76 |
|---|---|
| Tax(0.095): | $729.54 |
| Total: | $8,462.30 |

Tax ID Number:
45-4301410

Payment due upon receipt. Accounts that are 30 days past due will be subject to a monthly service charge of 1.5% interest The Account Holder listed on the Invoice/Statement is solely responsible for all charges. A 3% convenience fee will be added to all payments made by credit card. In the event of default, collection fees and/or attorney fees will be assessed.



| | | | |
|---|---|---|---|
| Carrazco Law, A.P.C. | | | 8806 |
| Ortho Med Center | | 5/15/2019 | |
| | 70.0045.001 - Est of Hurtado / Records | | 15.00 |

| | | |
|---|---|---|
| General Account - WF | 70.0045.001 - Est of Hurtado / Records | 15.00 |

| | | | |
|---|---|---|---|
| Carrazco Law, A.P.C. | | | 8806 |
| Ortho Med Center | | 5/15/2019 | |
| | 70.0045.001 - Est of Hurtado / Records | | 15.00 |

**PAYMENT RECORD**

| | | |
|---|---|---|
| General Account - WF | 70.0045.001 - Est of Hurtado / Records | 15.00 |



