# EXHIBIT NO. 5

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Priority Responsible Funding
301 E. Yamato Rd., Ste 3190

Boca Raton FL 33431

P

| | |
|---|---|
| ☐☐☐ PICA | PICA ☐☐☐ |

| 1. MEDICARE ☐ (Medicare#) | MEDICAID ☐ (Medicaid#) | TRICARE ☐ (ID#/DoD#) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (ID#) | FECA BLK LUNG ☐ (ID#) | OTHER ☒ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 12-11-1996 |
|---|---|---|---|---|---|---|---|

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) Hurtado, Francisco | 3. PATIENT'S BIRTH DATE MM 12 DD 11 YY 96  SEX M ☒ F ☐ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) Hurtado, Francisco |
|---|---|---|
| 5. PATIENT'S ADDRESS (No., Street) 2340 Millcreek Dr | 6. PATIENT RELATIONSHIP TO INSURED Self ☒ Spouse ☐ Child ☐ Other ☐ | 7. INSURED'S ADDRESS (No., Street) 2340 Millcreek Dr |
| CITY MODESTO  STATE CA | 8. RESERVED FOR NUCC USE | CITY MODESTO  STATE CA |
| ZIP CODE 95351  TELEPHONE (Include Area Code) (209) 6487227 | | ZIP CODE 95351  TELEPHONE (Include Area Code) (209) 6487227 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) Yes ☐ No ☒ | a. INSURED'S DATE OF BIRTH MM 12 DD 11 YY 96  SEX M ☒ F ☐ |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? Yes ☐ No ☒  PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? Yes ☐ No ☒ | c. INSURANCE PLAN NAME OR PROGRAM NAME Priority Responsible Funding |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? Yes ☐ No ☒ If yes, complete items 9, 9a and 9d. |

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE  DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Hurtado, Francisco

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY  QUAL. | 15. OTHER DATE QUAL.  MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY  TO MM DD YY |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE DN Carrazco Law | 17a. 17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY  TO MM DD YY |
| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB? Yes ☐ No ☒  $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E) ICD Ind. 0 | 22. RESUBMISSION CODE  ORIGINAL REF. NO |
|---|---|
| A. Z13.39  B.  C.  D. E.  F.  G.  H. I.  J.  K.  L. | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 12 22 20 12 22 20 | 11 | | 90791 | A | 303 00 | 1 | | NPI | 1578849287 |
| 12 22 20 12 22 20 | 11 | | 96130 | A | 664 42 | 1 | | NPI | 1578849287 |
| 12 22 20 12 22 20 | 11 | | 96131 | A | 518 00 | 1 | | NPI | 1578849287 |
| 12 22 20 12 22 20 | 11 | | 96132 | A | 737 50 | 1 | | NPI | 1578849287 |
| 12 22 20 12 22 20 | 11 | | 96133 | A | 577 08 | 1 | | NPI | 1578849287 |
| | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER 843092996  SSN ☐ EIN ☒ | 26. PATIENT'S ACCOUNT NO. 154 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) Yes ☒ No ☐ | 28. TOTAL CHARGE $ 2800 00 | 29. AMOUNT PAID $ | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|
| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) Emily Fine PhD SIGNED  12/14/2020 DATE | 32. SERVICE FACILITY LOCATION INFORMATION CogNet Rehab Solutions 417 W. Allen Ave, Suite 107 San Dimas, CA, 91773 a. 1619500576  b. | 33. BILLING PROVIDER INFO & PH. # (213) 4590869 CogNet Rehab Solutions, INC 417 W. Allen Ave. Suite 107, San Dimas CA 91773 a. 1619500576  b. |

DocuSign Envelope ID: 53F9BEB7-DE1C-4D3F-BA98-1D8BCA4A9D0

Mary Meinhard RN-BC, BS, JD, CLCP, MSCC, LNCC
Mary Meinhard & Associates, Inc.
P.O. Box 704
June Lake, CA 93529
Telephone: (760) 648-1115
Email: marymeinhard@me.com

May 24, 2021

Angel Carrazco, Esq.
Carrazco Law, APC
Attorneys at Law
18301 Irvine Boulevard
Tustin, CA 92780

### STATEMENT FOR SERVICES
### Francisco Hurtado v. California Highway Patrol (CHP), et. al.

| | | | |
|---|---|---|---|
| 04/14/21 | Telephone conference with Dr. Patterson; telephone conversation with Mr. Carruzco. | 0.1 hours | $ 30.00 |
| 04/27/21 | Reviewed/responded to email from Ms. Condey; downloaded file; began review of medical records and construction of Medical Record Summary. | 3.5 hours | $1,050.00 |
| 04/28/21 | Continued medical record review and construction of Medical Record Summary. | 3.0 hours | $ 900.00 |
| 05/03/21 | Continued medical record review and construction of Medical Record Summary. | 4.0 hours | $1,200.00 |
| 05/04/21 | Continued medical record review and construction of Medical Record Summary. | 3.0 hours | $ 900.00 |
| 05/06/21 | Continued medical record review and construction of Medical Record Summary. | 4.0 hours | $1,200.00 |
| 05/07/21 | Continued medical record review and construction of Medical Record Summary; costing/coding research. | 3.0 hours | $ 900.00 |
| 05/20/21 | Completed Medical Record Summary; continued costing/coding research. | 2.0 hours | $ 600.00 |
| 05/21/21 | Prepared for Zoom interview; began Preliminary Life Care Plan (PLCP) construction; continued costing/coding research. | 3.0 hours | $ 900.00 |
| | **Total hours @ $300.00/hour:** | **25.6 hours** | **$7,680.00** |
| | **Less Retainer Payment:** | | **(5,000.00)** |
| | **Subtotal:** | | **$2,680.00** |
| | **Plus Retainer Replenishment:** | | **$5,000.00** |
| | **Total Due Upon Receipt:** | | **$7,680.00** |

1

**Marilyn S. Jacobs, Ph.D., Psy.D., ABPP**
*Clinical and Pain Psychology*

| | |
|---|---|
| Telephone:    (310) 428 – 3667 | Facsimile: (310) 552 - 2151 |
| **Professional Address:** | **Mailing Address :** |
| 2001 Santa Monica Blvd., Suite 1280-W | 10573 W. Pico Blvd., # 230 |
| Santa Monica, CA 90404 | Los Angeles, CA 90064 |

CA License: PSY11463          Federal Tax ID: 954264205          NPI: 568595544

## CONSULTATION AGREEMENT/FEE SCHEDULE:
## CLINICAL PSYCHOLOGY SERVICES

**CONSULATATION FEE:**                                    **$ 5,000.00**

**FEES:**

| | |
|---|---|
| Comprehensive Psychological Evaluation: | $ 675.00 per hour |
| Psychological Testing (admin, scoring, interpretation): | $ 375.00 per hour |
| Follow-up Debriefing of Psychological Evaluation: | $ 375.00 per hour |
| Review of Medical/Psychological Records: | $ 350.00 per hour |
| Preparation of Reports: | $ 350.00 per hour |
| Consultation with Attorney: | $ 350.00 per hour |
| Case Research: | $ 350.00 per hour |

Name of Case:  Francisco Hurtado v. CHP, et al.

Proposed Trial Date:  3/15/2022

*I am in agreement with the terms described above:*

Firm Name: Carrazco Law, A.P.C.

Signature of Attorney: _____          Date: 6/18/2021

Print Name: Angel Carrazco, Jr.



**California Pain Medicine Centers**
2001 Santa Monica Blvd., Suite #1280W
Santa Monica, CA 90404
Phone: (310) 264-7246  Fax (310) 882-7005

Invoice #:   61621FH
Date:   6/16/2021

# INVOICE

Customer Information:

Name  *Francisco Hurtado*
Address  *5366 MOFFETT ROAD*
City  *CERES*        State  *CA*        Zip  *95307*
Tel:  *(209) 648-7227*

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | Professional | | |
| 1 | Left Lumbar Sympathetic Block (1st Level) | $1,500 | $1,500.00 |
| 1 | Left Lumbar Sympathetic Block (2nd Level) | $750 | $750.00 |
| | Date of Service: Tuesday, June 22, 2021 | | |
| | CPT Code: 64520 x 2 | | |
| | ICD - 10: G90.522 | | |
| | Facility | | |
| 2 | Left Lumbar Sympathetic Block (1st Level) | $600 | $1,200.00 |
| | Date of Service: Tuesday, June 22, 2021 | | |
| | CPT Code: 64520 x 2 | | |
| | ICD - 10: G90.522 | | |
| | Subtotal | | $3,450.00 |
| | Adjustments | | $0.00 |
| | TOTAL | | $3,450.00 |

# Peter N. Sfakianos, M.D.
## Orthopaedic Surgery and Sports Medicine

1580 Creekside Drive, Suite 100, Folsom CA 95630

(916) 984-8927

August 25, 2021

LeeAnn E. Whitmore, Deputy Attorney General IV
California Department of Justice
1300 I Street
Suite 210
Sacramento, CA 95814

### INVOICE NO. 4713

Tax I. D. No. 90-0352683

RE: Francisco Hurtado vs. State of California et al.
    Stanislaus County Court Case No.: CV-19-004526
    Date of Accident: 15 March 2018

08/25/21 – No show fee for examination of Francisco Hurtado (flat fee)        $1,500.00

Total        $1,500.00

PLEASE REMIT PAYMENT WITHIN 30 DAYS TO OUR FOLSOM OFFICE. THANKS!

Mary Meinhard RN-BC, BS, JD, CLCP, MSCC, LNCC
Mary Meinhard & Associates, Inc.
P.O. Box 704
June Lake, CA 93529
Telephone: (760) 648-1115
Email: marymeinhard@me.com

August 25, 2021

Angel Carrazco, Esq.
Carrazco Law, APC
Attorneys at Law
18301 Irvine Boulevard
Tustin, CA 92780

## STATEMENT FOR SERVICES
### Francisco Hurtado v. Unknown

| | | | |
|---|---|---|---|
| 05/24/21 | Reviewed/responded to emails from Mr. Carruzco and Ms. Condey; corresponded with Priscilla to and Ms. Condey to schedule Zoom interview with Mr. Hurtado and Priscilla for 6/14. | 0.2 hours | $   60.00 |
| 05/25/21 | Costing and coding research. | 4.0 hours | $1,200.00 |
| 05/28/21 | Continued costing/coding research. | 1.0 hour | $   300.00 |
| 06/22/21 | Prepared for and attended Zoom conference with Priscilla and Francisco. | 3.5 hours | $1,050.00 |
| 07/02/21 | Reviewed/responded to email from Mr. Carruzco; reviewed Dr. Prager report; telephone conversation with Mr. Carruzco. | 0.3 hours | $   90.00 |
| 07/16/21 | Costing/coding research. | 5.0 hours | $1,500.00 |
| 08/04/21 | Continued Preliminary Life Care Plan (PLCP) construction. | 3.0 hours | $ 900.00 |
| 08/12/21 | Continued PLCP construction. | 4.0 hours | $1,200.00 |
| | Total hours @ $300.00/hour: | 21.0 hours | $6,300.00 |
| | Less Retainer Payment: | | (5,000.00) |
| | Subtotal: | | $1,300.00 |
| | Plus, Retainer Replenishment: | | $5,000.00 |
| | Total Due Upon Receipt: | | $6,300.00 |

DocuSign Envelope ID: 569A05C1-7A67-487A-8E9A-9923E0A8149A



MED LEGAL SOURCE INC.                1746 S. Victoria Ave. F326
Eva Ettedgui, RN, LNCC                        Ventura, California
                                                                   93003
                                                          United States

**Billed To**
Angel Carrazco, Esq.
Carrazco Law
18301 Irvine Boulevard
Tustin, California
92780
United States

**Date of Issue**
09/26/2021

**Due Date**
09/26/2021

**Invoice Number**
MLS 2651

**Amount Due (USD)**
# $1,450.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| DME : FLAT RATE<br>Attendance - Nurse or Chiropractor Observer | $1,300.00 | 1 | $1,300.00 |
| FRANCISCO HURTADO<br>Dr. Charles Filanosky, Neuropsychological Exam<br>Sept. 13, 2021<br>Stockton, CA | | | |
| Extra Travel Fee | $150.00 | 1 | $150.00 |

|  |  |
|---|---|
| Subtotal | 1,450.00 |
| Tax | 0.00 |
| Total | 1,450.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $1,450.00 |

Terms
Check Payable to:
Med Legal Source Inc.
1746 S. Victoria Ave. Ste. F 326
Ventura, CA 93003
TAX ID:EIN # 47-2743472

Balance due at time of receipt.
Thank you!.



**Rincon Physical Medicine & Rehabilitation**
875 University Avenue
Sacramento, CA  95825 US
+1 9165383545
trish@rinconrehab.com

# Invoice

| BILL TO |
|---|
| Hurtado v. State of California, et al. |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 6802 | 11/05/2021 | $3,500.00 | 12/01/2021 | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/05/2021 | **Retainer** | Retainer | 1 | 3,500.00 | 3,500.00 |

BALANCE DUE **$3,500.00**

**THE OKOROCHA FIRM**
117 E. Colorado Blvd. Suite 465
Pasadena, CA 91105
United States
+(310)497-0321

# THE OKOROCHA FIRM

**Ely Arraiga**

| | |
|---|---|
| **Balance** | $1,280.00 |
| **Invoice #** | 00201 |
| **Invoice Date** | December 28, 2021 |
| **Payment Terms** | |
| **Due Date** | |

------------------------------------------------------------------------------------

## Francisco Hurtado v. CHP, et al.

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 11/30/2021 | OO | Draft of Report and Scientific Research | Rule 26 | $400.00 | 3.2 | $1,280.00 |

| | Totals: | 3.2 | **$1,280.00** |
|---|---|---|---|

| | |
|---|---|
| Time Entry Sub-Total: | $1,280.00 |
| Sub-Total: | $1,280.00 |
| | |
| Total: | $1,280.00 |
| Amount Paid: | $0.00 |
| **Balance Due:** | **$1,280.00** |

Mary Meinhard RN-BC, BS, JD, CLCP, MSCC, LNCC
Mary Meinhard & Associates, Inc.
P.O. Box 704
June Lake, CA 93529
Telephone: (760) 648-1115
Email: marymeinhard@me.com

November 28, 2021

Angel Carrazco, Esq.
Carrazco Law, APC
Attorneys at Law
18301 Irvine Boulevard
Tustin, CA 92780

## STATEMENT FOR SERVICES
### Francisco Hurtado v. Unknown

| | | | |
|---|---|---|---|
| 09/08/21 | Reviewed/responded to email from Ms. Arraiga. | 0.1 hour | $ 30.00 |
| 10/01/21 | Email correspondence to/from Mr. Carruzco and Ms. Arraiga. | 0.1 hour | $ 30.00 |
| 10/05/21 | Email correspondence to/from Ms. Arraiga. | 0.1 hour | $ 30.00 |
| 10/20/21 | Telephone conversation with Mr. Carruzco; reviewed/responded to Mr. Carruzco email. | 0.3 hours | $ 90.00 |
| 10/25/21 | Began Rule 26 Report construction; began formulating questions for Dr. Prager; continued PLCP construction. | 4.0 hours | $1,200.00 |
| 10/27/21 | Email and text to Dr. Stephenson re: scheduling teleconference meeting; began Cost Resource construction. | 2.0 hours | $ 600.00 |
| 11/02/21 | Telephone conversation with Dr. Stephenson; reviewed emails from Dr. Stephenson, Gina Puglisi, and Mr. Carruzco; continued Rule 26 Report construction. | 2.0 hours | $ 600.00 |
| 11/03/21 | Emails to Charlotte Lopp and Andrew Dearn at Drs. Stephenson and Prager's office, respectively, to schedule teleconference meetings; continued Cost Resource construction. | 2.0 hours | $ 600.00 |
| 11/05/21 | Telephone conversation with Dr. Stephenson; reviewed/responded to email from Dr. Stephenson and Ms. Lopp at Dr. Stephenson's office re: scheduling teleconference. | 0.5 hours | $ 150.00 |
| 11/10/21 | Telephone conversation with Mr. Carruzco; prepared for telephone conference with Dr. Stephenson; telephone conference to discuss Life Care Plan (LCP recommendations with Dr. | 4.0 hours | $1,200.00 |

| | | | |
|---|---|---|---|
| | Stephenson (~45 minutes); continued Cost Resource Index construction. | | |
| 11/11/21 | Continued work on Cost Resource Index; continued costing/coding research. | 4.0 hours | $1,200.00 |
| 11/12/21 | Telephone conversation with Mr. Carruzco; continued costing/coding research; continued Cost Resource Index construction. | 5.3 hours | $1,590.00 |
| 11/14/21 | Continued costing/coding research and Cost Resource Index construction; continued LCP construction. | 5.5 hours | $1,650.00 |
| 11/15/21 | Continued costing/coding research and Cost Resource Index construction; continued LCP construction; prepared for telephone conference with Dr. Prager. | 4.0 hours | $1,200.00 |
| 11/16/21 | Continued LCP construction; telephone conversations with Joshua Prager, MD, Andrew Dearn at Dr. Prager's office, and Mr. Carruzco; reviewed/responded to email from Ms. Arraiga; reviewed additional medical records and updated Medical Record Summary; emailed copy of Medical Record Summary to Dr. Prager. | 5.5 hours | $1,650.00 |
| 11/26/21 | Continued costing/coding research and Cost Resource Index construction; continued LCP construction. | 4.0 hours | $1,200.00 |
| 11/27/21 | Continued costing/coding research and Cost Resource Index construction; continued LCP construction. | 4.6 hours | $1,380.00 |
| 11/28/21 | Continued costing/coding research and Cost Resource Index construction; continued LCP construction. | 4.0 hours | $1.200.00 |
| | **Total hours @ $300.00/hour:** | **52.0 hours** | **$15,600.00** |
| | **Less Retainer Payment:** | | **(5,000.00)** |
| | **Subtotal:** | | **$10,600.00** |
| | **Plus, Partial Retainer Replenishment to Complete Report:** | | **$ 3,000.00** |
| | **Total Due Upon Receipt:** | | **$13,600.00** |

**Accident Reconstruction & Biomechanics**
1825 Orange Park Blvd.
Orange, CA  92867
(800) 587-4858
office@arbio.expert
http://www.arbio.expert/

# INVOICE

**BILL TO**
Angel Carrazco
Carrazco Law, A.P.C
18301 Irvine Blvd.
Tustin, CA  92780

**INVOICE #** 102120-480
**DATE** 11/29/2021
**DUE DATE** 11/29/2021
**TERMS** Due on receipt

**CASE NAME:**
Hurtado v CHP

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/03/2021 | **Inspections** Discounted round trip travel to scene and wound inspections, scene and wound inspections, post-processing of scene and wound inspection data, additional case research and analysis | 4 | 375.00 | 1,500.00 |
| 11/13/2021 | **Modeling** Computer surrogate modeling including Officers, posing, and trajectories | 8.75 | 150.00 | 1,312.50 |
| 11/14/2021 | **Modeling** Computer surrogate modeling including positioning of individuals | 3.75 | 150.00 | 562.50 |
| 11/15/2021 | **Modeling** Computer surrogate modeling including positioning of individuals | 3.50 | 150.00 | 525.00 |
| 11/15/2021 | **AutoCAD Drawing** Draftsman researched, prepared and completed scaled scene drawings and acquired satellite and scene photos of incident scene for foundational and accident reconstruction purposes | 4.50 | 225.00 | 1,012.50 |
| 11/16/2021 | **Phone Conference** Phone conference with attorneys, additional case research and analysis | 1 | 375.00 | 375.00 |
| 11/17/2021 | **Phone Conference** Phone conference with attorney | 0.25 | 375.00 | 93.75 |
| 11/19/2021 | **Modeling** Computer surrogate modeling including positioning of individuals | 6.50 | 150.00 | 975.00 |
| 11/21/2021 | **Modeling** | 1.25 | 150.00 | 187.50 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| | Computer surrogate modeling including positioning of victim | | | |
| 11/22/2021 | **Phone Conference** Phone conference with attorneys, additional case research and analysis | 1 | 375.00 | 375.00 |
| 11/22/2021 | **Modeling** Computer surrogate modeling including positioning of individuals and vehicle, hillside | 4.50 | 150.00 | 675.00 |
| 11/23/2021 | **Modeling** Computer surrogate modeling including positioning of individuals and vehicle | 3.50 | 150.00 | 525.00 |
| 11/26/2021 | **Written Report** Wrote expert report from 11/16/21 to 11/26/21, additional case research and analysis, reviewed expert report from Scott DeFoe | 5 | 375.00 | 1,875.00 |
| | **Retainer** Retainer to cover future work and expenses | 1 | 3,000.00 | 3,000.00 |

Please remit to our address above. Our Tax ID # is 82-4154305. Thank you for your business.

| | |
|---|---|
| PAYMENT | 5,000.00 |
| BALANCE DUE | **$7,993.75** |

Mary Meinhard RN-BC, BS, JD, CLCP, MSCC, LNCC
Mary Meinhard & Associates, Inc.
P.O. Box 704
June Lake, CA 93529
Telephone: (760) 648-1115
Email: marymeinhard@me.com

February 17, 2022

Angel Carrazco, Esq.
Carrazco Law, APC
Attorneys at Law
18301 Irvine Boulevard
Tustin, CA 92780

**STATEMENT FOR SERVICES**
**Francisco Hurtado v. Unknown**

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11/29/21 | Telephone conversation with Mr. Carrazco; reviewed/responded to emails from Mr. Carruzco; reviewed report prepared by Marilyn Jacobs, Ph.D. and amended the LCP to include her recommendations and information; reviewed email from Mr. Dearn at Dr. Prager's office. | 2.0 hours | $ 600.00 |
| 11/30/21 | Reviewed/responded to emails from Mr. Carruzo and Mr. Dearn at Dr. Prager's office; telephone conversation with Ms. Macias; updated LCP with information obtained from Ms. Macias; telephone conference with Dr. Prager; began preparing Rule 26 Report File for DropBox transfer. | 4.0 hours | $1,200.00 |
| 12/01/21 | Telephone conference with Mr. Carruzco; telephone conference with Dr. Stephenson; additional costing/coding research; updated and finalized LCP to incorporate information obtained from Dr. Prager and perform final edits; finalized Cost Resource Index; finalized Rule 26 Report File for DropBox transfer; emailed LCP to economist; emailed Rule 26 Report and supporting documents to Mr. Carruzco. | 6.0 hours | $1,800.00 |
| 12/02/21 | Reviewed Dr. Prager's Rule 26 report; reviewed/responded to emails from James Mills (economist). | 0.2 hour | $ 60.00 |
| 12/03/21 | Reviewed/responded to emails from Ms. Gomez at Mr. Carruzco's office; re-sent link to Rule 26 Report file; reviewed Dr. Stephenson's Rule 26 Report. | 0.2 hours | $ 60.00 |
| 12/15/21 | Reviewed/responded to emails from Mr. Carruzco and Ms. Gomez; reviewed letter from Ms. Whitman; telephone conversation with Mr. Carruzco. | 0.5 hours | $ 150.00 |

| 12/16/21 | Reviewed/responded to email from Ms. Gomez; briefly reviewed Ms. Schweitzer's report. | 0.5 hours | $ 150.00 |
|----------|------|-----------|----------|
| | Total hours @ $300.00/hour: | 13.4 hours | $4,020.00 |
| | Less Retainer Payment: | | (3,000.00) |
| | Subtotal: | | $1,020.00 |
| | Plus, Retainer Replenishment: | | $5,000.00 |
| | Total Due Upon Receipt: | | $6,020.00 |

2

DocuSign Envelope ID: 650FD427-39E8-4CB8-A143-BDE78A7A5D36

## On-Scene Consulting

February 3, 2022

Mr. Angel Carrazco, Partner
Guizar, Henderson & Carrazco, L.L.P.
18301 Irvine Boulevard
Tustin, California 92780

**Re: FRANCISCO HURTADO, an individual, Plaintiff,**
**vs.**
**STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO**
**YEPEZ AKA EDGARDO LOPEZ AND DOES 1 THROUGH 100, INCLUSIVE,**
**and DOES 1-10, inclusive, Defendants.**
**Case No. 2:19-CV-02343-TLN-AC.**

**Subject:** **Invoice No. 2022-01-REVISED**

Document Review, Discussions, Submission of Rule 26 Report, Submission of Rebuttal
Rule 26 Report, 29:75 hours @$375.00 per hour=$11,156.25
Less $4000.00 Received
Total Due: $7,156.25

*Please make $7156.26 check payable to On-Scene Consulting Group LLC*

Regards,

Scott A. DeFoe
Owner
On-Scene Consulting Group, LLC
526 21st Street
Huntington Beach, California 92648
EIN 45-4662023

# Robert W. Johnson & Associates

## FORENSIC ECONOMISTS

## INVOICE

**BILL TO:**
Mr. Angel Carrazco, Jr.
Carrazco Law, A.P.C.
18301 Irvine Boulevard
Tustin, CA 92780

**INVOICE #**     38712

12/10/2021

**RE:**     Hurtado v. CHP, et al.

| DESCRIPTION: | AMOUNT |
|---|---|
| Case Set Up Fee | 500.00 |
| Expert Designation Fee | 800.00 |
| Wage Loss - Professional Services (11.30 Hours) | 7,671.00 |

| **AMOUNT DUE UPON RECEIPT:** | **$5,371.00** |
|---|---|

Thank you for using Robert W. Johnson & Associates. All moneys are due upon receipt of invoice unless otherwise noted on the invoice or agreed to in writing in advance of invoicing. Delinquent balances will be assessed a 1-1/2% per month finance charge. The balance subject to finance charge is that portion of the outstanding balance which exceeds 30 days past due at calendar month end. Payments received by 11:00 a.m. PST on the last business day of the month will be applied to the outstanding balance prior to calculation of the monthly finance charge.

It is much easier for your records and ours, if you remit by check. However, if you would prefer to remit by credit card, simply call our office with your account information.

All fees and expenses are the obligation of the attorney regardless of the financial condition of the client or the prospects of reimbursement by the client. Because we provide expert services, our fees cannot be contingent upon the outcome of the case.

# Peter N. Sfakianos, M.D.
## Orthopaedic Surgery and Sports Medicine

1580 Creekside Drive, Suite 100, Folsom CA 95630          (916) 984-8927

May 23, 2022

Kent Henderson, Esq.

Guizar, Henderson & Carrazco, LLP

3500 W. Beverly Blvd.

Montebello, CA 90640

INVOICE NO. 4836

Tax I. D. No. 90-0352683

RE: Francisco Hurtado vs. State of California, et al.
      Case No.: 2:19-cv-02343-TLN-AC
      Date of Accident: 15 March 2018

| | |
|---|---|
| 05/23/22 – Deposition fee pre-payment (1 hour) @ ($800.00 per hour) | $1,500.00 |
| Total | $1,500.00 |

PLEASE REMIT PAYMENT WITHIN 30 DAYS TO OUR FOLSOM OFFICE. THANKS!

**Renee L. Binder, M.D.**
**775 East Blithedale Ave. #174**
**Mill Valley, California 94941**
**Tax ID: 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**

June 7, 2022

LeeAnn Whitmore, DAG
California Department of Justice
1300 I Street, P.O. Box 944255
Sacramento, CA 94244

      **RE:  Francisco Hurtado v. State of California**
      USDC Eastern District of California Case #2:19-cv-02343-TLN-AC
      Docket No: 14351-180-LA2019501468
      Agreement Number: 20-322U
      Deputy Attorney General: LeeAnn E. Whitmore

Pre-payment for 2 hours of Deposition time on June 20, 2022    Hourly rate= $700.00    Total Due= $1400.00

                                 **TOTAL AMOUNT DUE**        **$1400.00**

_Renee L. Binder MD_

------------------------

    Renee L. Binder, M.D.



**ExamWorks, LLC.**
11010 White Rock Road, Suite 120
Rancho Cordova, CA  95670
**Phone: (800) 458-1261**
**Fax: (916) 920-2515**
**www.examworks.com**

# Invoice

**Bill To**
Mr. Angel Carrazco
Carrazco Law
18301 Irvine Blvd
Tustin, CA  92780

| | |
|---|---|
| **Invoice Number** | 170-2620036 |
| **Invoice Date** | 6/10/2022 |
| **Examinee** | Francisco Hurtado |
| **Claim Number** | 20-323U-1 |
| **Case Number** | 21742982 |
| **Expert** | Charles A. Filanosky Jr, Ph. D |
| **Specialty** | Neuropsychology |
| **Terms** | Due Upon Receipt |

| Date | Units | Description | Unit Amount | Extended Amount |
|---|---|---|---|---|
| 6/3/2022 | 1.50 | Deposition - Part 2 | $650.00 | $975.00 |
| | | **Invoice Total** | | $975.00 |

**Deposition - Part 2**

**Please Make Check Payable and Remit Payment to:**
ExamWorks, LLC.
11010 White Rock Road, Suite 120
Rancho Cordova, CA  95670
Phone: (800) 458-1261
Fax: (916) 920-2515
**Federal Tax ID: 26-1114252**

## On-Scene Consulting

June 11, 2022

Mr. Angel Carrazco, Partner
Guizar, Henderson & Carrazco, L.L.P.
18301 Irvine Boulevard
Tustin, California 92780

### Re: FRANCISCO HURTADO, an individual, Plaintiff,
### vs.
### STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ AKA EDGARDO LOPEZ AND DOES 1 THROUGH 100, INCLUSIVE, and DOES 1-10, inclusive, Defendants.
### Case No. 2:19-CV-02343-TLN-AC.


**Subject:** **Invoice No. 2022-02**

Document Review, Discussions, Submission of Rule 26 Report, Submission of Rebuttal Rule 26 Report, 29:75 hours @$375.00 per hour=$11,156.25
Less $4000.00 Received
Total Due: $7,156.25-Received

New Hours:
Deposition preparation and discussions: 8.25 hours @$375.00=$3093.75

*Please make $3,093.75 check payable to On-Scene Consulting Group LLC*

Regards,

Scott A. DeFoe
Owner
On-Scene Consulting Group, LLC
526 21st Street
Huntington Beach, California 92648
EIN 45-4662023



**NATIONAL JUSTICE CONSULTANTS, INC.**

1507 7th Street • Suite 350 • Santa Monica, CA 90401 • Tel: 310.429.2940 • crchapman@earthlink.net

July 12, 2022

Mr. Angel Carrazco, Jr., Esq.
**GUIZAR, HENDERSON & CARRAZCO, LLP**
18301 Irvine Boulevard
Tustin, California 92780

## Invoice #20-059-D

### INVOICE FOR PROFESSIONAL SERVICES

**Re:**   ***Francisco Hurtado v. State of California, et al.***
U.S.D.C. Case No.: 2:19-cv-02343-TLN-AC

| DATES OF SERVICE | DESCRIPTION OF SERVICES | HOURS WORKED | CONSULTANT | HOURLY RATE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 07-12-22 | Deposition taken by Plaintiffs' Attorney via Zoom Remote | (02.50) | C. Chapman | $ 400.00 | $1,000.00 |

| | |
|---|---|
| **TOTAL SERVICE HOURS:** | 2.5 |
| **TOTAL AMOUNT DUE:** | $1,000.00 |

[**Summary of Costs**: 2.5 hours @ $400 per hour = $1,000.00]



NATIONAL JUSTICE CONSULTANTS, INC.

1507 7th Street • Suite 350 • Santa Monica, CA 90401 • Tel: 310.429.2940 • crchapman@earthlink.net

July 12, 2022

Mr. Angel Carrazco, Jr., Esq.
**GUIZAR, HENDERSON & CARRAZCO, LLP**
18301 Irvine Boulevard
Tustin, California 92780

## Invoice #20-059-D

### INVOICE FOR PROFESSIONAL SERVICES

**Re:**   ***Francisco Hurtado v. State of California, et al.***
U.S.D.C. Case No.: 2:19-cv-02343-TLN-AC

| DATES OF SERVICE | DESCRIPTION OF SERVICES | HOURS WORKED | CONSULTANT | HOURLY RATE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 07-12-22 | Deposition taken by Plaintiffs' Attorney via Zoom Remote | (02.50) | C. Chapman | $ 400.00 | $1,000.00 |

| | |
|---|---|
| **TOTAL SERVICE HOURS:** | 2.5 |
| **TOTAL AMOUNT DUE:** | $1,000.00 |

[<u>Summary of Costs</u>: 2.5 hours @ $400 per hour = $1,000.00]

**Craigmyle Legal Nurse Services LLC**
8120 Escondido Ave
Oak Hills, CA  92344 US
jenn@legalnursecraigmyle.com

# Invoice  2372



CRAIGMYLE
LEGAL NURSE SERVICES LLC

**BILL TO**
Deposition File

| | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| | 07/05/2022 | **$500.00** | 07/05/2022 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 07/01/2022 | **LCP - Testimony** <br> LCP - Testimony | 1.25 | 400.00 | 500.00 |

Deposition for Francisco Hurtado

| | | |
|---|---|---|
| TOTAL DUE | | **$500.00** |

THANK YOU.

**Renee L. Binder, M.D.**
**775 East Blithedale Ave. #174 ***
**Mill Valley, California 94941**
**Tax ID: 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**

July 12, 2022

LeeAnn Whitmore, DAG
California Department of Justice
1300 I Street, P.O. Box 944255
Sacramento, CA 94244

**RE:   Francisco Hurtado v. State of California**
USDC Eastern District of California Case #2:19-cv-02343-TLN-AC
Docket No: 14351-180-LA2019501468
Agreement Number: 20-322U
Deputy Attorney General: LeeAnn E. Whitmore

| Dates of Service | Description of Services | Hours worked | Consultant | Hourly rate | Total Amount |
|---|---|---|---|---|---|
| 6/7/22 | Pre-deposition meeting and Record Review | 45 minutes | R. Binder | $700/hr. | $525.00 |

**TOTAL AMOUNT DUE**                    **$525.00**

*Renee L. Binder MD*
_____
Renee L. Binder, M.D.

*PLEASE NOTE CHANGE OF ADDRESS

# Robert W. Johnson & Associates

## FORENSIC ECONOMISTS

## INVOICE

**BILL TO:**
Mr. Angel Carrazco, Jr.
Carrazco Law, A.P.C.
18301 Irvine Boulevard
Tustin, CA 92780

**INVOICE #**    39452

7/31/2022

**RE:**    Hurtado v. CHP, et al.

| DESCRIPTION: | AMOUNT |
|---|---|
| Pre-Deposition Prep (1.10 Hours) | 864.00 |

| **AMOUNT DUE UPON RECEIPT:** | **$864.00** |
|---|---|

Thank you for using Robert W. Johnson & Associates. All moneys are due upon receipt of invoice unless otherwise noted on the invoice or agreed to in writing in advance of invoicing. Delinquent balances will be assessed a 1-1/2% per month finance charge. The balance subject to finance charge is that portion of the outstanding balance which exceeds 30 days past due at calendar month end. Payments received by 11:00 a.m. PST on the last business day of the month will be applied to the outstanding balance prior to calculation of the monthly finance charge.

It is much easier for your records and ours, if you remit by check. However, if you would prefer to remit by credit card, simply call our office with your account information.

All fees and expenses are the obligation of the attorney regardless of the financial condition of the client or the prospects of reimbursement by the client. Because we provide expert services, our fees cannot be contingent upon the outcome of the case.

## On-Scene Consulting

August 9, 2022

Mr. Angel Carrazco, Partner
Guizar, Henderson & Carrazco, L.L.P.
18301 Irvine Boulevard
Tustin, California 92780

<u>Re</u>: **FRANCISCO HURTADO, an individual, Plaintiff,**
**vs.**
**STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO**
**YEPEZ AKA EDGARDO LOPEZ AND DOES 1 THROUGH 100, INCLUSIVE,**
**and DOES 1-10, inclusive, Defendants.**
<u>**Case No. 2:19-CV-02343-TLN-AC.**</u>

**Subject:** **Invoice No. 2022-02-Revised**

Document Review, Discussions, Submission of Rule 26 Report, Submission of Rebuttal
Rule 26 Report, 29:75 hours @$375.00 per hour=$11,156.25
Less $4000.00 Received
Total Due: $7,156.25-Received

New Hours:
Deposition preparation and discussions: 8.25 hours @$375.00=$3093.75-**Received.**
New Hours:
Reviewed my Deposition: 1.75 hours @$375.00=$656.25

Total Amount Due: $656.25

*Please make $656.25 check payable to On-Scene Consulting Group LLC*

Regards,

Scott A. DeFoe
Owner
On-Scene Consulting Group, LLC
526 21st Street
Huntington Beach, California 92648
EIN 45-4662023

# Robert W. Johnson & Associates

### FORENSIC ECONOMISTS

## INVOICE

**BILL TO:**
Mr. Angel Carrazco, Jr.
Carrazco Law, A.P.C.
18301 Irvine Boulevard
Tustin, CA 92780

**INVOICE #**   39140

4/14/2022

**RE:**   Hurtado v. CHP, et al.

| DESCRIPTION: | AMOUNT |
|---|---|
| Pre-Deposition Prep (.30 Hours) | 264.00 |
| Deposition Cancellation Fee | 800.00 |

| **AMOUNT DUE UPON RECEIPT:** | **$1,064.00** |
|---|---|

Thank you for using Robert W. Johnson & Associates. All moneys are due upon receipt of invoice unless otherwise noted on the invoice or agreed to in writing in advance of invoicing. Delinquent balances will be assessed a 1-1/2% per month finance charge. The balance subject to finance charge is that portion of the outstanding balance which exceeds 30 days past due at calendar month end. Payments received by 11:00 a.m. PST on the last business day of the month will be applied to the outstanding balance prior to calculation of the monthly finance charge.

It is much easier for your records and ours, if you remit by check. However, if you would prefer to remit by credit card, simply call our office with your account information.

All fees and expenses are the obligation of the attorney regardless of the financial condition of the client or the prospects of reimbursement by the client. Because we provide expert services, our fees cannot be contingent upon the outcome of the case.

**ARBIO, Inc.**
1825 Orange Park Blvd.
Orange, CA 92867
(800) 587-4858
office@arbio.expert
http://www.arbio.expert/

**ΛRBIΟ** ⊛ ACCIDENT
RECONSTRUCTION
& BIOMECHANICS

# INVOICE

**BILL TO**
Angel Carrazco
Carrazco Law, A.P.C
18301 Irvine Blvd.
Tustin, CA 92780

**INVOICE #** 022890
**DATE** 11/22/2022
**DUE DATE** 11/22/2022
**TERMS** Due on receipt

**CASE NAME:**
Hurtado v CHP

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 09/27/2022 | **Meeting time** Round trip travel time to attorney's office for meeting, meeting time | 2 | 395.00 | 790.00 |
| 11/14/2022 | **Case work** Phone conference with attorney, reviewed deposition transcript and exhibits of Christopher Stephenson, MD and deposition transcript and exhibits of Robert Chapman (voluminous)...additional case research and organization | 4.50 | 395.00 | 1,777.50 |
| 11/15/2022 | **Case work** Reviewed deposition transcript and exhibits of Craig Enos, deposition transcript and exhibits of Charles Filanosky, MD (voluminous), deposition transcript and exhibits of Joshue Prager, MD...additional case research and organization | 6.25 | 395.00 | 2,468.75 |
| 11/16/2022 | **Case work** Reviewed deposition transcript and exhibits of David Fish, MD, deposition transcript and exhibits of Paul Braaton, MD, deposition transcript and exhibits of Renee Binder, MD, deposition transcript and exhibits of Peter Sfakianos, MD, deposition transcript of James Mills...additional case research and organization | 6.75 | 395.00 | 2,666.25 |
| 11/17/2022 | **Case work** Reviewed deposition transcript and exhibits of Jennifer Craigmyle, RN, deposition transcript of Mary Meinhard, RN, deposition transcript of Priscilla Macias, deposition transcript and exhibits of Vicki Schweitzer, | 4.75 | 395.00 | 1,876.25 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| | RN...additional case research and organization | | | |
| | **Retainer** Retainer for additional work, travel, deposition testimony preparation, phone calls, etc. | 1 | 5,000.00 | 5,000.00 |

Please remit to our address above.  Our Tax ID # is 88-0965722.  Thank you for your business.

PAYMENT                                     3,000.00
BALANCE DUE                           **$11,578.75**

**Rincon Physical Medicine & Rehabilitation**
875 University Avenue
Sacramento, CA 95825
(916)538-3545
billing@rinconrehab.com



# RINCON
PHYSICAL MEDICINE & REHABILITATION

**BILL TO**
Hurtado v. State of California, et al.

**INVOICE 9652**

**DATE** 05/03/2022    **TERMS** Due on receipt

**DUE DATE** 05/03/2022

| DATE | ACCOUNT SUMMARY | AMOUNT |
|------|-----------------|--------|
| 11/05/2021 | Balance Forward | 3,500.00 |
| | Other payments and credits after 11/05/2021 through 05/02/2022 | -3,500.00 |
| 05/03/2022 | Other invoices from this date | 0.00 |
| | New charges (details below) | 900.00 |
| | Total Amount Due | 900.00 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 11/05/2021 | **Retainer** | Retainer | 1 | -3,500.00 | -3,500.00 |
| 12/03/2021 | **Record review, communication, travel time, examination, report preparation** | Record review, communication, travel time, examination, report preparation | 5.50 | 800.00 | 4,400.00 |

Please send any billing requests to billing@rinconrehab.com.

| | |
|---|---|
| TOTAL OF NEW CHARGES | 900.00 |
| **TOTAL DUE** | **$900.00** |

DocuSign Envelope ID: 8CED9C16-D653-4D85-89F3-E5A094B2B069

**Rincon Physical Medicine & Rehabilitation**
875 University Avenue
Sacramento, CA 95825
(916)538-3545
billing@rinconrehab.com



**RINCON**
PHYSICAL MEDICINE & REHABILITATION

**BILL TO**
Hurtado v. State of California, et al.

**INVOICE 10049**

**DATE** 05/26/2022   **TERMS** Due on receipt

**DUE DATE** 05/27/2022

| DATE | ACCOUNT SUMMARY | AMOUNT |
|------|-----------------|--------|
| 05/03/2022 | Balance Forward | 900.00 |
| | Other payments and credits after 05/03/2022 through 05/25/2022 | 0.00 |
| 05/26/2022 | Other invoices from this date | 0.00 |
| | New charges (details below) | 5,400.00 |
| | Total Amount Due | 6,300.00 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 05/26/2022 | Record review, communication, travel time, examination, report preparation | Record review, communication, travel time, examination, report preparation | 6.75 | 800.00 | 5,400.00 |

Please send any billing requests to billing@rinconrehab.com.

| TOTAL OF NEW CHARGES | 5,400.00 |
|----------------------|----------|
| **TOTAL DUE** | **$6,300.00** |

Mary Meinhard RN-BC, BS, JD, CLCP, MSCC, LNCC
Mary Meinhard & Associates, Inc.
P.O. Box 704
June Lake, CA 93529
Telephone: (760) 648-1115
Email: marymeinhard@me.com

November 6, 2023

Angel Carrazco, Esq.
Kent Henderson, Esq.
Carrazco Law, APC
Attorneys at Law
18301 Irvine Boulevard
Tustin, CA  92780

**STATEMENT FOR SERVICES**
**Francisco Hurtado v. Unknown**

| | | | |
|---|---|---|---|
| 04/13/22 | Emails to/from Ms. Arraiga. | 0.1 hours | $    35.00 |
| 04/14/22 | Reviewed/summarized    Francisco    Hurtado deposition. | 3.0 hours | $1,050.00 |
| 04/15/22 | Reviewed/summarized Pricilla Macias deposition. | 2.0 hours | $  700.00 |
| 04/19/22 | Reviewed/responded   to   several   LO   emails; deposition prep. | 5.0 hours | $1,750.00 |
| 06/02/22 | Telephone calls w/Mr. Carrazco; reviewed Filanosky IME and Supplemental reports. | 2.0 hours | $  700.00 |
| 07/18/22 | Reviewed/responded to Mr. Carrazco email re: Schweitzer reports and deposition. | 1.0 hour | $  350.00 |
| 07/19/22 | Further review of Schweitzer reports; email to Mr. Carrazco. | 3.0 hours | $1,050.00 |
| 10/12/23 | Attorney/expert communication. | 0.1 hours | $    35.00 |
| 10/18/23 | Prepared   for   and   participated   in   telephone conference with Dr. Stephenson. | 1.0 hour | $  350.00 |
| 10/20/23 | Attorney communication; began updating LCP. | 1.5 hours | $  525.00 |
| 10/23/23 | Continued LCP updating. | 7.0 hours | $2,450.00 |
| 10/30/23 | Continued LCP and Cost Resource updating. | 2.0 hours | $  700.00 |
| 11/04/23 | Continued LCP and Cost Resource updating. | 4.0 hours | $1,400.00 |
| 11/06/23 | Completed LCP and Cost Resource updating. | 4.5 hours | $1,575.00 |
| | **Total hours @ $350.00/hour:** | **36.2 hours** | **$12,670.00** |
| | **Less Retainer Payment:** | | **(5,000.00)** |
| | **Total Due Upon Receipt:** | | **$ 7,670.00** |

# INVOICE

1 of 1



**KUSAR LEGAL SERVICES, INC.**

COURT REPORTER DIVISION
3780 KILROY AIRPORT WAY, SUITE 300
LONG BEACH, CA 90806
562.437.8485 FAX 562.437.8073

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 370217 | 4/19/2023 | 1232296 |
| **Job Date** | **Case No.** | |
| 4/19/2023 | 2:19-cv-02343-TLN-AC | |
| **Case Name** | | |
| Francisco Hurtado vs. State of California | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Angel Carrazco
Carrazco Law, APC
18301 Irvine Boulevard
Tustin, CA 92780

Reporter Appearance / En route relating to:
    Braham Ravani, Ph.D.

                                                                400.00

TOTAL DUE >>>       **$400.00**
AFTER 5/19/2023 PAY      $440.00

Client Matter No. : 70.0045.001

Thank you. We appreciate and value your business!

Your order is available online. Contact us today for your login & password.

Amex cards accepted (add'l 2% fee will be added)
Pay online:  www.kusar.com/pay

Invoices accrue a late fee on unpaid balances after 30 days. Invoices cannot be adjusted after 30 days. Payment not contingent on client reimbursement. If turned over to pursue legal action for any/all invoices and accumulated interest, attorney fees & all court costs will be awarded to prevailing party.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Angel Carrazco
Carrazco Law, APC
18301 Irvine Boulevard
Tustin, CA 92780

| | |
|---|---|
| Job No. | : 1232296     BU ID    : 1-RPT |
| Case No. | : 2:19-cv-02343-TLN-AC |
| Case Name | : Francisco Hurtado vs. State of California |

Invoice No.  : 370217         Invoice Date : 4/19/2023
**Total Due**   : **$400.00**
AFTER 5/19/2023 PAY  $440.00

| **PAYMENT WITH CREDIT CARD** | MasterCard | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date:         Phone#: | | |
| Billing Address: | | |
| Zip:     Card Security Code: | | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |
| Email: | | |

Remit To: **Kusar Court Reporters / Lexitas - Remittance**
            **P.O. Box 734298 Dept 2040**
            **Dallas, TX 75373-4298**

**Traffic Safety Research, Corporation**

582 Lakecrest Drive
El Dorado Hills, CA 95762
(530) 304-3095

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 4/19/2023 | 477 |

| BILL TO |
|---------|
| 9957D-Henderson, Kent<br>Guizar Henderson and Carrazco LLP<br>3500 W. Beverly Blvd.<br>Montebelo, California 90640<br>Hurtado v. State of California |

| CASE NAME |
|-----------|
| Guizar Henderson and Carrazco LLP<br>3500 W. Beverly Blvd.<br>Montebelo, California 90640<br>Hurtado v. State of California |

| | TSR FILE NO. | TERMS |
|---|---|---|
| **Please make checks payable to:**<br>**RAV SYSTEM TECHNOLOGIES, INC. dba TRAFFIC SAFETY RESEARCH CORPORATION**<br>**Tax ID No. 77-0184221** | | |

| DATE | STAFF NAME | ACTIVITY | HOURS | RATE/HR. | AMOUNT |
|------|-----------|----------|-------|----------|--------|
| 4/19/2023 | Ravani, B- depo | deposition testimony* | 3 | 450.00 | 1,350.00 |

| | | | | **Total** | $1,350.00 |
|---|---|---|---|---|---|

**Rincon Physical Medicine & Rehabilitation**
875 University Avenue
Sacramento, CA  95825
(916)538-3545
billing@rinconrehab.com



RINCON
PHYSICAL MEDICINE & REHABILITATION

**BILL TO**
Hurtado v. State of California, et al.

**INVOICE 10049**

**DATE** 05/26/2022    **TERMS** Due on receipt

**DUE DATE** 05/27/2022

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 05/03/2022 | Balance Forward | 900.00 |
| | Other payments and credits after 05/03/2022 through 05/25/2022 | 0.00 |
| 05/26/2022 | Other invoices from this date | 0.00 |
| | New charges (details below) | 5,400.00 |
| | Total Amount Due | 6,300.00 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/26/2022 | **Record review, communication, travel time, examination, report preparation** | Record review, communication, travel time, examination, report preparation | 6.75 | 800.00 | 5,400.00 |

Please send any billing requests to billing@rinconrehab.com.

| | |
|---|---|
| TOTAL OF NEW CHARGES | 5,400.00 |
| **TOTAL DUE** | **$6,300.00** |

# Robert W. Johnson & Associates

### FORENSIC ECONOMISTS

## INVOICE

**BILL TO:**
Mr. Angel Carrazco, Jr.
Carrazco Law, A.P.C.
18301 Irvine Boulevard
Tustin, CA 92780

**INVOICE #**     40822

11/21/2023

**RE:**     Hurtado v. CHP, et al.

| DESCRIPTION: | AMOUNT |
|---|---|
| Wage Loss - Professional Services (7.20 Hours) | 5,373.00 |

| | |
|---|---|
| **AMOUNT DUE UPON RECEIPT:** | **$5,373.00** |

Thank you for using Robert W. Johnson & Associates. All moneys are due upon receipt of invoice unless otherwise noted on the invoice or agreed to in writing in advance of invoicing. Delinquent balances will be assessed a 1-1/2% per month finance charge. The balance subject to finance charge is that portion of the outstanding balance which exceeds 30 days past due at calendar month end. Payments received by 11:00 a.m. PST on the last business day of the month will be applied to the outstanding balance prior to calculation of the monthly finance charge.

It is much easier for your records and ours, if you remit by check. However, if you would prefer to remit by credit card, simply call our office with your account information.

All fees and expenses are the obligation of the attorney regardless of the financial condition of the client or the prospects of reimbursement by the client. Because we provide expert services, our fees cannot be contingent upon the outcome of the case.