Humberto Guizar, Esq. (SBN 125769) hguizar@ghclegal.com
Kent M. Henderson, Esq. (SBN 139530) hendolaw@gmail.com
Angel Carrazco, Jr. Esq. (SBN 230845) angel@carrazcolaw.com
**GUIZAR, HENDERSON & CARRAZCO, LLP**
18301 Irvine Boulevard
Tustin, CA 92780
Telephone: (714) 541-8600
Facsimile: (714) 541-8601

Attorneys for Plaintiffs I.H., et. al.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; E.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; F.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; and A.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,<br>　　　　　　　Defendants. | CASE NO: 2:19-cv-02343-DAD-AC<br><br>**NOTICE OF ERRATA / SUPPLEMENTAL DECLARATION OF ANGEL CARRAZCO, JR. IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF COSTS AND EXHIBIT NO. 6 THERETO**<br><br>[*Hon. Dale A. Drozd, District Judge; Hon. Allison Claire, Magistrate J.*] |

1

## SUPPLEMENTAL DECLARATION OF ANGEL CARRAZCO, JR.

I, Angel Carrazco, Jr., do hereby declare and state as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California and the following Federal Courts: United States District Court for the Northern, Eastern, Central and Southern Districts of California. My Professional Corporation is a partner in GUIZAR, HENDERSON & CARRAZCO, LLP, counsel of record for the Plaintiffs in the above-entitled action. The facts stated in this declaration are of my own personal knowledge and/or I am informed and believe they are true and if called upon to testify as a witness, I could and would competently testify thereto.

2. In regards to this I.H. (Francisco Hurtado) case, I am submitting this Notice of Errata and Supplemental Declaration because we inadvertently did not include one of the Exhibits to the Declaration in support to the Memorandum of Costs that we filed yesterday, January 30, 2025. Attached hereto and labeled as Exhibit No. 6 (the next in order) is a true and correct copy of the Priority Funding payoff letter dated October 31, 2024, which shows the payoff due on or before November 14, 2024, as $407,853.73. My understanding is that this payoff figure has gone up since then (it is now an even higher amount).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 31st day of January 2025 at Tustin, California.

/S/ ANGEL CARRAZCO, JR.
_____
Angel Carrazco, Jr., Declarant

NOTICE OF ERRATA SUPPLEMENTAL DECLARATION OF ANGEL CARRAZCO, JR. IN SUPPORT OF MEMORANDUM OF COSTS