# EXHIBIT NO. 6

# PRIORITY
### RESPONSIBLE FUNDING, LLC
RESPONSIBLE FUNDING FOR TRIAL LAWYERS
AND THEIR INJURED CLIENTS

October 31, 2024

Angel Carrazco, Esquire
Carrazco Law APC
18301 Irvine Blvd
Tustin, CA 92780

**RE: Payoff of Francisco Hurtado**

Dear Angel Carrazco:

Pursuant to your request, the payoff amount for the above referenced individual is as follows:

| Payoff due on or before | 11/01/2024 | $405,550.49 |
|---|---|---|
| Payoff due on or before | 11/02/2024 | $407,002.02 |
| Payoff due on or before | 11/06/2024 | $407,047.71 |
| Payoff due on or before | 11/07/2024 | $407,660.06 |
| Payoff due on or before | 11/08/2024 | $407,660.06 |
| Payoff due on or before | 11/14/2024 | $407,853.73 |

The payoff amount due is based on when it is received. The payoff amount will be confirmed upon receipt by wire (preferred) or check. If payment is not received by 11/14/2024, please contact us for an updated payoff amount.

**Wire Instructions**
**Account Name: PRF Fund I, LP**
**Bank Name: Bank of America, NA**
**Bank Address: New York, NY 10038**
**Routing: 026009593**
**Account Number: 483083277231**

For check, please make check payable to **PRF Fund I, LP** and mail to 1680 Michigan Ave, Ste 817| Miami Beach, FL 33139. Wire is the preferred method of payment.

If you have any questions, please feel free to contact us at (855) FUNDS-4-ME / (855) 386-3746 or info@priorityresponsiblefunding.com. Thank you.

Sincerely,

Priority Responsible Funding, LLC