CALIFORNIA
DEPARTMENT OF JUSTICE

**Rob Bonta**
*Attorney General*

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public: (916) 445-9555
Telephone: (916) 210-7515
Facsimile: (916) 322-8288
E-Mail: LeeAnn.Whitmore@doj.ca.gov

February 4, 2025

**VIA CM/ECF**

Honorable Dale A. Drozd
Courtroom 4
501 I Street
Sacramento, CA 95184

RE:  *Francisco Hurtado v. State of California, et al.*
United States District Court, Eastern District of California, Case No. 2:19-CV-02343-DAD-AC
Supplemental Letter Regarding Opposition to Plaintiffs' Motion For Attorneys' Fees

Dear Judge Drozd:

Pursuant to the Court's request at the February 3, 2025 hearing on the Plaintiffs' Motion for Attorney's Fees, Defendants submit the additional requested information in support of their opposition.

The twelve hour round trip travel time of Mr. Carrazco that the Defense objected to is located in Mr. Carrazco's submitted hours at ECF 263-17, p. 25. The travel is entered as two separate entries, "11/3/2021 Travel to Tustin from Modesto 6 hours" and "11/4/21 Drove from Tustin to Modesto."

Defendants also objected to the block billing of trial preparation time that Mr. Galipo, Mr. Henderson and Mr. Carrazco each submitted. It is difficult to tell what time was spent preparing Dr. Prager or Ms. Meinhard for the second trial. However, Defendants specifically object to the following:

Dale Galipo, ECF 263-2, p. 5

10/5/24  Review of Expert Reports - 12 hours billed
10/6/24 Review of Expert Reports - 7 hours billed

February 4, 2025
Page 2

<u>Hang Le ECF 263-13, p. 4</u>

10/18/24 Spoke with expert Meinhard and Jacobs regarding upcoming trial testimony - .4 hours billed

<u>Kent Henderson, ECF 263-15, pp. 46-47</u>

Mr. Henderson billed a total of 2.4 hours for various e-mails and review of e-mails to Dr. Prager and Ms. Meinhard regarding scheduling for the October 2024 trial.

<u>Angel Carrazco, ECF 263-17, pp. 24-25</u>

Mr. Carrazco billed a total of 2.2 hours for review of e-mails regarding scheduling Dr. Prager and Ms. Meinhard for trial.

Defendants previously addressed the unnecessary duplicative billing for trial preparation and attendance in their opposition papers.

Sincerely,

*LeeAnn E. Whitmore*
LEEANN E. WHITMORE
Deputy Attorney General

For    ROB BONTA
Attorney General

LEW:
cc: All Counsel via CM/ECF

LA2019501468