**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

Humberto M. Guizar, Esq.   (SBN 125769)
Kent M. Henderson, Esq.    (SBN 139530)
Angel Carrazco, Jr., Esq.  (SBN 230845)
**GUIZAR, HENDERSON & CARRAZCO, L.L.P.**
18301 Irvine Boulevard, Tustin, CA 92780
Telephone:   (714) 541-8600
Facsimile:   (714) 541-8601
Email:       hguizar@ghclegal.com
             hendolaw@gmail.com
             angel@carrazcolawapc.com

Attorneys for Plaintiffs I.H., E.H., F.H., and A.H.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| I.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; E.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; F.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; and A.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado;<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02343-DAD-AC<br><br>**PLAINTIFFS' RESPONSE TO THE COURT'S ORDER DENYING DEFENDANTS' MOTION FOR NEW TRIAL AND GRANTING DEFENDANTS' MOTION FOR REMITTITUR** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTTORNEYS OF RECORD:**

Plaintiffs I.H., E.H., F.H., and A.H., by and through their guardian Priscilla Macias, hereby submit this response to the Court's February 18, 2025 Order Denying Defendants' Motion for New Trial and Granting Defendants' Motion for Remittitur (Doc. No. 291). In light of the Court granting Defendants' motion for remittitur of past economic damages, Plaintiffs consent to the remitted past economic damages award of $23,000.

Respectfully submitted,

DATED: March 7, 2025                    LAW OFFICES OF DALE K. GALIPO

                                        By _____ */s/ Hang D. Le* _____
                                            Dale K. Galipo
                                            Hang D. Le
                                            Attorneys for Plaintiffs