UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I. H., *a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado*, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-02343-DAD-AC<br><br>ORDER AMENDING JUDGMENT<br><br>(Doc. No. 243) |

A jury trial of this action took place in October 2024. (Doc. Nos. 224–236.) On October 24, 2024, the jury reached a verdict in favor of plaintiffs and awarded them $500,000 in past economic damages and $1 million in past non-economic damages. (Doc. No. 241.) Judgment was entered pursuant to the jury verdict on October 30, 2024. (Doc. No. 243.) On November 18, 2024, defendants filed a motion for a new trial or remittitur of past economic damages. (Doc. No. 256.) On February 18, 2025, the court issued an order granting in part and denying in part that motion and directing plaintiffs to inform the court whether they would consent to the remitted past economic damages award of $23,000, seek a new trial as to past economic damages, or appeal from the remittitur. (Doc. No. 291.) On March 7, 2025, plaintiffs

/////

1

filed a notice that they consented to the remitted past economic damages award of $23,000. (Doc. No. 292.)

Accordingly, JUDGMENT IS HEREBY ENTERED in accordance with plaintiffs' acceptance of remittitur[1], as of the date of plaintiffs' filed acceptance of remittitur, March 7, 2025.

Plaintiffs' motion for attorneys' fees and costs remains pending before the court and will be addressed by separate order. (*See* Doc. Nos. 263, 264.)

IT IS SO ORDERED.

Dated:  **April 1, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] As amended, the judgment is now in the amount of $23,000 for past economic damages, $1,000,000 for past non-economic damages, for a total of $1,023,000.00.