# TRANSCRIPT ORDER

**CAED 435 (Rev. 04/18)**
United States District Court, Eastern District of California

**FOR COURT USE ONLY**
DUE DATE:

*PLEASE Read Instruction Page (attached):*

| # | Field | Value |
|---|---|---|
| 1 | YOUR NAME | LeeAnn Whitmore |
| 2 | EMAIL | leeann.whitmore@doj.ca.gov |
| 3 | PHONE NUMBER | (916) 210-7515 |
| 4 | DATE | 4-16-25 |
| 5 | MAILING ADDRESS | Office of the Attorney General, 1300 I Street, 12th Floor, Torts |
| 6 | CITY | Sacramento |
| 7 | STATE | CA |
| 8 | ZIP CODE | 95814 |
| 9 | CASE NUMBER | 2:19-CV-02343-DAD-AC |
| 10 | JUDGE | Drozd |
| 11 | FROM | 2-3-25 |
| 12 | TO | 2-3-2025 |
| 13 | CASE NAME | Hurtado v. State |
| 14 | CITY | Sacramento |
| 15 | STATE | CA |

**16. ORDER FOR**
- [ ] APPEAL No.
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [✓] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [✓] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Transcript of Proceedings | 2-3-2025 | Jennifer Coulthard |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [✓] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19 & 20)** By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

**19. SIGNATURE:** /s/ LeeAnn Whitmore
**PROCESSED BY:**
**20. DATE:** 4-16-2025
**PHONE NUMBER:**

**TRANSCRIPT TO BE PREPARED BY**
**COURT ADDRESS**

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | | |
|---|---|---|
| DEPOSIT PAID | | |
| TOTAL CHARGES | | |
| LESS DEPOSIT | | |
| TOTAL REFUNDED | | |
| TOTAL DUE | | |