# Exhibit 2

# Minor's Compromise Addendum
# For
# E▇▇▇▇ H▇▇▇▇ 

$138,505.38 is to be used, with the court's permission, to purchase an annuity, in which New York Life Insurance and Annuity Corporation will provide for the following Periodic Payments to be made by New York Life Insurance Company, rated A++XV by A.M. Best.

Assignor/Defendant agrees to make the periodic payments set forth in section (a), herein below. All sums constitute damages on account of personal injuries arising from an occurrence within the meaning of Section 104(a)(2).

    a)   The periodic payment schedule for E▇▇▇▇ H▇▇▇▇ is as follows:

**Periodic Payments Payable to E▇▇▇▇ H▇▇▇▇:**

**Monthly Certain Payments**
Commencing at age 18 (08/25/2038)
$2,500.00 payable monthly for 7 years guaranteed
Last guaranteed payment on 07/25/2045

**Guaranteed Lump Sum**
$108,346.48 payable at age 25 (08/25/2045)

    Claimant acknowledges and agrees that the Defendant and/or the Insurer may make "qualified assignment" within the meaning of Section 130(c) of the Internal Revenue Code of 1986, as amended, of the Defendant's and/or the Insurer's liability to make the periodic payments required herein. Any such assignment, if made, shall be accepted by the Claimant without right of rejection and shall completely release and discharge the Defendant and the Insurer from such obligations hereunder as are assigned to New York Life Insurance and Annuity Corporation (hereinafter "Assignee"). The Claimant recognizes that, in the event of such an assignment, the Assignee shall be their sole obligor with respect to the obligations assigned, and that all other releases that pertain to the liability of the Defendant and the Insurer shall thereupon become final, irrevocable and absolute.

The future payment amounts outlined in section A above are guaranteed based upon a projected annuity purchase date of March 15, 2026. Any delay in funding the annuity may result in a delay of the payment dates or change in payment amounts that shall be recorded in the settlement agreement and release, qualified assignment document and annuity contract without the need of obtaining an amended Petition/Court Order/Compromise Order up to 120 days after original purchase date.