Humberto Guizar, Esq.        (SBN 125769) hguizar@ghclegal.com
Kent M. Henderson, Esq.      (SBN 139530) hendolaw@gmail.com
Angel Carrazco, Jr. Esq.     (SBN 230845) angel@carrazcolaw.com
**GUIZAR, HENDERSON & CARRAZCO, LLP**
2400 Main St., Suite 200
Irvine, CA 92614
Telephone: (714) 541-8600
Facsimile:  (714) 541-8601

Attorneys for Plaintiffs I.H., et al.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; E.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; F.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; and A.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado,<br><br>  Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,<br><br>  Defendants. | CASE NO: 2:19-cv-02343-DAD-AC<br><br>**DECLARATION OF ANGEL CARRAZCO, JR. IN SUPPORT OF AMENDED MINOR'S COMPROMISE**<br><br>[*Hon. Dale A. Drozd, District Judge; Hon. Allison Claire, Magistrate J.*] |

**DECLARATION OF ANGEL CARRAZCO, JR.**

I, Angel Carrazco, Jr., do hereby declare and state as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California and the following Federal Courts: United States District Court for the Northern, Eastern, Central and Southern Districts of California. My Professional Corporation is a partner in GUIZAR, HENDERSON & CARRAZCO, LLP, counsel of record for the Plaintiffs in the above-entitled action. The facts stated in this declaration are of my own personal knowledge and/or I am informed and believe they are true and if called upon to testify as a witness, I could and would competently testify thereto.

2. This declaration is in support of the Amended Minor's Compromise and provides an explanation of all costs (Carrazco Law Costs, Carrazco Law Expert Costs, and Priority Funding Costs) so the Court has a better understanding of the accounting.

3. Attached hereto as "Exhibit A" are the Carrazco Law Costs, which reflects the general litigation costs incurred by my firm to support the prosecution of this matter. "Exhibit A" includes itemized costs as well as all the supporting invoices. **The total sum of the general litigation costs incurred for this case is $106,620.89.**

4. Attached hereto as "Exhibit B" are the Carrazco Law Expert Costs, which reflects the expert costs incurred by my firm to support the prosecution of this matter. "Exhibit B," includes itemized costs as well as all the supporting invoices. **The total sum of expert costs is $196,083.59** ($178,255.08 principal + $17,828.51 interest).

5. Attached hereto as "Exhibit C" are the Priority Funds Costs, which are costs paid from advanced litigation funding by Priority Funding for Mr. Francisco Hurtado's medical treatment and prosecution of this matter. "Exhibit C" and includes all itemized costs and all the supporting invoices. **The total negotiated sum is $300,000.00.**

6. In order to continue prosecuting this case I was forced to borrow money from Priority Funding, a firm that helped fund part of our litigation. Priority Funding lent my firm $168,122.29 and was claiming $228,882.70 in interest, for the total sum of $397,004.99. After

months of negotiations, Priority Funding agreed to accept the total sum of $300,000.00 ($168,122.29 principal + $131,877.71 interest).  Without Priority Funding, we may not have been able to take this case into trial twice and obtain justice for the family.

7. The total costs incurred by my firm to prosecute this matter is **$602,704.48.**

8. Importantly, we are only allocating **$400,000.00** in costs to plaintiffs, and the remaining balance of $202,704.48, which includes costs of $52,998.26 and all interests provided above in the amount of $149,706.22 ($131,877.71 + $17,828.51), is being waived and paid from the attorneys' fees. Therefore, Plaintiffs are not responsible for any of the interest that was incurred from the advanced funding of this case.

9. We are also requesting $68,978.48 from Plaintiffs' total judgment amount for reimbursement of Mr. Hurtado's medical liens. Mr. Hurtado's medical liens totaled $383,678.62. After extensive effort from Plaintiffs' attorneys, Plaintiffs' attorneys were able to negotiate the liens down to $68,978.48.

9. Because of this vigorous representation of the Plaintiffs' claims, Plaintiffs' witness and expert witness costs go beyond the attendance, subsistence, and travel allowed on the Court's form, and include all costs and interests.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed this 16th day of March 2026, at Irvine, California.

/S/ ANGEL CARRAZCO, JR.
_____
Angel Carrazco, Jr., Declarant