**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

Humberto M. Guizar, Esq.      (SBN 125769)
Kent M. Henderson, Esq.      (SBN 139530)
Angel Carrazco, Jr., Esq.      (SBN 230845)
**GUIZAR, HENDERSON & CARRAZCO, L.L.P.**
18301 Irvine Boulevard, Tustin, CA 92780
Telephone:      (714) 541-8600
Facsimile:      (714) 541-8601
Email:      hguizar@ghclegal.com
            hendolaw@gmail.com
            angel@carrazcolawapc.com

Attorneys for Plaintiff FRANCISCO HURTADO

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HURTADO, an individual<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02343-DAD-AC<br><br><br>**PLAINTIFF'S EX PARTE APPLICATION TO COMPEL DEFENDANTS TO REMIT PAYMENT OF PLAINTIFFS' ATTORNEYS' FEES AND AWARDED COSTS** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT Plaintiffs hereby move for by way of this *ex parte* application, the Court to issue an order directing Defendants to remit payment of Plaintiffs' attorneys' fees and awarded costs.

This *ex parte* application is being made pursuant to Local Rule 144, 230, 233, the Court's Standing Order in Civil Cases, and the arguments in the attached Memorandum.

<u>Meet and Confer Certification</u>

Prior to the filing of this *ex parte* application, Plaintiffs' counsel informed Defendants' counsel, Ms. LeeAnn Whitmore, and the Court's courtroom deputy pursuant to this Court's Standing Order in Civil Cases. Plaintiffs' counsel inquired about obtaining the funds for the awarded statutory attorneys' fees while the parties wait for the Court to issue its ruling on Plaintiffs' Minors' Compromise, given that the parties' settlement on the statutory attorneys' fees was separate from the minor Plaintiffs' settlement. Ms. Whitmore informed Plaintiffs' counsel that Defendants would not issue any payment until the Court issued its order on Plaintiffs' Minors' Compromise.

Plaintiffs seek relief *ex parte* because Plaintiffs' counsel is losing approximately $10,000 per month in interest as time passes without satisfaction of the attorneys' fees settlement and court-awarded costs.

DATED:  May 11, 2026

**LAW OFFICES OF DALE K. GALIPO**

**GUIZAR, HENDERSON & CARRAZCO, LLP**


By: _____*/s/ Hang D. Le*_____
      Dale K. Galipo
      Hang D. Le
      Kent M. Henderson
      Angel Carrazco, Jr.
      Attorneys for Plaintiffs

### MEMORANDUM OF POINTS AND AUTHORITIES

This case went to trial on October 16, 2024, and on October 24, 2024 the jury in this matter returned a verdict against Defendants Edgardo Yepez and the State of California, by and through the California Highway Patrol and in favor of Plaintiffs I.H., E.H., F.H., and A.H., on Plaintiffs' Fourth Amendment claim for excessive force and state law claims for negligence and battery brought on behalf of their father Francisco Hurtado.

On October 30, 2024, the Court entered Judgment in accordance with the Jury Verdict. After post-trial motions, the jury award was reduced to $1,023,000 and the Court awarded Plaintiffs $3,191,150.33 in attorneys' fees and $37,892.82 in costs. On November 19, 2024, Defendants filed an appeal. The parties participated in the Circuit Court's mediation program, resulting in a settlement in which Plaintiffs agreed to reduce Plaintiffs' attorney award amount by $152,043.15, from $3,191,150.33 to $3,039,107.18, and in exchange, Defendants dismiss their appeal and pay plaintiff $3,039,107.18 for attorneys' fees awarded, $37,892.82 in costs awarded, and $1,023,000 in the amended jury award judgment, for a total of $4,100,000. The parties came to this settlement in June 2025.

On October 2, 2025, Plaintiffs filed an Unopposed Motion for Approval of Judgment Proceeds of Minor Plaintiffs I.H., E.H., F.H., and A.H. (Doc. No. 300). Plaintiffs' guardian had selected structured annuity plans to be funded by jury award. (Doc Nos. 300-1—300-5). The initial selected structured annuity plans had interest rates that expired on January 1, 2026. Because the Court did not issue an Order or Ruling on Plaintiffs' Unopposed Motion prior to that date, the interest rates that dictated the payments of the annuity plans expired and new interest rates had to be secured, causing a decrease in the structured payments of the annuity plans. On February 26, 2026, the Court issued an order denying Plaintiffs' Unopposed Motion on the basis that the Court needed further documentation and support for the claimed costs in the case. (Doc. No. 303). On March 16, 2026, Plaintiffs filed a renewed Motion for Approval of Judgment Proceeds of Minor Plaintiffs I.H., E.H., F.H., and A.H. with additional support and documentation for the claimed costs. (Doc. No. 304). Plaintiffs' Renewed Motion is currently pending before the Court.

EX PARTE APPLICATION TO COMPEL DEFENDANTS TO REMIT PAYMENT OF PLAINTIFFS' ATTORNEYS' FEES AND AWARDED COSTS

Separate and apart from the judgment proceeds to the Minor Plaintiffs, Plaintiffs' attorneys are owed $3,039,107.18 in awarded statutory fees and $37,892.82 in awarded costs. These fees and costs have no bearing on the net amount the Minor Plaintiffs will ultimately receive to fund their chosen annuities once the Court reviews Plaintiffs' Renewed Motion. Plaintiffs' Renewed Motion does not ask for any additional attorneys' fees to be paid from the judgment proceeds. Plaintiffs' request to reimburse Plaintiffs' attorneys for advanced litigation costs from the judgment proceeds are separate and apart from the $37,892.82 in costs already awarded by the Court.

It has been almost a year since the parties settled this case. While Plaintiffs recognize that the Court has a special duty to safeguard the interests of minor litigants and requires time to review the supporting documentation for claimed litigation costs, Plaintiffs are simply seeking satisfaction of awarded statutory attorneys' fees and costs, which do not need to undergo the same scrutiny as the Minor Plaintiffs' judgment proceeds as these issues have already been examined, ruled upon, and agreed upon by the parties under the settlement. Post-judgment interest began to accrue on October 30, 2024, the day judgment was entered. The post-judgment interest rate is dictated by the U.S. treasury historic rate for the week judgment was entered, which is 4.28% for the week of October 30, 2024. Because the settlement stopped the clock on any post-judgment interest accrual, Plaintiffs' attorneys have been losing approximately $10,000 per month in interest since the case settled.[1] Accordingly, Plaintiffs now move *ex parte* for an Order directing Defendants to satisfy the part of the settlement and remit payment of $3,039,107.18 for statutory attorneys' fees and $37,892.82 for awarded costs, for a total of $3,077,000. *Ex parte* relief is warranted as Plaintiffs' counsel is losing a substantial amount of money in interest as more and more time passes without payment of the attorneys' fees and costs.

---

[1] $3,039,107.18 negotiated statutory attorneys' fees x 0.0428 interest rate = $181,987.45. $181,987.45/365 days = $356.37 in daily interest. $356.37 x 30 days = $10,691.1 per month in interest. Since the settlement, Plaintiffs' counsel have lost approximately $119,027.58 in interest.

EX PARTE APPLICATION TO COMPEL DEFENDANTS TO REMIT PAYMENT OF PLAINTIFFS' ATTORNEYS' FEES AND AWARDED COSTS

Given the above, Plaintiffs' counsel respectfully request the Court issue an order directing Defendants to satisfy the settled statutory attorneys' fees and awarded costs in the amount of $3,077,000 within 30 days of the date of the Court's order.

Respectfully submitted,

DATED: May 11, 2026

**LAW OFFICES OF DALE K. GALIPO**

**GUIZAR, HENDERSON & CARRAZCO, LLP**

By: _____*/s/ Hang D. Le*_____
   Dale K. Galipo
   Hang D. Le
   Kent M. Henderson
   Angel Carrazco, Jr.
   Attorneys for Plaintiffs

-3-