LAW OFFICE OF DALE K. GALIPO
DALE K. GALIPO, SBN 144074
dalekgalipo@yahoo.com
HANG D. LE, SBN 293450
hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333

Humberto M. Guizar, Esq.     (SBN 125769)
Kent M. Henderson, Esq.      (SBN 139530)
Angel Carrazco, Jr., Esq.     (SBN 230845)
**GUIZAR, HENDERSON & CARRAZCO, L.L.P.**
18301 Irvine Boulevard, Tustin, CA 92780
Telephone:     (714) 541-8600
Facsimile:     (714) 541-8601
Email:          hguizar@ghclegal.com
                hendolaw@gmail.com
                angel@carrazcolawapc.com

Attorneys for Plaintiffs I.H., E.H., F.H., and A.H.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; E.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; F.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; and A.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado;<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02343-DAD-AC<br><br>*Honorable Dale A. Drozd*<br><br>**DECLARATION OF HANG D. LE**<br><br>[Plaintiffs' Ex Parte Application.; Proposed Order *filed concurrently*] |

-1-

DECLARATION OF HANG D. LE

2:19-cv-02343-DAD-AC

**DECLARATION OF HANG D. LE**

I, Hang D. Le, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the United States District Court for the Eastern District of California. I am one of the attorneys of record for the plaintiffs I.H., E.H., F.H., and A.H. in this action. I have personal knowledge of the matters stated herein and would and could testify competently thereto if called. I make this declaration in support of Plaintiffs' Ex Parte Application to Compel Defendants to Remit Payment of Plaintiffs' Attorneys' Fees and Awarded Costs.

2. On May 8, 2026, I initiated the meet and confer process with Defendants regarding Plaintiffs' Ex Parte Application. The parties were unable to reach an agreement on this matter.

3. On October 30, 2024, the Court entered Judgment in accordance with the Jury Verdict. After post-trial motions, the jury award was reduced to $1,023,000 and the Court awarded Plaintiffs $3,191,150.33 in attorneys' fees and $37,892.82 in costs.

4. On November 19, 2024, Defendants filed an appeal. The parties participated in the Circuit Court's mediation program, resulting in a settlement in which Plaintiffs agreed to reduce Plaintiffs' attorney award amount by $152,043.15, from $3,191,150.33 to $3,039,107.18, and in exchange, Defendants dismiss their appeal and pay plaintiff $3,039,107.18 for attorneys' fees awarded, $37,892.82 in costs awarded, and $1,023,000 in the amended jury award judgment, for a total of $4,100,000. The parties came to this settlement in June 2025.

5. On October 2, 2025, Plaintiffs filed an Unopposed Motion for Approval of Judgment Proceeds of Minor Plaintiffs I.H., E.H., F.H., and A.H. (Doc. No. 300). On February 26, 2026, the Court issued an order denying Plaintiffs' Unopposed Motion on the basis that the Court needed further documentation and support for the claimed costs in the case. (Doc. No. 303). On March 16, 2026, Plaintiffs filed a renewed Motion for Approval of Judgment Proceeds of Minor Plaintiffs I.H., E.H., F.H., and A.H. with additional support and documentation for the claimed costs. (Doc. No. 304). Plaintiffs' Renewed Motion is currently pending before the Court.

6. Separate and apart from the judgment proceeds to the Minor Plaintiffs, Plaintiffs' attorneys are owed $3,039,107.18 in awarded statutory fees and $37,892.82 in awarded costs.

These fees and costs have no bearing on the net amount the Minor Plaintiffs will ultimately receive to fund their chosen annuities once the Court reviews Plaintiffs' Renewed Motion.

7.    Post-judgment interest began to accrue on October 30, 2024, the day judgment was entered. The post-judgment interest rate is dictated by the U.S. treasury historic rate for the week judgment was entered, which is 4.28% for the week of October 30, 2024. Because the settlement stopped the clock on any post-judgment interest accrual, Plaintiffs' attorneys have been losing approximately $10,000 per month in interest since the case settled.

8.    Accordingly, Plaintiffs now move ex parte for an Order directing Defendants to satisfy the part of the settlement and remit payment of $3,039,107.18 for statutory attorneys' fees and $37,892.82 for awarded costs, for a total of $3,077,000. Ex parte relief is warranted as Plaintiffs' counsel is losing a substantial amount of money in interest as more and more time passes without payment of the attorneys' fees and costs.

I declare under penalty of perjury that the foregoing is true and correct, and that this was executed on May 11, 2026 at Woodland Hills, California.

_____
Hang D. Le

DECLARATION OF HANG D. LE

2:19-cv-02343-DAD-AC