# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

I.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; E.H., a minor by and through her mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; F.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado; and A.H., a minor by and through his mother and guardian Priscilla Macias, as successor in interest to Francisco Hurtado;

Plaintiffs,

v.

STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; EDGARDO YEPEZ aka EDGARDO LOPEZ; and DOES 1 through 100, inclusive,

Defendants.

Case No. 2:19-cv-02343-DAD-AC

*Honorable Dale A. Drozd*

**[PROPOSED] ORDER RE: PLAINTIFF'S EX PARTE APPLICATION TO COMPEL DEFENDANTS TO REMIT PAYMENT OF PLAINTIFFS' ATTORNEYS' FEES AND AWARDED COSTS**

# [PROPOSED] ORDER

This Court, having considered Plaintiffs' Ex Parte Application to Compel Defendants to Remit Payment of Plaintiffs' Attorneys' Fees and Awarded Costs, and GOOD CAUSE appearing therefore, hereby GRANTS the Plaintiffs' Ex Parte Application and ORDERS that within 30 days of this Order, Defendant State of California, through counsel, shall prepare and deliver a draft in the amount of $3,077,000 made payable to the "Guizar, Henderson and Carrazco Trust Account," and sent to Guizar, Henderson & Carrazco LLP, to satisfy awarded statutory attorneys' fees in the amount of $3,039,107.18 and to satisfy awarded costs in the amount of $37,892.82.

**IT IS SO ORDERED.**

Dated: _____, 2026        _____

Dale A. Drozd
United States District Judge
Eastern District of California