ROB BONTA
Attorney General of California
LEEANN E. WHITMORE
Deputy Attorney General
State Bar No. 214870
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone: (916) 210-7515
  Fax: (916) 322-8288
  E-mail: LeeAnn.Whitmore@doj.ca.gov
*Attorneys for Defendants State of California,*
*acting by and through the California Highway*
*Patrol and Edgardo Yepez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **I. H., a minor by and through her mother and guardian PRISCILLA MACIAS, et al.,,** <br><br> Plaintiff, <br><br> v. <br><br> **STATE OF CALIFORNIA, et al.,,** <br><br> Defendants. | Case No. 2:19-CV-02343-DAD-AC <br><br> **DEFENDANTS' RESPONSE TO PLAINTIFFS' EX PARTE APPLICATION TO COMPEL DEFENDANTS TO REMIT PAYMENT OF PLAINTIFFS' ATTORENYS FEES AND AWARDED COSTS** <br><br> Judge:　　The Honorable Dale A. Drozd <br> Action Filed: April 2, 2019 |

Defendants State of California by and through the California Highway Patrol (CHP) and Edgardo Yepez submit the following response to plaintiffs' ex parte application.

Defendants globally settled the matter for $4.1 million subject to court approval of a minor's compromise. Defendants did not agree to any specific allocation of the settlement amounts. (Whitmore Decl. at ¶2.) Therefore, Defendants believe it would be appropriate for the Court to issue one order regarding the approval of the minor's compromise based on the petition that is still pending with the Court. Plaintiff's petition also seeks additional costs of counsel out of the minors' recovery. The Court previously rejected plaintiff's counsel's prior Petition for Approval Minor's Compromise on February 26, 2026. Dkt. 300.

1

Additionally, Defendants cannot guarantee payment within 30 days of an order because when checks are issued by the Department of Finance is not within responding party or its counsel's control. (Whitmore Decl. at ¶3.)

## CONCLUSION

Defendants believe the ex parte application should be denied. The Petition for Approval of Minor's Compromise is already pending with the Court and the Court can issue its decision regarding the entire settlement amount with one ruling.

Dated:  May 12, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California


/s/ *LeeAnn E. Whitmore*
LEEANN E. WHITMORE
Deputy Attorney General
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol and Edgardo Yepez*

LA2019501468

Defendants' Response to Plaintiffs' Ex Parte Application to Compel Defendants to Remit Payment of Attorneys' Fees and Awarded Costs  (2:19-CV-02343-DAD-AC)