ROB BONTA, State Bar No. 202668
Attorney General of California
, State Bar No.
LEEANN E. WHITMORE, State Bar No. 214870
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-7515
Fax: (916) 322-8288
E-mail: LeeAnn.Whitmore@doj.ca.gov
*Attorneys for Defendants State of California,
acting by and through the California Highway
Patrol and Edgardo Yepez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **I. H., a minor by and through her mother and guardian PRISCILLA MACIAS, et al.,,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,,**<br><br>Defendants. | Case No.: 2:19-CV-02343-DAD-AC<br><br>**DECLARATION OF LEEANN WHITMORE IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' EX PARTE APPLICATION TO COMPEL DEFENDANTS TO REMIT PAYMENT OF PLAINTIFFS' ATTORENYS FEES AND AWARDED COSTS**<br><br>Judge:    The Honorable Dale A. Drozd<br>Action Filed:  April 2, 2019 |

I, LeeAnn Whitmore, declare:

1. I am an attorney at law, licensed to practice in state and federal courts in the State of California, and am employed as a Deputy Attorney General in the California Office of the Attorney General. I represent Defendants, State of California, by and through, California Highway Patrol and Edgardo Yepez in the above case. I have personal knowledge of the matters set forth in this declaration and if called to testify could testify competently thereto.

2. On June 6, 2025, I participated in mediation in this case. Defendants agreed to a total settlement of $4.1 million. The settlement is subject to the Court approval of a minor's

1

compromise. Defendants did not agree to a specific allocation of the settlement amount.

3. Neither the California Highway Patrol nor my office can control when a settlement check is issued as checks are issued by the Department of Finance. Therefore, neither California Highway Patrol nor my office can have a check issued within 30 days.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 12, 2026 at Sacramento, California.

*/s/ LeeAnn E. Whitmore*

LeeAnn E. Whitmore

[LA2019501468

Decl. of LeeAnn Whitmore in Support of Defs.' Response to Plaintiff's Ex Parte Application to Compel Defendants' to Remit Payment of Plaintiffs' Attorneys Fees and Awarded Costs  (2:19-CV-02343-DAD-AC)