ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE A. WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
LEEANN E. WHITMORE, State Bar No. 214870
Deputy Attorney General
JOHN C. BRIDGES, State Bar No. 248553
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone:  (916) 210-7515
  Fax:  (916) 322-8288
  E-mail:  LeeAnn.Whitmore@doj.ca.gov
*Attorneys for Defendant State of California,
acting by and through the California Highway
Patrol and Edgardo Yepez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **I. H., et al minors, by and through their mother and guardian PRISCILLA MACIAS, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,,**<br><br>Defendants. | Case No.: 2:19-CV-02343-DAD-AC<br><br>**DEFENDANT'S NOTICE OF COMPLIANCE WITH ORDER APPROVING MINOR'S COMPROMISE**<br><br><br>Judge:        The Honorable Dale A. Drozd<br>Action Filed:  April 2, 2019 |

Defendant State of California provides notice that it has complied with the Court's Order

Approving Minor's Compromise. On June 18, 2026, Defendant delivered a check to Guizar,

Henderson and Carrazco Trust Account in the amount of $3,545,978.48 in satisfaction of

attorney's fees and costs. Additionally, on June 18, 2026, Defendant delivered a check payable to

New York Life in the amount of $554,021.52 for the purchase of the annuities for the four minors

to Ringler and Associates.

Defendant's Notice of Compliance with Order Approving Minor's Compromise  (2:19-CV-02343-DAD-AC)

Dated:  June 22, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California


/s/ *LeeAnn E. Whitmore*
LEEANN E. WHITMORE
Deputy Attorney General
*Attorneys for Defendant State of California,
acting by and through the California
Highway Patrol and Edgardo Yepez*

LA2019501468
39919609

2